IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST
VIRGINIA CHARLESTON DIVISION

| | |
|---|---|
| IN RE: BOSTON SCIENTIFIC CORP. PELVIC SUPPORT SYSTEMS PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br><br><br>***Raeann Bayless et al v. Boston Scientific Corp.***<br><br>**Case No. 2:16-cv-01311** | Master File No. 2:12-MD-02326 PRODUCTS LIABILITY LITIGATION<br><br>MDL 2326<br><br><br><br>JOSEPH GOODWIN U.S. DISTRICT JUDGE |

## **CERTIFICATE OF SERVICE OF PLAINTIFF FACT SHEET**

PLEASE TAKE NOTICE that Plaintiff, Raeann Bayless, served the Plaintiff Fact Sheet and correspondent attachments via e-mail on Defendants on March 19, 2018.

Dated: March 20, 2018                                 Respectfully submitted,

                                                                                s/Jeffrey L.Haberman_____
                                                                                Jeffrey L. Haberman
                                                                                Schlesinger Law Offices, P.A.
                                                                                1212 S.E. 3rd Ave.
                                                                                Fort Lauderdale, FL 33316
                                                                                (954) 320-9507 (Phone)
                                                                                (954) 320-9509 (Facsimile)
                                                                                Jhaberman@schlesingerlaw.com
                                                                                Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the Plaintiff Fact Sheet and its attachments on March 19, 2018 via e-mail to bscmdlmesh@shb.com and jenni.suhr@andruswagstaff.com

Dated: March 20, 2018                               Respectfully submitted,

                                                                    s/Jeffrey L.Haberman_____
                                                                    Jeffrey L. Haberman
                                                                    Schlesinger Law Offices, P.A.
                                                                    1212 S.E. 3rd Ave.
                                                                    Fort Lauderdale, FL 33316
                                                                    (954) 320-9507 (Phone)
                                                                    (954) 320-9509 (Facsimile)
                                                                    Jhaberman@schlesingerlaw.com
                                                                    Attorney for Plaintiffs