# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAEANN BAYLESS,**

       **Plaintiff,**

**v.**                                                               **Case No: 6:20-cv-831-Orl-37GJK**

**BOSTON SCIENTIFIC CORPORATION
and COLOPLAST CORP.,**

       **Defendants.**

| | | |
|---|---|---|
| **JUDGE:** Roy B. Dalton, Jr. | | **COUNSEL FOR PLAINTIFF:** Jeffrey L. Haberman |
| **DEPUTY CLERK:** Bianca Acevedo | | |
| **COURT REPORTER:** Amie First amiefirst.courtreporter@gmail.com | **COUNSEL FOR DEFENDANTS:** | David J. Walz, Traci McKee, W. Ray Parson |
| **SCHEDULED DATE/TIME:** June 17, 2020 at 10:30 AM | | |

## MINUTES
### Telephone Conference

| | |
|---|---|
| 10:40 am | Case called; appearance made by counsel.<br>Issues addressed.<br>By June 29, 2020 each party may file a supplemental brief to their pending Daubert motions. The brief shall not exceed five (5) pages. By July 9, 2020, each party may file a supplemental brief. The response shall not exceed five (5) pages.<br>The Court terminates the Motion for Partial Summary Judgment on Plaintiff's Claim for Breach of Warranty and Manufacturing Defect (Doc. 43) for the reasons stated on the record.<br>Case will be placed on the March 1, 2021 trial term.<br>Case Management Scheduling Order to be filed. |
| | Time in court: 10:40 am – 11:21 am; Total time in court: 41 minutes |