# EXHIBIT A

DEPARTMENT OF HEALTH & HUMAN SERVICES                      Public Health Service



Food and Drug Administration
9200 Corporate Boulevard
Rockville MD 20850

Ms. Lorraine M. Hanley
Director
Global Regulatory Affairs
Boston Scientific/Urology
One Boston Scientific Place
Natick, Massachusetts 01760-1537

APR 0 3 2002

Re: K020110
   Trade Name: Surgical Mesh
   Regulation Number: 878.3300
   Regulation Name: Surgical mesh, polymeric
   Regulatory Class: II
   Product Code: FTL
   Dated: January 9, 2002
   Received: January 11, 2002

Dear Ms. Hanley:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and we have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to such additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

CONFIDENTIAL
BSCM00100000002

Page 2 – Ms. Lorraine Hanley

This letter will allow you to begin marketing your device as described in your Section 510(k) premarket notification. The FDA finding of substantial equivalence of your device to a legally marketed predicate device results in a classification for your device and thus, permits your device to proceed to the market.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801 and additionally 21 CFR Part 809.10 for in vitro diagnostic devices), please contact the Office of Compliance at (301) 594-4659. Additionally, for questions on the promotion and advertising of your device, please contact the Office of Compliance at (301) 594-4639. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR Part 807.97). Other general information on your responsibilities under the Act may be obtained from the Division of Small Manufacturers, International and Consumer Assistance at its toll-free number (800) 638-2041 or (301) 443-6597 or at its Internet address http://www.fda.gov/cdrh/dsma/dsmamain.html

Sincerely yours,

*Miriam C. Provost*
for Celia M. Witten, Ph.D., M.D.
Director
Division of General, Restorative
  and Neurological Devices
Office of Device Evaluation
Center for Devices and
  Radiological Health

Enclosure

CONFIDENTIAL
BSCM00100000003

IV. Indications for Use Statement

510(k) Number (if Known): _K02 0110_

Device Name:     Surgical Mesh

Indications For Use:

It is intended for treatment of stress urinary incontinence (SUI) resulting from urethral hypermobility and/or intrinsic sphincter deficiency and to reinforce soft tissue where weakness exists in the urological, gynecological, or gastroenterological anatomy. This includes but is not limited to the following procedures: pubourethral support and bladder support, urethral and vaginal prolapse repair, reconstruction of the pelvic floor, and sacro-colposuspension.

(PLEASE DO NOT WRITE BELOW THIS LINE-CONTINUE ON ANOTHER PAGE IF NEEDED)

Concurrence of CDRH, Office of Device Evaluation (ODE)

Prescription Use __X__      OR      Over-The-Counter Use
                                    (Optional Format 1-2-96)

_Miriam C. Provost_
(Division Sign-Off)
Division of General, Restorative and Neurological Devices

510(k) Number __K020110__

IV-1

CONFIDENTIAL
BSCM00100000004