# EXHIBIT B

# ADVANTAGE™ SYSTEM
# ADVANTAGE FIT™ SYSTEM

**Transvaginal Mid-Urethral Sling**

| | |
|---|---|
| Directions for use | 2 |
| Modo de empleo | 9 |
| Mode d'emploi | 16 |
| Gebrauchsanweisung | 23 |
| Istruzioni per l'uso | 30 |
| Gebruiksaanwijzing | 37 |
| Instruções de utilização | 44 |

Kontakt den nærmeste Boston Scientific kundeserviceafdeling, hvis en dansk kopi af brugsanvisningerne ønskes. Spørg efter reservedel nr.: 90400965-02

Επικοινωνήστε με το γραφείο εξυπηρέτησης της Boston Scientific αν οι Οδηγίες Χρήσης απαιτείται να είναι στα Ελληνικά. Ζητήστε τον αριθμό ανταλλακτικού: 90400965-03

Kontakta Boston Scientific kundtjänst om ni behöver ett exemplar av en svensk bruksanvisning. Fråga efter del nummer: 90400965-05

ENGLISH

ESPAÑOL

FRANÇAIS

DEUTSCH

ITALIANO

NEDERLANDS

PORTUGUÊS



BSCM00800000546

## DIRECTIONS FOR USE

**℞ ONLY** **Caution:** Federal Law (USA) restricts this device to sale by or on the order of a physician.

## WARNING

Contents supplied STERILE using an ethylene oxide (EO) process. Do not use if sterile barrier is damaged. If damage is found, call your Boston Scientific representative.

For single use only. Do not reuse, reprocess or resterilize. Reuse, reprocessing or resterilization may compromise the structural integrity of the device and/or lead to device failure which, in turn, may result in patient injury, illness, or death. Reuse, reprocessing or resterilization may also create a risk of contamination of the device and/or cause patient infection or cross-infection, including but not limited to, the transmission of infectious disease(s) from one patient to another. Contamination of the device may lead to injury, illness, or death of the patient.

After use, dispose of product and packaging in accordance with hospital, administrative and/or local government policy.

## WARNING

This product is intended for use only by clinicians with adequate training and experience in the surgical treatment of stress urinary incontinence (SUI). The physician is advised to consult the medical literature regarding techniques, complications and hazards associated with the intended procedures.

## DEVICE DESCRIPTION

The Advantage™ System and the Advantage Fit™ System are sterile, single use systems, consisting of one delivery device and one mesh assembly. Each mesh assembly is comprised of a polypropylene knitted mesh protected by a disposable plastic sleeve. At the distal ends of the mesh assembly are two dilators designed to be placed over the needle end of the delivery device. The disposable delivery device consists of a handle with a curved needle, a sliding metal cannula with a blunt distal end and a pusher component. The delivery device is designed to facilitate the passage of the mesh assembly through bodily tissues for transvaginal placement.

## INDICATIONS FOR USE

The mesh implant is intended as a suburethral sling for the treatment of stress urinary incontinence resulting from hypermobility and/or intrinsic sphincter deficiency.

## CONTRAINDICATIONS

A mesh implant is contraindicated in the following patients:

- Pregnant patients, patients with the potential for future growth or patients that are considering future pregnancies.
- Any patients with soft tissue pathology into which the implant is to be placed.
- Patients with any pathology which would compromise implant placement.

2

BSCM00800000547

- Patients with any pathology, such as blood supply limitations or infections that would compromise healing.

## GENERAL WARNING

The risks and benefits of performing a suburethral sling procedure in the following patients should be carefully considered:



- Women planning future pregnancies.
- Overweight women (weight parameters to be determined by the physician).
- Patients with blood coagulation disorder.
- Patients with a compromised immune system or any other condition that would compromise healing.
- Patients with renal insufficiency or upper urinary tract obstruction.
- Take special care in cases of bladder prolapse because of anatomical distortion. If the patient requires a cystocele repair, it should be done prior to the suburethral sling procedure.
- Vaginal and urinary tract infection should be treated prior to a suburethral sling implantation procedure.
- User should be familiar with surgical procedures and techniques involving nonabsorbable meshes.
- This product is intended for use only by clinicians with adequate training and experience in treatment of female stress urinary incontinence (SUI). The physician is advised to consult the medical literature regarding techniques, complications and hazards associated with the intended procedures.
- Good surgical practices should be followed for management of contamination or infected wounds.

## PROCEDURAL WARNING

- User should note the importance of placing the mesh tension free under mid-urethra.

## POST PROCEDURAL WARNING

- If subsequent infection occurs, follow appropriate medical intervention practices.
- The patient should be advised that future pregnancies may negate the effects of this procedure and the patient may again become incontinent.

## PRECAUTIONS

- Standard surgical practices should be followed for the suburethral sling procedure as well as for the management of contaminated or infected wounds.
- The procedure should be performed with very careful attention to avoid laceration of any vessels, nerves, bladder and bowel.
- Retropubic bleeding can occur. Check carefully before releasing patient from the hospital.
- Cystoscopy must be performed to confirm bladder integrity.
- Do not remove the protective plastic sleeve covering mesh implant until proper position has been confirmed.
- Ensure the mesh is placed tension free under the mid-urethra.

3

BSCM00800000548

- Use of this device should be done with the understanding that subsequent infection may require removal of the mesh.
- Patients should be counseled to refrain from heavy lifting, exercise, and intercourse for a minimum of four weeks after the procedure. Physician should determine when it is suitable for each patient to return to normal activities.
- Should dysuria, bleeding or other problems occur, the patient should be instructed to contact the physician immediately.
- Do not use any mechanical means of contact with the mesh (such as clips, staples, etc.) within the urethral support region of the mesh as mechanical damage to the mesh may occur.
- Avoid excessive tension on the mesh during handling.

## ADVERSE EVENTS

The following complications have been reported due to the suburethral sling placement, but are not limited to:

- As with all implants, local irritation at the wound site and/or foreign body response may occur.
- Tissue responses to the implant could include vaginal erosion/extrusion, erosion through the urethra or other surrounding tissue, migration of the device from the desired location, fistula formulation and inflammation. The occurrence of these responses may require removal of the entire mesh.
- Like all foreign bodies, the mesh may potentiate an existing infection.
- Excess tension may cause temporary or permanent lower urinary tract obstruction and retention.
- Perforation or laceration of vessels, nerves, bladder, urethra or bowel may occur during placement and may require surgical intervention.
- Known risks of surgical procedures for the treatment of incontinence include pain, infection, erosion of the vaginal or urethral mucosa or bladder wall, device migration, complete failure of the procedure resulting in incontinence and mild to moderate incontinence due to incomplete support or overactive bladder.
- In addition to the above listed potential complications, allergic reaction, fistula, abscess, detrusor instability, pelvic and vaginal pain, dyspareunia, vaginal bleeding, vaginal discharge, dehiscence of vaginal incision, bruising/hematoma, edema and erythema at the wound site, have been reported due to suburethral sling procedures.

## HOW SUPPLIED

The Advantage™ System and Advantage Fit™ System are sterile, single use systems consisting of one (1) delivery device and one (1) mesh assembly.

Do not use if package is opened or damaged.

Do not use if labeling is incomplete or illegible.

Store at a controlled room temperature. Do not expose to organic solvents, ionizing radiation or ultraviolet light. Rotate inventory so that devices are used prior to the expiration date on the package label.

BSCM00800000549

**FIGURE 1**



## OPERATION INSTRUCTIONS

***NOTE:*** Review image above for part description.

**Operational Instructions Prior to Use**

The Advantage™ System and Advantage Fit™ System are supplied sterile and are intended for single patient use only. Carefully examine the system to verify that neither the contents nor the sterilized package has been damaged in shipment. DO NOT USE if the sterile barrier on product is damaged. Immediately return damaged product to Boston Scientific.

Prepare and drape the patient following standard surgical practice.

The design allows the operator a transvaginal route of placement.

> ***WARNING:*** Make sure that the bladder is empty prior to initiating the use of this product. Ensure that the bladder, urethra and other important landmarks are properly identified.

**Prepare the System for Use**
**FIGURE 2**



**Preparing the System for Use (See Figure 2)**

1. Orient the Delivery Device handle so that the needle end is positioned away from the user and the needle tip is positioned upward.
2. Load the proximal end of the dilator tube by holding the dilator/sleeve joint and placing it over the distal end of the needle.
3. Slide the dilator tube over the needle until the dilator's proximal end abuts the distal end of the dilator pusher.

**STEPS FOR USE**

1. After preparation of the lower abdominal and vaginal operative sites, create two small transverse abdominal incisions approximately 0.5 cm to 1 cm on each side of the midline just above the symphysis.
2. Incise the anterior vaginal wall and dissect bilaterally in standard fashion.
3. Resting the tip of the needle on the palmar surface of the non-dominant index finger, gently introduce the delivery device anterolaterally into the paraurethral space.

5

BSCM00800000550

> **WARNING:** Make sure the delivery device needle and mesh assembly pass sufficiently lateral to the urethra and bladder so that neither is injured.

4.  After perforating the endopelvic fascia, use your fingertip, and guide the distal end of the needle superiorly along the posterior surface of the pubic bone. The curved part of the needle should rest in the operator's non-dominant hand during advancement of the device.

5.  Carefully pass the needle through the space of Retzius and perforate the rectus sheath and muscle. Guide the device into the ipsilateral abdominal incision until the needle tip is exposed through the incision.

> **WARNING:** If excessive resistance is encountered during advancement/ withdrawal, stop and determine remedial action prior to proceeding.

6.  When the needle tip/dilator tube assembly extends extra-abdominally, advance the dilator pusher on the handle forward toward the needle tip end of the Delivery Device. This will cause the dilator tube to advance beyond the tip of the needle.

7.  Grasp the dilator by placing a clamp or hemostat on the free end of the dilator end to temporarily secure it extra-abdominally.

8.  While holding the dilator in position, withdraw the needle from inside the dilator and out of the vagina. If the dilator should retract back into the abdomen, advance the needle until the proximal end of the dilator abuts the distal end of the cannula and redeploy the Dilator/Mesh Assembly until the needle tip/dilator tube assembly extends extra-abdominally.

9.  Repeat steps 1-8 on the contra lateral side.

10. With both dilator tubes in place, cystoscopy should be performed to confirm bladder integrity. If the blue dilator is seen in the bladder, remove the Dilator/Mesh Assembly. Visually inspect the Dilator/Mesh Assembly for integrity. If the Dilator/Mesh Assembly is intact, reload the Delivery Device and redeploy the Dilator/Mesh Assembly. The bladder must be emptied after cystoscopy.

11. Once desired placement is achieved, prepare to remove the protective sleeve from the mesh. See Section **Tension Mesh/Sleeve Removal**.

**Tension Mesh/Sleeve Removal**
**FIGURE 3**



6

**Tension Mesh/Sleeve Removal**

1.  Adjust the mesh by pulling upwards on the dilators so that urine leakage is limited to no more than one or two drops. During this process keep the vaginal incision closed by means of a gentle grip with small forceps.

2.  When the appropriate placement is attained, grasp the blue centering tab and cut the tab through the center of the punch hole (See Figure 3) ensuring that both halves of the blue tab are completely removed from the vaginal canal.

3.  Pull upwards on the dilators to remove the sleeve out of the body.

4.  Verify the tension of the Mesh and adjust mesh as necessary.

5.  Once the desired tension has been achieved, gently push downward on the abdomen, cut the distal ends of the mesh and confirm that those ends retract into the incision.

6.  Close the incision in the usual manner.

## POTENTIAL COMPLICATIONS

The following complications have been reported as consequences that may occur in a suburethral sling procedure:

- Allergic reaction
- Fistula
- Abscess
- Irritative voiding symptoms including urgency and urge incontinence
- Detrusor instability
- Infection
- Pelvic, vaginal pain
- Urinary retention
- Dysparenia
- Vaginal bleeding
- Vaginal discharge
- Erosion of the vaginal or urethral mucosa or bladder wall
- Dehiscence of vaginal incision
- Edema at the wound site
- Erythema at the wound site
- Bruising / Hematoma
- Recurrent Stress Urinary Incontinence

BSCM00800000552

**WARRANTY**

Boston Scientific Corporation (BSC) warrants that reasonable care has been used in the design and manufacture of this instrument. **This warranty is in lieu of and excludes all other warranties not expressly set forth herein, whether express or implied by operation of law or otherwise, including, but not limited to, any implied warranties of merchantability or fitness for a particular purpose.** Handling, storage, cleaning and sterilization of this instrument as well as other factors relating to the patient, diagnosis, treatment, surgical procedures, and other matters beyond BSC's control directly affect the instrument and the results obtained from its use. BSC's obligation under this warranty is limited to the repair or replacement of this instrument and BSC shall not be liable for any incidental or consequential loss, damage, or expense directly or indirectly arising from the use of this instrument. BSC neither assumes, nor authorizes any other person to assume for it, any other or additional liability or responsibility in connection with this instrument. **BSC assumes no liability with respect to instruments reused, reprocessed or resterilized and makes no warranties, express or implied, including but not limited to merchantability or fitness for a particular purpose, with respect to such instruments.**

8

BSCM00800000553

## MODO DE EMPLEO

 **Rx ONLY** **Precaución:** Las leyes federales estadounidenses sólo permiten la venta de este dispositivo por parte de un médico o por prescripción facultativa.

## ADVERTENCIA

El contenido se suministra ESTERILIZADO mediante óxido de etileno (OEt). No lo utilice si la barrera de esterilidad está deteriorada. Si encuentra daños, llame al representante de Boston Scientific.

Para un solo uso. No se debe reutilizar, reprocesar, ni reesterilizar. La reutilización, el reprocesamiento o la reesterilización podrían poner en peligro la integridad estructural del dispositivo o producir fallos en su funcionamiento, que, a su vez, podrían provocar lesiones, enfermedades o la muerte del paciente. Asimismo, la reutilización, el reprocesamiento o la reesterilización podrían contaminar el dispositivo o producir infecciones o infecciones cruzadas en los pacientes, incluida, por ejemplo, la transmisión de enfermedades infecciosas de un paciente a otro. La contaminación del dispositivo puede provocar lesiones, enfermedades o la muerte del paciente.

Después de su utilización, deseche el producto y el embalaje de acuerdo con las normas del hospital, administrativas y locales.

## ADVERTENCIA

Este producto sólo deben utilizarlo médicos que hayan recibido formación adecuada y que posean experiencia en el tratamiento quirúrgico de la incontinencia urinaria de esfuerzo (IUE). Se recomienda al médico que consulte la bibliografía médica sobre técnicas, complicaciones y riesgos asociados a estas intervenciones.

## DESCRIPCIÓN DEL DISPOSITIVO

El sistema Advantage™ y el sistema Advantage Fit™ son sistemas estériles de un solo uso compuestos por un dispositivo de administración y una malla. La malla se compone de una red de polipropileno protegida por un manguito desechable de plástico. En los extremos distales de la malla se encuentran dos dilatadores diseñados para situarlos sobre el extremo de la aguja del dispositivo de administración. El dispositivo de administración desechable consta de un mango con una aguja curva, una cánula metálica deslizante con extremo distal romo y un impulsor. El dispositivo de administración está diseñado para facilitar el paso de la malla a través de los tejidos corporales para su colocación transvaginal.

## MODO DE EMPLEO

La malla implantable se emplea como cabestrillo suburetral para el tratamiento de la incontinencia urinaria de esfuerzo producida por hipermovilidad o por deficiencia esfinteriana intrínseca.

## CONTRAINDICACIONES

El implante de malla está contraindicado en las pacientes siguientes:

- Mujeres embarazadas, mujeres que puedan estar embarazadas o mujeres que estén considerando quedarse embarazadas en el futuro.
- Cualquier paciente con trastornos de los tejidos blandos en los que se coloca el implante.

ESPAÑOL

9

- Pacientes con cualquier tipo de trastorno que dificulte la colocación del implante.
- Pacientes con trastornos tales como limitaciones en el riego sanguíneo o infecciones que puedan dificultar la cicatrización.

## ADVERTENCIA GENERAL

Se deben considerar detenidamente los riesgos y beneficios de un procedimiento de cabestrillo suburetral en los casos siguientes:

- Mujeres que tengan pensado quedarse embarazadas en el futuro.
- Mujeres con sobrepeso (los parámetros relativos al peso los debe determinar el médico).
- Pacientes con alteraciones en la coagulación.
- Pacientes inmunodeprimidos o con alguna patología que pueda dificultar el proceso de cicatrización.
- Pacientes con insuficiencia renal u obstrucción del tracto urinario superior.
- Tome precauciones especiales en los casos de cistocele debidos a una deformación anatómica. Si el paciente necesita tratar su cistocele, esto se debería realizar antes del procedimiento de cabestrillo suburetral.
- Las infecciones vaginales o del tracto urinario se deben tratar antes del procedimiento de implantación del cabestrillo suburetral.
- El usuario debe estar familiarizado con las intervenciones y las técnicas quirúrgicas en las que se emplean mallas no reabsorbibles.
- Este producto sólo deben utilizarlo médicos que hayan recibido formación adecuada y que posean experiencia en el tratamiento de la incontinencia urinaria de esfuerzo (IUE) femenina. Se recomienda al médico que consulte la bibliografía médica sobre técnicas, complicaciones y riesgos asociados a estas intervenciones.
- Se deben seguir la prácticas quirúrgicas recomendadas para el tratamiento de la contaminación o de las heridas infectadas.

## ADVERTENCIA RESPECTO A LA INTERVENCIÓN

- El usuario debe tener en cuenta la importancia de colocar la malla sin tensión bajo la zona media de la uretra.

## ADVERTENCIA RESPECTO AL POSTOPERATORIO

- Si se produce una infección posterior, siga las prácticas de intervención médicas adecuadas.
- Se debe informar a la paciente de que embarazos futuros pueden anular los efectos de este procedimiento y, por lo tanto, puede volver a sufrir incontinencia.

## PRECAUCIONES

- Es necesario seguir las pautas quirúrgicas estándar en la implantación del cabestrillo suburetral, así como en el tratamiento de las heridas infectadas.
- Esta intervención debe realizarse con sumo cuidado para no lacerar vasos, nervios, la vejiga o el intestino.
- Se pueden producir hemorragias retropúbicas. Compruebe que la paciente no presente este tipo de hemorragias antes de darle el alta.

10

- Es necesario realizar una cistoscopia para comprobar que la vejiga esté intacta.
- No retire el manguito protector de plástico que cubre el implante de malla hasta que haya confirmado que se encuentra en la posición correcta.
- Asegúrese de que la malla esté colocada sin tensión alguna por debajo de la zona media de la uretra.
- Al utilizar este dispositivo debe tenerse en cuenta que pueden producirse infecciones posteriores que exijan la extracción de la malla.
- Debe recomendarse a las pacientes que eviten levantar grandes pesos, hacer ejercicio y mantener relaciones sexuales durante un periodo mínimo de cuatro semanas tras la intervención. El médico debe determinar el momento en el que cada paciente puede volver a realizar una vida normal.
- Se debe informar a la paciente de la necesidad de llamar al médico de inmediato en caso de disuria, hemorragia u otros problemas.
- No deben emplearse medios mecánicos de contacto con la malla (como clips, grapas, etc.) dentro de la región del soporte uretral de la malla, ya que ésta podría deteriorarse debido a la acción mecánica.
- Evite ejercer una tensión excesiva sobre la malla durante su manipulación.

## EFECTOS SECUNDARIOS

Se han registrado las complicaciones siguientes producidas por el implante de cabestrillo suburetral (aunque pueden darse otras):

- Como con todos los implantes, es posible que aparezca una irritación en la zona de la herida o una reacción al cuerpo extraño.
- La reacción de los tejidos al implante puede incluir la cistocele, la erosión de la uretra o de otros tejidos circundantes, el desplazamiento del dispositivo de la ubicación deseada, la formación de fístulas y la inflamación. Es posible que la aparición de estas reacciones requiera la extracción de toda la malla.
- Al igual que ocurre con todos los cuerpos extraños, es posible que la malla agrave una infección existente.
- El exceso de tensión puede provocar una obstrucción temporal o permanente del tracto urinario inferior y retención de orina.
- Durante la colocación pueden producirse perforaciones o laceraciones de los vasos, nervios, vejiga, uretra o intestino que necesiten reparación quirúrgica.
- Los riesgos conocidos de las intervenciones quirúrgicas para el tratamiento de la incontinencia incluyen dolor, infecciones, erosión de las mucosas de la vagina o de la uretra o erosión de la pared de la vejiga, desplazamiento del dispositivo, fracaso total de la intervención que resulta en incontinencia e incontinencia de leve a moderada debido a un soporte incompleto o a una vejiga hiperactiva.
- Además de las complicaciones posibles mencionadas, se han registrado casos de reacciones alérgicas, fístulas, abscesos, inestabilidad del detrusor, dolores pélvicos y vaginales, dispareunia, hemorragias vaginales, secreciones vaginales, dehiscencia de la incisión vaginal, contusiones/hematomas, edemas y eritemas en la zona de la herida debido al implante del cabestrillo suburetral.

11

## MODO DE SUMINISTRO

El sistema Advantage™ y el sistema Advantage Fit™ son sistemas estériles de un solo uso compuestos por un (1) dispositivo de administración y una (1) malla.

No utilizar si el envase está abierto o dañado.

No utilizar si la etiqueta está incompleta o ilegible.

Consérvese a temperatura ambiente controlada. No los exponga a disolventes orgánicos, a radiaciones ionizantes o a la luz ultravioleta. Haga rotar los dispositivos en el almacén para utilizarlos antes de la fecha de caducidad que se indica en la etiqueta del envase.

**FIGURA 1**



## INSTRUCCIONES SOBRE EL FUNCIONAMIENTO

*NOTA:* Consulte la descripción de las piezas que figura en la imagen anterior.

**Instrucciones de funcionamiento antes de su utilización**

El sistema Advantage y el sistema Advantage Fit se suministran esterilizados para utilizarlos con una sola paciente. Examine cuidadosamente el sistema para comprobar que ni el contenido ni el envase estéril se hayan deteriorado durante el envío. NO LO USE si la barrera de esterilidad del producto está deteriorada. Devuelva de inmediato el producto deteriorado a Boston Scientific.

Prepare y coloque los paños sobre la paciente de acuerdo con las prácticas quirúrgicas habituales.

El diseño permite al cirujano utilizar una vía de colocación transvaginal.

> **ADVERTENCIA:** Asegúrese de que la vejiga está vacía antes de empezar a utilizar este producto. Compruebe que se han identificado correctamente la vejiga, la uretra y otros órganos importantes.

**Prepare el sistema para su uso**
**FIGURA 2**



BSCM00800000557

**Preparación del sistema para su uso (véase la figura 2)**

1. Oriente el mango del dispositivo de administración de manera que la punta de la aguja quede alejada del usuario y en sentido ascendente.

2. Cargue el extremo proximal del tubo del dilatador sujetando la junta entre el dilatador y el manguito y colocándola sobre el extremo distal de la aguja.

3. Deslice el tubo del dilatador sobre la aguja hasta que el extremo proximal del dilatador quede a la altura del extremo distal del propulsor del dilatador.

**INSTRUCCIONES**

1. Una vez preparados los puntos quirúrgicos abdominal inferior y vaginal, practique dos pequeñas incisiones transversales abdominales que tengan aproximadamente de 0,5 a 1 cm de longitud, una a cada lado de la línea media, justo por encima de la sínfisis.

2. Practique una incisión en la pared vaginal anterior y diseccione bilateralmente según el procedimiento estándar.

3. Apoyando la punta de la aguja sobre la superficie palmar del dedo índice de la mano no dominante, introduzca con cuidado el dispositivo de administración en trayectoria anterolateral dentro del espacio parauretral.

> **ADVERTENCIA:** Asegúrese de que la aguja del dispositivo de administración y la malla discurran de forma lo suficientemente paralela a la uretra y a la vejiga como para que éstas no sufran lesiones.

4. Una vez perforada la fascia endopélvica, guíe con la punta del dedo el extremo distal de la aguja en trayectoria superior a lo largo de la superficie posterior del hueso púbico. La parte curva de la aguja debe apoyar en la mano no dominante del cirujano al hacer avanzar el dispositivo.

5. Haga pasar con cuidado la aguja por el espacio de Retzius y perfore la vaina del recto y el músculo. Guíe el dispositivo por dentro de la incisión abdominal ipsilateral hasta que la punta de la aguja aparezca a través de la incisión.

> **ADVERTENCIA:** Si se encuentra excesiva resistencia al hacer avanzar o retirar el dispositivo, deténgase y realice las correcciones oportunas antes de continuar.

6. Cuando el conjunto del tubo dilatador y la punta de la aguja se extienda extrabdominalmente, haga avanzar el impulsor del mango del dilatador hacia adelante, en dirección hacia la punta de la aguja del dispositivo de administración. De este modo, el tubo del dilatador avanzará hasta sobrepasar la punta de la aguja.

7. Sujete el dilatador situando una pinza de forcipresión o hemostática en el extremo libre del dilatador para sujetarlo temporalmente de manera extrabdominal.

8. Manteniendo sujeto el dilatador en su lugar, retire la aguja del interior del dilatador y extráigala de la vagina. Si el dilatador se retrae hacia el interior del abdomen, haga avanzar la aguja hasta que el extremo proximal del dilatador quede a la altura del extremo distal de la cánula y vuelva a colocar el dispositivo de dilatador/malla hasta que el conjunto de tubo del dilatador y punta de la aguja quede extrabdominal.

13

BSCM00800000558

9.   Repita los pasos del 1 al 8 en el lado contralateral.

10.  Una vez colocados ambos tubos dilatadores, realice una cistoscopia para comprobar que la vejiga está intacta. Si se ve el dilatador azul dentro de la vejiga, retire el dispositivo de dilatador/malla. Compruebe visualmente que el dispositivo de dilatador/malla está intacto. Si el dispositivo no ha sufrido daños, cargue de nuevo el dispositivo de administración y vuelva a colocar el dispositivo de dilatador/malla. La vejiga debe vaciarse después de la cistoscopia.

11.  Una vez colocado el dispositivo en el lugar deseado, prepárese para retirar el manguito protector de la malla. Consulte la sección **Ajuste de la tensión de la malla/manguito**.

**Ajuste de la tensión de la malla/manguito**

**FIGURA 3**



**Ajuste de la tensión de la malla/manguito**

1.   Ajuste la malla tirando hacia arriba de los dilatadores, de forma que la pérdida de orina se limite a un máximo de una o dos gotas. Durante este proceso, mantenga la incisión vaginal cerrada con suavidad empleando unas pinzas pequeñas.

2.   Cuando esté colocada adecuadamente, sujete la pestaña azul de centrado y córtela atravesando el centro del orificio troquelado (véase la figura 3), comprobando que las dos mitades de la pestaña azul están completamente fuera del canal vaginal.

3.   Tire hacia arriba de los dilatadores para extraer el manguito del cuerpo.

4.   Compruebe la tensión de la malla y ajústela según sea necesario.

5.   Una vez conseguida la tensión deseada, presione suavemente hacia abajo sobre el abdomen, corte los extremos distales de la malla y compruebe que éstos se retraen dentro de la incisión.

6.   Cierre la incisión del modo habitual.

BSCM00800000559

## COMPLICACIONES POSIBLES

Se han producido las complicaciones siguientes como consecuencia de intervenciones de implantación de cabestrillos suburetrales:

- Reacción alérgica
- Fístulas
- Abscesos
- Síntomas de evacuación irritativa, como incontinencia urinaria o tenesmo vesical
- Inestabilidad del detrusor
- Infección
- Dolor pélvico o vaginal
- Retención de orina
- Dispareunia
- Hemorragia vaginal
- Secreción vaginal
- Erosión de la mucosa vaginal o uretral o de la pared vesical
- Dehiscencia de la incisión vaginal
- Edema en el lugar de la herida
- Eritema en el lugar de la herida
- Contusiones/hematomas
- Incontinencia urinaria de esfuerzo recurrente

## GARANTÍA

Boston Scientific Corporation (BSC) garantiza que se ha puesto un cuidado razonable en el diseño y fabricación de este instrumento. **Esta garantía sustituye a cualquier otra que no se mencione expresamente en este documento, ya sea de forma expresa o implícita por ley o de otro modo, como –entre otras– cualquier garantía implícita de comerciabilidad o de adecuación para un fin concreto.** La manipulación, el almacenamiento, la limpieza y la esterilización de este instrumento, así como otros factores relacionados con el paciente, su diagnóstico, su tratamiento, sus intervenciones quirúrgicas y cualquier otro aspecto ajeno al control de BSC afectan directamente al instrumento y a los resultados que puedan obtenerse con su uso. La responsabilidad de BSC en virtud de esta garantía se limita a la reparación o sustitución de este instrumento y BSC no asumirá responsabilidad alguna por pérdidas accidentales o consecuentes, por daños y perjuicios o por los gastos directos o indirectos que se puedan ocasionar por el uso de este instrumento. BSC tampoco asumirá ninguna otra obligación o responsabilidad relacionada con este instrumento ni autorizará a ninguna persona a que lo haga en su nombre. **BSC rechaza cualquier responsabilidad con respecto a los instrumentos reutilizados, reprocesados o reesterilizados y no ofrece garantía alguna con respecto a ellos, ya sea expresa o implícita, incluidas, entre otras, las de comerciabilidad y de adecuación para el uso al que están destinados.**

BSCM00800000560

## MODE D'EMPLOI

**℞ ONLY** **Attention :** la loi fédérale américaine limite la vente de ce dispositif à un médecin ou à toute personne agissant sur son ordre.

## MISE EN GARDE

Le contenu est livré STÉRILE, par stérilisation à l'oxyde d'éthylène (OE). Ne pas l'utiliser si le conditionnement stérile est endommagé. En cas de détérioration, contacter le représentant de Boston Scientific.

À usage unique. Ne pas réutiliser, ni retraiter, ni restériliser. La réutilisation, le retraitement ou la restérilisation de ce dispositif peut compromettre son intégrité structurelle et/ou d'entraîner son dysfonctionnement, risquant de provoquer des blessures ou le décès de la patiente. La réutilisation, le retraitement ou la restérilisation peut également engendrer un risque de contamination du dispositif et/ou provoquer l'infection ou la surinfection croisée de la patiente, notamment, mais sans limitation, la transmission de maladie(s) infectieuse(s) d'un patient à un autre. La contamination du dispositif peut entraîner des blessures, une surinfection ou le décès de la patiente.

Après utilisation, jeter le produit et l'emballage conformément aux réglementations hospitalières, administratives ou gouvernementales en vigueur.

## MISE EN GARDE

Ce produit est conçu pour être utilisé uniquement par des médecins expérimentés et formés aux techniques du traitement chirurgical de l'incontinence urinaire d'effort (IUE). Il est recommandé au médecin de consulter la littérature médicale consacrée aux techniques, aux complications et aux risques associés à cette procédure.

## DESCRIPTION DU DISPOSITIF

Le système Advantage™ et le système Advantage Fit™ sont des dispositif stériles, à usage unique, composés d'un dispositif de mise en place et d'une bandelette. Chaque bandelette présente une bandelette tressée en polypropylène protégée par un revêtement plastique jetable. Les extrémités distales de la bandelette sont garnies de deux dilatateurs destinés à être placés sur l'extrémité de l'aiguille du dispositif de mise en place. Le dispositif de mise en place jetable se compose d'une poignée à aiguille incurvée, d'une canule métallique coulissante à extrémité distale contondante et d'un poussoir. Le dispositif de mise en place est conçu pour faciliter le passage de la bandelette à travers les tissus corporels au cours d'une mise en place par voie intra-vaginale.

## INDICATIONS

La bandelette à implanter est une bandelette sous-urétrale conçue pour le traitement de l'incontinence urinaire d'effort due à l'hypermobilité et/ou la déficience intrinsèque du sphincter.

## CONTRE-INDICATIONS

L'implantation d'une bandelette est contre-indiquée dans les cas suivants :

• femmes enceintes, patientes n'ayant pas achevé leur croissance ou envisageant une future grossesse.

BSCM00800000561

- patientes présentant une pathologie des tissus mous dans lesquels l'implant doit être mis en place.
- patientes présentant une pathologie qui pourrait compromettre la mise en place de l'implant.
- patientes présentant une pathologie telle qu'une limitation de la circulation sanguine ou une infection qui pourrait compromettre la guérison.

## MISE EN GARDE GÉNÉRALE

Les avantages et les risques liés à la procédure d'implantation d'une bande sous-urétrale doivent être soigneusement considérés dans les cas suivants :

- patiente envisageant une future grossesse.
- femmes présentant un excès de poids (les critères de surpoids seront déterminés par le médecin). 
- patientes souffrant de troubles de la coagulation sanguine.
- patientes dont le système immunitaire est défaillant ou dont l'état de santé pourrait compromettre la guérison.
- patientes souffrant d'insuffisance rénale ou d'obstruction du tractus urinaire supérieur.
- accordez une attention particulière aux cas de prolapsus de la vessie dû à une distorsion anatomique. En cas de cystocèle, la réparation doit être réalisée préalablement à la procédure d'implantation de bandelette sous-urétrale.
- toute infection du tractus urinaire et vaginal doit être traitée préalablement à l'implantation d'une bandelette sous-urétrale.
- l'utilisateur doit être familiarisé avec les techniques et procédures chirurgicales impliquant l'usage de bandelettes non résorbables.
- ce produit est conçu pour être utilisé uniquement par des médecins expérimentés et formés aux techniques du traitement chirurgical de l'incontinence urinaire à l'effort (IUE) chez la femme. Il est recommandé au médecin de consulter la littérature médicale consacrée aux techniques, aux complications et aux risques associés à cette procédure.
- appliquez les techniques chirurgicales appropriées pour la gestion des plaies contaminées ou infectieuses.

## MISE EN GARDE PROCÉDURALE

- L'opérateur doit accorder une importance particulière au placement sans tension de la bandelette sous la partie médiane de l'urètre.

## MISE EN GARDE POST-PROCÉDURALE

- En cas d'infection consécutive à la procédure, appliquez les pratiques d'intervention médicale appropriées.
- La patiente doit être informée du fait qu'une grossesse ultérieure peut annuler les effets de la procédure et entraîner un retour de l'incontinence.

## PRÉCAUTIONS D'EMPLOI

- Les pratiques chirurgicales standard doivent être appliquées à la procédure d'implantation d'une bandelette sous-urétrale, ainsi qu'à la gestion des plaies contaminées ou infectées.

BSCM00800000562

- La procédure doit être réalisée en évitant toute lacération des vaisseaux, des nerfs, de la vessie et des intestins.
- Un saignement rétro-pubien peut se produire. Contrôlez soigneusement l'état de la patiente avant que celle-ci ne quitte l'établissement.
- L'intégrité de la vessie doit être confirmée par cystoscopie.
- Ne procédez pas au retrait du manchon protecteur en plastique de la bandelette avant que la mise en place correcte de l'implant ait été confirmée.
- Assurez-vous que la bandelette est placée sans tension sous la partie médiane de l'urètre.
- Lors de l'utilisation de ce dispositif, il importe de savoir qu'une infection consécutive à l'implantation peut conduire au retrait de la bandelette.
- Il doit être recommandé aux patientes d'éviter le sport, le port de charges lourdes et les relations sexuelles pendant quatre semaines au moins. Il incombe au médecin de déterminer le délai de retour à une activité normale, approprié à chaque patiente.
- Il doit être recommandé aux patientes de contacter immédiatement le médecin en cas de dysurie, de saignement ou de tout autre problème.
- N'utilisez aucun élément de contact mécanique avec la bandelette (tel que clip, agrafe, etc.) dans la zone de soutènement urétral, sous peine d'endommager la bandelette.
- Évitez de soumettre la bandelette à une tension excessive au cours de la manipulation.

## EFFETS INDÉSIRABLES

Suite à l'implantation d'une bandelette sous-urétrale, des complications ont été rapportées, notamment :

- Une irritation locale au niveau du site d'intervention et/ou du corps étranger, comme dans toute implantation.
- Des réactions tissulaires à la présence de l'implant, notamment : érosion/épanchement vaginal, lésion de la muqueuse urétrale et des tissus avoisinants, migration du dispositif par rapport à la position souhaitée, formation d'une fistule et inflammation. La survenue de ces réactions peut requérir le retrait complet de la bandelette.
- Comme tout corps étranger, la bandelette peut amplifier une infection existante.
- Une tension excessive de la bandelette peut provoquer la rétention ou l'obstruction du tractus urinaire inférieur, de manière temporaire ou permanente.
- Des perforations ou lacérations de vaisseaux, de nerfs, de la vessie, de l'urètre, ou de l'intestin peuvent survenir lors de la mise en place et peuvent nécessiter une intervention chirurgicale.
- Parmi les risques connus des procédures chirurgicales pour le traitement de l'incontinence figurent notamment : douleur, infection, lésion de la muqueuse vaginale ou urétrale ou encore de la paroi vésicale, migration du dispositif, échec complet de la procédure conduisant à l'incontinence faible, modérée ou complète en raison d'un soutènement inadéquat ou d'une suractivité de la vessie.

18

BSCM00800000563

- Les complications suivantes ont en outre été rapportées à la suite d'une procédure d'implantation de bandelette sous-urétrale : réaction allergique, abcès, instabilité de la musculature urinaire, douleur pelvienne et vaginale, dyspareunie, saignements vaginaux, épanchement vaginal, déhiscence de l'incision vaginale, hémorragie/hématome, œdème et érythème du site d'intervention.

## CONDITIONNEMENT

Le système Advantage™ et le système Advantage Fit™ sont des dispositifs stériles, à usage unique, composés d'un (1) dispositif de mise en place et d'une (1) bandelette.

Ne pas utiliser si l'emballage est ouvert ou endommagé.

Ne pas utiliser si l'étiquetage est incomplet ou illisible.

Conservez les dispositifs à une température ambiante contrôlée. Ne pas exposer à des solvants organiques, des rayonnements ionisants ou des rayons ultraviolets. Contrôlez la rotation du stock afin d'utiliser les dispositifs avant la date d'expiration indiquée sur l'emballage.

**FIGURE 1**



## INSTRUCTIONS D'UTILISATION

*REMARQUE :* pour une description des pièces du dispositif, veuillez consulter l'illustration ci-dessus.

**Instructions d'utilisation avant l'emploi**

Le système Advantage et le système Advantage Fit sont fournis stériles et sont destinés à un usage unique. Examinez soigneusement le système afin de vérifier que le conditionnement stérile et son contenu n'ont pas été endommagés au cours de l'expédition. NE L'UTILISEZ PAS si le conditionnement stérile est endommagé. Renvoyez immédiatement tout produit endommagé à Boston Scientific.

Préparez et enveloppez la patiente conformément à la procédure chirurgicale standard.

La conception permet à l'opérateur une mise en place par voie intravaginale

---

**MISE EN GARDE :** avant d'initialiser l'usage de ce produit, assurez-vous que la vessie est vide. Assurez-vous également que la vessie, l'urètre et les autres repères importants sont clairement identifiés.

---

BSCM00800000564

**Préparation du système avant utilisation**
**FIGURE 2**



**Préparation du système avant utilisation (voir Figure 2)**

1.  Orientez la poignée du dispositif de mise en place de sorte que l'extrémité de l'aiguille soit tournée dans la direction opposée à l'utilisateur et que la pointe de l'aiguille soit orientée vers le haut.
2.  Présentez l'extrémité proximale d'un tube de dilatation au-dessus de l'extrémité distale de l'aiguille en la tenant au niveau du joint dilatateur/manchon.
3.  Faites glisser le tube de dilatation sur l'aiguille jusqu'à ce que son extrémité proximale touche l'extrémité distale du poussoir.

**MODE D'EMPLOI**

1.  Après préparation des sites opératoires vaginaux et abdominaux inférieurs, pratiquez deux petites incisions abdominales transversales, d'environ 0,5 à 1 cm de longueur approximative, de chaque côté de la ligne médiane située juste au-dessus de la symphyse.
2.  Incisez la paroi vaginale antérieure et disséquez bilatéralement de façon standard.
3.  Introduisez doucement le dispositif de mise en place selon un angle antéro-latéral dans l'espace para-urétral, en prenant soin de faire reposer la pointe de l'aiguille sur la face palmaire de l'index de la main non dominante.

> *MISE EN GARDE :* assurez-vous que le passage de l'aiguille du dispositif de mise en place et de la bandelette est suffisamment latéral pour que ni la vessie ni l'urètre ne soient lésés.

4.  Après perforation du fascia endopelvien, guidez l'extrémité distale de l'aiguille, à l'aide de l'index, au-dessus et le long de la face postérieure de l'os pubien. La partie incurvée de l'aiguille doit reposer sur la main secondaire de l'opérateur pendant la progression du dispositif.
5.  Faites passer doucement l'aiguille à travers l'espace de Retzius, puis perforez la gaine et le muscle droit. Guidez le dispositif dans l'incision abdominale ipsilatérale jusqu'à ce que la pointe de l'aiguille apparaisse dans l'incision.

> *MISE EN GARDE :* en cas de résistance excessive lors de la progression ou du retrait de l'aiguille, arrêtez le déplacement et déterminez les mesures de correction à prendre avant de poursuivre.

6.  Lorsque l'ensemble pointe d'aiguille/tube de dilatation émerge de l'abdomen, faites avancer le poussoir de la poignée d'arrière en

20

BSCM00800000565

avant, vers l'extrémité de l'aiguille du dispositif de mise en place. Ce déplacement du poussoir fait avancer le tube de dilatation au-delà de la pointe de l'aiguille.

7. Saisissez la partie libre de l'extrémité du dilatateur à l'aide d'un clamp ou d'une pince à hémostase afin de l'immobiliser temporairement à l'extérieur de l'abdomen.

8. Tout en maintenant le dilatateur en position, procédez au retrait de l'aiguille de l'intérieur du dilatateur et sortez-la du vagin. Si le dilatateur se rétracte vers l'intérieur de l'abdomen, faites avancer l'aiguille jusqu'à ce que l'extrémité proximale du dilatateur touche l'extrémité distale de la canule et redéployez l'ensemble bandelette/dilatateur jusqu'à ce que la pointe de l'aiguille/tube de dilatation émerge de l'abdomen.

9. Répétez les étapes 1 à 8 du côté latéral opposé.

10. Lorsque les deux tubes de dilatation sont en place, confirmez l'intégrité de la vessie par cystoscopie. Si le dilatateur bleu est visible à l'intérieur de la vessie, procédez au retrait de l'ensemble bandelette/dilatateur. Vérifiez visuellement l'intégrité de l'ensemble bandelette/dilatateur. Si ce dernier est intact, rechargez le dispositif de mise en place et redéployez l'ensemble bandelette/dilatateur. La vessie doit être vidée après la cystoscopie.

11. Une fois que la mise en place souhaitée est achevée, préparez le retrait du manchon protecteur de la bandelette. Veuillez consulter le paragraphe **Tension de la bandelette/Retrait du manchon**.

**Tension de la bandelette/Retrait du manchon**

**FIGURE 3**



**Tension de la bandelette/Retrait du manchon**

1. Ajustez la bandelette en tirant les dilatateurs vers le haut, de façon à ce que les fuites d'urine soient limitées à une ou deux gouttes. Pendant ce processus, maintenez l'incision vaginale fermée en serrant doucement avec un petit forceps.

2. Lorsque le placement approprié est obtenu, saisissez la languette de centrage bleue et coupez-la au niveau du centre de la perforation (voir Figure3) ; assurez-vous que les deux moitiés de cette languette bleue sont entièrement retirées du canal vaginal.

3. Tirez les dilatateurs vers le haut pour extraire le manchon hors du corps.

4. Vérifiez la tension de la bandelette et ajustez cette dernière si nécessaire.

BSCM00800000566

5. Une fois que la tension souhaitée est obtenue, appuyez doucement sur l'abdomen, coupez les extrémité distales de la bandelette et assurez-vous que ces extrémités se rétractent dans l'incision.

6. Refermez l'incision de la manière habituelle.

## COMPLICATIONS POSSIBLES

Les complications ci-après ont été rapportées à la suite d'une implantation de bandelette sous-urétrale :

- Réaction allergique
- Fistule
- Abcès
- Symptômes d'irritation à la miction, y compris impériosités urinaires
- Instabilité de la musculature urinaire
- Infection
- Douleur vaginale, douleur pelvienne
- Rétention urinaire
- Dyspareunie
- Saignements vaginaux
- Écoulement vaginal
- Lésion de la muqueuse vaginale ou urétrale, ou de la paroi vésicale
- Déhiscence de l'incision vaginale
- Oedème du site opératoire
- Érythème du site opératoire
- Hémorragie/Hématome
- Incontinence urinaire récurrente à l'effort

## GARANTIE

Boston Scientific Corporation (BSC) garantit que cet instrument a été conçu et fabriqué avec un soin raisonnable. **Cette garantie remplace et exclut toute autre garantie non expressément formulée dans le présent document, qu'elle soit explicite ou induite par une loi ou de toute autre manière, y compris, sans limitation, toute garantie implicite portant sur la qualité marchande ou la conformité à un usage particulier.** La manipulation, le stockage, le nettoyage et la stérilisation de cet instrument, ainsi que les autres facteurs relatifs au patient, au diagnostic, au traitement, aux procédures chirurgicales et à d'autres éléments indépendants de la volonté de BSC, affectent directement l'instrument et les résultats obtenus lors de son utilisation. Selon les termes de cette garantie, les obligations de BSC sont limitées à la réparation ou au remplacement de cet instrument, et BSC ne sera en aucun cas responsable des pertes, dommages ou frais accessoires ou indirects découlant de l'utilisation de l'instrument. BSC n'assume, ni n'autorise aucune tierce personne à assumer en son nom, aucune autre responsabilité ni obligation supplémentaire en rapport avec cet instrument. **BSC ne peut être tenue responsable en cas de réutilisation, de retraitement ou de restérilisation des instruments et n'assume aucune garantie, explicite ou implicite, y compris, mais de façon non limitative, la qualité marchande ou la conformité à un but particulier quant à ces instruments.**

BSCM00800000567

## GEBRAUCHSANWEISUNG

**℞ ONLY** **Vorsicht:** Die USA-Gesetzgebung schreibt vor, dass dieses Produkt nur von einem Arzt oder im Auftrag eines Arztes gekauft werden darf.

## WARNUNG

Der Inhalt wurde mit Ethylenoxid (EO) sterilisiert. Bei beschädigtem sterilen Verpackungssiegel nicht verwenden. Im Falle von Beschädigungen Kontakt mit einem Vertreter von Boston Scientific aufnehmen.

Für den einmaligen Gebrauch. Nicht wiederverwenden, wiederaufbereiten oder resterilisieren. Die Wiederverwendung, Wiederaufbereitung oder Resterilisation kann eine Beeinträchtigung der strukturellen Unversehrtheit der Vorrichtung und/oder ein Versagen der Vorrichtung zur Folge haben, was wiederum zu Erkrankungen, Verletzungen oder zum Tod des Patienten führen kann. Eine Wiederverwendung, Wiederaufbereitung oder Resterilisation der Vorrichtung erhöht ebenfalls das Kontaminationsrisiko bzw. das Risiko einer Infektion des Patienten oder einer Kreuzinfektion. Hierzu gehört u. a. die Übertragung von Infektionskrankheiten von Patient zu Patient. Eine Kontamination der Vorrichtung kann zu Verletzungen, Erkrankungen oder zum Tod des Patienten führen.



Nach dem Gebrauch das Produkt und die Verpackung gemäß den Bestimmungen des Krankenhauses, administrative und/oder örtlichen Regelungen entsorgen.

## WARNUNG

Dieses Produkt ist nur zum Gebrauch durch Ärzte mit entsprechender Ausbildung und Erfahrung bei der chirurgischen Behandlung von Stress-harninkontinenz (engl. stress urinary incontinence, SUI) bestimmt. Dem Arzt wird empfohlen, bezüglich der mit den beabsichtigten Verfahren verbundenen Techniken, Komplikationen und Gefahren die entsprechende medizinische Literatur einzusehen.

## BESCHREIBUNG DES VORRICHTUNG

Das Advantage™-System und das Advantage Fit™-System sind sterile Systeme zum einmaligen Gebrauch, die aus einer Einführnadel und einer Netzbandgruppe besteht. Jede Netzbandgruppe besteht aus einem Polypropylen-Stricknetzband, das durch eine Einwegkunststoffhülle geschützt ist. An den distalen Enden der Netzbandgruppe befinden sich zwei Dilatatoren, die über das Nadelende der Einführnadel geschoben werden. Die Einwegeinführnadel besteht aus einem Handgriff mit einer gebogenen Nadel, einer Gleitmetallkanüle mit einem stumpfen distalen Ende und einer Schieberkomponente. Die Einführnadel ist dafür entworfen worden, bei der transvaginalen Platzierung die Passage der Netzbandgruppe durch das Körpergewebe zu erleichtern.

## INDIKATIONEN

Das Netzbandimplantat ist als eine suburethrale Schlinge zur Behandlung von Stressharninkontinenz aufgrund von Hypermobilität und/oder intrinsischer Sphinkterschwäche bestimmt.

23

BSCM00800000568

## KONTRAINDIKATIONEN

Ein Netzbandimplantat ist bei folgenden Patientinnen kontraindiziert:

- Schwangere, eine Schwangerschaft planende und im Wachstum befindliche Patientinnen.
- Patientinnen mit Erkrankungen des Weichteilgewebes, in welches das Implantat eingesetzt werden soll.
- Patientinnen mit Erkrankungen, die die Platzierung des Implantats gefährden würden.
- Patientinnen mit Erkrankungen wie Einschränkungen der Blutversorgung oder Infektionen, die die Heilung beeinträchtigen würden.

## ALLGMEINER WARNHINWEIS

Die Risiken und Vorteile der Anwendung einer suburethralen Schlinge müssen bei den folgenden Patientinnen sorgfältig berücksichtigt werden:

- Frauen, die eine Schwangerschaft planen.
- Übergewichtige Frauen (die Gewichtsparameter sind vom Arzt zu bestimmen).
- Patientinnen mit Blutgerinnungsstörungen.
- Patientinnen mit geschwächtem Immunsystem oder anderen Störungen, die eine Heilung beeinträchtigen würden.
- Patientinnen mit Niereninsuffizienz oder Obstruktion der oberen Harnwege.
- Bei Blasenprolaps ist besondere Vorsicht geboten, da die Gefahr einer anatomischen Distorsion besteht. Wenn die Patientin eine Zystozelebehandlung benötigt, muss diese vor dem Implantieren der suburethralen Schlinge vorgenommen werden.
- Vaginal- oder Harnwegsinfektionen müssen ebenfalls vor der Implantation der suburethralen Schlinge behandelt werden.
- Der Benutzer muss mit chirurgischen Verfahren und Techniken einschließlich nicht absorbierbarer Netzbänder vertraut sein.
- Dieses Produkt ist nur zum Gebrauch durch Ärzte mit entsprechender Ausbildung und Erfahrung bei der Behandlung von weiblicher Stressinkontinenz (engl. stress urinary incontinence, SUI) bestimmt. Dem Arzt wird empfohlen, bezüglich der mit den beabsichtigten Verfahren verbundenen Techniken, Komplikationen und Gefahren die entsprechende medizinische Literatur einzusuchen.
- Bei der Behandlung kontaminierter oder infizierter Wunden sind die Richtlinien der guten chirurgischen Praxis zu befolgen.

## WARNHINWEIS ZUM VERFAHREN

- Der Benutzer muss sich der Bedeutung der spannungsfreien Platzierung des Netzbands unter der Mittelurethra bewusst sein.

## POSTPROZEDURALER WARNHINWEIS

- Wenn anschließend eine Infektion auftritt, müssen entsprechende medizinische Interventionspraktiken angewendet werden.
- Die Patientin sollte darüber informiert werden, dass zukünftige Schwangerschaften die Wirkung dieses Eingriffs zunichte machen können und dass erneute Inkontinenz die Folge sein kann.

BSCM00800000569

## VORSICHTSMASSNAHMEN

- Bei der Anwendung der suburethralen Schlinge sowie bei der Versorgung von kontaminierten oder infizierten Wunden müssen chirurgische Standardpraktiken befolgt werden.

- Das Verfahren muss sehr sorgfältig durchgeführt werden, um eine Lazeration von Gefäßen, Nerven, Blase und Eingeweiden zu vermeiden.

- Es können retropubische Blutungen auftreten. Prüfen Sie dies sorgfältig, bevor Sie die Patientin aus dem Krankenhaus entlassen.

- Es muss eine Zystoskopie durchgeführt werden, um die Unversehrtheit der Blase zu bestätigen.

- Entfernen Sie die das Netzband bedeckende Schutz-Kunststoffhülle nicht, bevor Sie nicht die korrekte Positionierung bestätigt haben.

- Stellen Sie sicher, dass das Netzband ohne Spannung mittig unter der Harnröhre platziert wird.

- Beim Einsatz dieses Geräts muss berücksichtigt werden, dass eine anschließende Infektion die Entfernung des Netzbandes erfordern kann.

- Die Patientinnen müssen darüber informiert werden, dass sie nach dem Verfahren mindestens vier (4) Wochen lang keine schweren Gegenstände heben, keinen Sport betreiben und keinen Geschlechtsverkehr haben dürfen. Der Arzt muss feststellen, wann die Patientin in der Lage ist, ihre normale Aktivität wieder aufzunehmen.

- Sollten Dysurie, Blutungen oder andere Probleme auftreten, muss die Patientin unverzüglich den Arzt aufsuchen.

- Verwenden Sie mit dem Netzband keine mechanischen Kontaktmittel (wie Clips, Klammern usw.) innerhalb der urethralen Stützregion des Netzbands, da dies zu mechanischer Beschädigung des Netzes führen kann.

- Vermeiden Sie während des Umgangs eine übermäßige Belastung des Netzbandes.

## NEBENWIRKUNGEN

Unter anderem wurden bisher folgende Komplikationen berichtet, die mit der Platzierung einer suburethralen Schlinge einhergingen:

- Wie bei allen Implantaten kann eine lokale Reizung der Wundstelle und/oder eine Fremdkörperreaktion auftreten.

- Zu den Gewebereaktionen auf das Implantat können vaginale Erosion/Extrusion, Erosion durch die Harnröhre oder anderes umgebendes Gewebe, Wanderung des Geräts von der gewünschten Stelle weg, Fistelbildung und Entzündungen gehören. Das Auftreten dieser Reaktionen kann das Entfernen des gesamten Netzbandes erforderlich machen.

- Wie alle Fremdkörper kann das Netzband bereits bestehende Infektionen potenzieren.

- Zu starke Spannung kann zu vorübergehender oder dauerhafter Obstruktion und Retention der unteren Harnwege führen.

- Perforationen oder Lazerationen von Gefäßen, Nerven, Blase und Eingeweiden können bei der Platzierung auftreten und erfordern u. U. eine chirurgische Intervention.

- Zu den bekannten Risiken chirurgischer Verfahren zur Behandlung von Inkontinenz gehören Schmerzen, Infektionen, Erosionen

25

BSCM00800000570

der vaginalen oder urethralen Mucosa oder Blasenwand, Gerätewanderung, vollständiges Scheitern des Verfahrens mit der Folge von Inkontinenz und leichte bis mittelschwere Inkontinenz aufgrund unvollständiger Unterstützung oder einer überaktiven Blase.

- Zusätzlich zu den oben genannten möglichen Komplikationen sind bei der Anwendung suburethraler Schlingen allergische Reaktionen, Fisteln, Abszesse, Detrusorinstabilität, Hüft- und Vaginaschmerzen, Quetschungen/Hämatome, Dyspareunie, vaginale Blutungen, vaginaler Ausfluss, Dehiszenz des vaginalen Schnitts, Ödeme und Erytheme an der Wundstelle beobachtet worden.

## LIEFERFORM

Das Advantage™-System und das Advantage Fit™-System sind sterile Systeme zum einmaligen Gebrauch, die aus einer (1) Einführnadel und einer (1) Netzbandgruppe bestehen.

Bei geöffneter oder beschädigter Verpackung nicht verwenden.

Bei unvollständigem oder unleserlichem Etikett nicht verwenden.

Bei kontrollierter Raumtemperatur lagern. Keinen organischen Lösungsmitteln, ionisierenden Strahlen oder ultraviolettem Licht aussetzen. Die Bestände regelmäßig ersetzen, sodass die Instrumente jeweils vor dem auf der Verpackung angegebenen Verfallsdatum verwendet werden.

**ABBILDUNG 1**



## BEDIENUNGSANLEITUNG

*HINWEIS:* Zur Teilebeschreibung siehe Abbildung oben.

### Bedienungsanleitung vor dem Gebrauch

Das Advantage-System und das Advantage Fit-System werden steril geliefert und sind zum Gebrauch an nur einer Patientin bestimmt. Überprüfen Sie das System sorgfältig, um sicherzustellen, dass weder der Inhalt noch die sterile Verpackung während des Versands beschädigt wurden. VERWENDEN SIE DAS PRODUKT NICHT, wenn das sterile Siegel beschädigt ist. Senden Sie das beschädigte Produkt sofort an Boston Scientific zurück.

Führen Sie Vorbereitung und Abdeckung der Patientin gemäß chirurgischer Standardpraxis durch.

Das Design erlaubt dem Benutzer einen transvaginalen Platzierungsweg.

> *WARNHINWEIS:* Sorgen Sie dafür, dass die Blase leer ist, bevor dieses Produkts verwendet wird. Stellen Sie sicher, dass Blase, Harnröhre und andere wichtige Orientierungspunkte richtig identifiziert worden sind.

26

**Bereiten Sie das System für den Gebrauch vor**
ABBILDUNG 2



**Vorbereitung des Systems für den Gebrauch (siehe Abbildung 2)**

1. Richten Sie den Griff der Einführnadel so aus, dass das Nadelende vom Benutzer weg gerichtet ist und die Nadelspitze nach oben zeigt.

2. Bestücken Sie das proximale Ende des Dilatatorschlauchs, indem Sie die Dilatator/-Hüllen-Verbindungsstelle nehmen und auf das distale Ende der Nadel setzen.

3. Schieben Sie den Dilatatorschlauch über die Nadel, bis das proximale Dilatatorende an das distale Ende des Dilatatorschiebers stößt.

**VORGEHEN BEIM GEBRAUCH**

1. Nach der Vorbereitung der abdominalen und vaginalen Operationsstellen führen Sie auf jeder Seite der Mittellinie gerade oberhalb der Symphyse zwei kleine Transversal-Abdominalschnitte von ungefähr 0,5 cm bis 1 cm Länge durch.

2. Schneiden Sie die anteriore vaginale Wand auf und präparieren Sie standardmäßig bilateral.

3. Lassen Sie die Spitze der Nadel auf der palmaren Oberfläche Ihres nicht dominanten Zeigefingers ruhen und führen Sie die Einführnadel behutsam anterolateral in den paraurethralen Raum ein.

> *WARNUNG:* Stellen Sie sicher, dass die Einführnadel und die Netzbandgruppe die Harnröhre und Blase in ausreichendem Abstand lateral passieren, damit diese nicht verletzt werden.

4. Nach der Perforation der viszeralen Beckenfaszie führen Sie mit Ihrer Fingerspitze das distale Ende der Nadel superior entlang der posterioren Oberfläche des Schambeins. Der gekrümmte Teil der Nadel sollte dabei während der Fortbewegung des Instruments in der nicht dominanten Hand des Benutzers ruhen.

5. Lassen Sie die Nadel vorsichtig durch den Retzius-Raum gleiten und perforieren Sie Rektusscheide und –muskel. Führen Sie das Instrument in den ipsilateralen Abdominalschnitt ein, bis die Nadelspitze durch den Schnitt freiliegt.

> *WARNHINWEIS:* Wenn Sie während des Voranschiebens/Zurückziehens auf übermäßigen Widerstand stoßen, unterbrechen Sie den Vorgang und sorgen Sie für Abhilfe, bevor Sie fortfahren.

6. Wenn die Nadelspitzen/Dilatatorschlauch-Gruppe sich extraabdominal erstreckt, schieben Sie den Dilatatorschieber am Handgriff nach vorn, in Richtung des Nadelspitzenendes der Einführnadel. Dies führt dazu, dass der Dilatatorschlauch über die Nadelspitze hinaus nach vorn bewegt wird.

27

BSCM00800000572

7.  Greifen Sie den Dilatator, indem Sie eine Klammer oder Blutgefäßklemme auf das freie Ende des Dilatatorendes aufsetzen, um es vorübergehend extraabdominal zu befestigen.

8.  Während Sie den Dilatator in Position halten, ziehen Sie die Nadel aus dem Inneren des Dilatators und aus der Vagina heraus. Wenn der Dilatator in den Abdomen zurückrutscht, schieben Sie die Nadel nach vorn, bis das proximale Ende des Dilatators an das distale Ende der Kanüle stößt und führen Sie den Dilatator bzw. die Netzbandgruppe wieder ein, bis die Nadelspitzen/Dilatatorschlauch-Baugruppe sich extraabdominal erstreckt.

9.  Wiederholen Sie Schritte 1-8 auf der kontralateralen Seite.

10. Wenn beide Dilatatorschläuche eingesetzt worden sind, muss eine Zytoskopie durchgeführt werden, um die Unversehrtheit der Blase zu bestätigen. Wenn der blaue Dilatator in der Blase zu sehen ist, muss der Dilatator bzw. die Netzbandgruppe entfernt werden. Führen Sie eine Sichtinspektion des Dilatators bzw. der Netzbandgruppe durch, um die Unversehrtheit zu prüfen. Wenn der Dilatator bzw. die Netzbandgruppe intakt ist, laden Sie die Einführnadel erneut und setzen Sie den Dilator bzw. die Netzbandgruppe noch einmal ein. Die Blase muss nach der Zytoskopie entleert werden.

11. Sobald die gewünschte Platzierung erreicht worden ist, bereiten Sie das Entfernen der Schutzhülle von dem Netzband vor. Siehe Abschnitt **Netzband spannen/Hülle entfernen**.

**Netzband spannen/Hülle entfernen**
**ABBILDUNG 3**



**Netzband spannen/Hülle entfernen**

1.  Stellen Sie das Netzband ein, indem sie an den Dilatatoren nach oben ziehen, sodass das Auslaufen des Harns auf nicht mehr als ein oder zwei Tropfen beschränkt ist. Während dieses Verfahrens halten Sie den vaginalen Schnitt durch sanften Griff mit einer kleinen Zange geschlossen.

2.  Wenn die richtige Lage erreicht ist, greifen Sie die blaue Zentrierungslasche und schneiden die Lasche in der Mitte des Stanzlochs durch (siehe Abbildung 3), wobei sichergestellt werden muss, dass beide Hälften der blauen Lasche vollständig aus dem Vaginalkanal entfernt werden.

3.  Ziehen Sie an den Dilatatoren nach oben, um die Hülle aus dem Körper zu entfernen.

4.  Prüfen Sie die Spannung des Netzbands und stellen Sie es wie erforderlich ein.

BSCM00800000573

5.  Sobald die gewünschte Spannung erreicht worden ist, drücken Sie auf dem Abdomen sanft nach unten, schneiden die distalen Enden des Netzbands ab und überprüfen, dass diese Enden in die Schnitte zurückgezogen werden.

6.  Verschließen Sie die Schnitte auf die übliche Weise.

## MÖGLICHE KOMPLIKATIONEN

Die folgenden Komplikationen sind als Folgen berichtet worden, die beim Platzierungsverfahren einer suburethralen Schlinge auftreten können:

- Allergische Reaktion
- Fistel
- Abszess
- Irritative Entleerungssymptome einschließlich Drang und Dranginkontinenz
- Detrusorinstabilität
- Infektion
- Becken-, vaginale Schmerzen
- Harnverhaltung
- Dyspareunie
- Vaginale Blutungen
- Vaginaler Ausfluss
- Erosion der vaginalen oder urethralen Mukosa oder Blasenwand
- Dehiszenz des vaginalen Schnitts
- Ödem an der Wunde
- Erythem an der Wunde
- Quetschung/Hämatom
- Wiederkehrende Stressharninkontinenz

## GARANTIE

Boston Scientific Corporation (BSC) garantiert, dass bei der Konstruktion und Herstellung dieses Instruments mit angemessener Sorgfalt vorgegangen wurde. **Diese Garantie ersetzt alle anderen ausdrücklichen oder stillschweigenden durch Gesetzgebung oder anderweitig implizierten Garantien, die hier nicht ausdrücklich erwähnt werden, und schließt diese aus, einschließlich, aber nicht beschränkt auf, jegliche implizierten Zusicherungen in Bezug auf marktgängige Qualität oder Eignung für einen bestimmten Zweck.** Die Handhabung, Aufbewahrung, Reinigung und Sterilisation dieses Instruments sowie andere Faktoren, die sich auf den Patienten, die Diagnose, die Behandlung, chirurgische Verfahren und andere Umstände beziehen, die außerhalb der Kontrolle von BSC liegen, haben direkten Einfluss auf das Instrument und die Resultate aus seinem Einsatz. Die Verpflichtung von BSC im Rahmen dieser Garantie beschränkt sich auf die Reparatur oder den Ersatz des betreffenden Instruments; BSC ist nicht haftbar für beiläufige bzw. Folgeverluste, Schäden oder Kosten, die sich direkt oder indirekt aus der Verwendung dieses Instruments ergeben. BSC übernimmt keine weitere Haftung oder Verantwortung im Zusammenhang mit diesem Instrument und bevollmächtigt dazu auch keine anderen Personen. **BSC übernimmt keine Haftung, weder ausdrücklich noch stillschweigend, für wiederverwendete, wiederaufbereitete oder resterilisierte Instrumente, einschließlich, aber nicht beschränkt auf, Garantien bezüglich ihrer marktgängigen Qualität oder ihre Eignung für einen bestimmten Zweck.**

29

BSCM00800000574

## ISTRUZIONI PER L'USO

**℞ ONLY** **Attenzione:** la legge federale degli Stati Uniti autorizza la vendita del presente dispositivo esclusivamente a medici o dietro prescrizione medica.

## AVVERTENZA

Il contenuto è STERILIZZATO mediante ossido di etilene (EO). Non utilizzare il prodotto se la sterilità del dispositivo è stata compromessa. In caso di sterilità compromessa rivolgersi al rappresentante Boston Scientific.

Esclusivamente monouso. Non riutilizzare, ritrattare o risterilizzare. In caso contrario, l'integrità strutturale del dispositivo potrebbe risultarne compromessa e/o si potrebbe provocare il guasto del dispositivo, con conseguente rischio di lesioni, malattia o morte della paziente. Inoltre, si potrebbe incorrere nel rischio di contaminazione del dispositivo o/o causare infezioni nella paziente o infezione crociata, inclusa, in modo non limitativo, la trasmissione di malattie infettive da paziente a paziente. La contaminazione del dispositivo può inoltre provocare lesioni, malattia o morte della paziente.

Dopo l'uso, smaltire prodotto e imballo in conformità alle prassi ospedaliere, gestionali e/o governative locali.

## AVVERTENZA

Questo prodotto deve essere utilizzato esclusivamente da medici adeguatamente addestrati ed esperti nel trattamento chirurgico dell'incontinenza urinaria da sforzo (SUI). Si consiglia di consultare la letteratura medica concernente le tecniche, le complicanze e i rischi associati alle procedure di destinazione.

## DESCRIZIONE DEL DISPOSITIVO

Advantage™ e Advantage Fit™ sono sistemi sterili monouso, costituiti da un dispositivo di introduzione e un gruppo rete. Ogni gruppo rete è costituito da una rete in polipropilene, protetta da un manicotto di plastica monouso. Alle estremità distali del gruppo rete sono presenti due dilatatori che devono essere collocati sull'estremità dell'ago del dispositivo di introduzione. Il dispositivo di introduzione monouso è costituito da un'impugnatura con un ago curvo, una cannula di metallo scorrevole con estremità distale smussata e un componente spintore. Il dispositivo di introduzione ha lo scopo di facilitare il passaggio del gruppo rete attraverso i tessuti del corpo per il posizionamento transvaginale.

## INDICAZIONI PER L'USO

L'impianto della rete è una benderella suburetrale per il trattamento dell'incontinenza urinaria da sforzo derivante da ipermobilità e/o deficienza intrinseca dello sfintere uretrale.

## CONTROINDICAZIONI

L'impianto di rete è controindicato nelle seguenti pazienti:

- pazienti in gestazione, pazienti in fase di crescita o che progettino future gravidanze;
- pazienti che presentino patologie del tessuto molle in cui deve essere collocato l'impianto;

BSCM00800000575

- pazienti che presentino patologie in grado di compromettere il posizionamento dell'impianto;
- pazienti che presentino patologie, quali una limitazione dell'apporto sanguigno o infezioni tali da compromettere la cicatrizzazione.

## AVVERTENZA GENERALE

Valutare attentamente rischi e benefici dell'esecuzione di una procedura di impianto di benderella suburetrale in:

- donne che progettano future gravidanze;
- donne in sovrappeso (i parametri di peso dovranno essere stabiliti dal medico);
- pazienti con problemi di coagulazione del sangue;
- pazienti con sistema immunitario compromesso o eventuale altra condizione tale da compromettere la cicatrizzazione;
- pazienti con insufficienza renale ed ostruzione del tratto urinario superiore;
- in caso di prolasso vescicale, prestare particolare attenzione a causa della deformità anatomica. Se la paziente necessitasse di riparazione di cistocele, la procedura dovrà essere eseguita prima dell'impianto di benderella suburetrale;
- le infezioni vaginali e del tratto urinario devono essere trattate prima di procedere all'impianto;
- l'utente deve essere al corrente delle procedure e tecniche chirurgiche concernenti le reti non assorbibili;
- questo prodotto deve essere utilizzato esclusivamente da medici adeguatamente addestrati ed esperti nel trattamento chirurgico dell'incontinenza urinaria femminile da sforzo (SUI). Si consiglia di consultare la letteratura medica concernente le tecniche, le complicanze e i rischi associati alle procedure di destinazione;
- attenersi alle buone prassi chirurgiche in materia di trattamento di contaminazione o ferite infette.



ITALIANO

## AVVERTENZA PROCEDURALE

- L'utente noti l'importanza di collocare la rete senza applicare tensione sotto il tratto medio-uretrale.

## AVVERTENZA POST PROCEDURALE

- Se successivamente dovesse manifestarsi infezione, attenersi scrupolosamente alla corretta prassi medica d'intervento.
- Avvisare la paziente che eventuali future gravidanze potrebbero annullare i benefici della procedura e la paziente potrebbe tornare a soffrire nuovamente di incontinenza.

## PRECAUZIONI

- Per la procedura relativa alla benderella suburetrale e per il trattamento di ferite contaminate o infette attenersi alle pratiche chirurgiche standard.
- Eseguire la procedura con la massima attenzione per evitare l'eventuale lacerazione di vasi, nervi, vescica e intestino.
- Considerare l'evenienza di emorragia retropubica. Effettuare un controllo accurato prima di dimettere la paziente dall'ospedale.
- Eseguire una cistoscopia per verificare l'integrità della vescica.

31

BSCM00800000576

- Non rimuovere il manicotto di plastica protettivo che copre l'impianto della rete fino alla verifica del corretto posizionamento.
- Accertarsi che la rete sia posizionata senza alcuna tensione sotto il tratto medio uretrale.
- Utilizzare questo dispositivo tenendo presente che un'eventuale infezione da esso causata può richiedere la rimozione della rete.
- Informare le pazienti che dovranno astenersi dal sollevare pesi, effettuare esercizi e avere rapporti sessuali per almeno quattro settimane dopo la procedura. Spetta al medico determinare i tempi necessari perché la paziente possa riprendere le normali attività.
- Informare la paziente che in caso di disuria, emorragia o altri problemi dovrà contattare immediatamente il medico.
- Non usare mezzi meccanici di contatto con la rete (ad esempio clip, graffette, ecc.) nella regione di supporto uretrale della rete, in quanto ne potrebbero derivare danni meccanici alla rete stessa.
- Evitare di tendere eccessivamente il tessuto durante l'intervento.

## EVENTI AVVERSI

Sono state riportate le seguenti complicazioni dovute al posizionamento della benderella suburetrale; si citano in via esemplificativa ma non esaustiva:

- come succede con tutti gli impianti, potrebbero prodursi irritazione locale a livello della ferita e/o risposta da corpo estraneo;
- fra le risposte del tessuto all'impianto possiamo includere erosione/ estrusione vaginale, erosione attraverso l'uretra o altro tessuto circostante, migrazione del dispositivo dalla posizione desiderata, formazione di fistola e infiammazione; il manifestarsi di queste risposte può richiedere la rimozione dell'intera rete;
- come tutti i corpi estranei, la rete potrebbe potenziare un'infezione già esistente;
- una tensione eccessiva può provocare ostruzione o ritenzione temporanee o permanenti del tratto urinario inferiore;
- durante la procedura di posizionamento possono verificarsi perforazioni o lacerazioni di vasi, nervi, vescica, uretra o intestino, che richiederanno una riparazione chirurgica;
- rischi noti di procedure chirurgiche per il trattamento dell'incontinenza: dolore, infezione, erosione della mucosa vaginale o uretrale o della parete vescicale, migrazione del dispositivo, insuccesso totale della procedura con conseguente incontinenza e incontinenza da lieve a moderata a causa di supporto incompleto o iperattività vescicale;
- oltre alle potenziali complicanze sopra elencate sono stati riportati casi di reazione allergica, fistola, ascesso, instabilità del detrusore, dolore pelvico e vaginale, dispareunia, sanguinamento vaginale, escrezione vaginale, deiscenza dell'incisione vaginale, ematoma/ ecchimosi, edema ed eritema a livello della ferita, dovuti alle procedure d'impianto di benderella suburetrale.

BSCM00800000577

## MODALITÀ DI FORNITURA

Advantage™ e Advantage Fit™ sono sistemi sterili monouso, costituiti da un (1) dispositivo di introduzione e un (1) gruppo rete.

Non usare il prodotto se la confezione è danneggiata o aperta.

Non usare il prodotto se le etichette sono incomplete o illeggibili.

Conservare a temperatura ambiente controllata. Non esporre a solventi organici, radiazioni ionizzante o luce ultravioletta. Attuare una rotazione del magazzino, in maniera tale che i dispositivi vengano utilizzati prima della data di scadenza, indicata sull'etichetta della confezione.

**FIGURA 1**

DISPOSITIVO DI INTRODUZIONE



## ISTRUZIONI PER L'USO

**NOTA:** per la descrizione dei singoli componenti, fare riferimento all'immagine precedente.

**Istruzioni prima dell'uso**

Advantage e Advantage Fit sono sistemi forniti sterili ed esclusivamente monouso. Esaminare attentamente il sistema per verificare che la confezione sterile e il suo contenuto non siano stati danneggiati durante il trasporto. NON USARE se l'involucro che garantisce la sterilità del prodotto risulta danneggiato. Restituire immediatamente il prodotto danneggiato alla Boston Scientific.

Preparare il paziente e avvolgerlo nel telo sterile secondo la pratica chirurgica standard.

Le caratteristiche del sistema consentono il posizionamento seguendo un percorso transvaginale.

---

**AVVERTENZA:** prima di impiegare il prodotto, accertarsi che la vescica sia vuota. Accertarsi che la vescica, l'uretra e altri riferimenti importanti siano correttamente identificati.

---

**Preparare il sistema per l'uso**
**FIGURA 2**



BSCM00800000578

**Preparazione del sistema per l'uso (vedere Figura 2)**

1.  Orientare l'impugnatura del dispositivo d'erogazione in modo che la punta sia posizionata lontano dall'utente e rivolta verso l'alto.

2.  Caricare l'estremità prossimale del tubo del dilatatore tenendo il giunto dilatatore/manicotto e collocandolo sull'estremità distale dell'ago.

3.  Far scivolare il tubo del dilatatore sull'ago finché l'estremità prossimale del dilatatore non si troverà in prossimità dell'estremità distale dello spintore del dilatatore.

**PROCEDURA PER L'USO**

1.  Dopo la preparazione dei siti operatori addominale e vaginale, creare due piccole incisioni addominali di 0,5-1 cm circa su ogni lato della linea mediana subito sopra la sinfisi.

2.  Incidere la parete vaginale anteriore e dissecare bilateralmente in modalità standard.

3.  Arrestare la punta dell'ago sulla superficie palmare del dito indice non dominante e introdurre delicatamente il dispositivo di introduzione anterolateralmente nello spazio paraurretrale.

> **AVVERTENZA:** accertarsi che l'ago per l'introduzione e il gruppo rete passino lateralmente all'uretra e alla vescica, ad una distanza tale da non danneggiarle.

4.  Dopo la perforazione della fascia endopelvica, con il polpastrello guidare l'estremità distale dell'ago sulla parte superiore lungo la superficie posteriore dell'osso pubico. Durante l'avanzamento del dispositivo, la parte curva dell'ago deve restare nella mano non dominante dell'operatore.

5.  Far passare delicatamente l'ago attraverso lo spazio di Retzius e perforare la guaina e il muscolo del retto. Guidare il dispositivo nell'incisione addominale omolaterale finché la punta dell'ago non appare attraverso l'incisione.

> **AVVERTENZA:** se durante l'avanzamento o il ritiro si incontra una resistenza eccessiva, arrestarsi e determinare l'azione correttiva prima di proseguire.

6.  Quando il gruppo punta ago/tubo dilatatore si estende oltre l'addome, far avanzare lo spintore del dilatatore sull'impugnatura, verso l'estremità della punta dell'ago del dispositivo di introduzione. Ciò farà avanzare il tubo del dilatatore oltre la punta dell'ago.

7.  Afferrare il dilatatore collocando un morsetto o una pinza emostatica sulla sua estremità libera per fissarla temporaneamente oltre l'addome.

8.  Mantenendo il dilatatore in posizione, ritirare l'ago dall'interno dello stesso e fuori della vagina. Se il dilatatore dovesse ritrarsi nell'addome, far avanzare l'ago finché l'estremità prossimale del dilatatore non si appoggia all'estremità distale della cannula e dispiegare nuovamente il gruppo dilatatore/rete finché il gruppo punta ago/tubo dilatatore non si estende oltre l'addome.

9.  Ripetere le fasi da 1 a 8 sul lato controlaterale.

BSCM00800000579

10. Quando entrambi i tubi del dilatatore sono in posizione, eseguire la cistoscopia per verificare che la vescica sia integra. Se nella vescica è visibile il dilatatore blu, rimuovere il dilatatore/gruppo rete. Verificare che il dilatatore/gruppo rete sia integro. Se il dilatatore/gruppo rete è intatto, ricaricare il dispositivo di introduzione e dispiegare nuovamente il dilatatore/gruppo rete. La vescica deve essere svuotata dopo la cistoscopia.

11. Una volta ottenuto il posizionamento desiderato, prepararsi a rimuovere la guaina protettiva dalla rete. Vedere la sezione **Tensione della rete/rimozione del manicotto**.

**Tensione della rete/rimozione del manicotto**

**FIGURA 3**



**Tensione della rete/rimozione del manicotto**

1. Regolare la rete tirando verso l'alto i dilatatori, in maniera tale da ridurre le perdite di urina a una o due gocce. Durante questa fase, mantenere chiusa l'incisione vaginale delicatamente mediante delle piccole pinze.

2. Una volta raggiunta la posizione desiderata, afferrare la linguetta di centratura blu e tagliarla al centro del foro impresso (vedere Figura 3), accertandosi che le due metà della linguetta blu siano perfettamente rimosse dal canale vaginale.

3. Tirare verso l'alto i dilatatori per rimuovere il manicotto dal corpo.

4. Controllare la tensione della rete e regolarla se necessario.

5. Una volta ottenuta la tensione desiderata, premere delicatamente l'addome, tagliare le estremità distali della rete e verificare che entrambe le estremità si ritirino nell'incisione.

6. Chiudere l'incisione secondo la procedura standard.

BSCM00800000580

## POSSIBILI COMPLICANZE

Sono state riscontrate le seguenti complicanze in seguito a una procedura di benderella suburetrale:

- reazione allergica
- fistola
- ascesso
- sintomi irritativi durante l'evacuazione, quali incontinenza da tenesmo e urgenza
- instabilità del detrusore
- infezione
- dolore pelvico, vaginale
- ritenzione urinaria
- dispareunia
- emorragia vaginale
- secrezione vaginale
- erosione della mucosa vaginale o uretrale o della parete intestinale
- deiscenza dell'incisione vaginale
- edema sul sito della ferita
- eritema sul sito dell'incisione chirurgica
- ecchimosi/ematoma
- incontinenza urinaria ricorrente da sforzo

## GARANZIA

Boston Scientific Corporation (BSC) garantisce che questo prodotto è stato progettato e costruito con ogni ragionevole cura. **Quanto suddetto sostituisce tutte le altre garanzie non stabilite con la presente, siano esse rese esplicite o implicite dall'esecuzione della legge o altrimenti, compresa, in modo non esclusivo, qualsiasi garanzia implicita di commerciabilità o idoneità a uno scopo particolare.** L'uso, la conservazione, la pulizia e la sterilizzazione di questo strumento e altri fattori relativi a paziente, diagnosi, trattamento e procedure chirurgiche non soggetti al controllo di BSC condizionano direttamente le prestazioni dello strumento e i risultati ottenuti dal suo uso. L'obbligo di BSC ai sensi della presente garanzia si limita alla riparazione o alla sostituzione del presente strumento e quest'ultima non sarà responsabile di perdite incidentali o consequenziali, di danni o spese derivanti direttamente o indirettamente dall'uso del presente strumento. BSC non si assume, né autorizza alcuno ad assumersi a suo nome, responsabilità in qualsiasi modo associate a questo prodotto. **BSC non si assume alcuna responsabilità in caso di riutilizzazione, trattamento o risterilizzazione dei propri prodotti e non offre alcuna garanzia, né implicita né esplicita, incluse, in modo non limitativo, garanzia di commerciabilità o di idoneità a scopo particolare, per i presenti prodotti.**

36

## GEBRUIKSAANWIJZING

**℞ ONLY** **Let op:** Volgens de federale wet (in de Verenigde Staten) mag dit hulpmiddel uitsluitend worden aangeschaft door of op voorschrift van een arts.

## WAARSCHUWING

De inhoud wordt STERIEL geleverd (gesteriliseerd met ethyleenoxide [EO]). Gebruik het hulpmiddel niet als de steriele afsluiting is beschadigd. Neem in geval van beschadiging contact op met de vertegenwoordiger van Boston Scientific.

Uitsluitend bestemd voor eenmalig gebruik. Niet opnieuw gebruiken, verwerken of steriliseren. Opnieuw gebruiken, verwerken of steriliseren kan de structurele integriteit van het hulpmiddel aantasten en/of het defect raken van het hulpmiddel tot gevolg hebben, hetgeen kan resulteren in letsel, ziekte of de dood van de patiënt. Opnieuw gebruiken, verwerken of steriliseren brengt tevens het gevaar van verontreiniging van het hulpmiddel met zich mee en/of kan infectie of kruisinfectie van de patiënt veroorzaken, met inbegrip van, maar niet beperkt tot, overdracht van (een) besmettelijke ziekte(s) tussen patiënten. Verontreiniging van het hulpmiddel kan letsel, ziekte of de dood van de patiënt veroorzaken.

Voer na gebruik product en verpakking af volgens de voorschriften van het ziekenhuis en de nationale en/of lokale overheid.

## WAARSCHUWING

Dit product mag alleen worden gebruikt door klinisch personeel met voldoende opleiding voor en ervaring met de chirurgische behandeling van stress-urine-incontinentie (SUI). De arts wordt aangeraden de medische literatuur te raadplegen met betrekking tot technieken, complicaties en risico's die zijn verbonden aan de bedoelde ingrepen.

## BESCHRIJVING VAN HET HULPMIDDEL

Het Advantage™ systeem en het Advantage Fit™ systeem zijn steriele systemen voor eenmalig gebruik en bestaan uit één inbrenginstrument en één netconstructie. Elke netconstructie bestaat uit een gebreid net van polypropyleen dat wordt beschermd met een kunststof wegwerphoes. Aan de distale uiteinden van de netconstructie bevinden zich twee dilatators die over het uiteinde van de naald van het inbrenginstrument geplaatst moeten worden. Het inbrenginstrument, dat is bedoeld voor eenmalig gebruik, bestaat uit een handgreep met een gebogen naald, een verschuifbare metalen canule met een stomp distaal uiteinde en een duwonderdeel. Het inbrenginstrument is ontworpen om de netconstructie gemakkelijker door lichaamsweefsels te kunnen inbrengen tijdens transvaginale plaatsing.

## INDICATIES VOOR GEBRUIK

Het netimplantaat is bedoeld als een suburethrale band voor de behandeling van stress-urine-incontinentie die is ontstaan door hypermobiliteit en/of door intrinsieke sfincterdeficiëntie.

**NEDERLANDS**

BSCM00800000582

## CONTRA-INDICATIES

Er bestaat een contra-indicatie voor het netimplantaat bij de volgende patiënten:

- Zwangere patiënten, patiënten die nog in de groei zijn of patiënten die van plan zijn zwanger te worden.
- Patiënten met een pathologie van het zachte weefsel waarin het implantaat moet worden geplaatst.
- Patiënten met een pathologie waardoor het plaatsen van het implantaat niet mogelijk is.
- Patiënten met pathologieën als beperkte bloedtoevoer of infecties waardoor de genezing wordt tegengewerkt.

## ALGEMENE WAARSCHUWING

De risico's en voordelen van het uitvoeren van een ingreep met een suburethrale band dienen zorgvuldig te worden overwogen bij de volgende patiënten:

- Vrouwen die van plan zijn zwanger te worden.
- Vrouwen met overgewicht (gewichtsparameters ter beoordeling van de arts).
- Patiënten met een stoornis in de bloedstolling.
- Patiënten met een aangetast immuunsysteem of een andere aandoening die de genezing zou kunnen tegenwerken.
- Patiënten met een functiestoornis van de nieren of een hoge urinewegobstructie.
- Wees extra voorzichtig bij patiënten met een blaasverzakking in verband met de anatomische vervorming. Indien de patiënt een hersteloperatie voor de blaasverzakking dient te ondergaan, moet deze voorafgaand aan de ingreep met een suburethrale band worden uitgevoerd.
- Vaginale infecties en urineweginfecties dienen voorafgaand aan de implantatie van de suburethrale band te worden behandeld.
- De gebruiker dient bekend te zijn met chirurgische ingrepen en technieken waarbij niet-absorbeerbare netten worden gebruikt.
- Dit product mag alleen worden gebruikt door klinisch personeel met voldoende opleiding voor en ervaring met de behandeling van stress-urine-incontinentie (SUI) bij de vrouw. De arts wordt aangeraden de medische literatuur te raadplegen met betrekking tot technieken, complicaties en risico's die zijn verbonden aan de bedoelde ingrepen.
- Voor de behandeling van besmette of geïnfecteerde wonden dienen de juiste chirurgische methoden te worden aangehouden.

## WAARSCHUWING - INGREEP

- De gebruiker dient zich bewust te zijn van de noodzaak om het net spanningsvrij onder de midurethra te plaatsen.

## WAARSCHUWING - NA INGREEP

- Volg de juiste methoden voor medisch ingrijpen als zich na de ingreep een infectie voordoet.
- De patiënt dient op de hoogte te worden gebracht van het feit dat het effect van deze ingreep teniet kan worden gedaan door zwangerschap en dat de patiënt opnieuw incontinent kan raken.

BSCM00800000583

## VOORZORGSMAATREGELEN

- Zowel voor de ingreep met de suburethrale band als voor de behandeling van besmette of geïnfecteerde wonden dienen de standaard chirurgische methoden te worden aangehouden.
- De ingreep dient uiterst voorzichtig te worden uitgevoerd om scheuring van vaten, zenuwen, blaas en darmen te voorkomen.
- Er kunnen zich retropubische bloedingen voordoen. Controleer dit goed voordat de patiënt uit het ziekenhuis wordt ontslagen.
- De integriteit van de blaas dient via een cystoscopie te worden bevestigd.
- Verwijder de kunststof beschermhoes om het netimplantaat pas nadat de juiste positie is vastgesteld.
- Zorg dat het net spanningsvrij onder de midurethra wordt geplaatst.
- Bij het gebruik van dit hulpmiddel dienen de betrokkenen ervan op de hoogte te zijn dat bij een latere infectie het net mogelijk moet worden verwijderd.
- Patiënten dienen te worden ingelicht dat ze zich minimaal vier weken volgend op de ingreep dienen te onthouden van zwaar tilwerk, sport en geslachtsgemeenschap. De arts dient vast te stellen wanneer een individuele patiënt de gewone activiteiten weer kan hervatten.
- De patiënt moet worden geïnstrueerd dat deze onmiddellijk de arts moet raadplegen wanneer zich pijn bij het urineren, bloedingen of andere problemen voordoen.
- Gebruik binnen het urethrale ondersteuningsgebied van het net geen mechanische middelen (zoals klemmetjes of nietjes) voor contact met het net, omdat daardoor mechanische schade aan het net kan ontstaan.
- Vermijd dat het net onder te hoge spanning staat wanneer u ermee werkt.

## BIJWERKINGEN

Van het plaatsen van een suburethrale band zijn onder meer de volgende complicaties bekend:

- Zoals bij alle implantaten kan er plaatselijke irritatie optreden op de plaats van de wond en/of kan een reactie tegen het vreemde lichaam optreden.
- De reactie van het weefsel op het implantaat kan zijn: inzakken/erosie van de schede, erosie door de urethra of ander aangrenzend weefsel, verplaatsing van het hulpmiddel naar een andere dan de gewenste plek, fistelvorming en ontsteking. Indien een dergelijke reactie optreedt, moet mogelijk het volledige net worden verwijderd.
- Zoals alle vreemde lichamen kan het net een bestaande infectie verergeren.
- Een te grote spanning kan tijdelijke of permanente lage urinewegobstructie en vasthouden van urine veroorzaken.
- Tijdens plaatsing kan perforatie of scheuring van vaten, zenuwen, blaas, urethra of darmen worden veroorzaakt waardoor mogelijk een chirurgische ingreep nodig is.
- Tot de bekende risico's van chirurgische ingrepen ter behandeling van incontinentie behoren: pijn, infectie, erosie van het vaginale of urethrale slijmvlies of van de blaaswand, verplaatsing van het

39

BSCM00800000584

hulpmiddel, mislukken van de ingreep met als gevolg incontinentie en milde tot matige incontinentie wegens een tekort aan ondersteuning of een overactieve blaas.

- Naast bovengenoemde mogelijke complicaties zijn ook allergische reacties, fistels, abcessen, detrusorinstabiliteit, bekken- en vaginale pijn, dyspareunie, vaginale bloedingen, vaginale afscheiding, opensplijting van de vaginale incisie, bloeduitstorting/hematoom, oedeem en erythema op de plaats van de wond gemeld als gevolg van ingrepen met een suburethrale band.

## WIJZE VAN LEVEREN

Het Advantage™ systeem en het Advantage Fit™ systeem zijn steriele systemen voor eenmalig gebruik die bestaan uit een (1) inbrenginstrument en een (1) netconstructie.

Niet gebruiken als de verpakking open of beschadigd is.

Niet gebruiken als de etikettering onvolledig of onleesbaar is.

Sla het product op bij een constante kamertemperatuur. Stel het product niet bloot aan organische oplosmiddelen, ioniserende straling of ultraviolet licht. Gebruik eerst de oude voorraad zodat de hulpmiddelen vóór de houdbaarheidsdatum op de verpakking worden gebruikt.

**AFBEELDING 1**



## INSTRUCTIES VOOR BEDIENING

*OPMERKING:* Zie de afbeelding hierboven voor een beschrijving van de onderdelen.

### Instructies voor bediening voorafgaand aan gebruik

Het Advantage systeem en het Advantage Fit systeem worden steriel geleverd en zijn uitsluitend bestemd voor gebruik bij één patiënt. Controleer het systeem nauwkeurig om na te gaan of de inhoud en het gesteriliseerde pakket tijdens de verzending niet beschadigd zijn geraakt. Gebruik het product NIET als de steriele afsluiting is beschadigd. Zend het beschadigde product onmiddellijk retour aan Boston Scientific.

Bereid de patiënt voor en dek deze toe volgens de standaard chirurgische methoden.

Het systeem is zodanig ontworpen dat dit transvaginaal kan worden geplaatst.

---

*WAARSCHUWING:* Zorg ervoor dat de blaas leeg is voordat dit product wordt gebruikt. Controleer of de ligging van de blaas, de urethra en andere belangrijke punten duidelijk herkenbaar is.

---

BSCM00800000585

**Het systeem voorbereiden voor gebruik**
**AFBEELDING 2**



**Het systeem voorbereiden voor gebruik (zie afbeelding 2)**

1. Plaats de handgreep van het inbrenginstrument zodanig dat het uiteinde van de naald en de gebruiker af is gericht en de tip van de naald omhoog is gericht.

2. Plaats het proximale uiteinde van de dilatatorbuis door de verbinding tussen de dilatator en de hoes vast te pakken en deze over het distale uiteinde van de naald te plaatsen.

3. Schuif de dilatatorbuis over de naald totdat het proximale uiteinde van de dilatator het distale uiteinde van de drukknop van de dilatator raakt.

**STAPPEN VOOR HET GEBRUIK**

1. Bereid de laagabdominale en vaginale locaties voor de ingreep voor en maak vervolgens twee kleine transversale abdominale incisies van ongeveer 0,5 tot 1 cm aan weerszijden van de middenlijn, net boven de symphysis.

2. Maak anterior een incisie in de vaginawand en maak op de standaardmanier een bilaterale dissectie.

3. Laat de tip van de naald op het palmaire oppervlak van de niet-dominante wijsvinger rusten en breng het inbrenginstrument voorzichtig anterolateraal in de para-urethrale ruimte in.

> **WAARSCHUWING:** Zorg dat de naald van het inbrenginstrument en de netconstructie lateraal genoeg in de urethra en de blaas worden ingebracht, zodat deze niet beschadigd raken.

4. Perforeer de endopelvische fascia en breng vervolgens met uw vingertop het distale uiteinde van de naald superior in langs het posteriore oppervlak van het schaambeen. Het gebogen gedeelte van de naald moet tijdens het inbrengen van het hulpmiddel in de niet-dominante hand van de gebruiker blijven rusten.

5. Voer de naald voorzichtig door de ruimte van Retzius en perforeer de rectusschede en -spier. Voer het instrument in de ipsilaterale abdominale incisie totdat de tip van de naald zichtbaar is door de incisie.

> **WAARSCHUWING:** Als tijdens het inbrengen/terugtrekken van het hulpmiddel sterke weerstand voelbaar is, moet worden gestopt en worden vastgesteld welke maatregelen nodig zijn voordat wordt verdergegaan.

6. Als de tip van de naald/dilatatorbuisconstructie extra-abdominaal uitsteekt, moet de drukknop op de handgreep van de dilatator naar

41

BSCM00800000586

voren worden geduwd in de richting van de tip van de naald van het inbrenginstrument. Hierdoor schuift de dilatatorbuis naar voren, voorbij de tip van de naald.

7. Grijp de dilatator vast door een klem of hemostat op het vrije uiteinde van de dilatator te plaatsen, om deze tijdelijk extra-abdominaal vast te zetten.

8. Houd de dilatator in positie en trek de naald uit de dilatator en de vagina. Als de dilatator weer in het abdomen wordt getrokken, duwt u de naald verder totdat het proximale uiteinde van de dilatator het distale uiteinde van de canule raakt en brengt u vervolgens de dilatator/netconstructie opnieuw aan totdat de tip van de naald/dilatatorbuisconstructie extra-abdominaal uitsteekt.

9. Herhaal stap 1-8 aan de contralaterale zijde.

10. Als beide dilatatorbuizen zijn geplaatst, moet een cystoscopie worden uitgevoerd om de integriteit van de blaas te controleren. Als de blauwe dilatator zichtbaar is in de blaas, moet de dilatator/netconstructie worden verwijderd. Controleer de integriteit van de dilatator/netconstructie visueel. Als de dilatator/netconstructie intact is, maakt u het inbrenginstrument opnieuw gereed en brengt u de dilatator/netconstructie opnieuw aan. Na de cystoscopie dient de blaas te worden geleegd.

11. Als de gewenste positie is bereikt, moet de beschermhoes van het net worden verwijderd. Zie het gedeelte **Druknet/hoes verwijderen**.

**Druknet/hoes verwijderen**

**AFBEELDING 3**



**Druknet/hoes verwijderen**

1. Verstel het net door naar boven te duwen op de dilatators, zodat het urineverlies wordt beperkt tot niet meer dan één of twee druppels. Houd tijdens dit proces de vaginale incisie voorzichtig gesloten met een kleine tang.

2. Als de plaatsing juist is, neemt u de blauwe centreertab vast en knipt u de tab door langs het midden van het ponsgat (zie afbeelding 3), waarbij u ervoor dient te zorgen dat beide delen van de blauwe tab volledig worden verwijderd uit het vaginale kanaal.

3. Trek omhoog aan de dilatators om de hoes te verwijderen.

4. Controleer de spanning van het net en stel het net zo nodig bij.

5. Als de gewenste spanning is bereikt, duwt u voorzichtig op het abdomen, knipt u de distale uiteinden van het net door en controleert u of deze uiteinden worden teruggetrokken in de incisie.

6. Sluit de incisie op de gebruikelijke manier.

42

## MOGELIJKE COMPLICATIES

De volgende complicaties zijn gemeld als gevolgen die zich kunnen voordoen bij een ingreep met een suburethrale band:

- Allergische reactie
- Fistels
- Abcessen
- Irritatieve legingssymptomen zoals urgentie- en aandrangincontinentie
- Detrusorinstabiliteit
- Infectie
- Bekkenpijn, vaginale pijn
- Vasthouden van urine
- Dyspareunie
- Vaginale bloedingen
- Vaginale afscheiding
- Erosie van het vaginale of urethrale slijmvlies of van de blaaswand
- Opensplijting van de vaginale incisie
- Oedeem op de plaats van de wond
- Erythema op de plaats van de wond
- Bloeduitstorting/hematoom
- Terugkerende stress-urine-incontinentie

## GARANTIE

Boston Scientific Corporation (BSC) garandeert dat alle redelijke zorg is besteed aan het ontwerp en de fabricage van dit instrument. **Deze garantie geldt in plaats van alle andere garanties die hier niet uitdrukkelijk zijn genoemd en sluit deze uit, hetzij uitdrukkelijk hetzij impliciet, wettelijk of anderszins, met inbegrip van, maar niet beperkt tot enige impliciete garantie van verkoopbaarheid of geschiktheid voor een bepaald doel.** De behandeling, opslag, reiniging en sterilisatie van dit instrument, evenals andere factoren die betrekking hebben op de patiënt, diens diagnose, behandeling, chirurgische ingrepen en andere zaken waarover BSC geen controle heeft, zijn rechtstreeks van invloed op het instrument en de door gebruik ervan verkregen resultaten. De verplichtingen van BSC onder deze garantie zijn beperkt tot reparatie of vervanging van het instrument en BSC is niet aansprakelijk voor enig incidenteel verlies of verlies voortvloeiend uit gebruik van dit instrument of voor directe of indirecte schade of kosten ten gevolge van gebruik van dit instrument. BSC aanvaardt geen enkele andere of aanvullende aansprakelijkheid of verantwoordelijkheid in verband met dit instrument en ook is het geen enkel ander persoon toegestaan deze te aanvaarden. **BSC aanvaardt geen enkele aansprakelijkheid voor opnieuw gebruikte, opnieuw verwerkte of opnieuw gesteriliseerde instrumenten en biedt geen garanties, hetzij uitdrukkelijk, hetzij impliciet, inclusief, maar niet beperkt tot verkoopbaarheid of geschiktheid voor een bepaald doel met betrekking tot dergelijke instrumenten.**

BSCM00800000588

## INSTRUÇÕES DE UTILIZAÇÃO

**℞ ONLY** **Atenção:** A lei federal norte americana só permite a venda deste dispositivo a médicos ou sob receita médica.

## ADVERTÊNCIAS

O conteúdo é fornecido ESTERILIZADO através de um processo que utiliza óxido de etileno (OE). Não utilizar se o selo de esterilização estiver quebrado. Se for evidente a ocorrência de danos, contacte o representante local da Boston Scientific.

Para uma só utilização. Não reutilizar, reprocessar ou reesterilizar. O reprocessamento, a reesterilização ou a reutilização podem comprometer a integridade estrutural do dispositivo e/ou provocar falhas deste, que, por sua vez, podem causar lesões, doenças ou conduzir à morte do paciente. O reprocessamento, a reesterilização ou a reutilização também podem criar o risco de contaminação do dispositivo e/ou causar infecção ou infecção cruzada nos pacientes, incluindo, entre outras, a transmissão de doenças infecciosas de um paciente para outro. A contaminação do dispositivo pode causar lesões, doenças ou conduzir à morte do paciente.

Após utilização, descarte o produto e respectiva embalagem de acordo com a política hospitalar, administrativa e/ou estatal local.

## ADVERTÊNCIAS

Este produto destina-se a ser utilizado apenas por médicos com formação e experiência adequadas no tratamento cirúrgico da incontinência urinária de esforço (IUE). Aconselhamos o médico a consultar a literatura médica no que diz respeito a técnicas, complicações e perigos associados aos procedimentos previstos.

## DESCRIÇÃO DO DISPOSITIVO

O Sistema Advantage™ e o Sistema Advantage Fit™ são sistemas esterilizados, para uma única utilização, constituídos por um dispositivo de aplicação e por uma unidade de rede. Cada unidade de rede é constituída por uma rede feita de polipropileno, protegida por uma manga de plástico descartável. Nas extremidades distais da unidade de rede existem dois dilatadores que foram concebidos para serem colocados sobre a extremidade da agulha do dispositivo de aplicação. O dispositivo de aplicação descartável é constituído por um manípulo com uma agulha curva, uma cânula deslizante em metal com extremidade distal romba e um componente impulsionador. O dispositivo de aplicação foi concebido para facilitar a passagem da unidade de rede através dos tecidos corporais, para colocação transvaginal.

## INDICAÇÕES DE UTILIZAÇÃO

O implante de rede funciona como faixa de suporte ("sling") suburetral para o tratamento da incontinência urinária de esforço resultante de hipermobilidade e/ou deficiência intrínseca do esfíncter.

## CONTRA-INDICAÇÕES

O implante de rede é contra-indicado para as seguintes pacientes:

- Grávidas, pacientes com potencial de crescimento futuro ou pacientes que planeiem engravidar.
- Qualquer paciente com patologia dos tecidos moles onde o implante irá ser colocado.

44

- Pacientes com qualquer patologia que comprometa a colocação do implante.
- Pacientes com qualquer patologia onde ocorra limitação do aporte de sangue ou infecção que possa comprometer a cicatrização.

## ADVERTÊNCIAS GERAIS

Os riscos e benefícios da realização de um procedimento de implantação de uma faixa de suporte suburetral devem ser cuidadosamente ponderados nos seguintes casos:

- Mulheres que planeiem engravidar futuramente.
- Mulheres com excesso de peso (os parâmetros do peso são determinados pelo médico).
- Pacientes com alterações a nível da coagulação sanguínea.
- Pacientes com o sistema imunitário comprometido ou outras condições que possam comprometer a cicatrização.
- Pacientes com insuficiência renal ou obstrução do tracto urinário superior.
- Ter em especial atenção os casos de prolapso da bexiga devido a distorção anatómica. Se a paciente tiver indicação para reparação de cistocelo, esta deve ser efectuada anteriormente ao procedimento de implantação da faixa de suporte suburetral.
- Quaisquer infecções vaginais e do tracto urinário deverão ser tratadas antes de um procedimento de implantação da faixa de suporte suburetral.
- O utilizador deve estar familiarizado com as técnicas e os procedimentos cirúrgicos que envolvam redes não absorvíveis.
- Este produto destina-se a ser utilizado apenas por médicos com formação e experiência adequadas no tratamento cirúrgico da incontinência urinária de esforço (IUE) feminina. Aconselhamos o médico a consultar a literatura médica no que diz respeito a técnicas, complicações e perigos associados aos procedimentos previstos.
- Deverão ser adoptadas boas práticas cirúrgicas para o tratamento de feridas infectadas ou contaminadas.

## ADVERTÊNCIA DURANTE O PROCEDIMENTO

- É importante que o utilizador tenha em atenção a importância da colocação da rede sem tensão na linha média da uretra.

## ADVERTÊNCIAS DURANTE O PÓS-OPERATÓRIO

- Em caso de infecção subsequente, seguir as práticas médicas apropriadas.
- A paciente deve ser advertida de que uma gravidez futura pode anular os efeitos deste procedimento e fazer com que volte a ficar incontinente.



## PRECAUÇÕES

- Devem ser seguidas as práticas cirúrgicas habituais no procedimento de implantação da faixa de suporte suburetral, assim como no controlo de feridas contaminadas ou infectadas.
- O procedimento deve ser realizado com o máximo cuidado para evitar a laceração de vasos, nervos, da bexiga e dos intestinos.
- Pode ocorrer hemorragia retropúbica. Antes de dar alta à paciente, é necessário efectuar uma verificação cuidadosa.
- Tem de ser realizada uma cistoscopia para confirmar a integridade da bexiga.

45

BSCM00800000590

- Não remover a manga protectora de plástico que cobre o implante de rede até confirmar o seu correcto posicionamento.
- Verificar se a rede está colocada sem tensão sob a linha média da uretra.
- Este dispositivo deve ser utilizado com a noção de que, em caso de infecção subsequente, pode ser necessário retirar a rede.
- As pacientes devem ser aconselhadas a evitar levantar pesos, fazer exercício e ter relações sexuais durante, no mínimo, quatro (4) semanas após o procedimento. O médico deve determinar o momento mais adequado para cada paciente regressar às actividades normais.
- A paciente deve ser instruída no sentido de contactar o médico imediatamente em caso de disúria, hemorragia ou qualquer outro problema.
- Não utilizar qualquer meio mecânico de contacto com a rede (como clips, agrafos, etc.) na região de suporte uretral da rede, uma vez que a rede pode sofrer danos mecânicos.
- Evitar aplicar tensão excessiva na rede durante a manipulação.

## EFEITOS INDESEJÁVEIS

Foram referidas, entre outras, as seguintes complicações devido à implantação da faixa de suporte suburetral:

- Como acontece com todos os implantes, pode ocorrer irritação no local da ferida e/ou uma reacção ao corpo estranho.
- As reacções dos tecidos ao implante podem incluir extrusão/erosão vaginal, erosão através da uretra ou outro tecido circundante, migração do dispositivo do local pretendido, formação de fístula e inflamação. A ocorrência destas reacções pode exigir a remoção da rede na sua totalidade.
- Tal como acontece com todos os corpos estranhos, a rede pode potenciar uma infecção existente.
- Um tensão excessiva pode causar obstrução e retenção, temporárias ou permanentes, do tracto urinário inferior.
- Pode ocorrer a perfuração ou laceração dos vasos, nervos, bexiga, uretra ou intestinos durante a colocação, requerendo posterior intervenção cirúrgica.
- Os riscos conhecidos dos procedimentos cirúrgicos para tratamento da incontinência incluem dor, infecção, erosão da mucosa vaginal ou uretral ou da parede da bexiga, migração do dispositivo, insucesso do procedimento dando origem a incontinência, e incontinência ligeira a moderada devido a suporte incompleto ou bexiga hiper-reactiva.
- Além da lista de complicações potenciais anteriormente descrita, foram comunicados os seguintes sintomas resultantes do procedimento de implantação da faixa de suporte suburetral: reacção alérgica, fístula, abcesso, instabilidade do detrusor, dor pélvica e vaginal, dispareunia, hemorragia vaginal, descarga vaginal, deiscência da incisão vaginal, ferimento/hematoma, edema e eritema no local da incisão.

## APRESENTAÇÃO

O Sistema Advantage™ e o Sistema Advantage Fit™ são sistemas de utilização única, esterilizados, constituídos por um (1) dispositivo de aplicação e uma (1) unidade de rede.

Não utilize se a embalagem estiver aberta ou danificada.

Não utilize se a etiquetagem estiver incompleta ou ilegível.

46

BSCM00800000591

Armazenar a uma temperatura ambiente controlada. Não expor a solventes orgânicos, radiação ionizante ou raios ultravioletas. Fazer a rotação dos stocks de forma a que os dispositivos sejam utilizados antes do final do prazo de validade indicado na embalagem.

**FIGURA 1:**



## INSTRUÇÕES DE UTILIZAÇÃO

*NOTA:* Consultar a imagem acima para ver uma descrição das peças.

**Instruções antes da utilização**

O Sistema Advantage™ e o Sistema Advantage Fit™ são fornecidos esterilizados e destinam-se a utilização num único paciente. Examine cuidadosamente o sistema para verificar se o conteúdo ou a embalagem esterilizada sofreram quaisquer danos durante o transporte. NÃO UTILIZAR se a barreira estéril do produto estive danificada. Devolva imediatamente o produto danificado à Boston Scientific.

Preparar e cobrir o paciente de acordo com as técnicas cirúrgicas padrão.

A concepção do sistema possibilita ao operador uma via de colocação transvaginal.

> *ATENÇÃO:* Verificar se a bexiga está vazia antes de iniciar a utilização deste produto. Verifique também se a bexiga, a uretra e outros pontos anatómicos importantes se encontram devidamente identificados.

**Preparar o sistema para utilização**
**FIGURA 2:**



**Preparação do sistema para utilização (consultar a Figura 2)**

1. Orientar o punho do dispositivo de aplicação de modo a que a extremidade da agulha fique afastada do utilizador e a ponta da agulha fique virada para cima.

2. Carregar a extremidade proximal do tubo do dilatador segurando na junta dilatador/manga e colocando-a sobre a extremidade distal da agulha.

3. Fazer deslizar o tubo do dilatador sobre a agulha, até a extremidade proximal do dilatador bater na extremidade distal do impulsionador do dilatador.

BSCM00800000592

**PASSOS DO PROCEDIMENTO**

1. Após preparação dos campos cirúrgicos na zona abdominal inferior e vaginal, fazer duas pequenas incisões transversais abdominais com aproximadamente 0,5 cm a 1 cm de cada lado da linha média, imediatamente acima da sínfise.

2. Fazer uma incisão na parede vaginal anterior e dissecar bilateralmente de acordo com a técnica padrão.

3. Apoiando a ponta da agulha na superfície palmar do dedo indicador não dominante, introduza cuidadosamente o dispositivo de aplicação anterolateralmente no espaço parauretral.

> *ATENÇÃO:* Certifique-se de que o dispositivo de aplicação e a unidade de rede passam lateralmente à uretra e à bexiga, para não provocar lesões em nenhum destes órgãos.

4. Depois de perfurar a fáscia endopélvica, utilizar a ponta do dedo para guiar a extremidade distal da agulha superiormente, ao longo da superfície posterior do osso púbico. A parte curva da agulha deve assentar na mão não dominante do operador durante o avanço do dispositivo.

5. Cuidadosamente, passe o dispositivo de aplicação pelo espaço de Retzius e perfure a bainha do músculo recto. Guiar o dispositivo para a incisão ipsilateral abdominal, até a ponta da agulha ficar exposta através da incisão.

> *ATENÇÃO:* Se for encontrada resistência excessiva durante a introdução/ remoção, parar e aplicar medidas correctivas antes de continuar.

6. Quando a unidade ponta da agulha/tubo dilatador se estender extra-abdominalmente, fazer avançar o impulsionador do dilatador no manípulo em direcção à extremidade da ponta da agulha do dispositivo de aplicação. Isto fará com que o tubo dilatador avance para além da ponta da agulha.

7. Pegar no dilatador colocando um clamp ou hemóstato na extremidade livre da extremidade do dilatador, para a manter temporariamente fixa na zona extra-abdominal.

8. Ao mesmo tempo que se mantém o dilatador na posição, retirar a agulha de dentro do dilatador e puxá-la para fora da vagina. Se o dilatador recuar para dentro do abdómen, fazer avançar a agulha até a extremidade proximal do dilatador bater na extremidade distal da cânula e accionar novamente a unidade dilatador/rede, até a unidade ponta da agulha/tubo do dilatador se estender extra-abdominalmente.

9. Repetir os passos 1-8 no lado contralateral.

10. Com ambos os tubos de dilatador aplicados, deve ser realizada uma cistoscopia para confirmar a integridade da bexiga. Se o dilatador azul aparecer na bexiga, remover a unidade dilatador/rede. Inspeccionar visualmente a unidade dilatador/rede para verificar a respectiva integridade. Se estiver intacta, recarregar o dispositivo de aplicação e accionar novamente a unidade dilatador/rede. A bexiga tem de ser esvaziada a seguir à cistoscopia.

11. Depois de conseguida a colocação pretendida, preparar a remoção da manga protectora da rede. Consultar a secção **Remover tensão de rede/manga.**

BSCM00800000593

**Remover tensão de rede/manga**
**FIGURA 3:**



**Remover tensão de rede/manga**

1. Ajustar a rede puxando os dilatadores para cima, de modo a que a fuga de urina fique limitada a não mais do que uma ou duas gotas. Durante este processo, manter a incisão vaginal fechada apertando ligeiramente com uma pinça pequena.

2. Ao alcançar a devida colocação, pegar na patilha de centragem azul e cortar a patilha pelo centro do orifício perfurado (ver a Figura 3), tendo o cuidado de verificar se as duas metades da patilha azul são completamente removidas do canal vaginal.

3. Puxar para cima os dilatadores, para remover a manga do interior do corpo.

4. Verificar a tensão da rede e ajustar a rede, se necessário.

5. Uma vez obtida a tensão pretendida, empurrar cuidadosamente para baixo no abdómen, cortar as extremidades distais da rede e confirmar se essas extremidades se retraem para dentro da incisão.

6. Fechar a incisão da maneira normal.

## COMPLICAÇÕES POTENCIAIS

As seguintes complicações foram referidas como possíveis consequências de um procedimento de colocação de faixa de suporte suburetral:

• Reacção alérgica
• Fístula
• Abcesso
• Sintomas de esvaziamento irritativo, incluindo urgência miccional e incontinência de urgência
• Instabilidade do detrusor
• Infecção
• Dor pélvica, vaginal
• Retenção urinária
• Dispareunia
• Hemorragia vaginal
• Corrimento vaginal
• Erosão da mucosa vaginal ou uretral ou da parede da bexiga
• Deiscência da incisão vaginal
• Edema no local da cicatriz
• Eritema no local da cicatriz
• Ferimento / hematoma
• Incontinência urinária de stress recorrente

BSCM00800000594

## GARANTIA

A Boston Scientific Corporation (BSC) garante que foram utilizados todos os cuidados durante a concepção e o fabrico deste dispositivo. **Esta garantia substitui e exclui quaisquer outras garantias não especificadas no presente documento, explícitas ou implícitas na legislação em vigor, ou por qualquer outra forma, incluindo, entre outras, mas não se limitando a, quaisquer garantias implícitas de comercialização ou de adequação a determinado fim.** O manuseamento, o armazenamento, a limpeza e a esterilização deste instrumento, bem como outros factores relacionados com o paciente, o diagnóstico, o tratamento, os procedimentos cirúrgicos e outras questões fora do controlo da BSC afectam directamente o instrumento e o resultado que se obtém da sua utilização. No âmbito desta garantia, as obrigações da BSC limitam-se à reparação ou substituição deste dispositivo, não podendo a BSC ser responsabilizada por quaisquer perdas, danos ou despesas acidentais ou consequentes, provocados directa ou indirectamente pela utilização deste dispositivo. A BSC também não assume nem autoriza qualquer outra entidade a assumir, em seu nome, quaisquer outras responsabilidades relacionadas com a utilização deste dispositivo. **A BSC não assume quaisquer responsabilidades no que diz respeito a dispositivos reutilizados, reprocessados ou reesterilizados e não concede quaisquer garantias, explícitas ou implícitas, incluindo, sem no entanto se limitar a, quaisquer garantias de comercialização ou de adequação para determinada finalidade, no que diz respeito a esses mesmos dispositivos.**

BSCM00800000595

 Legal Manufacturer
Fabricante legal
Fabricant légal
Berechtigter Hersteller
Fabbricante legale
Wettelijke fabrikant
Fabricante Legal

 EU Authorized Representative
Representante autorizado en la UE
Représentant agréé UE
Autorisierter Vertreter in der EU
Rappresentante autorizzato per l'UE
Erkend vertegenwoordiger in EU
Representante Autorizado na U.E.

 Catalog Number
Número de catálogo
Numéro de catalogue
Bestell-Nr.
Numero di catalogo
Catalogusnummer
Referência

UPN Product Number
Número del producto
Référence
Produktnummer
Codice prodotto
Productnummer
Número do Produto

 Contents
Contenido
Contenu
Inhalt
Contenuto
Inhoud
Conteúdo

 Consult instructions for use.
Consultar las instrucciones de uso.
Consulter le mode d'emploi.
Gebrauchsanweisung beachten.
Consultare la istruzioni per l'uso.
Raadpleeg instructies voor gebruik.
Consulte as Instruções de Utilização

 For single use only. Do not reuse.
Para un solo uso. No reutilizar.
À usage unique. Ne pas réutiliser.
Für den einmaligen Gebrauch. Nicht
wieder verwenden.
Esclusivamente monouso. Non riutilizzare.
Uitsluitend bestemd voor eenmalig
gebruik. Niet opnieuw gebruiken.
Apenas para uma única utilização. Não
reutilize.

 Lot
Lote
Lot
Charge
Lotto
Lotto
Partij
Lote

 Use By
Fecha de caducidad
Date limite d'utilisation
Verwendbar bis
Usare entro
Uiterste gebruiksdatum
Validade

STERILE EO Sterilized using ethylene oxide.
Esterilizado por óxido de etileno.
Stérilisé à l'oxyde d'éthylène.
Mit Ethylenoxid sterilisiert.
Sterilizzato con ossido di etilene.
Gesteriliseerd met ethyleenoxide.
Esterilizado por óxido de etileno.

AUS Australian Sponsor Address
Dirección del patrocinador australiano
Adresse du promoteur australien
Adresse des australischen Sponsors
Indirizzo sponsor australiano
Adres Australische sponsor
Endereço do Patrocinador Australiano

 Do not use if package is damaged.
No usar si el envase está dañado.
Ne pas utiliser si l'emballage est
endommagé.
Bei beschädigter Verpackung nicht
verwenden.
Non usare il prodotto se la confezione è
danneggiata.
Niet gebruiken als de verpakking is
beschadigd.
Não utilize se a embalagem estiver
danificada.

 Do Not Resterilize
No reesterilizar
Ne pas restériliser
Nicht erneut sterilisieren
Non risterilizzare
Niet opnieuw steriliseren
Não reesterilize

Recyclable Package
Envase reciclable
Emballage recyclable
Wiederverwertbare Verpackung
Confezione riciclabile
Recyclebare verpakking
Embalagem Reciclável

51

BSCM00800000596

 **EU Authorized Representative**

Boston Scientific International S.A.
55 avenue des Champs Pierreux
TSA 51101
92729 NANTERRE CEDEX
FRANCE

 **Australian Sponsor Address**

Boston Scientific (Australia) Pty Ltd
PO Box 332
BOTANY
NSW 1455
Australia
Free Phone 1800 676 133
Free Fax 1800 836 666

 **Legal Manufacturer**

Manufactured for:
Boston Scientific Corporation
One Boston Scientific Place
Natick, MA 01760-1537
USA
USA Customer Service 888-272-1001

 **Do not use if package is damaged.**

 **Recyclable Package**

$C\epsilon$ **0197**                2010-06

90400985-01  Rev. D

© 2010 Boston Scientific Corporation or its affiliates.
All rights reserved.

BSCM00800000597