# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION


IN RE: BOSTON SCIENTIFIC CORP    (    Master File
PELVIC REPAIR SYSTEM PRODUCTS    (    No. 2:12-MD-02326
LIABILITY LITIGATION             (    PRODUCTS LIABILITY
                                 (    LITIGATION
                                 (
THIS DOCUMENT RELATES TO         (    MDL 2326
                                 (
                                 (
                                 (
RAEANN BAYLESS v.                (    JOSEPH GOODWIN
BOSTON SCIENTIFIC CORP.          (    U.S. DISTRICT JUDGE
                                 (
CASE NO. 2:16-cv-01311           (
                                 (
_____


                         Orlando, Florida
                         Wednesday, Sept. 12, 2018
                         9:01 a.m.




                    VIDEOTAPED

                 DEPOSITION OF:

              KATHY Y. JONES, M.D.

4aaf992d-6292-46e6-a1cb-55dd6a416872

```
                                                    Page 2
 1   A P P E A R A N C E S:

 2       JEFFREY L. HABERMAN, ESQUIRE
         Schlesinger Law Offices, P.A.
 3       1212 SE Third Avenue
         Ft. Lauderdale, FL 33316
 4       jhaberman@schlesingerlaw.com

 5           Appearing via video conference on behalf of
         the Plaintiff Raeann Bayless
 6
         LISA HORVATH SHUB, ESQUIRE
 7       King & Spalding, LLP
         500 West 2nd Street
 8       Suite 1800
         Austin, Texas 78701
 9       lshub@kslaw.com

10           Appearing on behalf of the Defendant
         Coloplast Corp.
11
         HEATHER M. HOWARD, ESQUIRE
12       King & Spalding, LLP
         1180 Peachtree Street, N.E.
13       Atlanta, Georgia 30309-3521
         hhoward@kslaw.com
14
             Appearing on behalf of the Defendant
15       Coloplast Corp.

16       STEVEN A. SCOGGAN, ESQUIRE
         Ellis & Winters LLP
17       300 North Greene Street
         Suite 800
18       Greensboro, North Carolina 27401
         steven.scoggan@elliswinters.com
19
             Appearing on behalf of the Defendant
20       Boston Scientific Corp.

21   ALSO PRESENT:

22       Dawn Bookbinder, Videographer
         Dynamic Legal Video
23

24

25
```

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 3

1                     I N D E X

2                                          Page

3   TESTIMONY OF KATHY Y. JONES, M.D.:

4       Direct Examination - By Mr. Haberman        6

5       Cross Examination - By Ms. Shub            51

6       Cross Examination - By Mr. Scoggan        123

7       Redirect Examination - By Mr. Haberman    143

8       Recross Examination - By Ms. Shub         144

9   CERTIFICATE OF OATH                           149

10  CERTIFICATE OF REPORTER                       150

11  SUBSCRIPTION OF DEPONENT                      151

12  READ & SIGN LETTER                            152

13                    - - - - -

14

15  PLAINTIFF'S EXHIBITS MARKED FOR IDENTIFICATION:

16  No. 1 (Office records)                         11

17  No. 2 (Coloplast & Boston Scientific brochures)  11

18  No. 3 (CV)                                     13

19  No. 4 (10/29/13 Orlando Urogynecology letter)  148

20  No. 5 (5/7/12 Dr. Bukkapatnam office record)  148

21  No. 6 (5/31/12 visit)                         148

22  No. 7 (3/10/12 visit)                         148

23  No. 8 (8/14/12 visit)                         148

24  No. 9 (8/16/12 visit)                         148

25  No. 10 (3/21/13 visit)                        148

Page 4

1   PLAINTIFF'S EXHIBITS MARKED FOR ID (cont'd):

2   No. 11 (5/28/13 visit)                           148

3   No. 12 (Hysterectomy consent)                    148

4   No. 13 (Relaxation/repair of organs consent form) 148

5   No. 14 (Anterior and/or Posterior Colporrhaphy)  148

6   No. 15 (Augmentation graft consent form)         148

7   No. 16 (Surgery/Procedure consent form)          148

8   No. 17 (8/9/13 Operative Report)                 148

9   No. 18 (Hysterectomy Pathology)                  148

10  No. 19 (Discharge Information)                   148

11  No. 20 (9/24/13 visit)                           148

12  No. 21 (Urethrovesical Suspension consent form)  148

13

14

15

16

17

18

19

20

21

22

23

24

25

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 5

1          The following is the transcript of the

2     videotaped deposition of KATHY Y. JONES, M.D.,

3     taken on behalf of the Plaintiff, at the offices of

4     Landmark Reporting, Inc., 1516 Hillcrest Street,

5     Suite 300, Orlando, Florida 32803, on WEDNESDAY,

6     SEPTEMBER 12, 2018, beginning at 9:01 a.m., before

7     PATRICIA ELDRIDGE, being a Court Reporter and

8     Notary Public, State of Florida at Large.

9                    - - - - -

10         VIDEOGRAPHER:  Good morning.  We are now on

11    the video record.  Today is Wednesday, the 12th day

12    of September, 2018.  The time is 9:01 a.m.

13         We are here at 1516 Hillcrest Street, Suite

14    300, Orlando, Florida, for the purpose of taking

15    the video deposition of Kathy Y. Jones, M.D.; taken

16    by the Plaintiff in case No. 2:16-cv-1311; in the

17    case of Raeann Bayless versus Boston Scientific

18    Corp.; which is filed in the United States District

19    Court for the Southern District of West Virginia,

20    Charleston Division.

21         The court reporter is Patty Eldridge of

22    Landmark Reporting.  The videographer is Dawn

23    Bookbinder of Dynamic Legal Video.

24         Will counsel please state their appearances

25    for the record?

4aaf992d-6292-46e6-a1cb-55dd6a416872

```
                                            Page 6

 1           MR. HABERMAN:  Jeffrey Haberman from

 2      Schlesinger Law Offices on behalf of the Plaintiff.

 3           COURT REPORTER:  I'm sorry, I couldn't even --

 4      on behalf of --

 5           MR. HABERMAN:  The Plaintiff.

 6           COURT REPORTER:  Thanks.  Sorry.  It's just

 7      hard to hear you.

 8           Can you guys hear that?

 9           MR. HABERMAN:  Okay.  I'll speak up.

10           MS. SHUB:  Hi.  Lisa Shub.  I'm here with

11      Heather Howard on behalf of Coloplast.

12           MR. SCOGGAN:  And Steven Scoggan on behalf of

13      Boston Scientific.

14           VIDEOGRAPHER:  Please swear the witness.

15           COURT REPORTER:  Raise your right hand.  Do

16      you swear or affirm the testimony you're about to

17      give is the truth, the whole truth, and nothing but

18      the truth, so help you God?

19           THE WITNESS:  Yes.

20                   - - - - -

21              KATHY Y. JONES, M.D.,

22    having first been duly sworn, testified as follows:

23                DIRECT EXAMINATION

24   BY MR. HABERMAN:

25        Q    Good morning, Doctor.
```

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 7

1      A    Good morning.

2      **Q    Please state your full name for the record.**

3      A    Kathy Y. Jones.

4      **Q    And Doctor, what's your date of birth?**

5      A    10/10/64.

6      **Q    What's your business address?**

7      A    2501 North Orange Avenue, Suite 309, Orlando,

8  Florida 32804.

9      **Q    Are you in private practice, Doctor?**

10      A    Yes.

11      **Q    And what's the name of your practice?**

12      A    Orlando Urogynecology.

13      **Q    How many other physicians are in that group?**

14      A    Just myself.

15      **Q    Okay.  How long have you been in private**

16  **practice?**

17      A    In the Orlando area?  Since --

18      **Q    In general.**

19      A    Pardon?

20      **Q    In general.**

21      A    In general?  Since 1997.

22      **Q    Okay.  I want to take a moment to walk through**

23  **your background, and education, and experience, if you**

24  **don't mind.  Did you attend college?**

25      A    I did.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 8

1    Q    Where did you attend college?

2    A    Duke University.

3    Q    When did you graduate?

4    A    1986.

5    Q    What year -- what was your major?

6    A    Chemistry.

7    Q    After graduating college, did you attend

8  medical school?

9    A    Yes.

10   Q    Where did you attend medical school?

11   A    It was called Bowman Gray School of Medicine

12 at the time.  That's now been renamed to Wake Forest

13 University Medical School.

14   Q    And when did you graduate medical school?

15   A    1990.

16   Q    Did you do a residency afterward?

17   A    Yes.

18   Q    Where did you do your residency?

19   A    I completed an internship in internal medicine

20 at Columbia Presbyterian Hospital in New York.  And I

21 did a residency in obstetrics and gynecology at NYU

22 Medical Center.

23   Q    Following your residency at NYU, did you go on

24 to further education and training?

25   A    Yes.

1     **Q**    **And can you describe that?**

2     A    I did a fellowship in urogynecology.

3     **Q**    **When did you -- well, where did you do that**

4  **fellowship?**

5     A    Wayne State University, Detroit Medical

6  Center.

7     **Q**    **When did you finish that?**

8     A    1997.

9     **Q**    **Okay.  Can you describe for us what that**

10  **entailed, the fellowship in urogynecology?**

11     A    It was a two year post-graduate training that

12  was focused on the treatment of female patients with

13  urinary incontinence, pelvic organ prolapse, painful

14  bladder syndrome, pelvic pain syndromes.

15     **Q**    **Are you board certified?**

16     A    Yes.

17     **Q**    **In what areas?**

18     A    Obstetrics and gynecology as a generalist.

19  And, also, with subspecialty board certification in

20  female pelvic medicine and reconstructive pelvic

21  surgery, better known as urogynecology.

22     **Q**    **Do you do any work in obstetrics nowadays?**

23     A    No.

24     **Q**    **Okay.  How long -- since -- since 1997, have**

25  **you been focused solely on female pelvic medicine and**

4aaf992d-6292-46e6-a1cb-55dd6a416872

1    **reconstructive surgery?**

2        A    Since 1999.

3        **Q    Just briefly, Doctor, if you can, tell us, why**

4    **did you decide to get into that field, the field of**

5    **urogynecology?**

6        A    At the time of my residency, there weren't

7    many physicians or, I would say, practitioners, that

8    were familiar with that particular aspect of women's

9    healthcare.  So it was of interest to me as a resident.

10   At the time, there weren't very many fellowship

11   trainings that were available across the nation, so it

12   was what I'd call a black box.

13       **Q    Did you bring anything with you to the**

14   **deposition today, Doctor?**

15       A    Yes, sir.

16       **Q    What did you bring?**

17       A    I brought all three notices of depositions.  I

18   also brought the invoice of the deposition; plus, a

19   check noting payment for the deposition.

20           I brought my office records for Raeann

21   Bayless, as well as some associated records that

22   were -- I couldn't pull from the electronic medical

23   records, so they had to be pulled separately.

24           I also brought some brochures from the office

25   from Coloplast.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 11

1    Q    Okay.  I'd like to mark as Exhibit 1 your
2  office records.
3         (Plaintiff's Exhibit No. 1 was
4          marked for Identification.)
5  BY MR. HABERMAN:
6    Q    Okay.  Just to be clear, the associated
7  records that you mentioned, Doctor, are they part of
8  your office records?
9    A    Yes.
10   Q    Okay.  So all of that, the office records and
11 the associated records, were marked as Exhibit 1?
12   A    Yes.
13   Q    Okay.  I'd like to mark as Exhibit 2 the
14 Coloplast brochures that you brought with you.
15   A    There are three.
16        (Plaintiff's Exhibit No. 2 was
17         marked for Identification.)
18        COURT REPORTER:  Okay.
19        MR. HABERMAN:  Okay.  Thanks.
20 BY MR. HABERMAN:
21   Q    Just going back to your practice, Doctor, can
22 you give us an estimate about how many patients you
23 treat a day?
24   A    On a busy day, 20.
25   Q    How many times a week do you perform surgery?

United Reporting, Inc.
954.525.2221

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 12

1      A     One and a half.

2      Q     **One and a half days a week, or one and a half**

3  **times a week?**

4      A     One and a half days a week.

5      Q     **I guess that wouldn't make sense if it was**

6  **half a time.**

7            **Okay.  So, Doctor, have you published in the**

8  **area of urology, urogynecology, and female pelvic**

9  **medicine and reconstructive surgery?**

10     A     I have a publication that's associated with

11  colorectal surgery, as related to combined surgeries

12  with sacral colpopexy and rectopexy.  So for

13  combined -- I would say vaginal vault prolapse and

14  constipation.

15     Q     **Have you given presentations on the topics of**

16  **female pelvic medicine and reconstruction surgery?**

17     A     Yes.

18     Q     **Did those presentations include discussions on**

19  **vaginal mesh?**

20     A     Yes.

21     Q     **How many times have you given presentations?**

22     A     I'd have to look at my CV to see.

23     Q     **Did you bring your CV with you?**

24     A     I did.

25     Q     **Okay.  We could maybe look at that during a**

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 13

1    break, but let's -- let's mark the CV as Exhibit 3,

2    please.

3              (Plaintiff's Exhibit No. 3 was

4               marked for Identification.)

5         COURT REPORTER:  Okay.

6    BY MR. HABERMAN:

7         Q    The presentations that you've given on

8    transvaginal mesh, were those on behalf of a medical

9    device manufacturer?

10        A    No.

11        Q    In what context did you give presentations on

12   transvaginal mesh?

13        A    Usually at a CME, or continuing medication --

14   continuing medical education meeting.

15        Q    In those presentations, would you discuss a

16   particular device by a particular manufacturer?

17        A    No.  Several different devices may have been

18   presented, but the focus of the subject was the use of

19   mesh in prolapse surgeries.

20        Q    And did the presentations focus on patient

21   outcomes?  Tell us about them, if you can.

22        A    May I reference my CV?

23        Q    Yes.

24        A    So if I had an invited or a national

25   presentation, the last one that I gave was in reference

4aaf992d-6292-46e6-a1cb-55dd6a416872

1    to a patient education forum related to some of the

2    complications associated with mesh placement for

3    prolapse.  And the other meeting -- well, presentation,

4    was also related to vaginal surgery to treat stress

5    urinary incontinence, and it was called Reducing the

6    Mesh Mess.

7              So those last two presentations were related

8    to complications associated with mesh placed for

9    prolapse and/or stress incontinence.

10        **Q    In your experience, what are some of the**

11   **complications associated with mesh?**

12        A    Specific to mesh, or specific -- or that are

13   unique to mesh; or in general, complications associated

14   with surgery with prolapse --

15        **Q    Complications that are specific to mesh.**

16        A    The only complication that's specific to mesh

17   is an exposure, which means it could come into the

18   vagina.  Or an erosion, which means that the actual

19   mesh has gone into a different organ other than what it

20   was placed within.

21        **Q    Is mesh -- once implanted, is vaginal mesh**

22   **supposed to undergo an exposure where it goes into the**

23   **vagina?**

24        A    Let me make sure I understand your question.

25   Are you stating, is it supposed to, or is that a

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 15

```
 1   possibility of happening?
 2        Q    Is it supposed to?
 3        A    No, it's not supposed to.
 4        Q    And if mesh becomes exposed, and goes into the
 5   vagina, or it erodes and goes into another organ, is
 6   that indicative of a product failure?
 7        A    No.
 8        Q    What, in your opinion, is it -- is it
 9   indicative of if there is an exposure and erosion?
10        A    I'm not sure what you're asking.  I don't
11   understand your question.
12        Q    Okay.  Well, I -- when I asked if it was
13   indicative of a product failure you said no, right?
14        A    The vaginal erosion or the vaginal exposure?
15        Q    Either.  I mean, would you agree that, in both
16   cases, exposure and erosion is not supposed to happen?
17        A    No, it's not supposed to happen.
18        Q    And so, if it does happen, would you agree
19   that that is indicative of a product failure?
20        A    No.
21        Q    Okay.  What is it indicative of?
22        A    It's indicative that the -- the mesh actually
23   came through the vagina, or the -- the -- or got
24   exposed into a different organ.  It -- there are
25   different factors that can -- can factor into why that
```

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 16

1    may have occurred; including surgeon placement,

2    patient's medical conditions -- so there are other

3    contributors to why an exposure or an erosion may

4    occur.

5        Q    What about the design of the product itself --

6    or themselves?  Do they contribute to exposure or

7    erosion?

8            MS. SHUB:  Objection; form.

9            THE WITNESS:  In a -- I'm trying to make sure

10           I understand exactly what your point of your

11           question is.  Are you saying that the design of a

12           mesh can cause it to heal in such a way that a

13           patient is more prone to an exposure or an erosion?

14               Are you -- or are you saying that by default,

15           or its design, that it's the problem?

16   BY MR. HABERMAN:

17       Q    No, I'll take the first one.  The first way

18   you characterized it.  Is it designed in a way -- in

19   your experience, is it designed in a way that, combined

20   with a patient -- however you said it first.  You said

21   it better than I'm saying it now.  But you -- you

22   mentioned two factors that may cause or

23   contribute (sic) an erosion.  You talked about

24   placement and patient's medical condition.

25               And so, I'm asking you, what about -- in your

4aaf992d-6292-46e6-a1cb-55dd6a416872

1    **experience, what about the design of the products?**

2    **Do -- can the design be a factor in inducing or causing**

3    **mesh exposure or erosion?**

4              MS. SHUB:  Objection; form.

5              MR. SCOGGAN:  Same objection.

6              THE WITNESS:  I would say, if we were ten

7         years ago, with the initial products that -- that

8         had come out on the market, the design of those

9         meshes were very different than the mesh products

10        that are available today.

11             So with the change in the technology, and the

12        design of mesh that are present and available

13        today -- and I would say -- and today means in the

14        last five years -- the issue of design, I would say

15        flaw, is not so much of a contributor to a patient

16        developing a mesh exposure or an erosion.

17   BY MR. HABERMAN:

18       **Q    What -- what do you mean by design flaw?  What**

19   **in particular are you referring to?**

20       A    So some of the first meshes that came on the

21   market, even though they were macroporous, they also

22   had what they call interstices, which means that in the

23   sub-makeup of the actual mesh, they were smaller pore

24   size, and actually was -- I'm trying to make sure you

25   understand what I'm saying.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 18

1        So the pore size is designed as the largest

2   size that's available.  But in some of the older

3   meshes, the -- they were multifilament, meaning that

4   they were combined or made up of multiple filaments in

5   one strand.  And when they were woven, those

6   subcompartments in the multiple strands then made the

7   actual pore size much smaller than what it was

8   presented as.

9        With a -- with a smaller pore size, you do not

10  allow the normal inflammatory responses to occur.

11  Which means that you don't allow larger inflammatory

12  cells to be able to enter and exit the area of where

13  the mesh was placed.  And so, it makes it more likely

14  then to not become incorporated into the body as it was

15  intended, and never really heal very well.

16       So as I said, with the transitions of newer

17  meshes, that's not so much of an issue now.

18  **Q    Okay.  And so, you know, if what you said**

19  **occurred, where the healing doesn't happen as expected,**

20  **you would expect to see exposure or erosion; is that**

21  **right?**

22  A    I wouldn't necessarily say that you would

23  expect it, but it's -- it is more likely to occur.  Or

24  may occur.  I -- I -- I -- it doesn't always occur.

25  **Q    What meshes in particular, or if any, do you**

4aaf992d-6292-46e6-a1cb-55dd6a416872

1  **have in mind that have the flaw that you were**

2  **discussing, smaller pore size, the multifilament-type**

3  **mesh that you were talking about?**

4     A    So Ethicon had something called Gynecare mesh,

5  or Gynecare PS, which was one of the first meshes that

6  was available to be used for prolapse, specifically

7  with a sacral colpopexy.  That's one.

8        There's a -- there's another one, but I don't

9  necessarily recall the name of it right now.  But

10  those --

11     Q    **What about Boston Science's (sic) Advantage?**

12     A    Advantage Fit is for a sub-urethral sling.  So

13  are we -- I -- I would need to stay in one category.

14  That means if we're gonna refer to prolapse surgery

15  that's associated with sacral colpopexy, that's one

16  venture.  And then, slings are a different modality.

17        So even though the -- they're still using

18  polypropylene, the -- the mesh is a little bit

19  different.  And the size of the mesh is also markedly

20  different.

21     Q    **Okay.  In your experience, patients who have**

22  **had mesh slings have also experienced exposure or**

23  **erosion, right?**

24        MS. SHUB:  Objection; form.

25        THE WITNESS:  So you're asking me in -- in the

4aaf992d-6292-46e6-a1cb-55dd6a416872

```
 1        almost 20 years that I've practiced, that I have

 2        placed sub-urethral slings, and I've had patients

 3        have exposures?

 4   BY MR. HABERMAN:

 5        Q      Right.

 6        A      Yes, I have.

 7        Q      Okay.  And in your experience in implanting

 8   transvaginal mesh, the type of transvaginal mesh that's

 9   at issue in this case, have you treated patients who

10   have experienced exposure or erosion in their vaginal

11   meshes?

12        A      Are you referring to --

13        Q      Or mesh slings?

14        A      Are you referring to a mesh sling,

15   specifically?

16        Q      Specifically, yes.

17        A      Yes, I have.

18        Q      Okay.  And are those -- and you talked about

19   design flaws; do those design flaws also extend to the

20   slings that have been on the market?

21        A      Yes.  One particular sling that's no longer

22   available was removed from the market because it was

23   associated with more than 50 percent of mesh exposures

24   or, actually, extrusions.

25        Q      And what sling are you talking about?
```

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 21

```
 1      A    Gosh, I'm trying to remember the name of that
 2  now.  It's been off the market quite a bit.  I don't
 3  recall right now.
 4      Q    Okay.  Can you estimate, Doctor, how many
 5  slings you've implanted?
 6      A    In my career?
 7      Q    Yeah.
 8      A    Probably close to 500.
 9      Q    And how many transvaginal meshes have you
10  implanted to treat pelvic organ prolapse?
11      A    To treat pelvic organ prolapse?  Are you
12  referring to transvaginally-placed mesh or
13  abdominally-placed mesh?
14      Q    Transvaginally-placed mesh.
15      A    I stopped doing that procedure approximately
16  five years ago.  So there was a span of -- let's see.
17  I'm trying to remember the time frame.  Let me just
18  look at my CV real quick.
19           So from 2005 to 2010, the transvaginal mesh
20  kits were available to be used.  So that would have
21  been -- that would have been reflective of the time
22  when I actually placed transvaginal mesh for prolapse.
23  In that time frame, I believe I would have placed, on
24  average, maybe 120, 150 cases.
25      Q    Okay.  Have you removed mesh?  Have you
```

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 22

1    removed transvaginal mesh or mesh slings?

2         A    Yes.

3         Q    And in what instances do you remove mesh?

4         A    In the case of a transvaginal sling, it can be

5    because a patient had urinary retention related to the

6    sling being a little too tight.  If they were having

7    pain related to the sling, or if there was a chronic

8    exposure with associated discharge and bleeding, or if

9    there was voiding dysfunction, meaning that the patient

10   did not have issues with urinary tract infections, but

11   felt that her stream was very slow, and she was

12   uncomfortable with that outcome.

13        Q    And in what instances do you explant

14   transvaginal mesh or pelvic organ prolapse mesh?

15        A    Can you restate the question?

16        Q    In what instances do you remove mesh that had

17   been put in to treat pelvic organ prolapse?

18        A    I have -- if I understand your question

19   correctly, I have removed portions of mesh if a patient

20   has a -- if, again, same types of symptoms, pain, and

21   we have isolated it's related to the mesh that was

22   placed in a certain area.  And that's with pelvic organ

23   prolapse.

24             If a patient has a vaginal exposure that has

25   not responded to conservative therapy, or if the

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 23

```
 1    patient just requests that that area of mesh be

 2    removed.

 3             In reference to sub-urethral slings, it -- for

 4    the same issue; it can be for pain with intercourse;

 5    pain that the patient is just aware of, and we have

 6    isolated that it could be related to her previous sling

 7    placement; or if there is an exposure; or if there is

 8    abnormal urination.

 9        Q    How do you isolate the pain such that you know

10    that it's related to the mesh?

11        A    We would do what's called a targeted exam.

12    And if I can isolate the patient's source of pain where

13    the mesh was placed, that is what we would use as a

14    leading cause of her discomfort.

15        Q    Doctor, have you ever consulted for a medical

16    device manufacturer?

17        A    I have.

18        Q    Can you name the manufacturer, or

19    manufacturers?

20        A    Ethicon Endo-Surgical, or the other name --

21    the women's health division was called Gynecare.  I

22    also did some work for -- I believe -- let me just make

23    sure.

24             I don't see their name listed here.  So the

25    only ones I have listed on my -- my CV, actually, is
```

4aaf992d-6292-46e6-a1cb-55dd6a416872

1    Gynecare.  But I did do some cadaveric trainings for

2    another company.  But I don't see it listed here.  And

3    I don't recall the name of the company right now.

4        Q    You mentioned cadaveric training.  What is

5    that?

6        A    It is the form in which we use to teach

7    surgeons how to perform the placement of --

8    transvaginally -- mesh procedures for prolapse and/or

9    incontinence.

10       Q    So you were one of the physicians that would

11   teach other physicians how to implant mesh and mesh

12   slings, right?

13       A    Correct.

14       Q    Did you do any consulting for Boston

15   Scientific?

16       A    No.

17       Q    Have you ever done any consulting for

18   Coloplast?

19       A    No.

20       Q    Do you still consult for Ethicon?

21       A    No.

22       Q    When did you stop consulting for Ethicon?

23       A    I believe that was 2010.

24       Q    Is there a reason why you stopped?

25       A    Well, when the FDA put out their statement

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 25

1   about the concern with vaginally-placed mesh, most of

2   the companies that had any type of kit related to those

3   pretty much halted their teaching forum for any new

4   surgeons.  So at that point, everything was placed on

5   hold.  And thereafter, some companies actually pulled

6   out of the market, and so, those areas of teaching was

7   then completely dissolved.

8        **Q    Okay.  I want to turn your attention to your**

9   **care and treatment of Ms. Bayless.  When was the first**

10  **time you saw her?  Feel free, of course, to look at**

11  **your records.**

12       A    So, according to my records, the first time I

13  saw Ms. Bayless, in consultation, was May 31st, 2012.

14       **Q    Okay.  And did she present to your office that**

15  **day?**

16       A    Yes.

17       **Q    What was her chief complaint, if any?**

18       A    The patient stated she was here to be treated

19  for urinary incontinence.

20       **Q    Did Ms. Bayless give you any indication how**

21  **long she was experiencing incontinence?**

22       A    If I have her history form, I would be able to

23  tell you that.  Otherwise, no.

24            And I do not.

25       **Q    Okay.  In that office visit, did Ms. Bayless**

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 26

1    complain of dyspareunia?

2        A    No.  I do not have that listed as one of her

3    complaints.

4        Q    Did she complain of vaginal bleeding?

5        A    No.

6        Q    Did she complain of bleeding during

7    intercourse?

8        A    No.

9        Q    Did she complain of pelvic pain?

10       A    No.

11       Q    And did -- did you find any symptoms of pelvic

12   pain when you examined her?

13       A    No.

14       Q    What was your plan for Ms. Bayless that day?

15       A    She was diagnosed with Stage II pelvic organ

16   prolapse, with a leading edge at Ba, consistent with a

17   cystocele, as well as uterine prolapse.  Urinary

18   incontinence was not demonstrated on the exam.  She was

19   told about her options for treatment, which include

20   observation, pessary support, or surgical intervention.

21            The patient was asked to complete a urinary

22   diary and 24-hour urolog.  She was also advised that

23   her tobacco use could contribute to the risk of her

24   incontinence and prolapse.  And it also could affect

25   her surgical outcome with respect to wound healing and

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 27

1   the risk of prolapse reoccurrences.

2       Q    Okay.  And when was the next time Ms. Bayless

3   presented to you?

4       A    So her next encounter was on July 10th, 2012.

5       Q    Why did she present that day?

6       A    She was here for me to review her urinary

7   diaries, and to undergo what's called a uroflowmetry

8   test.

9       Q    What was your impression of Ms. Bayless'

10  condition that day?

11      A    According to her diaries -- the diaries were

12  not consistent or accurate.  She said that she didn't

13  really understand how to do the diaries.  So I

14  questioned whether her diaries were truly reflective of

15  her urinary habits.

16          We also reviewed her bowel symptoms, which she

17  said were not very bothersome to her at the time, and

18  were improving.  This included fecal soiling and

19  constipation.

20      Q    What was your plan for her?

21      A    I encouraged the patient to avoid bladder

22  irritants.  I encouraged her to stop smoking.  We,

23  again, reviewed her options; which included

24  observation, a trial of a pessary.  But the patient

25  decided that she wanted to have surgical correction.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 28

1           I discussed with her the recovery time would

2      be approximately 12 weeks.  Plus, activity

3      restrictions.

4           The patient also wanted to discuss vaginal

5      tightening, and also a repair of her labia, which are

6      considered cosmetic.

7           We then ordered urodynamics and cystoscopy,

8      which were diagnostic testing.

9      **Q    Sorry, you cut out there at the end.  You**

10     **ordered urodynamics and what else?**

11     A    And cystoscopy.

12     **Q    Okay.  And when did she have that urodynamics**

13     **and cystoscopy done?**

14     A    That was dated August 14th, 2012.  The

15     urodynamics confirmed urinary leakage.  The patient had

16     a normal flow curve as well as a normal post void

17     residual.  The patient was thought not to meet the

18     criteria for ISD, or intrinsic sphincter deficiency.

19          And that was the completion of her testing.

20     **Q    At that time, in July of 2012, did you think**

21     **Ms. Bayless was a candidate for surgery?**

22     A    In July?

23     **Q    Right.**

24     A    When she first came to the office?

25     **Q    Well, no, I mean after she completed her -- or**

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 29

1    maybe August.  Whatever the date of her urodynamics

2    exam and the cystoscopy.  Did you think that

3    Ms. Bayless was a candidate for surgery?

4        A    Well, we had already decided that the patient

5    was a candidate for surgery at her last visit.

6        Q    Oh, okay.  I'm sorry, I misunderstood.  Right.

7    Okay.  You -- you offered -- you discussed the

8    treatment of a pessary and other surgical intervention.

9              Can you just -- what is a pessary, Doctor?

10       A    A pessary is a silicone device that is placed

11   into the vagina to mechanically support prolapse, or

12   the neck of the urethra, to prevent incontinence, or

13   support prolapse.

14       Q    Do you offer pessaries today, to treat pelvic

15   organ prolapse or incontinence?

16       A    Yes.

17       Q    How many pessaries have you done?

18       A    How many pessaries have I inserted?

19       Q    Right.

20       A    Over a 20-year career, I would say close to --

21   I don't know.  It's about ten a year, so 250.

22       Q    Okay.  Getting back to Ms. Bayless, when was

23   the next time she presented to you?

24       A    So Ms. Bayless presented on August 16th, 2012

25   to have a cystoscopy.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 30

1    Q      And what did the cystoscopy show?

2    A      So the patient had a normal bladder finding.

3    She also had a positive supine stress test, which means

4    that when she was lying down, and was asked to cough,

5    she leaked urine.  She also leaked urine when she was

6    standing.

7           So as far as the bladder was concerned,

8    though, the bladder was normal.  The urethra, however,

9    had what we call poor coaptation, which is the ability

10   of the urethra to collapse upon itself once an

11   instrument is actually inserted or removed.

12          The Q-tip test was not done because the

13   patient expelled it with her cough.

14   Q      Did you have any plan or recommendation for

15   her as of August 13th, 2012?

16   A      No, I did not.

17   Q      Okay.  When was the next time Ms. Bayless

18   presented to you?

19   A      March 12th (sic), 2013.

20   Q      What was Ms. Bayless' complaint then?

21   A      She had the same complaints of incontinence

22   and pressure.  However, she was coming to have her

23   review of her urodynamics.

24   Q      Okay.  Did you do a pelvic examination on her

25   that day?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 31

```
 1      A    No, I did not.
 2      Q    Okay.  Did Ms. Bayless complain of dyspareunia
 3  in August -- in March of 2013?
 4      A    No.
 5      Q    How about vaginal bleeding?
 6      A    No.
 7      Q    How about any pelvic pain?
 8      A    No.
 9      Q    And you didn't diagnose her with any of those
10  issues, right?
11      A    No, I did not.
12      Q    Okay.  So what was your plan for her in March
13  12th, 2013?
14      A    The patient still wanted to have surgical
15  intervention.  She was diagnosed with mixed
16  incontinence with a predominant stress component.  The
17  surgical options were outlined for her, which included
18  a vaginal approach, an abdominal approach by open
19  C-section, or a laparotomy, as well as an abdominal
20  approach with a laparoscopic or robotic assistance.
21          So the surgical -- I specifically said to her
22  that her stress incontinence component could be
23  addressed surgically.  The gold standard was a mid
24  urethral sling using mesh.  And we discussed what those
25  risks and benefits would be.
```

1            Some of those surgeries also could be combined

2     with a hysterectomy, as the patient had completed her

3     childbearing.  She had multifocal -- and what I mean by

4     multifocal, she had multi-compartment prolapse.  So she

5     had uterine prolapse.  She also had a cystocele.  She

6     had a rectocele, but that was not symptomatic from her

7     standpoint.  And she also had mixed incontinence.

8            She was also a smoker.  So on my previous

9     visit I had already advised her how that could affect

10    both her presenting symptoms, and also her recovery as

11    far as wound healing.

12        **Q    You mentioned a number of types of surgeries**

13    **or surgical modalities that you could have performed.**

14    **Did you have a recommendation of one over another?**

15        A    No.  I usually give the patient the option of

16    choosing whether they're comfortable with the use of

17    mesh, because it does have some associated risk.  Which

18    we have already discussed.  Which includes vaginal mesh

19    exposure or erosion.

20            That's the only -- the only component that's

21    unique to the use of mesh, because post-operative

22    bleeding, post-operative pain with intercourse,

23    granulation tissues are associated with any type of

24    surgery in reference to the vagina, including

25    hysterectomy.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 33

1      Q     So in March of 2013, is this when you would

2   have had your risk/benefit conversation about the risks

3   and the benefits of the mesh procedure?

4      A     Yes.

5      Q     And what would you -- well, let me ask you

6   this: Doctor, has your -- let me back up.

7            How do you -- how do you -- have you heard of

8   the concept of informed consent?

9      A     Yes.

10     Q     How do you define it?

11     A     Explain to a patient in their terms -- that

12  means at their level of understanding -- what a

13  procedure will include, if there are going to be --

14  what specific problems or conditions will be addressed

15  by the surgical intervention.

16           How long that particular surgery may take, as

17  far as operative time.  What the patient can expect

18  from a hospital stay, if that's required.  As well as

19  what her recovery will entail.  And what restrictions

20  she may have in order to facilitate a good recovery.

21           We also -- also discuss the risk and benefits.

22  That means what other particular issues can be

23  associated with that surgery.  And specifically, that

24  would be pain with intercourse; abnormal wound healing;

25  infection; damage to other organs, such as bowel and

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 34

1    bladder; reoccurrence of her prolapse; urinary tract

2    infections; voiding dysfunction -- that means abnormal

3    voiding.  Those are, I would say, the most common.

4          And then, what are her benefits?  So do those

5    benefits outweigh the risk of the surgery?

6          So ideally, you want to perform a surgery that

7    has more benefits than risk.

8    **Q    Right.  Has your risk/benefit conversation**

9    **changed over the years in -- specifically in connection**

10   **with what you tell patients about vaginal mesh --**

11   A    No.

12   **Q    -- both for pelvic organ prolapse and for**

13   **slings?**

14   A    No.

15   **Q    So the conversation that you would have with a**

16   **patient in 2008/2009 was the same that you would have**

17   **in 2014/2015?**

18   A    My -- the only addition is letting them know

19   about the FDA warning that came out -- I believe, 2011.

20   **Q    If after going over the risks and the benefits**

21   **of a procedure, if a patient said to you, Doctor, I**

22   **don't want to undergo the procedure, the patient**

23   **wouldn't have to undergo the procedure, right?**

24   A    No.

25   **Q    In other words, the patient has the option to**

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 35

1    refuse treatment, right?

2        A    Absolutely.

3        Q    Doctor, are you aware that mesh shrinks after

4    it's implanted?

5             MS. SHUB:  Objection; form.

6             MR. SCOGGAN:  Objection.

7    BY MR. HABERMAN:

8        Q    You can answer.

9        A    Does the mesh undergo changes?  Yes, it does.

10       Q    Okay.  Are you -- do you know whether or not

11   the mesh shrinks or contracts after it's implanted?

12            MS. SHUB:  Objection; form.

13            THE WITNESS:  So, as with any surgery, the

14       tissue that's been affected by the surgery

15       undergoes remodeling.  Again, there's a whole

16       inflammatory cascade.  Cascade means response.  And

17       so, since mesh is a foreign body, there is

18       something called a foreign body reaction.  And that

19       does happen.

20            Now, does the actual physical size of the mesh

21       shrink?  No.

22   BY MR. HABERMAN:

23       Q    Does -- does the mesh contract after it's

24   implanted, to your knowledge?

25       A    Does the tissue around the mesh contract?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 36

1      Q    Is that your understanding of what happens?

2  That the tissue around the mesh contracts?

3      A    Yes, because there's scar formation.

4      Q    Is there a certain amount of the mesh, or a

5  certain percentage of the mesh that you're aware of,

6  that contracts?

7      A    I -- I think I already answered that question.

8  The mesh itself doesn't necessarily contract.  The

9  tissue response around it can -- can change the

10  dimensions of the mesh.  But its physical dimensions,

11  as far as what -- when it was placed, doesn't change.

12  It's the tissue response around it.

13      Q    Okay.  So the -- the tissue response causes

14  contraction, in your view?

15      A    If I understand your -- your question

16  correctly, you're asking me if the dimensions of the

17  mesh changes once it's placed into the subject.  What

18  is the causation or contributing factor to that change

19  in dimension?

20           My answer would be --

21      Q    Right.

22      A    -- the tissue response, and that can include

23  scar formation.  Scar formation can actually cause the

24  surrounding tissue to become less elastistic -- or

25  elastic.  And to -- that would mean, in your terms,

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 37

1    more of a contracture.  But does the actual mesh

2    contract, no.

3         **Q    Is there a certain percentage of the mesh,**

4    **caused by the tissue response, that contracts?**

5         A    I'm not sure how I can answer that question

6    other than what I've already said.

7         **Q    Okay.  Do you look to implant the -- do you**

8    **make sure that the mesh is not too tight when you**

9    **implant it?**

10        A    What do you mean by that?

11        **Q    I mean, is the mesh supposed to be put in in a**

12   **tension-free manner?**

13        A    Are you referring to the sub-urethral sling?

14        **Q    Both, yeah.**

15        A    So for a sub-urethral sling -- and it also

16   depends on what type of placement.  So is it a

17   retropubic or transobturator or -- you have to be much

18   more -- because the technique changes for each one of

19   those.

20        **Q    Okay.  So for the -- for the mid urethral**

21   **sling, as in this case, the Advantage product made by**

22   **Boston Scientific, is that sling supposed to be put in**

23   **in a tension-free manner?**

24        A    Yes.

25        **Q    Why is that?**

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 38

1    A    I'm -- I'm not sure what you're asking.

2    Q    **Why do you make sure that it's placed**

3    **tension-free?  What would be the result if it was too**

4    **tight?  If it was too tense?**

5    A    The patient wouldn't be able to pee.

6    Q    **What's that?**

7    A    She wouldn't be able to pee.

8    Q    **Got it.**

9         **Is it also because you anticipate that the**

10   **tissue response causes some contracture, or shrinkage,**

11   **so you make sure that the mesh is put in in a**

12   **tension-free manner?**

13   A    No.

14   Q    **What about with mesh to treat pelvic organ**

15   **prolapse?  Do you make sure, there, that the mesh is**

16   **put in in a tension-free manner?**

17   A    Are you talking about transvaginally-placed

18   mesh or abdominally-placed mesh?

19   Q    **Either.**

20   A    So for transvaginally-placed mesh, yes, it's

21   very important to make sure that the mesh is placed

22   flat, without any curvatures and without any tension.

23        For a transabdominally-placed mesh, which in

24   the case of a sacral colpopexy, you try to place that,

25   also, on both walls of the vagina.  But the actual tail

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 39

1    of the graft, is actually placed very loosely to

2    accommodate for the changes in the dynamics when a

3    patient stands up.

4        **Q     Would it have been important to you if the**

5    **mesh manufacturer told you that the mesh may shrink up**

6    **to 50 percent after implantation?**

7                MR. SCOGGAN:  Objection.

8                MS. SHUB:  Objection; form.

9                THE WITNESS:  Again, are you talking about a

10        mid urethral sling, or are you talking about a

11        transvaginally-placed mesh, or are you talking

12        about transabdominally-placed mesh?

13   BY MR. HABERMAN:

14       **Q     All right.  Let's take it one by one.  For a**

15   **sling, would it have been important to you if Boston**

16   **Scientific told you before you put the mesh in**

17   **Ms. Bayless that it could shrink up to 50 percent?**

18                MR. SCOGGAN:  Object to form.

19                THE WITNESS:  Would it have been important as

20        far as whether I decided to use the product, or how

21        I place the product?  I'm not sure what question

22        you're asking me to answer.

23   BY MR. HABERMAN:

24       **Q     Well, would it have been important in general?**

25                MS. SHUB:  Objection; form.

4aaf992d-6292-46e6-a1cb-55dd6a416872

```
                                            Page 40
 1            THE WITNESS:  I would -- I would say it's
 2       important to know the dynamics or the
 3       characteristics of the product you're using.
 4  BY MR. HABERMAN:
 5       Q    Okay.  If you were told by Boston Scientific
 6  that the mesh may shrink up to 50 percent, would that
 7  have had an impact on your decision to implant the
 8  mesh?
 9            MR. SCOGGAN:  Object to form.
10            MS. SHUB:  Same objection.
11            THE WITNESS:  It would -- again, I don't know
12       if I'm understanding exactly what you're saying.  I
13       think every surgeon has to know the properties
14       of -- of the substances they are placing or using.
15       So I do think that the surgeon has a responsibility
16       to understand what they're -- what they're using.
17            So if you're gonna tell me that a product is
18       going to shrink 50 percent, then that changes how
19       I -- I would place it.  It doesn't necessarily
20       change how I would counsel the patient on the risks
21       associated, because those are the same.
22  BY MR. HABERMAN:
23       Q    I'm sorry, what was the last part?  What did
24  it change?  The way you counsel the patient?
25       A    I said it would not change the way that I
```

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 41

1    counsel the patient because the risks of the procedure

2    are the same.  It doesn't change what those risks would

3    be.  They're still the same.

4        **Q    If the mesh would shrink up to 50 percent,**

5    **wouldn't that increase the likelihood of complications?**

6              MS. SHUB:  Objection; form.

7              MR. SCOGGAN:  Object to form.

8              THE WITNESS:  I don't know.

9    BY MR. HABERMAN:

10       **Q    But it's your testimony that if you were told**

11   **by Boston Scientific, or Coloplast, that their meshes**

12   **shrink up to 50 percent, you would not inform the**

13   **patient of that?**

14             MR. SCOGGAN:  Object to form.

15             MS. SHUB:  Objection; form.

16             THE WITNESS:  Again, it wouldn't change what

17        risks were associated with the -- the actual

18        procedure.

19   BY MR. HABERMAN:

20       **Q    But you're unaware of whether or not it would**

21   **change the likelihood of the risks?**

22             MS. SHUB:  Objection; form.

23             MR. SCOGGAN:  Object to form.

24             THE WITNESS:  The likelihood of any of those

25        particular complications occurring?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 42

1    BY MR. HABERMAN:

2        **Q    Right.**

3            MS. SHUB:  Same objection.  Objection; form.

4            THE WITNESS:  I don't think that even if it --

5        it would be significant from the standpoint of

6        telling -- having to have a separate conversation

7        with a patient, saying that this particular product

8        is gonna shrink 50 percent.  This is how I'm gonna

9        change my surgical technique to prevent you from

10       having the same complications.

11           MS. SHUB:  Mr. Haberman -- Mr. Haberman --

12           MR. HABERMAN:  What's that?

13           MS. SHUB:  -- you have been going an hour.

14       So, I mean, under the rules, we have an -- we have

15       an opportunity to depose the witness as well, in

16       the time allotted.  She's indicated she's only got

17       a couple hours today, so --

18           MR. HABERMAN:  Right.  I shouldn't be that

19       much longer.

20           MS. SHUB:  I'll give you a little leeway, but

21       we're gonna need some as well.  And we may need to

22       come back.

23           MR. HABERMAN:  Okay.

24           MS. SHUB:  Can you wrap up in five minutes or

25       so?

4aaf992d-6292-46e6-a1cb-55dd6a416872

1        MR. HABERMAN:  I -- I don't know.  We'll see.

2   BY MR. HABERMAN:

3     Q    Doctor, in your -- in your understanding, is

4   the transvaginal mesh -- is the polypropylene in

5   transvaginal mesh inert?

6     A    Inert -- the definition of inert means that it

7   doesn't cause any type of tissue response.  I had

8   already alluded to the fact that it is a foreign body,

9   so it does cause a certain amount of tissue response.

10    Q    Doctor, if the medical device manufacturer was

11  told by the company that made the polypropylene not to

12  use the polypropylene in medical applications involving

13  permanent implantation in the human body, or permanent

14  contact with internal body fluids or tissues, is that

15  something you would want to know prior to implanting

16  the mesh?

17        MS. SHUB:  Objection; form.

18        MR. SCOGGAN:  Object to form.

19        THE WITNESS:  So your question is, is if the

20     polypropylene was -- if there was a warning that it

21     should not be used in human subjects?

22  BY MR. HABERMAN:

23    Q    Right.

24    A    I'm just kind of summarizing.

25    Q    Yes.

United Reporting, Inc.
954.525.2221

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 44

1      A    Certainly, I would want to be -- if there was

2   some type of detrimental problem, yes, I certainly

3   would want to be informed.

4      **Q    Okay.  Would that bear on your -- but**

5   **specifically, if the polypropylene manufacturer told**

6   **Boston Scientific not to use the polypropylene in**

7   **medical applications involving permanent implantation**

8   **in the human body, or permanent contact with internal**

9   **body fluids or tissues -- that specific statement --**

10  **would you want to know that prior to implanting mesh in**

11  **someone like Ms. Bayless?**

12          MR. SCOGGAN:  Object to form.

13          THE WITNESS:  Again, if that was going to --

14      if there was an absolute direct causation of harm

15      related to the use of polypropylene -- and

16      that's -- I'm assuming you're talking about all

17      types of polypropylene, not specifically to

18      transvaginal mesh -- then yes, I'd want to be

19      informed.

20  BY MR. HABERMAN:

21      **Q    How would that bear on your decision to**

22  **implant the mesh?**

23          MR. SCOGGAN:  Object to form.

24          MS. SHUB:  Objection; form.  Assumes facts not

25      in evidence.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 45

1            THE WITNESS:  If a product warning has been
2        placed that it is unsafe for human use, then yes, I
3        would want to be informed.  And I would, then,
4        inform my patient that it's been found not to be
5        safe to be placed in humans.  And I likely would
6        not use that product.
7   BY MR. HABERMAN:
8        Q    Okay.  Take us to when you finally implanted
9   the mesh in Ms. Bayless.  What day was that?
10       A    This is dated August 9th, 2013.
11       Q    Okay.  And can you just tell us what you did
12  for her on this day?
13       A    I performed a robotic-assisted total
14  laparoscopic hysterectomy; an abdominal sacral
15  colpopexy; a retropubic mid urethral sling, using the
16  Advantage Fit incontinence system; and cystoscopy.
17       Q    Did Ms. Bayless have any complications during
18  the surgery?
19       A    No, she did not.
20       Q    Was Ms. Bayless' case an unusual case?
21       A    No, it was not.
22       Q    Did you make sure that you implanted the mesh
23  as you had been trained, and as the companies -- both
24  Boston Scientific and Coloplast instructed?
25            MS. SHUB:  Objection; form.

Page 46

```
 1          MR. SCOGGAN:  Object to form.

 2          THE WITNESS:  So there's a specific technique

 3       that I have used, and have used for almost 20

 4       years, in reference to placement of retropubic

 5       slings.  Yes, I did.  As well as the placement of

 6       the, what we call, Y graft at the top of the

 7       vagina.

 8  BY MR. HABERMAN:

 9       Q    During the surgery, did you make sure that --

10  we talked -- you talked earlier about the placement of

11  the mesh as a potential cause for later complications.

12  Do you recall that?

13          MS. SHUB:  Objection; form.

14          MR. SCOGGAN:  Object to form.

15          THE WITNESS:  I'm sorry, your question is --

16  BY MR. HABERMAN:

17       Q    My question is, earlier we talked about

18  complications associated with mesh.  And you talked

19  about two factors.  You talked about placement of the

20  mesh and the patient's medical condition; do you recall

21  that?

22          MS. SHUB:  Objection; form.

23          MR. SCOGGAN:  Object to form.

24          THE WITNESS:  I stated that there were other

25       contributors to a patient developing a vaginal
```

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 47

1       exposure besides the actual mesh product.

2   BY MR. HABERMAN:

3       Q    Okay.  And I just want to know -- and -- well,

4   what about other complications of mesh?  I mean, other

5   than exposure?

6       A    That's the only complication that's specific

7   to mesh placement.

8       Q    Okay.  Did you place the mesh in a way such

9   that you would guard against future mesh exposure or

10  erosion?

11      A    I'm not sure what you're asking.  Did I use a

12  specific technique to make sure that my patient didn't

13  develop any complication from surgery?

14      Q    Yeah, that's a better way of phrasing it.

15      A    Yes, that -- that's always the goal of a

16  surgeon.

17      Q    Did you do that in this case?

18      A    Yes, I did.

19      Q    When is the last time you saw Ms. Bayless?

20      A    Let's see.  These records are from another

21  EMR, so I don't see her post-surgical visit.  So it

22  would have to have been some time after -- what was the

23  date of her surgery?

24           It would have to have been after August 9th.

25  Let me see if it's in here.

United Reporting, Inc.
954.525.2221

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 48

1      Q     Do you know whether she returned to you on

2   October 22nd, 2013?

3      A     That's what I'm looking for.  I know we have a

4   noncompliance letter because she did not follow up.

5   But I don't have --

6      Q     Do you have the record where she came to your

7   office on 9/24/2013?  I know that you didn't -- I don't

8   know if you were the provider, but I think it's at your

9   office.

10      A     No, I don't have that with me.  That probably

11   is from another system.  Like I said, we -- this -- the

12   chart that I have here is from our old EMR, and then we

13   converted to a newer one.  And I don't see those

14   records.  I don't have those, I should say.

15      Q     So could it be the last time you saw her was

16   the date of the surgery in August 2013?

17      A     No, she had one post-operative visit.  I just

18   don't know -- I just don't know the date of that.  The

19   date of this letter is 10/29/13, and that's after she

20   had missed several appointments.

21      Q     Okay.  In your recollection, did she have a

22   problem healing after you did the operation on her in

23   August 2013?

24      A     Not in the first two months.

25      Q     And you've not seen her since September or

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 49

1    October of 2013; is that right?

2        A    No, I have not.

3        Q    So you don't know how she's doing post

4    September or October 2013, right?

5        A    No, I do not.

6        Q    At the time you did the operation, did you

7    have an opinion that she would not heal as you would

8    have expected?

9        A    As a smoker, in general, there's -- there's a

10   multitude of literature that says that those patients

11   have delayed wound healing.  And she was --

12       Q    That she (unintelligible) --

13       A    That she could have delayed wound healing or

14   improper wound healing.  And she was counseled about

15   that her first visit in the office.

16       Q    Did you think that she would have delayed

17   healing or wound -- or improper wound healing at the

18   time you operated on her?

19       A    Someone who has a 30-pack history of smoking,

20   most definitely.

21           MS. SHUB:  Mr. Haberman, how long are you

22       gonna go?  I'm gonna object to not having

23       sufficient time to question the witness.  And I

24       assume Boston Scientific's lawyer is in the same

25       boat.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 50

1           MR. SCOGGAN:  Exactly.

2           (Siri cell phone interruption.)

3           MS. SHUB:  Oh.

4           MR. SCOGGAN:  Yes.  We've got two --

5           MR. HABERMAN:  I'm really not -- I'm really

6      just wrapping up, so --

7  BY MR. HABERMAN:

8      Q    But again, Doctor, just to be clear, you've

9  not seen her since October or September of 2013, right?

10     A    No.

11     Q    And you've treated other patients who are

12 smokers, right?

13     A    I have.

14     Q    And -- and in your experience, are each of

15 those patients -- do each of those patients have

16 delayed healing or improper wound healing?

17     A    They can.

18     Q    They can also not -- they can also heal

19 normally, right?

20     A    Yes.

21     Q    All right.  Thank you.

22          MS. SHUB:  Are you passing the witness?

23          MR. HABERMAN:  That's all I have for now.

24     Pass the witness.

25          MS. SHUB:  You ready to keep going, or do you

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 51

1     need a bio break or anything?

2              THE WITNESS:  No, I'm good.

3              MS. SHUB:  Okay.  Everybody all right?

4                    CROSS EXAMINATION

5     BY MS. SHUB:

6        Q    We don't have much time, so I'm gonna try and

7     not repeat.  There's some issues I am gonna need to go

8     over.  I want to talk about some things that you've

9     already discussed, though, in a little more detail, and

10    make sure I fully understand your testimony.

11             I want to talk generally about pelvic surgery.

12    Pelvic reconstructive surgery can be complicated; would

13    you agree?

14       A    Yes.

15       Q    Okay.  It's not simply removing an organ.

16    You're actually trying to reconstruct form and

17    function?

18       A    Correct.

19       Q    And because of that, there can be associated

20    complications with pelvic reconstructive surgery,

21    whether or not a surgical implant is used?

22       A    Yes.

23       Q    Okay.  And those complications from pelvic

24    reconstructive surgery can include things like ongoing

25    pain; would you agree?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 52

1      A    Yes.

2      Q    And that would include ongoing pain with

3   intercourse, also called dyspareunia; would you agree?

4      A    Yes.

5      Q    Okay.  And I think I --

6           MR. HABERMAN:  Objection.

7   BY MS. SHUB:

8      Q    I think I heard you say that one of the

9   complications of pelvic reconstructive surgery, even

10  without mesh, could be continued bleeding?

11     A    Usually that's associated with delayed healing

12  at the surgical site as relate -- as related to

13  granulation tissue.

14     Q    Right.  And that can -- and can that occur

15  just around sutures?

16     A    Yes.

17     Q    Okay.  And that's true if no mesh implant is

18  used at all, correct?

19     A    Yes.

20     Q    Okay.  You were talking earlier about

21  different things that could lead to complications with

22  a patient.  Is one of those things that could lead to

23  complications poor tissue quality?

24     A    Yes.

25     Q    Okay.  And how about patient compliance with

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 53

1   **post-operative instructions?  Can that --**

2       A    Yes.

3       **Q    Okay.  So if a patient fails to comply with**

4   **post-operative restrictions, for instance, is a patient**

5   **more likely to have complications than a patient who**

6   **complies?**

7       A    Let me think about how I would answer that

8   question.  I would say that, in general, we --

9   specifically for my practice, I'm very strict about

10  what patients are allowed to do after surgery.  And

11  mainly to make sure that I'm able to evaluate any

12  potential problems that may be developing, so that we

13  can treat those, or intervene early.

14          So yes, the goal is to have a certain set of

15  instructions for patients to follow with the hope that

16  that will decrease their risk of developing

17  complications.

18      **Q    Okay.  Now, counsel took you through a couple**

19  **of records.  I'm gonna try and go back with them a**

20  **little bit more clearly, and I want to talk a little**

21  **bit about your file, so the record is clear.**

22          MS. SHUB:  The court reporter -- I might be

23      able to expedite time if you would like me to use

24      the stickers, so you can type and I can mark?

25          MR. SCOGGAN:  (Exhibit stickers tendered.)

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 54

```
 1              MS. SHUB:  Thanks.  And I think we're on
 2       Exhibit No. 3 or 4?
 3              COURT REPORTER:  3 was the CV.
 4              MS. SHUB:  Okay.  Let's go with No. 4.
 5   BY MS. SHUB:
 6       Q    In front of you is a letter.  Is this the
 7   letter you were referring to indicating a failure to
 8   follow up with you?
 9       A    Correct.
10       Q    We're gonna mark that as your deposition
11   Exhibit No. 4.
12              And just so the record is clear, Exhibit No. 2
13   were the brochures you brought.  And I see two here,
14   regarding pelvic organ prolapse, that are from
15   Coloplast; and one from Boston Scientific; is that
16   right?
17       A    Correct.
18       Q    Okay.  And you talked about the different
19   pelvic surgeries that you've done over time.
20              COURT REPORTER:  Hold on one second.
21              MS. SHUB:  I think we might have just lost the
22       video feed.
23              Are you there, Mr. Haberman?
24              Let's go off the record.
25              VIDEOGRAPHER:  Off the record.  The time is
```

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 55

```
 1        10:18 a.m.
 2             (A short break was taken.)
 3             VIDEOGRAPHER:  We're back on the video record.
 4        The time is 10:26 a.m.
 5    BY MR. HABERMAN:
 6        Q    Dr. Jones, we're back on the record after a
 7    small video snafu.
 8             I want to take -- let me just ask you, when
 9    you see a patient, is it important to you to have a
10    full and accurate history of that patient?
11        A    Yes.
12        Q    If you have a patient who provides you
13    inconsistent or incomplete information, can that affect
14    your risk/benefit analysis?
15        A    Yes, it can.
16        Q    I want to hand you what we're gonna mark as --
17             MS. SHUB:  Did we lose him again?
18             Off the record.
19             VIDEOGRAPHER:  Off the record.  The time is
20        10:27 a.m.
21             (A short break was taken.)
22             VIDEOGRAPHER:  We are back on the record.  The
23        time is 10:27 a.m.
24    BY MR. HABERMAN:
25        Q    Dr. Jones, I'm gonna mark as Exhibit No. 5
```

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 56

1    some records with some Bates numbers at the bottom, COL

2    PLTF 000460 to 463; which I'll represent to you are

3    some records from Dr. Bukkapatnam, or I would like to

4    say Dr. B.  I understand he's -- also, Dr. Xavier

5    Roman-Hernandez.

6             Are you familiar with those physicians at all?

7    A    No.

8    Q    Do you know how Ms. Bayless made her way to

9    find you?

10   A    Made her way to find me?

11   Q    Yes.

12   A    She was part of what we call Orange County --

13   it's some type of contract that Orange County Health

14   Department has with -- to give services to several

15   different people that were actually, I believe,

16   affiliated with one of the hotel chains -- the Rosen.

17   So it's a program that allows patients to have access

18   to specialty physicians.  And then, get whatever care

19   is -- is required.

20   Q    Okay.  I'm gonna hand you what we're marking

21   as Exhibit No. 5; some records from a physician visit

22   dated May 7th, 2012; and ask you if you had ever seen

23   that before today?

24   A    No.

25   Q    Okay.  Let me take you through some of the

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 57

1    statements on here.  First of all, pelvic organ

2    prolapse and stress urinary incontinence is -- is

3    childbirth a common cause for those conditions?

4        A    It's a contributor.

5        Q    Okay.  And would a -- would difficult

6    childbirths also contribute to those conditions?

7        A    When you say difficult childbirth, you are --

8    I always ask what you mean by that --

9        Q    Okay.

10       A    -- because that's a very broad statement.

11       Q    Sure, sure.  It is broad, and I apologize for

12   that.

13            Say a baby that has to be born with

14   episiotomy, or a large baby for the patient -- would

15   that --

16       A    What constitutes a large baby?

17       Q    Well, I guess it depends on the size of the --

18   the woman, doesn't it?

19            Let me -- let me take it a -- let me ask you a

20   different question.  According to Ms. Bayless' records,

21   she actually had nine pregnancies.  Do you see that?

22       A    Yes.

23       Q    Were you aware she was pregnant nine times?

24       A    Not specifically, no.

25       Q    Okay.  She did give birth to four full-term

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 58

1    babies, and had pregnancies that terminated either

2    voluntarily or spontaneously five times.  Do you

3    understand that?

4        A    Yes.

5        Q    Okay.

6            MR. HABERMAN:  I object.  This is outside the

7        scope of the doctor's treatment.  She doesn't

8        know --

9            MS. SHUB:  I'm just asking her about her

10       background.

11           MR. HABERMAN:  Yeah, it's still out of scope.

12       The doctor's not here to be an expert witness.

13           MS. SHUB:  You may say objection, form,

14       Counselor.

15           MR. HABERMAN:  And I --

16           MS. SHUB:  Objection, form.

17           MR. HABERMAN:  I'm making my objections for

18       the record.

19           COURT REPORTER:  I'm sorry, I didn't hear your

20       objection.  Just the last one.

21           MR. HABERMAN:  I said I'm making my objection

22       for the record.  It's out of scope.  It's improper.

23       The doctor's here -- not here as an expert witness.

24    BY MS. SHUB:

25        Q    Would a patient's sexual activity be relevant

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 59

1     to your treatment?

2          A     Relevant to --

3                MR. HABERMAN:  Objection; vague.

4     BY MS. SHUB:

5          Q     Would a patient's tendency -- well, let me put

6     it this way, would activity that affects healing be

7     something that you would counsel your patient, after

8     surgery -- about?

9          A     Yes.

10         Q     And one of the recommendations you make after

11    surgery is a recommendation for pelvic rest; is that

12    right?

13         A     Correct.

14         Q     And pelvic rest would include not having

15    sexual intercourse?

16         A     Correct.

17         Q     If you have a patient with a high number of

18    sexual partners, who has a history of a high number of

19    sexual partners, and a high number of sexually

20    transmitted diseases, is that something that would be

21    concerned about -- you -- would concern you with regard

22    to their ability or willingness to follow instructions

23    for pelvic rest?

24                MR. HABERMAN:  Objection; scope.

25                THE WITNESS:  That past medical history could

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 60

```
 1        possibly influence it, but -- however, you know,

 2        the patient has to understand that the pelvic rest

 3        that we are recommending is crucial to the healing

 4        at the top of the vagina.  So that was a commitment

 5        that she made, that she understood, that should

 6        would comply with.

 7   BY MS. SHUB:

 8        Q    Right.  I'll represent to you that the record

 9   we've provided indicates that Ms. Bayless had over a

10   hundred lifetime sexual partners; were you aware of

11   that?

12        A    No.

13             MR. HABERMAN:  Objection; scope.  It has no

14        relevance to Dr. -- this doctor's treatment.

15   BY MS. SHUB:

16        Q    Is that something that you would have been

17   interested in for the purposes of counseling your

18   patient?

19             MR. HABERMAN:  Objection.

20             THE WITNESS:  Not with respect to her -- her

21        surgical treatment, no.

22   BY MS. SHUB:

23        Q    Okay.  One of the things you mentioned

24   regarding her healing was the fact that she was a

25   smoker --
```

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 61

```
 1      A    Yes.
 2      Q    -- 30-pack-a-day (sic) smoker.
 3           Can cocaine use affect healing?
 4      A    Yes.
 5      Q    How about --
 6           MR. HABERMAN:  Objection.
 7  BY MS. SHUB:
 8      Q    -- crack cocaine use?
 9           MR. HABERMAN:  Objection.
10           THE WITNESS:  Any substance abuse can.
11  BY MS. SHUB:
12      Q    Okay.  If Ms. Bayless was a -- had been a
13  substance abuser on and off for 30 years, is that
14  something that you would want to know about?
15      A    Yes.
16      Q    Okay.  Did Ms. Bayless ever explain to you
17  that she was a crack cocaine user?
18      A    No.
19      Q    Okay.  Did she explain to you that she had
20  been in and out of rehab for crack cocaine?
21      A    No.
22           MR. HABERMAN:  Objection; scope.
23  BY MS. SHUB:
24      Q    When Ms. Bayless -- I want to refer you to the
25  History of Present Illness on the referring visit in
```

United Reporting, Inc.
954.525.2221

Page 62

1    the first paragraph.  History of Present Illness.  Do

2    you see where I am?

3        A    Yes.

4        Q    Last sentence there.  It says, Patient denies

5    issue with vaginally (sic) bleeding, but does state

6    some dyspareunia lately.  Do you see that?

7        A    Yes.

8        Q    So if the patient reported dyspareunia in May

9    of 2012, does that indicate to you she was having pain

10   with intercourse before she came to seek treatment from

11   you?

12       A    Yes.

13       Q    And if a patient provides inconsistent or

14   incomplete information to you, you don't have a full

15   and complete accurate history on a patient, true?

16       A    Correct.

17       Q    Let's go ahead and mark as Exhibit 6, which I

18   understand to be the first consult with you -- it's

19   documents Bates labeled COL-RBAYLESS-ORLANDO-000033 to

20   34; which are records dated May 31st, 2012.

21            I think we looked at these earlier in your

22   bigger stack of materials.

23       A    Yes.

24       Q    Here, Ms. Bayless did admit to being a current

25   everyday smoker; is that right?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 63

1      A    Yes, she did.

2      **Q    She did not disclose to you her cocaine use,**

3  **did she?**

4      A    No, not as being active, no.

5      **Q    Okay.  She did discuss with you her prior**

6  **pregnancy history, right?**

7      A    Yes, she did.

8      **Q    Okay.  You did an evaluation on her to**

9  **evaluate her for prolapse as well as stress urinary**

10  **incontinence, as I understand it, right?**

11     A    Yes.

12     **Q    And you did exam -- you did see that she did,**

13  **in fact, have prolapse, right?**

14     A    Correct.

15     **Q    And that's reflected in your POPQ score down**

16  **there?**

17     A    Correct.

18     **Q    And can you explain for us what that POPQ**

19  **score means in layman's terms?**

20     A    So we take measurements on each side of the

21  vagina.  The vagina has two sides.  One where the

22  bladder sits, the other where the rectum sits.  And at

23  the apex, or the top of the vagina, is where the uterus

24  inserts with the cervix.  So depending on where those

25  numbers measure, we would then get a composite score to

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 64

1    give a grade from zero to four.  Zero being no

2    prolapse, four being the worst prolapse.

3         Q    Ms. Bayless -- I don't mean to interrupt you.

4    Were you finished?

5         A    (Nodding.)

6         Q    Okay.  Ms. Bayless actually has a prolapse

7    that is showing a leading edge, it says, at Ba

8    consistent with Cystocele/Uterine Prolapse; is that

9    right?

10        A    Correct.

11        Q    And that means that she was actually having

12   the tissue beneath her bladder and at the top of her

13   vagina actually start to fall out and descend toward

14   the opening of the vagina, right?

15        A    Correct.

16        Q    Is that a condition, in your experience, that

17   tends to get better all by itself?

18        A    No.

19        Q    Okay.  There are non-surgical options to treat

20   that; is that right?

21        A    Yes.

22        Q    And is one of those the pessary that you were

23   describing earlier?

24        A    Yes.

25        Q    And did you describe use of a pessary with

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 65

1   Ms. Bayless?

2       A    Yes.

3       Q    And is that a -- a remedy that she desired?

4       A    No.

5       Q    So did you discuss surgical treatment with her

6   for her prolapse at that time?

7       A    Potential options, yes.

8       Q    Okay.  You did advise her that her tobacco use

9   contributed to her risk of urinary incontinence and

10  pelvic organ prolapse; is that right?

11      A    Yes.

12      Q    Would prior cocaine or crack cocaine use also

13  contribute to those things?

14      A    I don't know specifically.

15           MR. HABERMAN:  Objection; scope.

16  BY MS. SHUB:

17      Q    Okay.  Would crack cocaine use contribute to

18  poor healing?

19           MR. HABERMAN:  Objection; scope.

20  BY MS. SHUB:

21      Q    If you know.

22      A    I don't know the percentages, no, not

23  specifically.

24      Q    Is that something you would have liked to have

25  known and researched and -- with -- so that you could

Page 66

1    counsel the patient if that was a -- something that she

2    was doing?

3        A    Yes.

4        Q    The things that you discussed with her is

5    observation, which means doing nothing, right?

6        A    Correct.

7        Q    Pessary support, which we've already talked

8    about, right?

9        A    Yes.

10       Q    As well as surgical intervention, correct?

11       A    Yes.

12       Q    What surgical interventions did you discuss

13   with Ms. Bayless in May of 2012?

14       A    None specifically.

15       Q    Okay.  Did you save that conversation for

16   another day?

17       A    Yes.

18       Q    Is there a reason you waited?

19       A    Yes.

20       Q    And what was that?

21       A    Usually it's overwhelming for patients to

22   understand all the different options.  In general, I've

23   found that patients understand much better when you

24   divide the information and give the -- give it to them

25   in smaller pieces or packets.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 67

1      Q    I'm gonna mark as Exhibit No. 7 a visit from

2  July 10th of 2012, which opposing counsel did not

3  discuss with you.  Does that look like a record from

4  your office?

5      A    Yes.

6      Q    And Katherine Puig appears to have consulted

7  with the patient.  Who is Katherine Puig?

8      A    She is a nurse practitioner that was working

9  in my office at the time.

10      Q    Okay.  And what types of services does she

11  perform for you or your patients?

12      A    She does general gynecology, as well as care

13  that's tailored to patients who have urogynecological

14  problems, such as prolapse and incontinence.

15      Q    And do you know her to -- and do you rely upon

16  her to visit with your patients and take information

17  from your patients?

18      A    Yes.

19      Q    And do you rely upon her to take a record of

20  things that patients tell her?

21      A    Correct, yes.

22      Q    And have you known her to provide true and

23  accurate statements of what patients tell -- tell her?

24      A    Yes.

25      Q    And how long have you worked with her?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 68

1       A     She worked in my office for nine years.

2       Q     **Okay.  I want to refer you to the second page**

3  **of Exhibit No. 7.  Which at the top describes Patient**

4  **report.  And it says, patient diaries are accurate --**

5  **then comma -- are not consistent.  Do you see that?**

6       A     Yes.

7       Q     **So was there a concern that the patient was**

8  **reporting her diaries were accurate, but the nurse**

9  **interpreted those to be inconsistent?**

10      A     Correct.

11      Q     **And does that give you some concern that the**

12  **patient is providing you, perhaps, inconsistent or**

13  **incomplete information regarding her history?**

14      A     Regarding to the -- the recordings for her

15  diary, yes.

16      Q     **Okay.  Now, the patient also -- you -- well,**

17  strike that.

18            **Exhibit 7 also concerns a review of symptoms**

19  **the patient is experiencing on the day of her visit,**

20  **right?**

21      A     Correct.

22      Q     **And there's a review of symptoms -- is that**

23  **ROS?**

24      A     Yes.

25      Q     **What does that -- what does that stand for?**

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 69

```
 1      A    Review of systems.

 2      Q    Okay.  And there are certain conditions that

 3   she's describing on July 10th of 2012; is that right?

 4      A    Correct.

 5      Q    The last -- well, she notes things like

 6   blurred vision.  Do you see that?  It's the second

 7   item.

 8      A    Um-hmm.

 9      Q    Is that a yes?  I just have to ask you because

10   the court reporter can't take an uh-huh or an uh-uh.

11      A    What was your question again?

12      Q    Blurred vision; second item.  She says light

13   flashes, blurred vision.  Do you see that?

14      A    I do see it.

15      Q    Okay.  Sinus problems, right?

16      A    Correct.

17      Q    I'm gonna go down to the third line.  You see

18   swelling, stiffness, abdominal cramps?  Third line of

19   that paragraph.

20      A    Yes.

21      Q    So does that indicate to you the patient was

22   reporting abdominal cramps in July of 2012?

23      A    Based on the language that precedes those -- I

24   would say the third line --

25      Q    Um-hmm.
```

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 70

1       A    -- it says that the patient states symptoms
2   are not bothersome, but occurring infrequently, are
3   improving.  And those include those symptoms that are
4   listed below.
5       Q    Okay.  And that would include abdominal
6   cramps, right?
7       A    Correct.
8       Q    And fecal soiling?
9       A    Correct.
10      Q    And constipation?
11      A    Correct.
12      Q    I'm not gonna read all of these, but at the
13  very last line, she also reports vaginal discharge,
14  doesn't she?
15      A    Yes.
16      Q    And she also reports hot flashes?
17      A    Yes.
18      Q    As well as pain with intercourse?
19      A    Yes.
20      Q    So before you ever performed any surgery on
21  Ms. Bayless, she was actually reporting to your office
22  that she was having pain with intercourse?
23      A    Yes.
24      Q    Okay.  Now, during this visit, you encouraged
25  smoking cessation; is that right?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 71

1    A    Correct.

2    **Q    If she was a cocaine or crack cocaine user,**

3    **would you have encouraged cocaine cessation?**

4    A    If I knew that she was actively using or

5    abusing any type of substance, I would have actually

6    declined to actually do surgery.

7    **Q    Here at this visit, prolapse treatment options**

8    **were discussed; is that right?**

9    A    Yes.

10   **Q    Those include, again, observation; is that**

11   **right?**

12   A    Correct.

13   **Q    Trial of a pessary?**

14   A    Correct.

15   **Q    And it says, Patient desirous of definitive**

16   **surgical correction.  What does that mean?**

17   A    It means that she wanted her prolapse

18   surgically corrected.

19   **Q    And at this visit were the different types of**

20   **surgical correction discussed with her?**

21   A    No.

22   **Q    Okay.  Recovery time was discussed; is that**

23   **right?**

24   A    Yes.

25   **Q    And it says, briefly discussed recovery time**

4aaf992d-6292-46e6-a1cb-55dd6a416872

1   of approximately 12 weeks, plus activity restrictions.

2   Do you see that?

3       A    Yes.

4       Q    And what activity restrictions would you

5   recommend after surgery?

6       A    Generally, no heavy lifting, straining,

7   pushing, pulling, bending, stooping -- that's greater

8   than ten pounds.  We usually encourage patients to do

9   their grocery shopping with a pulley.  Not to do any

10  housework.  That means flipping mattresses, pushing

11  furniture around; anything that will cause any strain

12  on the abdominal wall.

13      Q    Okay.  And I think you said this, but that

14  would also include restraint -- refraining from sexual

15  intercourse, right?

16      A    Correct.

17      Q    The record also indicates that at least 50

18  percent of the visit was spent on counseling.

19  Patient -- that's patient counseling; is that right?

20      A    Yes.

21      Q    Okay.  And it's your usual and customary

22  practice to keep records like the one that we've marked

23  as Exhibit 7; is that right?

24      A    Yes.

25      Q    Okay.  And you would consider this a business

Page 73

1   record of your office, right?

2       A    Correct.

3       Q    I'm gonna mark as Exhibit No. 8 a record that

4   is dated August 14th of 2012, and ask you if this looks

5   like it's from your office.

6            MS. SHUB:  And for the record, Exhibit 8 has

7        the same prefix: COL-RBAYLESS-ORLANDO-000030 to 31.

8   BY MS. SHUB:

9       Q    Is Exhibit 8 a record from your office?

10      A    Yes.

11      Q    It's one of your business records?

12      A    Yes.

13      Q    And this reflects an encounter on August 14th

14  of 2012 in which you saw the patient; is that right?

15      A    No, the actual testing was done by Andie

16  Nation, who was a medical assistant.

17      Q    Oh, okay.  Do you -- you reviewed the record

18  to make sure it's correct?

19      A    Yes.

20      Q    And that's why it contains your electronic

21  signature?

22      A    Correct.

23      Q    All right.  This record indicates that

24  Ms. Bayless was, in fact, incontinent, right?

25      A    She did exhibit incontinence, yes.

United Reporting, Inc.
954.525.2221

Page 74

1      **Q     Okay.  One question I had for you, there's a**

2  **reference here to non-dependent tobacco use disorder;**

3  **is that different than a dependent tobacco use**

4  **disorder?**

5      A     That is just the ICD 9 code --

6      **Q     Okay.**

7      A     -- for tobacco use.

8      **Q     Okay.  So there's no relevance we should place**

9  **on the non-dependent language there?**

10     A     Not from that specific -- it was just a

11  notation to -- to put in the record that she was an

12  active smoker.

13     **Q     Okay.  All right.  I'm gonna go ahead and mark**

14  **as Exhibit No. 9 a record from August 16th of 2012 and**

15  **say, is that a record from your office?**

16     A     Yes, it is.

17     **Q     And is this a review of her evaluation done on**

18  **the 14th?**

19     A     It's a document -- I'm sorry?  Say it again.

20     **Q     Is this an opportunity -- was this visit an**

21  **opportunity to review with the patient what evaluation**

22  **had been done of her a couple of days earlier?**

23     A     No, ma'am.

24     **Q     Okay.  Can you explain the purpose of the**

25  **visit on October -- on August 16th?**

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 75

1     A     The purpose was to do -- perform a second

2  procedure called cystoscopy.

3     **Q     Okay.  And what is that procedure?**

4     A     Where we take a lighted telescope and look

5  into the bladder.

6     **Q     Um-hmm.  And you're evaluating her**

7  **incontinence?**

8     A     Yes.

9     **Q     Okay.  And, of course, she's still reporting**

10 **to be a current, everyday smoker in this --**

11    A     Yes.

12    **Q     -- visit?**

13          **Okay.  She did not provide you any information**

14 **regarding drug use, correct?**

15    A     I mean, not during that visit, no.

16    **Q     Okay.  She was reporting vaginal discharge at**

17 **this visit, wasn't she?**

18    A     According to the record, yes.

19    **Q     Okay.  The next record we have that I'll mark**

20 **as Exhibit No. 10 is a record dated March 21st, 2013.**

21 **Is that a record from your office?**

22    A     Yes.

23    **Q     And what is the purpose of the March 21st,**

24 **2013 record?**

25    A     It was to review the two diagnostic tests that

United Reporting, Inc.
954.525.2221

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 76

1    the patient had undergone previously.

2       Q    And was this the -- your opportunity to

3    discuss with Ms. Bayless her different surgical

4    options?

5       A    Yes.

6       Q    And you discussed those because -- I see a

7    note that she wanted definitive management of her

8    pelvic organ prolapse; is that right?

9       A    Yes.

10      Q    And I presume she also wanted definitive

11   management of her stress urinary incontinence?

12      A    Yes.

13      Q    Okay.  And when you're making a decision for

14   definitive management, is it your goal to provide the

15   patient the surgical option that's gonna provide the

16   greatest likelihood of a long term solution to her

17   problem?

18      A    Yes.

19      Q    And does that include surgery with a surgical

20   mesh implant for some patients?

21      A    It can.

22      Q    You discussed that -- the options that you had

23   with Ms. Bayless, right, and those are reflected about

24   midway through the page -- bottom half of Exhibit 10;

25   is that right?

Page 77

1        A    Correct.

2        Q    And the surgical options included a vaginal

3    approach, right?

4        A    Yes.

5        Q    That's the transvaginal mesh that I believe

6    opposing counsel was mentioning earlier?

7        A    No.

8        Q    He was -- well, he mentioned transvaginal

9    pelvic organ prolapse mesh.  Ms. Bayless did not

10   receive a transvaginal implantation of mesh for pelvic

11   organ prolapse, did she?

12       A    No, she did not.

13       Q    Okay.  You also discussed with her an

14   abdominal approach; is that right?

15       A    Correct.

16       Q    And you described that in two different ways.

17   A traditional repair that's like a C-section, or an

18   abdominal approach that's done with laparoscopic or

19   robotic assistance; is that right?

20       A    Yes.

21       Q    And did you describe the different risks and

22   benefits with Ms. Bayless of all of those different

23   approaches?

24       A    Yes, I did.

25       Q    What are the risks and benefits of an

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 78

1    abdominal sacral colpopexy?

2       A    Specifically for the -- the sacral colpopexy

3    with use of mesh -- it includes all of the surgical

4    risks that's associated with any pelvic surgery.  So

5    infection, bleeding, delayed healing, pain with

6    intercourse, voiding dysfunction, or urinary retention.

7            What is unique to the use of mesh placement is

8    mesh exposure.

9       Q    Okay.  And you've treated mesh exposure

10   before?

11      A    Yes.

12      Q    And can that usually be fairly easily treated

13   and remedied in --

14           MR. HABERMAN:  Objection.

15   BY MS. SHUB:

16      Q    -- in most patients?

17           THE WITNESS:  It depends on the presentation.

18   BY MS. SHUB:

19      Q    Right.  It depends on a number of factors --

20      A    Yes.

21      Q    -- would you agree with that?

22           Would you agree that mesh exposure can, in

23   many patients, be treated with a local excision?

24      A    Yes.

25           MR. HABERMAN:  Objection.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 79

1        MS. SHUB:  What's the basis for your
2     objection?  Basis?
3        MR. HABERMAN:  What's that?
4        MS. SHUB:  Basis?
5        MR. HABERMAN:  Outside the scope.
6   BY MS. SHUB:
7     **Q    You also noted in your record that the**
8   **surgeries for pelvic organ prolapse can also be**
9   **combined with hysterectomy?**
10    A    Yes.
11    **Q    And the patient in this case desired a**
12  **hysterectomy; is that right?**
13    A    Her uterus was part of her prolapse --
14    **Q    Okay.**
15    A    -- so she wanted to make sure that all of the
16  potential components of her prolapse was addressed with
17  this surgery.
18    **Q    And hysterectomy was one of those components**
19  **that would deal with her uterus, right?**
20    A    Yes.
21    **Q    Because if you remove the uterus, it's not**
22  **going to be prolapsing out through the vagina, correct?**
23    A    No.
24    **Q    Is that correct?**
25    A    That is correct.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 80

1    Q    Okay.  I just wanted to cure the double

2    negative on the record.

3         You have different options that you describe.

4    The SUI component, the options for treatment.  You

5    noted that a mid urethral sling mesh was the gold

6    standard, right?

7    A    Yes.

8    Q    And that means that's actually the standard of

9    care for doctors to treat that condition, right?

10   A    Correct.

11   Q    And would you agree that abdominal sacral

12   colpopexy was also a standard of care for treatment of

13   pelvic organ prolapse?

14   A    Yes.

15   Q    Okay.  And you mentioned earlier that there

16   were meshes that were available years ago that are no

17   longer available now.  And those earlier meshes had

18   characteristics that current meshes do not?

19   A    Correct.

20   Q    The meshes -- were the surgical implants that

21   you used for Ms. Bayless -- were not the older meshes

22   that caused a lot of controversy at the time, correct?

23   A    No.

24   Q    Okay.  These were the newer improved --

25   A    Correct.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 81

1    Q    -- surgical implants; is that right?

2    A    That's correct.

3    Q    In fact, not all surgical mesh implants are

4  alike; would you agree with that?

5    A    No, they are not.

6    Q    Okay.  You would -- you would agree that there

7  are differences?

8    A    Yes, there are differences.

9    Q    Okay.  And you selected the Restorelle Y Mesh

10  for Ms. Bayless' surgery; is that right?

11    A    Yes.

12    Q    And have you used that surgical implant

13  before?

14    A    Yes.

15    Q    About how many surgeries do you think you've

16  performed using the Restorelle for wesh (sic) --

17  Restorelle Y Mesh surgical implant?

18    A    I -- her surgery was in 2012.  It's 2018, so

19  that's at least six years.  In that span --

20    Q    Hundreds?

21    A    Yes.

22    Q    Okay.  And I don't -- I don't need an exact

23  number.

24    A    Okay.

25    Q    I'm just looking for ballpark.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 82

1       A     Um-hmm.

2       Q     So before you conducted Ms. Bayless' surgery,

3  had you done -- had you done abdominal sacral colpopexy

4  with a Restorelle Y Mesh before?

5       A     Yes.

6       Q     And had you had good success with that --

7       A     Yes.

8       Q     -- implant?

9       A     Yes.

10       Q     And had patients' tissue responded well to

11  that surgical implant?

12       A     Yes.

13       Q     Are you familiar with the characteristics of

14  the Restorelle Y Mesh?

15       A     Yes.

16       Q     Okay.  You know it to be one of the lightest,

17  if not the lightest, surgical Y mesh available today?

18       A     Yes.

19       Q     You know it to have macropores, or sufficient

20  pore size to allow for tissue ingrowth, and also

21  prevent infection, correct?

22       A     Yes.

23            MR. HABERMAN:  Objection; calls for -- outside

24       the scope --

25  BY MS. SHUB:

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 83

1      Q     You understand --

2             MR. HABERMAN:  -- no foundation, calls for

3      expert testimony.

4             COURT REPORTER:  I'm sorry, say that again.

5             MR. HABERMAN:  No foundation, calls for expert

6      testimony, outside of scope.

7   BY MS. SHUB:

8      Q     You're familiar -- you analyze the properties

9   of a surgical mesh implant before you select it for use

10  in a patient; is that right?

11     A     Yes.

12     Q     And what were the properties of the

13  Restorelle Y that led you to use that implant for

14  Ms. Bayless' surgery?

15     A     Three main factors.  One, very ultra light.

16  The macropore size.  But also, that interstitial size

17  was also one of the largest.

18            It was very -- it had very good flexibility.

19  Good stretchability.  Meaning, in -- when you look at a

20  product, you look at its ability to stretch in a

21  vertical, or up and down fashion, as well as a side to

22  side fashion.

23            So it had -- all of the properties were --

24  again, when a patient stands up, you have to be able to

25  accommodate the forces of standing, that you are not

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 84

1   able to subject -- or estimate when they're lying down

2   and you're doing your surgery.

3       Q    Okay.  And is one of the reasons you use a

4   surgical implant the hope that the repair will be more

5   permanent?

6       A    Yes.

7       Q    And is that because a polypropylene surgical

8   mesh implant has a strength that cannot be achieved

9   with a native tissue repair alone?

10      A    Correct.

11      Q    In fact, there are just some -- well, strike

12  that.

13          Let me mark as Exhibit No. 11 a visit from

14  your office.  This one is dated -- I think I did this

15  one already.  Hold on.  I did.

16          VIDEOGRAPHER:  We have five more minutes.

17          MR. HABERMAN:  All right.

18  BY MS. SHUB:

19      Q    Before you talked with --

20          MR. HABERMAN:  How many more minutes?  Five?

21      Why don't we go ahead and change the tape now

22      because I'm getting to a new section.  We can take

23      a quick break.

24          VIDEOGRAPHER:  Okay.  Thank you.

25          MS. SHUB:  Go off the record.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 85

```
 1          VIDEOGRAPHER:  This concludes media No. 1.
 2     The time is 11:00 o'clock.  Off the record.
 3          (A break was taken.)
 4          VIDEOGRAPHER:  Okay.  We are now back on the
 5     video record.  This is media No. 2 of the
 6     deposition of Kathy Y. Jones, M.D.  The time is
 7     11:10 a.m.
 8  BY MS. SHUB:
 9     Q    Dr. Jones, we're back on the record after a
10  brief break to change the videotape.  We were talking
11  about Exhibit No. 10, which was the visit when you were
12  discussing surgical options with Ms. Bayless, correct?
13     A    Yes.
14     Q    The very last -- or second to last paragraph
15  of there it says, Risks and benefits discussed, right?
16     A    Correct.
17     Q    And does that indicate to you that the risks
18  and benefits of the different surgical options were
19  discussed with Ms. Bayless?
20     A    Yes.
21     Q    And it indicates, risks discussed included,
22  but were not limited to the following -- and bleeding
23  was a risk discussed, right?
24     A    Yes.
25     Q    Infections was a risk discussed?
```

Page 86

1    A    Yes.

2    Q    Damage to surrounding organs, such as bowel

3  and bladder was discussed?

4    A    Yes.

5    Q    Urinary retention was discussed?

6    A    Yes.

7    Q    And mesh exposure was discussed?

8    A    Yes.

9    Q    Okay.  Other -- other risks were discussed,

10 according to this note?

11   A    Yes.

12   Q    Would you also discuss -- can -- can sutures

13 become exposed?  I think you said yes earlier.

14   A    Yes.

15   Q    Okay.  Okay.  Opposing counsel asked you some

16 questions about polypropylene.  If a polypropylene was

17 provided to the -- that was provided to an implant

18 manufacturer was designated as medical grade, would

19 that be important to you?

20   A    Yes.

21   Q    Okay.  And if the polypropylene was

22 specifically designed for medical use in implants,

23 would that be important to you?

24   A    Yes.

25   Q    Okay.  And would that make you feel

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 87

1    comfortable with the polypropylene that was used for

2    the surgical implant?

3        A    Yes.

4        Q    Okay.  Let's go on to what I have as the next

5    visit.  And I have, actually, a couple of records for

6    this next visit, but -- it's dated May 28th of 2013.

7    And we'll mark as your Exhibit No. 11 pages Bates

8    labeled C -- oh -- pages Bates labeled

9    COL-RBAYLESS-ORLANDO, Pages 15 to 18.

10            Are these records that we've marked as Exhibit

11   11 part of a record from your office?

12       A    Yes.

13       Q    Okay.  And is this the preoperative

14   consultation with Ms. Bayless?

15       A    What's the date of service?

16       Q    May 28th, 2013.

17       A    Yes.  So we're not talking about this

18   (indicating)?

19       Q    Yes, I'm sorry.  Yeah, there's some other

20   records at the top of the page.  I guess it's midway

21   through the first page.

22       A    Um-hmm.

23       Q    Now, Ms. Bayless' chief complaints were

24   incontinence, right?

25       A    Yes.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 88

1    Q    And prolapse of the vaginal vault.  That's the

2   top of the vagina?

3    A    Yes.

4    Q    And a cystocele, right?

5    A    Correct.

6    Q    She's also had some problems that were noted.

7   Do you see the problems that were identified?

8    A    Yes, um-hmm.

9    Q    Bacterial vaginosis is a problem.  What is

10   bacterial vaginosis?

11    A    It's the overgrowth of bacteria in the vagina

12   that is not of the lactobacillus type.

13    Q    Can bacterial vaginosis lead to discharge?

14    A    Yes.

15    Q    Okay.  How about candidiasis?  I'm

16   mispronouncing that.

17    A    Candidiasis.

18    Q    Yes.  And what is that?

19    A    It's better known as a yeast infection.

20    Q    Okay.  And can that lead to discharge?

21    A    Yes.

22    Q    And she was prescribed some creams?

23    A    Yes.

24    Q    Was that to deal with those conditions?

25    A    Yes.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 89

1      Q      All right.  On the second page of Exhibit 11

2   you have some notes regarding her past medical history;

3   is that right?

4      A      Yes.

5      Q      You noted that she previously had a tubal

6   ligation, right?

7      A      Yes.

8      Q      She had some other surgeries as well,

9   including a gallbladder surgery.  Were you aware of

10  that?  I don't know if that's reflected on here.

11     A      Yes, it's in the middle of the page.

12     Q      Okay.  She's still noted to be a current

13  everyday smoker; is that right?

14     A      Yes.

15     Q      Okay.  She did not report use of illicit drugs

16  though, did she?

17     A      Correct.

18     Q      Okay.  On the third page of Exhibit No. 11 you

19  have a discussion with her about the procedure that

20  you're gonna provide; is that right?

21     A      Yes.

22     Q      The first item -- the first thing you're going

23  to do during her surgery is a total vaginectomy; is

24  that right?

25     A      As far as an option?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 90

1      Q    Oh, okay.  Was that the option discussed, or

2  was that part of the procedure?

3      A    Those are options --

4      Q    Okay.

5      A    -- that are discussed.

6      Q    All right.  The second one was, gold standard

7  for vaginal vault prolapse and uterine prolapse,

8  including abdominal sacral colpopexy with mesh; is that

9  right?

10     A    Yes.

11     Q    And that's the Restorelle surgical implant

12  that we've discussed already; is that right?

13     A    It includes, yes, the use of the -- the

14  Restorelle Y Mesh.

15     Q    Okay.  And you would include that Restorelle Y

16  Mesh as -- as a surgical implant that would fall within

17  the gold standard of the standard of care?

18     A    Correct.

19     Q    And again, she was -- potential complications

20  from that surgery were discussed; is that right?

21     A    Yes.

22     Q    All right.  And you chose that over a

23  traditional open surgery; is that right?

24     A    Yeah.

25     Q    And why was sacral colpopexy -- an abdominal

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 91

1    sacral colpopexy with Y mesh chosen over a traditional

2    open surgery?

3        A    Those -- No. 2 and No. 3 are the same

4    procedure.  It's the access or the route of the

5    procedure that's different.

6        Q    And what is -- what benefits are there from

7    the abdominal procedure over the open procedure?

8        A    They're both abdominal procedures.

9        Q    I'm sorry.  What are the benefits of the

10    abdominal laparoscopic or robotic procedure over the

11    open abdominal procedure?

12        A    It's a shorter hospital stay, and decreased

13    pain requirements.

14        Q    Um-hmm.

15        A    That way the patient can go home within 24

16    hours, as opposed to having a two- to three-day

17    hospital stay.

18        Q    Okay.  At this visit, on the last page of

19    Exhibit No. 11, there's a note regarding the surgical

20    plan.  So does this indicate this was the time when the

21    actual plan was formalized?

22        A    Yes.

23        Q    Okay.  And again, the risks and benefits of

24    the surgical procedures were discussed --

25        A    Yes.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 92

1      Q      -- right?

2             And at the very end, it indicates that the

3      patient voiced understanding and would like to proceed

4      with the procedure; is that right?

5      A      Yes.

6      Q      And she signs some written consents to that

7      effect, right?

8      A      Yes.

9      Q      And is that your usual and customary practice

10     to have the patient sign consent forms?

11     A      Yes.

12     Q      And do you describe both consent forms with

13     the patient?

14     A      Do I --

15     Q      Or do you -- or do you -- are you available

16     for questions if the patient has any questions about

17     the consent forms?

18     A      Yes.

19     Q      All right.  Let's go through some of those, if

20     we can.

21             Now, one of the procedures she -- Ms. Bayless

22     was gonna have was a hysterectomy --

23     A      Yes.

24     Q      -- is that right?

25             And that involves removal of the uterus?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 93

1    A    Yes.

2    Q    And did it also involve removal of the cervix?

3    A    Yes.

4    Q    All right.  And what I've marked as Exhibit 12

5    is entitled Hysterectomy Surgical Consent Form, with

6    the Bates label COL-RBAYLESS-ORLANDO Page 23.

7         Is it -- is Exhibit No. 12 the surgical

8    consent form that was provided to Ms. Bayless?

9    A    It's a component.  It is one page of the

10   consent form.

11   Q    Right.  In fact, you have multiple pages that

12   deal with her consent --

13   A    Yes.

14   Q    -- for her surgery, right?

15        One of the things your consent form notes, in

16   the middle of the top paragraph -- it's possible the

17   operation will not help the patient, right?

18   A    Yes.

19   Q    And it's even possible that the patient would

20   be worse off after the operation than they were before

21   the operation?

22   A    Yes.

23   Q    And that's contained in the consent form that

24   this patient signed, right?

25   A    Yes.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 94

1    Q    Your consent form advises patients that all

2  surgeries can have complications ranging from minor to

3  fatal, right?

4    A    Yes.

5    Q    And fatal means the patient could actually die

6  during surgery?

7    A    Yes.

8    Q    Your consent form also notes that physical and

9  sexual activity are to be restricted for a period of

10  time after surgery, right?

11    A    Yes.

12    Q    And I think you said your general restricted

13  period is approximately 12 weeks; is that right?

14    A    Yes.

15    Q    I'm gonna mark as Exhibit 13 some additional

16  consent forms.  This one is Bates labeled

17  COL-RBAYLESS-ORLANDO, Pages 21 and 22.  Is this part of

18  the consent process from your office?

19    A    Yes.

20    Q    Now, what we've marked as Exhibit 13 is an

21  Informed Consent and Request for Repair of Relaxation

22  of Pelvic Organs and/or Urinary Incontinence; is that

23  right?

24    A    Yes.

25    Q    This -- Exhibit 12 specifically deals with the

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 95

1  surgery that was going to involve surgical mesh

2  implants, correct?

3      A    It's one of.

4      Q    Okay.  So your consent's actually broader than

5  13, right?

6      A    So this consent is a summary of multiple

7  procedures.

8      Q    Okay.

9      A    The previous consent was just specific to a

10  hysterectomy.  This is a summary of the combined

11  procedures and the combined risk.  And I also have a

12  consent form that's very specific for the use of mesh

13  or any type of augmentation product.

14          COURT REPORTER:  Any type of what product?

15          THE WITNESS:  Augmentation.

16  BY MS. SHUB:

17      Q    Okay.  We'll get to that one in just a second.

18          On Exhibit 13, you do describe the material

19  risks of the different -- of the procedures in No. 4,

20  right?  We've got some numbered paragraphs.  1, 2 --

21      A    Yes.

22      Q    -- 3 and 4.

23          No. 4 describes material risks.  And 5 also

24  describes risks?

25      A    Yes.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 96

1      Q    All right.  And just like the form for the
2   hysterectomy, some of the risks you note are that there
3   may not be improvement, or there may be a worsening,
4   right?
5      A    Yes.
6      Q    You might -- your consent form also notes the
7   potential for pain or discomfort with sexual
8   intercourse; is that right?
9      A    Yes.
10      Q    And that includes the term that you -- we've
11   been using in this deposition called dyspareunia?
12      A    Yes.
13      Q    Which means pain with intercourse, right?
14      A    Yes.
15      Q    It talks about possible formation of blood
16   clots, success rates.  You've also discussed the -- the
17   consent form also addresses that the patient has been
18   provided information regarding alternatives, right?
19      A    Yes.
20      Q    And the patient could have refused to sign
21   this consent form, right?
22      A    Yes.
23      Q    And could have refused to go forward with the
24   surgery?
25      A    Yes.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 97

1     Q    You actually specifically identify, on the

2    form that Ms. Bayless signed off, the type of surgical

3    implants that you would be using?

4     A    Yes.

5     Q    Okay.  And that's on the bottom of the second

6    page.  You identify the Coloplast Restorelle Y Mesh, as

7    well as the Boston Scientific sling, right?

8     A    Yes.

9     Q    That wasn't hidden from Ms. Bayless, right?

10    A    No.

11    Q    Okay.  And -- okay.  If she had any questions

12   about that consent form, you would have been willing

13   and able to answer them, right?

14    A    One of the corollaries on the top includes --

15   it says, do not sign unless you understand the

16   contents.

17    Q    Okay.  And so, if she signed on those, you

18   relied on the fact that she was representing to you she

19   understood?

20    A    Yes.

21    Q    All right.  I'm gonna mark as your Exhibit 14

22   one of the consent forms that I think you may have

23   mentioned earlier that deals with the procedure for

24   Anterior and/or Posterior Colporrhaphy.  Do you see

25   that?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 98

```
 1      A    Yes.
 2      Q    Exhibit 14 notes particular risks that may
 3  deal with any repair of the vaginal walls, right?
 4      A    Yes.
 5      Q    Okay.  And one of the complications noted is
 6  potential for pain during intercourse, right?
 7      A    Yes.
 8      Q    And one of the complications noted is that the
 9  patient may require future surgery?
10      A    Yes.
11      Q    And that would be to repair a complication for
12  the first surgery, right?
13      A    Yes.
14      Q    That colporrhaphy is often a surgery without a
15  mesh augmentation, correct?
16      A    It can be done.
17      Q    It can be done with sutures all by themselves?
18      A    Yes.
19      Q    And that suture surgery still has the risk of
20  need for future surgery and pain with intercourse?
21      A    Yes.
22      Q    Now, Exhibit 15 is also part of your consent
23  form.  This is Augmentation Graft Consent Form.  Is
24  this the one involving synthetic materials that you
25  were mentioning earlier?
```

United Reporting, Inc.
954.525.2221

Page 99

1      A    It includes any augmentation graft that can be

2    synthetic; cow skin, human skin.

3      Q    Right.  Grafts come in different forms.  Some

4    are biologic material and some are synthetic material,

5    right?

6      A    Yes.

7      Q    Okay.  And in your experience, is a synthetic

8    graft typically stronger than a biologic graft?

9      A    It can be.

10      Q    Okay.  Is that why you use it?

11      A    Yes.

12      Q    All right.  And in fact, in the consent form

13    that was provided to Ms. Bayless, the term "synthetic

14    materials such as mesh" -- synthetic is actually

15    circled.  Do you see that?

16      A    Yes.

17      Q    Would that circling have been done during a

18    description of the consent form for Ms. Bayless?

19      A    Yes.

20      Q    All right.  So it sounds like somebody just

21    didn't hand it to her; somebody actually went through

22    and talked with her about these risks before she signed

23    this form, right?

24      A    Yes.

25      Q    Is that your usual and customary practice?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 100

1    A    It is.

2    Q    And again, like the surgery without mesh, this

3    consent form notes that there may be a need for a

4    surgery after the implant surgery to address a problem

5    that might occur with the first surgery?

6    A    Correct.

7    Q    All right.  This form also specifically makes

8    reference to the fact that mesh can become exposed in

9    the vagina, right?

10   A    Yes.

11   Q    And that there might be delayed healing,

12   right?

13   A    Yes.

14   Q    And if a patient is a smoker, that patient can

15   have delayed healing --

16   A    Yes.

17   Q    -- as well, right?

18        In fact, that increases the risk for delayed

19   healing, doesn't it?

20   A    Yes.

21   Q    Those consent forms were signed May 28th of

22   2013, which was not the day of surgery; is that right?

23   A    No, it was not.

24   Q    In fact, it was a couple of months before

25   Ms. Bayless had surgery, right?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 101

1    A    Yes.

2        Q    And so, Ms. Bayless had some opportunity after

3    she met with you, and discussed the process with you,

4    to decide later that she didn't want to go forward with

5    the surgery, right?

6        A    Yes.

7        Q    She had an opportunity to do some research on

8    her own, if she wanted to, right?

9        A    Yes.

10       Q    Okay.  You weren't trying to rush Ms. Bayless

11   into a surgery, were you?

12       A    No.

13       Q    Now, I'm gonna hand you what we've marked as

14   Exhibit 16; a Surgery/Procedure Consent Form.  I'm not

15   sure if this one's from your hospital.  It may -- or

16   from you, or from the hospital -- Exhibit 16.  It's

17   Bates labeled COL PLTF 32 through 33 -- RBAYLESS.

18            Is what we've marked as Exhibit 16 a consent

19   form from your office?

20       A    No.

21       Q    Okay.  Is this from the hospital?

22       A    Yes.

23       Q    Nonetheless, is it the usual and customary

24   practice for a patient who has surgery from you to have

25   an opportunity to review and consent to the procedure,

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 102

1    again, immediately before the surgery occurs?

2         A    Yes.

3         Q    And does that appear to be what happened here?

4         A    Yes.

5         Q    All right.  And again, the consent form

6    advises that the patient has been made aware of the

7    risks of surgery; is that right?

8         A    Yes.

9         Q    All right.  We're gonna mark as Exhibit 17

10   what I understand to be your operative report for

11   Ms. Bayless.  I have Bates number COL-RBAYLESS-ORLANDO

12   Pages 7 through 12.

13              Does Exhibit 17 appear to be your operative

14   report?

15        A    Yes, it does.

16        Q    And this is a document that is created through

17   your dictation?

18        A    Yes.

19        Q    All right.  This indicates that the surgeries

20   to be performed -- first of all, the surgery was to be

21   performed on August 9th of 2013; is that right?

22        A    The surgery was performed on August 9th, 2013.

23        Q    Okay.  And the operations that were performed

24   included the hysterectomy, right?

25        A    Yes.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 103

1    Q    As well as the abdominal sacral colpopexy to

2    correct prolapse, correct?

3    A    Yes.

4    Q    As well as the mid urethral sling, right?

5    A    Yes.

6    Q    And then, cystoscopy to check the bladder and

7    her urinary tract, right?

8    A    Correct.

9    Q    Now, it appears that one of the first things

10   you did when you began the surgery was to examine the

11   physical characteristics once you got into her pelvic

12   space.  You wanted to see what you were dealing with,

13   right?

14   A    Yes.

15   Q    Ms. Bayless had had prior surgeries.  And can

16   prior surgeries lead to adhesions?

17   A    Yes.

18   Q    And what is an adhesion?

19   A    An abnormal connection between two surfaces.

20   Q    And is a patient who has adhesions more

21   difficult than a patient who does not have adhesions?

22   A    Depending on the severity of adhesive disease

23   and where it's located.

24   Q    Okay.  And Ms. Bayless, in fact, did have

25   adhesions, did she not?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 104

1    A    She did.

2    Q    Okay.  Likely from her -- her prior abdominal

3    surgeries, do you think?

4    A    I could not say for sure.

5    Q    Okay.  Just that they were present?

6    A    Yes.

7    Q    She also had evidence of diverticular disease

8    in the Sigmoid colon.  Was that relevant to her

9    surgical course?

10   A    It may have been the reasons why she developed

11   left sidewall adhesions.  Because diverticulosis or

12   diverticular disease is -- can become inflamed --

13   Q    Um-hmm.

14   A    -- and patients can have bouts of that,

15   causing pain, before they realize or are diagnosed with

16   it.

17   Q    Inflammatory diseases in the pelvis can happen

18   from all sorts of reasons; is that right?  I mean --

19   A    I'm not sure what you're asking me.

20   Q    Can sexually transmitted diseases lead to

21   inflammatory responses in the pelvic area?

22   A    It can.

23   Q    Okay.  Can gonorrhea?

24   A    Yes.

25   Q    Can bacterial vaginosis?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 105

1    A    No.

2    Q    Okay.  Now, as I understand, and I'm not gonna

3    go through the whole record -- but as I understand,

4    this surgery was done in -- I'm gonna say in order.

5    I'm gonna go through the order of procedures.

6         You did the hysterectomy first; is that right?

7    A    Yes.

8    Q    And then you did the sacral colpopexy to

9    address her prolapse, second?

10   A    Yes.

11   Q    And then you did the sling?

12   A    Correct.

13   Q    Okay.  With hysterectomy, even if you do not

14   follow hysterectomy with a surgical implant -- I think

15   we've discussed hysterectomy all by itself has some

16   complications, true?

17   A    Yes.

18   Q    One of the complications of hysterectomy can

19   be vaginal shortening; is that right?

20   A    Yes.

21   Q    If you do a hysterectomy, you have to sew, or

22   suture together, the top of the vagina, right?

23   A    Correct.

24   Q    Okay.  And there is a suture line at the top

25   of the vagina after a hysterectomy, right?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 106

1        A     Yes.

2        Q     Is that sometimes called the vaginal cuff?

3        A     Yes.

4        Q     Okay.  You closed the vaginal cuff with a

5    running stitch or a V-Loc suture; is that right?

6        A     Yes.

7        Q     Is that a -- can you describe that process?

8        A     The process of closing the cuff?

9        Q     Yes, ma'am.

10       A     A V-Loc is a special suture that is what we

11   call delayed absorbable.  In particular, it lasts

12   approximately 180 days.  It's a running suture, meaning

13   that it's placed at one end of the vaginal incision,

14   and then it is -- multiple loops are then placed across

15   the vaginal incision until it's closed to the opposite

16   end.

17       Q     Okay.  If you do -- is it your normal practice

18   to do single layer closure of tissue, or a double layer

19   closure of tissue?

20       A     Single layer.

21       Q     Okay.  Are you aware that some people do a

22   double layer closure?

23       A     Yes.

24       Q     Do you know why some people do a double layer

25   closure?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 107

```
 1      A    Their premise is that it may -- well, let me
 2  ask you this: Are you talking about with just a
 3  hysterectomy, or are you talking about with a
 4  concomitant prolapse procedure?
 5      Q    Either way.
 6      A    I would say for most -- most people do a
 7  single layer closure with a traditional hysterectomy.
 8  That's very standard.
 9           COURT REPORTER:  A what kind of hysterectomy?
10      I'm sorry, I didn't understand you.
11           THE WITNESS:  They do a single layer closure
12      of the cuff in a hysterectomy alone.  They may do a
13      double layer if they have some concerns about the
14      strength or the integrity of the first layer.
15  BY MS. SHUB:
16      Q    Okay.  If you do a hysterectomy followed by a
17  concomitant sacral colpopexy procedure, does that
18  change the analysis of whether to do a single layer
19  closure or a double layer closure for you?
20      A    For me, no.
21      Q    Okay.  Does it for some other surgeons of
22  which you're aware?
23      A    I believe that is their -- certain surgeons'
24  preference.
25      Q    Okay.  And do you understand the reason that
```

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 108

1   other surgeons might do a double layer closure?

2       A     The premise, again, is to take the first

3   suture line further away from where you're placing the

4   graft.

5       Q     And is that with the hope of strengthening

6   that suture line?

7       A     No.

8       Q     Okay.   What would you understand to be the

9   purpose of the second layer?

10      A     As I just --

11      Q     I'm not sure I understand, so --

12      A     Okay.

13      Q     -- I apologize.

14      A     So, the first layer -- if you place a second

15  layer, what you're doing is placing the first layer

16  further away from where you had actually attached the

17  graft to the vagina.  Usually, if you have a mesh

18  exposure it usually occurs at the suture line.

19          So the premise or the theory is, if I -- if I

20  place a second layer, then my primary suture line,

21  which is still the one that's going to be in the

22  vagina, and exposed to the stresses of the vagina with

23  intercourse, won't be exposed to a direct application

24  of the mesh.

25      Q     Okay.   If you do a double layer closure, would

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 109

1    the sutures at the apex for the sacral colpopexy also

2    be, I guess, a little farther away from the actual

3    internal apex of the vagina?

4           I think what you're saying is there's a

5    distance reason to do a double closure.

6    A    So -- I'm sorry, what are you asking me?

7    Q    Well, I wanted to ask about the sutures,

8    because you talked about the -- the location of the

9    mesh.  And I guess if you do a double layer closure,

10   the suture is what actually goes deeper into the tissue

11   than the mesh itself, correct?

12   A    No.

13   Q    Okay.  Well, you -- you've got to suture --

14   you sew -- it's a -- it's a surgical sewing?

15   A    You place the sutures, yes.

16   Q    Okay.  And you sew into -- I guess, from the

17   top, you're sewing into tissue, correct?  The mesh

18   itself doesn't get sewn into the tissue?

19   A    Yes, it does.

20   Q    Well -- okay.  Let me back up.

21          It's -- well, it's underneath the mesh, right?

22   So you're sewing it like you might sew a button, but

23   there's a thread?  It's essentially a thread?  A suture

24   would be equivalent to a thread -- surgically?

25   A    Yes.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 110

1    Q    Okay.  You measured the anterior wall; is that
2  your normal practice?

3    A    During the initial examination?

4    Q    It looks like in your surgical report -- if I
5  can refer you to 17, on Page 2.  The one with the Bates
6  label 9 at the bottom.  The second to the last
7  paragraph.

8         Paragraph beginning: Then a tunnel --

9         It says, Then a tunnel in the peritoneal space
10  was then created down to the level of the vaginal cuff.
11  Did I read that correctly?

12    A    Yes.

13    Q    Okay.  And you said, At this point, I measured
14  the anterior wall -- do you see that?

15    A    Yes.

16    Q    Okay.  And I -- I guess -- and you said, and
17  the vaginal length was measured to be approximately
18  four centimeters.  Do you see that?

19    A    Yes.

20    Q    Did I read that correctly?

21    A    Yes.

22    Q    Okay.  And so, you -- I just wanted to
23  confirm, you actually measured the vaginal wall, or you
24  get a sense -- to record the length of the anterior
25  vaginal wall?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 111

1     A     So, just so you understand what that means --

2     Q     **Um-hmm.**

3     A     -- it's the portion of the anterior vaginal

4  wall that was available for graft application.

5     Q     **Okay.  Got it.**

6           **You secured the graft to the anterior vaginal**

7  **wall with Gore-Tex sutures?**

8     A     Yes.

9     Q     **And you used six; is that right?**

10    A     Yes.

11    Q     **And you did the same thing on the posterior**

12  **side?**

13    A     Correct.

14    Q     **Okay.  Do you do any sutures at the apex?**

15    A     No.

16    Q     **Okay.  That's probably why we had the**

17  **disconnect earlier.  I was trying to understand that.**

18          **After that, you then -- it wasn't until after**

19  **the sacral colpopexy was complete that you did the**

20  **sling; is that right?**

21    A     Yes.

22    Q     **And did you feel the surgery was successful?**

23    A     Yes.

24    Q     **You did send the explanted hysterectomy**

25  **material for pathology; is that normal?  Is that your**

Page 112

1    usual and customary practice?

2        A    Any -- anything that's removed from the

3    patient is usually sent to pathology for evaluation.

4        Q    Okay.  And I'm gonna mark as your Exhibit 18,

5    Bates labeled COL PLTF 86 and 87 -- which I understand

6    to be the pathology report; is that --

7        A    (No audible response.)

8        Q    Do you review the pathology report?

9        A    Yes.

10       Q    Okay.  We noticed the pathology report notes

11   that Ms. Bayless had marked acute and chronic

12   cervicitis.  Do you see that?

13       A    Yes.

14       Q    Is that inflammation?

15       A    Yes.

16       Q    And can that kind of inflammation result in

17   pain for a patient -- abdominal pain?

18       A    Possibly.

19       Q    Was a cause of the cervicitis identified?

20       A    No.

21       Q    Okay.  After surgery, Ms. Bayless was given

22   discharge instructions, right?  I assume you gave her

23   some oral instructions, right?

24       A    So we give our patients discharge instructions

25   prior to surgery.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 113

1    Q    Okay.  Let me mark as your Exhibit 19 a series

2    of documents.  They're Bates labeled COL PLTF 49 to 62.

3    These are discharge instructions.

4         Were these from you or from the hospital?

5    A    This is from the hospital.

6    Q    Okay.  Have you read them before?

7    A    I have.

8    Q    Okay.  You rely upon the hospital to, also,

9    give them these discharge instructions that are

10   reflected in Exhibit 19?

11   A    They're reinforced.

12   Q    So these are repetitive of the type of

13   restrictions that you would provide your patient,

14   correct?

15   A    Yeah.  It may not be in the same detail, but

16   yes.

17   Q    Okay.  On Page -- it's got a Bates label at

18   the bottom of 51.  I just want to refer you -- up at

19   the top it says, Additional Care Instructions: Diet as

20   tolerated, pelvic rest until seen by Dr. Jones.

21   A    Yes.

22   Q    You wanted Ms. Bayless to refrain from sexual

23   intercourse until you had a chance to examine her?

24   A    Yes.

25   Q    Okay.  And did you convey that to Ms. Jones?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 114

1      A     To Ms. Bayless.

2      Q     I mean -- sorry.

3      A     Yes.

4      Q     Dr. Jones, did you convey that to Ms. Bayless?

5      A     Yes.

6      Q     Now, typically, how quickly after surgery

7   would you like to see a patient?

8      A     Within ten days.

9      Q     Okay.  Ms. Bayless did not return to you in

10  ten days, did she?

11     A     I don't think so.

12     Q     Okay.  I'll represent to you that we have one

13  more surgical visit with Ms. Bayless, dated September

14  24th, 2013.  And I'll mark for you as Exhibit 20 the

15  records we have from that visit.  Bates labeled

16  COL-RBAYLESS-ORLANDO 13 through 15.

17        Does Exhibit 20 appear to be records from your

18  office?

19     A     Yes.

20     Q     Okay.  Now, here the patient appeared to be

21  doing well, except for some occasional discomfort in

22  the pelvic area, and mood swings.  Is that what --

23     A     Yes.

24     Q     -- you understand?

25        All right.  And she was six weeks, three days

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 115

1  post-operative, right?

2      A    Yes.

3      Q    And this would have been the first time she

4  came back to your office, right?

5      A    Yes.

6      Q    Okay.  Katherine Puig's name is on here?

7      A    Yes.

8      Q    And she's the nurse practitioner that has

9  worked with you for nine years?

10     A    Yes.

11     Q    And who you rely on and who you trust?

12     A    Yes.

13     Q    On the second page of that post-operative

14  visit, there is a section on review of symptoms?

15     A    Yes.

16     Q    And there's a fairly long paragraph there; do

17  you see that?

18     A    Yes.

19     Q    I'm not gonna read them all, but some of the

20  items in this paragraph are in bold.  Does the bold

21  indicate to you that was, in fact, a complaint made by

22  Ms. Bayless at this --

23     A    Yes.

24     Q    Okay.  I'm gonna go about halfway -- I won't

25  spend our time going through all of it.  But she -- one

Page 116

1    of the things Ms. Bayless reported to your office was

2    dry vaginal mucosa.  Do you see that?

3        A    Is it bolded?

4        Q    Yeah.  Hold on.

5        A    Oh.  I see vaginal odor and discharge up here.

6        Q    Okay, yeah.  She had discharge and vaginal

7    odor, right?

8        A    Um-hmm.

9        Q    Here it is (indicating).

10       A    Okay, um-hmm.

11       Q    Dry vaginal mucosa; is that right?

12       A    Yes.

13       Q    And then she -- the next line down, she

14   reports decreased libido and orgasmic dysfunction.  Do

15   you see that?

16       A    Um-hmm.

17       Q    Is that a yes?

18       A    Yes.

19       Q    Orgasmic dysfunction indicates problems with

20   orgasm; is that right?

21       A    Yes.

22       Q    Orgasm dysfunction would typically be

23   discovered through having a sexual encounter, correct?

24       A    Yes.

25       Q    Okay.  If somebody was having an orgasmic

United Reporting, Inc.
954.525.2221

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 117

1    dysfunction before they saw you, that would be

2    noncompliant with the instruction to engage in pelvic

3    rest after surgery until they came to your office; is

4    that right?

5        A    Yes.

6        Q    Okay.  Now, one of the things that was

7    discovered -- if we can go to the next page with the

8    Bates label 15.  There's an examination at the top

9    regarding female genitalia.  Do you see that section?

10       A    Yes.

11       Q    There's some information described, but in

12   bold again is: minimal separation with foreign body

13   visualized central apical incision.  Do you see that?

14       A    Yes.

15       Q    Does that indicate to you that Ms. Bayless has

16   an exposure along the suture line?

17       A    It means that there was a separation, and that

18   she could see behind the incision line what would

19   appear to be either a suture or -- something.

20       Q    There was something that she could see along

21   that suture line?

22       A    Behind the suture line.

23       Q    Okay.  If a patient engages in sexual activity

24   before they're fully healed, can that increase the risk

25   of an exposure along the suture line?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 118

1      A    Yes.

2      Q    If that occurs, does that indicate that

3   there's any defect or problem with the surgical mesh

4   implant?

5      A    No.

6      Q    And in fact, mesh exposure was something you

7   specifically warned Ms. Jones -- Ms. Bayless about?

8      A    Yes.

9      Q    I'm sorry, Dr. Jones.  I've got both your

10  names in my head.

11          Now, the separation along the suture line, the

12  decision was to treat that conservatively; is that

13  right?

14     A    Yes.

15     Q    Okay.  You didn't rush her back into surgery,

16  did you?

17     A    No.

18     Q    Okay.  Because an exposure at that location

19  can heal, sometimes, with conservative management?

20     A    Yes.

21     Q    I assume that you would have wanted to

22  evaluate Ms. Bayless over time to see how she

23  responded, right?

24     A    Yes, that's standard and customary.

25     Q    Okay.  And, in fact, you tried to reach out to

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 119

1    Ms. Bayless to have her come back in so you could

2    evaluate her, right?

3         A    Yes.

4         Q    Did Ms. Bayless ever return?

5         A    No.

6         Q    Okay.  And I think that's what we marked as

7    your deposition Exhibit No. 4 -- was a letter that you

8    actually sent to her, encouraging her to reach back out

9    to you; is that right?

10        A    Yes.

11        Q    Did any other doctor of Ms. Bayless' ever

12   reach back out to you to discuss her care after her

13   last visit to your office in September of 2013?

14        A    No.

15        Q    If Ms. Bayless did not heal at the vaginal

16   cuff over time, does that indicate that there's any

17   defect or problem with her surgical implants?

18        A    No.

19        Q    The fact that Ms. Bayless is complaining of

20   dyspareunia, does that indicate any defect or problem

21   with her surgical implants?

22        A    As I stated before, dyspareunia --

23             MR. HABERMAN:  Objection.

24             THE WITNESS:  -- is not specific to a mesh.

25   BY MS. SHUB:

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 120

1    Q    Okay.  So does that indicate that either --

2    does the fact that Ms. Bayless is complaining of

3    dyspareunia indicate that there's a defect with her

4    surgical implants?

5    A    No.

6         MR. HABERMAN:  Objection.

7    BY MS. SHUB:

8    Q    If Ms. Bayless had an exposure at the vaginal

9    apex, along the suture line, would you have recommended

10   continued pelvic rest?

11   A    Yes.

12   Q    So, would you have recommended that she

13   continue to refrain from sexual intercourse until that

14   exposure was completely healed?

15   A    Yes.

16   Q    If Ms. Bayless did not refrain from sexual

17   intercourse while the exposure was occurring, is it

18   likely that it is going to be more difficult for that

19   exposure to heal?

20   A    Yes.

21   Q    And is that especially true if she's a smoker?

22   A    Yes.

23   Q    And can that be, also, true if she continues

24   to smoke crack cocaine?

25   A    I do not know.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 121

1      **Q      Okay.**

2            MR. SCOGGAN:  Counsel, just briefly, I know

3      the Plaintiff's counsel questioned Dr. Jones for a

4      little over an hour.  I think you've been going for

5      a little over an hour of on-the-record time.

6            I understand Dr. Jones has a hard conflict at

7      12:30, so obviously, we'd like to -- Boston

8      Scientific would like an opportunity to ask

9      Dr. Jones a few questions as well.

10            I just wanted to note that for the record.

11      Thanks.

12            MS. SHUB:  Yes.  Thank you.  I'll just be real

13      brief.

14            MR. SCOGGAN:  Thank you.

15      BY MS. SHUB:

16      **Q      Have you reviewed Colo -- the instructions for**

17      **use that the company -- the Coloplast Restorelle Y Mesh**

18      **implant?**

19      A      Yes.

20      **Q      Do you recall the last time you did that**

21      **before you operated on Ms. Bayless?**

22      A      The last time I reviewed the IFU?

23      **Q      Yes, ma'am.**

24      A      That would probably be at least a year and a

25      half ago.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 122

1      Q    Okay.  Do you believe that you needed any

2  information in the Coloplast Restorelle Y instructions

3  for use that you didn't already have?  In other

4  words -- let me -- strike that.  That was a bad

5  question.

6           You've already testified that you're aware of

7  the risks of exposure?

8      A    Yes.

9      Q    You're aware of the risk of the need for

10  repeat surgery, right?

11     A    Yes.

12     Q    You're aware of the risk of dyspareunia,

13  right?

14     A    Yes.

15     Q    You didn't need Coloplast's instruction or

16  warning to tell you that, did you?

17     A    No.

18     Q    Okay.  You were also aware of the FDA notices

19  regarding surgeries with pelvic mesh in 2008 and 2011?

20     A    Yes.

21     Q    Okay.  You didn't need Coloplast to repeat

22  those things to you, did you?

23     A    No.

24     Q    Finally, did you -- the brochures that you

25  brought with you as Exhibit 2, did -- were those

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 123

1    **provided to Ms. Bayless?**

2        A    I'm not sure if that specific brochure was

3    provided, but I had my own specific laminated documents

4    from the FDA warning that I did review with the

5    patient.

6        **Q    Okay.  So you had an additional warning -- in**

7    **fact, a laminated paper that you would go through with**

8    **each of your patients for whom you recommended pelvic**

9    **surgery?**

10       A    Specifically if they were gonna need some type

11   of synthetic mesh, yes.

12       **Q    Okay.  And you did that with Ms. Bayless?**

13       A    Yes.

14            MS. SHUB:  I'll pass the witness.

15                     CROSS EXAMINATION

16   BY MR. SCOGGAN:

17       **Q    Dr. Jones, do you need to take a break or --**

18       A    No.  I'm good.

19       **Q    Okay.  My name is Steven Scoggan.  I'm an**

20   **attorney from North Carolina, and I represent Boston**

21   **Scientific Corporation.  I'll -- I've got a few**

22   **questions for you, okay?**

23       A    Yes.

24       **Q    I would like to start -- now, you're -- you're**

25   **a urogynecologist, correct?**

United Reporting, Inc.
954.525.2221

4aaf992d-6292-46e6-a1cb-55dd6a416872

```
                                                    Page 124
 1      A    Yes.
 2      Q    And you've practiced in that specialty, or in
 3   an OB/GYN practice, basically since residency --
 4   continuously?
 5      A    Yes.
 6      Q    And so, have you treated stress urinary
 7   incontinence that enter time?
 8      A    Yes.
 9      Q    And in your experience, does stress urinary
10   incontinence typically cause a negative impact on a
11   woman's quality of life?
12      A    It does.
13      Q    Can you tell -- give me some examples of how
14   that's the case?
15      A    Embarrassment, having to take frequent trips
16   to the bathroom, cost of incontinence pads, fear of
17   urine odor.  Those are usually the most common things
18   that patients will complain.
19      Q    Does stress urinary incontinence typically
20   improve without any sort of treatment?
21      A    No.
22      Q    Does it usually get worse over time?
23      A    It can.
24      Q    And what are the treatments that you use,
25   currently, for stress urinary incontinence?
```

Page 125

1      A     For primary stress urinary incontinence with

2    no -- well, even with those patients who have

3    overactive bladder components, the gold standard is

4    considered a mid urethral sling.  There are some other

5    modalities that are available, which include bulking

6    agents, as well as pessaries, and also physical

7    therapy.

8             So I went from the most invasive to the least

9    invasive in that description.

10     **Q     Okay.  And you mentioned that mid urethral**

11   **slings are the gold standard treatment; is that --**

12     A     Yes.

13     **Q     -- is that right?**

14     A     Yes.

15     **Q     And did you believe that in August of 2013?**

16     A     Yes.

17     **Q     And do you consider mid urethral polypropylene**

18   **mesh slings to be a safe and effective treatment option**

19   **for stress urinary incontinence?**

20     A     Yes.

21     **Q     And do you know what -- what types of slings**

22   **you currently use to treat stress urinary incontinence?**

23     A     I have used, in my career, the first

24   generation retropubic.  I have used transobturator

25   slings.  And I've also used what they call mini-slings,

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 126

1    which is now the third generation.  Specifically, now,

2    what I use more often is a retropubic sling.

3        **Q    And -- now, in August of 2013, did you feel**

4    **that Boston Scientific's Advantage Fit sling was an**

5    **appropriate treatment option for Ms. Bayless?**

6        A    Yes.

7        **Q    And I think earlier you mentioned that you've**

8    **implanted around 500 slings; was that accurate?**

9        A    Yes.

10       **Q    And do you track your complication rate?**

11       A    I do.

12       **Q    Do you know what your complication rate is for**

13   **polypropylene mesh slings?**

14       A    With respect to voiding dysfunction, or mesh

15   exposure, or pain?

16       **Q    All of the above.**

17       A    All of those?  I have had to -- I would say I

18   have had a complication rate with my slings that runs

19   anywhere from 3 to 5 percent.  That would incorporate

20   all complications, including mesh exposures, voiding

21   dysfunction, pain.

22       **Q    Do you know how many Advantage Fit slings**

23   **you've implanted out of those 500?**

24       A    No, I do not.

25       **Q    And there are risks in transvaginal placement**

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 127

1    of a polypropylene mesh sling, correct?

2         A    Yes, there are.

3         Q    And you educate -- as a surgeon who implants

4    those -- those slings, how do you educate yourself

5    about those risks?

6         A    How -- how have I educated myself?

7         Q    Yes, ma'am.

8         A    Well, in the past, I actually was a -- what's

9    the word they used?  I used to teach surgeons how to

10   actually put the slings in, so -- but I also attend my

11   society meetings where we discuss different

12   technologies and how things have changed over years as

13   far as complication rates with the products that we use

14   most commonly.

15        Q    And so, that -- that would include, like,

16   continuing medical education?

17        A    Yes.

18        Q    Discussion with your -- your other practicing

19   urogynecologists and OB/GYNs?

20        A    Yes.

21        Q    And certainly, your -- your past experience

22   and your residency training would be another source,

23   correct?

24        A    Yes.

25        Q    Now, earlier you were talking about the unique

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 128

1  possible complications of mesh.  And you mentioned

2  erosure (sic) -- exposure or erosion of mesh, right?

3       A    Yes.

4       Q    And you testified that that's the only

5  complication that's unique to mesh, correct?

6       A    Correct, yes.

7       Q    And is that for both slings and pelvic organ

8  prolapse repair kits?

9       A    Yes.

10      Q    And some of the other possible complications

11  of female pelvic reconstructive surgery would be pain,

12  infection, failure of the procedure, reoccurring

13  incontinence, urinary retention, and bleeding, correct?

14      A    Yes.

15      Q    And were you aware of all of those risks in

16  August of 2013?

17      A    Yes.

18      Q    Were you aware in August of 2013 that pain

19  with intercourse could be a possible complication of

20  the surgery of the type that Ms. Bayless had?

21      A    Yes.

22      Q    And as part of your informed consent

23  discussions with Ms. Bayless, you would have talked

24  with her about those risks before she agreed to have

25  the procedure, correct?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 129

1      A    Yes.

2      Q    And we've talked a lot about that process

3   already, so I'm not gonna delve into it again.

4           Doctor, can you take a look at, I think,

5   Exhibit 2, which are the records that you brought from

6   your office for me.

7      A    This is --

8           MS. SHUB:  It's 1.

9           THE WITNESS:  -- Exhibit 1.

10          MR. SCOGGAN:  It's 1?  Okay.  Exhibit 1.

11   Thank you.

12   MR. SCOGGAN:

13     Q    I think there's a March 21st, 2013 visit.

14   That's the visit I'd like to ask a couple of questions

15   about.  That's also Exhibit 10, if you -- if you want

16   to --

17     A    Let's see.  It may be easier to go back that

18   way.

19     Q    Yeah.  If you can find Exhibit 10.

20     A    Yes.

21     Q    Do you have it in front of you?

22     A    Yes, I do.

23     Q    All right.  So, if you'll look with me at

24   about the middle of that page; it says AP -- the

25   section -- the AP section.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 130

1      A    Yes.

2      Q    It notes that Ms. Bayless had mixed urinary

3  incontinence, and she was most bothered by SUI

4  component.  Which I assume means stress urinary

5  incontinence, correct?

6      A    It does.

7      Q    And so, does that indicate that Ms. Bayless

8  expressed that the stress urinary incontinence was the

9  most frustrating or troublesome aspect of her

10  incontinence symptoms --

11      A    Yes.

12      Q    -- before the -- before the surgery?

13      A    Yes.

14      Q    And she wanted treatment for that condition,

15  correct?

16      A    Yes.

17      Q    And here, at the bottom of this note it says,

18  SUI component, options for treatment; gold standard,

19  mid urethral sling using mesh, correct?

20      A    Yes.

21      Q    And that's consistent with your testimony

22  earlier that mid urethral polypropylene mesh slings are

23  and were the gold standard treatment for stress urinary

24  incontinence, correct?

25      A    Yes.

4aaf992d-6292-46e6-a1cb-55dd6a416872

```
                                                 Page 131
 1      Q     Now, you also mentioned bulking agents as

 2   another possible treatment, and physical therapy?

 3      A     Yes.

 4      Q     And would you have discussed those treatment

 5   options with Ms. Bayless before she had the surgery?

 6      A     Yes.

 7      Q     Do you have Exhibit 11 in front you, Doctor?

 8   I'll ask you a couple questions about that visit.

 9           So Exhibit 11, again, is a record --

10           (Interruption.)

11           COURT REPORTER:  Can you hear us?

12           MS. SHUB:  Mr. Haberman, are you there?

13           MR. SCOGGAN:  Let's -- let's go off for a

14      moment.

15           VIDEOGRAPHER:  Off the record.  The time is

16      12:05 p.m.

17           (Discussion off the record.)

18           VIDEOGRAPHER:  Back on the record.  12:05.

19           MS. SHUB:  Mr. Haberman, are you still there?

20           He's there.

21           MR. SCOGGAN:  Okay.  Great.

22   BY MR. SCOGGAN:

23      Q     All right, Doctor, I was gonna ask you a

24   couple of questions about the -- the final pre-surgical

25   visit that you had with Ms. Bayless, which was on May
```

Page 132

1    28th, 2013.

2          I think earlier you mentioned that you were

3    aware of an FDA warning that came out in 2011 about

4    polypropylene mesh, correct?

5    A    Yes.

6    Q    Would you have discussed that warning,

7    specifically, with Ms. Bayless at this visit?

8    A    Yes.

9    Q    And if you will look at the third page of that

10   exhibit for me, Doctor.  Near the bottom, surgical

11   treatment for stress urinary incontinence is noted.

12   And it also reflects that you discussed some of the

13   other treatment options for stress urinary incontinence

14   at this visit, including bulking agents and

15   radiofrequency treatments; is that correct?

16   A    Yes.

17   Q    And after explaining those two alternative

18   treatments, and then physical therapy, which was

19   another treatment option you mentioned earlier, and the

20   sling procedure, and outlining the risks and benefits

21   of all those treatment options, Ms. Bayless asked you

22   to perform the surgical procedure where that Advantage

23   Fit sling would be implanted, correct?

24   A    Yes.

25   Q    And you told her that both of the mesh

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 133

1    devices, including the Advantage Fit sling would be

2    permanently implanted, correct?

3        A    Yes.

4        Q    Would you have explained your history using

5    mid urethral slings to her at that visit?

6        A    Yes.

7        Q    Would you have given her an opportunity to ask

8    questions about that product, the sling, or your

9    surgical history, or the surgery that she was going to

10   undergo at that visit?

11       A    Yes, I actually demonstrate.  I actually have

12   a sample of each of those products, which I actually

13   show and demonstrate to the patient during the

14   counseling session.

15       Q    And that would be both the Advantage Fit sling

16   and the Coloplast Y Mesh?

17       A    Yes.

18       Q    And so, you would have brought those out and

19   shown them to Ms. Bayless?

20       A    Yes.

21       Q    And do -- did you feel like Ms. Bayless

22   understood the risks of the procedure by the end of

23   this visit?

24       A    Yes.

25       Q    Do you --

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 134

1              MR. HABERMAN:  Objection; speculation.

2              COURT REPORTER:  I'm sorry, I didn't hear you.

3       Say that again.

4              MR. HABERMAN:  Speculation.

5              COURT REPORTER:  Thank you.

6              MR. HABERMAN:  Speculation.

7              COURT REPORTER:  Thank you.

8    BY MR. SCOGGAN:

9       Q    Did you feel like Ms. Bayless understood the

10   possible complications of the surgery, the sling, and

11   the -- the Coloplast product by the end of this visit?

12      A    Yes.

13      Q    Would you have scheduled the surgery if you

14   felt like she did not?

15      A    No.

16             MR. HABERMAN:  Objection.

17   BY MR. SCOGGAN:

18      Q    Doctor, do you have Exhibit 13 in front of

19   you?  It's the informed consent for the pelvic repair

20   surgery, generally.  It's a two-page consent form.

21             There are some stars that appear to have been

22   written by the -- by some of the bullet points in No. 5

23   there, that outlined the risks.  Who made those

24   notations?

25      A    I did.

4aaf992d-6292-46e6-a1cb-55dd6a416872

```
                                              Page 135
1      Q    And does that reflect that you actually walked
2   through this form, line by line, with Ms. Bayless --
3      A    Yes.
4      Q    -- before you let her sign it?
5      A    Yes.
6      Q    Will you look at item No. 7, which is on the
7   second page of that form for me, Doctor.
8           So item No. 7 lists out, in concrete form,
9   some of the alternatives to having the surgery and
10  receiving the two mesh products, correct?
11     A    Yes.
12     Q    And the first alternative is to do nothing,
13  and accept the consequences of the patient's condition,
14  correct?
15     A    Yes.
16     Q    And with respect to stress urinary
17  incontinence, you testified earlier that that is a
18  condition that generally does not got better without
19  treatment, correct?
20     A    Yes.
21     Q    The second option mentioned is pessaries,
22  right?
23     A    Yes.
24     Q    And we talked about those already, so I won't
25  go into -- won't make you go through that again.  And
```

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 136

1   then, the last is -- is exercise.  Kegel exercises and

2   vaginal weights, correct?

3        A    Yes.

4        Q    And those also would have been

5   alternative -- alternative treatment options that you

6   talked about with Ms. Bayless, correct?

7        A    Yes.

8        Q    And, now, down at the very bottom, it

9   identifies the Coloplast Restorelle Y Mesh and the

10  Boston Scientific Advantage Fit sling as the specific

11  products that would be implanted in Ms. Bayless,

12  correct?

13       A    Yes.

14       Q    Doctor, I've handed you a document that's

15  marked as Exhibit 21.  And that is a -- one of the

16  consent forms that Ms. Bayless signed, correct?

17       A    Yes.

18       Q    And it is entitled Uro (sic) -- Urethrovesical

19  Suspension, and then has "sling" written in

20  parentheses --

21       A    Yes.

22       Q    -- next to it, correct?

23       A    Yes.

24       Q    And so, this would have been a consent form

25  that was specific to the sling aspect of the surgical

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 137

1    procedure that you were -- that you did perform on

2    Ms. Bayless, correct?

3         A    Correct.

4         Q    Okay.  And the middle of the first paragraph

5    says, It is possible that this operation will not help

6    you control -- to control your urine.  It is even

7    possible that you will be worse after the operation

8    than you are right now.

9              Did I read that correctly?

10        A    Yes.

11        Q    And then, there are some possible

12   complications listed on this form as well, correct?

13        A    Yes.

14        Q    And among others, they are bleeding,

15   infection, damage to the urinary system, repeated

16   urinary infections, correct?

17        A    Yes.

18        Q    And it looks like you drew a little -- there's

19   a -- there's some drawing down near the bottom,

20   correct?

21        A    Yes.

22        Q    Did you make that?

23        A    Yes.

24        Q    And so, there, were you drawing roughly where

25   the incisions would be for the surgery?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 138

1    A    Yes.

2    Q    And so, you walked through, in detail, how the

3    sling surgery would be performed with Ms. Bayless,

4    correct?

5    A    Yes.

6    Q    And is that your signature at the bottom?

7    A    It is.

8    Q    And then, Ms. Bayless' signature as well?

9    A    Yes.

10   Q    Doctor, earlier Ms. Bayless' attorney was

11   asking you some questions about -- that implied that

12   the polypropylene material may have been advised not to

13   be implanted in the human body.  Do you remember those

14   questions?

15   A    I remember the reference.

16   Q    Now, you understand that -- that pelvic floor

17   devices, such as the Coloplast product and the Boston

18   Scientific sling, are regulated by the FDA, correct?

19   A    Yes.

20   Q    And you understand that a medical device

21   manufacturer has to make certain showings to the FDA

22   before it can sell those devices for use?

23   A    Yes.

24   Q    And as a surgeon, you rely on the FDA to do

25   its job in that regard, correct?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 139

1    A    Yes.

2    Q    And --

3         MR. HABERMAN:  Objection.

4    MR. SCOGGAN:

5    Q    -- do you know what a material safety data

6    sheet is?

7    A    Not specifically, no.

8    Q    Have you ever read a material safety data

9    sheet to check on the composition of raw materials in

10   medical devices that you use?

11   A    No.

12   Q    Do you rely on the FDA, or other governmental

13   authorities, to ensure that proper materials are being

14   used in medical devices?

15   A    Yes.

16   Q    Do you have -- have you ever asked a medical

17   device manufacturer to provide you with a material

18   safety data sheet for the materials used in a device?

19   A    No, I have not.

20   Q    Do you have any personal knowledge about why a

21   supplier of raw materials might include statements or

22   restrictions on the use of its materials?

23   A    For a --

24   Q    For a medical device.

25   A    Only if they thought that it was going to be

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 140

1    unsafe.

2        Q    Now, if the FDA inquired with Boston

3    Scientific about any sort of cautionary statement in a

4    material safety data sheet, and Boston Scientific

5    provided information that satisfied the FDA that the

6    product was safe and effective, would that satisfy any

7    concerns you had about that statement?

8        A    Yes.

9             MR. HABERMAN:  Objection.

10   BY MR. SCOGGAN:

11       Q    And -- okay.  Would you like to know if the

12   manufacturer that made the cautionary statement had any

13   scientific basis for making it?

14       A    Yes.

15       Q    And if that manufacturer had no scientific

16   basis for making that statement, would you put any

17   stock in it in deciding whether to use the medical

18   device in which that polypropylene was used?

19       A    So if I understand you correctly --

20            MR. HABERMAN:  Objection.

21            THE WITNESS:  -- if there was no scientific

22       data to prove that the use of those raw materials

23       was unsafe, would I be comfortable with use of that

24       product?

25   BY MR. SCOGGAN:

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 141

1      Q     Correct.

2      A     Yes.

3      Q     Before today's deposition, did any attorney --

4  any attorney representing Ms. Bayless contact you, at

5  all, other than to schedule the deposition?

6      A     No.

7      Q     Have you discussed Ms. Bayless' lawsuit  with

8  -- with Ms. Bayless or anyone from her family?

9      A     No.

10     Q     Have you spoken to or communicated with anyone

11 who you understand is a consultant, or an expert

12 witness, for Ms. Bayless or her attorneys?

13     A     No.

14     Q     Have you ever served as an expert witness or

15 consultant for, generally, vaginal mesh litigation?

16     A     I have.

17     Q     Tell me more about that.

18     A     I was asked to review some cases to see if

19 there was an issue with the product, or product design,

20 as opposed to a surgical inconsistency, or surgeon

21 technique, in reference to how a complication occurred.

22     Q     When was that?

23     A     That was approximately -- I would say two and

24 a half, three years ago.

25     Q     Was it -- who hired you?

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 142

```
 1      A    Who hired me?

 2      Q    Yes, ma'am.

 3           MS. SHUB:  If you can say.

 4  BY MR. SCOGGAN:

 5      Q    If you can say.

 6           MS. SHUB:  I don't -- I don't know if you can

 7      say if you weren't disclosed.

 8           MR. SCOGGAN:  Yeah.  Well --

 9           THE WITNESS:  I would probably not want to say

10      that.

11  BY MR. SCOGGAN:

12      Q    Let me -- did you testify in court or in a

13  deposition --

14           MR. HABERMAN:  That (unintelligible) -- that's

15      not -- that's not accurate.

16           COURT REPORTER:  Hold on.

17           MR. HABERMAN:  She can -- no, no, no, that's

18      not accurate.  That's improper.  She can say who

19      hired her.  Who -- who gave her a case to consult.

20           MS. SHUB:  If she was --

21           COURT REPORTER:  Hang on --

22           MR. SCOGGAN:  Counsel, let me -- let me ask it

23      this way.  It's my opportunity to ask questions

24      right now, so --

25  BY MR. SCOGGAN:
```

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 143

1      Q     Doctor, did you ever testify in a deposition

2  or in a courtroom in connection with that work?

3      A     No.

4      Q     Okay.  I don't have any further questions.

5                     REDIRECT EXAMINATION

6  BY MR. HABERMAN:

7      Q     Doctor, I have a couple follow-ups.  Was it --

8  when you reviewed that case, did you review it on

9  behalf of a medical device manufacturer?

10     A     No.

11     Q     Was it on behalf of a plaintiff?

12     A     Yes.

13     Q     Were you able to give an opinion in that

14  matter?

15     A     I -- there were five cases that I reviewed, so

16  I gave an opinion on all of those.

17     Q     And in all of those cases did you say that the

18  mesh, more likely than not, caused the pain that the

19  plaintiff had?

20          MS. SHUB:  Objection; form.

21          THE WITNESS:  Each case was -- was different.

22      The complication for each case was different.  The

23      question was whether the complication was a result

24      of a design flaw with the -- the mesh that was

25      used, as opposed to some other contributing factor.

United Reporting, Inc.
954.525.2221

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 144

1    BY MR. HABERMAN:

2        **Q     And were you able to give opinions in all five**

3    **cases?**

4        A    I was.

5        **Q     Were you able to say, in all five cases, that**

6    **the pain that -- or any of the adverse events that the**

7    **plaintiff was claiming, was a result of, or was caused**

8    **by, or substantially -- that the -- that the cause**

9    **was -- or the substantial contributing cause was the**

10   **mesh?**

11               MR. SCOGGAN:  Objection.

12               MS. SHUB:  Objection; form.

13               THE WITNESS:  Of the five cases -- one, I

14          concluded that there was a possibility of the

15          design flaw.

16   BY MR. HABERMAN:

17        **Q     And in that one case, was there an erosion or**

18   **exposure of the mesh?**

19        A    No.

20        **Q     Okay.  Thank you.**

21                    RECROSS EXAMINATION

22   BY MS. SHUB:

23        **Q     Dr. Jones, I have just a few questions.**

24        A    Um-hmm.

25        **Q     Counsel took -- we took you through a lot of**

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 145

1    **consents today.  I didn't ask you about your signature.**

2    **If your -- if your name is handwritten on those consent**

3    **forms, is that your signature?**

4        A     May I review those?

5        **Q     Yes, absolutely.**

6        A     In reference to the consent that says

7    Urethrovesical Suspension, this is my signature.

8        **Q     Um-hmm.**

9        A     This particular consent form does not require

10   the surgeon's signature, so it does not have my

11   signature, but this is my handwriting.

12       **Q     Okay.**

13       A     The hysterectomy does have a physician line,

14   which is my signature.  And this is also my

15   handwriting.

16       **Q     That's Exhibit 12?**

17       A     Yes.

18       **Q     Okay.**

19       A     There is one other component of this.  The

20   cystocele and the -- the graft.

21       **Q     It may be in that next stack.**

22       A     So, for the anterior cystocele repair, this is

23   my signature.  For the consent graft, yes, this is my

24   circle, my star, and my signature.

25       **Q     Great.**

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 146

1            Real quickly, Restorelle Y surgical mesh has

2      not been recalled, has it?

3         A    Not to my knowledge.

4         Q    Okay.  In fact, do you believe that Restorelle

5      Y surgical implants are safe and effective treatment

6      for prolapse repair in an appropriate patient?

7         A    Yes.

8         Q    In fact, would you still --

9              MR. HABERMAN:  Objection.

10     BY MS. SHUB:

11        Q    Would you still use --

12             MR. HABERMAN:  Out of scope.

13     BY MS. SHUB:

14        Q    -- Restorelle Y in an appropriate patient

15     today?

16        A    Yes.

17        Q    Do -- are you still -- when is the last time

18     you implanted a Restorelle Y?

19        A    Probably six months ago.

20        Q    Okay.  And as -- do you have any -- if -- if a

21     patient came in today, who needed one, and needed an

22     augmented repair, might you still use the Restorelle Y?

23        A    Yes.

24        Q    And we're sitting here -- what day is today?

25             MR. SCOGGAN:  September 12th.

United Reporting, Inc.
954.525.2221

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 147

1    BY MS. SHUB:

2         **Q       September 12th in 2018.  This is roughly five**

3    **years after the surgery on Ms. Bayless in 2013?**

4         A    Yes.

5         **Q       In patients where you have used Restorelle Y,**

6    **has it helped your patients?**

7         A    Yes.

8         **Q       Okay.  Has it helped -- strike that.**

9              MS. SHUB:  Pass the witness.

10             MR. SCOGGAN:  No questions.  No questions.

11             MR. HABERMAN:  No questions.

12             MR. SCOGGAN:  So I think we're done.

13             MR. HABERMAN:  Okay.  Yeah, we're done.

14             MS. SHUB:  Oh, one question.  Are you going to

15        want to read and sign?

16             THE WITNESS:  Yes.

17             MS. SHUB:  Okay.  And the only other thing I

18        would ask is, you mentioned you had some additional

19        records that pertained to Ms. Bayless that may be

20        on another system; when -- if --

21             THE WITNESS:  You actually have these.

22             MS. SHUB:  Okay.

23             THE WITNESS:  That's -- where it specifically

24        says Orlando Urogynecology --

25             MS. SHUB:  Okay.

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 148

1          THE WITNESS:  -- this is the system that I was

2     referring to.

3          MS. SHUB:  Okay.  Okay.  I was just gonna say,

4     if you knew if there were any, if at the time you

5     returned your deposition, if you could include any

6     additional records you're aware of.

7          THE WITNESS:  No, I just didn't bring that

8     with my -- my set.

9          MS. SHUB:  Okay.  So you think we've got

10    everything?

11         THE WITNESS:  Yes.

12         MS. SHUB:  All right.

13         VIDEOGRAPHER:  This concludes today's

14    deposition.  The time is 12:25 p.m.  Off the

15    record.

16         (Exhibit Nos. 4 through 21 were

17          marked for Identification.)

18         (This deposition was concluded at

19          12:25 p.m., and the witness reserved

20          her right to read and sign her deposition

21          transcript.)

22                    - - - - -

23

24

25

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 149

1                      CERTIFICATE OF OATH

2

   STATE OF FLORIDA:
3  COUNTY OF ORANGE:

4      I, the undersigned authority, certify that KATHY Y.
   JONES, M.D. personally appeared before me and was duly
5  sworn on September 12, 2018.

6      WITNESS my hand and official seal this 18th day of
   September, 2018.
7

8

9

                         /s/ Patricia Eldridge
10                       ------------------------------
                         Patricia Eldridge
11                       Notary Public-State of Florida
                         My Commission No.:  FF 924241
12                       Expires:  October 18, 2019

13

14

15

16

17

18

19

20

21

22

23

24

25

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 150

1                     CERTIFICATE OF REPORTER

2

    STATE OF FLORIDA:
3   COUNTY OF ORANGE:

4       I, PATRICIA ELDRIDGE, being a Court Reporter and
    Notary Public, certify that I was authorized to and did
5   stenographically report the deposition of KATHY Y.
    JONES, M.D.; that a review of the transcript was
6   requested; and that the transcript is a true and
    complete record of my stenographic notes.

7

        I further certify that I am not a relative,
8   employee, attorney, or counsel of any of the parties,
    nor am I a relative or employee of any of the parties'
9   attorneys or counsel connected with the action, nor am
    I financially interested in the action.

10

        DATED this 18th day of September, 2018.

11

12

13

14                          /s/ Patricia Eldridge
                            ------------------------------
15                          Patricia Eldridge
                            Notary Public-State of Florida
16                          My Commission No.:  FF 924241
                            Expires:  October 18, 2019

17

18

19

20

21

22

23

24

25

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 151

1                    SUBSCRIPTION OF DEPONENT

2           Raeann Bayless vs. Boston Scientific Corp.

3            Date of Deposition:  September 12, 2018

4              I, KATHY Y. JONES, M.D., do hereby certify
   that I have, this day, exercised my express right to
5   read and sign this true and correct record of the
   proceedings, had at the time and place herein
6   designated, with the following corrections:

7   Page  Line                      Correction

8

9

10

11

12

13

14

15

16

17

18

19

20

21             Under the penalties of perjury, I declare that
   I have read my deposition and that it is true and
22   correct subject to any changes in form or substance
   entered here.

23

24   _____        _____

25   KATHY Y. JONES, M.D.             DATE

4aaf992d-6292-46e6-a1cb-55dd6a416872

Page 152

1   SEPTEMBER 18, 2018

2   KATHY Y. JONES, M.D.
    Orlando Urogynecology
3   2501 North Orange Avenue, Suite 309
    Orlando, Florida 32804

4
    Re:  Raeann Bayless vs. Boston Scientific Corp.
5
    Dear Dr. Jones:
6
    Attached you will find a courtesy copy of your
7   deposition transcript taken on September 12, 2018, by
    Jeffrey L. Haberman, Esquire.
8
    Please read your copy of the deposition, making any
9   corrections only on the subscription page.  Upon
    completion, sign at the bottom of the subscription page
10  on the line provided.

11  Please forward the original, signed subscription page
    to United Reporting, Inc.
12
    If you do not complete the reading and signing within
13  30 days, your transcript will be processed without a
    signed errata sheet.
14
    Your prompt attention to this matter is appreciated.
15
    Sincerely,
16
    Patricia Eldridge, Court Reporter
17
    United Reporting, Inc.
18  1218 S.E. 3rd Avenue
    Ft. Lauderdale, FL 33316
19
    954-525-2221
20  954-525-0511 (fax)

21  transcripts@unitedreporting.net

22  cc:  Jeffrey L. Haberman, Esquire
         Lisa Horvath Shub, Esquire
23       Steven A. Scoggan, Esquire

24

25

4aaf992d-6292-46e6-a1cb-55dd6a416872

## A

**a.m** 1:15 5:6,12 55:1
55:4,20,23 85:7
**abdominal** 31:18,19
45:14 69:18,22
70:5 72:12 77:14
77:18 78:1 80:11
82:3 90:8,25 91:7,8
91:10,11 103:1
104:2 112:17
**abdominally-placed**
21:13 38:18
**ability** 30:9 59:22
83:20
**able** 18:12 25:22 38:5
38:7 53:11,23
83:24 84:1 97:13
143:13 144:2,5
**abnormal** 23:8 33:24
34:2 103:19
**absolute** 44:14
**absolutely** 35:2 145:5
**absorbable** 106:11
**abuse** 61:10
**abuser** 61:13
**abusing** 71:5
**accept** 135:13
**access** 56:17 91:4
**accommodate** 39:2
83:25
**accurate** 27:12 55:10
62:15 67:23 68:4,8
126:8 142:15,18
**achieved** 84:8
**action** 150:9,9
**active** 63:4 74:12
**actively** 71:4
**activity** 28:2 58:25
59:6 72:1,4 94:9
117:23
**actual** 14:18 17:23
18:7 35:20 37:1
38:25 41:17 47:1
73:15 91:21 109:2
**acute** 112:11
**addition** 34:18
**additional** 94:15
113:19 123:6
147:18 148:6
**address** 7:6 100:4
105:9

**addressed** 31:23
33:14 79:16
**addresses** 96:17
**adhesion** 103:18
**adhesions** 103:16,20
103:21,25 104:11
**adhesive** 103:22
**admit** 62:24
**Advantage** 19:11,12
37:21 45:16 126:4
126:22 132:22
133:1,15 136:10
**adverse** 144:6
**advise** 65:8
**advised** 26:22 32:9
138:12
**advises** 94:1 102:6
**affect** 26:24 32:9
55:13 61:3
**affiliated** 56:16
**affirm** 6:16
**afterward** 8:16
**agents** 125:6 131:1
132:14
**ago** 17:7 21:16 80:16
121:25 141:24
146:19
**agree** 15:15,18 51:13
51:25 52:3 78:21
78:22 80:11 81:4,6
**agreed** 128:24
**ahead** 62:17 74:13
84:21
**alike** 81:4
**allotted** 42:16
**allow** 18:10,11 82:20
**allowed** 53:10
**allows** 56:17
**alluded** 43:8
**alternative** 132:17
135:12 136:5,5
**alternatives** 96:18
135:9
**amount** 36:4 43:9
**analysis** 55:14
107:18
**analyze** 83:8
**and/or** 4:5 14:9 24:8
94:22 97:24
**Andie** 73:15
**answer** 35:8 36:20
37:5 39:22 53:7

97:13
**answered** 36:7
**anterior** 4:5 97:24
110:1,14,24 111:3
111:6 145:22
**anticipate** 38:9
**AP** 129:24,25
**apex** 63:23 109:1,3
111:14 120:9
**apical** 117:13
**apologize** 57:11
108:13
**appear** 102:3,13
114:17 117:19
134:21
**appearances** 5:24
**appeared** 114:20
149:4
**Appearing** 2:5,10,14
2:19
**appears** 67:6 103:9
**application** 108:23
111:4
**applications** 43:12
44:7
**appointments** 48:20
**appreciated** 152:14
**approach** 31:18,18
31:20 77:3,14,18
**approaches** 77:23
**appropriate** 126:5
146:6,14
**approximately** 21:15
28:2 72:1 94:13
106:12 110:17
141:23
**area** 7:17 12:8 18:12
22:22 23:1 104:21
114:22
**areas** 9:17 25:6
**asked** 15:12 26:21
30:4 86:15 132:21
139:16 141:18
**asking** 15:10 16:25
19:25 36:16 38:1
39:22 47:11 58:9
104:19 109:6
138:11
**aspect** 10:8 130:9
136:25
**assistance** 31:20
77:19

**assistant** 73:16
**associated** 10:21 11:6
11:11 12:10 14:2,8
14:11,13 19:15
20:23 22:8 32:17
32:23 33:23 40:21
41:17 46:18 51:19
52:11 78:4
**assume** 49:24 112:22
118:21 130:4
**Assumes** 44:24
**assuming** 44:16
**Atlanta** 2:13
**attached** 108:16
152:6
**attend** 7:24 8:1,7,10
127:10
**attention** 25:8 152:14
**attorney** 123:20
138:10 141:3,4
150:8
**attorneys** 141:12
150:9
**audible** 112:7
**augmentation** 4:6
95:13,15 98:15,23
99:1
**augmented** 146:22
**August** 28:14 29:1,24
30:15 31:3 45:10
47:24 48:16,23
73:4,13 74:14,25
102:21,22 125:15
126:3 128:16,18
**Austin** 2:8
**authorities** 139:13
**authority** 149:4
**authorized** 150:4
**available** 10:11 17:10
17:12 18:2 19:6
20:22 21:20 80:16
80:17 82:17 92:15
111:4 125:5
**Avenue** 2:3 7:7 152:3
152:18
**average** 21:24
**avoid** 27:21
**aware** 23:5 35:3 36:5
57:23 60:10 89:9
102:6 106:21
107:22 122:6,9,12
122:18 128:15,18

132:3 148:6

## B

**B** 56:4
**Ba** 26:16 64:7
**babies** 58:1
**baby** 57:13,14,16
**back** 11:21 29:22
33:6 42:22 53:19
55:3,6,22 85:4,9
109:20 115:4
118:15 119:1,8,12
129:17 131:18
**background** 7:23
58:10
**bacteria** 88:11
**bacterial** 88:9,10,13
104:25
**bad** 122:4
**ballpark** 81:25
**Based** 69:23
**basically** 124:3
**basis** 79:1,2,4 140:13
140:16
**Bates** 56:1 62:19 87:7
87:8 93:6 94:16
101:17 102:11
110:5 112:5 113:2
113:17 114:15
117:8
**bathroom** 124:16
**Bayless** 1:8 2:5 5:17
10:21 25:9,13,20
25:25 26:14 27:2,9
28:21 29:3,22,24
30:17,20 31:2
39:17 44:11 45:9
45:17,20 47:19
56:8 57:20 60:9
61:12,16,24 62:24
64:3,6 65:1 66:13
70:21 73:24 76:3
76:23 77:9,22
80:21 81:10 82:2
83:14 85:12,19
87:14,23 92:21
93:8 97:2,9 99:13
99:18 100:25 101:2
101:10 102:11
103:15,24 112:11
112:21 113:22
114:1,4,9,13

115:22 116:1
117:15 118:7,22
119:1,4,11,15,19
120:2,8,16 121:21
123:1,12 126:5
128:20,23 130:2,7
131:5,25 132:7,21
133:19,21 134:9
135:2 136:6,11,16
137:2 138:3,8,10
141:4,7,8,12 147:3
147:19 151:2 152:4
**bear** 44:4,21
**began** 103:10
**beginning** 5:6 110:8
**behalf** 2:5,10,14,19
5:3 6:2,4,11,12
13:8 143:9,11
**believe** 21:23 23:22
24:23 34:19 56:15
77:5 107:23 122:1
125:15 146:4
**bending** 72:7
**beneath** 64:12
**benefits** 31:25 33:3
33:21 34:4,5,7,20
77:22,25 85:15,18
91:6,9,23 132:20
**better** 9:21 16:21
47:14 64:17 66:23
88:19 135:18
**bigger** 62:22
**bio** 51:1
**biologic** 99:4,8
**birth** 7:4 57:25
**bit** 19:18 21:2 53:20
53:21
**black** 10:12
**bladder** 9:14 27:21
30:2,7,8 34:1 63:22
64:12 75:5 86:3
103:6 125:3
**bleeding** 22:8 26:4,6
31:5 32:22 52:10
62:5 78:5 85:22
128:13 137:14
**blood** 96:15
**blurred** 69:6,12,13
**board** 9:15,19
**boat** 49:25
**body** 18:14 35:17,18
43:8,13,14 44:8,9

117:12 138:13
**bold** 115:20,20
117:12
**bolded** 116:3
**Bookbinder** 2:22
5:23
**born** 57:13
**Boston** 1:4,9 2:20
3:17 5:17 6:13
19:11 24:14 37:22
39:15 40:5 41:11
44:6 45:24 49:24
54:15 97:7 121:7
123:20 126:4
136:10 138:17
140:2,4 151:2
152:4
**bothered** 130:3
**bothersome** 27:17
70:2
**bottom** 56:1 76:24
97:5 110:6 113:18
130:17 132:10
136:8 137:19 138:6
152:9
**bouts** 104:14
**bowel** 27:16 33:25
86:2
**Bowman** 8:11
**box** 10:12
**break** 13:1 51:1 55:2
55:21 84:23 85:3
85:10 123:17
**brief** 85:10 121:13
**briefly** 10:3 71:25
121:2
**bring** 10:13,16 12:23
148:7
**broad** 57:10,11
**broader** 95:4
**brochure** 123:2
**brochures** 3:17 10:24
11:14 54:13 122:24
**brought** 10:17,18,20
10:24 11:14 54:13
122:25 129:5
133:18
**Bukkapatnam** 3:20
56:3
**bulking** 125:5 131:1
132:14
**bullet** 134:22

**business** 7:6 72:25
73:11
**busy** 11:24
**button** 109:22

_____

## C

**C** 2:1 87:8
**C-section** 31:19
77:17
**cadaveric** 24:1,4
**call** 10:12 17:22 30:9
46:6 56:12 106:11
125:25
**called** 8:11 14:5 19:4
23:11,21 27:7
35:18 52:3 75:2
96:11 106:2
**calls** 82:23 83:2,5
**candidate** 28:21 29:3
29:5
**candidiasis** 88:15,17
**care** 25:9 56:18 67:12
80:9,12 90:17
113:19 119:12
**career** 21:6 29:20
125:23
**Carolina** 2:18 123:20
**cascade** 35:16,16
**case** 1:10 5:16,17
20:9 22:4 37:21
38:24 45:20,20
47:17 79:11 124:14
142:19 143:8,21,22
144:17
**cases** 15:16 21:24
141:18 143:15,17
144:3,5,13
**category** 19:13
**causation** 36:18
44:14
**cause** 16:12,22 23:14
36:23 43:7,9 46:11
57:3 72:11 112:19
124:10 144:8,9
**caused** 37:4 80:22
143:18 144:7
**causes** 36:13 38:10
**causing** 17:2 104:15
**cautionary** 140:3,12
**cc** 152:22
**cell** 50:2
**cells** 18:12

**Center** 8:22 9:6
**centimeters** 110:18
**central** 117:13
**certain** 22:22 36:4,5
37:3 43:9 53:14
69:2 107:23 138:21
**certainly** 44:1,2
127:21
**CERTIFICATE** 3:9
3:10 149:1 150:1
**certification** 9:19
**certified** 9:15
**certify** 149:4 150:4,7
151:4
**cervicitis** 112:12,19
**cervix** 63:24 93:2
**cessation** 70:25 71:3
**chains** 56:16
**chance** 113:23
**change** 17:11 36:9,11
36:18 40:20,24,25
41:2,16,21 42:9
84:21 85:10 107:18
**changed** 34:9 127:12
**changes** 35:9 36:17
37:18 39:2 40:18
151:22
**characteristics** 40:3
80:18 82:13 103:11
**characterized** 16:18
**Charleston** 1:2 5:20
**chart** 48:12
**check** 10:19 103:6
139:9
**Chemistry** 8:6
**chief** 25:17 87:23
**childbearing** 32:3
**childbirth** 57:3,7
**childbirths** 57:6
**choosing** 32:16
**chose** 90:22
**chosen** 91:1
**chronic** 22:7 112:11
**circle** 145:24
**circled** 99:15
**circling** 99:17
**claiming** 144:7
**clear** 11:6 50:8 53:21
54:12
**clearly** 53:20
**close** 21:8 29:20
**closed** 106:4,15

**closing** 106:8
**closure** 106:18,19,22
106:25 107:7,11,19
107:19 108:1,25
109:5,9
**clots** 96:16
**CME** 13:13
**coaptation** 30:9
**cocaine** 61:3,8,17,20
63:2 65:12,12,17
71:2,2,3 120:24
**code** 74:5
**COL** 56:1 101:17
112:5 113:2
**COL-RBAYLESS-...**
87:9 93:6 94:17
102:11 114:16
**COL-RBAYLESS-...**
73:7
**COL-RBAYLESS-...**
62:19
**collapse** 30:10
**college** 7:24 8:1,7
**Colo** 121:16
**colon** 104:8
**Coloplast** 2:10,15
3:17 6:11 10:25
11:14 24:18 41:11
45:24 54:15 97:6
121:17 122:2,21
133:16 134:11
136:9 138:17
**Coloplast's** 122:15
**colorectal** 12:11
**colpopexy** 12:12 19:7
19:15 38:24 45:15
78:1,2 80:12 82:3
90:8,25 91:1 103:1
105:8 107:17 109:1
111:19
**colporrhaphy** 4:5
97:24 98:14
**Columbia** 8:20
**combined** 12:11,13
16:19 18:4 32:1
79:9 95:10,11
**come** 14:17 17:8
42:22 99:3 119:1
**comfortable** 32:16
87:1 140:23
**coming** 30:22
**comma** 68:5

**Commission** 149:11 150:16
**commitment** 60:4
**common** 34:3 57:3 124:17
**commonly** 127:14
**communicated** 141:10
**companies** 25:2,5 45:23
**company** 24:2,3 43:11 121:17
**complain** 26:1,4,6,9 31:2 124:18
**complaining** 119:19 120:2
**complaint** 25:17 30:20 115:21
**complaints** 26:3 30:21 87:23
**complete** 26:21 62:15 111:19 150:6 152:12
**completed** 8:19 28:25 32:2
**completely** 25:7 120:14
**completion** 28:19 152:9
**compliance** 52:25
**complicated** 51:12
**complication** 14:16 47:6,13 98:11 126:10,12,18 127:13 128:5,19 141:21 143:22,23
**complications** 14:2,8 14:11,13,15 41:5 41:25 42:10 45:17 46:11,18 47:4 51:20,23 52:9,21 52:23 53:5,17 90:19 94:2 98:5,8 105:16,18 126:20 128:1,10 134:10 137:12
**complies** 53:6
**comply** 53:3 60:6
**component** 31:16,22 32:20 80:4 93:9 130:4,18 145:19
**components** 79:16,18

125:3
**composite** 63:25
**composition** 139:9
**concept** 33:8
**concern** 25:1 59:21 68:7,11
**concerned** 30:7 59:21
**concerns** 68:18 107:13 140:7
**concluded** 144:14 148:18
**concludes** 85:1 148:13
**concomitant** 107:4 107:17
**concrete** 135:8
**condition** 16:24 27:10 46:20 64:16 80:9 130:14 135:13 135:18
**conditions** 16:2 33:14 57:3,6 69:2 88:24
**conducted** 82:2
**conference** 2:5
**confirm** 110:23
**confirmed** 28:15
**conflict** 121:6
**connected** 150:9
**connection** 34:9 103:19 143:2
**consent** 4:3,4,6,7,12 33:8 92:10,12,17 93:5,8,10,12,15,23 94:1,8,16,18,21 95:6,9,12 96:6,17 96:21 97:12,22 98:22,23 99:12,18 100:3,21 101:14,18 101:25 102:5 128:22 134:19,20 136:16,24 145:2,6 145:9,23
**consent's** 95:4
**consents** 92:6 145:1
**consequences** 135:13
**conservative** 22:25 118:19
**conservatively** 118:12
**consider** 72:25

125:17
**considered** 28:6 125:4
**consistent** 26:16 27:12 64:8 68:5 130:21
**constipation** 12:14 27:19 70:10
**constitutes** 57:16
**consult** 24:20 62:18 142:19
**consultant** 141:11,15
**consultation** 25:13 87:14
**consulted** 23:15 67:6
**consulting** 24:14,17 24:22
**cont'd** 4:1
**contact** 43:14 44:8 141:4
**contained** 93:23
**contains** 73:20
**contents** 97:16
**context** 13:11
**continue** 120:13
**continued** 52:10 120:10
**continues** 120:23
**continuing** 13:13,14 127:16
**continuously** 124:4
**contract** 35:23,25 36:8 37:2 56:13
**contraction** 36:14
**contracts** 35:11 36:2 36:6 37:4
**contracture** 37:1 38:10
**contribute** 16:6,23 26:23 57:6 65:13 65:17
**contributed** 65:9
**contributing** 36:18 143:25 144:9
**contributor** 17:15 57:4
**contributors** 16:3 46:25
**control** 137:6,6
**controversy** 80:22
**conversation** 33:2 34:8,15 42:6 66:15

**converted** 48:13
**convey** 113:25 114:4
**copy** 152:6,8
**corollaries** 97:14
**Corp** 1:4,9 2:10,15 2:20 5:18 151:2 152:4
**Corporation** 123:21
**correct** 24:13 51:18 52:18 54:9,17 59:13,16 62:16 63:14,17 64:10,15 66:6,10 67:21 68:10,21 69:4,16 70:7,9,11 71:1,12 71:14 72:16 73:2 73:18,22 75:14 77:1,15 79:22,24 79:25 80:10,19,22 80:25 81:2 82:21 84:10 85:12,16 88:5 89:17 90:18 95:2 98:15 100:6 103:2,2,8 105:12 105:23 109:11,17 111:13 113:14 116:23 123:25 127:1,23 128:5,6 128:13,25 130:5,15 130:19,24 132:4,15 132:23 133:2 135:10,14,19 136:2 136:6,12,16,22 137:2,3,12,16,20 138:4,18,25 141:1 151:5,22
**corrected** 71:18
**correction** 27:25 71:16,20 151:7
**corrections** 151:6 152:9
**correctly** 22:19 36:16 110:11,20 137:9 140:19
**cosmetic** 28:6
**cost** 124:16
**cough** 30:4,13
**counsel** 5:24 40:20 40:24 41:1 53:18 59:7 66:1 67:2 77:6 86:15 121:2,3 142:22 144:25

150:8,9
**counseled** 49:14
**counseling** 60:17 72:18,19 133:14
**Counselor** 58:14
**County** 56:12,13 149:3 150:3
**couple** 42:17 53:18 74:22 87:5 100:24 129:14 131:8,24 143:7
**course** 25:10 75:9 104:9
**court** 1:1 5:7,19,21 6:3,6,15 11:18 13:5 53:22 54:3,20 58:19 69:10 83:4 95:14 107:9 131:11 134:2,5,7 142:12 142:16,21 150:4 152:16
**courtesy** 152:6
**courtroom** 143:2
**cow** 99:2
**crack** 61:8,17,20 65:12,17 71:2 120:24
**cramps** 69:18,22 70:6
**creams** 88:22
**created** 102:16 110:10
**criteria** 28:18
**Cross** 3:5,6 51:4 123:15
**crucial** 60:3
**cuff** 106:2,4,8 107:12 110:10 119:16
**cure** 80:1
**current** 62:24 75:10 80:18 89:12
**currently** 124:25 125:22
**curvatures** 38:22
**curve** 28:16
**customary** 72:21 92:9 99:25 101:23 112:1 118:24
**cut** 28:9
**CV** 3:18 12:22,23 13:1,22 21:18 23:25 54:3

**cystocele** 26:17 32:5
88:4 145:20,22
**Cystocele/Uterine**
64:8
**cystoscopy** 28:7,11
28:13 29:2,25 30:1
45:16 75:2 103:6

___

**D**

**D** 3:1
**damage** 33:25 86:2
137:15
**data** 139:5,8,18
140:4,22
**date** 7:4 29:1 47:23
48:16,18,19 87:15
151:3,25
**dated** 28:14 45:10
56:22 62:20 73:4
75:20 84:14 87:6
114:13 150:10
**Dawn** 2:22 5:22
**day** 5:11 11:23,24
25:15 26:14 27:5
27:10 30:25 45:9
45:12 66:16 68:19
100:22 146:24
149:6 150:10 151:4
**days** 12:2,4 74:22
106:12 114:8,10,25
152:13
**deal** 79:19 88:24
93:12 98:3
**dealing** 103:12
**deals** 94:25 97:23
**Dear** 152:5
**decide** 10:4 101:4
**decided** 27:25 29:4
39:20
**deciding** 140:17
**decision** 40:7 44:21
76:13 118:12
**declare** 151:21
**declined** 71:6
**decrease** 53:16
**decreased** 91:12
116:14
**deeper** 109:10
**default** 16:14
**defect** 118:3 119:17
119:20 120:3
**Defendant** 2:10,14

2:19
**deficiency** 28:18
**define** 33:10
**definitely** 49:20
**definition** 43:6
**definitive** 71:15 76:7
76:10,14
**delayed** 49:11,13,16
50:16 52:11 78:5
100:11,15,18
106:11
**delve** 129:3
**demonstrate** 133:11
133:13
**demonstrated** 26:18
**denies** 62:4
**Department** 56:14
**dependent** 74:3
**depending** 63:24
103:22
**depends** 37:16 57:17
78:17,19
**DEPONENT** 3:11
151:1
**depose** 42:15
**deposition** 1:24 5:2
5:15 10:14,18,19
54:10 85:6 96:11
119:7 141:3,5
142:13 143:1 148:5
148:14,18,20 150:5
151:3,21 152:7,8
**depositions** 10:17
**descend** 64:13
**describe** 9:1,9 64:25
77:21 80:3 92:12
95:18 106:7
**described** 77:16
117:11
**describes** 68:3 95:23
95:24
**describing** 64:23
69:3
**description** 99:18
125:9
**design** 16:5,11,15
17:1,2,8,12,14,18
20:19,19 141:19
143:24 144:15
**designated** 86:18
151:6
**designed** 16:18,19

18:1 86:22
**desired** 65:3 79:11
**desirous** 71:15
**detail** 51:9 113:15
138:2
**detrimental** 44:2
**Detroit** 9:5
**develop** 47:13
**developed** 104:10
**developing** 17:16
46:25 53:12,16
**device** 13:9,16 23:16
29:10 43:10 138:20
139:17,18,24
140:18 143:9
**devices** 13:17 133:1
138:17,22 139:10
139:14
**diagnose** 31:9
**diagnosed** 26:15
31:15 104:15
**diagnostic** 28:8 75:25
**diaries** 27:7,11,11,13
27:14 68:4,8
**diary** 26:22 68:15
**dictation** 102:17
**die** 94:5
**Diet** 113:19
**differences** 81:7,8
**different** 13:17 14:19
15:24,25 17:9
19:16,19,20 52:21
54:18 56:15 57:20
66:22 71:19 74:3
76:3 77:16,21,22
80:3 85:18 91:5
95:19 99:3 127:11
143:21,22
**difficult** 57:5,7
103:21 120:18
**dimension** 36:19
**dimensions** 36:10,10
36:16
**direct** 3:4 6:23 44:14
108:23
**discharge** 4:10 22:8
70:13 75:16 88:13
88:20 112:22,24
113:3,9 116:5,6
**disclose** 63:2
**disclosed** 142:7
**discomfort** 23:14

96:7 114:21
**disconnect** 111:17
**discovered** 116:23
117:7
**discuss** 13:15 28:4
33:21 63:5 65:5
66:12 67:3 76:3
86:12 119:12
127:11
**discussed** 28:1 29:7
31:24 32:18 51:9
66:4 71:8,20,22,25
76:6,22 77:13
85:15,19,21,23,25
86:3,5,7,9 90:1,5
90:12,20 91:24
96:16 101:3 105:15
131:4 132:6,12
141:7
**discussing** 19:2 85:12
**discussion** 89:19
127:18 131:17
**discussions** 12:18
128:23
**disease** 103:22 104:7
104:12
**diseases** 59:20
104:17,20
**disorder** 74:2,4
**dissolved** 25:7
**distance** 109:5
**District** 1:1,1,9 5:18
5:19
**diverticular** 104:7,12
**diverticulosis** 104:11
**divide** 66:24
**division** 1:2 5:20
23:21
**doctor** 6:25 7:4,9
10:3,14 11:7,21
12:7 21:4 23:15
29:9 33:6 34:21
35:3 43:3,10 50:8
119:11 129:4 131:7
131:23 132:10
134:18 135:7
136:14 138:10
143:1,7
**doctor's** 58:7,12,23
60:14
**doctors** 80:9
**document** 1:6 74:19

102:16 136:14
**documents** 62:19
113:2 123:3
**doing** 21:15 49:3
66:2,5 84:2 108:15
114:21
**double** 80:1 106:18
106:22,24 107:13
107:19 108:1,25
109:5,9
**Dr** 3:20 55:6,25 56:3
56:4,4 60:14 85:9
113:20 114:4 118:9
121:3,6,9 123:17
144:23 152:5
**drawing** 137:19,24
**drew** 137:18
**drug** 75:14
**drugs** 89:15
**dry** 116:2,11
**Duke** 8:2
**duly** 6:22 149:4
**Dynamic** 2:22 5:23
**dynamics** 39:2 40:2
**dysfunction** 22:9
34:2 78:6 116:14
116:19,22 117:1
126:14,21
**dyspareunia** 26:1
31:2 52:3 62:6,8
96:11 119:20,22
120:3 122:12

___

**E**

**E** 2:1,1 3:1
**earlier** 46:10,17
52:20 62:21 64:23
74:22 77:6 80:15
80:17 86:13 97:23
98:25 111:17 126:7
127:25 130:22
132:2,19 135:17
138:10
**early** 53:13
**easier** 129:17
**easily** 78:12
**edge** 26:16 64:7
**educate** 127:3,4
**educated** 127:6
**education** 7:23 8:24
13:14 14:1 127:16
**effect** 92:7

effective 125:18 140:6 146:5
either 15:15 38:19 58:1 107:5 117:19 120:1
elastic 36:25
elastistic 36:24
Eldridge 5:7,21 149:9,10 150:4,14 150:15 152:16
electronic 10:22 73:20
Ellis 2:16
Embarrassment 124:15
employee 150:8,8
EMR 47:21 48:12
encounter 27:4 73:13 116:23
encourage 72:8
encouraged 27:21,22 70:24 71:3
encouraging 119:8
Endo-Surgical 23:20
engage 117:2
engages 117:23
ensure 139:13
entail 33:19
entailed 9:10
enter 18:12 124:7
entered 151:22
entitled 93:5 136:18
episiotomy 57:14
equivalent 109:24
erodes 15:5
erosion 14:18 15:9,14 15:16 16:3,7,13,23 17:3,16 18:20 19:23 20:10 32:19 47:10 128:2 144:17
erosure 128:2
errata 152:13
especially 120:21
Esquire 2:2,6,11,16 152:7,22,22,23
essentially 109:23
estimate 11:22 21:4 84:1
Ethicon 19:4 23:20 24:20,22
evaluate 53:11 63:9 118:22 119:2

evaluating 75:6
evaluation 63:8 74:17,21 112:3
events 144:6
Everybody 51:3
everyday 62:25 75:10 89:13
evidence 44:25 104:7
exact 81:22
exactly 16:10 40:12 50:1
exam 23:11 26:18 29:2 63:12
examination 3:4,5,6 3:7,8 6:23 30:24 51:4 110:3 117:8 123:15 143:5 144:21
examine 103:10 113:23
examined 26:12
examples 124:13
excision 78:23
exercise 136:1
exercised 151:4
exercises 136:1
exhibit 11:1,3,11,13 11:16 13:1,3 53:25 54:2,11,12 55:25 56:21 62:17 67:1 68:3,18 72:23 73:3 73:6,9,25 74:14 75:20 76:24 84:13 85:11 87:7,10 89:1 89:18 91:19 93:4,7 94:15,20,25 95:18 97:21 98:2,22 101:14,16,18 102:9 102:13 112:4 113:1 113:10 114:14,17 119:7 122:25 129:5 129:9,10,15,19 131:7,9 132:10 134:18 136:15 145:16 148:16
EXHIBITS 3:15 4:1
exit 18:12
expect 18:20,23 33:17
expected 18:19 49:8
expedite 53:23
expelled 30:13

experience 7:23 14:10 16:19 17:1 19:21 20:7 50:14 64:16 99:7 124:9 127:21
experienced 19:22 20:10
experiencing 25:21 68:19
expert 58:12,23 83:3 83:5 141:11,14
Expires 149:12 150:16
explain 33:11 61:16 61:19 63:18 74:24
explained 133:4
explaining 132:17
explant 22:13
explanted 111:24
exposed 15:4,24 86:13 100:8 108:22 108:23
exposure 14:17,22 15:9,14,16 16:3,6 16:13 17:3,16 18:20 19:22 20:10 22:8,24 23:7 32:19 47:1,5,9 78:8,9,22 86:7 108:18 117:16 117:25 118:6,18 120:8,14,17,19 122:7 126:15 128:2 144:18
exposures 20:3,23 126:20
express 151:4
expressed 130:8
extend 20:19
extrusions 20:24

F

facilitate 33:20
fact 43:8 60:24 63:13 73:24 81:3 84:11 93:11 97:18 99:12 100:8,18,24 103:24 115:21 118:6,25 119:19 120:2 123:7 146:4,8
factor 15:25 17:2 36:18 143:25
factors 15:25 16:22

46:19 78:19 83:15
facts 44:24
fails 53:3
failure 15:6,13,19 54:7 128:12
fairly 78:12 115:16
fall 64:13 90:16
familiar 10:8 56:6 82:13 83:8
family 141:8
far 30:7 32:11 33:17 36:11 39:20 89:25 127:13
farther 109:2
fashion 83:21,22
fatal 94:3,5
fax 152:20
FDA 24:25 34:19 122:18 123:4 132:3 138:18,21,24 139:12 140:2,5
fear 124:16
fecal 27:18 70:8
feed 54:22
feel 25:10 86:25 111:22 126:3 133:21 134:9
fellowship 9:2,4,10 10:10
felt 22:11 134:14
female 9:12,20,25 12:8,16 117:9 128:11
FF 149:11 150:16
field 10:4,4
filaments 18:4
file 1:4 53:21
filed 5:18
final 131:24
finally 45:8 122:24
financially 150:9
find 26:11 56:9,10 129:19 152:6
finding 30:2
finish 9:7
finished 64:4
first 6:22 16:17,17,20 17:20 19:5 25:9,12 28:24 48:24 49:15 57:1 62:1,18 87:21 89:22,22 98:12 100:5 102:20 103:9

105:6 107:14 108:2 108:14,15 115:23 125:23 135:12 137:4
Fit 19:12 45:16 126:4 126:22 132:23 133:1,15 136:10
five 17:14 21:16 42:24 58:2 84:16 84:20 143:15 144:2 144:5,13 147:2
FL 2:3 152:18
flashes 69:13 70:16
flat 38:22
flaw 17:15,18 19:1 143:24 144:15
flaws 20:19,19
flexibility 83:18
flipping 72:10
floor 138:16
Florida 1:14 5:5,8,14 7:8 149:2,11 150:2 150:15 152:3
flow 28:16
fluids 43:14 44:9
focus 13:18,20
focused 9:12,25
follow 48:4 53:15 54:8 59:22 105:14
follow-ups 143:7
followed 107:16
following 5:1 8:23 85:22 151:6
follows 6:22
forces 83:25
foreign 35:17,18 43:8 117:12
Forest 8:12
form 4:4,6,7,12 16:8 17:4 19:24 24:6 25:22 35:5,12 39:8 39:18,25 40:9 41:6 41:7,14,15,22,23 42:3 43:17,18 44:12,23,24 45:25 46:1,13,14,22,23 51:16 58:13,16 93:5,8,10,15,23 94:1,8 95:12 96:1,6 96:17,21 97:2,12 98:23,23 99:12,18 99:23 100:3,7

101:14,19 102:5
134:20 135:2,7,8
136:24 137:12
143:20 144:12
145:9 151:22
**formalized** 91:21
**formation** 36:3,23,23
96:15
**forms** 92:10,12,17
94:16 97:22 99:3
100:21 136:16
145:3
**forum** 14:1 25:3
**forward** 96:23 101:4
152:11
**found** 45:4 66:23
**foundation** 83:2,5
**four** 57:25 64:1,2
110:18
**frame** 21:17,23
**free** 25:10
**frequent** 124:15
**front** 54:6 129:21
131:7 134:18
**frustrating** 130:9
**Ft** 2:3 152:18
**full** 7:2 55:10 62:14
**full-term** 57:25
**fully** 51:10 117:24
**function** 51:17
**furniture** 72:11
**further** 8:24 108:3
108:16 143:4 150:7
**future** 47:9 98:9,20

**G**

**gallbladder** 89:9
**general** 7:18,20,21
14:13 39:24 49:9
53:8 66:22 67:12
94:12
**generalist** 9:18
**generally** 51:11 72:6
134:20 135:18
141:15
**generation** 125:24
126:1
**genitalia** 117:9
**Georgia** 2:13
**getting** 29:22 84:22
**give** 6:17 11:22 13:11
25:20 32:15 42:20

56:14 57:25 64:1
66:24,24 68:11
112:24 113:9
124:13 143:13
144:2
**given** 12:15,21 13:7
112:21 133:7
**go** 8:23 49:22 51:7
53:19 54:4,24
62:17 69:17 74:13
84:21,25 87:4
91:15 92:19 96:23
101:4 105:3,5
115:24 117:7 123:7
129:17 131:13
135:25,25
**goal** 47:15 53:14
76:14
**God** 6:18
**goes** 14:22 15:4,5
109:10
**going** 11:21 33:13
34:20 40:18 42:13
44:13 50:25 79:22
89:22 95:1 108:21
115:25 120:18
121:4 133:9 139:25
147:14
**gold** 31:23 80:5 90:6
90:17 125:3,11
130:18,23
**gonna** 19:14 40:17
42:8,8,21 49:22,22
51:6,7 53:19 54:10
55:16,25 56:20
67:1 69:17 70:12
73:3 74:13 76:15
89:20 92:22 94:15
97:21 101:13 102:9
105:2,4,5 112:4
115:19,24 123:10
129:3 131:23 148:3
**gonorrhea** 104:23
**good** 5:10 6:25 7:1
33:20 51:2 82:6
83:18,19 123:18
**GOODWIN** 1:8
**Gore-Tex** 111:7
**Gosh** 21:1
**governmental** 139:12
**grade** 64:1 86:18
**graduate** 8:3,14

**graduating** 8:7
**graft** 4:6 39:1 46:6
98:23 99:1,8,8
108:4,17 111:4,6
145:20,23
**Grafts** 99:3
**granulation** 32:23
52:13
**Gray** 8:11
**Great** 131:21 145:25
**greater** 72:7
**greatest** 76:16
**Greene** 2:17
**Greensboro** 2:18
**grocery** 72:9
**group** 7:13
**guard** 47:9
**guess** 12:5 57:17
87:20 109:2,9,16
110:16
**guys** 6:8
**Gynecare** 19:4,5
23:21 24:1
**gynecology** 8:21 9:18
67:12

**H**

**Haberman** 2:2 3:4,7
6:1,1,5,9,24 11:5
11:19,20 13:6
16:16 17:17 20:4
35:7,22 39:13,23
40:4,22 41:9,19
42:1,11,11,12,18
42:23 43:1,2,22
44:20 45:7 46:8,16
47:2 49:21 50:5,7
50:23 52:6 54:23
55:5,24 58:6,11,15
58:17,21 59:3,24
60:13,19 61:6,9,22
65:15,19 78:14,25
79:3,5 82:23 83:2,5
84:17,20 119:23
120:6 131:12,19
134:1,4,6,16 139:3
140:9,20 142:14,17
143:6 144:1,16
146:9,12 147:11,13
152:7,22
**habits** 27:15
**half** 12:1,2,2,4,6

76:24 121:25
141:24
**halfway** 115:24
**halted** 25:3
**hand** 6:15 55:16
56:20 99:21 101:13
149:6
**handed** 136:14
**handwriting** 145:11
145:15
**handwritten** 145:2
**Hang** 142:21
**happen** 15:16,17,18
18:19 35:19 104:17
**happened** 102:3
**happening** 15:1
**happens** 36:1
**hard** 6:7 121:6
**harm** 44:14
**head** 118:10
**heal** 16:12 18:15 49:7
50:18 118:19
119:15 120:19
**healed** 117:24 120:14
**healing** 18:19 26:25
32:11 33:24 48:22
49:11,13,14,17,17
50:16,16 52:11
59:6 60:3,24 61:3
65:18 78:5 100:11
100:15,19
**health** 33:21 56:13
**healthcare** 10:9
**hear** 6:7,8 58:19
131:11 134:2
**heard** 33:7 52:8
**Heather** 2:11 6:11
**heavy** 72:6
**help** 6:18 93:17
137:5
**helped** 147:6,8
**hhoward@kslaw.c...
2:13
**Hi** 6:10
**hidden** 97:9
**high** 59:17,18,19
**Hillcrest** 5:4,13
**hired** 141:25 142:1
142:19
**history** 25:22 49:19
55:10 59:18,25
61:25 62:1,15 63:6

68:13 89:2 133:4,9
**hold** 25:5 54:20
84:15 116:4 142:16
**home** 91:15
**hope** 53:15 84:4
108:5
**Horvath** 2:6 152:22
**hospital** 8:20 33:18
91:12,17 101:15,16
101:21 113:4,5,8
**hot** 70:16
**hotel** 56:16
**hour** 42:13 121:4,5
**hours** 42:17 91:16
**housework** 72:10
**Howard** 2:11 6:11
**human** 43:13,21 44:8
45:2 99:2 138:13
**humans** 45:5
**hundred** 60:10
**Hundreds** 81:20
**hysterectomy** 4:3,9
32:2,25 45:14 79:9
79:12,18 92:22
93:5 95:10 96:2
102:24 105:6,13,14
105:15,18,21,25
107:3,7,9,12,16
111:24 145:13

**I**

**ICD** 74:5
**ID** 4:1
**ideally** 34:6
**Identification** 3:15
11:4,17 13:4
148:17
**identified** 88:7
112:19
**identifies** 136:9
**identify** 97:1,6
**IFU** 121:22
**II** 26:15
**illicit** 89:15
**Illness** 61:25 62:1
**immediately** 102:1
**impact** 40:7 124:10
**implant** 24:11 37:7,9
40:7 44:22 51:21
52:17 76:20 81:12
81:17 82:8,11 83:9
83:13 84:4,8 86:17

87:2 90:11,16
100:4 105:14 118:4
121:18
**implantation** 39:6
43:13 44:7 77:10
**implanted** 14:21 21:5
21:10 35:4,11,24
45:8,22 126:8,23
132:23 133:2
136:11 138:13
146:18
**implanting** 20:7
43:15 44:10
**implants** 80:20 81:1
81:3 86:22 95:2
97:3 119:17,21
120:4 127:3 146:5
**implied** 138:11
**important** 38:21 39:4
39:15,19,24 40:2
55:9 86:19,23
**impression** 27:9
**improper** 49:14,17
50:16 58:22 142:18
**improve** 124:20
**improved** 80:24
**improvement** 96:3
**improving** 27:18
70:3
**incision** 106:13,15
117:13,18
**incisions** 137:25
**include** 12:18 26:19
33:13 36:22 51:24
52:2 59:14 70:3,5
71:10 72:14 76:19
90:15 125:5 127:15
139:21 148:5
**included** 27:18,23
31:17 77:2 85:21
102:24
**includes** 32:18 78:3
90:13 96:10 97:14
99:1
**including** 16:1 32:24
89:9 90:8 126:20
132:14 133:1
**incomplete** 55:13
62:14 68:13
**inconsistency** 141:20
**inconsistent** 55:13
62:13 68:9,12

**incontinence** 9:13
14:5,9 24:9 25:19
25:21 26:18,24
29:12,15 30:21
31:16,22 32:7
45:16 57:2 63:10
65:9 67:14 73:25
75:7 76:11 87:24
94:22 124:7,10,16
124:19,25 125:1,19
125:22 128:13
130:3,5,8,10,24
132:11,13 135:17
**incontinent** 73:24
**incorporate** 126:19
**incorporated** 18:14
**increase** 41:5 117:24
**increases** 100:18
**indicate** 62:9 69:21
85:17 91:20 115:21
117:15 118:2
119:16,20 120:1,3
130:7
**indicated** 42:16
**indicates** 60:9 72:17
73:23 85:21 92:2
102:19 116:19
**indicating** 54:7 87:18
116:9
**indication** 25:20
**indicative** 15:6,9,13
15:19,21,22
**inducing** 17:2
**inert** 43:5,6,6
**infection** 33:25 78:5
82:21 88:19 128:12
137:15
**infections** 22:10 34:2
85:25 137:16
**inflamed** 104:12
**inflammation** 112:14
112:16
**inflammatory** 18:10
18:11 35:16 104:17
104:21
**influence** 60:1
**inform** 41:12 45:4
**information** 4:10
55:13 62:14 66:24
67:16 68:13 75:13
96:18 117:11 122:2
140:5

**informed** 33:8 44:3
44:19 45:3 94:21
128:22 134:19
**infrequently** 70:2
**ingrowth** 82:20
**initial** 17:7 110:3
**inquired** 140:2
**inserted** 29:18 30:11
**inserts** 63:24
**instance** 53:4
**instances** 22:3,13,16
**instructed** 45:24
**instruction** 117:2
122:15
**instructions** 53:1,15
59:22 112:22,23,24
113:3,9,19 121:16
122:2
**instrument** 30:11
**integrity** 107:14
**intended** 18:15
**intercourse** 23:4 26:7
32:22 33:24 52:3
59:15 62:10 70:18
70:22 72:15 78:6
96:8,13 98:6,20
108:23 113:23
120:13,17 128:19
**interest** 10:9
**interested** 60:17
150:9
**internal** 8:19 43:14
44:8 109:3
**internship** 8:19
**interpreted** 68:9
**interrupt** 64:3
**interruption** 50:2
131:10
**interstices** 17:22
**interstitial** 83:16
**intervene** 53:13
**intervention** 26:20
29:8 31:15 33:15
66:10
**interventions** 66:12
**intrinsic** 28:18
**invasive** 125:8,9
**invited** 13:24
**invoice** 10:18
**involve** 93:2 95:1
**involves** 92:25
**involving** 43:12 44:7

98:24
**irritants** 27:22
**ISD** 28:18
**isolate** 23:9,12
**isolated** 22:21 23:6
**issue** 17:14 18:17
20:9 23:4 62:5
141:19
**issues** 22:10 31:10
33:22 51:7
**item** 69:7,12 89:22
135:6,8
**items** 115:20

**J**

**Jeffrey** 2:2 6:1 152:7
152:22
**jhaberman@schle...**
2:4
**job** 138:25
**Jones** 1:25 3:3 5:2,15
6:21 7:3 55:6,25
85:6,9 113:20,25
114:4 118:7,9
121:3,6,9 123:17
144:23 149:4 150:5
151:4,25 152:2,5
**JOSEPH** 1:8
**JUDGE** 1:9
**July** 27:4 28:20,22
67:2 69:3,22

**K**

**Katherine** 67:6,7
115:6
**Kathy** 1:25 3:3 5:2
5:15 6:21 7:3 85:6
149:4 150:5 151:4
151:25 152:2
**keep** 50:25 72:22
**Kegel** 136:1
**kind** 43:24 107:9
112:16
**King** 2:7,12
**kit** 25:2
**kits** 21:20 128:8
**knew** 71:4 148:4
**know** 18:18 23:9
29:21 34:18 35:10
40:2,11,13 41:8
43:1,15 44:10 47:3
48:1,3,7,8,18,18

49:3 56:8 58:8 60:1
61:14 65:14,21,22
67:15 82:16,19
89:10 106:24
120:25 121:2
125:21 126:12,22
139:5 140:11 142:6
**knowledge** 35:24
139:20 146:3
**known** 9:21 65:25
67:22 88:19

**L**

**L** 2:2 152:7,22
**label** 93:6 110:6
113:17 117:8
**labeled** 62:19 87:8,8
94:16 101:17 112:5
113:2 114:15
**labia** 28:5
**lactobacillus** 88:12
**laminated** 123:3,7
**Landmark** 5:4,22
**language** 69:23 74:9
**laparoscopic** 31:20
45:14 77:18 91:10
**laparotomy** 31:19
**large** 5:8 57:14,16
**larger** 18:11
**largest** 18:1 83:17
**lasts** 106:11
**lately** 62:6
**Lauderdale** 2:3
152:18
**Law** 2:2 6:2
**lawsuit** 141:7
**lawyer** 49:24
**layer** 106:18,18,20
106:22,24 107:7,11
107:13,14,18,19
108:1,9,14,15,15
108:20,25 109:9
**layman's** 63:19
**lead** 52:21,22 88:13
88:20 103:16
104:20
**leading** 23:14 26:16
64:7
**leakage** 28:15
**leaked** 30:5,5
**led** 83:13
**leeway** 42:20

**left** 104:11
**Legal** 2:22 5:23
**length** 110:17,24
**let's** 13:1,1 21:16
    39:14 47:20 54:4
    54:24 62:17 87:4
    92:19 129:17
    131:13,13
**letter** 3:12,19 48:4,19
    54:6,7 119:7
**letting** 34:18
**level** 33:12 110:10
**LIABILITY** 1:5,5
**libido** 116:14
**life** 124:11
**lifetime** 60:10
**lifting** 72:6
**ligation** 89:6
**light** 69:12 83:15
**lighted** 75:4
**lightest** 82:16,17
**liked** 65:24
**likelihood** 41:5,21,24
    76:16
**limited** 85:22
**line** 69:17,18,24
    70:13 105:24 108:3
    108:6,18,20 116:13
    117:16,18,21,22,25
    118:11 120:9 135:2
    135:2 145:13 151:7
    152:10
**Lisa** 2:6 6:10 152:22
**listed** 23:24,25 24:2
    26:2 70:4 137:12
**lists** 135:8
**literature** 49:10
**litigation** 1:5,5
    141:15
**little** 19:18 22:6
    42:20 51:9 53:20
    53:20 109:2 121:4
    121:5 137:18
**LLP** 2:7,12,16
**local** 78:23
**located** 103:23
**location** 109:8
    118:18
**long** 7:15 9:24 25:21
    33:16 49:21 67:25
    76:16 115:16
**longer** 20:21 42:19

**80:17**
**look** 12:22,25 21:18
    25:10 37:7 67:3
    75:4 83:19,20
    129:4,23 132:9
    135:6
**looked** 62:21
**looking** 48:3 81:25
**looks** 73:4 110:4
    137:18
**loops** 106:14
**loosely** 39:1
**lose** 55:17
**lost** 54:21
**lot** 80:22 129:2
    144:25
**lshub@kslaw.com**
    2:9
**lying** 30:4 84:1

**M**

**M** 2:11
**M.D** 1:25 3:3 5:2,15
    6:21 85:6 149:4
    150:5 151:4,25
    152:2
**ma'am** 74:23 106:9
    121:23 127:7 142:2
**macropore** 83:16
**macropores** 82:19
**macroporous** 17:21
**main** 83:15
**major** 8:5
**making** 58:17,21
    76:13 140:13,16
    152:8
**management** 76:7,11
    76:14 118:19
**manner** 37:12,23
    38:12,16
**manufacturer** 13:9
    13:16 23:16,18
    39:5 43:10 44:5
    86:18 138:21
    139:17 140:12,15
    143:9
**manufacturers** 23:19
**March** 30:19 31:3,12
    33:1 75:20,23
    129:13
**mark** 11:1,13 13:1
    53:24 54:10 55:16

**55:25 62:17 67:1**
    73:3 74:13 75:19
    84:13 87:7 94:15
    97:21 102:9 112:4
    113:1 114:14
**marked** 3:15 4:1 11:4
    11:11,17 13:4
    72:22 87:10 93:4
    94:20 101:13,18
    112:11 119:6
    136:15 148:17
**markedly** 19:19
**market** 17:8,21 20:20
    20:22 21:2 25:6
**marking** 56:20
**Master** 1:4
**material** 95:18,23
    99:4,4 111:25
    138:12 139:5,8,17
    140:4
**materials** 62:22
    98:24 99:14 139:9
    139:13,18,21,22
    140:22
**matter** 143:14
    152:14
**mattresses** 72:10
**MDL** 1:6
**mean** 15:15 17:18
    28:25 32:3 36:25
    37:10,11 42:14
    47:4 57:8 64:3
    71:16 75:15 104:18
    114:2
**meaning** 18:3 22:9
    83:19 106:12
**means** 14:17,18
    17:13,22 18:11
    19:14 30:3 33:12
    33:22 34:2 35:16
    43:6 63:19 64:11
    66:5 71:17 72:10
    80:8 94:5 96:13
    111:1 117:17 130:4
**measure** 63:25
**measured** 110:1,13
    110:17,23
**measurements** 63:20
**mechanically** 29:11
**media** 85:1,5
**medical** 8:8,10,13,14
    8:22 9:5 10:22 13:8

**13:14 16:2,24**
    23:15 43:10,12
    44:7 46:20 59:25
    73:16 86:18,22
    89:2 127:16 138:20
    139:10,14,16,24
    140:17 143:9
**medication** 13:13
**medicine** 8:11,19
    9:20,25 12:9,16
**meet** 28:17
**meeting** 13:14 14:3
**meetings** 127:11
**mentioned** 11:7
    16:22 24:4 32:12
    60:23 77:8 80:15
    97:23 125:10 126:7
    128:1 131:1 132:2
    132:19 135:21
    147:18
**mentioning** 77:6
    98:25
**mesh** 12:19 13:8,12
    13:19 14:2,6,8,11
    14:12,13,15,16,19
    14:21,21 15:4,22
    16:12 17:3,9,12,16
    17:23 18:13 19:3,4
    19:18,19,22 20:8,8
    20:13,14,23 21:12
    21:13,14,19,22,25
    22:1,1,3,14,14,16
    22:19,21 23:1,10
    23:13 24:8,11,11
    25:1 31:24 32:17
    32:18,21 33:3
    34:10 35:3,9,11,17
    35:20,23,25 36:2,4
    36:5,8,10,17 37:1,3
    37:8,11 38:11,14
    38:15,18,18,20,21
    38:23 39:5,5,11,12
    39:16 40:6,8 41:4
    43:4,5,16 44:10,18
    44:22 45:9,22
    46:11,18,20 47:1,4
    47:7,8,9 52:10,17
    76:20 77:5,9,10
    78:3,7,8,9,22 80:5
    81:3,9,17 82:4,14
    82:17 83:9 84:8
    86:7 90:8,14,16

**91:1 95:1,12 97:6**
    98:15 99:14 100:2
    100:8 108:17,24
    109:9,11,17,21
    118:3,6 119:24
    121:17 122:19
    123:11 125:18
    126:13,14,20 127:1
    128:1,2,5 130:19
    130:22 132:4,25
    133:16 135:10
    136:9 141:15
    143:18,24 144:10
    144:18 146:1
**meshes** 17:9,20 18:3
    18:17,25 19:5
    20:11 21:9 41:11
    80:16,17,18,20,21
**Mess** 14:6
**met** 101:3
**mid** 31:23 37:20
    39:10 45:15 80:5
    103:4 125:4,10,17
    130:19,22 133:5
**middle** 89:11 93:16
    129:24 137:4
**midway** 76:24 87:20
**mind** 7:24 19:1
**mini-slings** 125:25
**minimal** 117:12
**minor** 94:2
**minutes** 42:24 84:16
    84:20
**mispronouncing**
    88:16
**missed** 48:20
**misunderstood** 29:6
**mixed** 31:15 32:7
    130:2
**modalities** 32:13
    125:5
**modality** 19:16
**moment** 7:22 131:14
**months** 48:24 100:24
    146:19
**mood** 114:22
**morning** 5:10 6:25
    7:1
**mucosa** 116:2,11
**multi-compartment**
    32:4
**multifilament** 18:3

**multifilament-type** 19:2
**multifocal** 32:3,4
**multiple** 18:4,6 93:11 95:6 106:14
**multitude** 49:10

_____ **N** _____

**N** 2:1 3:1
**N.E** 2:12
**name** 7:2,11 19:9 21:1 23:18,20,24 24:3 115:6 123:19 145:2
**names** 118:10
**nation** 10:11 73:16
**national** 13:24
**native** 84:9
**near** 132:10 137:19
**necessarily** 18:22 19:9 36:8 40:19
**neck** 29:12
**need** 19:13 42:21,21 51:1,7 81:22 98:20 100:3 122:9,15,21 123:10,17
**needed** 122:1 146:21 146:21
**negative** 80:2 124:10
**never** 18:15
**new** 8:20 25:3 84:22
**newer** 18:16 48:13 80:24
**nine** 57:21,23 68:1 115:9
**Nodding** 64:5
**non-dependent** 74:2 74:9
**non-surgical** 64:19
**noncompliance** 48:4
**noncompliant** 117:2
**normal** 18:10 28:16 28:16 30:2,8 106:17 110:2 111:25
**normally** 50:19
**North** 2:17,18 7:7 123:20 152:3
**Nos** 148:16
**Notary** 5:8 149:11 150:4,15
**notation** 74:11

**notations** 134:24
**note** 76:7 86:10 91:19 96:2 121:10 130:17
**noted** 79:7 80:5 88:6 89:5,12 98:5,8 132:11
**notes** 69:5 89:2 93:15 94:8 96:6 98:2 100:3 112:10 130:2 150:6
**noticed** 112:10
**notices** 10:17 122:18
**noting** 10:19
**nowadays** 9:22
**number** 32:12 59:17 59:18,19 78:19 81:23 102:11
**numbered** 95:20
**numbers** 56:1 63:25
**nurse** 67:8 68:8 115:8
**NYU** 8:21,23

_____ **O** _____

**o'clock** 85:2
**OATH** 3:9 149:1
**OB/GYN** 124:3
**OB/GYNs** 127:19
**object** 39:18 40:9 41:7,14,23 43:18 44:12,23 46:1,14 46:23 49:22 58:6
**objection** 16:8 17:4,5 19:24 35:5,6,12 39:7,8,25 40:10 41:6,15,22 42:3,3 43:17 44:24 45:25 46:13,22 52:6 58:13,16,20,21 59:3,24 60:13,19 61:6,9,22 65:15,19 78:14,25 79:2 82:23 119:23 120:6 134:1,16 139:3 140:9,20 143:20 144:11,12 146:9
**objections** 58:17
**observation** 26:20 27:24 66:5 71:10
**obstetrics** 8:21 9:18 9:22

**obviously** 121:7
**occasional** 114:21
**occur** 16:4 18:10,23 18:24,24 52:14 100:5
**occurred** 16:1 18:19 141:21
**occurring** 41:25 70:2 120:17
**occurs** 102:1 108:18 118:2
**October** 48:2 49:1,4 50:9 74:25 149:12 150:16
**odor** 116:5,7 124:17
**offer** 29:14
**offered** 29:7
**office** 3:16,20 10:20 10:24 11:2,8,10 25:14,25 28:24 48:7,9 49:15 67:4,9 68:1 70:21 73:1,5,9 74:15 75:21 84:14 87:11 94:18 101:19 114:18 115:4 116:1 117:3 119:13 129:6
**offices** 2:2 5:3 6:2
**official** 149:6
**oh** 29:6 50:3 73:17 87:8 90:1 116:5 147:14
**okay** 6:9 7:15,22 9:9 9:24 11:1,6,10,13 11:18,19 12:7,25 13:5 15:12,21 18:18 19:21 20:7 20:18 21:4,25 25:8 25:14,25 27:2 28:12 29:6,7,22 30:17,24 31:2,12 35:10 36:13 37:7 37:20 40:5 42:23 44:4 45:8,11 47:3,8 48:21 51:3,15,23 52:5,17,20,25 53:3 53:18 54:4,18 56:20,25 57:5,9,25 58:5 60:23 61:12 61:16,19 63:5,8 64:6,19 65:8,17 66:15 67:10 68:2 68:16 69:2,15 70:5

70:24 71:22 72:13 72:21,25 73:17 74:1,6,8,13,24 75:3 75:9,13,16,19 76:13 77:13 78:9 79:14 80:1,15,24 81:6,9,22,24 82:16 84:3,24 85:4 86:9 86:15,15,21,25 87:4,13 88:15,20 89:12,15,18 90:1,4 90:15 91:18,23 95:4,8,17 97:5,11 97:11,17 98:5 99:7 99:10 101:10,21 102:23 103:24 104:2,5,23 105:2 105:13,24 106:4,17 106:21 107:16,21 107:25 108:8,12,25 109:13,16,20 110:1 110:13,16,22 111:5 111:14,16 112:4,10 112:21 113:1,6,8 113:17,25 114:9,12 114:20 115:6,24 116:6,10,25 117:6 117:23 118:15,18 118:25 119:6 120:1 121:1 122:1,18,21 123:6,12,19,22 125:10 129:10 131:21 137:4 140:11 143:4 144:20 145:12,18 146:4,20 147:8,13 147:17,22,25 148:3 148:3,9
**old** 48:12
**older** 18:2 80:21
**on-the-record** 121:5
**once** 14:21 30:10 36:17 103:11
**one's** 101:15
**ones** 23:25
**ongoing** 51:24 52:2
**open** 31:18 90:23 91:2,7,11
**opening** 64:14
**operated** 49:18 121:21
**operation** 48:22 49:6

**93**:17,20,21 137:5 137:7
**operations** 102:23
**operative** 4:8 33:17 102:10,13
**opinion** 15:8 49:7 143:13,16
**opinions** 144:2
**opportunity** 42:15 74:20,21 76:2 101:2,7,25 121:8 133:7 142:23
**opposed** 91:16 141:20 143:25
**opposing** 67:2 77:6 86:15
**opposite** 106:15
**option** 32:15 34:25 76:15 89:25 90:1 125:18 126:5 132:19 135:21
**options** 26:19 27:23 31:17 64:19 65:7 66:22 71:7 76:4,22 77:2 80:3,4 85:12 85:18 90:3 130:18 131:5 132:13,21 136:5
**oral** 112:23
**Orange** 7:7 56:12,13 149:3 150:3 152:3
**order** 33:20 105:4,5
**ordered** 28:7,10
**organ** 9:13 14:19 15:5,24 21:10,11 22:14,17,22 26:15 29:15 34:12 38:14 51:15 54:14 57:1 65:10 76:8 77:9,11 79:8 80:13 128:7
**organs** 4:4 33:25 86:2 94:22
**orgasm** 116:20,22
**orgasmic** 116:14,19 116:25
**original** 152:11
**Orlando** 1:14 3:19 5:5,14 7:7,12,17 147:24 152:2,3
**outcome** 22:12 26:25
**outcomes** 13:21
**outlined** 31:17

134:23
**outlining** 132:20
**outside** 58:6 79:5
82:23 83:6
**outweigh** 34:5
**overactive** 125:3
**overgrowth** 88:11
**overwhelming** 66:21

---

**P**

**P** 2:1,1
**P.A** 2:2
**p.m** 131:16 148:14
148:19
**packets** 66:25
**pads** 124:16
**page** 3:2 68:2 76:24
87:20,21 89:1,11
89:18 91:18 93:6,9
97:6 110:5 113:17
115:13 117:7
129:24 132:9 135:7
151:7 152:9,9,11
**pages** 87:7,8,9 93:11
94:17 102:12
**pain** 9:14 22:7,20
23:4,5,9,12 26:9,12
31:7 32:22 33:24
51:25 52:2 62:9
70:18,22 78:5
91:13 96:7,13 98:6
98:20 104:15
112:17,17 126:15
126:21 128:11,18
143:18 144:6
**painful** 9:13
**paper** 123:7
**paragraph** 62:1
69:19 85:14 93:16
110:7,8 115:16,20
137:4
**paragraphs** 95:20
**Pardon** 7:19
**parentheses** 136:20
**part** 11:7 40:23
56:12 79:13 87:11
90:2 94:17 98:22
128:22
**particular** 10:8 13:16
13:16 17:19 18:25
20:21 33:16,22
41:25 42:7 98:2

106:11 145:9
**parties** 150:8,8
**partners** 59:18,19
60:10
**pass** 50:24 123:14
147:9
**passing** 50:22
**pathology** 4:9 111:25
112:3,6,8,10
**patient** 13:20 14:1
16:13,20 17:15
22:5,9,19,24 23:1,5
25:18 26:21 27:21
27:24 28:4,15,17
29:4 30:2,13 31:14
32:2,15 33:11,17
34:16,21,22,25
38:5 39:3 40:20,24
41:1,13 42:7 45:4
46:25 47:12 52:22
52:25 53:3,4,5 55:9
55:10,12 57:14
59:7,17 60:2,18
62:4,8,13,15 66:1
67:7 68:3,4,7,12,16
68:19 69:21 70:1
71:15 72:19,19
73:14 74:21 76:1
76:15 79:11 83:10
83:24 91:15 92:3
92:10,13,16 93:17
93:19,24 94:5
96:17,20 98:9
100:14,14 101:24
102:6 103:20,21
112:3,17 113:13
114:7,20 117:23
123:5 133:13 146:6
146:14,21
**patient's** 16:2,24
23:12 46:20 58:25
59:5 135:13
**patients** 9:12 11:22
19:21 20:2,9 34:10
49:10 50:11,15,15
53:10,15 56:17
66:21,23 67:11,13
67:16,17,20,23
72:8 76:20 78:16
78:23 82:10 94:1
104:14 112:24
123:8 124:18 125:2

147:5,6
**Patricia** 5:7 149:9,10
150:4,14,15 152:16
**Patty** 5:21
**payment** 10:19
**Peachtree** 2:12
**pee** 38:5,7
**pelvic** 1:4 9:13,14,20
9:20,25 12:8,16
21:10,11 22:14,17
22:22 26:9,11,15
29:14 30:24 31:7
34:12 38:14 51:11
51:12,20,23 52:9
54:14,19 57:1
59:11,14,23 60:2
65:10 76:8 77:9,10
78:4 79:8 80:13
94:22 103:11
104:21 113:20
114:22 117:2
120:10 122:19
123:8 128:7,11
134:19 138:16
**pelvis** 104:17
**penalties** 151:21
**people** 56:15 106:21
106:24 107:6
**percent** 20:23 39:6
39:17 40:6,18 41:4
41:12 42:8 72:18
126:19
**percentage** 36:5 37:3
**percentages** 65:22
**perform** 11:25 24:7
34:6 67:11 75:1
132:22 137:1
**performed** 32:13
45:13 70:20 81:16
102:20,21,22,23
138:3
**period** 94:9,13
**peritoneal** 110:9
**perjury** 151:21
**permanent** 43:13,13
44:7,8 84:5
**permanently** 133:2
**personal** 139:20
**personally** 149:4
**pertained** 147:19
**pessaries** 29:14,17,18
125:6 135:21

**pessary** 26:20 27:24
29:8,9,10 64:22,25
66:7 71:13
**phone** 50:2
**phrasing** 47:14
**physical** 35:20 36:10
94:8 103:11 125:6
131:2 132:18
**physician** 56:21
145:13
**physicians** 7:13 10:7
24:10,11 56:6,18
**pieces** 66:25
**place** 38:24 39:21
40:19 47:8 74:8
108:14,20 109:15
151:5
**placed** 14:8,20 18:13
20:2 21:22,23
22:22 23:13 25:4
29:10 36:11,17
38:2,21 39:1 45:2,5
106:13,14
**placement** 14:2 16:1
16:24 23:7 24:7
37:16 46:4,5,10,19
47:7 78:7 126:25
**placing** 40:14 108:3
108:15
**plaintiff** 2:5 5:3,16
6:2,5 143:11,19
144:7
**Plaintiff's** 3:15 4:1
11:3,16 13:3 121:3
**plan** 26:14 27:20
30:14 31:12 91:20
91:21
**please** 5:24 6:14 7:2
13:2 152:8,11
**PLTF** 56:2 101:17
112:5 113:2
**plus** 10:18 28:2 72:1
**point** 16:10 25:4
110:13
**points** 134:22
**polypropylene** 19:18
43:4,11,12,20 44:5
44:6,15,17 84:7
86:16,16,21 87:1
125:17 126:13
127:1 130:22 132:4
138:12 140:18

**poor** 30:9 52:23
65:18
**POPQ** 63:15,18
**pore** 17:23 18:1,7,9
19:2 82:20
**portion** 111:3
**portions** 22:19
**positive** 30:3
**possibility** 15:1
144:14
**possible** 93:16,19
96:15 128:1,10,19
131:2 134:10 137:5
137:7,11
**possibly** 60:1 112:18
**post** 28:16 49:3
**post-graduate** 9:11
**post-operative** 32:21
32:22 48:17 53:1,4
115:1,13
**post-surgical** 47:21
**posterior** 4:5 97:24
111:11
**potential** 46:11 53:12
65:7 79:16 90:19
96:7 98:6
**pounds** 72:8
**practice** 7:9,11,16
11:21 53:9 72:22
92:9 99:25 101:24
106:17 110:2 112:1
124:3
**practiced** 20:1 124:2
**practicing** 127:18
**practitioner** 67:8
115:8
**practitioners** 10:7
**pre-surgical** 131:24
**precedes** 69:23
**predominant** 31:16
**preference** 107:24
**prefix** 73:7
**pregnancies** 57:21
58:1
**pregnancy** 63:6
**pregnant** 57:23
**premise** 107:1 108:2
108:19
**preoperative** 87:13
**Presbyterian** 8:20
**prescribed** 88:22
**present** 2:21 17:12

Case 6:20-cv-00831-RBD-GJK   Document 110-5   Filed 10/01/20   Page 164 of 170 PageID
18786

Page 163

25:14 27:5 61:25
62:1 104:5
**presentation** 13:25
14:3 78:17
**presentations** 12:15
12:18,21 13:7,11
13:15,20 14:7
**presented** 13:18 18:8
27:3 29:23,24
30:18
**presenting** 32:10
**pressure** 30:22
**presume** 76:10
**pretty** 25:3
**prevent** 29:12 42:9
82:21
**previous** 23:6 32:8
95:9
**previously** 76:1 89:5
**primary** 108:20
125:1
**prior** 43:15 44:10
63:5 65:12 103:15
103:16 104:2
112:25
**private** 7:9,15
**probably** 21:8 48:10
111:16 121:24
142:9 146:19
**problem** 16:15 44:2
48:22 76:17 88:9
100:4 118:3 119:17
119:20
**problems** 33:14
53:12 67:14 69:15
88:6,7 116:19
**procedure** 21:15
33:3,13 34:21,22
34:23 41:1,18 75:2
75:3 89:19 90:2
91:4,5,7,7,10,11
92:4 97:23 101:25
107:4,17 128:12,25
132:20,22 133:22
137:1
**procedures** 24:8 91:8
91:24 92:21 95:7
95:11,19 105:5
**proceed** 92:3
**proceedings** 151:5
**process** 94:18 101:3
106:7,8 129:2

**processed** 152:13
**product** 15:6,13,19
16:5 37:21 39:20
39:21 40:3,17 42:7
45:1,6 47:1 83:20
95:13,14 133:8
134:11 138:17
140:6,24 141:19,19
**products** 1:4,5 17:1,7
17:9 127:13 133:12
135:10 136:11
**program** 56:17
**prolapse** 9:13 12:13
13:19 14:3,9,14
19:6,14 21:10,11
21:22 22:14,17,23
24:8 26:16,17,24
27:1 29:11,13,15
32:4,5 34:1,12
38:15 54:14 57:2
63:9,13 64:2,2,6,8
65:6,10 67:14 71:7
71:17 76:8 77:9,11
79:8,13,16 80:13
88:1 90:7,7 103:2
105:9 107:4 128:8
146:6
**prolapsing** 79:22
**prompt** 152:14
**prone** 16:13
**proper** 139:13
**properties** 40:13 83:8
83:12,23
**prove** 140:22
**provide** 67:22 75:13
76:14,15 89:20
113:13 139:17
**provided** 60:9 86:17
86:17 93:8 96:18
99:13 123:1,3
140:5 152:10
**provider** 48:8
**provides** 55:12 62:13
**providing** 68:12
**PS** 19:5
**Public** 5:8 150:4
**Public-State** 149:11
150:15
**publication** 12:10
**published** 12:7
**Puig** 67:6,7
**Puig's** 115:6

**pull** 10:22
**pulled** 10:23 25:5
**pulley** 72:9
**pulling** 72:7
**purpose** 5:14 74:24
75:1,23 108:9
**purposes** 60:17
**pushing** 72:7,10
**put** 22:17 24:25
37:11,22 38:11,16
39:16 59:5 74:11
127:10 140:16

_____

**Q**

**Q-tip** 30:12
**quality** 52:23 124:11
**question** 14:24 15:11
16:11 22:15,18
36:7,15 37:5 39:21
43:19 46:15,17
49:23 53:8 57:20
69:11 74:1 122:5
143:23 147:14
**questioned** 27:14
121:3
**questions** 86:16
92:16,16 97:11
121:9 123:22
129:14 131:8,24
133:8 138:11,14
142:23 143:4
144:23 147:10,10
147:11
**quick** 21:18 84:23
**quickly** 114:6 146:1
**quite** 21:2

_____

**R**

**R** 2:1
**radiofrequency**
132:15
**Raeann** 1:8 2:5 5:17
10:20 151:2 152:4
**Raise** 6:15
**ranging** 94:2
**rate** 126:10,12,18
**rates** 96:16 127:13
**raw** 139:9,21 140:22
**RBAYLESS** 101:17
**reach** 118:25 119:8
119:12
**reaction** 35:18

**read** 3:12 70:12
110:11,20 113:6
115:19 137:9 139:8
147:15 148:20
151:5,21 152:8
**reading** 152:12
**ready** 50:25
**real** 21:18 121:12
146:1
**realize** 104:15
**really** 18:15 27:13
50:5,5
**reason** 24:24 66:18
107:25 109:5
**reasons** 84:3 104:10
104:18
**recall** 19:9 21:3 24:3
46:12,20 121:20
**recalled** 146:2
**receive** 77:10
**receiving** 135:10
**recollection** 48:21
**recommend** 72:5
**recommendation**
30:14 32:14 59:11
**recommendations**
59:10
**recommended** 120:9
120:12 123:8
**recommending** 60:3
**reconstruct** 51:16
**reconstruction** 12:16
**reconstructive** 9:20
10:1 12:9 51:12,20
51:24 52:19 128:5
**record** 3:20 5:11,25
7:2 48:6 53:21
54:12,24,25 55:3,6
55:18,19,22 58:18
58:22 60:8 67:3,19
72:17 73:1,3,6,9,17
73:23 74:11,14,15
75:18,19,20,21,24
79:7 80:2 84:25
85:2,5,9 87:11
105:3 110:24
121:10 131:9,15,17
131:18 148:15
150:6 151:5
**recordings** 68:14
**records** 3:16 10:20
10:21,23 11:2,7,8

11:10,11 25:11,12
47:20 48:14 53:19
56:1,3,21 57:20
62:20 72:22 73:11
87:5,10,20 114:15
114:17 129:5
147:19 148:6
**recovery** 28:1 32:10
33:19,20 71:22,25
**Recross** 3:8 144:21
**rectocele** 32:6
**rectopexy** 12:12
**rectum** 63:22
**Redirect** 3:7 143:5
**Reducing** 14:5
**refer** 19:14 61:24
68:2 110:5 113:18
**reference** 13:22,25
23:3 32:24 46:4
74:2 100:8 138:15
141:21 145:6
**referring** 17:19
20:12,14 21:12
37:13 54:7 61:25
148:2
**reflect** 135:1
**reflected** 63:15 76:23
89:10 113:10
**reflective** 21:21
27:14
**reflects** 73:13 132:12
**refrain** 113:22
120:13,16
**refraining** 72:14
**refuse** 35:1
**refused** 96:20,23
**regard** 59:21 138:25
**regarding** 54:14
60:24 68:13,14
75:14 89:2 91:19
96:18 117:9 122:19
**regulated** 138:18
**rehab** 61:20
**reinforced** 113:11
**relate** 52:12
**related** 12:11 14:1,4
14:7 22:5,7,21 23:6
23:10 25:2 44:15
52:12
**RELATES** 1:6
**relative** 150:7,8
**Relaxation** 94:21

United Reporting, Inc.
954.525.2221

**Relaxation/repair** 4:4
**relevance** 60:14 74:8
**relevant** 58:25 59:2 104:8
**relied** 97:18
**rely** 67:15,19 113:8 115:11 138:24 139:12
**remedied** 78:13
**remedy** 65:3
**remember** 21:1,17 138:13,15
**remodeling** 35:15
**removal** 92:25 93:2
**remove** 22:3,16 79:21
**removed** 20:22 21:25 22:1,19 23:2 30:11 112:2
**removing** 51:15
**renamed** 8:12
**reoccurrence** 34:1
**reoccurrences** 27:1
**reoccurring** 128:12
**repair** 1:4 28:5 77:17 84:4,9 94:21 98:3 98:11 128:8 134:19 145:22 146:6,22
**repeat** 51:7 122:10 122:21
**repeated** 137:15
**repetitive** 113:12
**report** 4:8 68:4 89:15 102:10,14 110:4 112:6,8,10 150:5
**reported** 62:8 116:1
**reporter** 3:10 5:7,21 6:3,6,15 11:18 13:5 53:22 54:3,20 58:19 69:10 83:4 95:14 107:9 131:11 134:2,5,7 142:16 142:21 150:1,4 152:16
**reporting** 5:4,22 68:8 69:22 70:21 75:9 75:16 152:11,17
**reports** 70:13,16 116:14
**represent** 56:2 60:8 114:12 123:20

**representing** 97:18 141:4
**Request** 94:21
**requested** 150:6
**requests** 23:1
**require** 98:9 145:9
**required** 33:18 56:19
**requirements** 91:13
**research** 101:7
**researched** 65:25
**reserved** 148:19
**residency** 8:16,18,21 8:23 10:6 124:3 127:22
**resident** 10:9
**residual** 28:17
**respect** 26:25 60:20 126:14 135:16
**responded** 22:25 82:10 118:23
**response** 35:16 36:9 36:12,13,22 37:4 38:10 43:7,9 112:7
**responses** 18:10 104:21
**responsibility** 40:15
**rest** 59:11,14,23 60:2 113:20 117:3 120:10
**restate** 22:15
**Restorelle** 81:9,16,17 82:4,14 83:13 90:11,14,15 97:6 121:17 122:2 136:9 146:1,4,14,18,22 147:5
**restraint** 72:14
**restricted** 94:9,12
**restrictions** 28:3 33:19 53:4 72:1,4 113:13 139:22
**result** 38:3 112:16 143:23 144:7
**retention** 22:5 78:6 86:5 128:13
**retropubic** 37:17 45:15 46:4 125:24 126:2
**return** 114:9 119:4
**returned** 48:1 148:5
**review** 27:6 30:23 68:18,22 69:1

74:17,21 75:25 101:25 112:8 115:14 123:4 141:18 143:8 145:4 150:5
**reviewed** 27:16,23 73:17 121:16,22 143:8,15
**right** 6:15 15:13 18:21 19:9,23 20:5 21:3 24:3,12 28:23 29:6,19 31:10 34:8 34:23 35:1 36:21 39:14 42:2,18 43:23 49:1,4 50:9 50:12,19,21 51:3 52:14 54:16 59:12 60:8 62:25 63:6,10 63:13 64:9,14,20 65:10 66:5,8 68:20 69:3,15 70:6,25 71:8,11,23 72:15 72:19,23 73:1,14 73:23,24 74:13 76:8,23,25 77:3,14 77:19 78:19 79:12 79:19 80:6,9 81:1 81:10 83:10 84:17 85:15,23 87:24 88:4 89:1,3,6,13,20 89:24 90:6,9,12,20 90:22,23 92:1,4,7 92:19,24 93:4,11 93:14,17,24 94:3 94:10,13,23 95:5 95:20 96:1,4,8,13 96:18,21 97:7,9,13 97:21 98:3,6,12 99:3,5,12,20,23 100:7,9,12,17,22 100:25 101:5,8 102:5,7,9,19,21,24 103:4,7,13 104:18 105:6,19,22,25 106:5 109:21 111:9 111:20 112:22,23 114:25 115:1,4 116:7,11,20 117:4 118:13,23 119:2,9 122:10,13 125:13 128:2 129:23 131:23 135:22

137:8 142:24 148:12,20 151:4
**risk** 26:23 27:1 32:17 33:21 34:5,7 53:16 65:9 85:23,25 95:11 98:19 100:18 117:24 122:9,12
**risk/benefit** 33:2 34:8 55:14
**risks** 31:25 33:2 34:20 40:20 41:1,2 41:17,21 77:21,25 78:4 85:15,17,21 86:9 91:23 95:19 95:23,24 96:2 98:2 99:22 102:7 122:7 126:25 127:5 128:15,24 132:20 133:22 134:23
**robotic** 31:20 77:19 91:10
**robotic-assisted** 45:13
**Roman-Hernandez** 56:5
**ROS** 68:23
**Rosen** 56:16
**roughly** 137:24 147:2
**route** 91:4
**rules** 42:14
**running** 106:5,12
**runs** 126:18
**rush** 101:10 118:15

**S**
**s** 2:1 149:9 150:14
**S.E** 152:18
**sacral** 12:12 19:7,15 38:24 45:14 78:1,2 80:11 82:3 90:8,25 91:1 103:1 105:8 107:17 109:1 111:19
**safe** 45:5 125:18 140:6 146:5
**safety** 139:5,8,18 140:4
**sample** 133:12
**satisfied** 140:5
**satisfy** 140:6
**save** 66:15
**saw** 25:10,13 47:19

48:15 73:14 117:1
**saying** 16:11,14,21 17:25 40:12 42:7 109:4
**says** 49:10 62:4 64:7 68:4 69:12 70:1 71:15,25 85:15 97:15 110:9 113:19 129:24 130:17 137:5 145:6 147:24
**scar** 36:3,23,23
**schedule** 141:5
**scheduled** 134:13
**Schlesinger** 2:2 6:2
**school** 8:8,10,11,13 8:14
**Science's** 19:11
**scientific** 1:4,9 2:20 3:17 5:17 6:13 24:15 37:22 39:16 40:5 41:11 44:6 45:24 54:15 97:7 121:8 123:21 136:10 138:18 140:3,4,13,15,21 151:2 152:4
**Scientific's** 49:24 126:4
**Scoggan** 2:16 3:6 6:12,12 17:5 35:6 39:7,18 40:9 41:7 41:14,23 43:18 44:12,23 46:1,14 46:23 50:1,4 53:25 121:2,14 123:16,19 129:10,12 131:13 131:21,22 134:8,17 139:4 140:10,25 142:4,8,11,22,25 144:11 146:25 147:10,12 152:23
**scope** 58:7,11,22 59:24 60:13 61:22 65:15,19 79:5 82:24 83:6 146:12
**score** 63:15,19,25
**SE** 2:3
**seal** 149:6
**second** 54:20 68:2 69:6,12 75:1 85:14 89:1 90:6 95:17 97:5 105:9 108:9

108:14,20 110:6
115:13 135:7,21
**section** 84:22 115:14
117:9 129:25,25
**secured** 111:6
**see** 12:22 18:20 21:16
23:24 24:2 43:1
47:20,21,25 48:13
54:13 55:9 57:21
62:2,6 63:12 68:5
69:6,13,14,17 72:2
76:6 88:7 97:24
99:15 103:12
110:14,18 112:12
114:7 115:17 116:2
116:5,15 117:9,13
117:18,20 118:22
129:17 141:18
**seek** 62:10
**seen** 48:25 50:9 56:22
113:20
**select** 83:9
**selected** 81:9
**sell** 138:22
**send** 111:24
**sense** 12:5 110:24
**sent** 112:3 119:8
**sentence** 62:4
**separate** 42:6
**separately** 10:23
**separation** 117:12,17
118:11
**Sept** 1:15
**September** 5:6,12
48:25 49:4 50:9
114:13 119:13
146:25 147:2 149:5
149:6 150:10 151:3
152:1,7
**series** 113:1
**served** 141:14
**service** 87:15
**services** 56:14 67:10
**session** 133:14
**set** 53:14 148:8
**severity** 103:22
**sew** 105:21 109:14,16
109:22
**sewing** 109:14,17,22
**sewn** 109:18
**sexual** 58:25 59:15
59:18,19 60:10

72:14 94:9 96:7
113:22 116:23
117:23 120:13,16
**sexually** 59:19
104:20
**sheet** 139:6,9,18
140:4 152:13
**shopping** 72:9
**short** 55:2,21
**shortening** 105:19
**shorter** 91:12
**show** 30:1 133:13
**showing** 64:7
**showings** 138:21
**shown** 133:19
**shrink** 35:21 39:5,17
40:6,18 41:4,12
42:8
**shrinkage** 38:10
**shrinks** 35:3,11
**Shub** 2:6 3:5,8 6:10
6:10 16:8 17:4
19:24 35:5,12 39:8
39:25 40:10 41:6
41:15,22 42:3,11
42:13,20,24 43:17
44:24 45:25 46:13
46:22 49:21 50:3
50:22,25 51:3,5
52:7 53:22 54:1,4,5
54:21 55:17 58:9
58:13,16,24 59:4
60:7,15,22 61:7,11
61:23 65:16,20
73:6,8 78:15,18
79:1,4,6 82:25 83:7
84:18,25 85:8
95:16 107:15
119:25 120:7
121:12,15 123:14
129:8 131:12,19
142:3,6,20 143:20
144:12,22 146:10
146:13 147:1,9,14
147:17,22,25 148:3
148:9,12 152:22
**sic** 16:23 19:11 30:19
61:2 62:5 81:16
128:2 136:18
**side** 63:20 83:21,22
111:12
**sides** 63:21

**sidewall** 104:11
**Sigmoid** 104:8
**sign** 3:12 92:10 96:20
97:15 135:4 147:15
148:20 151:5 152:9
**signature** 73:21
138:6,8 145:1,3,7
145:10,11,14,23,24
**signed** 93:24 97:2,17
99:22 100:21
136:16 152:11,13
**significant** 42:5
**signing** 152:12
**signs** 92:6
**silicone** 29:10
**simply** 51:15
**Sincerely** 152:15
**single** 106:18,20
107:7,11,18
**Sinus** 69:15
**sir** 10:15
**Siri** 50:2
**site** 52:12
**sits** 63:22,22
**sitting** 146:24
**six** 81:19 111:9
114:25 146:19
**size** 17:24 18:1,2,7,9
19:2,19 35:20
57:17 82:20 83:16
83:16
**skin** 99:2,2
**sling** 19:12 20:14,21
20:25 22:4,6,7 23:6
31:24 37:13,15,21
37:22 39:10,15
45:15 80:5 97:7
103:4 105:11
111:20 125:4 126:2
126:4 127:1 130:19
132:20,23 133:1,8
133:15 134:10
136:10,19,25 138:3
138:18
**slings** 19:16,22 20:2
20:13,20 21:5 22:1
23:3 24:12 34:13
46:5 125:11,18,21
125:25 126:8,13,18
126:22 127:4,10
128:7 130:22 133:5
**slow** 22:11

**small** 55:7
**smaller** 17:23 18:7,9
19:2 66:25
**smoke** 120:24
**smoker** 32:8 49:9
60:25 61:2 62:25
74:12 75:10 89:13
100:14 120:21
**smokers** 50:12
**smoking** 27:22 49:19
70:25
**snafu** 55:7
**society** 127:11
**soiling** 27:18 70:8
**solely** 9:25
**solution** 76:16
**somebody** 99:20,21
116:25
**sorry** 6:3,6 28:9 29:6
40:23 46:15 58:19
74:19 83:4 87:19
91:9 107:10 109:6
114:2 118:9 134:2
**sort** 124:20 140:3
**sorts** 104:18
**sounds** 99:20
**source** 23:12 127:22
**Southern** 1:1 5:19
**space** 103:12 110:9
**Spalding** 2:7,12
**span** 21:16 81:19
**speak** 6:9
**special** 106:10
**specialty** 56:18 124:2
**specific** 14:12,12,15
14:16 33:14 44:9
46:2 47:6,12 74:10
95:9,12 119:24
123:2,3 136:10,25
**specifically** 19:6
20:15,16 31:21
33:23 34:9 44:5,17
53:9 57:24 65:14
65:23 66:14 78:2
86:22 94:25 97:1
100:7 118:7 123:10
126:1 132:7 139:7
147:23
**speculation** 134:1,4,6
**spend** 115:25
**spent** 72:18
**sphincter** 28:18

**spoken** 141:10
**spontaneously** 58:2
**stack** 62:22 145:21
**Stage** 26:15
**stand** 68:25
**standard** 31:23 80:6
80:8,12 90:6,17,17
107:8 118:24 125:3
125:11 130:18,23
**standing** 30:6 83:25
**standpoint** 32:7 42:5
**stands** 39:3 83:24
**star** 145:24
**stars** 134:21
**start** 64:13 123:24
**state** 5:8,24 7:2 9:5
62:5 149:2 150:2
**stated** 25:18 46:24
119:22
**statement** 24:25 44:9
57:10 140:3,7,12
140:16
**statements** 57:1
67:23 139:21
**states** 1:1 5:18 70:1
**stating** 14:25
**stay** 19:13 33:18
91:12,17
**stenographic** 150:6
**stenographically**
150:5
**Steven** 2:16 6:12
123:19 152:23
**steven.scoggan@el...**
2:18
**stickers** 53:24,25
**stiffness** 69:18
**stitch** 106:5
**stock** 140:17
**stooping** 72:7
**stop** 24:22 27:22
**stopped** 21:15 24:24
**strain** 72:11
**straining** 72:6
**strand** 18:5
**strands** 18:6
**stream** 22:11
**Street** 2:7,12,17 5:4
5:13
**strength** 84:8 107:14
**strengthening** 108:5
**stress** 14:4,9 30:3

31:16,22 57:2 63:9
76:11 124:6,9,19
124:25 125:1,19,22
130:4,8,23 132:11
132:13 135:16
**stresses** 108:22
**stretch** 83:20
**stretchability** 83:19
**strict** 53:9
**strike** 68:17 84:11
122:4 147:8
**stronger** 99:8
**sub-makeup** 17:23
**sub-urethral** 19:12
20:2 23:3 37:13,15
**subcompartments**
18:6
**subject** 13:18 36:17
84:1 151:22
**subjects** 43:21
**subscription** 3:11
151:1 152:9,9,11
**subspecialty** 9:19
**substance** 61:10,13
71:5 151:22
**substances** 40:14
**substantial** 144:9
**substantially** 144:8
**success** 82:6 96:16
**successful** 111:22
**sufficient** 49:23
82:19
**SUI** 80:4 130:3,18
**Suite** 2:8,17 5:5,13
7:7 152:3
**summarizing** 43:24
**summary** 95:6,10
**supine** 30:3
**supplier** 139:21
**support** 26:20 29:11
29:13 66:7
**supposed** 14:22,25
15:2,3,16,17 37:11
37:22
**sure** 14:24 15:10 16:9
17:24 23:23 37:5,8
38:1,2,11,15,21
39:21 45:22 46:9
47:11,12 51:10
53:11 57:11,11
73:18 79:15 101:15
104:4,19 108:11

123:2
**surfaces** 103:19
**surgeon** 16:1 40:13
40:15 47:16 127:3
138:24 141:20
**surgeon's** 145:10
**surgeons** 24:7 25:4
107:21,23 108:1
127:9
**surgeries** 12:11 13:19
32:1,12 54:19 79:8
81:15 89:8 94:2
102:19 103:15,16
104:3 122:19
**surgery** 9:21 10:1
11:25 12:9,11,16
14:4,14 19:14
28:21 29:3,5 32:24
33:16,23 34:5,6
35:13,14 45:18
46:9 47:13,23
48:16 51:11,12,20
51:24 52:9 53:10
59:8,11 70:20 71:6
72:5 76:19 78:4
79:17 81:10,18
82:2 83:14 84:2
89:9,23 90:20,23
91:2 93:14 94:6,10
95:1 96:24 98:9,12
98:14,19,20 100:2
100:4,4,5,22,25
101:5,11,24 102:1
102:7,20,22 103:10
105:4 111:22
112:21,25 114:6
117:3 118:15
122:10 123:9
128:11,20 130:12
131:5 133:9 134:10
134:13,20 135:9
137:25 138:3 147:3
**Surgery/Procedure**
4:7 101:14
**surgical** 26:20,25
27:25 29:8 31:14
31:17,21 32:13
33:15 42:9 51:21
52:12 60:21 65:5
66:10,12 71:16,20
76:3,15,19 77:2
78:3 80:20 81:1,3

81:12,17 82:11,17
83:9 84:4,7 85:12
85:18 87:2 90:11
90:16 91:19,24
93:5,7 95:1 97:2
104:9 105:14
109:14 110:4
114:13 118:3
119:17,21 120:4
132:10,22 133:9
136:25 141:20
146:1,5
**surgically** 31:23
71:18 109:24
**surrounding** 36:24
86:2
**Suspension** 4:12
136:19 145:7
**suture** 98:19 105:22
105:24 106:5,10,12
108:3,6,18,20
109:10,13,23
117:16,19,21,22,25
118:11 120:9
**sutures** 52:15 86:12
98:17 109:1,7,15
111:7,14
**swear** 6:14,16
**swelling** 69:18
**swings** 114:22
**sworn** 6:22 149:5
**symptomatic** 32:6
**symptoms** 22:20
26:11 27:16 32:10
68:18,22 70:1,3
115:14 130:10
**syndrome** 9:14
**syndromes** 9:14
**synthetic** 98:24 99:2
99:4,7,13,14
123:11
**system** 1:4 45:16
48:11 137:15
147:20 148:1
**systems** 69:1

---
**T**
---
**tail** 38:25
**tailored** 67:13
**take** 7:22 16:17 33:16
39:14 45:8 55:8
56:25 57:19 63:20

67:16,19 69:10
75:4 84:22 108:2
123:17 124:15
129:4
**taken** 5:3,15 55:2,21
85:3 152:7
**talk** 51:8,11 53:20
**talked** 16:23 20:18
46:10,10,17,18,19
54:18 66:7 84:19
99:22 109:8 128:23
129:2 135:24 136:6
**talking** 19:3 20:25
38:17 39:9,10,11
44:16 52:20 85:10
87:17 107:2,3
127:25
**talks** 96:15
**tape** 84:21
**targeted** 23:11
**teach** 24:6,11 127:9
**teaching** 25:3,6
**technique** 37:18 42:9
46:2 47:12 141:21
**technologies** 127:12
**technology** 17:11
**telescope** 75:4
**tell** 10:3 13:21 25:23
34:10 40:17 45:11
67:20,23,23 122:16
124:13 141:17
**telling** 42:6
**ten** 17:6 29:21 72:8
114:8,10
**tendency** 59:5
**tendered** 53:25
**tends** 64:17
**tense** 38:4
**tension** 38:22
**tension-free** 37:12,23
38:3,12,16
**term** 76:16 96:10
99:13
**terminated** 58:1
**terms** 33:11 36:25
63:19
**test** 27:8 30:3,12
**testified** 6:22 122:6
128:4 135:17
**testify** 142:12 143:1
**testimony** 3:3 6:16
41:10 51:10 83:3,6

130:21
**testing** 28:8,19 73:15
**tests** 75:25
**Texas** 2:8
**Thank** 50:21 84:24
121:12,14 129:11
134:5,7 144:20
**Thanks** 6:6 11:19
54:1 121:11
**theory** 108:19
**therapy** 22:25 125:7
131:2 132:18
**thing** 89:22 111:11
147:17
**things** 51:8,24 52:21
52:22 60:23 65:13
66:4 67:20 69:5
93:15 103:9 116:1
117:6 122:22
124:17 127:12
**think** 28:20 29:2 36:7
40:13,15 42:4 48:8
49:16 52:5,8 53:7
54:1,21 62:21
72:13 81:15 84:14
86:13 94:12 97:22
104:3 105:14 109:4
114:11 119:6 121:4
126:7 129:4,13
132:2 147:12 148:9
**third** 2:3 69:17,18,24
89:18 126:1 132:9
**thought** 28:17 139:25
**thread** 109:23,23,24
**three** 10:17 11:15
83:15 114:25
141:24
**three-day** 91:16
**tight** 22:6 37:8 38:4
**tightening** 28:5
**time** 5:12 8:12 10:6
10:10 12:6 21:17
21:21,23 25:10,12
27:2,17 28:1,20
29:23 30:17 33:17
42:16 47:19,22
48:15 49:6,18,23
51:6 53:23 54:19
54:25 55:4,19,23
65:6 67:9 71:22,25
80:22 85:2,6 91:20
94:10 115:3,25

118:22 119:16
121:5,20,22 124:7
124:22 131:15
146:17 148:4,14
151:5
**times** 11:25 12:3,21
57:23 58:2
**tissue** 35:14,25 36:2
36:9,12,13,22,24
37:4 38:10 43:7,9
52:13,23 64:12
82:10,20 84:9
106:18,19 109:10
109:17,18
**tissues** 32:23 43:14
44:9
**tobacco** 26:23 65:8
74:2,3,7
**today** 5:11 10:14
17:10,13,13 29:14
42:17 56:23 82:17
145:1 146:15,21,24
**today's** 141:3 148:13
**told** 26:19 39:5,16
40:5 41:10 43:11
44:5 132:25
**tolerated** 113:20
**top** 46:6 60:4 63:23
64:12 68:3 87:20
88:2 93:16 97:14
105:22,24 109:17
113:19 117:8
**topics** 12:15
**total** 45:13 89:23
**track** 126:10
**tract** 22:10 34:1
103:7
**traditional** 77:17
90:23 91:1 107:7
**trained** 45:23
**training** 8:24 9:11
24:4 127:22
**trainings** 10:11 24:1
**transabdominally-...**
38:23 39:12
**transcript** 5:1 148:21
150:5,6 152:7,13
**transcripts@unite...**
152:21
**transitions** 18:16
**transmitted** 59:20
104:20

**transobturator** 37:17
125:24
**transvaginal** 13:8,12
20:8,8 21:9,19,22
22:1,4,14 43:4,5
44:18 77:5,8,10
126:25
**transvaginally** 24:8
**transvaginally-pla...**
21:12,14 38:17,20
39:11
**treat** 11:23 14:4
21:10,11 22:17
29:14 38:14 53:13
64:19 80:9 118:12
125:22
**treated** 20:9 25:18
50:11 78:9,12,23
124:6
**treatment** 9:12 25:9
26:19 29:8 35:1
58:7 59:1 60:14,21
62:10 65:5 71:7
80:4,12 124:20
125:11,18 126:5
130:14,18,23 131:2
131:4 132:11,13,19
132:21 135:19
136:5 146:5
**treatments** 124:24
132:15,18
**trial** 27:24 71:13
**tried** 118:25
**trips** 124:15
**troublesome** 130:9
**true** 52:17 62:15
67:22 105:16
120:21,23 150:6
151:5,21
**truly** 27:14
**trust** 115:11
**truth** 6:17,17,18
**try** 38:24 51:6 53:19
**trying** 16:9 17:24
21:1,17 51:16
101:10 111:17
**tubal** 89:5
**tunnel** 110:8,9
**turn** 25:8
**two** 9:11 14:7 16:22
46:19 48:24 50:4
54:13 63:21 75:25

77:16 91:16 103:19
132:17 135:10
141:23
**two-page** 134:20
**type** 20:8 25:2 32:23
37:16 43:7 44:2
53:24 56:13 71:5
88:12 95:13,14
97:2 113:12 123:10
128:20
**types** 22:20 32:12
44:17 67:10 71:19
125:21
**typically** 99:8 114:6
116:22 124:10,19

─────────
**U**
**U.S** 1:9
**uh-huh** 69:10
**uh-uh** 69:10
**ultra** 83:15
**um-hmm** 69:8,25
75:6 82:1 87:22
88:8 91:14 104:13
111:2 116:8,10,16
144:24 145:8
**unaware** 41:20
**uncomfortable** 22:12
**undergo** 14:22 27:7
34:22,23 35:9
133:10
**undergoes** 35:15
**undergone** 76:1
**underneath** 109:21
**undersigned** 149:4
**understand** 14:24
15:11 16:10 17:25
22:18 27:13 36:15
40:16 51:10 56:4
58:3 60:2 62:18
63:10 66:22,23
83:1 97:15 102:10
105:2,3 107:10,25
108:8,11 111:1,17
112:5 114:24 121:6
138:16,20 140:19
141:11
**understanding** 33:12
36:1 40:12 43:3
92:3
**understood** 60:5
97:19 133:22 134:9

**unintelligible** 49:12
142:14
**unique** 14:13 32:21
78:7 127:25 128:5
**United** 1:1 5:18
152:11,17
**University** 8:2,13 9:5
**unsafe** 45:2 140:1,23
**unusual** 45:20
**urethra** 29:12 30:8
30:10
**urethral** 31:24 37:20
39:10 45:15 80:5
103:4 125:4,10,17
130:19,22 133:5
**Urethrovesical** 4:12
136:18 145:7
**urinary** 9:13 14:5
22:5,10 25:19
26:17,21 27:6,15
28:15 34:1 57:2
63:9 65:9 76:11
78:6 86:5 94:22
103:7 124:6,9,19
124:25 125:1,19,22
128:13 130:2,4,8
130:23 132:11,13
135:16 137:15,16
**urination** 23:8
**urine** 30:5,5 124:17
137:6
**Uro** 136:18
**urodynamics** 28:7,10
28:12,15 29:1
30:23
**uroflowmetry** 27:7
**urogynecological**
67:13
**urogynecologist**
123:25
**urogynecologists**
127:19
**urogynecology** 3:19
7:12 9:2,10,21 10:5
12:8 147:24 152:2
**urolog** 26:22
**urology** 12:8
**use** 13:18 23:13 24:6
26:23 32:16,21
39:20 43:12 44:6
44:15 45:2,6 47:11
53:23 61:3,8 63:2

64:25 65:8,12,17
74:2,3,7 75:14 78:3
78:7 83:9,13 84:3
86:22 89:15 90:13
95:12 99:10 121:17
122:3 124:24
125:22 126:2
127:13 138:22
139:10,22 140:17
140:22,23 146:11
146:22
**user** 61:17 71:2
**usual** 72:21 92:9
99:25 101:23 112:1
**usually** 13:13 32:15
52:11 66:21 72:8
78:12 108:17,18
112:3 124:17,22
**uterine** 26:17 32:5
90:7
**uterus** 63:23 79:13
79:19,21 92:25

─────────
**V**
**v** 1:8
**V-Loc** 106:5,10
**vagina** 14:18,23 15:5
15:23 29:11 32:24
38:25 46:7 60:4
63:21,21,23 64:13
64:14 79:22 88:2
88:11 100:9 105:22
105:25 108:17,22
108:22 109:3
**vaginal** 12:13,19
14:4,21 15:14,14
20:10 22:24 26:4
28:4 31:5,18 32:18
34:10 46:25 70:13
75:16 77:2 88:1
90:7 98:3 105:19
106:2,4,13,15
110:10,17,23,25
111:3,6 116:2,5,6
116:11 119:15
120:8 136:2 141:15
**vaginally** 62:5
**vaginally-placed**
25:1
**vaginectomy** 89:23
**vaginosis** 88:9,10,13
104:25

**vague** 59:3
**vault** 12:13 88:1 90:7
**venture** 19:16
**versus** 5:17
**vertical** 83:21
**video** 2:5,22 5:11,15
  5:23 54:22 55:3,7
  85:5
**videographer** 2:22
  5:10,22 6:14 54:25
  55:3,19,22 84:16
  84:24 85:1,4
  131:15,18 148:13
**videotape** 85:10
**videotaped** 1:23 5:2
**view** 36:14
**Virginia** 1:1 5:19
**vision** 69:6,12,13
**visit** 3:21,22,23,24,25
  4:2,11 25:25 29:5
  32:9 47:21 48:17
  49:15 56:21 61:25
  67:1,16 68:19
  70:24 71:7,19
  72:18 74:20,25
  75:12,15,17 84:13
  85:11 87:5,6 91:18
  114:13,15 115:14
  119:13 129:13,14
  131:8,25 132:7,14
  133:5,10,23 134:11
**visualized** 117:13
**voiced** 92:3
**void** 28:16
**voiding** 22:9 34:2,3
  78:6 126:14,20
**voluntarily** 58:2
**vs** 151:2 152:4

**W**

**waited** 66:18
**Wake** 8:12
**walk** 7:22
**walked** 135:1 138:2
**wall** 72:12 110:1,14
  110:23,25 111:4,7
**walls** 38:25 98:3
**want** 7:22 25:8 34:6
  34:22 43:15 44:1,3
  44:10,18 45:3 47:3
  51:8,11 53:20 55:8
  55:16 61:14,24

**68**:2 101:4 113:18
  129:15 142:9
  147:15
**wanted** 27:25 28:4
  31:14 71:17 76:7
  76:10 79:15 80:1
  101:8 103:12 109:7
  110:22 113:22
  118:21 121:10
  130:14
**warned** 118:7
**warning** 34:19 43:20
  45:1 122:16 123:4
  123:6 132:3,6
**wasn't** 75:17 97:9
  111:18
**way** 16:12,17,18,19
  40:24,25 47:8,14
  56:8,10 59:6 91:15
  107:5 129:18
  142:23
**Wayne** 9:5
**ways** 77:16
**we'll** 43:1 87:7 95:17
**we're** 19:14 42:21
  54:1,10 55:3,6,16
  56:20 85:9 87:17
  102:9 146:24
  147:12,13
**we've** 50:4 60:9 66:7
  72:22 87:10 90:12
  94:20 95:20 96:10
  101:13,18 105:15
  129:2 148:9
**Wednesday** 1:15 5:5
  5:11
**week** 11:25 12:2,3,4
**weeks** 28:2 72:1
  94:13 114:25
**weights** 136:2
**went** 99:21 125:8
**weren't** 10:6,10
  101:10 142:7
**wesh** 81:16
**West** 1:1 2:7 5:19
**willing** 97:12
**willingness** 59:22
**Winters** 2:16
**witness** 6:14,19 16:9
  17:6 19:25 35:13
  39:9,19 40:1,11
  41:8,16,24 42:4,15

**43**:19 44:13 45:1
  46:2,15,24 49:23
  50:22,24 51:2
  58:12,23 59:25
  60:20 61:10 78:17
  95:15 107:11
  119:24 123:14
  129:9 140:21
  141:12,14 142:9
  143:21 144:13
  147:9,16,21,23
  148:1,7,11,19
  149:6
**woman** 57:18
**woman's** 124:11
**women's** 10:8 23:21
**word** 127:9
**words** 34:25 122:4
**work** 9:22 23:22
  143:2
**worked** 67:25 68:1
  115:9
**working** 67:8
**worse** 93:20 124:22
  137:7
**worsening** 96:3
**worst** 64:2
**wouldn't** 12:5 18:22
  34:23 38:5,7 41:5
  41:16
**wound** 26:25 32:11
  33:24 49:11,13,14
  49:17,17 50:16
**woven** 18:5
**wrap** 42:24
**wrapping** 50:6
**written** 92:6 134:22
  136:19

**X**

**X** 3:1
**Xavier** 56:4

**Y**

**Y** 1:25 3:3 5:2,15
  6:21 7:3 46:6 81:9
  81:17 82:4,14,17
  83:13 85:6 90:14
  90:15 91:1 97:6
  121:17 122:2
  133:16 136:9 146:1
  146:5,14,18,22

**147**:5 149:4 150:5
  151:4,25 152:2
**yeah** 21:7 37:14
  47:14 58:11 87:19
  90:24 113:15 116:4
  116:6 129:19 142:8
  147:13
**year** 8:5 9:11 29:21
  121:24
**years** 17:7,14 20:1
  21:16 34:9 46:4
  61:13 68:1 80:16
  81:19 115:9 127:12
  141:24 147:3
**yeast** 88:19
**York** 8:20

**Z**

**zero** 64:1,1

**0**

**000460** 56:2

**1**

**1** 3:16 11:1,3,11 85:1
  95:20 129:8,9,10
  129:10
**10** 3:25 75:20 76:24
  85:11 129:15,19
**10/10/64** 7:5
**10/29/13** 3:19 48:19
**10:18** 55:1
**10:26** 55:4
**10:27** 55:20,23
**10th** 27:4 67:2 69:3
**11** 3:16,17 4:2 84:13
  87:7,11 89:1,18
  91:19 131:7,9
**11:00** 85:2
**11:10** 85:7
**1180** 2:12
**12** 1:15 4:3 5:6 28:2
  72:1 93:4,7 94:13
  94:25 102:12
  145:16 149:5 151:3
  152:7
**12:05** 131:16,18
**12:25** 148:14,19
**12:30** 121:7
**120** 21:24
**1212** 2:3
**1218** 152:18

**123** 3:6
**12th** 5:11 30:19
  31:13 146:25 147:2
**13** 3:18 4:4 94:15,20
  95:5,18 114:16
  134:18
**13th** 30:15
**14** 4:5 97:21 98:2
**143** 3:7
**144** 3:8
**148** 3:19,20,21,22,23
  3:24,25 4:2,3,4,5,6
  4:7,8,9,10,11,12
**149** 3:9
**14th** 28:14 73:4,13
  74:18
**15** 4:6 87:9 98:22
  114:16 117:8
**150** 3:10 21:24
**151** 3:11
**1516** 5:4,13
**152** 3:12
**16** 4:7 101:14,16,18
**16th** 29:24 74:14,25
**17** 4:8 102:9,13 110:5
**18** 4:9 87:9 112:4
  149:12 150:16
  152:1
**180** 106:12
**1800** 2:8
**18th** 149:6 150:10
**19** 4:10 113:1,10
**1986** 8:4
**1990** 8:15
**1997** 7:21 9:8,24
**1999** 10:2

**2**

**2** 3:17 11:13,16 54:12
  85:5 91:3 95:20
  110:5 122:25 129:5
**2:12-MD-02326** 1:4
**2:16-cv-01311** 1:10
**2:16-cv-1311** 5:16
**20** 4:11 11:24 20:1
  46:3 114:14,17
**20-year** 29:20
**2005** 21:19
**2008** 122:19
**2008/2009** 34:16
**2010** 21:19 24:23
**2011** 34:19 122:19

132:3
**2012** 25:13 27:4
  28:14,20 29:24
  30:15 56:22 62:9
  62:20 66:13 67:2
  69:3,22 73:4,14
  74:14 81:18
**2013** 30:19 31:3,13
  33:1 45:10 48:2,16
  48:23 49:1,4 50:9
  75:20,24 87:6,16
  100:22 102:21,22
  114:14 119:13
  125:15 126:3
  128:16,18 129:13
  132:1 147:3
**2014/2015** 34:17
**2018** 1:15 5:6,12
  81:18 147:2 149:5
  149:6 150:10 151:3
  152:1,7
**2019** 149:12 150:16
**21** 4:12 94:17 136:15
  148:16
**21st** 75:20,23 129:13
**22** 94:17
**22nd** 48:2
**23** 93:6
**2326** 1:6
**24** 91:15
**24-hour** 26:22
**24th** 114:14
**250** 29:21
**2501** 7:7 152:3
**27401** 2:18
**28th** 87:6,16 100:21
  132:1
**2nd** 2:7

**3**

**3** 3:18 13:1,3 54:2,3
  91:3 95:22 126:19
**3/10/12** 3:22
**3/21/13** 3:25
**30** 61:13 152:13
**30-pack** 49:19
**30-pack-a-day** 61:2
**300** 2:17 5:5,14
**30309-3521** 2:13
**309** 7:7 152:3
**31** 73:7
**31st** 25:13 62:20

**32** 101:17
**32803** 5:5
**32804** 7:8 152:3
**33** 101:17
**33316** 2:3 152:18
**34** 62:20
**3rd** 152:18

**4**

**4** 3:19 54:2,4,11
  95:19,22,23 119:7
  148:16
**463** 56:2
**49** 113:2

**5**

**5** 3:20 55:25 56:21
  95:23 126:19
  134:22
**5/28/13** 4:2
**5/31/12** 3:21
**5/7/12** 3:20
**50** 20:23 39:6,17 40:6
  40:18 41:4,12 42:8
  72:17
**500** 2:7 21:8 126:8,23
**51** 3:5 113:18

**6**

**6** 3:4,21 62:17
**62** 113:2

**7**

**7** 3:22 67:1 68:3,18
  72:23 102:12 135:6
  135:8
**78701** 2:8
**7th** 56:22

**8**

**8** 3:23 73:3,6,9
**8/14/12** 3:23
**8/16/12** 3:24
**8/9/13** 4:8
**800** 2:17
**86** 112:5
**87** 112:5

**9**

**9** 3:24 74:5,14 110:6
**9/24/13** 4:11
**9/24/2013** 48:7

**9:01** 1:15 5:6,12
**924241** 149:11
  150:16
**954-525-0511** 152:20
**954-525-2221** 152:19
**9th** 45:10 47:24
  102:21,22