# EXHIBIT G

```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 2                     CHARLESTON DIVISION
 3     --------------------------------§
       IN RE:  BOSTON SCIENTIFIC CORP., § Master File No. 2:12-MD-02326
 4     PELVIC REPAIR SYSTEM PRODUCTS     §
       LIABILITY LITIGATION              § MDL No. 2326
 5                                       §
            THIS DOCUMENT RELATES TO:    § JOSEPH R. GOODWIN
 6                                       § U.S. DISTRICT JUDGE
       RAEANN BAYLESS,                   §
 7                                       § Case No. 2:16-CV-01311
            Plaintiff,                   §
 8                                       §
            v.                           §
 9                                       §
       Boston Scientific Corporation,    §
10                                       §
            Defendant.                   §
11     --------------------------------§
                            - - -
12
                     Wednesday, June 6, 2018
13
                            - - -
14
15          Videotaped deposition of RAEANN M. BAYLESS,
       held at Hampton Inn Douglas, 1604 South Peterson
16     Avenue, Douglas, Georgia, commencing at
       10:01 a.m., on the above date, before Susan D.
17     Wasilewski, Registered Professional Reporter,
       Certified Realtime Reporter, and Certified Realtime
18     Captioner.
19
20
                            - - -
21
                  GOLKOW LITIGATION SERVICES
22          877.370.3377 ph | 917.591.5672 fax
                     deps@golkow.com
23
24
25
```

Raeann M. Bayless

```
 1    APPEARANCES:

 2        SCHLESINGER LAW OFFICES, P.A.

          BY:  DAVID SILVERMAN, ESQUIRE

 3        1212 Southeast Third Avenue

          Fort Lauderdale, Florida 33316

 4        (954) 866-5493

          dsilverman@schlesingerlaw.com

 5        Representing Plaintiff

 6

 7        ELLIS & WINTERS LLP

          BY:  EMILY ERIXSON, ESQUIRE

 8        4131 Parklake Avenue, Suite 400

          Raleigh, North Carolina 27612

 9        (919) 865-7000

          emily.erixson@elliswinters.com

10        Representing Defendant Boston Scientific Corp.

11

12        KING & SPALDING LLP

          BY:  HEATHER M. HOWARD, ESQUIRE

13            TACARA D. HARRIS, ESQUIRE

          1180 Peachtree Street, N.E.

14        Atlanta, Georgia 30309-3521

          (404) 572-4601

15        hhoward@kslaw.com

          tharris@kslaw.com

16        Representing Defendant Coloplast Corp.

17

18    ALSO PRESENT:

19        STAN TAM, Videographer

20

21

22

23

24

25
```

Raeann M. Bayless

```
 1                        - - -

 2                   I N D E X

 3                        - - -

 4   Testimony of:  RAEANN M. BAYLESS              PAGE

 5        DIRECT EXAMINATION BY MS. ERIXSON............  6

 6        CROSS-EXAMINATION BY MS. HOWARD............. 158

 7        CROSS-EXAMINATION BY MR. SILVERMAN.......... 281

 8

 9

10                  E X H I B I T S

11              (Attached to transcript)

12    BAYLESS DEPOSITION EXHIBITS                   PAGE

13    Exhibit 1  Amended Notice of Deposition Duces    12
                 Tecum of Raeann Bayless
14
      Exhibit 2  Medical Record                        84
15               Informed Consent and Request for
                 Repair of Relaxation of Pelvic Organs
16               and/or Urinary Incontinence
17    Exhibit 3  Medical Record                        97
                 Surgery/Procedure Consent Form
18
      Exhibit 4  Amended Plaintiff Fact Sheet         141
19
      Exhibit 5  Cross-notice of Deposition of Raeann 162
20               Bayless
21    Exhibit 6  Plaintiff Fact Sheet                 164
22    Exhibit 7  Medical Record                       184
                 COL PLTF 000008 RBAYLESS through
23               12 RBAYLESS
24
25
```

Raeann M. Bayless

```
 1                    E X H I B I T S

 2              (Attached to transcript)

 3    BAYLESS DEPOSITION EXHIBITS                PAGE

 4    Exhibit 8  Medical Record                   199

              COL PLTF 000460 RBAYLESS through

 5            463 RBAYLESS

 6    Exhibit 9  Medical Record                   216

              COL PLTF 000203 RBAYLESS through

 7            208 RBAYLESS

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Raeann M. Bayless

```
1                        - - -

2              THE VIDEOGRAPHER:  This is the beginning of

3    Disk Number 1 in the deposition of Raeann

4    Bayless.  Today's date is June 6th, 2018, and the

5    time is 10:01 a.m.

6              My name is Stan Tam and I'm the

7    videographer.  The court reporter is Susan

8    Wasilewski.

9              Counsel, please introduce yourselves,

10   including who you represent, beginning with the

11   plaintiff's counsel.

12             MR. SILVERMAN:  David Silverman with

13   Schlesinger Law on behalf of the plaintiff.

14             MS. ERIXSON:  Emily Erixson with Ellis &

15   Winters from Raleigh, North Carolina, on behalf

16   of Boston Scientific.

17             MS. HOWARD:  Heather Howard and TaCara

18   Harris of King & Spalding in Atlanta on behalf of

19   Coloplast Corporation.

20             THE VIDEOGRAPHER:  Please swear in the

21   witness.

22             THE COURT REPORTER:  Ma'am, would you raise

23   your right hand?  I'm going to place you under

24   oath.

25             Do you solemnly swear or affirm the
```

Raeann M. Bayless

 1      testimony you're about to give will be the truth,

 2      the whole truth, and nothing but the truth?

 3            THE WITNESS:  Yes, I do.

 4            THE COURT REPORTER:  Thank you.

 5            RAEANN M. BAYLESS, called as a witness by

 6      Defendant Boston Scientific Corp., having been duly

 7      sworn, testified as follows:

 8                    DIRECT EXAMINATION

 9      BY MS. ERIXSON:

10      Q.   Good morning, Ms. Bayless.  If you could,

11      please state your full name for the record.

12      A.   Raeann Michelle Bayless.

13            MS. ERIXSON:  And before we get into some

14      questions, I just want to make a point for the

15      record.  The parties have agreed that because

16      there are two defendants here, each defendant

17      will be allotted the full three hours to the

18      extent needed for the course of the deposition.

19            MR. SILVERMAN:  Just to clarify, I don't

20      think we discussed agreeing to anything, but I

21      believe under the court order you guys are

22      entitled to a full three hours today with regards

23      to doing it all together.  I don't think we'll

24      have to exercise that full three hours, but I

25      guess let's see how the day goes.

Raeann M. Bayless

```
 1              MS. ERIXSON:  And we will reserve three

 2        hours for each defendant.

 3              MR. SILVERMAN:  Okay.  Yeah.

 4              MS. ERIXSON:  Thank you.

 5     BY MS. ERIXSON:

 6        Q.   Ms. Bayless, have you ever gone by any other

 7     names or aliases?

 8        A.   (Shaking head.)

 9        Q.   We met --

10        A.   No.

11        Q.   Thank you.  We met a moment ago.  My name is

12     Emily Erixson and I represent Boston Scientific.

13     We've never met before, correct, than other this

14     morning?

15        A.   No.

16        Q.   Have you ever been deposed before?

17        A.   Not to my knowledge, no.

18        Q.   I'm going to go over a few rules just to

19     make it easier and make today flow a little bit

20     easier.  The purpose of today is for -- is to give

21     me the opportunity to ask you some questions and

22     I'll be doing that throughout the course of the

23     morning.  Okay?

24        A.   Okay.

25        Q.   And I'll ask that -- I'm going to ask you a
```

Raeann M. Bayless

```
 1    question and I will ask that you wait until I finish

 2    my question even if you think you know where I'm

 3    going, and I will wait for you to complete your

 4    answer, so that we can make a clear record.  Is that

 5    fair?

 6        A.   Yes, ma'am.

 7        Q.   And if you don't understand one of my

 8    questions, I will ask for you to -- you can tell me

 9    and I'll try to repeat it.  Is that fair?

10        A.   Yes.

11        Q.   If you don't indicate that you don't

12    understand my question, I will assume that you have

13    understood my question when you answer.  Is that

14    okay?

15        A.   That's fine.

16        Q.   And you understand that you are under oath,

17    you were just sworn in by the court reporter?

18        A.   Yes, I understand that.

19        Q.   And that's the same oath that you would take

20    before a court of law, do you understand that?

21        A.   I understand that.

22        Q.   If you need to take a break at any time,

23    please let me know and we can do that.  My only

24    request would be that you answer the question that's

25    pending at the time.
```

Raeann M. Bayless

```
 1      A.   Okay.

 2      Q.   Okay.

 3           MR. SILVERMAN:  I just want to jump in real

 4      quick.  During the deposition, for the purposes

 5      of a clear record, I may sometimes say something

 6      along the lines of "I object" or "object to

 7      form."  You still have to answer the question.  I

 8      just ask that you give a moment to make that

 9      objection, and the only time you don't answer a

10      question is if I instruct you not to.

11           THE WITNESS:  Okay.  Okay.

12   BY MS. ERIXSON:

13      Q.   And one more point:  Even though we're on

14   video today, I'll ask that you give verbal

15   responses, yeses, nos, rather than nodding your head

16   or uh-huhs.

17      A.   Okay.

18      Q.   And if I correct you, I don't mean to be

19   insulting you or anything.  It's just for the

20   purposes of the clear record.

21      A.   Okay.

22      Q.   Thank you.

23           Have you taken any medications in the last

24   24 hours?

25      A.   Yes.  I take lisinopril daily for blood
```

Raeann M. Bayless

```
 1    pressure, high blood pressure.

 2        Q.   Any other prescription medications?

 3        A.   No.

 4        Q.   Do you take any vitamins or supplements of

 5    any kind?

 6        A.   I usually do but I'm out right now.

 7        Q.   What do you usually take?

 8        A.   Like a multivitamin.  I don't have a

 9    specific brand.

10        Q.   And that's something you just get over the

11    counter?

12        A.   Uh-huh.

13        Q.   Any other prescription drugs?

14        A.   No.

15        Q.   Have you consumed any alcohol in the last 24

16    hours?

17        A.   No, I haven't.

18        Q.   Have you taken any recreational drugs in the

19    last 24 hours?

20        A.   No, I haven't.

21        Q.   Are there any side effects to the blood

22    pressure medication that would affect your ability

23    to testify truthfully and accurately today?

24        A.   Not at all.

25        Q.   Do you experience any side effects of that
```

Raeann M. Bayless

1    drug?

2        A.    No.

3        Q.    Is there anything else that would prohibit

4    you from testifying truthfully and accurately this

5    morning?

6        A.    No.

7        Q.    What did you do to prepare for this

8    deposition today, if anything?

9              MR. SILVERMAN:  Object to form.  You can

10       answer.

11       A.    Nothing.

12       Q.    Did you meet with your attorney?

13       A.    Yes, I did do that.

14       Q.    And without telling me anything that you all

15   talked about, I don't want to hear about that, how

16   long did y'all meet?

17       A.    Just several minutes before we came in here.

18       Q.    Was today the first time that you met your

19   attorney?

20       A.    This attorney, yes.

21       Q.    Have you met with other attorneys from his

22   law firm prior to --

23       A.    I've talked to them on the phone.  I haven't

24   actually met them.

25       Q.    Did you review any records in advance of the

Raeann M. Bayless

1    deposition today?

2       A.   No.

3       Q.   Have you ever reviewed any of your medical

4    records?

5       A.   No.

6       Q.   Did you speak with -- other than your

7    attorney, did you speak with anyone else about the

8    deposition today?

9       A.   No.

10      Q.   I'm going to ahead and mark --

11           MR. SILVERMAN:  Are you going to have copies

12      for me today?

13           MS. ERIXSON:  Yes.

14           (Bayless Exhibit 1 was marked for

15      identification.)

16    BY MS. ERIXSON:

17      Q.   Ms. Bayless, I'm showing you what we've

18    marked as Exhibit 1.  Have you seen this document

19    before?

20      A.   I think I received one of these in the mail

21    recently.

22      Q.   And if --

23      A.   I'm not sure -- it's set up like this but

24    I'm not sure if this was the exact document.

25      Q.   And I'll represent to you that this is the

Raeann M. Bayless

```
 1    notice for your deposition today.

 2        A.   Okay.

 3        Q.   If you would turn to what I believe is the

 4    third page, it says Schedule A.  It may be the

 5    fourth page.

 6             MR. SILVERMAN:  I'm just going to make one

 7        objection with regards to Schedule A.  We've

 8        produced all records pursuant to this -- pursuant

 9        to this duces tecum.  Our belief is that the

10        previous request and the plaintiff's fact sheet

11        requests mirror the requests in here, so

12        everything that she has has been produced to you.

13             MS. ERIXSON:  Okay.

14    BY MS. ERIXSON:

15        Q.   And I'll just ask, have you ever had the

16    opportunity to review this Schedule A?

17        A.   I did read over it a little bit and I --

18    yeah, I had received this.

19        Q.   And did you have any documents that are

20    listed in any of those paragraphs in your

21    possession?

22        A.   No.

23        Q.   You never had anything?

24        A.   Ung-ugh.

25        Q.   Did you ever look for any of those
```

Raeann M. Bayless

1    documents?

2         MR. SILVERMAN:   Form.   You can answer.

3    A.    Whatever documents that I had, I turned over

4    to them.

5    Q.    Okay.   Thank you.   You can put that to the

6    side and that will be the court reporter's copy.

7         Ms. Bayless, what is your current address?

8    A.    Well, I'm living here in Douglas

9    temporarily, and that's 341 Greenfield Circle, and

10   that's Douglas, Georgia, 31535.

11        My permanent or what has been off and on for

12   the last 30, 40 -- 30 something years is 1754

13   Poinciana, that's P-o-i-n-c-i-a-n-a, Circle,

14   Titusville, Florida 32796.

15   Q.    You mentioned you are living at the

16   Greenfield Circle address here in Douglasville

17   temporarily?

18   A.    I came down because my daughter just had a

19   baby.   I've been here for a couple of months and

20   that was to help her with the baby, you know, get

21   through the pregnancy and help her with the baby,

22   which she has had the baby, and in the meantime, I

23   got a job at McDonald's, so I wasn't in any hurry to

24   go back right at the moment.

25   Q.    Is the Greenfield Circle address your

Raeann M. Bayless

```
 1    daughter's address?

 2       A.   Uh-huh.

 3       Q.   And which daughter is that?

 4            MR. SILVERMAN:  One second.  I'm just going

 5       to remind you just to give verbal answers, yeses

 6       and nos, and not uh-huhs or shakes of the head.

 7            THE WITNESS:  Okay.  I'm sorry.

 8            MR. SILVERMAN:  It's okay.  I may remind

 9       sometimes.

10            THE WITNESS:  Okay.

11            MR. SILVERMAN:  She may remind you.  It's

12       just to have a clear record.  Okay?

13            THE WITNESS:  Okay.

14            MS. ERIXSON:  Thank you.

15    BY MS. ERIXSON:

16       Q.   Which daughter is it that you are here --

17       A.   Kassidy Joe.

18       Q.   Kassidy Joe.  Thank you.  And when did you

19       arrive in Douglas?

20       A.   April the 25th.

21       Q.   Of 2018?

22       A.   Of this year, yes.

23       Q.   And you don't have any present plans to

24       return to Titusville?

25       A.   I will return eventually because I have a
```

Raeann M. Bayless

```
 1    mother that's down there that she needs assistance.

 2        Q.   Does your mother live at the Titusville

 3    address?

 4        A.   Yes.

 5        Q.   And you said you've been there for 30, 40

 6    years?

 7        A.   Off and on.  Let's see.  My son is 31 and

 8    they moved in there shortly after he was born.

 9        Q.   Do you own that home?

10        A.   No.  My mother and father own the home and

11    my father is deceased and now my mother owns the

12    home.

13        Q.   Does anyone else live in that home?

14        A.   My son and his girlfriend and her two kids,

15    my son Kevin Pope.

16        Q.   What is your son's girlfriend's name?

17        A.   Melissa but I don't know her last name.

18        Q.   And you said there are two kids?

19        A.   Not their two kids, her two kids.

20        Q.   So you mentioned your daughter Kassidy and

21    your son Kevin.  And you have two other children,

22    correct?

23        A.   I do.

24        Q.   Michelle Pope?

25        A.   (Nodding head.)
```

Raeann M. Bayless

```
1      Q.   Is that a yes?

2      A.   I'm sorry.  Yes.

3      Q.   And Kenneth Joe?

4      A.   That's correct.

5      Q.   Who is the biological father of Michelle

6  Pope?

7      A.   He's deceased.  His name is Chester Lee

8  Pope.  His name was Chester Lee Pope.

9      Q.   When did he pass?

10     A.   He passed in 1999.

11     Q.   Who is the biological -- is he also the

12  biological father of Kevin?

13     A.   Yes.

14     Q.   And who is the biological father of Kassidy

15  Joe?

16     A.   Kassidy and Kenneth have the same father and

17  their name is -- his name General Lee Joe.

18     Q.   I'm sorry.  General Lee Joe?

19     A.   Yes, That's his name.  There is no junior.

20     Q.   Is he still alive?

21     A.   Yes, he is.

22     Q.   Where does he live?

23     A.   He lives in Titusville also.

24     Q.   Do you have his address?

25     A.   Not his specific address but he lives in a
```

Raeann M. Bayless

```
 1    place called Canaveral Groves.  It's off of US 1,

 2    State Road US 1, in between Titusville and Cocoa.

 3        Q.   Have you ever been married, Ms. Bayless?

 4        A.   No.

 5        Q.   With your four children, did you have

 6    vaginal deliveries with each of those four children?

 7        A.   Yes, I did.

 8        Q.   Did you experience any complications during

 9    labor with any of your four children?

10             MR. SILVERMAN:  Form.  You can answer.

11        A.   No.

12        Q.   How long were the labors for each of those

13    children?

14        A.   My daughter Michelle, hers was over the

15    course of a couple of days.  My son Kevin, I don't

16    even remember, like maybe eight to 10 hours; and

17    Kassidy, I want to say eight; and with Kenneth, it

18    was only about five, three to five.

19        Q.   Other than those four labor and deliveries,

20    have you ever been pregnant other than those?

21        A.   Yes.

22        Q.   How many times?

23        A.   Five more times.

24        Q.   How did each of those pregnancies end?

25             MR. SILVERMAN:  Form.
```

Raeann M. Bayless

```
 1      A.    I ended three of them, and two of them were

 2   miscarriages.

 3      Q.    With the two that were miscarriages, did you

 4   have to have any medical procedures following the

 5   miscarriage?

 6      A.    No.

 7      Q.    Did you seek medical attention?

 8      A.    No, but I was aware of, you know, what signs

 9   to look for because I've -- I was going to go into

10   the medical field and just from having other

11   children, I knew what the look for.

12      Q.    And what were those signs?

13            MR. SILVERMAN:   Form.

14      A.    Infection, big clots, after the miscarriage,

15   any more big clots, foul smell, something to that

16   effect.

17      Q.    When were each of the two miscarriages?

18      A.    Between -- between 1988 and 1989.  They

19   were, like, back to back, but I couldn't give you a

20   specific date or month.

21      Q.    Prior to the miscarriage, did you know that

22   you were pregnant?

23      A.    Yes.

24            MR. SILVERMAN:   Form.

25      Q.    And you mentioned that you noticed an
```

Raeann M. Bayless

```
 1    infection.  Can you describe that for me?
 2        A.    No.  I said I knew what to look for.  I
 3    didn't say I had an infection.
 4        Q.    Okay.  Thank you.
 5        A.    That's why I did not seek medical attention.
 6        Q.    What -- what symptoms did you experience
 7    prior to the miscarriage?
 8            MR. SILVERMAN:  Object to the form; vague as
 9        to which miscarriage.
10        Q.    Both of them.
11            MR. SILVERMAN:  Form.
12        A.    Like strong period cramps, not quite labor
13    pains but sharper pains than a period cramp, and it
14    didn't come and go like a contraction.  It was,
15    like, steady.
16        Q.    And the three other pregnancies that you
17    described you ended in abortion?
18        A.    Yes, I did.
19        Q.    Where were those abortions performed?
20        A.    Orlando, Florida.
21        Q.    When were they?
22        A.    Oh, no.  I'm sorry.  One of them was in
23    Jack -- Orange -- well, I was living in Orange Park
24    at the time, Orange Park, Florida, and I don't
25    remember exactly where I went.  It might have been
```

Raeann M. Bayless

```
 1    on in to Jacksonville, because I don't remember

 2    having an abortion clinic in Orange Park, but that

 3    was the first one, in 1983.

 4         And the second one, when I moved back to

 5    Titusville, there were a few months in between that,

 6    so I'd say 1984, maybe a year -- within a year I got

 7    pregnant again and very -- I had a high temperature

 8    from a urinary tract infection that was caused from

 9    not drinking enough water or hydrating myself, and

10    the temperatures were so high that the doctor said

11    there might be some brain damage, so I elected to

12    end the pregnancy.

13    Q.   And that was in 1984?

14    A.   '84.  Okay.  And then the other abortion was

15    after the miscarriage, between '87 and '89 -- well,

16    '88 and '89, I got pregnant again not too long after

17    I miscarried.  Okay.  Hold on.

18         I got pregnant from somebody in Orlando and

19    I miscarried that one, and then when I came back to

20    Titusville, I -- it was a matter of a couple of

21    months and I got pregnant from someone else and

22    miscarried that one.  And then several months --

23    within six months I got pregnant from that same

24    person.  It was Kenneth and Kassidy's father, those

25    four pregnancies right there, and I chose to end
```

Raeann M. Bayless

```
 1     that one.
 2            And then when I got pregnant with Kassidy, I
 3     chose not to, and with Kenneth I chose not to, even
 4     though they were kind of relatively close together.
 5     Q.   With the three terminated pregnancies, did
 6     you have to -- did you have a medical procedure to
 7     end those pregnancies?
 8     A.   Yes.
 9            MR. SILVERMAN:  Form.
10     Q.   Do you know what that procedure was?
11            MR. SILVERMAN:  Form.
12     A.   However they perform abortions.
13     Q.   Ms. Bayless, how many sexual partners have
14     you had that involved vaginal intercourse?
15            MR. SILVERMAN:  Object to the form.
16     A.   I don't know.
17     Q.   Is it greater than 50?
18            MR. SILVERMAN:  Form.
19     A.   No.
20     Q.   Greater than 20?
21            MR. SILVERMAN:  Form.
22     A.   Probably around 20.
23     Q.   We're going to turn to your education
24     background and work history now.
25     A.   Okay.
```

Raeann M. Bayless

1    Q.    Did you attend Orange Park High School in

2  Florida?

3    A.    I did.  Yes, I did, but I didn't graduate

4  from there.

5    Q.    Why was that?

6    A.    Because my father was retired Navy, which is

7  why we were in Orange Park in the first place, and I

8  had about a -- in high school, I had about a

9  year-and-a-half to go in high school, and at that

10 time, I was 17, we moved to Titusville because my

11 father got a job at the Cape.

12   Q.    Did you attend a different high school in

13 Titusville?

14   A.    I attended Whispering Hills Adult Education

15 under the regular high school program.  It was a

16 high school program also, and I received a high

17 school diploma.

18   Q.    Did you -- since high school, have you had

19 any other education?

20   A.    I went to college -- I attempted college a

21 few times.  I have one college credit.

22   Q.    When you say you attempted, did you leave

23 and come back?

24   A.    I enrolled about three or four times.

25   Q.    And why didn't you complete the course?

Raeann M. Bayless

```
1              MR. SILVERMAN:  Form.

2      A.   Pregnancies, a bad relationship, dysfunction

3   in the family.  I don't know.

4      Q.   You mentioned that you were going to go into

5   the healthcare field.  What field did you plan to go

6   into?

7      A.   Nursing.

8      Q.   Is that the credit that you have?

9      A.   No.  That was Introduction into the Legal

10  System.  I did go to school in 1987 to be certified

11  in nurse's aide.  I did become a nurse's aide.

12     Q.   Which school was that?

13     A.   It was through the local community college.

14  It was Brevard Community College, which is where I

15  have the other credit I have, but it was a separate

16  program.

17     Q.   How long was that program to become a

18  nurse's aide?

19     A.   Just a few weeks, like eight weeks.

20     Q.   Did you work as a nurse's aide after that

21  point?

22     A.   I did.

23     Q.   For how long?

24     A.   Well, I was pregnant at the time and when I

25  went to school I worked a few months after I was
```

Raeann M. Bayless

```
 1    certified at one place, and then I went to a new

 2    place and stayed there for about a year or less.

 3        Q.   Is the certification that you have to be a

 4    nurse's aide something that you have to renew

 5    periodically?

 6        A.   Yes, but I haven't renewed it.

 7        Q.   When was the last time you held that

 8    certification?

 9        A.   It was 1987, '88.

10        Q.   So you held it for about a year?

11        A.   Hm-mm.

12        Q.   Are currently employed?

13        A.   Yes, I am.

14        Q.   And that's the job at McDonald's you

15    mentioned?

16        A.   Uh-huh.

17        Q.   How long have you been at that job?

18        A.   Since April the 25th.

19        Q.   How many hours do you work in a week at

20    McDonald's?

21        A.    I average about 30 a week, but I am allowed

22    to work overtime and I elect to do that quite often,

23    so it varies.

24        Q.   How much do you get paid -- do you get paid

25    per hour at McDonald's?
```

Raeann M. Bayless

```
1       A.    Per hour, $7.25 per hour.

2       Q.    Are there any other benefits associated with

3   that position?

4       A.    Not yet, no.  You have to be there for a

5   certain period of time.

6       Q.    Do you currently have health insurance

7   otherwise?

8       A.    No.  I'm not eligible for that until after

9   the three-month probation, but the open enrollment

10  for McDonald's is not until November, which I plan

11  to do that, I plan to get it.

12      Q.    When was the last time that you had health

13  insurance?

14      A.    I don't -- I can't even remember.  I would

15  go through somebody else that's based on your

16  income.

17      Q.    Do you have Medicaid?

18      A.    No.

19      Q.    Prior to working at McDonald's, what was the

20  last job that you held?

21      A.    I was self-employed.  I did housekeeping for

22  a few people.

23      Q.    And that was in Titusville?

24      A.    Uh-huh.

25      Q.    How many hours per week did you work as a
```

Raeann M. Bayless

```
1    housekeeper?

2       A.   It just depended on when I was needed.  I

3    had to -- I took care of my mother a lot, so I had

4    to work around that.

5       Q.   And from -- during what time period were you

6    self-employed as a housekeeper?

7       A.   From the time I came back from Orlando, this

8    time was 2012 or '13, until I moved here.

9       Q.   And until you moved to Douglasville?

10      A.   Uh-huh.

11      Q.   I'm sorry.  Douglas.

12           During that period, between 2012 and 2018,

13   when you moved to Douglas, did you hold any other

14   jobs?

15      A.   Yes.  I went to beauty school while I was in

16   Orlando through vocational rehab, and I worked at a

17   nail and day spa there for a year.

18      Q.   I'm going to take one step back.  When you

19   were working as a housekeeper, how much did you get

20   paid?

21           MR. SILVERMAN:  Form.

22      A.   It was -- it varied.  It wasn't very

23   lucrative, but it was enough to, you know, get my

24   cigarettes or, you know, get -- have little stuff,

25   personal hygiene, stuff like that.
```

Raeann M. Bayless

```
1      Q.   How long did you work at the nail spa?

2      A.   About a year.

3      Q.   How much did you make during --

4      A.   I make commissions.

5           MR. SILVERMAN:  Form.

6      A.   So it was 60/40, I made 60 and they made 40

7  percent of whatever, and it varied.  It just

8  depended on -- because I didn't have a clientele

9  built up, so it just varied by whatever they brought

10 in through Groupon or something like that, walk-ins.

11     Q.   You made 40 percent of whatever was charged

12 to the client?

13     A.   I made 60, they made 40.

14     Q.   Sixty.  Thank you.  Other than the nail

15 salon, any other employment?

16     A.   Several places.

17     Q.   Let's say since 2000.

18     A.   Not -- since 2000?  Dunkin' Donuts while I

19 was in Orlando in 2001.  I worked there several

20 months, maybe a year, before I moved back to

21 Titusville, and then I've worked at Ramada Inn.

22 I've done, like, room attendant, maid work at

23 motels, and that was about it, because I had a -- I

24 was in a relationship where he pretty much was the

25 provider.
```

Raeann M. Bayless

```
1        Q.    You've mentioned a couple of times going

2   back and forth between Orlando and Titusville.  Why

3   was that?

4              MR. SILVERMAN:  Form.

5        A.    In 2001 -- well, let me go back.  In '99 I

6   had broke up with Kassidy and Kenneth's father, and

7   I was kind of devastated about it, so I got into

8   drugs for a little while and I went to rehab over in

9   Orlando in 2001, 2000 to 2001.

10       Q.    Were you living in Orlando at the time?

11       A.    I was at a residential program.

12       Q.    So the rehab facility was in Orlando?

13       A.    Yes.

14       Q.    Were you living in Orlando prior to

15   attending the rehab facility?

16       A.    No.

17       Q.    And if you'll just wait until I ask the

18   question.

19       A.    Okay.

20       Q.    You were not living in Orlando prior to

21   attending the rehab?

22       A.    No.

23       Q.    You went there for the purpose of the rehab?

24       A.    Right.

25       Q.    What drugs were you using?
```

Raeann M. Bayless

```
 1            MR. SILVERMAN:  Form.

 2      A.   Crack cocaine.

 3      Q.   And in that period between 1999 and 2001,

 4   how frequently did you use crack cocaine?

 5            MR. SILVERMAN:  Object to the form.

 6      A.   As much as I could.

 7      Q.   Daily?

 8            MR. SILVERMAN:  Form.

 9      A.   Almost daily, yes.

10      Q.   When was the first time you used crack

11   cocaine?

12      A.   Around that time.

13      Q.   Around 1999?

14      A.   Uh-huh.  Yes.

15      Q.   Thank you.

16            What was the name of the residential rehab

17   program that you attended in Orlando?

18      A.   The Bridge.

19      Q.   The Bridge?

20      A.   Uh-huh.

21      Q.   Were you there for an entire year?

22      A.   No.  It was a six-month program and I

23   completed the program successfully.

24      Q.   During that six-month period did you use

25   crack cocaine?
```

Raeann M. Bayless

```
 1      A.   No.

 2      Q.   Was that program funded by health insurance?

 3      A.   No.  It was court ordered, so it was paid

 4   for.

 5      Q.   What led to the court order?

 6           MR. SILVERMAN:  Form.

 7      A.   A possession charge.

 8      Q.   When was the possession charge?

 9      A.   Right before I went there, a couple of

10   months before I went to it.

11      Q.   In 2000?

12      A.   Uh-huh.  Yes.

13      Q.   Where -- where was the possession charge?

14      A.   In Titusville.

15      Q.   How much -- was it crack cocaine possession?

16           MR. SILVERMAN:  Form.

17      A.   Well, it was -- they didn't have any actual

18   pieces of crack.  It was like residue in an

19   instrument I was using or that I was in possession

20   of.

21      Q.   Was that a pipe?

22      A.   Yeah.

23      Q.   Were you convicted of possession?

24           MR. SILVERMAN:  Object to form.

25      A.   Not until 2005.
```

Raeann M. Bayless

```
1       Q.    Was that a separate instance or all related?

2       A.    No, it just took that long, because

3    initially I got two-and-a-half years probation or

4    something, and I didn't have to take any drug tests

5    or any of that stuff and adjudication was withheld,

6    but my probation officer wanted -- there was a new

7    program coming out, a new residential rehab called

8    the Phoenix House, and we were personally involved,

9    not as lovers or anything like, but my kids hung

10   around with her kids and that was a conflict of

11   interest.  So she told me not to say anything to

12   anybody because then I'd get a new probation officer

13   as a conflict of interest, but in the end she turned

14   on me and I had to start probation all over again,

15   and then they convicted me of it for other -- for

16   other reasons.

17         My boyfriend used to abuse me physically and

18   emotionally, and one particular time it was kind of

19   bad and she said that she could not let me stay in

20   his presence and be okay with herself, so if I

21   didn't press charges against him, she was going to

22   violate me, and that's what she did.  So then that

23   turned into the -- a new court -- going through the

24   court again.  And I told them I didn't want to do

25   any more probation and then they convicted me of it,
```

Raeann M. Bayless

1    gave me a plea deal and convicted me of it.

2       Q.   Okay.  I'm going to go back.  We're going to

3    still talk about the this same instance, I'm just

4    going to go back and help myself with the time line.

5       A.   Okay.

6       Q.   So you were arrested --

7       A.   In two --

8       Q.   Let me finish my question.

9       A.   I'm sorry.

10      Q.   You were arrested in 2000 for a possession

11   of crack cocaine charge; is that correct?

12      A.   Uh-huh.

13           MR. SILVERMAN:  Object to the form.  I am

14      just going to instruct you that if you had an

15      attorney at the time, any conversations with that

16      attorney would be privileged, so you are not to

17      divulge that information.  Okay?

18           THE WITNESS:  Okay.

19   BY MS. ERIXSON:

20      Q.   After you were arrested, you indicated that

21   you -- there was a court order in place to send you

22   to the six-month residential program, The Bridge,

23   correct?

24           MR. SILVERMAN:  Object to form.

25      A.   That was part of the withholding the

Raeann M. Bayless

```
 1    adjudication and the two years probation.  That was

 2    part of the -- I had to do a six-month residential

 3    program at The Bridge.

 4        Q.   So that was --

 5        A.   It was all together.

 6        Q.   So initially you were given probation and a

 7    six-month residential in response to your arrest in

 8    2000, correct?

 9             MR. SILVERMAN:  Object to form; asked and

10        answered.

11        Q.   Is that correct?

12        A.   Yes, that's correct.

13        Q.   And then you mentioned a probation officer.

14    What was her name?

15        A.   I know her pretty well but I can't think of

16    her name right now.  I don't know.  I'd have to go

17    back and find it for you.  I don't know.  It's been

18    a long time and my memory is not the same about some

19    things.

20        Q.   Did you work with that probation officer

21    between 2000 and 2005?

22             MR. SILVERMAN:  Form.

23        A.   Okay.  First of all, her name is

24    Mrs. Griffin but I can't remember -- I think it was

25    Kathy Griffin, Griffin.
```

Raeann M. Bayless

1           I'm sorry.  What did you say?

2      Q.   Did you work with Ms. Griffin between 2000

3   and 2005?

4      A.   Yes.

5      Q.   And during -- is there a more specific

6   period between 2000 and 2005 that you worked with

7   Ms. Griffin, or was it that whole period?

8      A.   It was pretty much that whole period.

9      Q.   You testified that she turned on you at some

10  point.  Can you explain that?

11          MR. SILVERMAN:  Object to the form; asked

12     and answered.  You can answer if you remember.

13     A.   Yeah, she did.  She wanted to -- she wanted

14  to -- it was a new thing to -- I guess they get

15  credit or something for sending people to the

16  Phoenix House, and it was a new thing and she kind

17  of, to me, was just -- in my personal opinion, she

18  was looking for something to violate me for so she

19  could send me there and get bonus points or whatever

20  they get for sending you there.

21     Q.   What kind of establishment is the Phoenix

22  House?

23          MR. SILVERMAN:  Form.

24     A.   It's a residential rehab but it's more

25  long-term.  It's like an 18-month to two-year

Raeann M. Bayless

```
 1    program.

 2        Q.   And did you ever attend Phoenix House?

 3        A.   No.

 4        Q.   You mentioned that you were in a

 5    relationship at the time that involved physical

 6    abuse.

 7        A.   Yes.

 8        Q.   Who was that with?

 9             MR. SILVERMAN:  Form.

10        A.   His name was Willie Dixon.

11        Q.   And I know this may be difficult to talk

12    about but was there sexual abuse in that

13    relationship?

14        A.   No.

15        Q.   Did you ever report the abuse to

16    authorities?

17        A.   I did, but I never followed through with it.

18        Q.   When did that relationship end?

19        A.   Three years ago in November.  It will be

20    three years in November.

21        Q.   Did the abuse continue between 2005 and

22    2015?

23        A.   Yes, throughout the whole relationship.

24        Q.   You mentioned that you successfully

25    completed the six-month program at The Bridge and
```

Raeann M. Bayless

```
 1    you didn't use crack cocaine during that time

 2    period, correct?

 3        A.   That's correct.

 4             MR. SILVERMAN:  Form.

 5        Q.   Since leaving The Bridge have you used crack

 6    cocaine?

 7        A.   Maybe twice.

 8        Q.   When were those two occasions?

 9             MR. SILVERMAN:  Form.

10        A.   I don't remember the exact dates.

11        Q.   When was the last time that you used crack

12    cocaine?

13        A.   It's been a long time, but I don't remember.

14    Like, over a year.

15        Q.   Over a year from today?

16        A.   No.

17             MR. SILVERMAN:  Form.

18        A.   It's been several months, over 12.

19        Q.   Have you ever used any other illicit drugs?

20        A.   No.  Well, marijuana, if you consider that

21    illicit.

22        Q.   How many times have you smoked marijuana?

23             MR. SILVERMAN:  Form.

24        A.   Just a handful because it didn't effect --

25    it didn't agree with me.
```

Raeann M. Bayless

1    Q.   You mentioned that in 2005 you were

2  convicted of the possession charge; is that correct?

3    A.   That's correct.

4    Q.   Did you receive a sentence?

5    A.   I did receive a six-month county jail time

6  sentence, and I did four on that six.

7    Q.   Other than that conviction, have you ever

8  been convicted of a crime?

9         MR. SILVERMAN:  Object to form.

10    A.   Some misdemeanors for paraphernalia, open

11  container, driving on a suspended license.

12    Q.   Anything else?

13    A.   No, mostly those.

14    Q.   Other than The Bridge facility, have you

15  ever attended another rehab program?

16    A.   Several, yes.

17    Q.   What are those programs?

18    A.   Let's see.  The Robin's Nest in Palm Bay,

19  Florida; Christ Aid in Titusville, Florida; Parkside

20  Lodge, that was in 19 -- so I do have kind of a

21  history of this -- 1987.

22         I can't even remember them.  Let's see.  I

23  think that was all of them right there.

24    Q.   Were those all residential programs?

25    A.   Yeah.

Raeann M. Bayless

1    Q.   How were they paid for?

2         MR. SILVERMAN:  Object to form.

3    A.   The first one, my mother paid for it,

4    Parkside Lodge.  The rest of them were on a sliding

5    scale.

6    Q.   What does that mean?

7    A.   That means based on your income, so you

8    could go in without having to pay anything and then

9    you were supposed to get a job later on or whatever.

10   Q.   How long were each of those programs,

11   starting with the Parkside Lodge?

12        MR. SILVERMAN:  Form.

13   A.   That was a six-week program, 45 days.

14   Robin's Nest was 30 days.  Christ Aid was

15   indefinite, as long as you needed it.  Then I

16   already told you that Parkside Lodge -- I mean The

17   Bridge was six months.

18   Q.   You mentioned earlier that you started using

19   crack cocaine in 1999, after your breakup.

20   A.   Yeah.  I --

21        MR. SILVERMAN:  Just -- there's no question.

22   Wait for her questions.

23   Q.   Yeah.  Then you now mentioned that you

24   attended the Parkside Lodge in 1987.  Was that

25   related to crack cocaine use?

Raeann M. Bayless

```
1      A.   It was.

2           MR. SILVERMAN:  Object to form.

3      Q.   So you started using crack cocaine --

4      A.   It was early on.  I --

5           MR. SILVERMAN:  Wait for her --

6      Q.   If you'll just wait until I ask --

7           MR. SILVERMAN:  I'm sorry.  Wait for her

8      question.  It's okay.

9      Q.   Did you start using crack cocaine in 1987 or

10   some other date?

11          MR. SILVERMAN:  Object to form; asked and

12     answered.  Counsel, you've went over this over

13     and over and over again.

14          MS. ERIXSON:  She just changed her

15     testimony, so I'm just clarifying.

16          MR. SILVERMAN:  She hasn't changed anything.

17     She has clarified this several times.  It is

18     borderline harassment already.  You've asked this

19     same topic over and over and over again.  I will

20     let her answer it this time, but if you can move

21     on, please.

22          MS. ERIXSON:  Your objection is noted.

23   BY MS. ERIXSON:

24     Q.   When did you first start using crack

25     cocaine?
```

Raeann M. Bayless

```
 1              MR. SILVERMAN:  Object to form.

 2      A.   I had used crack cocaine -- and I should

 3   have said that -- a couple of times in 1987, but

 4   when I was really -- I don't know how to put it.

 5   When I was really, like, having a problem with it

 6   started in 1999 and it lasted for however long, a

 7   year or something, a couple years.

 8      Q.   All right.  We will move on and we're going

 9   to turn to your general medical history now.

10      A.   Okay.

11      Q.   Other than the surgeries that have brought

12   us here today, have you had any other pelvic

13   surgeries in your lifetime?

14              MR. SILVERMAN:  Form.

15      A.   A tubal ligation.

16      Q.   When was that surgery?

17      A.   In 1992.

18      Q.   Which doctor performed that surgery?

19      A.   Dr. Bhalani in Titusville, Florida.

20      Q.   Can you spell that?

21      A.   Bhalani, B-a-h-a-l-a-n-i.  He's Indian.  I'm

22   not sure if that's the correct spelling but it's

23   close.

24      Q.   Did you experience any complications with

25   that surgery?
```

Raeann M. Bayless

```
 1              MR. SILVERMAN:  Form.

 2       A.   Except for the fact that he left gauze

 3   inside of me after he performed it, no.

 4       Q.   Did you have a subsequent surgery to remove

 5   the gauze?

 6       A.   No.  I just pulled them out.

 7       Q.   You pulled the gauze out?

 8       A.   Yeah.

 9       Q.   From --

10       A.   The vaginal --

11       Q.   Could you see it at the incision?

12       A.   From the vaginal canal.

13       Q.   Did you do that yourself?

14       A.   I did.

15       Q.   Did you ever seek medical attention related

16   to the gauze?

17       A.   No.  It hadn't been in there that long.

18       Q.   Other than the tubal ligation, any other

19   pelvic surgeries?

20       A.   No.

21       Q.   Any other surgeries of any kind?

22       A.   Gallbladder, colonoscopy --

23       Q.   Let's just go through them one by one.  When

24   was the gallbladder surgery?

25       A.   '92.
```

Raeann M. Bayless

```
 1      Q.   Which doctor performed that?

 2      A.   I don't know.  It's in the -- you can find

 3   it in the medical records.

 4      Q.   What else besides gallbladder removal?

 5      A.   What did -- a colonoscopy.

 6      Q.   When did you have a colonoscopy?

 7      A.   Around 2004 or 2005.

 8      Q.   Was that a routine procedure or was that

 9   recommended?

10      A.   Yes, it was routine.

11      Q.   Which doctor performed the colonoscopy?

12      A.   I don't know.  It's been a long time.

13      Q.   Where was that performed?

14      A.   In Titusville.

15      Q.   Any other surgeries?

16      A.   Not -- no, not to my knowledge.  I can't

17   remember any, except for the abortions.

18      Q.   Have you ever had any injuries to your

19   spinal cord?

20      A.   No.

21      Q.   Any neurological diseases?

22      A.   No.

23           MR. SILVERMAN:  Form.

24      Q.   Have you ever had any problems with blood

25   clotting?
```

Raeann M. Bayless

```
 1      A.   No.

 2           MR. SILVERMAN:  Form.

 3      Q.   Have you ever had any -- have you ever been

 4   diagnosed with any autoimmune connective tissue

 5   disease?

 6      A.   No.

 7      Q.   Have you ever been diagnosed with arthritis?

 8      A.   No.

 9      Q.   Have you ever had any problems with your

10   kidneys?

11      A.   No.

12      Q.   Have you experienced any degenerative

13   changes as you've gotten older?

14           MR. SILVERMAN:  Object to form.

15      A.   Joint, maybe joint problems.

16      Q.   Tell me about the joint problems that you've

17   experienced.

18           MR. SILVERMAN:  Object to form; misstates

19   testimony.

20      A.   Mostly --

21           THE WITNESS:  Pardon me?

22           MR. SILVERMAN:  You can answer.

23      A.   Mostly in my neck or something like that.

24   There's not -- when I lift things or something, you

25   know, they start hurting.  If I've been walking on
```

Raeann M. Bayless

```
1    my knees too long, one of my knees kind of hurts.

2        Q.   So you mentioned that sometimes you

3    experience discomfort in your neck; is that correct?

4        A.   Uh-huh.

5             MR. SILVERMAN:  Form.

6        Q.   How often do you experience that discomfort?

7        A.   It depends on how -- you know, how -- how

8    much activity, physical activity that I done.

9        Q.   What kind of discomfort do you experience?

10       A.   Stiffness, pain.

11       Q.   Anything else related to your neck?

12       A.   No, not really, no, stiffness, pain mostly.

13       Q.   Have you ever sought medical attention for

14   that stiffness?

15       A.   I got in a car wreck in July, I think it was

16   July of the same year, 2013, that I had the surgery,

17   but it was before the surgery.

18            MR. SILVERMAN:  Let's take a short break.

19       It's about an hour.

20            THE VIDEOGRAPHER:  Off the record at 10:50.

21       (Recess from 10:50 a.m. until 11:02 a.m.)

22            THE VIDEOGRAPHER:  Back on the record at

23       11:02.

24   BY MS. ERIXSON:

25       Q.   Ms. Bayless, we just took a quick break.
```

Raeann M. Bayless

1    During that break did you speak with your attorney?

2         MR. SILVERMAN:  Object to the form.

3    A.    Just briefly.

4    Q.    What did you talk about?

5         MR. SILVERMAN:  Whoa, whoa.  I object.  You

6    are not to answer that question.

7         I can't believe you are even asking the

8    question that would invade an attorney-client

9    privilege, and I am going to instruct her not to

10   answer pursuant to the attorney-client privilege.

11        MS. ERIXSON:  Well, and I'll note an

12   objection that during the pendency of the

13   deposition, to the extent that attorney --

14   there's a conversation between the attorney and

15   the client about the substance of this testimony,

16   that violates federal rules.

17        MR. SILVERMAN:  To the extent -- I'm going

18   to instruct her not to answer with regards to the

19   conversation she may or may not have had with the

20   attorney during the break.  That's subject to the

21   attorney-client privilege and you can move on.

22   BY MS. ERIXSON:

23   Q.    Are you going to abide by your attorney's

24   recommendation not to answer?

25   A.    Yes.

Raeann M. Bayless

```
1        Q.   Did you take a smoking break when we had the

2   break a few moments ago?

3             MR. SILVERMAN:  Form.

4        A.   I did.

5        Q.   How many cigarettes did you smoke?

6        A.   A half, not even a half.

7        Q.   A half a cigarette?

8        A.   Yes.

9        Q.   How many cigarettes do you smoke in a day?

10            MR. SILVERMAN:  Object to form.

11       A.   It varies.  A pack can last me a couple

12   days.

13       Q.   And how long have you been a smoker?

14       A.   Off and on for 30 years.

15       Q.   Before we took the break, Ms. Bayless, we

16   were talking about your general medical history.  Do

17   you remember that?

18       A.   Yes.

19       Q.   And you mentioned that you were in a car

20   accident in 2013.

21       A.   Yes.

22            MR. SILVERMAN:  Form.

23       Q.   Can you describe that car accident for me?

24       A.   I was rear-ended by someone while I was

25   stopped at a red light.
```

Raeann M. Bayless

1     Q.    Did you experiences any injuries as a result

2   of that car accident?

3     A.    The whiplash from the -- that's why I have

4   neck pain.

5     Q.    Did you seek medical attention?

6     A.    I did.

7     Q.    From whom?

8     A.    I can't remember their names right at the

9   moment.

10    Q.    Where were you?

11    A.    In Orlando.

12    Q.    Did you go to the hospital?

13    A.    Not right away.  I went maybe a day later.

14    Q.    Did you receive any treatment for your

15  whiplash?

16    A.    I did receive chiropractic, but I don't

17  remember her name.  It was a lady.

18    Q.    How many chiropractic treatments did you

19  receive?

20    A.    I went several times but I don't remember

21  how many times.

22    Q.    And you're not claiming whiplash as an

23  injury in this lawsuit, correct?

24          MR. SILVERMAN:  Object to form.

25    A.    No, not at all.

Raeann M. Bayless

```
1        Q.   You were also describing some joint pains

2    that you experienced.  We've talked about your neck

3    pain related to your car accident, correct?

4        A.   (Nodding head.)

5        Q.   Yes?

6        A.   Yes.  I'm sorry.

7        Q.   And you mentioned that you also experience

8    some pain in your knees; is that right?

9             MR. SILVERMAN:  Object to form.

10       A.   I have one knee, that is my right knee.

11   Shortly after I had my son in '92, I put my knee

12   down on the bed while I had him in my arm to brace

13   myself so I could sit down, and I kind of twisted it

14   a little bit, and with -- depending how much

15   physical activity I do, it is starting -- it's

16   starting to hurt.  It didn't give me a problem for a

17   long time, but I guess it's weaker now because I'm

18   older.

19       Q.   And that is -- that knee pain is not

20   something you're claiming as an injury in this

21   lawsuit, correct?

22       A.   No.

23            MR. SILVERMAN:  Form.

24       Q.   Other than the blood pressure medication

25   that you mentioned at the beginning of the
```

Raeann M. Bayless

```
1    deposition today, in the last 10 years have you ever

2    taken any other prescription drugs?

3        A.   Yes, antibiotics.

4             MR. SILVERMAN:  Form.

5        Q.   And on what occasions have you taken

6    antibiotics?

7        A.   Several occasions.

8        Q.   To treat what injuries?

9        A.   To treat -- to treat --

10            MR. SILVERMAN:  Object to form.

11       A.   -- bacterial vaginosis and I would get the

12   antibiotic because -- I don't know why but it was

13   treatable and it would go away.  I have that problem

14   currently but I can't get rid of it now.

15       Q.   And you're talking about bacterial

16   vaginosis?

17       A.   Yes.

18       Q.   You experience that currently?

19       A.   Some kind of infection, yes.

20       Q.   When was the first time that you experienced

21   bacterial vaginosis, as far as you know?

22       A.   I don't know.

23       Q.   Was it prior to the surgery in 2013?

24       A.   It was.

25       Q.   And how many times prior to the surgery in
```

Raeann M. Bayless

1    2013 did you have bacterial vaginosis?

2        A.    It was a few times.

3              MR. SILVERMAN:  Object to form.

4        A.    But I could treat it and get rid of it.

5        Q.    Was it more than five times?

6              MR. SILVERMAN:  Form.

7        A.    Probably.

8        Q.    More than 10 times?

9              MR. SILVERMAN:  Object to form.

10       A.    I'm not sure.  It wasn't a constant problem

11   but it occurred frequently.

12       Q.    Did you seek medical attention -- and I'll

13   strike that.

14             In the period prior to 2013, did you seek

15   medical treatment for the bacterial vaginosis?

16             MR. SILVERMAN:  Object to form.

17       A.    Yes, I did.

18       Q.    With whom?

19       A.    The county health department in Titusville,

20   and the emergency room sometimes, and Brevard Health

21   Alliance.  I'm not sure if that was prior to me

22   moving back from Orlando but -- and in Orlando I

23   went to the county clinic, but that was mostly for

24   blood pressure.  I didn't have -- I didn't

25   experience it that much then, the bacterial

Raeann M. Bayless

```
 1    vaginosis.

 2         Q.   Prior to 2013, when you experienced

 3    bacterial vaginosis, what symptoms did you

 4    experience?

 5              MR. SILVERMAN:  Form.

 6         A.   Odor, foul odor, a discharge.  I could tell

 7    the difference right away, so I would go seek

 8    treatment right away.

 9         Q.   When you say you could tell the difference

10    between not having bacterial vaginosis and having

11    it, is that the difference you're talking about?

12         A.   Yes.

13         Q.   Do you know what antibiotics were

14    prescribed?

15         A.   Clindamycin, I think.  I'm not sure if

16    that's the right pronunciation, and that was a

17    vaginal -- you put it in vaginally, like a cream or

18    gel or clear gel or something.  Flagyl was sometimes

19    prescribed.

20         Q.   And you said that you're currently

21    experiencing bacterial vaginosis?

22         A.   I have it -- since the surgery, I have it

23    all the time and I can't get rid of it.

24         Q.   When did that begin?

25              MR. SILVERMAN:  Form.
```

Raeann M. Bayless

1    A.   Since I had the surgery and part of the mesh

2    perforated through the top of my vagina.  It's been

3    a constant problem and I can't treat it and it won't

4    go away.  I've seeked medical attention for it and

5    it just -- I can't treat it.  It won't go away.

6    Q.   And in relation to your surgery, when was

7    the first time after your surgery that you

8    experienced bacterial vaginosis?

9    A.   Oh, within the first year, within the first

10   few months.  I'm not sure exactly but I know it was

11   when the -- not very long afterwards, and I heal --

12   and I went through the healing process.

13   Q.   So it was sometime after you had fully

14   healed from your surgery?

15        MR. SILVERMAN:  Object to form.

16   A.   Yeah -- I might not even have been fully

17   healed, but yes.

18   Q.   And in that period following your surgery in

19   2013, which medical provider did you see with regard

20   to your bacterial vaginosis?

21   A.   The emergency room and Brevard Health

22   Alliance.

23   Q.   Why did you go to the emergency room?

24   A.   Because --

25        MR. SILVERMAN:  Form.

Raeann M. Bayless

 1      A.   Because also at that time I noticed what I

 2   thought at the time was stitches or stitching kind

 3   of inside my vagina hanging down or hanging out, and

 4   it turned out -- you know, I thought they needed to

 5   take those -- take it out, and it turned out to be

 6   the mesh perforating through my vagina, through the

 7   wall of my vagina.

 8      Q.   How did you notice the stitches?  What did

 9   it appear to be to you?

10           MR. SILVERMAN:  Form.

11      A.   It appeared to be -- it appeared to be like

12   something that I knew that wasn't supposed to be

13   there but I was not -- it was more firm than regular

14   stitches.

15      Q.   How did you notice it?

16      A.   By feeling up inside there.

17      Q.   Inside your vagina?

18      A.   Yes.  And what -- oh, never mind.  What

19   brought it to my attention was I don't have a uterus

20   or a cervix anymore, and I had the foul smell and

21   the discharge, but I also had blood in my underwear,

22   and I knew I didn't have a period anymore, so I

23   was -- I was trying to feel up inside there to see

24   what it was, what was going on.

25      Q.   How much blood did you notice?

Raeann M. Bayless

```
 1      A.   It wasn't pouring out but it was enough to

 2   notice in my underwear, and it was the color of red.

 3   It wasn't like a brown or a discharge from bacterial

 4   vaginosis.

 5      Q.   When did you first notice the blood in your

 6   underwear?

 7           MR. SILVERMAN:   Form.

 8      A.   I noticed it -- I noticed it within -- I

 9   don't know exactly.  I don't know exactly when --

10   how -- what the time frame was, but it was within

11   the first year of having the surgery, maybe less.

12      Q.   And you've described the first instance that

13   you experienced bacterial vaginosis after your

14   surgery and noticing blood in your underwear.  Was

15   that the same visit to the emergency room, or are

16   those two different occasions?

17      A.   I couldn't tell you exactly.  I can't tell

18   you exact dates or how -- what the time frame was.

19   I just noticed that afterwards, when I could have

20   sex and, you know, whenever, those problems with the

21   perforation and stuff were not there, after the

22   healing process, but within the first six months to

23   a year, I noticed the perforation and the blood.

24   Because initially I thought that the blood was from

25   sexual activity too soon after the surgery, but I
```

Raeann M. Bayless

1    waited the allotted time that they told me before I

2    could have sex and I -- and I noticed -- I listened

3    to my body about being healed or not if I was ready,

4    and I noticed pain, a lot of pain, but it wasn't

5    like -- you know, we didn't have rough sex or

6    anything like that, so -- it was the same way we

7    always had it, and that's when I noticed there was

8    blood.

9          I started having -- every time that I did

10   any physical act -- light physical activity or had

11   sex, I would bleed.  I didn't notice the perforation

12   of the mesh until somewhere in between several times

13   after having sex after the healing process and when

14   I went to the emergency room, because I thought it

15   was just something -- like a normal thing from maybe

16   I -- I still didn't let my body heal long enough or

17   something, but I waited the allotted time and I

18   noticed blood, and I know I shouldn't have been

19   bleeding because I don't have a cervix or a uterus.

20   Q.    How long did you wait after your surgery in

21   2013 to have sexual intercourse the first time?

22   A.    I couldn't tell you that.  Whatever she

23   instruct -- whatever my doctor instructed me, I

24   waited that time.

25   Q.    And we'll go through this in a little bit

Raeann M. Bayless

1    more detail a little bit later.  I'm going to turn

2    back to general medical history, if I can, for just

3    a few minutes.

4        A.    Okay.

5        Q.    Have you ever taken any hormone replacement

6    therapies?

7        A.    No, except for a brief period after I had

8    the surgery, for maybe a week or two, because she --

9    Dr. Kathy Jones gave me an exam, was checking the

10   surgery and everything just to make sure it was

11   healing properly, and to the back of my -- where

12   they took the uterus and the cervix out, to the back

13   of my vagina, the bottom of my vagina or the bottom

14   -- the wall at the -- you know, I don't know how to

15   describe it because I'm not a doctor, but where she

16   stitched, where there was a surgical line, I guess

17   where -- you know, to the back, there was a little

18   opening in it.  So she gave me Prevagen or estrogen,

19   or whatever it is.  It's something to do with

20   silver -- silver something, and that was to close up

21   where there might have been a little opening where

22   the stitch line in the back came open a little bit.

23       Q.    Was that a cream that she prescribed?

24       A.    It was like a clear -- it came out of a

25   tube.

Raeann M. Bayless

1    Q.   And that was something you applied?

2    A.   Yeah, I did.

3    Q.   How long did you use that gel?

4    A.   It was just a short period of time, like

5    maybe a week or two, because she didn't want me to

6    take it for very long.  It was just to seal it back

7    up.

8    Q.   And this is in relation to your 2013

9    surgery, correct?

10   A.   Yes.  It was very shortly after the surgery.

11   Q.   And other than that instance, you've never

12   taken any --

13   A.   Nothing else.

14   Q.   -- pills or creams that are estrogen based?

15   A.   No.

16   Q.   Have you ever -- do you have a history of

17   keloid scarring?

18   A.   No.

19   Q.   Do you know what keloid scars are?

20   A.   Whatever it is, I've never had it.

21   Q.   Have you ever had any issues with scarring

22   after a surgical procedure or injury?

23        MR. SILVERMAN:  Object to form.

24   A.   No.  Actually, I don't -- my scarring from

25   any surgeries I've had were very minimal after I

Raeann M. Bayless

```
 1    healed.  I was lucky in that department.

 2         Q.   Have you ever been diagnosed with a mental

 3    health condition?

 4         A.   No.

 5              MR. SILVERMAN:  Form.

 6         Q.   Have you ever sought treatment for any

 7    mental health condition?

 8         A.   No.

 9         Q.   We're going to go through a bit of your

10    family history and I'll define family as

11    grandparents, parents, aunts and uncles and

12    siblings.

13         A.   Okay.

14         Q.   Anyone within that category have a history

15    of cancer?

16              MR. SILVERMAN:  Object to form.

17         A.   Yes.

18         Q.   Who is that?

19         A.   My father, his father, my father's side of

20    the family had it, cancer.

21         Q.   What kind of cancer?

22         A.   His father and he died of throat cancer.

23         Q.   Your father and your grandfather?

24         A.   Uh-huh.

25         Q.   How old were they when they died?
```

Raeann M. Bayless

```
 1        A.    My father was 69.  He died in 2008.  His
 2   father was a lot younger when he died.  He -- I
 3   think he was in his early fifties.
 4        Q.    Any other instances of cancer in your
 5   family?
 6        A.    I think it runs -- it's very prevalent on
 7   their side of the family, but I understand that
 8   there is more but I don't know those relatives and
 9   I'm not -- I'm not sure by name who they are, but
10   there seems to be a history.
11        Q.    And is it a history of throat cancer in
12   particular?
13            MR. SILVERMAN:  Object to form.
14        A.    Yes.
15        Q.    What about on your mother's side, any
16   history of cancer?
17        A.    No.
18        Q.    Alzheimer's?
19            MR. SILVERMAN:  Form.
20        A.    No.
21        Q.    What about is there history of diabetes?
22            MR. SILVERMAN:  Object to form.
23        A.    My -- my brother, my biological brother has
24   juvenile diabetes, and then my father's
25   grandmother -- excuse me -- which is his dad's mom,
```

Raeann M. Bayless

1   had diabetes, but those are the only two relatives

2   that I know of personally that had it.

3       Q.   How many siblings do you have?

4       A.   I have two biological siblings and one

5   adopted sibling.

6       Q.   And are you the oldest, youngest, where do

7   you fall?

8       A.   I am the youngest biologically, but my

9   adopted sister is younger than me, who is really my

10  cousin.  We adopted her from my aunt, so she's still

11  a blood relative.

12      Q.   She's your biological cousin?

13      A.   Yeah, about a second or third cousin, second

14  probably.

15      Q.   Anyone in your family as we've described it

16  have a history of neurological disease?

17          MR. SILVERMAN:  Object to form.

18      A.   No.

19      Q.   Anyone in your family as we've described it

20  have any history of urinary problems?

21          MR. SILVERMAN:  Form.

22      A.   After the birth of my siblings and me, my

23  mother experienced some.

24      Q.   What problems did she experience?

25          MR. SILVERMAN:  Object to form.

Raeann M. Bayless

```
1      A.   She -- it wasn't -- you know, she didn't

2   have it right away but she has incontinence

3   problems.  She had incontinence after she had

4   birth -- gave birth to her kids.

5      Q.   Does she still experience incontinence

6   problems?

7           MR. SILVERMAN:  Object to form.

8      A.   Yeah, it's real bad right now.  She's had

9   the surgery also to correct it maybe twice, and then

10  because of her age and some other health problems,

11  they would not do it again, and now her incontinence

12  is really bad.

13     Q.   What type of surgery did she have to treat

14  her incontinence?

15          MR. SILVERMAN:  Object to form.

16     A.   I don't know what they had before they had

17  implants, but whatever it was, whatever kind of

18  surgery they used to correct incontinence.  I don't

19  know exactly.

20     Q.   When did she have her surgeries?

21     A.   I don't know that either.  I don't know the

22  years.

23     Q.   And you said she had two different

24  surgeries?

25          MR. SILVERMAN:  Form.
```

Raeann M. Bayless

```
 1      A.    I think she had it done twice, yeah.

 2      Q.    Do you know which doctor did those

 3   surgeries?

 4      A.    No.

 5      Q.    You mentioned that she couldn't have another

 6   surgery because of her age and other health

 7   problems; is that correct?

 8            MR. SILVERMAN:  Object to form; calls for

 9      speculation.

10      A.    Yeah.

11      Q.    Is that how you testified prior?

12            MR. SILVERMAN:  Form.

13      A.    Yeah.

14      Q.    What other health problems did you mean when

15   you --

16      A.    She had osteoarthritis.

17            MR. SILVERMAN:  Form.

18      A.    She had some kind of heart ailment where she

19   had to get a pacemaker put in.  She's anemic.

20   That's about -- that's the major -- and the

21   incontinence, major incontinence, irritable bowel.

22      Q.    Other than what we've already talked about

23   this morning, do you have any other health

24   conditions that we haven't mentioned?

25            MR. SILVERMAN:  Form.
```

Raeann M. Bayless

```
 1      A.    No.

 2      Q.    Do you have any gastrointestinal issues?

 3            MR. SILVERMAN:  Form.

 4      A.    Depends on what I eat, but no, I don't have

 5   irritable bowel or anything like that.

 6      Q.    Do you have food allergies?

 7      A.    No.

 8      Q.    We're going to turn now to the time period

 9   before your surgery in 2013.  Okay?

10            What symptoms were you experiencing that led

11   you to seek medical attention?

12      A.    The urinary incontinence, which turned out

13   to be mixed incontinence, and I guess a cystocele

14   problem, if that's the way you're supposed to put

15   it.  I don't know.

16      Q.    How long have you been experiencing urinary

17   incontinence prior to 2013?

18      A.    It was just 18 months, maybe, to two years

19   before I sought help to get the surgery, because it

20   was a gradual decline until I got the surgery.

21      Q.    So the incontinence was getting worse over

22   time?

23      A.    Exactly.

24            MR. SILVERMAN:  Form.

25      Q.    What -- what symptoms did you experience
```

Raeann M. Bayless

```
1    related to urinary incontinence?

2           MR. SILVERMAN:  Form.

3       A.   I couldn't hold my urine for very long.  I

4    had -- if I felt the urge, I would have to -- I

5    better go to the restroom right then, and if I drank

6    soda or something with caffeine in it, it might come

7    up on me all of the sudden and I'd have -- you know,

8    I wetted my clothes or -- that was pretty much it.

9       Q.   Did you experience frequency of urination?

10      A.   Not usually, but sometimes.  It was a -- it

11   would just -- it was just -- it would be different

12   but it was all the time a problem.  If I sneezed, if

13   I had anything to drink that day, I would wet on

14   myself.

15      Q.   And so you experienced leaking of urine

16   during that time period?

17      A.   Yes.

18           MR. SILVERMAN:  Form.

19      Q.   And you leaked urine when you sneezed?

20      A.   Sneezed.

21           MR. SILVERMAN:  Form.

22      A.   If I moved a certain way, like Indian -- if

23   I sat Indian style and I was drinking something, it

24   wouldn't be long and I probably wouldn't be able to

25   hold it, or if I just moved, you know, like turned
```

Raeann M. Bayless

```
 1    my body or something, I would -- it would -- I'd

 2    have leakage.

 3        Q.   What about when you coughed?

 4        A.   Exactly.  Definitely, sneezed or coughed.

 5        Q.   What about when you laughed?

 6        A.   That too.

 7        Q.   Any other movements --

 8        A.   When I would yell.  I'm sorry.

 9        Q.   So you experienced leaking when you would

10    yell?

11             MR. SILVERMAN:  Form.

12        A.   Yeah.  If I just, like -- I don't know

13    how -- what you would call it, but if I raised my

14    voice, just that little thing right there would

15    cause leakage.

16        Q.   Anything else that would cause you to leak

17    urine?

18        A.   Not -- if I drank caffeine, I'd have, like,

19    episode -- I guess my bladder -- yeah, my bladder

20    would convulse every now and then from the caffeine

21    effect.  That's why it was mixed incontinence, and I

22    would leak sometimes for that too.  If I got up to

23    go to the bathroom, I would probably leak if I -- if

24    -- from the caffeine, if I drank caffeine.

25        Q.   How often were you experiencing leaking in
```

Raeann M. Bayless

1    the time period prior to your surgery in 2013?

2           MR. SILVERMAN:  Object to form; asked and

3       answered.  You can answer.

4           THE WITNESS:  I can answer?

5           MR. SILVERMAN:  Uh-huh.

6    A.   Like I said, it was a gradual decline, but

7    prior to the surgery, like very prior, like right

8    before the surgery, for about a -- six months to a

9    year, maybe less.  It might have been around -- I'd

10   say six months to a year, maybe six to eight months,

11   it became very bad.

12   Q.   Were you experiencing leaking every day?

13          MR. SILVERMAN:  Form.

14   A.   All the time.  All the activity that I would

15   do, it was pretty much a leakage.

16   Q.   Did you wear any pads or undergarments?

17   A.   I did.

18   Q.   How many would you wear in a day?

19          MR. SILVERMAN:  Form.

20   A.   I -- it would only take maybe two or three,

21   because I wouldn't saturate them, but I'd have to

22   have something on or I would be changing clothes

23   about 20 times a day, so it wasn't like -- you know,

24   like I said, it wasn't gushing out, but I'd have to

25   have something on so I wouldn't wet myself, even a

Raeann M. Bayless

1    little leakage.

2        Q.   How did the fact that you were leaking

3    affect your quality of life during that time period?

4             MR. SILVERMAN:   Form.

5        A.   It affected it a lot.  That's why I sought

6    help, sought the medical attention, because I could

7    be at any given place or anything and I'd have

8    leakage and then I'd -- even with, you know -- if I

9    forgot to put the pad on or I didn't think I was

10   going to -- you know, I could -- I didn't have that

11   much to drink that day so I wouldn't have to worry

12   about leakage, then, you know, I'd go suffer

13   embarrassment, because I'd have to go home from

14   wherever I was, or I'd have to always carry a change

15   of clothes.

16            Because at first, I mean, what I'm just

17   saying is it didn't happen all time before, like, a

18   couple months or a month prior to the surgery.

19   Around that time it happened every day and several

20   times a day.  Okay.  Before that, I'd go a day maybe

21   without having any problems, so I didn't -- it

22   didn't occur to me maybe at that time to wear a pad

23   all day long.

24            And then I'd be at the wrong place or out

25   somewhere and that incident would occur, so it

Raeann M. Bayless

1   limited to me -- limited me on where -- what I could

2   do and where I could go.

3       Q.   During the period that we've just been

4   discussing prior to your surgery in 2013, were you

5   sexually active?

6       A.   I was.

7       Q.   Did the -- did your urinary incontinence

8   symptoms affect your sex life?

9            MR. SILVERMAN:  Form.  Form.

10      A.   No, except for the fact while I was having

11  sex it would sometimes -- I would have leakage,

12  which was embarrassing.

13      Q.   Were there any activities that you had

14  previously done that you stopped doing in the period

15  before your surgery in 2013 because of the leakage?

16           MR. SILVERMAN:  Form.

17      A.   Not too much, no, because once -- once I

18  noted, you know, I was aware of what was going on,

19  I'd try to plan around it, so -- and then I sought

20  medical attention, so I was going through that

21  process so I could get it repaired, fixed, or

22  whatever you want to say.  I --

23      Q.   When -- I'm sorry.  Go ahead.

24      A.   I didn't wait too long before I sought help

25  because, you know, I didn't want to go through that

Raeann M. Bayless

```
 1     for an extended period of time.

 2         Q.   You anticipated my next question.  When was

 3     it -- when was the first time that you sought

 4     medical attention with regard to your urinary

 5     incontinence?

 6              MR. SILVERMAN:  Form.

 7         A.   I don't know.  Whenever the -- it's like a

 8     homeless clinic or something like that, whenever I

 9     went there for the blood pressure and I went there

10     for the incontinence and to get qualified through

11     the County so I could get the surgery done, so the

12     initial -- I don't remember exactly the dates of

13     that, but it was Orange Blossom Family Health

14     Center, or something, off of South Orange Blossom

15     Trail, and I started the process when things started

16     really getting bad, so I didn't waste much time

17     seeking help.

18         Q.   And did that clinic put you in touch with

19     Dr. Kathy Jones?

20         A.   They did.

21         Q.   Did she work at that clinic?

22         A.   No.  They referred me out to her.

23         Q.   Prior to that referral, did you have any

24     relationship with Dr. Jones?

25         A.   No.
```

Raeann M. Bayless

```
1      Q.   When was the first time you met with

2  Dr. Jones?

3      A.   I don't remember that.

4      Q.   If your medical records reflect that you

5  were experiencing symptoms of incontinence for seven

6  years prior to 2012, would you have any reason to

7  disagree with that?

8           MR. SILVERMAN:  Object to form.  One second.

9      Do you have any specific medical records you want

10     to show her?  That would probably be the best

11     way.  Just to talk in vague of what kind of

12     medical records she may or may not have, I don't

13     think is proper.

14          MS. ERIXSON:  Well, I understand your

15     objection but I'm just trying to figure out what

16     she knows before seeing any records.

17          MR. SILVERMAN:  Well, she testified as to

18     what she knows.  Are you talking about a medical

19     record, a fabricated medical record, are you

20     saying that there is a specific medical record

21     that says something?  That's my objection.

22          MS. ERIXSON:  Okay.

23          MR. SILVERMAN:  You can answer if you know

24     the answer, If you could.

25  BY MS. ERIXSON:
```

Raeann M. Bayless

```
1        Q.   If your medical records reflected that you

2    had been experiencing urinary incontinence symptoms

3    for seven years prior to your surgery in 2013, would

4    you have any reason to disagree with that?

5             MR. SILVERMAN:  Object to form.

6        A.   I do disagree with that.  To my knowledge, I

7    didn't have it for that long.  I wouldn't have let

8    it go that long.

9        Q.   Prior to your surgery in 2013, did you

10   experience any urinary tract infections?

11       A.   During pregnancies?  I would -- they would

12   occur.

13       Q.   How frequently would they occur?

14            MR. SILVERMAN:  Form.

15       A.   I'd get one at least for each pregnancy,

16   except for my last son.  I didn't get any -- I

17   didn't experience any with him.  I don't recall

18   having any with him.

19       Q.   Prior to your surgery in 2013, did you

20   experience any urinary retention, any trouble

21   urinating?

22       A.   No, never had that problem.

23       Q.   And you mentioned when we first started

24   talking about this time period, that you were also

25   experiencing a cystocele; is that right?
```

Raeann M. Bayless

```
 1        A.    Whatever it is when the bladder -- when the

 2    vagina kind of sags, you know, implodes inside.  I

 3    don't know how to describe it but it kind of sags

 4    inside the canal.  That's what I -- that's another

 5    reason why I sought medical attention.

 6        Q.   And when did you first experiencing --

 7    experience that sagging?

 8        A.   That --

 9             MR. SILVERMAN:  Object to form.  You can

10        answer.

11        A.    That was after the birth of my second child,

12    Kevin, but it got progressively worse with the --

13    after the other two pregnancies, after getting

14    older, after having more frequent sex.

15        Q.   So you first started experiencing the

16    sagging that you described in around 1987?

17        A.    Uh-huh.

18             MR. SILVERMAN:  Form.

19        Q.   And it got progressively worse over time?

20        A.    It got gradually worse.  It never became --

21    it never turned inside out, but I have heard that

22    some people experience that.

23        Q.   And what symptoms did you experience in

24    particular?

25             MR. SILVERMAN:  Form.
```

Raeann M. Bayless

```
 1        A.    The bladder fell down.  You could see the

 2    bladder at the opening of the vagina.  There was

 3    sagging.  The uterus and the cervix, I guess, were

 4    sagging behind where you could -- you know, behind

 5    my bladder, and that's about -- that was about it,

 6    that I could think of right now.

 7        Q.    Did you experience any pain associated with

 8    the cystocele?

 9            MR. SILVERMAN:  Form.

10        A.    No.

11        Q.    Did you experience any pressure?

12        A.    In the bladder maybe.

13        Q.    Prior to your surgery in 2013, did you

14    experience any pain during intercourse?

15        A.    No.

16        Q.    Did you ever experience bleeding following

17    intercourse?

18        A.    No.

19        Q.    Have you ever been diagnosed with

20    endometriosis?

21        A.    No.

22        Q.    Have you ever been diagnosed with uterine

23    fibroids or cysts?

24            MR. SILVERMAN:  Form.

25        A.    No.
```

Raeann M. Bayless

```
 1        Q.   Prior to your surgery in 2013, did you --

 2   what, if any, treatments did you receive other than

 3   surgery, so not including the surgery, for your

 4   urinary incontinence?  Did you receive any medical

 5   treatment for that?

 6        MR. SILVERMAN:  Form.

 7        A.   Oh, no, I didn't, because it really was not

 8   an issue until right before, till within the year,

 9   six months to a year before I sought help, because I

10   sought help immediately when it got bad.  If I drank

11   caffeine, like a lot of soda, like a two-liter thing

12   of soda, which I'm prone to do sometimes, every now

13   and then I would, I know, because of the mixed

14   incontinence, because of the spasms of the bladder,

15   too much caffeine, whatever it is, you know, I'd

16   have -- I might have to rush to the bathroom, but I

17   never went on myself as frequently and like I did

18   right before the surgery.

19        Q.   Did you ever take any medications for

20   incontinence?

21        A.   Never did, no, because it wasn't really a

22   problem.

23        Q.   Did you ever try to cut back on the caffeine

24   prior to the surgery?

25        A.   Yeah.
```

Raeann M. Bayless

1    Q.    Did that provide any relief?

2    A.    Yes, of course it did, yes.

3    Q.    When you first saw Dr. Jones, did she do any

4    testing in that first visit that you recall?

5         MR. SILVERMAN:  Object to form.  You can

6         answer if you remember, if you know.

7    A.    No.  We just discussed medical issues that I

8    wanted to address, you know, the medical issues I

9    wanted to address, and then she started explaining

10   to me what -- going through the process, but we --

11   she didn't test me the first time, that I can

12   recall.

13   Q.    What medical issues did you discuss with

14   her, with Dr. Jones?

15   A.    The cystocele and the incontinence.

16   Q.    And what were your goals with regard to the

17   medical treatment for those two issues?

18        MR. SILVERMAN:  Form.

19   A.    That the bladder would not be visible.  I

20   wanted to put everything back in place where it was

21   supposed to go because I know it wasn't supposed to

22   be like that, and one of my wishes was that she

23   could tighten it up some, but mostly to put

24   everything back where -- in place where it was

25   supposed to go.

Raeann M. Bayless

```
 1      Q.   Did you have any goals with regard to the

 2   urinary incontinence?

 3           MR. SILVERMAN:  Form.

 4      A.   Yes, just, you know, so I wouldn't have the

 5   leakage, so I could move without problems, so I

 6   could go and -- you know, go places and do things

 7   without having to worry about whether I need a

 8   change of clothes or wear a pad or if I could have

 9   sex without pulling down my pants and, you know,

10   having a pad there that might have been partially

11   wet with urine.

12      Q.   What did Dr. Jones tell you during that

13   first visit?

14           MR. SILVERMAN:  Form.

15      A.   I don't remember the specifics.

16      Q.   Did Dr. Jones talk to you about your medical

17   treatment options?

18      A.   I don't remember.  I'm not sure exactly what

19   the -- I'm not sure exactly what we -- how much we

20   discussed or whatever, but I know that she told me,

21   basically, she could help me and that was a process

22   and that she would -- she could do something for me

23   to correct it.

24      Q.   What process did she talk to you about?

25      A.   I don't remember.  I think she had to take
```

Raeann M. Bayless

```
 1   measurements, and I'm not sure.  I don't remember

 2   if she took MRIs or whatever it is that the --

 3   sonograms or something, where they could see where

 4   everything is before they can figure out where they

 5   are going to put it back to, a physical exam.

 6       Q.   How many times did you meet with Dr. Jones

 7   prior to undergoing surgery in 2013?

 8       A.   I don't remember.

 9       Q.   Was it more than five?

10            MR. SILVERMAN:  Object to form.

11       A.   I'm not sure.

12       Q.   What surgical options did Dr. Jones provide

13   to you in your meetings with her?

14            MR. SILVERMAN:  Form.

15       A.   I don't remember that either.  There might

16   have been maybe two but I'm not -- I don't even

17   remember exactly how many options she gave me.

18       Q.   What are the two options that you remember?

19            MR. SILVERMAN:  Object to form; asked and

20       answered, speculation.

21            MS. ERIXSON:  It's not speculation.  It's

22       personal knowledge.

23            MR. SILVERMAN:  She just testified that she

24       doesn't know.  You're asking for a guess.

25            MS. ERIXSON:  No.  She said --
```

Raeann M. Bayless

```
 1   BY MS. ERIXSON:

 2       Q.   You said you remembered two options?

 3       A.   I don't know what they are.  I know the one

 4   that I got was one of them.  I remember that.

 5       Q.   Did Dr. Jones talk to you about nonsurgical

 6   options for treatment?

 7            MR. SILVERMAN:  Form; asked and answered.

 8       If you know, you can answer.

 9       A.   That wasn't even considered.  I wanted

10   something done and I knew it was going to take

11   surgery.  I knew that myself.

12       Q.   How did you know that?

13            MR. SILVERMAN:  Form.

14       A.   Because I have -- I could tell that they

15   just couldn't put it up in place, back up.  I knew

16   it was out of place and I knew they couldn't just

17   put it back up in place with their hand or

18   something.  I knew it was going to take surgery.

19       Q.   Prior to your surgery in 2013, did you do

20   any independent research about either your

21   conditions or the surgical procedures?

22            MR. SILVERMAN:  Form.

23       A.   Yes.  I asked a lady at -- who used to be

24   my -- she was a nurse practitioner.  She's deceased

25   now and I can't remember -- I think her name was
```

Raeann M. Bayless

 1    Ms. Beason at the Brevard County Health Department.

 2    I would discuss certain things in length to her and

 3    she's the one that told me about the tubal -- how to

 4    go about getting the tubal ligation, but she also

 5    told me about a procedure could be done.

 6         Back then we didn't discuss the specifics.

 7    I don't remember what year that was.  I know it was

 8    after I had all my kids, and that was the only time

 9    that I inquired about it.  I knew I had to get

10    insurance or -- that it had to be covered

11    financially some kind of way, so I left it alone for

12    a long time.

13    Q.   So that conversation you had with -- with

14    who you think was Ms. Beason was sometime after your

15    last child was born?

16         MR. SILVERMAN:  Form.

17    A.   Yes.

18         MR. SILVERMAN:  You can answer.

19    Q.   So sometime after 1992?

20    A.   Uh-huh.  Yeah, because it was around the

21    time that I had the tube -- tubal ligation, and that

22    was right after the birth of my last child, so that

23    was in '92.

24    Q.   Did Dr. Jones provide you with any written

25    materials prior to your surgery?

Raeann M. Bayless

```
1              MR. SILVERMAN:  Object to form.  You can

2      answer if you know.

3      A.   I remember some brochures.  I remember maybe

4  a printout or something of what to -- how to

5  prepare, what to expect, but I don't remember

6  anything specific.  I remember some brochures maybe

7  telling me about the -- a couple different cystocele

8  repair surgeries, but I don't -- it's been so long,

9  I don't remember specifics.

10     Q.   What did you understand the procedure that

11 was performed in 2013 to be?

12             MR. SILVERMAN:  Object to form.

13     A.   That it was going to correct the cystocele

14 and the incontinence.

15     Q.   And did you understand that it would involve

16 mesh implants?

17     A.   Yeah.  I -- yes.

18     Q.   Did you understand that it would involve

19 more than one mesh implant?

20     A.   That it was a combination of the sling and

21 an implant, mesh implant.

22     Q.   What did you understand about the sling, if

23 anything?

24             MR. SILVERMAN:  Form.

25     A.   That it could correct my incontinence, 70
```

Raeann M. Bayless

```
 1    percent is what she told me.

 2       Q.   And did you understand that the mesh

 3    implants would be permanent?

 4            MR. SILVERMAN:  Object to form.

 5       A.   I did.

 6       Q.   Did you have conversations or any

 7    conversation with Dr. Jones about the risks of the

 8    procedure that you were to have done in 2013?

 9            MR. SILVERMAN:  Form.

10       A.   Just general surgery risks.

11       Q.   What risks were those?

12       A.   I don't remember the specifics, just, you

13    know, whatever risks are associated with having a

14    surgery.

15       Q.   Any other risks that you discussed with

16    Dr. Jones?

17            MR. SILVERMAN:  Object to form.

18       A.   Not to my knowledge.  Not that I can recall.

19    I'm not saying that I didn't but I don't remember

20    specifics.

21       Q.   Did you rely on Dr. Jones to evaluate the

22    risks of the procedure?

23            MR. SILVERMAN:  Form.

24       A.   I trusted her, so -- and she, you know,

25    she's -- you know, I put my full trust in her, so
```

Raeann M. Bayless

 1    whatever she said, I pretty much took her word for

 2    it and was okay with it.

 3        Q.   Did you have the opportunity to ask any

 4    questions you might have had prior to the surgery?

 5            MR. SILVERMAN:   Form.

 6        A.   I did, but I don't remember what they were.

 7    I just knew that it -- that the -- it was going to

 8    correct my problems and that's what I needed, that's

 9    what I wanted.

10        Q.   Did you ask any questions?

11        A.   I don't know.

12        Q.   Prior to surgery?

13        A.   I'm sure I did.

14        Q.   Outside of Dr. Jones or other medical

15    providers, did you talk to anyone else about the

16    surgery prior to having the surgery?

17            MR. SILVERMAN:   Form.

18        A.   Nothing specific but, like, my boyfriend

19    knew that I was going to have it, but I didn't

20    discuss the specifics with him.

21        Q.   Did he come to any of your medical

22    appointments with you?

23        A.   No.

24            MS. ERIXSON:   We could take a quick break.

25            MR. SILVERMAN:   Yep.

Raeann M. Bayless

1          THE VIDEOGRAPHER:  Off the record at 11:55.

2          (Recess from 11:55 a.m. until 11:55 a.m.)

3          THE VIDEOGRAPHER:  This is the end of Disk

4     Number 1 in the deposition of Raeann Bayless.

5     We're off the record at 1 -- I'm sorry, 11:55.

6          (Recess from 11:55 a.m. until 12:12 p.m.)

7          THE VIDEOGRAPHER:  This is the beginning of

8     Disk Number 2 in the deposition of Raeann

9     Bayless.  We are off the -- on the record at

10    12:14.

11    BY MS. ERIXSON:

12         Q.   Ms. Bayless, we just took a short break and

13    prior to that time we were talking about the visits

14    that you had with Dr. Jones prior to your surgery in

15    2013.  Do you remember that?

16         A.   Yes, I do.

17         Q.   And we were talking about your discussions

18    that you had with Dr. Jones regarding the risks of

19    the surgery.  Do you recall that discussion?

20         A.   I do.

21         MR. SILVERMAN:  Form.

22         (Bayless Exhibit 2 was marked for

23    identification.)

24    BY MS. ERIXSON:

25         Q.   Let me show you what I have marked as

Raeann M. Bayless

1  Exhibit 2.

2       MR. SILVERMAN:  Thank you.

3   Q.   And at the top of this document it says

4  Informed Consent and Request for Repair of

5  Relaxation of Pelvic Organs and/or Urinary

6  Incontinence.

7       Do you see that?

8   A.   Yes.  That's --

9       MR. SILVERMAN:  Form.

10  A.   Yes, I do.

11  Q.   Have you seen this document before?

12  A.   Yes, it does look familiar but it's been a

13  long time.

14  Q.   And if you will look down at the bottom of

15  that first page, there is a notation that says

16  "patient initials."

17  A.   Yes.

18  Q.   Are those your initials there?

19  A.   They are.

20  Q.   Is that your handwriting?

21  A.   Yes, that is my handwriting.

22  Q.   And if you will turn to the next page, I

23  know there is several pages in that, so let's just

24  go to the second page, and near the bottom there is

25  a place for a person giving consent to sign.  Do you

Raeann M. Bayless

```
 1    see where I am?

 2       A.   Yep.

 3       Q.   And is that your signature?

 4       A.   It is.

 5            MR. SILVERMAN:  Form.

 6       Q.   And it's dated May 28th, 2013, correct?

 7       A.   Uh-huh.

 8       Q.   And that is prior to your surgery of

 9    August 9th, 2013, correct?

10       A.   That's correct.

11            MR. SILVERMAN:  Form.

12       Q.   And further on that same page there is

13    another notation for person giving consent at the

14    very bottom.  Do you see that?

15       A.   I do.

16       Q.   And is that also your signature?

17       A.   It is.

18       Q.   And if you will turn back to the first page

19    of this document --

20       A.   The first page?

21       Q.   Yes.

22       A.   Okay.

23       Q.   You would have had the opportunity to read

24    this before you signed it, correct?

25            MR. SILVERMAN:  Object to form.  You can
```

Raeann M. Bayless

```
 1      answer if you know.

 2      A.   Yeah, I had a chance to read it.

 3      Q.   And did you read it before you signed it?

 4           MR. SILVERMAN:  Form.

 5      A.   I don't remember, but I usually read over

 6  stuff before I sign it.

 7      Q.   And if you will look with me under where it

 8  says patient's name, Raeann Bayless -- do you see

 9  where I am at the top?

10      A.   Uh-huh.  Yes.

11      Q.   Date, May 28th, 2013.

12      A.   I see that.

13      Q.   And it says:  I acknowledge and understand

14  that the following procedures have been described to

15  me and are to be -- excuse me, are to be performed

16  on me.

17           Do you see that?

18      A.   I do.

19      Q.   And then in handwriting, and I know this

20  copy is not the best, but it says:  robotic assisted

21  total laparoscopic hysterectomy.

22      A.   I see that.

23           MR. SILVERMAN:  Form.

24      Q.   And did you have a hysterectomy on

25  August 9th of 2013?
```

Raeann M. Bayless

1       A.   I did.

2       Q.   And it further says cystocele repair.  Do

3    you see that?

4       A.   I see that.

5            MR. SILVERMAN:  Form.

6       Q.   Did you have a cystocele repair on

7    August 9th of 2013?

8       A.   To the best of my knowledge, yes.

9       Q.   It says sacrocolpopexy with mesh, sling,

10   cystoscopy.  Do you see that?

11      A.   I see that.

12           MR. SILVERMAN:  Form.

13      Q.   Is that your understanding of the procedure

14   that you had on August 9th, 2013, this whole entire

15   handwritten note?

16           MR. SILVERMAN:  Form.

17      A.   It is, but I'd like to add that had I known

18   that the product was defective, I wouldn't have had

19   it -- the mesh implant.

20      Q.   And why do you say the product was

21   defective?

22      A.   Well, that's why we're here now, isn't it?

23      Q.   Why do you say that the product is

24   defective?

25      A.   Well, it's perforating through my vagina,

Raeann M. Bayless

1    it's causing bleeding, I have pulling and tugging

2    when I move.  It wasn't like that before I had the

3    surgery even with the cystocele.  I'm nauseous every

4    time after I have sex.  When I eat I'm nauseous.

5    That didn't happen before the surgery.

6        Q.   And when you say the product, which product

7    are you referring to?

8             MR. SILVERMAN:  Object to form.

9        A.   I don't know which product is causing the

10   problems.  I thought it was a unit but, obviously,

11   it's two separate things.  I have constant infection

12   that I can't treat.  That's never happened before.

13   I have pain.  Sometimes I have, like, pelvic pain

14   without sex.  It's even worse when I do have sex.

15   And that's why I sought representation.

16       Q.   And we'll talk about each of those items

17   that you're claiming as part of this lawsuit, but if

18   I could direct your attention to Paragraph Number 5

19   on this sheet, it says:  In addition to these

20   material risks, there may be other possible risks

21   involved in this procedure, including but not

22   limited to.

23            Do you see where I am?

24       A.   Yes.

25       Q.   The first -- there is a bullet point list.

Raeann M. Bayless

1    Do you see that?

2        A.    I see it.

3        Q.    And that -- and the first bullet point says:

4    Possible injury to bowel, bladder, ureter, or

5    other pelvic or abdominal structures.

6            Do you see that?

7            MR. SILVERMAN:  Form.

8        A.    I do.

9        Q.    And the next bullet point says:  Possible

10   fistula formation, opening between bowel, bladder,

11   ureter, vagina and/or skin caused by injury to the

12   bowel, bladder or ureter.

13           Do you see that?

14           MR. SILVERMAN:  Form.

15       A.    I do.

16       Q.    The next bullet point says:  Possible need

17   for immediate surgery or additional surgery which

18   might include a colostomy.

19           Do you see that?

20           MR. SILVERMAN:  Form.

21       A.    Okay.  Yes, I do.  I have a question after

22   you --

23       Q.    If I could go through this list --

24       A.    I'm waiting.

25       Q.    The next bullet point says:  Possible blood

Raeann M. Bayless

1    loss necessitating transfusion, which carries the

2    risk of exposure to AIDS, hepatitis or other

3    infectious diseases.

4         A.   I see that.

5              MR. SILVERMAN:  Form.

6         Q.   The next one, which has a star by it, do you

7    see that?

8         A.   I do.

9         Q.   Did you make that notation?

10        A.   No.

11        Q.   Do you know who did?

12        A.   I assume my doctor, but I don't know.

13        Q.   That bullet point says:  Possibly no

14   improvement, or only temporary improvement, to urine

15   control, worsening urinary incontinence.

16             Do you see that?

17        A.   I see it.

18             MR. SILVERMAN:  Form.

19        Q.   The next one, which also has a star by it,

20   did you make that notation, the star?

21        A.   No.

22        Q.   Do you know who did?

23             MR. SILVERMAN:  Object to form.

24        A.   No.

25        Q.   That next bullet point says:  Possible

Raeann M. Bayless

```
 1    prolonged need of a catheter to drain the bladder,

 2    incomplete bladder emptying, urinary retention.

 3         Do you see that?

 4         MR. SILVERMAN:  Form.

 5    A.   I see it.

 6    Q.   The next bullet point says:  Possible pain

 7    or discomfort with sexual intercourse?

 8         Do you see that?

 9         MR. SILVERMAN:  Form.

10    A.   I see that.

11    Q.   The next bullet point says:  Possible

12    formation of blood clots in legs, pelvic area, and

13    lungs.

14         Do you see that?

15         MR. SILVERMAN:  Object to form.

16    A.   I see that.

17    Q.   The next bullet point says:  Possible

18    emboli, clots of blood or other material that might

19    travel to other parts of the body.

20         Do you see that?

21    A.   I do.

22         MR. SILVERMAN:  Object to form.

23    Q.   The next says:  Recurrence of cystocele,

24    rectocele, enterocele or vaginal vault prolapse.

25    Success rate 85 percent.
```

Raeann M. Bayless

```
 1                Do you see that?

 2       A.    I see that.

 3              MR. SILVERMAN:  Form.

 4       Q.    And that one also has a marking next to it.

 5   Did you make that marking?

 6       A.    No, I didn't.

 7       Q.    Do you know would did?

 8              MR. SILVERMAN:  Form.

 9       A.    No.

10       Q.    And do you understand that everything listed

11   in Paragraph 5 is a potential risk of the surgery

12   you had on August 9, 2013?

13       A.    I understand that.

14              MR. SILVERMAN:  Object to form.

15       Q.    And you signed this form as understanding

16   those risks prior to having your surgery, correct?

17       A.    I signed the form.

18              MR. SILVERMAN:  Object to form.

19       A.    But I didn't sign on to have defective

20   hardware put in my body.

21       Q.    And you understood that all of these were

22   potential risks with your surgery, though?

23              MR. SILVERMAN:  Object to form; asked and

24       answered.

25       A.    I understand that.
```

Raeann M. Bayless

```
 1              THE COURT REPORTER:  I missed that.

 2              MR. SILVERMAN:  Asked and answered.

 3              THE COURT REPORTER:  And I missed her

 4     answer.

 5              THE WITNESS:  To what?

 6              THE COURT REPORTER:  The last answer,

 7     please.

 8              MR. SILVERMAN:  Do you want to repeat the

 9     question for her?

10              THE COURT REPORTER:  "And you understood

11     that all of these were potential risks?"

12     A.   Yes, but I did not agree to put defective

13     hardware in my body.

14              MR. SILVERMAN:  Form.

15     Q.   If you will turn to the third page on this

16     document, it says "Hysterectomy Surgical Consent

17     Form" on the top.

18     A.   Yes.

19     Q.   And you had a hysterectomy on August 9th,

20     2013, correct?

21     A.   I did.

22     Q.   Did you have an opportunity to read this

23     form before that surgery?

24              MR. SILVERMAN:  Form.

25     A.   I'm sure I did.
```

Raeann M. Bayless

```
1      Q.   And if you look with me at the bottom, does

2   your signature appear at the bottom of this page?

3      A.   It does.

4      Q.   With the date May 28th, 2013 next to it?

5      A.   Yes.

6      Q.   If you will turn to the next page, please,

7   it says "Procedure:  Anterior and/or Posterior

8   Colporrhaphy."

9           Do you see that?

10     A.   I do.

11     Q.   And if you will look at the bottom, does

12  your signature appear at the bottom of this page?

13     A.   It does.

14          MR. SILVERMAN:  Form.

15     Q.   Dated May 28th, 2013?

16     A.   Yes, it does.

17     Q.   And you had the opportunity to read this

18  form before your surgery, correct?

19          MR. SILVERMAN:  Object to form.

20     A.   I did.  I don't remember reading it but I

21  wouldn't have signed it if I didn't go over it.  I

22  don't sign anything without going over it.

23     Q.   And if you will look with me on the next

24  page, it says "Procedure:  Urethrovesical

25  Suspension" and in parenthesis it has the word
```

Raeann M. Bayless

 1    "sling" next to it.

 2        A.   I got it.

 3        Q.   And if you will look at the bottom, does

 4    your signature appear at the bottom of this page?

 5        A.   It does.

 6        Q.   And it's dated May 28, 2013.

 7        A.   Yes.

 8             MR. SILVERMAN:  Object to form.

 9        Q.   And you would have had the opportunity to

10    read this form before you signed it?

11             MR. SILVERMAN:  Object to form.

12        A.   Yes.

13        Q.   If you will look at the next page, which I

14    believe is the last page, it says "Augmentation

15    Graft Consent Form."

16             Do you see that?

17        A.   I see it.

18        Q.   And circled and underlined in that first

19    paragraph it says "synthetic materials such as

20    mesh."

21             Do you see that?

22             MR. SILVERMAN:  Object to form.

23        A.   I knew -- I was aware -- yes, I see it.  I

24    was aware that I was going to be implanted with

25    mesh.

Raeann M. Bayless

```
 1      Q.    And my question is did you make the markings

 2   that are on this page?

 3      A.    No.

 4      Q.    Do you know who did?

 5            MR. SILVERMAN:  Object to form.

 6      A.    No.

 7      Q.    And if you will look with me at the bottom,

 8   is that your signature on this page?

 9      A.    It is.

10            MR. SILVERMAN:  Form.

11      Q.    And it's dated May 28th, 2013?

12      A.    It is.

13            MR. SILVERMAN:  Form.

14      Q.    Did you have any visits with Dr. Jones

15   between May 28th, 2013, and August 9th, 2013, the

16   date of your surgery?

17      A.    Yes, I'm sure I did, but I can't tell you

18   what the specific dates are -- were.  I know I saw

19   her more than once before I had a surgery.

20            (Bayless Exhibit 3 was marked for

21   identification.)

22   BY MS. ERIXSON:

23      Q.    I'm going to show you what I've marked as

24   Exhibit 3.

25            MR. SILVERMAN:  Thanks.
```

Raeann M. Bayless

```
 1      Q.   Do you recognize the documents that I've

 2   just handed you, Ms. Bayless?

 3      A.   Yeah, I've seen them before --

 4           MR. SILVERMAN:  Object to form.

 5      A.   -- but I don't remember them.  I don't --

 6   nothing jumps out at me.  I'm sure I did, so --

 7      Q.   And the first page, it says at the top

 8   "Surgery/Procedure Consent Form."

 9           Do you see that?

10      A.   I see that.

11      Q.   And if you will flip with me to the second

12   page of that document, does your signature appear on

13   that page?

14      A.   It does.

15      Q.   And it's dated August 9th, 2013?

16      A.   Uh-huh.

17           MR. SILVERMAN:  Form.

18      Q.   Which is the date of your surgery?

19      A.   Uh-huh.

20      Q.   And this is a form that you would have had

21   the opportunity to read prior to signing it?

22           MR. SILVERMAN:  Object to form; speculation.

23      Q.   Would you have had the opportunity to read

24   this form prior to signing it?

25      A.   If I signed it, I would have had the
```

Raeann M. Bayless

```
 1    opportunity.

 2       Q.   And if you will look with me on the -- back

 3    to the first page of this document, under Paragraph

 4    1 it says:  "I hereby authorize Dr. Kathy Y. Jones

 5    and/or such associates and/or assistants as may be

 6    selected by said physician to perform the following

 7    surgery/procedures."

 8            Do you see where I am?

 9            MR. SILVERMAN:  Object to form.

10    A.   Yes.

11       Q.   And in handwriting it says:  Robotic

12    assisted total laparoscopic hysterectomy."  Correct?

13            MR. SILVERMAN:  Form.

14    A.   Yes.

15       Q.   "Possible cystocele repair."  Correct?

16    A.   Yes.

17       Q.   "Laparoscopic sacrocolpopexy with mesh."

18    Correct?

19            MR. SILVERMAN:  Form.

20    A.   Yes.

21       Q.   "Midurethral retropubic sling."  Correct?

22    A.   Yes.

23            MR. SILVERMAN:  Form.

24       Q.   And a "cystoscopy."  Do you see that?

25    A.   Yes.
```

Raeann M. Bayless

```
1        Q.    And that was -- is that an accurate

2   representation of the procedure you had done on

3   August 9th, 2013?

4             MR. SILVERMAN:  Object to form.

5        A.    Yes.

6        Q.    Thank you.  If you will turn to the third

7   page, it says "Consent for Anesthesia" at the top.

8   Do you recognize this document?

9        A.    Yeah.

10            MR. SILVERMAN:  Form.

11       A.    I mean no, but I'm sure it came along with

12   the packet.  I've seen it before.

13       Q.    And if you will, turn to the next page for

14   me.

15       A.    It's been five years.

16       Q.    Does your signature appear on that next page

17   of the consent form?

18       A.    Yes, it does.

19            MR. SILVERMAN:  Form.

20       Q.    And it's dated August 9th, 2013?

21       A.    Yes, it is.

22       Q.    And that was the date of your surgery?

23       A.    Yes.

24       Q.    And would you have had the opportunity to

25   read this form prior to your surgery?
```

Raeann M. Bayless

```
 1              MR. SILVERMAN:  Object to form -- one

 2      second.

 3      A.    Yeah.

 4              MR. SILVERMAN:  Object to form; calls for

 5      speculation.  If you don't remember, you can

 6      answer.

 7      Q.    Would you have had the opportunity to read

 8   this form prior to signing it?

 9      A.    If I signed it, yes.

10      Q.    And if you will turn to the next page, it

11   says at the top "Blood/Blood Components Transfusion

12   Consent Form."

13      A.    Yes.

14      Q.    Do you recognize this document?

15      A.    No, but I don't really -- I vaguely remember

16   any of these.

17      Q.    Does your signature appear on this document?

18      A.    It does.

19      Q.    And it's dated August 9th, 2013?

20      A.    Uh-huh.

21      Q.    And as you've said before, you would have

22   had the opportunity to read this prior to signing

23   it, correct?

24              MR. SILVERMAN:  Object to form; asked and

25      answered, speculation.
```

Raeann M. Bayless

```
 1          MS. ERIXSON:  This is a different document.

 2   BY MS. ERIXSON:

 3      Q.   Would you have had the opportunity to review

 4   this document prior to signing it?

 5          MR. SILVERMAN:  Same objection.  You can

 6      answer if you remember.

 7      A.   If my signature is on it, yes.  I wouldn't

 8   have signed it.  I told you that over and over.

 9      Q.   Thank you.  You can put those aside.

10          We started talking about this a little bit

11   earlier but, Ms. Bayless, why did you bring a

12   lawsuit against Boston Scientific?

13      A.   Because I'm having problems with my

14   implants.  I am bleeding wherein I shouldn't be

15   bleeding.  I'm having constant infection that I

16   can't treat.  I'm having perforation of wires coming

17   through the top of my vagina, and it's not from

18   sexual activity or anything that I've done.

19          I can only do physical things for -- like

20   raking the yard or anything, without having some

21   pressure, some tugging, some nausea.  I feel -- I

22   feel things about to tear in my abdominal area.  I'm

23   limited on what I can do as far as picking up

24   grandchildren that are babies, newborn babies.

25          I'm afraid that I'm going to get cancer
```

Raeann M. Bayless

```
 1   because -- because of the thing that's implanted

 2   inside me, which I did know -- did not know at the

 3   time people were being -- people were seeking

 4   counsel for that.

 5        If I had known that this was defective and

 6   that people were seeking to sue your company and

 7   everything, I wouldn't have let her put that in me.

 8   I knew that she was going to put some mesh in me and

 9   a sling but I didn't know that it was under -- it

10   was going through problems at the time or it was

11   defective.

12        I trusted her and she trusted whoever about

13   the implant.

14   Q.   Do you know the name of the Boston

15   Scientific implant that you currently have?

16   A.   No.  I knew at one time but I don't know

17   now.

18   Q.   And has any medical professional told you

19   that the Boston Scientific product is causing any of

20   the issues you just named?

21        MR. SILVERMAN:  Form.

22   A.   How do I answer that?  Because if I'm here,

23   your -- it must be your product or I wouldn't be

24   here.  No, nobody specifically told me that it came

25   from your company.
```

Raeann M. Bayless

1      Q.    And you understand that you have two

2    separate products, correct?

3      A.    Yes, I do.  That's why the two separate

4    people are here.

5      Q.    So what about the Boston Scientific product

6    specifically --

7      A.    I don't know.

8      Q.    If you will let me --

9           MR. SILVERMAN:  Let her finish her question.

10     Q.    What about the Boston Scientific product

11   specifically has brought you to this lawsuit?

12           MR. SILVERMAN:  Object to form; asked and

13      answered.

14     A.    Is the Boston Scientific the sling or the

15   other part?

16     Q.    What do you understand it to be?

17           MR. SILVERMAN:  Object to form.

18     A.    I don't know, so I'm asking you.

19     Q.    And this is my opportunity to ask you

20   questions to find out what you know.  What do you

21   understand the Boston Scientific product to be?

22           MR. SILVERMAN:  Object to form; asked and

23      answered, calls for speculation, asked and

24      answered several times.  If you know the answer,

25      you can answer.

Raeann M. Bayless

```
1      A.   I don't know.  I don't know which one

2   belongs to which company.  I thought it was a unit.

3      Q.   And no one has told you that the Boston

4   Scientific product in particular is causing any of

5   your issues, correct?

6           MR. SILVERMAN:  Object to form -- one

7      second.

8      A.   They didn't say they weren't --

9           MR. SILVERMAN:  One second.  One second.

10     Object to form; misstates testimony, asked and

11     answered.  If you know, you can answer the

12     question.

13     A.   I don't know.

14     Q.   Has any medical professional told you that

15  the Boston Scientific product in particular --

16     A.   Not specific.

17     Q.   Excuse me.  If you would let me answer my

18  question -- I mean let me finish my question.

19          Has any medical professional told you that

20  the Boston Scientific product specifically has

21  caused any of the issues that you just named?

22     A.   They didn't say it didn't.

23          MR. SILVERMAN:  Object to form -- one

24     second.  Object to form; asked and answered.

25     A.   No.
```

Raeann M. Bayless

```
 1       Q.   Your answer is no?

 2            MR. SILVERMAN:  Object to form.

 3       A.   Not specifically Boston Scientific product,

 4   no.

 5       Q.   How did you come to find your attorney?

 6            MR. SILVERMAN:  Object to form.  If you

 7       remember, you can answer.

 8       A.   An advertisement.

 9       Q.   Where did you see the advertisement?

10       A.   On TV.

11       Q.   When was that?

12       A.   I don't remember exactly.  Right before I

13   hired them.

14       Q.   When did you hire your attorney?

15            MR. SILVERMAN:  Object to form.

16       A.   I believe it was --

17            THE WITNESS:  Pardon?

18            MR. SILVERMAN:  You can answer if you

19       remember.

20       A.   I don't remember the exact date.

21       Q.   Do you remember the year?

22            MR. SILVERMAN:  Form.

23       A.   I don't know, '14 or something.  I'm not

24   sure when, '15.  Around the time that I went to the

25   emergency room and found out that I'm having -- that
```

Raeann M. Bayless

```
 1    it's causing problems.

 2         Q.   You say you went to the emergency room and

 3    found out it was causing problems.   What did you

 4    mean by that?

 5         A.   I meant that it was perforating through my

 6    vagina --

 7         Q.   And what is perforating --

 8         A.   -- and causing bleeding.   I don't know what

 9    it is, part of the mesh, wires.   I know I don't have

10    wires in my body before I got implanted.

11         Q.   How many times did you see the advertisement

12    that you were talking about on television?

13              MR. SILVERMAN:   Form.

14         A.   One or two.   I called it immediately when I

15    first saw it.

16         Q.   Who did you speak with?

17              MR. SILVERMAN:   Object to form.

18         A.   I don't remember exactly.

19         Q.   Was it someone from your current counsel's

20    law firm?

21         A.   Someone -- yes, it was, but I don't remember

22    a specific person.

23         Q.   Did you ever speak to any medical

24    professional about filing a lawsuit?

25              MR. SILVERMAN:   Object to form.
```

Raeann M. Bayless

```
 1      A.   No, I didn't.

 2      Q.   Why not?

 3           MR. SILVERMAN:  Object to form.

 4      A.   Because I already had -- I don't know the

 5    procedure.  I didn't feel it necessary to do that.

 6    I just knew that I have been experiencing problems

 7    and that I saw the advertisement that kind of

 8    related to my problems and I called them and asked

 9    them to file --

10           MR. SILVERMAN:  Don't -- don't -- don't --

11        any conversations you had with any of your

12        attorneys at the time, this is all privileged.

13        You can say if you called or what year it was or

14        time, but anything more than that is all

15        privileged, attorney-client privilege.

16           THE WITNESS:  Okay.

17    BY MS. ERIXSON:

18      Q.   What specifically did the advertisement say?

19           MR. SILVERMAN:  Object to form.

20      A.   I don't remember.

21      Q.   What time of day was it that you saw the

22    advertisement?

23      A.   I don't know that either.

24      Q.   Other than seeing the advertisement, did you

25    do any research about mesh products in general --
```

Raeann M. Bayless

```
 1      A.   No.

 2      Q.   -- prior to filing this lawsuit?

 3      A.   No.

 4      Q.   Did you do any research about Boston

 5   Scientific prior to filing this lawsuit?

 6           MR. SILVERMAN:  Form.

 7      A.   No, I didn't.  There wasn't -- I had no

 8   reason to.

 9      Q.   When is the first time you heard the name

10   Boston Scientific?

11           MR. SILVERMAN:  Object to form.  I'm going

12      to instruct you that any conversations you had

13      with your attorney is all privileged and if you

14      can answer outside of any conversations you had

15      with your attorneys or the Schlesinger Law

16      offices, or any attorneys in this matter, then

17      you can answer.

18      Q.   What is your response?

19           MR. SILVERMAN:  If you remember the

20      question.

21      A.   Ask me the question again.

22      Q.   When was the first time you heard of Boston

23   Scientific?

24           MR. SILVERMAN:  Same objection.

25      A.   I don't -- I don't remember.
```

Raeann M. Bayless

```
1       Q.   We've gone through this sort of generally

2    and in different pieces, but I want to make a list

3    with you --

4       A.   Okay.

5       Q.   -- of the injuries that you're claiming in

6    this lawsuit.  So if we could go through one by one

7    and tell me exactly what injuries you're claiming in

8    this lawsuit.  Go ahead.

9            MR. SILVERMAN:  Form.

10      A.   Okay.  Constant bacterial vaginosis or

11   infection that does not -- it won't go away;

12   bleeding, moderate -- light to moderate bleeding;

13   perforation of wires through the top of my vagina;

14   pulling, like a pulled muscle, cramping, tugging;

15   pain, a lot of pain when -- especially if I have to

16   have a bowel movement.  I can feel it moving through

17   my body and it is painful until I go to the

18   restroom.

19           Pressure.  If I eat, all of the sudden I

20   feel -- I mean I have pressure most of the day until

21   I digest my meal.

22           Nausea after sex, nausea during sex, and

23   nausea after I eat.

24           Painful intercourse, which I did not have

25   before the surgery.
```

Raeann M. Bayless

1       Limited physical activity because then I can

2   start feeling pulling and tugging and I almost

3   double over from the pressure and the pain until I

4   go and sit down and relax and let it subside, which

5   takes sometimes a few hours and sometimes I have to

6   lay down for the rest of the night.

7       No lifting.  If I do, I pay for it for a day

8   or two, and that's most of the extent.

9       Worrying about the perforation and if the

10  bleeding is from something else or is going to cause

11  something else, I should say, like cancer, something

12  like that.  How much more of the mesh has migrated

13  or eroded?

14      If the bladder sling is intact, it causes --

15  I -- it causes some incontinence still, and I feel

16  like I have a urinary tract infection, which I have

17  just recently went to the emergency room here in

18  Douglas to see if I had a urinary tract infection,

19  and I don't, so there is constant burning, which I

20  don't know where that is coming from, and then it's

21  painful.  It feels like I have to go to the bathroom

22  all the time, but I don't leak as much.  I don't

23  leak too much anymore, but it's just aggravated and

24  painful.

25      That's pretty much it for right now.

Raeann M. Bayless

```
1        Q.   Well, and this is my only opportunity to

2   talk to you about what exactly it is.  So if there

3   is anything else that you are claiming as an injury

4   in this lawsuit, I need -- I want you to tell me

5   today.

6        A.   No, it's mostly the nausea, the bleeding,

7   limited physical activity, and if I do have a little

8   light physical activity or sex, it takes me -- it's

9   a lot worse and I have to recuperate for a while,

10  sometimes for hours, sometimes a day, two days, and

11  in that time I'm nauseous while I'm eating or

12  resting to recuperate, which I did not have that

13  before.  I had a healthy appetite and I could eat

14  like a horse.

15       Q.   Is that everything?

16            MR. SILVERMAN:   Form.

17       A.   That's pretty much everything, Yes, it is.

18       Q.   And I am going to go through these one by

19  one.  If you think of anything that we haven't

20  covered, I'll ask that you tell me.  Is that fair?

21            So we'll start with the bacterial vaginosis.

22  We talked about this a little earlier on today, and

23  if my memory serves, you mentioned that that started

24  within a year of the surgery; is that correct?

25       A.   Maybe sooner.
```

Raeann M. Bayless

```
 1      Q.   And that's something -- you experienced

 2   bacterial vaginosis prior to the surgery, correct?

 3      A.   Before, yes.

 4      Q.   How, if at all, is it different?

 5      A.   It -- I can't -- it won't -- it's not

 6   treatable.  I've taken medicine to clear it up and

 7   it won't clear up.  The odor is more foul.  My

 8   vagina is like not wet, it's like slimy from it.  I

 9   didn't have that before and I haven't had -- haven't

10   been having sexual intercourse, so it's not from

11   something my partner may have given me or caused by

12   having a, you know, unclean sexual organ.

13      Q.   Have you ever been diagnosed with a sexually

14   transmitted disease?

15      A.   Yes.

16      Q.   What is that?

17           MR. SILVERMAN:  Form.

18      A.   Gonorrhea twice.

19      Q.   When were you diagnosed with gonorrhea?

20      A.   2003 or '04, and probably I had -- I think I

21   had it from my boyfriend when I went to The Bridge,

22   so that was around 2001, so two separate incidents.

23      Q.   Have you ever been diagnosed with any other

24   sexually transmitted disease?

25           MR. SILVERMAN:  Form.
```

Raeann M. Bayless

```
 1        A.    Like trichomonas, but that has the same

 2   symptoms as bacterial vaginosis, so it's hard to say

 3   whether -- and that -- you can get that from wiping

 4   the wrong way when you are having a bowel movement,

 5   is what the doctors told me.  So --

 6        Q.    Have you been treated for trichomonas?

 7        A.    I have.

 8        Q.    When have you been treated for --

 9        A.    I don't know when it was.  It's documented

10   somewhere, but I can't tell you if it was

11   trichomonas or bacterial vaginosis.  They just

12   treated me because one certain pill covers the

13   whole -- covers both of them.

14        Q.    When you have sexual intercourse, do you use

15   condoms?

16             MR. SILVERMAN:  Form.

17        A.    Most of the time, but not all the time.

18        Q.    What percentage of time do you use condoms?

19        A.    I don't know.  I can't tell you.  It's just

20   a spontaneous thing.  I had one particular partner

21   for 15 years, but a lot of times we didn't use

22   those, and a lot of times we did.

23        Q.    Are you currently experiencing the symptoms

24   that you described for bacterial vaginosis?

25        A.    Yes, I am.
```

Raeann M. Bayless

1      Q.    Are you currently seeking any medical

2   attention for that?

3      A.    I just did a week ago Sunday.

4      Q.    Who did you see?

5      A.    The emergency room here in Douglas.

6      Q.    Why did you go to the emergency room?

7      A.    Because I'm tired of the -- I got tired of

8   the odor and it still being there and I wanted to

9   try to clear it up again, but it's not -- it doesn't

10  clear up.

11     Q.    Did you receive any medical treatment?

12     A.    I did tell them just to treat me for any --

13  any infection they think I might have.  They gave me

14  a shot.  I don't know the name of the shot but that

15  usually is also what they give you for -- if you get

16  gonorrhea or whatever, and I got the Flagyl, and

17  then I got an antifungal in case I have yeast or --

18  because it's itching, and it didn't go away.

19     Q.    Has any medical provider told you that the

20  bacterial vaginosis you've experienced since your

21  surgery in 2003 is related to the Boston Scientific

22  mesh?

23           MR. SILVERMAN:  Object to form.

24     Q.    You can answer.

25     A.    No, they didn't, but they didn't say it

Raeann M. Bayless

```
 1   wasn't.

 2       Q.   Did you ask?

 3       A.   No, I didn't ask.  I didn't even know that

 4   Boston Science -- it was a Boston Scientific

 5   product.

 6       Q.   Has any medical professional told you that

 7   the bacterial vaginosis symptoms you've experienced

 8   in 2003 are related to the sling?

 9            MR. SILVERMAN:  Object to form; asked and

10       answered.  If you know, you can answer.

11       A.   No.  They didn't say it wasn't.

12       Q.   The next item you've listed as an injury in

13   this lawsuit is light to moderate bleeding.

14   Describe to me when you experienced light to

15   moderate bleeding.

16       A.   After physical -- light physical activity;

17   after bending to pick up something off the floor, or

18   down to kiss my grandchild, who is small -- shorter

19   than I am; after raking the yard for maybe five or

20   10 minutes; after twisting my body a certain way; if

21   I sit -- like if I'm sitting on a couch and I'm

22   leaning over like this, if I do that for more than

23   20 or 30 minutes, I have light bleeding; and

24   sometimes driving for more than 20 or 30 minutes

25   causes light bleeding; and sexual intercourse
```

Raeann M. Bayless

1    definitely, because of the perforation I'm sure, but

2    I don't know for sure, causes bleeding and I don't

3    have anything to bleed out of anymore.

4        Q.   What -- I'm sorry.  I didn't mean to

5    interrupt.

6            When did you first experience bleeding after

7    the surgery?

8        A.   Sometime after the surgery, after the

9    healing process, and I hadn't even had sex yet.

10       Q.   How much -- when you experience bleeding,

11   how much bleeding do you experience?

12       A.   It's light to moderate.

13           MR. SILVERMAN:  Form.

14       A.   And then if I go past 10, 15, 20 minutes,

15   it's very noticeable.  It covers pretty much the

16   whole crotch of my underwear, but it's not like

17   pouring -- gushing out, but it's very noticeable.

18       Q.   Have you experienced any bleeding during the

19   course of this deposition?

20       A.   No.

21       Q.   Have you sought medical attention with

22   regard to the bleeding that you experience?

23       A.   I did.  I went to the emergency room in

24   Titusville twice.

25       Q.   Did you receive any medical treatment?

Raeann M. Bayless

```
 1        A.   There wasn't anything they could do.  One of

 2   those visits, though, he -- the doctor that I went

 3   to see confirmed that I had wires sticking through

 4   the top of my vagina and it was like an inch, maybe

 5   a little -- maybe a little bit less than an inch

 6   hanging out, and so it wouldn't cause any more

 7   problems or cause, you know, worse problems, he

 8   tried to snip most of it off, whatever was sticking

 9   down, and he put that in the records that he did it.

10        Q.   When was that?

11        A.   It was 2014 or 2015.  I went to see him --

12   or I went to the emergency room in 2014, 2015.  I

13   don't remember how far apart that was.  It might

14   have -- but one of those visits, and I'm not sure

15   which one, is when he snipped it.

16        Q.   What is that doctor's name?

17        A.   Dr. Garcia.  He was the emergency --

18   attending emergency room doctor.

19        Q.   When you say wires, is that your word or is

20   that Dr. Garcia's word?

21             MR. SILVERMAN:  Form.

22        A.   I said wire when I told him I felt something

23   like that, because at first I thought it was

24   stitches hanging out, like, you know, they have more

25   reinforced, I guess, for lack of a better word,
```

Raeann M. Bayless

1    stitches, you know, they are stronger than the other

2    ones, that just dissolve on their own or whatever,

3    and that's what I thought it was initially, and he

4    confirmed that there was a wire hanging out and he

5    shortened it so it wouldn't cause any more problems.

6        Q.   Was that an outpatient procedure that you

7    had done?

8        A.   It was right in the emergency room, because

9    I told him to examine me physically, and he did, and

10   then he said, yes, he confirmed what I told him, and

11   then he tried to make it where it wouldn't cause a

12   problem and snipped it off.  I don't know what he

13   snipped it off with or whatever.

14       Q.   Were you under any anesthesia?

15       A.   No, but it was painful and it bled, but

16   not -- it didn't bleed because of something he

17   snipped.  It bled because that is the area of my --

18   the source of my bleeding.

19       Q.   Has any medical provider told you that the

20   bleeding that you've experienced is related to the

21   Boston Scientific mesh?

22       A.   He did.

23            MR. SILVERMAN:  Form.

24       A.   No, not Boston Scientific.

25       Q.   Has any medical provider --

Raeann M. Bayless

```
 1      A.   Or from the mesh.

 2      Q.   -- told you it's related to the sling?

 3           MR. SILVERMAN:  Object to form; asked and

 4      answered.  You can answer.

 5      A.   No.  They said it was related to the

 6      perforation in my vagina, because there's nowhere

 7      else for it to bleed from.

 8      Q.   And that's the next item on your list.  When

 9      did you first experience what you've described as

10      perforation of wires?

11      A.   I noticed it around the time I went to the

12      emergency room.  That's why -- part of the reason

13      why I went to the emergency room, and because of the

14      bacterial -- the constant -- I couldn't get rid of

15      the bacterial vaginosis.  I don't know when I went,

16      because I hadn't had sex that long, so I was

17      wondering why I still had bacterial vaginosis or

18      that symptoms came back from bacterial vaginosis and

19      that's when I -- that's when he told -- he confirmed

20      that there was a wire hanging out.  I don't remember

21      exactly what the date was but it was a year or less

22      after the surgery, after the healing process, but

23      less than a year.

24      Q.   Have you -- since your surgery in 2013, have

25      you ever returned to see Dr. Jones again?
```

Raeann M. Bayless

1      A.    No, because I had moved over here.  I may

2   have seen her one time after the surgery, but we

3   moved shortly after I had the -- and in fact, I was

4   in the process of moving back to Titusville when I

5   had the surgery.  So we continued to move after I

6   healed some and made the complete move and moved

7   back to Titusville.  So I, instead of traveling back

8   and forth and I was still healing, I chose to see

9   someone more local.

10     Q.    And who was that person?

11     A.    I think it was Brevard Health Alliance, the

12  emergency room.  That's where my primary care

13  physicians are.  I didn't go back to a health clinic

14  or anything like that.

15     Q.    And Dr. Jones is in Orlando; is that right?

16     A.    She is.

17     Q.    Why were you living in Orlando at the time

18  of your surgery?

19     A.    Why?  Because I moved over there with my

20  boyfriend who had a job, a good job at the time, and

21  it was out of Orlando, so instead of traveling back

22  and forth, which we could have done, we chose to

23  move there.

24     Q.    How far apart are Orlando and Titusville?

25     A.    40 -- 45 miles, a little bit more depending

Raeann M. Bayless

1    on where you go into Orlando.

2        Q.   Has any medical provider recommended that

3    you have the Boston Scientific mesh sling removed?

4             MR. SILVERMAN:   Form.

5        A.   Yes.  They didn't specifically name the

6    Boston Scientific but they said the mesh, and that

7    was through Brevard Health Alliance, but I went to

8    see a urogynecologist at the Melbourne -- their

9    Melbourne office, because they didn't have one in

10   Titusville, they didn't have a urogynecologist in

11   Titusville.  So I had to go to the Melbourne office,

12   where they had a -- they were trying to start a

13   women's center and she was going to be head of it,

14   but I just saw her at their office because it hadn't

15   gone through yet.

16       Q.   Which doctor was that?

17       A.   I don't know her name.  It's in my medical

18   records somewhere.

19       Q.   And we haven't received your medical

20   records, which is why I'm asking those questions.

21            MR. SILVERMAN:   Form.

22       A.   I don't know her name.  I forgot her name.

23       Q.   And that doctor at the Melbourne office of

24   the Brevard Health Center recommended removal of

25   mesh?

Raeann M. Bayless

```
1     A.   She did.

2     Q.   What specifically did she say?

3     A.   She said it needed to be removed.  I don't

4   remember specifically what she said.

5     Q.   Did she say why?

6     A.   Because it's eroding and it's perforating

7   through the top of my vagina and it's causing

8   infection and it could get progressively worse.

9     Q.   When was that appointment?

10    A.   That was -- it was kind of fairly recent,

11  but that was, like, within the last year or two.  I

12  mean, you would have to get it from my attorneys

13  because I turned the evaluation in to them.

14    Q.   So you provided an evaluation from this

15  physician to your attorneys?

16    A.   Yes, I did.

17         MS. ERIXSON:  Counsel, we would ask that you

18    would provide those documents.  We don't have

19    them.

20         MR. SILVERMAN:  My understanding is that all

21    medical records that we received have been

22    produced to you.  I could always check back with

23    my office but that is my understanding as I sit

24    here today.

25         MS. ERIXSON:  And just for the record, we
```

Raeann M. Bayless

```
 1      have not -- and you can correct me if I'm wrong,

 2      but we have not received anything after 2015 and

 3      we have nothing indicating that this visit

 4      occurred.

 5      A.   It might be --

 6           MR. SILVERMAN:  Again -- wait one second.

 7      One second.  All medical records that we have you

 8      guys have.  That's crystal clear from my

 9      understanding, so if you want to follow up with

10      my office, absolutely, but my understanding is

11      that -- I think yesterday we sent out -- let's go

12      off the record for a minute.

13           THE VIDEOGRAPHER:  Off the record at 12:55.

14        (Recess from 12:55 p.m. until 12:56 p.m.)

15           THE VIDEOGRAPHER:  Back on the record at

16      12:56.

17           THE WITNESS:  That was -- may I say

18      something?

19           MR. SILVERMAN:  Wait for her to ask the

20      question.

21    BY MS. ERIXSON:

22      Q.   Let me ask a question.

23           MR. SILVERMAN:  Yeah, wait for her to ask a

24      question.

25    BY MS. ERIXSON:
```

Raeann M. Bayless

```
1        Q.    Ms. Bayless, have you -- have you had any

2   procedure performed to remove the mesh since your

3   meeting with the doctor at Brevard Health Alliance?

4        A.    No, because I have no insurance, but I'm

5   seeking means to do that.

6        Q.    Other than the medical provider at the

7   Melbourne office that we talked about before, has

8   anyone else recommended that you have any part of

9   the mesh products removed?

10        A.    That was the last person that I spoke to

11   about evaluating it and/or the removal of.  It was a

12   woman.  I don't remember her name, the doctor's

13   name, but I remember a woman.  I don't know.  I

14   can't remember the name.

15        Q.    And how did you come to see that doctor

16   whose name you don't --

17        A.    I was referred to the -- through the Brevard

18   Health Alliance in Titusville, which is my primary

19   care physician.

20        Q.    You mentioned that you were trying to find

21   means to pay for further health treatment.  What

22   steps are you taking to do that?

23        A.    Well, I got a job and inquired about their

24   insurance, and it's just a process but it's going

25   to -- they have open enrollment in November.  They
```

Raeann M. Bayless

 1    don't have it before that.  Even -- I was thinking

 2    that right after my probation period I could start

 3    paying for it and get it, but you have to wait until

 4    open enrollment.  That's in November.

 5        Q.   Has anyone offered to pay for that

 6    procedure?

 7        A.   No.

 8        Q.   Is there anything else that we haven't

 9    discussed with regard to the perforation that you're

10    claiming as an injury in this lawsuit?

11             MR. SILVERMAN:  Form.

12        A.   Say the question again.

13        Q.   Is there anything that we haven't already

14    discussed with regard to the perforation that you're

15    claiming as an injury in this lawsuit?

16             MR. SILVERMAN:  Form.

17        A.   No.

18        Q.   And no doctor has told you that the

19    perforation is related to the Boston Scientific

20    sling, correct?

21             MR. SILVERMAN:  Object to form; misstates

22        testimony, asked and answered.

23        Q.   Is that correct, ma'am?

24        A.   I don't -- I don't know why you keep saying

25    Boston Scientific -- I mean whatever it is.  I don't

Raeann M. Bayless

1    know the manufacturer.  I just know that it's in me

2    and it's causing a severe problem.

3        Q.   But you understand that you have two

4    different products?

5            MR. SILVERMAN:  Form.

6        A.   And I understand that both of them are

7    causing problems.

8        Q.   And who told you that?

9            MR. SILVERMAN:  Form.

10       A.   I'm experiencing it.  I'm telling myself

11   that and I would go seek medical help for it or

12   evaluations for it.

13       Q.   But you don't know which product --

14       A.   I'm not a medical doctor.

15           MR. SILVERMAN:  Let her ask -- let her

16   ask --

17       Q.   You don't know which product, if any, are

18   causing the problems?

19           MR. SILVERMAN:  Object to form; misstates

20       testimony, asked and answered countless times.

21       Again, you can answer the question if you know.

22       A.   All I know is that I have these things

23   implanted in me and I'm not the same as I was

24   before, and it's not the same medical issues.  They

25   are different and they are worse, and I'm bleeding

Raeann M. Bayless

1    when I shouldn't be bleeding.  I'm pulling and

2    tugging and having pressure when I shouldn't be

3    having any, which I had a cystocele and I didn't

4    even have pressure with that.  I know I'm nauseous

5    all the time since the surgery.

6        Q.   How often do you experience nausea?

7        A.   Every time after sex it's worse.  It's like

8    it stirs something up in my stomach, and after I

9    eat, like if I eat a full meal, and that's -- that's

10   not normal.  I could usually eat whatever I want

11   when I want, before the surgery.

12       Q.   Have you spoken with any -- have you sought

13   any medical treatment for the nausea that you have

14   described?

15       A.   No, I just know it's related.

16            MR. SILVERMAN:  Form.

17       A.   Because that was more immediate after the --

18   after -- shortly after I had the surgery.  And then

19   I know -- I have a friend who has had the same kind

20   of surgery and she mentioned to me, and this is the

21   only discussion we've had about the surgeries, was

22   that she was experiencing the same symptom.

23       Q.   The symptom being nausea?

24       A.   Uh-huh.

25       Q.   What is your friend's name?

Raeann M. Bayless

```
 1      A.   Her name is Sherry Jordan.

 2      Q.   What is her address?

 3      A.   I don't know the address right now.

 4           MR. SILVERMAN:  Form.

 5      Q.   Do you have her phone number?

 6      A.   No.

 7      Q.   If you could look those up and provide them

 8   to your counsel, and we'd ask that you provide those

 9   to us.

10           MR. SILVERMAN:  You can request that after

11      the deposition through proper grounds.

12      A.   She's very guarded.  I don't know if she'll

13   talk to you but I'll try to get them for you.

14      Q.   Thank you.  Has any medical provider told

15   you that the nausea that you have described is

16   related to the Boston Scientific mesh sling?

17           MR. SILVERMAN:  Object to form.  You can

18      answer.

19      Q.   You can answer?

20           MR. SILVERMAN:  If you know.

21      A.   No, I just know that it wasn't like that

22   before I had the surgery, and --

23      Q.   Do you experience any abdominal pain?

24           MR. SILVERMAN:  She's not finished her

25      answer.
```

Raeann M. Bayless

```
 1        Q.    I'm sorry.

 2        A.    That's okay.  Go ahead.  I don't know why --

 3   I just know whatever -- it's from the surgery.  I

 4   don't know what part of the surgery or whatever, but

 5   it is from, I believe, having the mesh, because I

 6   didn't have that before.

 7        Q.    Do you experiences any abdominal pain?

 8        A.    I do.

 9        Q.    Can you describe that to me?

10        A.    It feels like period cramps, and I don't

11   have a period anymore.

12        Q.    How often do you experience that feeling?

13        A.    It depends on my physical activity.  I can

14   have light to moderate physical activity and I'm

15   going to cramp in my abdomen, sometimes light pain

16   and then sometimes moderate to severe pain,

17   depending on what I did.

18        Q.    Where exactly in your abdomen do you feel

19   the pain that you --

20        A.    At the bottom, like at -- right above my

21   pelvic area but at the -- under my stomach.

22        Q.    When was the first time you experienced that

23   pain?

24        A.    After the healing process, it was short --

25   very shortly afterwards, but it was only -- I was
```

Raeann M. Bayless

1    thinking that it was still from healing, because

2    she -- they said that -- Kathy Jones told me that --

3    or in the paperwork it said you should heal six

4    weeks to three months after the surgery, but that

5    the -- to be completely healed, it could take

6    several months.

7        Q.   So when you say the healing -- after the

8    healing process, what timeline are we looking at

9    after your surgery?

10       MR. SILVERMAN:  Form.

11       A.   I don't remember that part.  I just know it

12   was, like, months, or a couple of months.

13       Q.   More than three months?

14       A.   No, that was the minimum.  I mean, that

15   was the -- that was just from surgery and

16   everything, it was two or three months, but to be

17   completely healed, it could take more, is the way --

18   my understanding of what I read a long time ago.

19       Q.   So when you say -- you said your abdominal

20   pain started after the healing process.

21   Approximately how many months after your surgery did

22   you first experience --

23       A.   When I did something physical or I had sex,

24   I noticed it then, because I waited for the allotted

25   time before I had sex or did anything, you know,

Raeann M. Bayless

```
 1    light to moderately physical things.

 2        Q.   And what -- what time period?  How long did

 3    you wait?

 4        A.   About three -- two -- about three months,

 5    but right after the time that you're supposed to

 6    allow your body to heal, two or three months.

 7        Q.   Do you take any medication or do anything

 8    that provides you relief from the abdominal pain?

 9        A.   Over-the-counter pain relievers.

10        Q.   Do those help?

11        A.   Sometimes they do and sometimes they don't.

12    It will lighten it up sometimes, but it -- I still

13    have, like, cramping and --

14        Q.   Has any medical provider told you that the

15    abdominal pain you've described is related to the

16    Boston Scientific mesh sling?

17             MR. SILVERMAN:  Object to form.  You can

18        answer if you know.

19        A.   No, they haven't.

20        Q.   I'm going through your list.  You mentioned

21    pulling, like a pulled muscle, cramping and tugging.

22    Is that different than the abdominal pain we just

23    discussed?

24        A.   Yes.

25        Q.   Okay.  Can you describe that for me then?
```

Raeann M. Bayless

```
 1      A.   It seemed like up in the -- like the sides

 2   of my abdominal area, not in the middle, where I

 3   experience the pain and the pressure after sex and

 4   after light to moderate physical activity.  I can

 5   turn my body or go to get up, depending on what kind

 6   of apparatus I'm sitting on or, you know, the bed or

 7   whatever, how it's shaped, and I can feel it in the

 8   corner, like on the side of my abdominal -- abdomen.

 9      Q.   So you feel the pulling and tugging

10   sensation in --

11      A.   I feel the pain and something pulling, like

12   I'm about to, you know, tear something up in there

13   or something.

14      Q.   And when you're experiencing that, you're

15   experiencing that on the side of your body, correct?

16           MR. SILVERMAN:  Form.

17      A.   Like about where my ovaries would be, but I

18   don't have a problem with my ovaries, never have.

19      Q.   Do you have both of your ovaries?

20      A.   Uh-huh.

21      Q.   When did that pulling, tugging sensation

22   that you just described begin?

23      A.   Shortly after I had the surgery, after the

24   healing process, and it's occurred off and on till

25   this day.
```

Raeann M. Bayless

```
 1      Q.    How frequently does it happen?

 2      A.    It depends on what I do.

 3      Q.    It's related to particular activities that

 4  you do?

 5      A.    Yeah, physical -- like I can ride a bike and

 6  I'm going to feel some kind of problems.  I'm going

 7  to feel pressure, I'm going to feel abdominal pain,

 8  and I'm going to feel that pulling and tugging.

 9      Q.    Did you ever experience that pulling and

10  tugging feeling prior to your surgery in 2013?

11      A.    No.  I had very little problems physically,

12  except for the -- you know, the incontinence got

13  kind of bad at that -- before the surgery.  I wasn't

14  limited.

15      Q.    Have you sought any medical treatment

16  regarding the pulling, tugging feeling that you've

17  described?

18      A.    I've --

19            MR. SILVERMAN:  Form.

20      A.    I have told my primary care physician at

21  Brevard Health Alliance, but I don't know if they

22  put it in the records but they related it to the

23  implants and the way that the implant is implanted.

24      Q.    Which doctor is that?

25            MR. SILVERMAN:  Form.
```

Raeann M. Bayless

```
 1        A.   I don't know what -- I don't know right now.

 2    I forgot her -- I don't know because they've

 3    changed, so -- it's in my records.  I don't know

 4    what her name is.  I've forgotten.

 5        Q.   How long have you been seeing the doctor

 6    that you've described?

 7        A.   Off and on for three or four years.

 8        Q.   And it's a woman?

 9        A.   Yes, but I -- if I go in, I might not see

10    her.  I might see one of the other physicians.  I'll

11    have an appointment, she might be gone that day or

12    -- and I'm not even sure she still works there now,

13    because it's been a while since I've gone to see

14    them.

15        Q.   And has that doctor or any doctor told you

16    that the pulling or tugging sensation that you've

17    described is related to the Boston Scientific mesh

18    sling?

19             MR. SILVERMAN:  Form.

20        A.   No.

21        Q.   I'm going to jump around this list a little

22    bit.  You mentioned that you still experience

23    incontinence.

24             MR. SILVERMAN:  Object to form.

25        A.   It depends on my physical activity and it
```

Raeann M. Bayless

```
 1    has to be, like, more than moderate, which is not

 2    very often because I can't stand to do -- moderate

 3    is pretty much pushing it since the surgery.

 4         Q.   When did you first experience incontinence

 5    symptoms after your surgery in 2013?

 6         A.   I couldn't tell you that.  I don't know.

 7         Q.   Was it more than a year after?

 8         A.   No.

 9         Q.   Within the first year?

10         A.   Uh-huh.

11         Q.   Is that a yes?

12         A.   Yes.  I'm sorry.

13              MR. SILVERMAN:  Form.

14         Q.   How frequently would you say you experienced

15    symptoms of incontinence?

16         A.   It's not as frequently as it was before, but

17    then I have other symptoms now with the sling.

18         Q.   And how do you know your symptoms are

19    related to the sling?

20              MR. SILVERMAN:  Object to form.

21         A.   Because it's not anything that I -- I know

22    how my bladder used to react when I drank too much

23    caffeine, and now I don't have to have -- I don't

24    drink -- I mean if I don't drink caffeine, it feels

25    like I drank a lot of caffeine, and I don't know
```

Raeann M. Bayless

```
 1    that it's related to the sling, but I know that --

 2    what else could it be?  It's not something I'm

 3    eating or drinking.

 4        Q.   When you say you have -- you're experiencing

 5    something similar to when you drank caffeine, what

 6    symptoms are you experiencing?

 7        A.   It's like burning and it's like a strong

 8    urge to urinate.

 9        Q.   How often do you experience the burning and

10    the strong urge to urinate?

11        A.   Almost daily.

12        Q.   Have you sought medical attention for that?

13             MR. SILVERMAN:  Form.

14        A.   When I went to the emergency room recently,

15    I had them check me for a urinary tract infection

16    and I had none.  That was the first time I kind of

17    addressed it, because I drink a lot of soda and I

18    thought that's what it was.  So I laid off the soda

19    and waited for a while and then I went and asked

20    them to check me.

21        Q.   How much soda do you drink in a day?

22             MR. SILVERMAN:  Form.

23        A.   It varies.  Sometimes I go without it for

24    several days and then sometimes I drink, like, a

25    liter a day or --
```

Raeann M. Bayless

1      Q.    Do you drink coffee?

2      A.    No, just today I did, but I don't usually.

3      Q.    And you had the urge to urinate, you had

4   that before the surgery in 2013, correct?

5            MR. SILVERMAN:  Form; asked and answered.

6      A.    If I had the urge to urinate, I was pretty

7   much urinating or I had to go right then or I

8   wouldn't make it.

9      Q.    Does that happen to you -- has that happened

10  to you since your surgery in 2013?

11           MR. SILVERMAN:  Form.

12     A.    If I drink a lot of caffeine.

13     Q.    So it's related to your caffeine intake?

14           MR. SILVERMAN:  Object to form.

15     A.    I have mixed incontinence.  I was diagnosed

16  with mixed incontinence, so that's part of the --

17  part of the other part of the incontinence, too much

18  caffeine or any irritants that would irritate the

19  bladder, and since she told me that, I know how to

20  handle that part of it, but when I'm not drinking

21  caffeine or bladder irritants, I'm experiencing

22  other symptoms.

23     Q.    What other symptoms are those?

24     A.    Like the -- like the pressure and the strong

25  urge to urinate when I don't have to urinate and I

Raeann M. Bayless

```
 1    don't have a urinary tract infection.

 2        Q.   And you said that happens almost daily?

 3        A.   Yeah, it does.

 4        Q.   You described burning.  What burning

 5    symptoms do you --

 6        A.   Well, like a tickling, you know, it's right

 7    before a burning.  Sometimes it burns, like when you

 8    have a urinary tract infection and you have burning

 9    when you pee, it's like that but there is no urine

10    and I'm not going to the restroom and I don't have a

11    urinary tract infection.

12        Q.   Do you currently have to wear any pads for

13    the urinary leaking that you described?

14        A.   I don't but sometimes I don't make it to the

15    bathroom.

16        Q.   Is that because of leaking or urgency to

17    pee?

18             MR. SILVERMAN:  Form.

19        A.   The urgency, and that's without caffeine,

20    but I have the constant burning and tickling and

21    irritation even when I'm not drinking something that

22    irritates me.

23        Q.   Is it your understanding that the mesh sling

24    was going to treat the urgency to urinate?

25             MR. SILVERMAN:  Object to form.
```

Raeann M. Bayless

```
 1        A.   That it would correct most of the problems,

 2   yes.  Not the -- not the irritants with the caffeine

 3   or certain juices or something, but that it would

 4   correct the other part of the incontinence.

 5        Q.   Have you ever taken any medication to treat

 6   urge incontinence?

 7        A.   No, because she made me aware of it and I

 8   pretty much do it by diet or habit.

 9             MR. SILVERMAN: Can we take a short break?

10        When you finish your answer, I need to use the

11        restroom.

12             MS. ERIXSON:  Okay.  Sure.  Let's go off the

13        record.

14             THE VIDEOGRAPHER:  Off the record at 1:14.

15        (Recess from 1:14 p.m. until 1:25 p.m.)

16             THE VIDEOGRAPHER:  Back on the record at

17        1:25.

18   BY MS. ERIXSON:

19        Q.   Ms. Bayless, before we took a break we were

20   talking about the injuries that you are claiming in

21   this lawsuit.  Do you remember that discussion?

22        A.   Yes, I do.

23        Q.   Before we get back to that topic, I just

24   want to hand you --

25             MS. ERIXSON:  I'm stepping on my microphone.
```

Raeann M. Bayless

1        Sorry.

2        Q.    -- hand you what I've marked as Exhibit 4.

3              (Bayless Exhibit 4 was marked for

4    identification.)

5    BY MS. ERIXSON:

6        Q.    Do you recognize this document?

7        A.    No, I don't.

8        Q.    It says -- this is your Amended Plaintiff

9    Fact Sheet.  Is that what it says on the front page?

10       A.    Oh, I remember some of this.

11       Q.    And if you will turn to the front page, is

12   this your Amended Plaintiff Fact Sheet, is that what

13   it says at the top?

14       A.    Yeah.

15             MR. SILVERMAN:  Form.

16       A.    It says that in the middle.

17       Q.    Okay.  Thank you.  And if you will turn to

18   the very last page of that document, at the top it

19   says "Verification."  Do you see where I am?

20       A.    Yes.

21       Q.    And it says:  "Raeann Bayless declares under

22   penalty of perjury subject to all applicable laws

23   that I have carefully reviewed the final copy of

24   this Plaintiff Fact Sheet dated April 3rd, 2018, and

25   verified that all of the information provided is

Raeann M. Bayless

```
 1    true and correct to the best of my knowledge,

 2    information and belief."

 3          Do you see that?

 4    A.   I do.

 5          MR. SILVERMAN:  Form.

 6    Q.   Is that your signature on this page?

 7    A.   It is.

 8    Q.   So you understood that you were to fill this

 9    form out to the best of your ability?

10    A.   Correct.

11    Q.   And you have sworn to do that by your

12    signature on the verification page, correct?

13    A.   Yes.

14          MR. SILVERMAN:  Form.

15    Q.   If you could, look at page number 7,

16    Paragraph 6, it says:  "Do you claim that you

17    suffered bodily injuries as a result of the

18    implantation of any Boston Scientific Corp., pelvic

19    mesh products?"

20          Do you see where I am?

21    A.   Yes.

22    Q.   And you've checked yes?

23    A.   Yes, I did.

24    Q.   And Paragraph (a) asks you to describe those

25    injuries.  Do you see where I am?
```

Raeann M. Bayless

```
 1      A.   Yes, I do.

 2      Q.   Now, we -- when I made my list before, I

 3  listed 17 items that you claim are injuries in this

 4  lawsuit, but this paragraph only lists perforation

 5  of mesh, bleeding around perforation, infections,

 6  nausea off and on, constipation and stomach pains

 7  after eating.  Do you see that?

 8      A.   Uh-huh.

 9           MR. SILVERMAN:  Object to form.

10      Q.   Do you see that?

11      A.   I do.

12      Q.   Why weren't any of the other things you've

13  mentioned today included in this list?

14      A.   Because I --

15           MR. SILVERMAN:  Form.

16      A.   -- I was not working at that time.  I didn't

17  have had a job at that time and I've noticed some

18  more since I've started working.

19      Q.   You noticed some more symptoms since you've

20  started working?

21           MR. SILVERMAN:  Form.

22      A.   I noticed whatever I added after these, that

23  you don't -- that's not on here, and some of them I

24  noticed more after I've started working at

25  McDonald's or doing --
```

Raeann M. Bayless

```
1      Q.   And you started working at -- excuse me.

2   You started working at McDonald's --

3           MR. SILVERMAN:  Hold on a second.  Don't cut

4      her off.  She's in the middle of talking.  She is

5      still giving an answer.

6           Are you finished with your answer?

7      A.   Or when I was cleaning, doing the cleaning

8   also.

9      Q.   When were you doing the cleaning?

10     A.   Before I had this job, before I came to

11  Douglas, but when I was not working, these still --

12  whether I was working or not, these were the major

13  symptoms that I've always had since I've had the

14  implants.

15     Q.   So you mentioned -- we talked about

16  incontinence a few minutes ago.  So you're telling

17  me that you didn't start experiencing incontinence

18  until you started working at McDonald's in 2018?

19          MR. SILVERMAN:  One second.  Object to form;

20     misstates testimony.

21          Counsel, pursuant to the role of

22     completeness, you can read the entire paragraph

23     in.  It explicitly says that she has a right to

24     amend her response if she recalls anything

25     differently, and she doesn't intend to limit her
```

Raeann M. Bayless

```
 1        response at this time, so it's simply -- that's

 2        why we're here today and she's giving you full

 3        testimony to whatever -- anything you've asked

 4        her.

 5             MS. ERIXSON:  I understand your objection

 6        and it's noted.  We've asked for a complete copy

 7        of this and it's not been amended further to

 8        this, so I'm just trying to create a timeline as

 9        to when these additional injuries were first

10        made.

11             MR. SILVERMAN:  And I think she testified as

12        to everything you've asked her.

13             MS. ERIXSON:  I agree, and I'm just going to

14        create a timeline now, if you will let me.

15             MR. SILVERMAN:  Do what you'd like.  It's

16        your depo.

17   BY MS. ERIXSON:

18        Q.   Ma'am, you testified that you experience

19   incontinence, correct, since your surgery in 2013

20   just a few moments ago?  Do you remember that

21   discussion?

22        A.   Uh-huh.  I did.

23        Q.   And that's not listed on this list in

24   Paragraph 6, correct?

25             MR. SILVERMAN:  Object to form.
```

Raeann M. Bayless

1      A.   No, it's not.

2      Q.   And so is incontinence something that you

3    have only experienced since you started working at

4    McDonald's?

5           MR. SILVERMAN:  Object to form; misstates

6       testimony.

7      A.   I've noticed it more because I'm more

8    physically active at a regular job.  I'm not -- you

9    know, I don't have that -- I have less downtime now,

10   so some other things have become more prevalent to

11   me, more -- more clarified, or however you want to

12   say it, more apparent.  Since I have started

13   working, I've noticed, you know, things are more --

14   things are more obvious to me.

15     Q.   And did you --

16     A.   But I've had some of them the whole time.

17   I've had most of this the whole time.

18     Q.   If you've had them for the whole time, why

19   didn't you include them here in your answer?

20          MR. SILVERMAN:  Object to the form; asked

21      and answered.

22     A.   Because I can't -- I have my -- you know, I

23   can't remember every little small detail.  These are

24   the ones that I experience that are most -- most --

25   that I experience most of the time and most

Raeann M. Bayless

```
1    frequently, so that's what I put.

2        Q.   What symptoms, of the ones that you listed

3    when we first made our list, what have you started

4    to experience for the first time since you started

5    working at McDonald's?

6        MR. SILVERMAN:  Object to form; misstates

7        testimony again.

8        A.   None of them, no more new that I can

9    remember, just more -- more obvious and more

10   painful, just more frequently, pains more prevalent

11   almost every day.  It's worse.  Like before I had

12   down -- some downtime, I didn't -- I didn't have

13   physical -- that much physical activity, but I still

14   had symptoms and pain and tugging and pulling and

15   pressure and nausea, but since I started working,

16   some of it has -- like I can't -- it -- the

17   physical -- more physical movement has caused it to

18   be worse and limited.  I can't do it for very long.

19       Q.   One of the items that you listed when we

20   made our list was pain during intercourse.  Do you

21   remember that?

22       A.   Uh-huh.

23       Q.   Can you describe the pain during intercourse

24   that you experience?

25       A.   I just know it's painful.  I don't know what
```

Raeann M. Bayless

1    you mean.  It's more painful afterwards than it is

2    during, and it feels sore, like not from, you know,

3    just regular intercourse.  It's sore like -- kind of

4    like after I had the surgery, like -- or after you

5    have a baby.

6        Q.   What kind of pain do you experience?

7             MR. SILVERMAN:  Form.

8        A.   I don't -- I don't know how to describe it.

9        Q.   Is it an aching pain?

10       A.   Yeah, a constant aching, and then when I

11   have the tugging and stuff, sometimes it's a

12   stabbing pain, but --

13       Q.   I'm just limiting this to the pain that you

14   experience during or after intercourse.

15       A.   Okay.  That is more like an aching, constant

16   ache.

17       Q.   Do you experience that ache during the act

18   of intercourse?

19       A.   Not most of the time, no.  It's afterwards,

20   and I didn't have that before.

21       Q.   Where do you experience that pain?

22       A.   I don't know exactly.  It seems to be not

23   just where the perforation is, but, like, the whole

24   inside.

25       Q.   When did you first experience that aching

Raeann M. Bayless

```
 1    pain?

 2        A.   I couldn't tell you that.  I don't know.  It

 3    was after the healing process and when I knew I

 4    could first have sex and it's been the same ever

 5    since.

 6        Q.   Do you experience the aching after

 7    intercourse every time you have intercourse?

 8        A.   Uh-huh.

 9        Q.   Is that a yes?

10        A.   Yes.  I'm sorry.  Yes.

11        Q.   How often do you have sexual intercourse?

12        A.   I haven't had any for a very long time.

13        Q.   When was the last time you had sexual

14    intercourse?

15        A.   Sometime in March, the beginning of March,

16    end of February, something like that.

17        Q.   Of 2018?

18        A.   Yes.

19        Q.   Why was that the last time?

20        A.   Because I left the area and I don't know

21    anybody here and I'm not really looking to do that.

22        Q.   Has the aching sensation that you described

23    prevented you from having intercourse?

24             MR. SILVERMAN:  Object to form.

25        A.   It's caused me to avoid it, yes, a few
```

Raeann M. Bayless

1    times.

2        Q.   Why is that?

3        A.   Because of the anticipation of having the

4    pain, painful vagina afterwards, and stomach, the

5    abdomen area.

6        Q.   Do you intend to continue having sexual

7    intercourse?

8             MR. SILVERMAN:  Object to form.

9        A.   I want to in the future, but it's not --

10   it's not a priority right now.

11       Q.   Have you told any medical professional that

12   you're having this aching sensation after

13   intercourse?

14       A.   I -- whatever -- I've told them all the

15   symptoms at Brevard Health Alliance, about the

16   problems that I've experienced since the surgery.

17       Q.   And does that include the aching sensation

18   after intercourse?

19       A.   Yes, painful -- well, I just said painful

20   intercourse.  I didn't go into detail, pain after

21   intercourse mostly.

22       Q.   Do you experience -- do you ever experience

23   pain during the act of sexual intercourse?

24       A.   Just from that perforation site.

25       Q.   What kind of --

Raeann M. Bayless

```
1      A.    If they hit it the wrong way.  I have that

2   sensation of the urgency and the tickling and the

3   burning from the bladder, and I've asked was it the

4   bladder, did I have a urinary tract infection?  It

5   wasn't the urinary tract, so I assume it's from the

6   implant.

7      Q.    When you say you experience the burning and

8   tickling sensation, is that during intercourse?

9      A.    Yes, or after, immediately afterwards, and I

10  haven't had intercourse but I still have those

11  symptoms, and I don't have a urinary tract

12  infection, and it's not something I'm drinking,

13  because I eliminate all of that.

14     Q.    Do you leak urine -- since 2013 have you

15  leaked urine during intercourse?

16           MR. SILVERMAN:  Object to form.

17     Q.    You can answer.

18     A.    Sometimes.

19     Q.    How frequently has that happened?

20     A.    It's not as frequently as before, but I have

21  different symptoms than the incontinence.

22     Q.    And I'm just -- I'm just talking about the

23  leaking urine.

24     A.    Sometimes.

25     Q.    How many times has it happened?
```

Raeann M. Bayless

```
 1        A.   I don't know.  It's been five years.  I

 2   don't know.

 3        Q.   More than five?

 4             MR. SILVERMAN:  Form.

 5        A.   Yes.

 6        Q.   More than 10?

 7             MR. SILVERMAN:  Object to form.

 8        A.   I don't know.  Yeah, I believe so.

 9        Q.   Does it happen every time you have

10   intercourse?

11             MR. SILVERMAN:  Object to form.

12        A.   No.

13        Q.   Other than the pain that you've described

14   after intercourse and during intercourse, and the

15   abdominal cramping that you described and the

16   tugging sensation that you described, and the

17   burning sensation that you described when you

18   urinate, are you experiencing any other symptoms of

19   pain?

20             MR. SILVERMAN:  Form.

21        A.   It is a constant dull pain all the time, but

22   depending on what I'm doing or how often I bend over

23   or how long I -- if I sit for long periods of time,

24   the pain could get worse and the cramping gets

25   worse.  It depends on what I'm doing.
```

Raeann M. Bayless

1    Q.    And just talking about -- not the cramping,

2    not the burning, not the pain during intercourse,

3    what is this other constant dull pain that you

4    experience?

5    A.    I don't know what it is.

6    Q.    Where is it?

7          MR. SILVERMAN:  Form.

8    A.    Around the perforation site and somewhere in

9    there.  I don't know.  I don't have a uterus or a

10   cervix, so it's not that.  It's not up in my

11   ovaries, because I don't -- except for the pulling

12   and stuff near my ovary, I don't have anywhere I

13   could be having pain from.

14   Q.    Do you experience that pain every day?

15   A.    A slight pain is always constantly there, a

16   slight ache is always there.

17   Q.    Are you experiencing it now?

18   A.    Yeah.  It's not intolerable but it has days

19   where I can't sit up, I've got to lay down and rest

20   and stuff.

21   Q.    Are there any activities that you did prior

22   to your surgery in 2013 that you feel you can't do

23   anymore?

24         MR. SILVERMAN:  Object to form; asked and

25         answered.

Raeann M. Bayless

```
 1              THE WITNESS:  Pardon me?

 2              MR. SILVERMAN:  You can answer.

 3              THE WITNESS:  Oh.

 4    BY MS. ERIXSON:

 5         Q.   You can answer.

 6         A.   My physical activity is severely limited.  I

 7    can't stoop, bend, turn my body, definitely can't

 8    lift anything without experiencing problems for

 9    several days afterwards, or pain, and pulling and

10    pressure, and so I avoid that.  I can have -- I'm

11    very limited on what I can do physically, and that's

12    including even sitting in a certain position, in

13    certain positions.

14         Q.   Do you exercise?

15         A.   No, other than walking, and I can't do that

16    for -- you know, that's limited.  I used to be able

17    to walk a couple miles or, you know, wherever I

18    wanted to go.

19         Q.   How far can you walk now?

20         A.   I don't push it, so I don't know.  I can

21    walk maybe short distances, like from here to the

22    parking lot next door, that's -- but I'm still

23    going to -- I'm going to have some kind of

24    discomfort, the pulling, the pressure, the tugging.

25    I always have a little slight pain, but sometimes I
```

Raeann M. Bayless

```
1    get -- like there is an incline right there, a

2    slight incline.  Depending on, you know, what's

3    going on, that's going to cause -- that will cause

4    slight problems around my abdominal area.

5        Q.   When you say slight problems, are you

6    referring to the abdominal cramping?

7        A.   And pain and stuff, yes.

8        Q.   Ms. Bayless, is there anyone else, other

9    than your attorney, that's financially interested in

10   the outcome of this litigation?

11            MR. SILVERMAN:  Object to the form.

12       A.   No.

13       Q.   You mentioned that you -- one of the

14   injuries you're claiming in this lawsuit is a fear

15   of developing cancer.  Do you remember telling me

16   that?

17       A.   Yes.

18       Q.   Why do you have that fear?

19       A.   Partly because the implants and its

20   problems, and partly because of the infection.  I

21   don't want -- you know, I'm scared that might turn

22   into cancer or that it will go septic, so --

23       Q.   Has any medical provider told you that you

24   are at risk of developing cancer in relation to your

25   surgery of 2013?
```

Raeann M. Bayless

```
1        A.    No.

2        Q.    Why is it that you hold that fear?

3              MR. SILVERMAN:  Form.

4        A.    Because of constant infection going septic,

5    because of foreign -- foreign equipment or devices

6    that are in there that don't -- aren't part of your

7    body, just the implants.  One concern was the robot,

8    when they put it in robotically.

9        Q.    What was your concern about the robotic

10   implantation?

11       A.    That that -- that's -- you know.  I don't

12   know.  It's an electronic device and being exposed

13   to it could cause, you know -- I don't know if it's

14   radiation or what it could do.

15       Q.    Are you concerned about the development of

16   cancer when you are exposed to any electronics?

17             MR. SILVERMAN:  Object to form.

18       A.    Not any, no.

19       Q.    What electronics cause you that fear?

20       A.    Well, the robotics are --

21             MR. SILVERMAN:  Form.

22       A.    -- electronic and a foreign object in my

23   body, and the pain and stuff that I'm experiencing

24   now, I'm just thinking that, you know -- it's in the

25   back of my mind, that I could develop cancer.
```

Raeann M. Bayless

```
 1      Q.   Has anyone -- excluding medical

 2   professionals, has anyone told you that you are at

 3   risk for developing cancer in relation to the

 4   procedure that was performed on August 9, 2013?

 5      A.   No.  No.

 6           MR. SILVERMAN:  Object to form.  How much

 7   time do we have left?

 8      Q.   Is there any --

 9           MR. SILVERMAN:  One second.

10           THE COURT REPORTER:  One minute.

11   BY MS. ERIXSON:

12      Q.   Is there anything that you are claiming as

13   an injury in this lawsuit that we have not talked

14   about today?

15           MR. SILVERMAN:  Form.

16      A.   Form.

17           MS. ERIXSON:  That's all the questions I

18   have.

19           MR. SILVERMAN:  Thank you.

20           THE VIDEOGRAPHER:  Off the record?

21           MR. SILVERMAN:  Do you want to start or do

22   you want to take a break?

23           MS. HOWARD:  I think it would make sense if

24   we took a break.

25           MR. SILVERMAN:  Okay.
```

Raeann M. Bayless

```
 1            THE VIDEOGRAPHER:  Off the record at 1:44.

 2        (Recess from 1:44 p.m. until is 2:15 p.m.)

 3            THE VIDEOGRAPHER:  We are back on the record

 4     at 2:15.

 5                    CROSS-EXAMINATION

 6   BY MS. HOWARD:

 7     Q.   Good afternoon, Ms. Bayless.  Are you ready

 8   to continue your deposition?

 9     A.   I am.

10     Q.   I introduced myself before we got started

11   this morning but my name is Heather Howard and I

12   represent Coloplast, which is the other defendant in

13   your lawsuit.  You and I have never met before

14   today, correct?

15     A.   No, we haven't.

16     Q.   And likewise, you've never met my colleague,

17   Ms. Harris, who is here with me today?

18     A.   No, I haven't.

19     Q.   And you understand that you are still under

20   oath today?

21     A.   Yes, I do.

22     Q.   Now, by virtue of going second, I'm going to

23   be jumping around some today, so I ask you to just

24   bear with me.

25     A.   No problem.
```

Raeann M. Bayless

```
 1        Q.   Did you get an opportunity to eat lunch?

 2        A.   I didn't want to.

 3        Q.   Okay.  Well, did you have an opportunity to

 4   use the facilities or do whatever you needed to

 5   during our break?

 6        A.   Yes, I did.

 7        Q.   Did you speak with your attorney during the

 8   break?

 9             MR. SILVERMAN:  Form.

10        A.   Briefly.

11        Q.   Did you speak with your attorney about your

12   case during the break?

13             MR. SILVERMAN:  I'm going to instruct you

14        not to answer.

15             MS. HOWARD:  I'm not ask -- it is not a

16        substantive --

17             MR. SILVERMAN:  Again, I am going to

18        instruct you not to answer about any

19        communication she had with her lawyer at any

20        period of time.  That is attorney-client

21        privilege.  That is something that you are not

22        even supposed to be asking about, and like she

23        said before -- like she asked before, and I

24        mentioned my objection, I'm saying the same thing

25        to you.  That's not something you should be
```

Raeann M. Bayless

```
1        asking about.  That is strictly attorney-client

2        privilege.  I'm going to instruct her not to

3        answer.  You can move on.  Please don't ask that

4        again.

5             MS. HOWARD:  Are you instructing her not to

6        answer a yes-or-no question?

7             MR. SILVERMAN:  That is -- you are asking

8        her what did you talk about with your lawyers.

9             MS. HOWARD:  I am asking her --

10            MR. SILVERMAN:  That's something that is so

11       attorney-client privilege, you should not be

12       asking that question.

13            MS. HOWARD:  Whether, not what.

14            MR. SILVERMAN:  Okay.  I'm going to instruct

15       you not to answer the question.

16   BY MS. HOWARD:

17       Q.   Will you follow your attorney's

18   instructions?

19       A.   Yes.

20       Q.   Ms. Bayless, what's your position at

21   McDonald's?

22       A.   A crew member.

23       Q.   And so what tasks do you do in that role?

24       A.   It varies.  Fry line, cook, sometimes lobby

25   person, cashier, I give out food at the window, but
```

Raeann M. Bayless

```
 1    it's mainly the fry person.

 2        Q.   And are you limited at all in what you are

 3    able to do in your work at McDonald's?

 4             MR. SILVERMAN:  Form.

 5        A.   In what way?

 6             MR. SILVERMAN:  Form.

 7        Q.   Well, is there, for example, any task

 8    they've ever asked you to do that you couldn't do

 9    for any -- because of any physical injuries or --

10             MR. SILVERMAN:  Form.

11        A.   I cannot lift -- I work at the fry station

12    mostly and they have cases of fries and I cannot

13    lift those.  They are very heavy.

14        Q.   And is it that you can't lift them or you

15    choose -- you don't think it's a good idea for you

16    to lift them?

17             MR. SILVERMAN:  Form.

18        A.   I -- I did in the beginning and I started

19    experiencing the abdominal pain and pulling and

20    pressure and tugging, so I choose not to now.  I get

21    someone else to do it.

22        Q.   Has any doctor imposed any weight limit

23    lifting restriction on you long-term?

24        A.   They just said not to lift heavy, but they

25    didn't give me a poundage to avoid.
```

Raeann M. Bayless

1    Q.   Do you mean shortly after the surgery, or

2    long-term?

3         MR. SILVERMAN:  Form.

4    A.   Long, long-term.

5    Q.   And what doctor imposed that restriction on

6    you?

7    A.   I don't -- I think it was my primary care

8    person and initially it was Kathy Jones.

9    Q.   Who is your primary care person?

10   A.   I don't know her name.

11   Q.   Where does she practice?

12   A.   It's changed -- at Brevard Health Alliance,

13   because I see different ones when I go there

14   sometimes.  It depends on who is available.

15   Q.   Have you ever used any other names?

16   A.   No.

17   Q.   Do you know a person named Tracy Logan?

18   A.   Yes.

19   Q.   Who is Tracy Logan?

20   A.   She's my cousin.

21   Q.   I'm going to hand you what we'll mark as

22   Exhibit 5 to your deposition, which is my client's

23   cross-notice of your deposition.

24        (Bayless Exhibit 5 was marked for

25   identification.)

Raeann M. Bayless

```
 1              MR. SILVERMAN:  Thank you.

 2    BY MS. HOWARD:

 3         Q.   Have you seen this document before?

 4         A.   It does not look familiar but I can't say

 5    that I haven't seen it.

 6         Q.   Well, I'll represent to you that it

 7    incorporates the notice that Boston Scientific's

 8    counsel marked, but then it also has an additional

 9    request for documents at the very end, and so if you

10    could just look to the very last page of this

11    notice.

12              MR. SILVERMAN:  I'll just state the same

13         objection for the record as I mentioned before.

14         All these requests mirror the plaintiff's fact

15         sheet, they've all been provided prior to the

16         deposition to you, and any document that she has

17         pursuant to these requests have already been

18         provided to us and to you.

19              So you can answer the question if --

20         whatever question she asks regarding it.

21    BY MS. HOWARD:

22         Q.   Are you on that last page of the document

23    that says Exhibit B?

24         A.   Yes, I am.

25         Q.   And have you seen this before today?
```

Raeann M. Bayless

```
 1      A.   It doesn't look familiar but that doesn't

 2  mean I haven't seen it.  There were several --

 3  several papers that I've been sent from the lawyer

 4  and sent back.

 5      Q.   Just looking through this, just to be clear,

 6  do you have any articles, websites, blogs, films or

 7  any other documents or recordings that contain any

 8  statements or allegations about my company's pelvic

 9  mesh devices?

10      A.   No.

11      Q.   Or any photographs related to them?

12           MR. SILVERMAN:  Form.

13      A.   Definitely not.

14      Q.   And you have given your attorney all of your

15  medical records, correct?

16      A.   I have.

17      Q.   You can set that aside.

18           MR. SILVERMAN:  You can put that to the

19      side.

20           Are you continuing from where she left off,

21      or are you marking your own exhibits?

22           MS. HOWARD:  I was continuing, so that was

23      Exhibit 5.

24           MR. SILVERMAN:  Okay.

25           (Bayless Exhibit 6 was marked for
```

Raeann M. Bayless

```
 1    identification.)

 2    BY MS. HOWARD:

 3        Q.    And, Ms. Bayless, I'm going to hand you what

 4    we'll mark as Exhibit 6 to your deposition, which is

 5    a copy of the plaintiff fact sheet that you

 6    completed for my client.

 7            Have you seen this document before?

 8        A.    It looks familiar.

 9        Q.    Independent of looking at a similar document

10    from Ms. Erixson, do you remember completing

11    different forms on behalf of the two defendants?

12            MR. SILVERMAN:   Form.

13        A.    Yes.

14        Q.    If you would, please turn to the last page

15    of this document.  It says "Verification" at the

16    top.  Are you there?

17        A.    Yes.

18        Q.    And you will recall that Ms. Erixson had you

19    walk through -- look at a similar verification from

20    her clients.

21        A.    Yes.

22        Q.    So you understood that when you signed this

23    verification, that you were under oath indicating

24    that everything in your fact sheet was true and

25    complete?
```

Raeann M. Bayless

1    A.    That's correct.

2          MR. SILVERMAN:  Form.

3    A.    Yes.

4    Q.    Did anyone else complete or assist you with

5    completing this form?

6          MR. SILVERMAN:  Form.

7    A.    They did not.

8    Q.    Did you review this fact sheet in

9    preparation for your deposition?

10   A.    Not recently.

11   Q.    When did you review it?

12   A.    Probably at the time I filled it out and

13   signed it.

14   Q.    Were you aware that we had requested -- we

15   had sent a follow-up letter with questions based on

16   it and had asked you to provide additional responses

17   and additional information?

18         MR. SILVERMAN:  Form.

19   A.    I remember something to that effect, that it

20   was too vague or something, that I needed more --

21   you needed more detail.

22   Q.    And is there a reason why you or your

23   counsel haven't provided us with an updated version?

24         MR. SILVERMAN:  I'm going to object.  I'm

25    going to object and instruct you not to answer

Raeann M. Bayless

```
 1        the question pursuant to the attorney-client

 2        privilege.

 3        A.   I'm going to agree with him.

 4        Q.   Is it your understanding that you have not

 5   provided us with an updated version responding to

 6   our questions?

 7             MR. SILVERMAN:  Same objection; asked and

 8        answered.  I'm going to instruct you not to

 9        answer pursuant to attorney-client privilege.

10        Q.   You're going to follow his instruction?

11        A.   Yes.

12        Q.   I'm going to follow up on a number of

13   different topics --

14             MR. SILVERMAN:  Are you done with this now,

15        put it to the side?

16             MS. HOWARD:  She can put that to the side.

17             MR. SILVERMAN:  Okay.

18        Q.   -- that Ms. Erixson had inquired about.  We

19   talked about your four children.  And what was each

20   of your children's birth weights, approximately, if

21   you know?

22             MR. SILVERMAN:  Form.

23        A.   Both boys were six pounds, a little over six

24   pounds, and the girls were seven something, but I

25   don't remember which one -- you know, which one was
```

Raeann M. Bayless

```
 1    7-6 and which one was 7-9.

 2        Q.   But they were all six pounds and some ounces

 3    or seven pounds and some ounces?

 4        A.   Exactly.

 5        Q.   Did you make it to full-term on each of your

 6    pregnancies?

 7             MR. SILVERMAN:  Form.

 8        A.   I believe both boys were maybe -- they

 9    didn't go all the way to full-term but it was just

10    in a matter of a week or two.

11        Q.   And what about the girls?

12        A.   They were full-term.

13        Q.   Were any of your four deliveries a difficult

14    delivery?

15             MR. SILVERMAN:  Object to the form; vague.

16        A.   All of them.  No, not -- there were no

17    complications or anything.

18        Q.   Do you know if your doctor used forceps for

19    any of your deliveries?

20        A.   No, they did not.

21        Q.   To your knowledge did you have any tearing

22    with any of your deliveries?

23        A.   With the second child.

24             MR. SILVERMAN:  Form.

25        Q.   What do you recall about that?
```

Raeann M. Bayless

```
 1      A.   That he came pretty much faster than the

 2  doctor had anticipated and he wasn't present until

 3  right -- you know, he was presenting while I was in

 4  labor, checking back and forth, but when it came

 5  right down to actually delivering, the baby was

 6  coming and he wasn't present but he came right --

 7  right before, like maybe seconds before my son was

 8  born, so he almost missed it, basically.

 9      Q.   Do you know if your doctor referred to that

10  as a precipitous delivery?

11      A.   A what?

12           MR. SILVERMAN:  Form.

13      Q.   Precipitous.  Have you ever heard that word?

14      A.   I've never heard that word.

15      Q.   And so basically what happened was that you

16  had been kind of going through the stages of labor

17  more slowly, your doctor was checking up on you, and

18  then all of the sudden he was coming, your son was

19  coming?

20      A.   He came quicker than he anticipated, yes, a

21  lot quicker.

22      Q.   Did your doctor need to do an episiotomy for

23  any of your deliveries?

24           MR. SILVERMAN:  Form.

25      A.   Yes, my first child.  He probably needed to
```

Raeann M. Bayless

1    for the second child but he figured that his birth

2    weight, you know, I could compensate with it, I

3    didn't need one, or that he came quicker than I

4    needed -- than he could give it to me, so that's

5    where a lot of the -- like the cystocele and the

6    bladder falling down, that's where the problems

7    first occurred.

8        Q.    After the -- after your second child?

9        A.    Yes.

10            MR. SILVERMAN:  Object to form.

11       Q.    And what doctor or doctors told you that?

12       A.    Dr. Bhalani was the doctor.

13            MR. SILVERMAN:  Form.

14       A.    My delivery -- my OB-GYN at the time.

15       Q.    And so what did Dr. Bhalani tell you after

16   delivering your second child in terms of those

17   potent -- those consequences?

18       A.    That I should have tried to prolong the

19   pushing or, you know, the delivery, and that was

20   about it.  He -- he didn't comment.

21       Q.    My question is a little bit different.  What

22   did he tell you in terms of the longer-term effects

23   that you were going to have --

24       A.    He never did.

25       Q.    -- as a result of that?

Raeann M. Bayless

```
 1              MR. SILVERMAN:  Form.

 2       Q.  So I'm -- how did you determine that the

 3   cystocele and other prolapse or falling issues --

 4       A.  I could see my bladder --

 5              MR. SILVERMAN:  Let her finish the question.

 6              THE WITNESS:  I'm sorry.

 7       Q.  How did you determine that that was when

 8   they started?

 9              MR. SILVERMAN:  Object to form.

10       A.  By physically examining myself, and also, I

11   could see the bladder at the opening of the vagina

12   and that wasn't like that before.

13       Q.  And that started after your second child?

14              MR. SILVERMAN:  Object to form.

15       A.  That started after the delivery, after I had

16   him, yes.

17       Q.  And in terms of Dr. Bhalani, that was the

18   doctor in Titusville; is that right?

19       A.  That's correct.

20       Q.  Was it a man?

21       A.  It was.

22       Q.  Was he an OB-GYN?

23       A.  He was the on-call doctor at the time,

24   OB-GYN at the hospital, but I did my prenatal care

25   at the county clinic.
```

Raeann M. Bayless

```
 1      Q.   Which county?

 2      A.   Brevard County.

 3      Q.   And what hospital was it that you --

 4      A.   Jess Parrish Hospital.

 5      Q.   And I -- do you happen to know if it was

 6   Dr. Kantilal Bhalani?

 7      A.   Who?

 8      Q.   My pronunciation is not great.

 9      A.   I'm not -- I don't remember what his first

10   name is.

11      Q.   You can't recall, so it wouldn't matter what

12   I told you, you wouldn't know if it was him, right?

13      A.   Right.

14      Q.   It's been too long?

15      A.   There wasn't that many Bhalanis in

16   Titusville that were OB-GYNs.  Excuse me.

17      Q.   Do you need to get some water?

18      A.   No.

19      Q.   So did Dr. Bhalani deliver your other

20   children as well?

21      A.   He delivered the first one, my daughter.  I

22   believe he was on call for the last two, but because

23   of the -- because of maybe him not being there

24   almost when the baby was delivered, I didn't want

25   to -- I didn't want him to deliver the other two.
```

Raeann M. Bayless

1      Q.    So you elected to have someone else deliver

2    your other children because he --

3      A.    They were midwives, I believe, that did it.

4      Q.    Do you remember the names of those midwives?

5      A.    No.

6      Q.    Were they affiliated with a different

7    OB-GYN?

8            MR. SILVERMAN:  Form.

9      A.    I don't -- I think they were just the ones

10   on call at the hospital at the time.

11     Q.    And did you deliver all four children at the

12   same hospital?

13     A.    I did.

14     Q.    Ms. Erixson also spoke with you about your

15   two miscarriages that you had.  How far along were

16   you for the first miscarriage?

17     A.    Early, very early on in the pregnancies,

18   like within a month or two.

19     Q.    So it was within the first trimester?

20     A.    Right, exactly.

21     Q.    And how had you known that you were pregnant

22   then?

23     A.    Because my periods were very regular, maybe

24   varied, you know, a couple of days but they were

25   usually right on time, 28 days apart, and I missed

Raeann M. Bayless

```
 1    my menstrual cycles.

 2        Q.   And what about the second miscarriage, how

 3    far along were you in that one?

 4        A.   It was early on too.

 5        Q.   So still within the first trimester?

 6        A.   Yeah.

 7        Q.   And then Ms. Erixson also spoke with you

 8    that you terminated three pregnancies; is that

 9    correct?

10        A.   That's correct.

11             MR. SILVERMAN:  Form.

12        Q.   I'll ask you for each of the terminations.

13    For the first one, how far along were you in that

14    pregnancy at the time that you terminated it?

15             MR. SILVERMAN:  Object to form.

16        A.   It was within the first trimester.  I think

17    you have to be a certain -- you have to be over a

18    certain but under a certain time, so it was probably

19    after eight weeks but before 12, but I don't

20    remember exactly.

21        Q.   And I wasn't quite clear in terms of how

22    your doctor went about terminating the pregnancy.

23    Was a procedure performed?

24        A.   Yes.  I went to an abortion clinic and I --

25    I don't know the name of the procedure but it was,
```

Raeann M. Bayless

1    like -- I guess they vacuum them out or suck them

2    out or something.

3        Q.   And would the same be true for all three

4    procedures?

5        A.   Yes, all three.

6        Q.   They were all done that same way?

7        A.   Yes.

8            MR. SILVERMAN:  Object to form.

9        Q.   And so you weren't far enough along that you

10   had to deliver, it was a --

11       A.   No, never, no.

12       Q.   -- it was a vacuum procedure?

13           MR. SILVERMAN:  Form.

14       Q.   And then so the second -- the second

15   termination, how far along were you?

16       A.   It was within the first trimester.  It was

17   probably -- it was probably after nine weeks and

18   before the 12 weeks.  It was a little further.

19       Q.   I'm sorry.  Go ahead.

20       A.   I said it was a little further than the

21   other one.

22       Q.   And then the third termination, what timing

23   was that?

24           MR. SILVERMAN:  Form.

25       A.   First trimester, probably about 10 or 11

Raeann M. Bayless

```
 1    weeks as well, between nine and 11, something like

 2    that.

 3         Q.   Ms. Erixson spoke with you about your

 4    smoking history.  Has any doctor ever recommended

 5    that you quit smoking?

 6         A.   Of course, all doctors try to recommend that

 7    you quit.

 8         Q.   And why is that?

 9         A.   Because it has long-term health effects, bad

10    health effects.

11         Q.   And what are some of those health effects

12    that you're aware of?

13              MR. SILVERMAN:  Object to form.

14         A.   Heart problems, and lung cancer, cancer,

15    throat cancer, which is in my family, so they --

16    when they got the family history, they would suggest

17    it, urge it.

18         Q.   And over the course of the 30 or so years

19    that you've been smoking, have your doctors

20    consistently been telling you that you should quit

21    smoking?

22         A.   No.

23              MR. SILVERMAN:  Object to form.

24         A.   Because I -- it was pretty -- I was pretty

25    healthy, for the most part.
```

Raeann M. Bayless

```
 1            MR. SILVERMAN:  Are you able to get her?

 2            THE COURT REPORTER:  (Nodding head.)

 3     BY MS. HOWARD:

 4       Q.   So some of your doctors but not all of your

 5     doctors have told you that you should quit smoking;

 6     is that fair?

 7            MR. SILVERMAN:  Object to form; asked and

 8       answered.

 9       A.   They would make the suggestion.  They didn't

10     say that I'm experiencing problems and that I need

11     to quit.  They all just have that notion to tell you

12     because smoking is bad for you.

13       Q.   Do you have any information about smoking

14     impairing healing?

15            MR. SILVERMAN:  Object to form.

16       A.   Dr. Jones said that I should not do it after

17     the surgery because it does impair the healing

18     process, or it takes longer for you to heal.

19       Q.   And so she told you that before your

20     surgery?

21       A.   She did.

22            MR. SILVERMAN:  Object to form.

23       Q.   And you continued to smoke, though, right?

24            MR. SILVERMAN:  Form.

25       A.   No, I followed the -- I followed her
```

Raeann M. Bayless

```
1    instructions.

2       Q.   For how long did you quit smoking?

3       A.   Between two and -- two and three months.

4       Q.   So it's your testimony that for two to three

5    months after the surgery you quit smoking?

6       A.   Uh-huh.

7            MR. SILVERMAN:  Form; asked and answered.

8       Q.   Is that a yes?

9       A.   Yes.

10      Q.   And then you resumed smoking?

11           MR. SILVERMAN:  Form.

12      A.   Almost immediately, yes.

13      Q.   And Would you defer to whatever your medical

14   records say in terms of your smoking history that

15   you report whenever you go to your doctor?

16           MR. SILVERMAN:  One second.  Object to form;

17      vague, calls for speculation, overly broad.  If

18      you know the answer to that, you could, but I

19      don't know what medical record she's referring

20      to.

21      A.   I don't know that answer.

22           MR. SILVERMAN:  If you would like to show

23      her medical records, feel free to.

24      Q.   Just as a matter of course, if a doctor asks

25   if you've been smoking, you would give them -- you
```

Raeann M. Bayless

```
 1    would give them an honest answer as to whether or

 2    not you were smoking?

 3        A.   I would.

 4             MR. SILVERMAN:  Object to form.

 5        Q.   When Ms. Erixson asked you about marijuana

 6    use, you said "it didn't agree with me."  What did

 7    you mean by that?

 8             MR. SILVERMAN:  Object to form; asked and

 9        answered.

10        A.   I mean that I already had a healthy appetite

11    and that I have a low metabolism.  I did -- I wasn't

12    really -- I was physically active, I could pretty

13    much do what I wanted, but my metabolism did not

14    give me the -- I didn't -- I wasn't very motivated

15    to do physical -- like, athlete -- athletics or, you

16    know, go that far with it, so -- and when I smoke

17    marijuana, it made those symptoms even worse.  I was

18    just, like, lazy.

19        Q.   And Ms. Erixson also asked you some

20    questions about your crack cocaine use.

21        A.   Yes.

22        Q.   Did -- had any doctors talked to you about

23    any health risks associated with using crack

24    cocaine?

25             MR. SILVERMAN:  Object to form; asked and
```

Raeann M. Bayless

```
 1      answered.  Counsel, this entire subject has been

 2      covered in depth for close to 15 to 20 minutes.

 3      I'd just direct all of her answers with regards

 4      to her cocaine use to that portion, but if you

 5      know the answer, you can answer the question.

 6      I'll allow her to answer.

 7           MS. HOWARD:  You can object to form.  That

 8      question has not been asked before.

 9      A.   Can you repeat the question?

10      Q.   Sure.

11           MS. HOWARD:  Can you just read it back for

12      me please.

13           THE COURT REPORTER:  "Had any doctors talked

14      to you about any health risks associated with

15      using crack cocaine?"

16      A.   No.

17      Q.   You don't recall any of your doctors telling

18      you, for example, that crack cocaine could cause you

19      to have a vasospasm, a heart attack, and die?

20           MR. SILVERMAN:  Object to form; asked and

21      answered.

22      A.   I don't remember doctors telling me that but

23      that seemed to be common knowledge among cocaine

24      users.

25      Q.   What was common knowledge among cocaine
```

Raeann M. Bayless

```
 1    users?

 2        A.   That it could cause sudden heart attack or

 3    stroke.

 4             MR. SILVERMAN:  Form.

 5        Q.   How did you obtain that common knowledge?

 6             MR. SILVERMAN:  Object to form; misstates

 7    testimony, calls for speculation.  You can answer

 8    if you know.

 9        A.   Say that again.

10        Q.   How did you -- you said that it was common

11    knowledge, but how did you learn --

12        A.   Just from talking among people, just talking

13    among people that used.

14        Q.   And you understood that, those risks at the

15    time -- throughout the time you were using --

16        A.   Not at first, no.

17             MR. SILVERMAN:  Form.

18        Q.   When did you obtain that knowledge?

19        A.   I can't -- I don't recall that specifically.

20    I don't know.

21        Q.   And so you do not recall any doctor telling

22    you to stop using cocaine post your surgery in 2013?

23        A.   No.

24             MR. SILVERMAN:  Object to form.

25        Q.   If there is references in your medical
```

Raeann M. Bayless

1  records to doctors -- to your doctor telling you to

2  stop using cocaine following your surgery, would you

3  have any reason to doubt that the record said that

4  or that your doctor said that?

5       MR. SILVERMAN:  Object to form; calls for

6     speculation, vague, overly broad.  Again, if you

7     have any medical records, please show them to

8     both I and the witness.  I don't know what --

9     which medical records you're referring to,

10    Counsel.  You're talking sort of --

11      MS. HOWARD:  Can you just object to form?

12      MR. SILVERMAN:  I am going to object the way

13    I feel is appropriate.  I stick to form

14    sometimes, and I don't.  It really depends.

15      MS. HOWARD:  I'm trying to move this along,

16    Counselor, so I would ask that you object to

17    form.

18      MR. SILVERMAN:  It doesn't mean I -- I'm not

19    going to withhold my objections, Counsel.  It's

20    an objectionable question.

21      You can answer it if you understand her

22    question and know the answer to it.

23  BY MS. HOWARD:

24    Q.  Do you recall any of your doctors

25  recommending that you stop using crack cocaine?

Raeann M. Bayless

```
1      A.    No.

2            MR. SILVERMAN:  Form.

3      Q.    And if there are records that reference you

4    using crack cocaine and your doctor encouraging you

5    to stop doing so, do you have any reason to dispute

6    those records?

7            MR. SILVERMAN:  Same objection; form.

8      A.    No, but I don't remember seeing -- I don't

9    remember any of that in my records, not to say that

10   it's not there, but I don't remember anything like

11   that.

12     Q.    Well, as you noted earlier on in your

13   deposition, your memory is not the same about some

14   things.  Is that not correct?

15           MR. SILVERMAN:  Object to form.

16     A.    Pertaining to medical records, but some

17   things stick out and stay with me.

18     Q.    Would you agree that your medical records

19   are the best and most accurate source of your

20   medical history?

21           MR. SILVERMAN:  Object to form.

22     A.    I do.

23     Q.    And a better source than your memory?

24           MR. SILVERMAN:  Object to form.

25     A.    When it pertains to certain things, but not
```

Raeann M. Bayless

1    to what I'm -- not what I'm here for.

2         MR. SILVERMAN:  Do you need a drink?

3         THE WITNESS:  No.  I have allergies, I have

4    developed allergies since coming to Douglas.

5         (Bayless Exhibit 7 was marked for

6    identification.)

7    BY MS. ERIXSON:

8    Q.   Ms. Bayless, I'm going to go ahead and hand

9    you what we'll mark as Exhibit 7 to your deposition,

10   which is a medical record from Brevard Health

11   Alliance.

12   A.   Uh-huh.  Yeah.

13   Q.   Do you have it in front of you?

14   A.   I do.

15   Q.   And this is a medical record from a visit in

16   July of 2014 to a Corinne West.

17   A.   Hm-mm.

18   Q.   Is that a provider that you've seen?

19   A.   I see it.

20   Q.   If you would, please turn to the next to the

21   last page of this document, where it lists out some

22   problems, and do you see Problem Number 6?

23   A.   I do.

24   Q.   And I'll read that.  It states:  Cocaine

25   abuse episodic, smokes crack daily, discussed with

Raeann M. Bayless

 1    patient that she could smoke crack and have a

 2    vasospasm, heart attack and die.  Discussed

 3    treatment options.  Patient is agreeable to meeting

 4    with case management.

 5          Do you see that?

 6          MR. SILVERMAN:  Object to form.

 7    A.   I do, but I did not -- I don't remember -- I

 8    did not remember that right now.  I don't remember

 9    that.

10    Q.   But you don't dispute this record, do you?

11          MR. SILVERMAN:  Object to form; misstates

12    testimony.

13    A.   I don't really know what to say about that.

14    I don't even remember that, so --

15    Q.   But you don't dispute the record, do you?

16    A.   I can't dispute or deny -- I mean or agree.

17          MR. SILVERMAN:  Object to form.

18    Q.   And do you recall in 2014 a doctor proposing

19    that you meet with case management?

20          MR. SILVERMAN:  Form.

21    A.   No.

22    Q.   Have you sought treatment for cocaine use

23    since July 2014?

24          MR. SILVERMAN:  Form.

25    A.   No.

Raeann M. Bayless

```
1      Q.   Are you sure you don't need some water?

2      A.   Yes, I'm sure.  It's just allergies.

3      Q.   You can set that aside.  To your knowledge

4   have you ever been diagnosed with or treated for

5   diverticulitis or diverticular disease?

6      A.   No.

7      Q.   Have you ever been diagnosed with or treated

8   for diabetes?

9      A.   No.

10          MR. SILVERMAN:  Form.

11     Q.   Have you ever been told that you were at

12  risk of developing diabetes?

13     A.   Well, because of family history, they

14  periodically test me for that.

15     Q.   Are you aware if you have been found to have

16  high glucose?

17          MR. SILVERMAN:  Form.

18     A.   Never been diagnosed, never -- I'm not even

19  sure if they tested me for that.  There's just the

20  diabetes.

21     Q.   To your knowledge have you ever been --

22  developed pelvic scarring or adhesions?

23          MR. SILVERMAN:  Form.

24     A.   No one has ever told me that I had any

25  scarring or adhesions.
```

Raeann M. Bayless

```
 1      Q.   Now, prior to your surgery with Dr. Jones,

 2   you had other surgeries on your pelvic or abdominal

 3   areas, right?

 4      A.   Not that I know of.

 5      Q.   Well, you had spoken about the tubal

 6   ligation and your gallbladder surgery, correct?

 7           MR. SILVERMAN:  Form.

 8      A.   Yes, but I don't know about any inside

 9   scarring.

10      Q.   Well, I'm just moving on.

11      A.   Okay.

12      Q.   So my question is to your knowledge, at the

13   time that you had your tubal ligation, do you know

14   if your doctor performed a bladder tack or any other

15   procedure at that same time?

16      A.   No, he did not.

17           MR. SILVERMAN:  Object to form.

18      Q.   To your knowledge did you ever have a

19   bladder tack at any time before going to Dr. Jones?

20      A.   No.

21           MR. SILVERMAN:  Object to form.

22      Q.   And other than what we've discussed today,

23   to your knowledge have you ever had any other pelvic

24   or abdominal surgeries?

25           MR. SILVERMAN:  Form.
```

Raeann M. Bayless

```
 1        A.    Except for the abortions, no.

 2        Q.    Any that we haven't talk about today?

 3        A.    No.

 4        Q.    And you testified earlier that your scarring

 5     from any surgery that you had had was minimal after

 6     you healed.  What was the basis of that testimony?

 7        A.    Well, I was talking about the outside,

 8     because they -- when they did the gallbladder, they

 9     went through my belly button and they put a camera

10     like -- there's like three scars where they -- I

11     don't know what -- I think they put the camera

12     through one of them and -- I don't know what else

13     they did, but I had three scars.  I still have them

14     but they are minimum now.  They healed very well.

15     That's what I was talking about.

16        Q.    To your knowledge have you ever been

17     diagnosed with or treated for cervicitis?

18              MR. SILVERMAN:  Object to form.

19        A.    No, I have not.

20        Q.    You testified earlier about a -- you were in

21     a relationship with someone where he was the

22     provider and so you didn't work for a number of

23     years.

24        A.    I worked when I wanted to work.  I did -- I

25     was not -- I didn't have to work to pay bills or
```

Raeann M. Bayless

```
 1    anything.

 2        Q.   Who was that individual?

 3        A.   Willie Dixon.

 4        Q.   And during what time frame were you involved

 5    with Mr. Dixon?

 6        A.   2000 to 2015.

 7        Q.   And where does Mr. Dixon reside now?

 8        A.   In Titusville.

 9        Q.   How do you spell Dixon?

10        A.   D-i-x-o-n.

11        Q.   You testified earlier that you spent four

12    months of a six-month sentence in the county jail.

13        A.   I did.

14        Q.   Which county jail was that?

15        A.   Brevard County Jail.

16        Q.   You testified earlier about three different

17    residential programs that you attended in addition

18    to The Bridge.  One of them was called Robin's Nest;

19    is that right?

20        A.   That's correct.

21        Q.   At what time frame did you go to Robin's

22    Nest?

23        A.   I don't remember the year exactly but I went

24    for 30 days voluntarily.

25        Q.   Was it -- just are you able to reference it
```

Raeann M. Bayless

```
 1    in terms of, you know, where you were living --

 2         A.   I was living in Titusville.

 3         Q.   -- or how many -- you know, if you had all

 4    four children, et cetera.  I'm just trying to get a

 5    sense of the timing.

 6         A.   Okay.  I took my --

 7              MR. SILVERMAN:  Form.

 8         A.   -- my two younger children, I took them with

 9    me to the Robin's Nest.

10         Q.   Does that help you remember what time frame?

11         A.   So they were about two and three maybe.

12         Q.   So that would be in the 1990s still then?

13    Or wait --

14         A.   Yeah.

15         Q.   And why did you go to the Robin's Nest

16    program?

17         A.   Because I would have -- okay.  Initially, I

18    did crack cocaine in around -- right after my son

19    was born in '97 -- '87, and every now and then I

20    would -- I would do it, but I didn't stay constantly

21    on it.  I didn't foresee a problem, like it wasn't a

22    constant problem, but when I did do it, then I -- it

23    became a problem and I would go seek help.

24         Q.   What about the -- I believe you said you

25    also went to Christ Aid.  Is that what it was
```

Raeann M. Bayless

```
 1   called?

 2      A.   Yes.

 3      Q.   Was that before or after Robin's Nest?

 4      A.   Not too long after.

 5      Q.   So in the late 1990s or early -- well,

 6   strike that.  Was it before or after you went to The

 7   Bridge?

 8      A.   After.  No, before, before.  It was before.

 9      Q.   And was that for crack cocaine?

10      A.   It was just for --

11           MR. SILVERMAN:  Form.

12      A.   It was more for -- I was -- my two young

13   kids, his -- their father was also abusive and he

14   was using drugs, and it was more also to just

15   distance myself from him and not be around that

16   environment and get my kids out of the environment

17   and not have to move back home with my mother and

18   father.

19      Q.   Until recently you did live with your

20   mother; is that correct?

21      A.   I've lived with my mother and father off and

22   on for years, but I had my own places to live when I

23   lived with my significant other.

24      Q.   Your mother is elderly at this point in

25   time, correct?
```

Raeann M. Bayless

1    A.   She's 78.

2         MR. SILVERMAN:   Form.

3    Q.   Do you provide your mother with care when

4    you stay with her?

5    A.   Yes.

6    Q.   What kind of care?

7         MR. SILVERMAN:   Form.

8    A.   I clean for her, you know, her soiled

9    laundry, I clean up her house, I cook meals for her.

10   Sometimes I have to help her with walking.  She's

11   ambulatory but she needs assistance a lot.

12   Q.   Do you ever have to help lift her?

13   A.   Yeah, she's falling on the floor and I do --

14   I can get her up most of the time, but usually I

15   have to call one of my sons or someone to help me,

16   because she's heavy.

17   Q.   Ms. Bayless, to your knowledge have any

18   other women in your family experienced prolapse

19   where their organs -- like where they have a

20   cystocele, for example?

21        MR. SILVERMAN:   Object to form.

22   A.   I'm not sure if that's why she sought the

23   surgeries herself, my mother, but that's the only

24   person that might.

25   Q.   It's not something you've talked about; is

Raeann M. Bayless

```
1    that fair?

2      A.   I know that she has had the tack -- the

3    bladder tack and all that, but I don't know about

4    the -- if she had any kind of sagging or anything.

5      Q.   And you told me earlier that you first

6    noticed the prolapse symptoms after you had your

7    second child.  And so it was starting at that time

8    that you could actually physically see your organs?

9      A.   At least the bladder part, yes.

10          MR. SILVERMAN:  Form.

11     A.   It was right there.  It was prevalent.  It

12   was right in the opening.

13     Q.   And did you experience any symptoms from

14   that?

15          MR. SILVERMAN:  Object to form.

16     A.   Mostly only during intercourse.

17          THE VIDEOGRAPHER:  End of disk in two

18     minutes.

19   BY MS. HOWARD:

20     Q.   Can you be a little more specific what

21   symptoms you experienced?

22          MR. SILVERMAN:  Form.

23     A.   Well, irritation because of the -- my

24   partner hitting -- you know, having contact with the

25   bladder with his organ.
```

Raeann M. Bayless

```
 1      Q.   And is that something that got worse over

 2   time as the prolapse got worse over time?

 3      A.   It was just pretty bad from the beginning.

 4           MR. SILVERMAN:  Object to form.

 5      Q.   What was pretty bad from the beginning?

 6      A.   The sagging and the -- especially the

 7   bladder hanging down.

 8      Q.   Did those symptoms also affect your ability

 9   to be active, if you, you know, if you stood for too

10   long, for example?

11           MR. SILVERMAN:  Object to form.

12      A.   There would be some -- not for standing, no,

13   there wasn't.

14      Q.   Moving?

15      A.   Moving?

16           MR. SILVERMAN:  Form.

17      A.   No, not really either.

18      Q.   Did the sagging cause you embarrassment?

19           MR. SILVERMAN:  Object to form.

20      A.   With my partner, yeah, it did.

21           MS. HOWARD:  Let's go ahead and take a

22   break.  He needs to change the tape.

23           THE VIDEOGRAPHER:  This is the end of Disk

24   Number 2 in the deposition of Raeann Bayless.  We

25   are off the record at 2:53.
```

Raeann M. Bayless

```
 1              (Recess from 2:53 p.m. until 3:01 p.m.)

 2              THE VIDEOGRAPHER:  This is the beginning of

 3       Disk Number 3 in the deposition of Raeann

 4       Bayless.  We are on the record at 3:01.

 5   BY MS. HOWARD:

 6       Q.   Ms. Bayless, are you ready to continue?

 7       A.   I am.

 8       Q.   Did you speak with your counsel during the

 9   break?

10       A.   I did.

11              MR. SILVERMAN:  Object to Form.

12       Q.   Before we went off the record, I was asking

13   you about the symptoms of prolapse or cystocele that

14   you were experiencing.  Did you -- did it feel like

15   something was actually falling out?

16       A.   No.  I didn't have any discomfort or pain or

17   irritation even when I had sex, except for every now

18   and then I guess hit, you know, the hitting of the

19   bladder, and that didn't happen -- it didn't occur

20   every time.  It didn't cause me a lot of problems.

21       Q.   But you were aware that it was --

22       A.   Yeah, the sight of it, you know, the fact

23   that I could see it.

24       Q.   Over time did it get further out?

25       A.   No.
```

Raeann M. Bayless

1       MR. SILVERMAN:  Form.

2    A.   It was pretty much --

3    Q.   Not that you know --

4    A.   It wasn't inside out but -- or it didn't

5    fall all the way out but it was right there.

6    Q.   Did you have difficulty having bowel

7    movements or constipation because of the cystocele?

8       MR. SILVERMAN:  Object to form.

9       THE WITNESS:  What did you say?

10      MR. SILVERMAN:  I said object the form.  You

11   can answer the question if you know.

12   A.   No.

13   Q.   To your recollection did you have lower back

14   pain as a result of it or in that time period?

15      MR. SILVERMAN:  Objection; calls for a

16   medical conclusion.

17   A.   No.

18   Q.   Was there anything that you noticed that

19   made the bulge better or worse?

20   A.   No.

21   Q.   Who was the first doctor that you went to to

22   seek treatment regarding the prolapse?

23   A.   Dr. -- Dr. Beason at the Brevard County

24   Health Department.

25   Q.   I'm sorry.  Dr. Who?

Raeann M. Bayless

```
 1      A.    Beason, B-e-a-s-o-n.  It is a woman doctor.

 2      Q.    And approximately what time frame do you

 3   believe that you went to see Dr. Beason?

 4      A.    I had seen her off and on for years, but

 5   when I just inquired about my options, it was

 6   probably at the birth of my last child, so -- I

 7   might have mentioned it to her before but it wasn't

 8   causing -- it was mostly cosmetic, is the reason why

 9   I sought her attention, I mean her -- why I inquired

10   about the --

11      Q.    So was this in the 1990s, the 2000s?

12      A.    '92.

13      Q.    And I gather -- or strike that.

14            What options did she offer -- tell you were

15   available to you at that time?

16      A.    I don't remember exactly, but all she -- all

17   I remember saying -- remember what I got out of it

18   was that it could be repaired and she -- we didn't

19   go into specifics about how.  The other -- I was on

20   Medicaid at the time, but since it wasn't causing me

21   any problems, it wasn't a -- it wasn't pressing on

22   getting it done.  It was more cosmetic or something

23   then.

24      Q.    And what was Dr. Beason's first name?

25      A.    I want to say Lillian, but I'm not sure.
```

Raeann M. Bayless

```
1    It's been a very, very long time.  She's not --

2       Q.   Where did she practice?

3       A.   Brevard County Health Department.

4       Q.   And after your visit with Dr. Beason, who

5    was the next doctor you went to see regarding your

6    prolapse issues?

7       A.   That was pretty much it.

8       Q.   So up until shortly before you had your

9    surgery, did you seek treatment from any doctors

10   regarding prolapse-related issues?

11          MR. SILVERMAN:  Form.

12      A.   I really did not.

13          MR. SILVERMAN:  You can answer.

14          THE WITNESS:  Oh.

15      A.   I did not because it wasn't causing me any

16   problems.  It was, like I said, more cosmetic, you

17   know, the embarrassment of the way it looked and --

18      Q.   Do you recall seeking treatment from a

19   Dr. Bukkapatnam at the Orlando Health facility?

20      A.   What was the name?  Spell it.

21      Q.   I will call him Dr. B and hand you the

22   record.

23      A.   Was that the Orange Blossom Family Health,

24   or something like that?

25      Q.   It says Orlando Health, so I'll hand you
```

Raeann M. Bayless

1    what we'll mark as Exhibit 8 to your deposition,

2    which is a record from May 7 of 2012.

3           (Bayless Exhibit 8 was marked for

4    identification.)

5    A.    Okay.

6    Q.    And this is a visit to a, I believe, Jayasri

7    Bukkapatnam.

8    A.    Where is that?  If I --

9    Q.    It says it on the very last page who this

10   doctor was.

11   A.    Okay.

12   Q.    So do you see that this is a record for a

13   visit that you had on May 7th of 2012?

14   A.    I don't remember this, but I -- the only

15   inquiries or requests or anything, besides Kathy

16   Jones in Orlando, was through the Orange Blossom --

17   I don't remember the doctor, though.

18   Q.    Okay.  If you would, go back to the first

19   page of that document, please, and near the top of

20   the first page it says "Current Medical History,"

21   and "Reason for visit?"  And then it says "What is

22   the problem that has brought you here today?"

23          And do you see it says "vaginal and rectal

24   prolapse"?

25          MR. SILVERMAN:  Form.

Raeann M. Bayless

```
1       A.   I do.

2       Q.   Do you see that?

3       A.   Uh-huh.

4       Q.   And is that consistent with you

5    understanding of which of your organs were

6    prolapsing?

7            MR. SILVERMAN:  Form.

8       A.   I knew the bladder was.  I knew that there

9    was sagging in my vagina, but I -- I really did not

10   know to what extent because I don't know them, you

11   know -- I don't know how good or bad it was,

12   depending on -- but I know it -- the bladder

13   mostly -- it was mostly I knew it needed to be put

14   back in place for a long time.

15      Q.   But you hadn't dealt with it because of

16   insurance issues; is that right?

17           MR. SILVERMAN:  Form.

18      A.   Because of insurance issues and because it

19   wasn't causing me any problems.

20      Q.   And so if you would look at the "History of

21   Present Illness" section, do you see that there is a

22   discussion there?  But before we look at that

23   actually, at times prior to going to see Dr. Jones,

24   so, in other words, in connection with this same

25   time frame, May of 2012, you had sought treatment
```

Raeann M. Bayless

1    for pain during sexual intercourse; is that correct?

2         MR. SILVERMAN:  Object to form.

3    A.   I don't remember that.

4    Q.   Well, let me ask you differently.  Do you

5    recall when you first experienced pain while having

6    intercourse?

7         MR. SILVERMAN:  Object to form; asked and

8    answered.

9    A.   I don't know what you want me to say.  I

10   don't know.  I don't remember that.

11   Q.   You don't recall whether you had experienced

12   pain during intercourse by around this time frame of

13   May of 2012?

14        MR. SILVERMAN:  Form.

15   A.   Well, not like I do now.  I don't remember

16   saying that or as that being a problem before.

17   Q.   Well, if you look at the very last line

18   under "History of Present Illness," it references

19   that patient "does state some dyspareunia lately."

20        I presume you don't know what that term

21   means?

22   A.   No, I don't.

23   Q.   It basically means painful intercourse.  Do

24   you have any recollection of the type of pain during

25   intercourse that you were experiencing at this point

Raeann M. Bayless

1    in time in 2012?

2         MR. SILVERMAN:  Object to form; asked and

3      answered, misstates testimony.  If you are able

4      to answer it, you can answer.

5    A.   The reason, if I remember correctly, why

6    that even might have been mentioned is because I

7    still had my bladder and my cervix -- I mean not my

8    bladder, my uterus and my cervix, which was sagging

9    down, and I was trying to create a basis for why I

10   need this surgery, besides the cosmetic part of it

11   now, and the incontinence at this time, and that's

12   because when I would have sex, it would hit my

13   cervix.  It didn't do that too much before I sought

14   help.

15   Q.   But as of this time in 2012, it was causing

16   you pain during intercourse?

17        MR. SILVERMAN:  Form.

18   A.   It would.  Sometimes it would hit, like, the

19   wrong spot, so to speak, when I had my cervix still,

20   and my uterus, but it wasn't every time.

21   Q.   Did you ever seek treatment for pain during

22   sexual intercourse?

23   A.   I went here.

24        MR. SILVERMAN:  Form.

25   A.   I went here to get evaluated to see what --

Raeann M. Bayless

1    Q.   Did the symptoms that you were experiencing

2    when you had intercourse, as of this time in 2012,

3    was that impacting the frequency or satisfaction in

4    your sex life?

5    A.   Pardon me?

6         MR. SILVERMAN:   Form.

7    Q.   The pain that you were experiencing as of

8    2012, did that impact the -- how often you would

9    want to have sex or how much you would enjoy it when

10   you did?

11        MR. SILVERMAN:   Object to form; misstates

12   testimony.

13   A.   I would stop it if it hit that spot, if it

14   hit my cervix or something, I wouldn't continue, but

15   that -- but it didn't stop me from having sex

16   completely.  It wasn't, you know, it wasn't a

17   constant thing.

18   Q.   But it would prompt you to stop mid act if

19   it was causing --

20   A.   Sometimes, yes.

21        MR. SILVERMAN:   Object to form.

22   A.   Because it would hit it the wrong way.

23   Q.   If you would look further down on this

24   record, do you see towards the bottom there is a

25   section under "Sexual Activity"?

Raeann M. Bayless

```
 1       A.   Yes.

 2       Q.   And you reported that you were sexually

 3   active; is that right?

 4       A.   I was.

 5       Q.   And on the next line it notes that you had

 6   had over 100 partners on your --

 7    (Unidentified female opened conference room door.)

 8          UNIDENTIFIED FEMALE:  I'm sorry.  That's my

 9     mom.

10     A.   I don't remember that.

11          MR. SILVERMAN:  Let's go -- I'm sorry.

12     Let's go off the record.

13          THE VIDEOGRAPHER:  Off the record at 3:11.

14        (Recess from 3:11 p.m. until 3:14 p.m.)

15          THE VIDEOGRAPHER:  Back on the record at

16     3:14.

17   BY MS. HOWARD:

18       Q.   Ms. Bayless, are you ready to continue?

19       A.   I am.

20       Q.   Before that interruption we were looking at

21   this May 7, 2012 medical record and under the

22   section where it says "Sexual Activity."  It then

23   states that you had reported having over 100 sexual

24   partners during your lifetime.  Do you see that?

25       A.   Yeah.
```

Raeann M. Bayless

```
 1            MR. SILVERMAN:  Object to form.

 2       Q.   Do you have any reason to dispute that?

 3            MR. SILVERMAN:  Object to form.

 4       A.   I don't know what I was thinking at that

 5  time, but I don't recall saying that.  I don't think

 6  that's accurate but -- I was going through a lot at

 7  that time.  I might have said that.

 8       Q.   And so sitting here today, you can't say

 9  whether it's accurate or not?

10            MR. SILVERMAN:  Object to form; misstates

11       testimony.  You can answer.

12       A.   I don't believe it is, but I can't dispute

13  it.  That's a lot but not -- I don't know if it's

14  that many or -- I don't know.  I don't think it is

15  even close to that.

16       Q.   Have any of your sexual encounters ever been

17  violent?

18            MR. SILVERMAN:  Object to form.

19       A.   Violent?

20            MR. SILVERMAN:  Form.

21       A.   I can only think of one or two episodes, and

22  those were with my significant others.

23       Q.   Well, have you ever needed to seek medical

24  treatment after a sexual encounter?

25       A.   No.
```

Raeann M. Bayless

1           MR. SILVERMAN:  Form.

2      Q.   And the next line references STD history and

3   references gonorrhea.  Ms. Erixson talked about this

4   earlier, but one question I wanted to cover is what

5   symptoms did you experience when you had gonorrhea?

6      A.   I never had discharge before that.  I

7   started experiencing discharge and it had, like,

8   green coloring in it.  I never had that before, so I

9   knew it was different than maybe from trichomonas or

10  something like that, so --

11     Q.   And were there any other symptoms that --

12     A.   There was no pain, there was no -- I can't

13  even remember if there was a foul smell to it, but I

14  can just -- the color of the discharge was very odd.

15     Q.   You just mentioned trichomonas.  What

16  symptoms had you noted with that condition?

17          MR. SILVERMAN:  Object to form.

18          THE WITNESS:  Pardon?

19          MR. SILVERMAN:  You can answer.

20     A.   The -- it was, I don't know, pasty, it was

21  pasty, and maybe thick or something.  It was a

22  yellowish color.  It wasn't the same.  It wasn't the

23  same consistency or color.

24     Q.   And you also testified earlier about

25  hepatitis C.  Were there any symptoms associated

Raeann M. Bayless

```
 1    with that?

 2           MR. SILVERMAN:  Object to form.

 3       A.   At the time that I asked them to test me for

 4    that or see if I had that, I never even heard of it

 5    before, and that was at the health department, and I

 6    was not experiencing -- if I remember correctly, I

 7    was not experiencing any symptoms when I first got

 8    it done, when I first got tested for it.  I believe

 9    it came back that I did have it or that it came up

10    positive, and I didn't -- nobody elaborated on it,

11    so I went back again, like every few months I would

12    go back to, you know, get tested for STDs or

13    whatever, and it came up positive, like, maybe one

14    or two more times in the blood work.  And so then I

15    started asking about it, like what is that, where

16    did it come from, is it through sex.

17           And then when it came up that it was maybe

18    from inter -- you know, using drugs intervenously, I

19    never did that, so I -- and they said at that time

20    you couldn't -- you didn't get it from sex, it was

21    blood to blood.  And I was like, well, then how did

22    I get it.  And anyway, I started following up on it,

23    I was going to get treatment for it.

24       Q.   So to go back to my question, you didn't

25    experience any symptoms from it?
```

Raeann M. Bayless

```
 1            MR. SILVERMAN:  Form.

 2       A.   At the second or third time that I had them

 3   retest me, I experienced symptoms at that time.

 4       Q.   What symptoms?

 5       A.   Like --

 6            MR. SILVERMAN:  Form.

 7       A.   -- real sensitive to heat, night, you know,

 8   like sweating.  I forget what all it is.  There

 9   might have been -- I don't even remember, but I

10   remember having those -- the real -- being real

11   sensitive to heat and sweating.

12       Q.   Did you get treatment that resolved those

13   symptoms?

14       A.   No.  I followed up on the -- got a referral

15   from the health department to go see, I guess it was

16   an internist, he was an internist.  His name was

17   Dr. Rylander, and because I told them that I

18   wanted -- asked him what -- what if there was any

19   treatment for it, and I told him that I wanted the

20   treatment, so they referred me to Dr. Rylander and

21   he did a battery of tests before he was going to

22   give me the treatment, because the treatment was

23   really harsh, he said, and they had to rule out

24   other health problems, and I didn't have any other

25   health problems, and that my body -- he told me that
```

Raeann M. Bayless

```
 1    I was in the 15 percentile that whatever my exposure

 2    was, my body fought it off.

 3         Q.   And Dr. Rylander, what's his first name, if

 4    you know?

 5         A.   I don't know.  He's a Titusville doctor.

 6         Q.   Where in Titusville, where does he practice?

 7         A.   I don't know the exact address.

 8         Q.   Well, was it at a private internal medicine

 9    practice with him and a couple other doctors?

10         A.   I think it was just him alone.

11         Q.   And approximately what time frame was that?

12         A.   I don't know.  I can't remember that.  It

13    was around 2000 -- I don't know, between 2003 to

14    somewhere in between there and 2005.

15         Q.   Okay.  Turning back to your prolapse issues,

16    did you ever try any self-treatments for your

17    prolapse?

18         A.   No.

19         Q.   For example, Kegel exercises or trying to,

20    you know, do anything else yourself?

21              MR. SILVERMAN:  Form.

22         A.   I did try that but they didn't do any good,

23    because the bladder was so down -- fell down so far

24    in there that the pelvic floor would be strong but

25    the -- it was kind of gapped open.
```

Raeann M. Bayless

```
1      Q.   Did Dr. Jones recommend any nonsurgical

2   approaches or did she --

3      A.   She did say the Kegel exercise for the

4   urinary incontinence, and -- but other than that --

5   but she told me my pelvic floor was strong so that

6   that wasn't a problem, you know, those were already

7   pretty much good still, and that muscle was still

8   good.  It was mostly the sides were stretched out

9   from the baby and from the bladder being down in the

10  canal for so long.

11     Q.   So for your prolapse, Dr. Jones didn't

12  recommend any nonsurgical treatment, she indicated

13  that surgery was the right approach?

14          MR. SILVERMAN:  Form.

15     A.   Yes, something to that effect, yes.

16     Q.   Had you done any research?  I know you

17  mentioned earlier that you talked to a nurse

18  practitioner years ago, but other than that, did you

19  do any research or, you know, looking on your own

20  about treatment options for your prolapse?

21     A.   Not for the prolapse --

22          MR. SILVERMAN:  Form; asked and answered.

23     A.   -- but for the -- the dilation, I guess

24  is -- for lack of a better word, of like the -- how

25  opened, you know, my vagina was, and that's about
```

Raeann M. Bayless

```
 1    it.

 2        Q.   And what did you look into there?

 3        A.   What surgeries might, like, tighten it up or

 4    put everything back in place and then tighten it up.

 5        Q.   And where did you do that research?

 6             MR. SILVERMAN:  Form.

 7        A.   I think I had a computer and I looked it up

 8    on the computer.

 9        Q.   And so you were looking to see what could

10    fix --

11        A.   And I --

12             MR. SILVERMAN:  Wait.

13        Q.   -- what could fix those issues?

14        A.   Yeah.

15             MR. SILVERMAN:  Object to form; asked and

16        answered.

17        Q.   And what did you learn from your research?

18             MR. SILVERMAN:  Form.

19        A.   That there is a -- that it's mostly

20    cosmetic, that since it wasn't causing any medical

21    issues at the time, and that, you know, you had to

22    have insurance.  And it was mostly cosmetic, though.

23    If it wasn't -- mostly that it wasn't causing any

24    medical issues to keep me from living day-to-day

25    life, so it was cosmetic and most insurance wasn't
```

Raeann M. Bayless

```
1    going to cover that.

2       Q.   Where -- how -- where did you do this

3    research?  Did you go to, for example, a Google

4    search?

5            MR. SILVERMAN:  Object to form.

6       A.   They didn't have -- I didn't use Google back

7    then but it was on the Internet.

8       Q.   So you did an Internet search?

9       A.   Yeah.

10           MR. SILVERMAN:  Form.

11      Q.   How long -- how many years was that before

12   you went to Dr. Jones?

13      A.   I only had the computer for a short time

14   before I went to Dr. Jones.

15      Q.   Did Dr. Jones tell you that your prolapse

16   symptoms could get worse over time if you don't get

17   treated?

18           MR. SILVERMAN:  Form; asked and answered.

19      A.   No.

20      Q.   Was that something you had determined from

21   your own research?

22           MR. SILVERMAN:  Form.

23      A.   No.  It was from the medical issues I was

24   experiencing right before I went to Dr. Jones that

25   led me to that.
```

Raeann M. Bayless

1      Q.    You mean the prolapse and incontinence

2    symptoms?

3      A.    The incontinence mostly.

4      Q.    And what surgical options did you discuss

5    with Dr. Jones?

6      A.    I don't remember how many.  I don't remember

7    what the ones were, but it wasn't a lot.  There was

8    only two or three maybe tops, but I don't remember

9    exactly.

10     Q.    Did she talk to you about any nonmesh

11   surgical options?

12           MR. SILVERMAN:  Form; asked and answered.

13     A.    No, not to my recollection, no.

14     Q.    Do you recall discussing with her whether

15   you were going to do a surgery with mesh or without

16   mesh to treat your prolapse?

17     A.    I don't remember that.

18     Q.    Did you discuss different mesh devices with

19   Dr. Jones?

20     A.    No.

21           MR. SILVERMAN:  Form.

22     Q.    How did you end up choosing the procedure

23   that you ended up having with regard to treating

24   your prolapse?

25           MR. SILVERMAN:  Object to form; asked and

Raeann M. Bayless

```
 1     answered.

 2         A.    I don't remember that either.

 3         Q.    Did you talk to anybody other than Dr. Jones

 4     about the procedure before you decided to go forward

 5     with it?

 6              MR. SILVERMAN:  Form; asked and answered.

 7         A.    No.

 8         Q.    Did you rely on Dr. Jones' advice and

 9     recommendation when deciding whether to have the

10     surgery?

11              MR. SILVERMAN:  Form; asked and answered.

12         A.    Yes.  Say that again now.  Wait a minute.

13         Q.    Did you rely on Dr. Jones' advice --

14         A.    Yes.

15         Q.    -- and recommendations?

16         A.    Yes, I put my full trust in her to --

17         Q.    And do you recall talking to Dr. Jones about

18     risks of surgery?

19              MR. SILVERMAN:  Object to form.

20         A.    Just general --

21              MR. SILVERMAN:  Asked and answered.

22         A.    Just general risks, not any specifics, just

23     general risks that associate with surgery.

24         Q.    Do you recall how many times in total you

25     visited with Dr. Jones?
```

Raeann M. Bayless

```
 1        A.   No, I don't, but I know it was a few times

 2    before the surgery.  I just -- it wasn't just like

 3    once or twice and then I had the surgery.

 4        Q.   So in your best guess, you saw her on a

 5    couple -- two occasions, five occasions before

 6    surgery?

 7        A.   Well, it was a process.  If she had -- first

 8    she did an evaluation but I don't -- it wasn't the

 9    initial visit.  We just had a discussion on the

10    initial visit.  I know she -- she had to -- it was

11    a -- she had to measure the severity of my

12    incontinence, so it was some kind of like

13    instructions about bladder training and measuring --

14    something to that effect, I don't know how we came

15    to the conclusion, but it was -- she wanted to

16    evaluate that through certain things that I had to

17    do, measuring or something, and I don't know.

18             And then for the cystocele she had to take

19    physical measurements, and so I don't know how many

20    times exactly.  We had to discuss them, so we'd

21    do -- what she instructed me to do and then I'd go

22    back and discuss the results.

23        Q.   Approximately over what period of time do

24    you recall seeing Dr. Jones before she did the

25    surgery?
```

Raeann M. Bayless

```
 1              MR. SILVERMAN:  Form; asked and answered.

 2      A.   I don't --

 3              THE WITNESS:  What?

 4              MR. SILVERMAN:  You can answer.

 5      A.   I don't -- I don't recall.  It wasn't -- it

 6  was a relatively short period of time, maybe a

 7  matter of months, and then I had -- and then she

 8  gave me a day for the surgery.  I don't remember if

 9  it was a year or less.

10      Q.   I'm going to go ahead and hand you what

11  we've marked as Exhibit 9 to your deposition, which

12  contains a few visits to Dr. Jones, including the

13  last visit that we have before your implant surgery.

14          (Bayless Exhibit 9 was marked for

15  identification.)

16              MR. SILVERMAN:  Thanks.

17  BY MS. HOWARD:

18      Q.   That visit was on May 28th of 2013.  So if

19  you would, turn to the third page of this document,

20  please.

21      A.   To the third page?

22      Q.   Third page.

23      A.   Okay.

24      Q.   I think they are double-sided, so the top of

25  the second piece of paper.  It's double-sided.
```

Raeann M. Bayless

```
1      A.   Okay.

2      Q.   Do you see about a third of the way down

3    there is an encounter date of 5/28/13?

4      A.   Okay.

5      Q.   Do you see that?

6      A.   Yes.

7      Q.   And so then that visit goes on for a couple

8    of pages.  Okay?

9      A.   Okay.

10     Q.   So if you would, please go to the fifth page

11   of the document, so the top of the next piece of

12   paper, and it says "Assessment/Plan" at the top.  Do

13   you see that?

14     A.   I'm looking.  Just a moment.  Where did you

15   say it was?

16     Q.   So it's the page --

17     A.   Oh, yes, I see it.

18     Q.   Okay.  And if you go a little bit down from

19   that, it's got "Discussion Notes."  Do you see that?

20     A.   Okay.  Uh-huh.

21     Q.   And then it has a Number 1 and then a Number

22   2, and the Number 2 states:  "Gold standard for

23   vaginal vault prolapse and uterine prolapse includes

24   abdominal sacral colpopexy with mesh."

25          Do you see that?
```

Raeann M. Bayless

```
 1              MR. SILVERMAN:  Object to form.

 2       A.   I do.

 3       Q.   And then it states:  "Patient given

 4   explanation on the use of graft augmentation

 5   materials and advanced prolapse repairs; possible

 6   complication with hematoma, delayed healing and

 7   graft exposure and/or extrusion."

 8            Do you see that?

 9              MR. SILVERMAN:  Object to form.

10       A.   I do.

11       Q.   Do you recall this discussion with

12   Dr. Jones?

13       A.   No, I don't.

14              MR. SILVERMAN:  Object to form.

15       A.   I mean, I'm not denying it, but I don't

16   remember back that far this -- these specific

17   things.

18       Q.   And if you look further down the same page,

19   there is a section that starts -- I'm sorry.

20            If you go to the very bottom of the page,

21   there is a paragraph that starts "patient was

22   informed."  Do you see that?

23       A.   On the same page?

24       Q.   Yeah.  The very last paragraph states:

25   "Patient was informed of the risks and benefits of
```

Raeann M. Bayless

```
 1    the surgical procedure noted above.  These risks are

 2    noted as but not limited to infection, bleeding,

 3    damage to surrounding organs, such as bowel, bladder

 4    and urethra, prolonged need for urinary

 5    catheterization, incomplete bladder emptying, pain

 6    with intercourse, poor wound healing, worsening or

 7    no change in urinary incontinence and/or recurrence

 8    of prolapse."

 9         Do you see that?

10         MR. SILVERMAN:  Object to form.

11    A.   I do.

12    Q.   And it states:  "Patient voiced

13    understanding and would like to proceed with the

14    procedure."

15    A.   Yes.

16    Q.   Do you see that?

17         MR. SILVERMAN:  Object to form.

18    A.   I understand that there was risks with this.

19    I don't remember this but I trusted her to -- that

20    she had knowledge and she was professional and she

21    had, you know, the skills.

22    Q.   And you relied on her --

23         MR. SILVERMAN:  Let her finish.

24    A.   But she didn't say anything about defective

25    products or -- you know, there is always a risk, but
```

Raeann M. Bayless

1    she didn't say anything that, you know, that -- when

2    I went to have it in, that I would have a defective

3    product.  If I had known that it was under

4    guidelines of being recalled, or whatever, I

5    wouldn't have had it done.

6        Q.   And on what basis do you say that something

7    is under guidelines of being recalled?

8             MR. SILVERMAN:  Object to form.

9        A.   Because that's why we're here, and shortly

10   after I had the surgery I started seeing those

11   commercials on TV, but I didn't feel like -- and I

12   didn't think that -- that I would be implanted with

13   something that was still -- that they had recalled.

14       Q.   Ma'am, on what basis are you stating that my

15   client's product has been recalled?

16            MR. SILVERMAN:  Object to form.

17       A.   Because I have a basis for a lawsuit against

18   your client and, to my knowledge, I have defective

19   products in me and they fell under the defective --

20   whatever it is.  I don't know how to explain it to

21   you, but if I knew that there was a recall on the

22   products that were implanted in me, I wouldn't have

23   allowed that to happen.

24       Q.   And I'm trying to find out who told you or

25   who led you to believe --

Raeann M. Bayless

```
 1      A.   Well, the fact that I have --

 2           MR. SILVERMAN:  Object to form.

 3           THE WITNESS:  Pardon?

 4           MR. SILVERMAN:  You can answer the question

 5      if you're able to, outside of any conversations

 6      you've had with your attorneys.

 7      A.   Okay.  I don't -- I can't tell you that.  I

 8   was -- I was at -- I inquired about if -- I don't

 9   know how to explain it to you, but I just -- I don't

10   have an answer for that right now.

11      Q.   Has anyone other than your counsel led you

12   to believe that my client's product has been

13   recalled?

14           MR. SILVERMAN:  Object to form; asked and

15      answered.

16           THE WITNESS:  Pardon?

17           MR. SILVERMAN:  You can answer if you know

18      the answer to it.

19      A.   I don't know of anybody else that informed

20   me of it, no, or that even -- no, I don't.

21      Q.   I'm just trying to understand on what basis

22   you are taking the position that my client's

23   products --

24      A.   The fact that they accepted my case --

25           MR. SILVERMAN:  One second.  One second.
```

Raeann M. Bayless

```
 1      First off, wait for her to answer the question,

 2      and any conversation you had with any attorneys

 3      are strictly privileged.  You can only answer the

 4      question outside of any conversations you've ever

 5      had with any lawyers.

 6          THE WITNESS:  Okay.  Okay.

 7          MR. SILVERMAN:  If you are able to.

 8  BY MS. HOWARD:

 9      Q.  If you would please, look to Exhibit 2 which

10  counsel gave you this morning.

11          MR. SILVERMAN:  Which one was it?

12      Q.  It says "Informed Consent" on the first

13  page.

14      A.  I'm sorry.  This is still under Exhibit 9?

15      Q.  No, Exhibit 2.

16      A.  Oh, 2.  Now, which page?

17      Q.  If you would flip back to the fourth page, I

18  believe it is, which states "Procedure:  Anterior

19  and/or Posterior Colporrhaphy."

20      A.  Procedure -- yeah, I got it.

21      Q.  Okay.  Great.  Could you look at the second

22  paragraph, please?

23      A.  Okay.

24      Q.  And it states:  "Like any other surgical

25  procedure, A & P repair may be complicated by
```

Raeann M. Bayless

 1    bleeding and infection.  Because A & P repair

 2    involve the urinary system and the intestinal tract,

 3    damage to these structures is possible from the

 4    surgery and abnormal connections between the vagina

 5    and intestinal tract and urinary system may form

 6    after this type of surgery.  Difficulty controlling

 7    urination and pain during intercourse are possible

 8    complications of colporrhaphy."

 9         Do you see that?  Did I read it correctly?

10         MR. SILVERMAN:  Object to form.

11    A.   Yeah, I see it.

12    Q.   And you signed this form, correct?

13    A.   I did.

14         MR. SILVERMAN:  Form.

15    Q.   And if you look to the first -- the last

16    paragraph before it says "cystocele repair" in

17    handwriting, so the fourth paragraph, it then

18    states:  "Some of the complications of this

19    operation may require further major surgery; some

20    may cause prolonged illness, permanent deformity,

21    poor healing wounds and scars; and very rarely some

22    can be fatal."

23         Do you see that?

24         MR. SILVERMAN:  Object to the form; asked

25    and answered.

Raeann M. Bayless

```
 1      A.   No, I don't.  Where is that?

 2      Q.   The fourth paragraph?

 3      A.   Okay.  Now, will you repeat the question?  I

 4   mean, what you're -- what you're trying to get me to

 5   answer.

 6      Q.   It states:  "Some of the complications of

 7   this operation may require further major surgery;

 8   some may cause prolonged illness, permanent

 9   deformity, poor healing wounds and scarring; and

10   very rarely some can be fatal."

11           Do you see that?

12      A.   I do.

13           MR. SILVERMAN:  Object to the form.

14      Q.   And again, you signed this document?

15      A.   I did.

16      Q.   After having an opportunity to discuss it

17   with Dr. Jones?

18           MR. SILVERMAN:  Object to form; asked and

19       answered.

20      Q.   You can answer.

21      A.   Ask me the question again.

22           MS. HOWARD:  Can you read it back, please?

23           THE COURT REPORTER:   "And again, you signed

24       this document?

25           "I did.
```

Raeann M. Bayless

```
 1              "After having an opportunity to discuss it

 2        with Dr. Jones?"

 3        A.    I think that she just went over, like,

 4   mentioned it --

 5              MR. SILVERMAN:  Form.

 6        A.    -- and I was aware of the risks and I just

 7   trusted her and I signed the paper.  I was just

 8   under the impression that it was, you know, general

 9   surgery risks, it didn't have anything to do with

10   the mesh.

11        Q.    Can you flip forward or flip back two pages

12   to the one that states "Augmentation Graft Consent

13   Form," please?

14        A.    What is it?

15        Q.    Two pages back it states "Augmentation Graft

16   Consent Form."

17        A.    Yes, I have it.

18        Q.    And if you look down to the fourth

19   paragraph, do you see the star next to it?

20        A.    I do.

21        Q.    And do you see that it states there:  "When

22   mesh is used in gynecological surgery, there is a

23   five to 10 percent chance that this mesh can cause

24   delayed healing and eventually erode into the vagina

25   requiring a second surgery to remove it."
```

Raeann M. Bayless

```
 1          Do you see that?

 2          MR. SILVERMAN:  Object to form.

 3          THE WITNESS:  Answer it?

 4          MR. SILVERMAN:  You can answer it if you

 5     know.

 6     A.   I don't know what you want me to say.  Yes,

 7     I see it.

 8     Q.   And this is an issue you discussed with

 9     Dr. Jones?

10          MR. SILVERMAN:  Object to form; asked and

11     answered.

12     A.   Not specifically, no.

13     Q.   Well, you had an opportunity to ask if you

14     had any questions about this form based on the last

15     line before your signature, correct?

16          MR. SILVERMAN:  Object to form; asked and

17     answered.

18     A.   I did, but I didn't foresee any problems as

19     I'm experiencing right now.

20     Q.   You trusted your doctor?

21     A.   I did.

22          MR. SILVERMAN:  Form.

23     A.   I saw her as competent, so I didn't have any

24     problems with how she guided me.

25     Q.   Did you do any research on the procedure
```

Raeann M. Bayless

```
1    before it was performed?

2          MR. SILVERMAN:  Object to form; asked and

3       answered.

4          THE WITNESS:  Answer it?

5    Q.   After you talked to Dr. Jones --

6          MR. SILVERMAN:  You can answer it.

7    Q.   -- did you do any research about the surgery

8    that you were going to be having?

9          MR. SILVERMAN:  Object to form; asked and

10      answered.

11   A.   No.  She gave me -- she gave me information

12   on it and I reviewed what she gave me.

13   Q.   What kind of information did she give you?

14         MR. SILVERMAN:  Form.

15   A.   I don't remember exactly that.

16         MR. SILVERMAN:  Asked and answered.

17   A.   How the procedure was going to be performed,

18   which one I'm having, which procedure I'm having,

19   some symptoms I could have, not from the implant,

20   but just physically afterwards.

21   Q.   So the documentation that she gave you, what

22   -- was it a handout from her office?

23   A.   It was a --

24         MR. SILVERMAN:  Form; asked and answered.

25   A.   -- pamphlet, I guess, they have on hand.  It
```

Raeann M. Bayless

```
 1    wasn't a printout.

 2        Q.   Whose pamphlet was it?

 3        A.   I don't know.

 4        Q.   Do you still have that pamphlet?

 5        A.   No.

 6        Q.   Do you remember what it said?

 7             MR. SILVERMAN:  Object to form; asked and

 8        answered.

 9        A.   Not specifically, no.

10        Q.   And so the pamphlet was about the surgery,

11    not about the mesh that was being used in the

12    surgery, correct?

13             MR. SILVERMAN:  Form; asked and answered.

14        A.   It showed -- no, not -- not specifically,

15    no.  It just showed a diagram of -- you know, it

16    explained the procedure and what kind of cystocele

17    repair I was going to have.  She specified that.  I

18    think she circled it.  And then it showed me how the

19    mesh and the sling -- and the sling was going --

20    where -- what happens inside the vagina or the

21    pelvic area and stuff, what the diagram looked like

22    when the sling and the mesh was intact.

23        Q.   And so that was not a brochure specific to

24    the mesh that was being used for your --

25        A.   Not a specific mesh --
```

Raeann M. Bayless

```
 1            MR. SILVERMAN:  Object to form; asked and

 2       answered.

 3       A.    -- what the mesh was going to do.

 4       Q.    And do you still have that brochure?

 5            MR. SILVERMAN:  Asked and answered; object

 6       to form.

 7       A.    I don't believe so.  This was five years

 8       ago, so I kept it -- kept up with it for a little

 9       while but I've moved.

10       Q.    Did Dr. Jones tell you if there were any FDA

11       notices or guidances for patients regarding surgical

12       mesh?

13            MR. SILVERMAN:  Object to the form.

14       A.    No.

15       Q.    Were you aware that FDA had issued safety

16       communications about mesh procedures before you

17       first went to Dr. Jones?

18            MR. SILVERMAN:  Object to form.

19       A.    I don't remember that, no.

20       Q.    So you don't recall Dr. Jones telling you

21       about any FDA communications about mesh procedures?

22            MR. SILVERMAN:  Form; asked and answered.

23       A.    No.

24       Q.    Other than the brochure that you've

25       described, did Dr. Jones give you any other
```

Raeann M. Bayless

```
 1    paperwork on mesh surgery?

 2        A.   I don't remember.

 3        Q.   Do you recall if she showed you any sample

 4    mesh?

 5        A.   No, she didn't.

 6             MR. SILVERMAN:  Object to form.

 7        Q.   Or pictures of mesh?

 8             MR. SILVERMAN:  Form.

 9        A.   I don't recall that but I don't believe so.

10        Q.   And if I understand you correctly, the

11    brochure that you're referencing is not one that was

12    put out by my client specific to its product,

13    correct?

14             MR. SILVERMAN:  Object to form.

15             THE WITNESS:  Do I answer it?

16        Q.   Yes.

17             MR. SILVERMAN:  You can answer it.

18        A.   No, I don't remember any specific

19    manufacturer brochure, no.

20        Q.   Do you recall signing any consent forms the

21    day of your surgery in August of 2013?

22             MR. SILVERMAN:  Form; asked and answered.

23        Counsel, this has been discussed for a very long

24        time.  I mean, this has been asked and answered

25        countless times.  I continue to let her answer
```

Raeann M. Bayless

```
 1       the same questions over and over about -- both of

 2       you guys have reviewed the exhibits containing

 3       the consent forms over and over and have been

 4       asking the questions about consent forms over and

 5       over.  And that's the same question.

 6            MS. HOWARD:  Counsel, you can object to the

 7       form.

 8            MR. SILVERMAN:  I'm just stating my

 9       objection so you understand that this has been

10       repeated over and over again.

11   BY MS. HOWARD:

12       Q.   Ms. Bayless --

13            MR. SILVERMAN:  You can answer the question

14       again.

15       A.   I don't remember if I signed it --

16            MR. SILVERMAN:  I am not going to continue

17       to let her answer the same questions over and

18       over.

19       A.   I am sure there was a form I signed right

20   before but I don't remember what it was.

21       Q.   If you would, please look at Exhibit 3.

22            MR. SILVERMAN:  Which one is that, the

23       surgery procedure consent form?

24       A.   Yes.

25       Q.   And this is a document that you signed the
```

Raeann M. Bayless

1    day of your surgery, correct?

2        A.   It vaguely looks familiar, but I don't

3    remember it.  Yeah.

4        Q.   And if you would, look down at Number 3,

5    which starts:  "In discussion with the above-named

6    physician," which refers to Kathy Jones, "and/or

7    associate, I have been informed of and understand."

8             And then it has A, B, C, D, E.  Do you see

9    that?

10       A.   Yeah, I do.

11       Q.   And it states under A:  "The benefits, risks

12   and complications of this specific

13   surgery/procedures."

14            Right?

15       A.   Yes.

16            MR. SILVERMAN:  Form.

17       Q.   And then under B it states that you were

18   informed of and understood that there were

19   significant risks, such as severe loss of blood,

20   damage to surrounding organs, and so on and so

21   forth.  Do you see that?

22       A.   Yeah, I do.

23            MR. SILVERMAN:  Form.

24       Q.   And then in D it says that:  "Medically

25   acceptable alternatives/therapies and the benefits,

Raeann M. Bayless

```
 1    risks, and complications of those alternatives or

 2    therapies."

 3            Do you see that?

 4    A.   I do.

 5            MR. SILVERMAN:  Form.

 6    Q.   And if you turn to the second page of this,

 7    right before your signature, do you see there is a

 8    box?

 9    A.   I do.

10    Q.   And it states:  "I have had sufficient

11    opportunities to discuss the medical condition and

12    the planned surgery/procedure," and that all of your

13    questions have been answered to your satisfaction.

14    A.   Uh-huh.

15    Q.   Do you see that?

16    A.   I do.

17            MR. SILVERMAN:  Form.

18    Q.   And then you signed that form, correct?

19    A.   I did.

20    Q.   What is your understanding of the portion of

21    your procedure that Dr. Jones did that used mesh to

22    fix your prolapse?

23            MR. SILVERMAN:  Object to form.

24    A.   I'm not sure exactly what you're talking

25    about.
```

Raeann M. Bayless

```
 1        Q.   What is your understanding of how

 2   Dr. Jones --

 3        A.   I knew that there was going to be a mesh

 4   implant and a bladder sling.  Other than that, I

 5   don't know about the extent of what you're talking

 6   about.

 7        Q.   So do you know the name of my client's

 8   product or device?

 9        A.   I did not, no.

10        Q.   Did Dr. Jones explain to you that the

11   procedure was going to be done abdominally as

12   opposed to transvaginally?

13        A.   With a robotic -- yes.

14        Q.   And did -- do you recall the discussion with

15   Dr. Jones about why she was choosing to use mesh for

16   your prolapse repair?

17             MR. SILVERMAN:  Form.

18        A.   No, I don't remember discussing that with

19   her at all.

20        Q.   Did you ask Dr. Jones about her experience

21   in performing the procedure using that mesh?

22        A.   I believe we did, yes.

23        Q.   What do you recall about that?

24        A.   That she had had some former experience.

25        Q.   That she had done the procedure with that --
```

Raeann M. Bayless

```
1       A.    Previous experience.

2       Q.    -- with that mesh before?

3             MR. SILVERMAN:  Form.

4       A.    Not specifically with that mesh or the name

5  brand mesh, but that she had performed surgeries

6  with mesh before.

7       Q.    Now, Dr. Jones also performed a hysterectomy

8  on that same date, correct?

9       A.    A partial hysterectomy, yes.

10      Q.    And what do you mean when you say partial

11 hysterectomy?

12            MR. SILVERMAN:  Form.

13      A.    Because it's my understanding -- I'm not a

14 medical person but that a total or a full

15 hysterectomy is with the ovaries taken out as well.

16      Q.    And your ovaries weren't taken out?

17      A.    No, they were not.

18      Q.    And was that a discussion that you had with

19 Dr. Jones?

20      A.    No.  I elected to have the uterus and the

21 cervix taken out.

22      Q.    And why did you elect to have your uterus

23 and cervix taken out?

24      A.    Because it was --

25            MR. SILVERMAN:  Form.
```

Raeann M. Bayless

```
1       A.   Because, like I said before, when I was

2    having sex, my partner's penis would hit the cervix

3    or the uterus and sometimes cause pain.

4       Q.   And is that why you elected to have a

5    hysterectomy at all or why you wanted to have your

6    cervix removed?

7            MR. SILVERMAN:  Object to form.

8       A.   That is -- I elected to do that because

9    of -- part of for that reason and part I thought it

10   would improve the things all the way around.

11      Q.   What do you mean that they would improve

12   things all the way around?

13      A.   As far as the gaping open of my vagina.

14      Q.   And did Dr. Jones tell you that that was

15   correct, that it would improve things all around, as

16   you put it?

17           MR. SILVERMAN:  Object to form.

18      A.   She said that -- she didn't really say

19   anything about it cosmetically, no.  She just -- I

20   just asked her would that help tight -- you know,

21   with the closing the gap, so to speak, and she said

22   it would help some, she didn't know how much.

23      Q.   Well, whose idea was it for you to have a

24   hysterectomy?  Was it something that Dr. Jones

25   suggested or you asked about?
```

Raeann M. Bayless

```
 1      A.   I elected to do that.  I asked her to do it,

 2   because I didn't want to have a period anymore.

 3      Q.   What other reasons did you have for

 4   wanting --

 5      A.   Because of the --

 6           MR. SILVERMAN:  Form.

 7      A.   Because of it sagging down into the vagina

 8   and when it hit -- the penis hit my cervix,

 9   sometimes it would cause pain.

10      Q.   Did Dr. Jones talk to you about the risks of

11   having a hysterectomy?

12           MR. SILVERMAN:  Object to form; asked and

13      answered.

14           THE WITNESS:  What did you say?

15           MR. SILVERMAN:  You can answer.

16      A.   Oh, it was just general surgical risks.  She

17   didn't say anything one way -- except the only thing

18   that she added was that it could send me right into

19   menopause, although she said that the cervix and the

20   uterus, it didn't -- it didn't produce any hormones

21   that would make major changes in my body.

22      Q.   Do you recall Dr. Jones talking to you about

23   the risks of doing the hysterectomy at the same time

24   as doing the mesh procedures for the treatment of

25   your prolapse --
```

Raeann M. Bayless

```
 1      A.   No.

 2           MR. SILVERMAN:  Form.

 3      Q.   You do not?

 4      A.   No.  It seemed like it was all -- had a

 5   certain amount of risk to it anyway.

 6      Q.   Did you understand whether there were

 7   increased healing risks or other risks from doing

 8   the hysterectomy at the same time?

 9      A.   No, I don't remember that.

10      Q.   Why did you decide to have the procedures at

11   the same time?

12           MR. SILVERMAN:  Object to form.

13      A.   Because I didn't want to go back and have

14   to -- excuse me -- and have to go through another

15   surgery.

16      Q.   Was it your idea or Dr. Jones' to have them

17   at the same time?

18           MR. SILVERMAN:  Form.

19      A.   I think when I requested it, it was a mutual

20   agreement.

21      Q.   Do you recall any discussion with Dr. Jones

22   about removing -- the effect that removing your

23   cervix would have on shortening the length of your

24   vagina?

25      A.   No, I don't remember.
```

Raeann M. Bayless

```
 1       Q.   Did you have an understanding that having

 2   your cervix removed would shorten the length of your

 3   vagina?

 4            MR. SILVERMAN:  Form.

 5       A.   No, I don't remember those things

 6   specifically, no.

 7       Q.   If you would, look back at Exhibit 2,

 8   please.

 9       A.   Okay.

10       Q.   The third page of it, "Hysterectomy Surgical

11   Consent Form."

12            MR. SILVERMAN:  I don't have mine numbered.

13       Tell me which one that was.

14            MS. HOWARD:  Exhibit 2, page 3.

15            MR. SILVERMAN:  No, the -- I don't have it

16       marked.

17            MS. HOWARD:  Hysterectomy Surgical Consent

18       Form.

19            THE WITNESS:  It looks like this.

20   BY MS. HOWARD:

21       Q.   Did you find it?

22       A.   And what are we looking at on page 3?

23       Q.   First of all, you signed that at the bottom,

24   right?

25       A.   I did.
```

Raeann M. Bayless

```
 1            MR. SILVERMAN:  Form.

 2       Q.   And if you look at that first paragraph,

 3   about five lines down, it states:  "It is possible

 4   that this operation will not help you.  It is even

 5   possible that you will be worse after the operation

 6   than you are now.  Because of these facts, your

 7   doctor can make no guarantees to the results that

 8   may be obtained from this operation."

 9            Do you see that?

10            MR. SILVERMAN:  Object to form.

11       A.   No, I don't.  About five lines down in the

12   third paragraph?

13       Q.   The first paragraph.

14       A.   Okay.  Yeah, I see it.

15       Q.   And then it references that you're having

16   robotic assisted laparoscopic hysterectomy.

17       A.   Yes, I see that.

18       Q.   And then the paragraph after all the blanks

19   that starts "most patients." Do you see that?

20       A.   Yes.

21       Q.   It then states:  "Problems can happen

22   ranging from minor to fatal.  These may include

23   nausea, vomiting, pain, bleeding, infections, poor

24   healing, formation of adhesion, damage to

25   surrounding areas, nerve damage causing weakness,
```

Raeann M. Bayless

```
 1    numbness and pain in thighs, legs, and feet, blood

 2    clots in legs and lungs, shortening of the vagina,

 3    depression, or even loss of libido."

 4          Do you see that?

 5          MR. SILVERMAN:  Form.

 6    A.    I do.

 7    Q.    And then a few sentences down it states

 8    that:  "Physical and sexual activity will be

 9    restricted in varying degrees for an immediate

10    period of time depending on the type of surgery

11    done."

12          Do you see that?

13          MR. SILVERMAN:  Form.

14    A.    That have a what?  I can't hear you.

15    Q.    Well, it says that physical and sexual

16    activity will be restricted in varying degrees for

17    an immediate period of time depending on --

18    A.    After the surgery, yes, you can't have sex

19    right after the surgery.  I understood that.

20    Q.    And then it states that some women may show

21    signs of menopause, such as mood swings and hot

22    flashes after the hysterectomy, which is what you

23    mentioned a moment ago, correct?

24    A.    Exactly.

25          MR. SILVERMAN:  Form.
```

Raeann M. Bayless

1      Q.   And again, after signing this consent form,

2   you agreed to the surgery?

3      A.   I did.

4           MR. SILVERMAN:  Form.

5      Q.   And you trusted your doctor?

6      A.   I did.

7      Q.   Following the surgery that you had done on

8   August 9th of 2013, your prolapse went away,

9   correct?

10          MR. SILVERMAN:  Form.

11     A.   It was better than before, yes.

12     Q.   And that was the repair that Dr. Jones

13  indicated she would be able to do for you, correct?

14     A.   That's correct.

15          MR. SILVERMAN:  Form.

16     Q.   And you went home from the hospital the next

17  day; is that right?

18     A.   Yes, I did.  It might have been the same

19  day.

20     Q.   Okay.

21     A.   Because it was outpatient surgery.

22     Q.   And do you recall that after the surgery you

23  were to follow up with Dr. Jones in one or two

24  weeks, does that sound right?

25     A.   I do understood -- I understood that, yes.

Raeann M. Bayless

1    Q.   And to the best of your recollection, did

2    you return to Dr. Jones in one or two weeks?

3    A.   No, I don't think I did.  I'm not sure if I

4    went back one more time after that or if I did not,

5    because we had moved to Titusville.  We were in the

6    process and we were actually already in Titusville,

7    but the surgery was set up in Orlando and I wanted

8    to follow through with the surgery.  So then

9    afterwards, we definitely did not live in Orlando

10   anymore.

11   Q.   Now, well, elsewhere in your records there

12   is references that you've missed several doctors'

13   appointments because of providing care to your

14   mother and to your grandchildren, and also that

15   you've been sidetracked by your drug use.

16        Would that be an accurate explanation --

17   A.   No, not about the drug use.

18        MR. SILVERMAN:  Object to form.

19   A.   It was more of the distance, because I was

20   residing in Titusville and I couldn't afford to go

21   back and forth.  I had a car at the time that broke

22   down and I just couldn't travel the distance.  I was

23   still healing, so I didn't travel the distance to go

24   back to see Kathy Jones.

25   Q.   What discharge instructions did Dr. Jones

Raeann M. Bayless

1    give you before you went to see her again?

2        A.   I don't remember.

3        Q.   Well, for example, avoiding heavy lifting?

4             MR. SILVERMAN:  Object to form.

5        A.   Well, that was a given, I knew not to do

6    that, but I don't remember any of the specifics

7    except for the healing -- about, you know, a vague

8    healing -- I remember vaguely the healing time

9    frame.  I don't remember -- I knew I wasn't supposed

10   to lift anything heavy because it could tear down

11   whatever repairs she had done.  Other than that, I

12   don't remember exactly the instructions.

13       Q.   Well, do you recall Dr. Jones instructing

14   you to avoid sexual intercourse for a period of

15   time?

16       A.   Oh, yes, I definitely remember that.

17       Q.   And what was her instruction as to how long

18   you should wait on that?

19       A.   If my recollection is correct, I think it

20   was like three months or something like that, and

21   that's what I did.

22       Q.   And did she explain why you were not to have

23   intercourse for that amount of time?

24       A.   So I could heal properly.

25            MR. SILVERMAN:  Form.

Raeann M. Bayless

```
 1       A.    It takes that long for me to heal.

 2       Q.    Do you recall going to the emergency room a

 3   couple days after the surgery?

 4       A.    I did, but it was unrelated to the surgery.

 5   It was from the anesthesia.  Apparently I ate too

 6   soon after having the surgery and the gas from the

 7   anesthesia was still inside me and I ate too soon

 8   and it kind of like inflated my stomach to the point

 9   of it was painful and uncomfortable.

10       Q.    And so you were constipated?

11       A.    No, I wasn't constipated.  I was just

12   bloated, really bloated with gas.

13       Q.    Well, were you able to defecate after the

14   surgery or were you --

15       A.    I don't remember how it got alleviated but I

16   know it wasn't -- I know they told me not to eat

17   anymore until I did have a bowel movement, and that

18   there was still gas from the anesthesia still inside

19   my body and that it contributed to whatever, the

20   bloating.

21       Q.    Ms. Bayless, the records that we have

22   indicate that you went back to see Dr. Jones about

23   six-and-a-half weeks after your surgery.  Does that

24   sound about right?

25       A.    I don't even remember really going back to
```

Raeann M. Bayless

```
 1    her.

 2        Q.   Well, if you would, look at Exhibit 9 in

 3    front of you.

 4            MR. SILVERMAN:  Which one is that called?

 5    Is that the last one?

 6            MS. HOWARD:  I believe so, yeah.

 7        A.   Okay.

 8        Q.   And do you see on the very first page there

 9    is an encounter date of 9/24/2013?

10        A.   On the first page?

11        Q.   Yeah.

12        A.   Okay.  I see it, yes.

13        Q.   And then it says HPI, which is history of

14    present illness, and it says you are six weeks,

15    three days postop.

16        A.   Okay.

17        Q.   And it says that you've been unable to

18    return to the office since the surgery due to

19    transportation problems.

20        A.   Okay.

21        Q.   Is that consistent?

22            MR. SILVERMAN:  Form.

23        A.   That's what I just said a few minutes ago.

24        Q.   And if you would go to the second page of

25    this document, about halfway down there is a place
```

Raeann M. Bayless

```
1     that says ROF, which stands for review of systems.

2        A.   Yes.

3        Q.   Do you see that?  And if you go about seven

4     or so lines from the bottom, it references that you

5     report dry vaginal mucosa.

6        A.   I don't even know what that is.  I know,

7     obviously, your vagina is dry.

8        Q.   Do you recall experiencing that symptom at

9     that point in time?

10           MR. SILVERMAN:  Form.

11       A.   No, I don't.

12       Q.   Well, just generally speaking, had you been

13    experiencing dryness before the surgery?

14           MR. SILVERMAN:  Form.

15       A.   I don't think so.

16       Q.   So after the surgery were you experiencing

17    dryness?

18       A.   Apparently.  I don't recall.  That's five

19    years ago.  I don't remember all that.

20       Q.   So you are unable to recall at what point

21    after the surgery you first noticed the dryness?

22           MR. SILVERMAN:  Object to form.

23       A.   Yeah, I don't remember specifically when.

24       Q.   And then it states, toward the end of that

25    same line:  "She reports decreased libido and
```

Raeann M. Bayless

1    orgasmic dysfunction."

2          Do you see that?

3      A.   What is that?

4      Q.   It says:  "She reports decreased libido and

5    orgasmic dysfunction."

6          Decreased libido --

7      A.   I know what that is.

8      Q.   Okay.  Do you recall experiencing decreased

9    libido at this point in time?

10          MR. SILVERMAN:  Form.

11      A.   No, but I am thinking that it was because of

12    I've had surgery and I didn't feel like having sex,

13    and that, you know, my sex drive from -- because I'm

14    still healing and have pain, I probably didn't feel

15    like having sex, and cause more pain.

16      Q.   Do you recall at what point after the

17    surgery you first felt that way?

18      A.   No.

19      Q.   Do you recall at what point after the

20    surgery that went away?

21      A.   No.

22      Q.   Ant it also reports orgasmic dysfunction, in

23    other words, difficulty reaching orgasm.  Do you see

24    that?

25      A.   I understand what that means.

Raeann M. Bayless

```
 1        Q.    When did you first experience that?

 2        A.    I don't even remember.

 3        Q.    Would you agree that you reported

 4    experiencing it as of this visit?

 5              MR. SILVERMAN:  Form.

 6        A.    I don't actually remember that.

 7        Q.    Had you been experiencing orgasmic

 8    dysfunction before your surgery?

 9        A.    No.

10        Q.    And you don't recall at what point after the

11    surgery --

12        A.    No, I don't.

13        Q.    -- you started noticing orgasmic

14    dysfunction?

15              MR. SILVERMAN:  Form.

16        Q.    If you would look to the next page, there is

17    a discussion at the top.

18        A.    Wait.  Where is that?

19        Q.    The next page of the document that has

20    "Aftercare Following Surgery of the Genitourinary

21    System."

22        A.    Aftercare?  Discussion on the last page?

23        Q.    On the third page.

24        A.    The front or the -- let me see.  One, two --

25    okay.  Hold on.  ROS, is that where you're at?
```

Raeann M. Bayless

```
1      Q.   It's the third page of the document.  It has

2   got the little numbers at the bottom in the middle

3   that says 205.

4           MR. SILVERMAN:  Where on the page are you?

5           MS. HOWARD:  It's on page 205.

6           MR. SILVERMAN:  No, where on the page are

7      you?

8           MS. HOWARD:  At the top.

9           MR. SILVERMAN:  Okay.

10     A.   Oh, "Aftercare Following Surgery."

11     Q.   Yes.

12     A.   Yes, I see it.  I'm sorry.

13     Q.   And then it says:  "Discussed post op

14   activity and restrictions, encouraged adherence."

15     A.   I see it.

16     Q.   Do you recall that discussion with

17   Dr. Jones?

18     A.   No, I don't.

19          MR. SILVERMAN:  Form.

20     Q.   And it's your testimony that as of this

21   point in time you were adhering to activity

22   restrictions?

23     A.   I did, yes.

24     Q.   The next line after that says to continue

25   stool softeners.  Did Dr. Jones explain why you were
```

Raeann M. Bayless

```
 1    to do that?

 2       A.   I -- I remember her saying that that was

 3    necessary but I don't remember why.  I think it had

 4    something to do with the way they connected the

 5    cystocele -- tacked it back up or something, and it

 6    has something to do with the pelvic muscle that they

 7    connected it to and that it would cause

 8    incontinence -- or constipation.

 9            MR. SILVERMAN:  Let's take a short break,

10       because we're going over an hour already.  I need

11       to step out.

12            THE VIDEOGRAPHER:  Off the record at 4:03.

13            (Recess from 4:03 p.m. until 4:21 p.m.)

14            THE VIDEOGRAPHER:  Back on the record at

15       4:21.

16    BY MS. HOWARD:

17       Q.   Are you ready to continue, Ms. Bayless?

18       A.   I am.

19       Q.   Did you talk to your attorney during the

20    break?

21       A.   I did.

22            MR. SILVERMAN:  Object to form.

23       Q.   How many cigarettes have you smoked during

24    your deposition today?

25            MR. SILVERMAN:  Can you speak up a little
```

Raeann M. Bayless

```
1      bit because I can't hear you now.

2           MS. HOWARD:  Sorry.

3      BY MS. HOWARD:

4      Q.   How many cigarettes have you smoked during

5      your deposition today?

6           MR. SILVERMAN:  Object to form.

7      A.   Three.

8      Q.   Before we went off the record we were

9      looking at a medical record that I believe you have

10     in front of you, which had a discussion from the

11     visit on September 24th, 2013.  Do you still have

12     that in front of you?

13     A.   When was the date again?

14     Q.   Well, it was from the visit to Dr. Jones on

15     September 24th, 2013, and we were looking at that

16     discussion section, correct, At the top of the page?

17     A.   Okay.  The aftercare?

18     Q.   Right.

19     A.   All right.

20     Q.   And then underneath what we have just talked

21     about it states:  "Patient interested in LVR,

22     discussed briefly."

23          Do you see that?

24          MR. SILVERMAN:  Form.

25     Q.   It is the third line under discussion.
```

Raeann M. Bayless

```
 1              MR. SILVERMAN:  What page are you on?

 2              MS. HOWARD:  Same page we were on, the one

 3       that is marked 205.

 4       A.   I see where it says aftercare follow-up and

 5    then discussion.

 6       Q.   And then the third line says:  "Patient

 7    interested in LVR, discussed briefly."

 8       A.   Yes, I do see that.

 9       Q.   Do you recall what LVR stands for?

10              MR. SILVERMAN:  Form.

11       A.   I think it's the name of the surgery, the

12    type of surgery, but I'm not sure.

13       Q.   Do you recall talking to Dr. Jones about

14    laser vaginal rejuvenation?

15       A.   No, I don't.

16       Q.   Well, this states "patient interested in

17    LVR." Which stands for laser vaginal rejuvenation.

18       A.   Okay.

19       Q.   And it states "patient interested in LVR."

20    So do you recall whether in this note or not,

21    talking to Dr. Jones and being interested in laser

22    vaginal rejuvenation?

23              MR. SILVERMAN:  Form; asked and answered.

24       You can answer.

25       A.   I don't remember, but I know that was part
```

Raeann M. Bayless

```
 1    of the reason why I went.

 2        Q.   Part of the reason why you went where?

 3        A.   To seek medical help or her medical skills.

 4        Q.   Is it part of the reason why you went to

 5    Dr. Jones, you mean?

 6        A.   Exactly, yes.

 7        Q.   And when you say that was part of the

 8    reason, what was part of the reason you went to

 9    Dr. Jones?

10             MR. SILVERMAN:  Form.

11        A.   The vaginal rejuvenation.

12        Q.   And what kind of vaginal rejuvenation were

13    you hoping to experience?

14        A.   The tightening.

15             MR. SILVERMAN:  Object to form.

16        Q.   And that was -- so that was based on your

17    preoperative condition?

18        A.   Exactly -- yes.

19             MR. SILVERMAN:  Form.

20        Q.   And so as of this visit in September of

21    2013, did you think you needed the LVR?

22        A.   I did think that, yes.

23             MR. SILVERMAN:  Object to form.

24        Q.   And why?

25        A.   Because it was --
```

Raeann M. Bayless

```
 1              MR. SILVERMAN:  Form.

 2        A.    -- with the bladder falling down into the

 3   vaginal canal, like I said before, the pelvis

 4   muscle, which is strengthened by the Kegel

 5   exercises, was very strong and intact, but the

 6   open -- the gapping, the opening, however you want

 7   to put it, the gapping open of the vagina didn't

 8   have anything to do with that and I felt like I

 9   needed some more, something else.

10        Q.    And so this was post surgically that you

11   needed this additional --

12        A.    I still asked her about it.  I'm not sure

13   afterwards if I asked her about it, but I know I did

14   before.  I wanted that to be part of the surgery,

15   but she informed me that it was more cosmetic, not

16   medically necessary, that the funding wouldn't cover

17   it because it wasn't medically necessary.

18        Q.    And when did she tell you that?

19        A.    I'm not sure.  I think afterwards, maybe

20   right before, I'm not -- I'm not sure exactly when.

21        Q.    So you, prior to coming to Dr. Jones, you

22   had been experiencing dissatisfaction with how

23   things were performing and therefore you wanted this

24   rejuvenation?

25        A.    I always wanted --
```

Raeann M. Bayless

```
 1              MR. SILVERMAN:  Object to form.  You can

 2       answer.

 3       A.   I don't know if I asked anybody else about

 4  it, except maybe Dr. Beason and I don't even

 5  remember what she said, except that there is some

 6  kind of procedure to rejuvenate, although I don't

 7  think it was called that at the time, but --

 8       Q.   Well, was it your understanding that your

 9  vagina was tightened during the surgery?

10              MR. SILVERMAN:  Object to form; scope.

11       A.   I had asked -- I had asked -- requested

12  that, but because it wasn't medically necessary, she

13  told me that that wasn't going to be part of the

14  surgery.

15       Q.   Well, just as a result of the surgery, did

16  your vagina feel tighter?

17              MR. SILVERMAN:  Object to form.

18       A.   It was not as gapped open but it wasn't how

19  I wanted it to be.

20       Q.   As a result of the surgery -- or following

21  the surgery, I should say, did your vagina feel

22  shorter?

23              MR. SILVERMAN:  Object to form.

24       A.   Shorter?

25              MR. SILVERMAN:  Outside the witness's
```

Raeann M. Bayless

```
 1      expertise.  You can answer if you know.

 2      A.   There wasn't organs in the way, so I -- but

 3   I don't know about shorter.

 4      Q.   Did you ultimately have LVR done at any

 5   point in time?

 6      A.   No.

 7      Q.   Earlier Ms. Erixson walked you through all

 8   of the post surgical complaints that you have

 9   experienced.  Do you remember going through that

10   list with her?

11      A.   Not specifically.

12      Q.   But you recall she asked you to go through

13   and list all of the injuries or symptoms that you've

14   claimed from your mesh devices, correct?

15      A.   Yes.

16      Q.   And you gave her a complete list of your

17   symptoms or your injuries or your complaints?

18      A.   Yes.

19           MR. SILVERMAN:  Object to form.

20      Q.   And so there weren't any other specific

21   injuries that you allege against my client, correct,

22   you gave her the complete list?

23           MR. SILVERMAN:  Object to form.

24      A.   I gave her the complete list.

25      Q.   And has any doctor told you that any of your
```

Raeann M. Bayless

1    claimed symptoms or injuries were related to the

2    pelvic mesh devices that you had implanted?

3            MR. SILVERMAN:  Form.

4       A.   They did.

5       Q.   Who?

6       A.   Dr. Garcia at the emergency room, and the

7    doctor -- the woman doctor, which I do not remember

8    her name, at Brevard Health Alliance in Melbourne,

9    the urogynecologist.

10      Q.   So what is it that Dr. Garcia said?

11      A.   Just that there was mesh erosion,

12   perforation, and that was a cause of most of my

13   problems.

14      Q.   And on how many occasions did you see

15   Dr. Garcia?

16      A.   At least once, I think it was twice.

17      Q.   And that would have been in the emergency

18   room on --

19           MR. SILVERMAN:  Form.

20      A.   Both times in the emergency room.  He was an

21   emergency room doctor.

22      Q.   And Dr. Garcia didn't specify what mesh that

23   he claimed was the cause of your problems; is that

24   correct?

25      A.   Just that it was the mesh.

Raeann M. Bayless

```
 1              MR. SILVERMAN:  Object to form.

 2        Q.   And Dr. Garcia wouldn't have had access to

 3   your medical records or your surgery records,

 4   correct?

 5        A.   He did a physical --

 6              MR. SILVERMAN:  Object to form.

 7        A.   -- examination.  That's what he based it on,

 8   and from what I -- symptoms that I conveyed to him.

 9        Q.   But he didn't have access to your full

10   medical history?

11        A.   He could have --

12              MR. SILVERMAN:  One second.  Object to form;

13        calls for speculation.  You can answer if you

14        know.

15        A.   That didn't come up.

16        Q.   So that's a no?

17              MR. SILVERMAN:  Object to form; misstates

18        testimony.

19        A.   He didn't even ask -- he didn't request

20   them.

21        Q.   And you mentioned the doctor at Brevard.

22   That's the doctor who you told Dr. -- I'm sorry, who

23   you told Ms. Erixson had told you that you should

24   have something removed?

25        A.   I should have -- have everything removed,
```

Raeann M. Bayless

1    yes.

2        Q.   And again, that wasn't specific to any mesh

3    product?

4        A.   No, just --

5             MR. SILVERMAN:  Object to form.

6        A.   -- that it attributed to the mesh implant

7    and the bladder sling that I had.

8        Q.   And again, she didn't have access to your

9    medical records, did she --

10            MR. SILVERMAN:  Object to form; speculation.

11       Q.   -- from your surgery?

12            MR. SILVERMAN:  You can answer if you know.

13       A.   Only whatever records were already at my

14   primary care physician and in their records.

15       Q.   And you don't recall her reviewing those

16   records while she was sitting there with you,

17   correct?

18            MR. SILVERMAN:  Object to form; calls for

19       speculation.  If you know the answer to it, you

20       can answer.

21       A.   I don't know the answer.

22       Q.   And those are the two doctors who you claim

23   told you that some of your complaints were related

24   to your mesh devices, correct?

25            MR. SILVERMAN:  Form.

Raeann M. Bayless

1      Q.    There is no other doctor who has ever made

2    any sort of --

3      A.    No.

4      Q.    Allegations?

5            MR. SILVERMAN:  Form.

6      Q.    And Dr. Jones has never said that any

7    complaints that you had were related to your mesh

8    devices, correct?

9            MR. SILVERMAN:  Form.

10     A.    Because I never followed up with her, with

11   all the appointments that I should have.  I had

12   moved.

13     Q.    You haven't experienced recurrence of your

14   prolapse symptoms, correct?

15           MR. SILVERMAN:  Form.

16     A.     I have not had anything but a physical --

17   like a -- what do they call that, not a Pap smear,

18   but actually a physical -- something that's related

19   to it, just a look, observation with their eyes and

20   their hands, or their hand.  I have not had any like

21   pet scan or MRI or anything that could tell me more.

22     Q.    Well, but you're not aware of having any

23   recurrence of the cystocele, that you used to be

24   able to see, for example, correct?

25           MR. SILVERMAN:  Form.

Raeann M. Bayless

```
 1        A.   I don't know if it's -- it's not like it was

 2   but -- I'm not sure to what extent it is still

 3   repaired or whatever.  I don't know.  I don't

 4   have -- I don't know about that.

 5        Q.   You haven't experienced any fistulas,

 6   correct?

 7        A.   What is that?

 8        Q.   You're not familiar with that term?

 9             MR. SILVERMAN:  Form.

10        Q.   Correct?

11             MR. SILVERMAN:  Form.

12        A.   I've heard it before, but I don't know -- I

13   can't recall exactly what it is.

14        Q.   You don't recall being told you ever had

15   one, correct?

16             MR. SILVERMAN:  Object to form.

17        A.   If they did, they didn't use that word.

18        Q.   So you're not aware of ever being told you

19   had a fistula following the surgery, correct?

20             MR. SILVERMAN:  Object to form.

21        A.   I don't know what that is.

22             MR. SILVERMAN:  One second.  Object to form;

23        misstates testimony.

24   BY MS. HOWARD:

25        Q.   I'm just confirming that you are not
```

Raeann M. Bayless

```
 1    alleging that?

 2          MR. SILVERMAN:  Same objection.

 3     A.   I don't know, because I don't know what it

 4    means.  It might have been put in layman's terms.

 5     Q.   You're not alleging any neuromuscular

 6    problems, correct?

 7          MR. SILVERMAN:  Object to the form.  If you

 8     know, you can answer.

 9     A.   I don't know.

10     Q.   You spoke with Ms. Erixson earlier about

11    perforation.  Is it your testimony that you feel

12    what you believe to be exposed mesh?

13          MR. SILVERMAN:  Form.

14     A.   Yes.

15     Q.   Where do you feel it?

16     A.   At the top -- like I -- for lack of a better

17    term, the roof of my vagina is poking through.

18     Q.   So up in -- at the apex or in the area where

19    the uterus or cervix would have been?

20     A.   No.  If I'm laying on the table, I'm the

21    doctor, and I'm, you know, I'm examining the vagina,

22    it's inside, on the top, but not all the way to the

23    back, it's coming through the top of the vagina.

24     Q.   And what -- have you ever physically seen

25    it?
```

Raeann M. Bayless

```
1        A.    No.  I can't -- you can't physically see it

2    from my point of view.

3        Q.    And in what circumstances can you feel it?

4              MR. SILVERMAN:  Form.

5        A.    When I examine myself with my fingers.

6        Q.    And what is it that you feel?

7        A.    Like wire protruding down from the top.

8        Q.    Is it one piece?

9              MR. SILVERMAN:  Object to form.

10       A.    Yes.  It's one long piece.  I don't know.

11   I've -- around the perforation, around the hole

12   itself, there's like -- I don't know how to describe

13   it.  Shorter pieces maybe, some other wiry parts,

14   but it's -- there's one wire that poked down.

15       Q.    Has any sexual partner noticed this?

16             MR. SILVERMAN:  Object to form; calls for

17       speculation.

18       A.    If they did -- oh.

19             MR. SILVERMAN:  You can answer.

20       A.    If they did, they didn't say anything, but I

21   don't know how they didn't notice before he snipped

22   it.

23       Q.    And it's your testimony that it's Dr. Garcia

24   who snipped it?

25             MR. SILVERMAN:  Object to form.
```

Raeann M. Bayless

```
 1      A.   It is.

 2      Q.   And when was it that you first felt this

 3   perforation or --

 4      A.   I don't know how long.  Sometime right

 5   before the first time I saw Dr. Garcia in the

 6   emergency room that I noticed it.  I don't know how

 7   long it had been like that.

 8      Q.   Has Dr. Garcia given you any prognosis

 9   regarding your current complaints?

10      MR. SILVERMAN:  Object to form.

11      A.   No.  I just had some symptoms, I went to the

12   emergency room mostly because of the bleeding and I

13   knew that I didn't have a cervix or a uterus to

14   bleed out of, and I could feel the stitched line was

15   closed, so I needed to find out where the blood was

16   coming from.

17      Q.   What do you mean you could feel the stitch

18   line was closed?

19      A.   The back of the vagina or the bottom or

20   however you want to put it, where the uterus and

21   cervix used to be or was attached to, I believe.

22   They stitched that closed and the blood was not

23   coming from that line.  It was coming from somewhere

24   else.

25      Q.   As counsel discussed earlier, the last
```

Raeann M. Bayless

```
1     medical records that we have for you are from the

2     year 2015.  What other doctors have you seen since

3     2015 beyond whom we've already discussed?

4          A.   Nothing for the mesh.

5          Q.   Well, have you seen an OB since 2015?

6          A.   No.

7          Q.   Have you seen a primary care doctor since

8     2015?

9          A.   Yeah.

10         Q.   What primary care doctor?

11         A.   At Brevard Health Alliance, whichever one

12    was available at the time.

13         Q.   Have you seen any other specialists since

14    2015 --

15         A.   No.

16         Q.   -- for any other conditions?

17         A.   No.

18         Q.   Have you seen any doctors other than at the

19    Brevard Health Alliance --

20         A.   No.

21         Q.   -- since 2015?

22         A.   Except for when I came here and I was

23    checking up on the bacterial vaginosis or whatever

24    it was, again.

25         Q.   And where was it that you went for that?
```

Raeann M. Bayless

```
 1        A.    I went to the ER here in Douglas.  I think

 2   it's Coffee something Medical Center, something.

 3        Q.    Is it located right here in Douglas?

 4        A.    It is.

 5        Q.    Is there more than one emergency room in

 6   Douglas?

 7              MR. SILVERMAN:  Form.

 8        A.    Not to my knowledge.

 9        Q.    And so you went to the emergency room with

10   the bacterial vaginosis complaints that you

11   discussed earlier?

12        A.    Uh-huh.

13        Q.    Is that a yes?

14        A.    Yes.

15        Q.    Is there any other emergency room that you

16   visited in the last five years that you haven't told

17   us about?

18        A.    No.

19        Q.    Going back to your bacterial vaginosis for a

20   minute, how are the symptoms of bacterial vaginosis

21   that you experience now different from those that

22   you experienced before the surgery?

23        A.    I cannot get rid of it.  Before I could

24   treat it, take medicine and it would go away, the

25   symptoms would be gone, it would clear up.
```

Raeann M. Bayless

```
 1      Q.    But the symptoms themselves, are the

 2  symptoms the same?

 3            MR. SILVERMAN:  Form.

 4      A.    They're worse.

 5      Q.    Worse how?

 6      A.    The discharge is really slimy, the odor is

 7  even worse.  It's a different color.  It's grayish.

 8      Q.    What was your understanding of what had

 9  caused your bacterial vaginosis at the times that

10  you had it pre-surgery?

11            MR. SILVERMAN:  Object to form; calls for a

12      medical conclusion, outside the witness's

13      expertise.  You can answer if you know.

14      A.    I would -- I don't know.  I don't have -- I

15  don't have any medical knowledge as to what caused

16  it except it was my understanding that it was just

17  from the gapping open and more susceptible to

18  bacteria getting into the vagina.

19      Q.    Before the surgery?

20      A.    Before the surgery.

21      Q.    Did any doctor tell you that was the case?

22            MR. SILVERMAN:  Form.

23      A.    I -- I don't remember that.  They may have,

24  that may be where I got the idea.

25      Q.    I wanted to ask you about a couple people
```

Raeann M. Bayless

1    that you've identified as fact witnesses.  You

2    listed your daughter Kassidy Joe.  Have you

3    discussed your alleged injuries with her?

4           MR. SILVERMAN:  Object to form.

5       A.   She's aware of them.

6       Q.   And when you say that she's aware of them,

7    can you be a little more specific?

8           MR. SILVERMAN:  Object to form; calls for

9       speculation.

10      A.   I have told her.  She has seen blood in my

11   underwear and she knows that I don't have a period.

12      Q.   And was she around you, living nearby you,

13   at the time that you had your surgery in 2013?

14      A.   She was.

15      Q.   Were you living in the same residence in

16   2013?

17      A.   Maybe not the exact date of August the 9th,

18   but it was off and on prior to that and maybe after

19   that.

20      Q.   Was she familiar with the prolapse and

21   incontinence issues that you were experiencing prior

22   to your surgery?

23      A.   Yes.

24          MR. SILVERMAN:  One second.  Object to form;

25      calls for speculation.  You can answer if you

Raeann M. Bayless

1    know.

2        Q.   Had you discussed those issues, the prolapse

3    and incontinence issues?

4        A.   Well, she was there when I would have

5    leakage and stuff like that.

6        Q.   Did she go with you to any doctor visits?

7        A.   No.

8        Q.   You also listed your daughter Michelle Pope.

9    Was she living around you and near you in the 2013

10   timeframe?

11       A.   She lived close by, yes, but not with me.

12       Q.   Did you discuss with her your prolapse and

13   incontinence symptoms that you were experiencing?

14            MR. SILVERMAN:  Form; compound.

15       A.   She -- I openly had discussed my problem

16   early on, you know, with the prolapse and stuff like

17   that.  They've known about it.  We've discussed it.

18       Q.   And have you talked with her about the

19   injuries you've alleged in your lawsuit?

20            MR. SILVERMAN:  Form.

21       A.   Not extensively.  She's seen blood in my

22   underwear and knew that it was -- knew that it

23   shouldn't be normal because of the -- because I

24   don't have a period, and also they would see me

25   being physically, you know, like in pain, she was

Raeann M. Bayless

1    aware of that, that I had to lay down sometimes to

2    rest myself or whatever, that she's seen that I

3    can't stand too much physical activity without

4    pulling or tugging or pressure, can't eat much

5    because of pressure.  It, like, weighs on my pelvis

6    area, if I eat too much, like a full meal, full

7    plate.

8        Q.   Has your daughter Michelle gone with you to

9    any doctor's appointments?

10       A.   She took me to the last one at the Brevard

11   Health Alliance Melbourne office, she took me to

12   that appointment.

13       Q.   And did she go inside or stay in the waiting

14   room?

15       A.   She had kids with her, so she didn't come in

16   there.

17       Q.   Is there anyone who has ever accompanied you

18   to any of your doctors' appointments?

19       A.   No.

20       Q.   Is there anyone with whom you've talked

21   about the injuries that you've alleged in your

22   lawsuit?

23           MR. SILVERMAN:  Form.

24       A.   No, not -- just that one time with Sherry

25   because Sherry, my friend Sherry had had the same.

Raeann M. Bayless

```
1    She had it in Brevard and I had it in Orange and it

2    came up some kind of way and we just said about some

3    of the same symptoms we had.

4        Q.   And so other than your friend Sherry, there

5    is no one else you've talked to?

6        A.   Not extensively.

7             MR. SILVERMAN:  Object to form.

8        A.   Just my daughters.

9        Q.   What is your understanding of your claim for

10   out-of-pocket expenses in your lawsuit?

11       A.   What did you say?

12       Q.   What is your understanding of your claim for

13   out-of-pocket expenses in your lawsuit?

14            MR. SILVERMAN:  Form.

15       A.   Time, just time, money going back -- going

16   to Orlando or going to the doctors, gas money.

17       Q.   And when have you gone to Orlando?

18       A.   That was the one visit.  I didn't go back

19   after that because of financial limitations.

20       Q.   So what are the expenses that you're

21   claiming in your out-of-pocket expenses portion of

22   your lawsuit?

23            MR. SILVERMAN:  Object to form.

24       A.   Other than traveling, gas money, there's not

25   much more after that.  I couldn't work.  I tried to
```

Raeann M. Bayless

```
1    work a couple of times and it would feel like a

2    muscle was tearing, like I did -- I tried

3    housekeeping and I couldn't make up the beds because

4    it would put pressure and it caused pain in my

5    abdomen area, abdominal area, so I had to quit the

6    job.

7        Q.   When was that?

8        A.   I don't have -- I tried it a couple times at

9    Ramada Inn, Comfort Inn, and then most recently,

10   about a year ago or something, it was Fairfield

11   Marriott in Titusville.  All of them were in

12   Titusville.

13       Q.   And it's your testimony that you obtained

14   employment and were unable to maintain it?

15            MR. SILVERMAN:  Form.

16       A.   That's right.

17       Q.   To go back for a second, so in terms of your

18   out-of-pocket expenses, it's gas money, is that

19   right?

20            MR. SILVERMAN:  Form.

21       A.   Most of the gas money.

22       Q.   For trips to see your doctors?

23       A.   I didn't have to pay for those, so that

24   really not --

25       Q.   So those aren't --
```

Raeann M. Bayless

```
1      A.   Relevant.

2      Q.   Expenses that actually incurred?

3      A.   Pardon.

4           MR. SILVERMAN:  Form.

5      Q.   Those are not expenses that you actually

6  had?

7      A.   No, it was based on your income and I didn't

8  have any income, so it --

9      Q.   And are you claiming any medication costs as

10  out-of-pocket expenses in your lawsuit?

11      A.   Am I claiming that?

12      Q.   Yeah, any medication that you have needed to

13  take as a result of your lawsuit?

14           MR. SILVERMAN:  Form.

15      A.   Just over the -- over the counter but there

16  was -- nothing prescribed.  I just kind of dealt

17  with the pain.

18      Q.   Well, what are the over the counter

19  medications that you claim --

20      A.   Like Aleve or Tylenol or aspirin.

21      Q.   And have you maintained any documentation of

22  the costs associated with your purchase of Aleve or

23  Tylenol?

24      A.   No.  No.

25           MR. SILVERMAN:  Form.
```

Raeann M. Bayless

```
 1      Q.   My understanding from your plaintiff fact

 2   sheet was that you are not making a claim for lost

 3   wages or lost earning capacity?

 4      A.   I couldn't work.

 5      Q.   No.  Based on your answers throughout this

 6   lawsuit, it was that you were not making a -- making

 7   such a claim for lost wages or out -- or earning

 8   capacity?

 9      A.   No, because I --

10           MR. SILVERMAN:  Form.

11      A.   I don't have any lost wages because I didn't

12   work.

13      Q.   You weren't working at the time of the

14   surgery, correct?

15      A.   No.

16           MR. SILVERMAN:  Form.

17      A.   Right before, I think it was right before

18   that, I worked at the day spa.

19      Q.   But you had quit that job previously?

20      A.   After the car wreck.

21      Q.   Have you ever had any contact or

22   conversation with anyone who worked at a company

23   called Coloplast before Dr. Jones did your surgery?

24      A.   No.

25      Q.   To your knowledge you've never seen a
```

Raeann M. Bayless

```
1    Coloplast advertisement or brochure prior to

2    surgery, correct?

3            MR. SILVERMAN:  Form.

4    A.   No.

5    Q.   You never signed any contract with Coloplast

6    or any representative from Coloplast, correct?

7            MR. SILVERMAN:  Form.

8    A.   No.

9    Q.   And you never received any written or verbal

10   information or instructions about the Coloplast mesh

11   that was implanted, correct?

12           MR. SILVERMAN:  Object to form.

13   A.   No.

14   Q.   And you never saw any instructions for use,

15   packaging, brochures or other informational

16   materials about the Coloplast mesh, correct?

17           MR. SILVERMAN:  Form.

18   A.   That's correct.

19   Q.   Have you ever filed a lawsuit before this

20   one?

21   A.   Just for the car wreck and it was the

22   insurance company that I was entitled to, they told

23   me I was --

24           MR. SILVERMAN:  I'm going to instruct you

25       that if you had an attorney at the time of that
```

Raeann M. Bayless

```
 1      car accident, for that car accident, that would

 2      all be privileged information.

 3              THE WITNESS:  Okay.  Okay.

 4              MR. SILVERMAN:  Any communication you had

 5      with your attorney at that time.

 6      Q.   I'm not asking for communication or if you

 7   had an attorney --

 8              MR. SILVERMAN:  I know but she was --

 9      A.   That was the only one.

10      Q.   Did you file a lawsuit against the other

11   driver?

12      A.   Through the -- I filed a lawsuit with the

13   insurance company, his insurance company.

14      Q.   And how was that resolved?

15              MR. SILVERMAN:  Form.

16      A.   They awarded me, like, $3400, after the

17   attorney got theirs.

18      Q.   Has anyone offered to pay or reimburse you

19   for your losses?

20      A.   Pardon me?

21              MR. SILVERMAN:  Object to form.

22      Q.   Has anyone offered to pay you or reimburse

23   you for filing your lawsuit?

24      A.   No.

25      Q.   Have you talked about your decision to file
```

Raeann M. Bayless

```
 1    a lawsuit with anyone other than your lawyers?

 2         MR. SILVERMAN:  Form.

 3    A.   Not to my recollection, no.

 4    Q.   You testified in response to a question from

 5    Ms. Erixson that you saw a television commercial

 6    when -- about mesh lawsuits.  Is that correct?

 7    A.   I did.

 8         MR. SILVERMAN:  Form.

 9    Q.   What did that commercial say?

10         MR. SILVERMAN:  Object to form.

11    A.   I don't remember that.

12    Q.   What were you watching on TV when you saw

13    it?

14    A.   I don't remember that.

15    Q.   What channel were you watching when you saw

16    it?

17    A.   I don't remember that.

18    Q.   What law firm was the commercial for?

19         MR. SILVERMAN:  Form.

20    A.   Schlesinger.

21    Q.   Who else was watching TV with you when

22    the ad came on?

23    A.   I don't remember that.

24    Q.   Was anyone else with you watching

25    television?
```

Raeann M. Bayless

```
 1       A.   I don't know.  I don't remember that.  I

 2   don't know.

 3       Q.   Do you remember having a conversation with

 4   someone about the ad that you just saw?

 5       A.   No.

 6            MR. SILVERMAN:  Object to form.

 7       Q.   Did you get the number of the law firm?

 8       A.   I did and I called it.

 9       Q.   Well, did you get it directly from that

10   commercial?

11       A.   Yes.

12            MR. SILVERMAN:  Form.

13       Q.   So did you just scribble it down right away

14   or pause the TV?  How did you --

15       A.   I wrote the number down.  I went and got a

16   piece of paper and a pen and wrote it down.

17       Q.   During the duration of the commercial?

18       A.   Yes, before it was over, yes.

19            MR. SILVERMAN:  Form.

20       Q.   But you don't recall what the commercial

21   said?

22       A.   No.

23       Q.   And you hadn't seen -- strike that.

24            Had you seen such a commercial prior to

25   having your mesh surgery?
```

Raeann M. Bayless

```
 1              MR. SILVERMAN:  Object to form.

 2        A.   I don't remember.

 3        Q.   It's possible that you had?

 4              MR. SILVERMAN:  Form; calls for speculation,

 5        asked and answered.

 6        A.   I don't remember.

 7              MS. HOWARD:  I'd like to go off the record

 8        for just a moment.

 9              THE VIDEOGRAPHER:  Off the record at 4:52.

10          (Recess from 4:52 p.m. until 4:58 p.m.)

11              THE VIDEOGRAPHER:  Back on the record at

12        4:58.

13    BY MS. HOWARD:

14        Q.   Ms. Bayless, do you have any criticisms of

15    Dr. Jones's treatment of you?

16              MR. SILVERMAN:  Form.

17        A.   No, I don't.

18        Q.   Has anyone ever told you anything that would

19    cause you to question Dr. Jones's treatment of you?

20        A.   No.

21              MR. SILVERMAN:  Form.

22              MS. HOWARD:  I'll pass the witness.

23              MR. SILVERMAN:  You're done?

24              MS. HOWARD:  Uh-huh.

25              MR. SILVERMAN:  Okay.
```

Raeann M. Bayless

```
1                     CROSS-EXAMINATION

2   BY MR. SILVERMAN:

3       Q.   How are you, Ms. Bayless?

4       A.   I'm fine.

5       Q.   We've been having a long day.  Are you

6   getting tired?

7       A.   A little, but I'm still here.

8       Q.   Okay.  All right.  We're almost done.  A

9   little longer than I originally probably thought but

10  we're almost there.  I just have a few questions for

11  you.  I may jump around a little bit based on some

12  of the notes that I've been taking for the last

13  five, six hours.

14      A.   Okay.

15      Q.   And we'll get you out of here.  Okay?

16      A.   Okay.

17      Q.   I'd like to talk about Dr. Garcia.  You

18  testified just not too long ago and earlier on in

19  the deposition with regards to a 2015 doctor's visit

20  with Dr. Garcia.  Do you remember that?

21      A.   I do, vaguely, yes.

22      Q.   That was a doctor's visit at the emergency

23  room?

24      A.   Yes.  I know that was for sure.

25      Q.   Okay.  And would that be Parrish Medical
```

Raeann M. Bayless

1    Center in Titusville, Florida?

2       A.   It is.  It is.

3       Q.   Now, you testified earlier that Dr. Garcia

4    diagnosed you with mesh erosion.  Do you remember

5    testifying to that?

6       A.   I do.

7            MS. ERIXSON:  Objection.

8            MR. SILVERMAN:  What's the objection?

9            MS. ERIXSON:  Foundation.

10            MR. SILVERMAN:  She testified to it earlier.

11    I'm asking if she did.

12            MS. ERIXSON:  Okay.

13    BY MR. SILVERMAN:

14       Q.   Did you testify earlier that Dr. Garcia

15    diagnosed you with mesh erosion in 2015?

16       A.   He confirmed it, yes.

17       Q.   Okay.  And is that the first time that you

18    had associated all the pain and injuries that you

19    have described today with the mesh product?

20       A.   Yes.

21       Q.   And when I say mesh product, I mean the mesh

22    implants that were implanted in you by Dr. Jones in

23    2013.

24            MS. ERIXSON:  Objection.

25       A.   Yes.

Raeann M. Bayless

```
 1        Q.   Okay.  Did Dr. Garcia tell you that the

 2   injuries that you discussed today with regards to --

 3   well, strike that.

 4        You remember testifying earlier with regards

 5   to a number of injuries that you described today?

 6   A.   Yes.

 7        Q.   You talked about pain during sex, correct?

 8   A.   Yes.

 9        Q.   And you talked about bleeding and vaginal

10   pain and a long list of symptoms and injuries that

11   you claim are as a result of your mesh implant,

12   correct?

13   A.   Yes.

14        Q.   Do remember testifying about that?

15   A.   Yes.

16        Q.   Okay.  Did Dr. Garcia tell you at that 2015

17   timeframe or the 2014 -- 2015 time that those

18   injuries were a result of the mesh products

19   implanted in you?

20        MS. ERIXSON:  Objection.

21   A.   He did.

22        Q.   I'm sorry?  You can answer.

23   A.   He did.

24        Q.   Okay.  Had you known at the time of the

25   surgery -- when I say surgery, I mean with regards
```

Raeann M. Bayless

 1    to the mesh implant from 2013 -- had you known at

 2    that time that you would have been more susceptible

 3    to all the injuries that you described today, would

 4    you have ever consented to the mesh implant?

 5         MS. ERIXSON:  Objection.

 6         MS. HOWARD:  Object to form; calls for

 7    speculation.

 8    A.   No.

 9    Q.   I'm sorry?

10    A.   No, I wouldn't.

11         MR. SILVERMAN:  Okay.  No further questions.

12         MS. ERIXSON:  I have no further questions.

13         MS. HOWARD:  I have no further questions at

14    this time; however, I reserve the right to hold

15    open the deposition for further questioning once

16    we receive additional medical records from

17    Ms. Bayless.

18         MR. SILVERMAN:  And if that were the case,

19    we could deal with it at this time.  At this time

20    you guys are completed with the deposition and

21    pursuant to the current trial order.

22         MS. ERIXSON:  I'll make the same

23    reservation.

24         MR. SILVERMAN:  And I'll make the same

25    objection and we'll deal with it at that time.

Raeann M. Bayless

1          All right, guys.  Thank you so much.  She'll

2     read.

3          THE VIDEOGRAPHER:  This concludes today's

4     deposition of Raeann Bayless.  We are off the

5     record at 5:01.

6          (Whereupon, the deposition adjourned at

7     5:01 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Raeann M. Bayless

```
 1

 2                      CERTIFICATE

 3

 4

 5              I HEREBY CERTIFY that the

        witness was duly sworn by me and that the

 6      deposition is a true record of the

        testimony given by the witness.

 7

                It was requested before

 8      completion of the deposition that the

        witness, RAEANN M. BAYLESS, have the

 9      opportunity to read and sign the

        deposition transcript.

10

11

        _____

12      Susan D. Wasilewski, RPR, CRR

        Certified Reporter

13      Notary Public

        Dated:  June 12, 2018

14

15

16

                (The foregoing certification

17      of this transcript does not apply to any

18      reproduction of the same by any means,

19      unless under the direct control and/or

20      supervision of the certifying reporter.)

21

22

23

24

25
```

Raeann M. Bayless

```
1                    INSTRUCTIONS TO WITNESS

2

3

4          Please read your deposition over carefully

5     and make any necessary corrections.  You should

6     state the reason in the appropriate space on the

7     errata sheet for any corrections that are made.

8

9          After doing so, please sign the errata sheet

10    and date it.  It will be attached to your

11    deposition.

12

13         It is imperative that you return the

14    original errata sheet to the deposing attorney

15    within thirty (30) days of receipt of the deposition

16    transcript by you.  If you fail to do so, the

17    deposition transcript may be deemed to be accurate

18    and may be used in court.

19

20

21

22

23

24

25
```

Raeann M. Bayless

```
 1                    - - - - - -

 2                  E R R A T A

 3                    - - - - - -

 4    PAGE    LINE    CHANGE

 5    ____    ____    _____

 6        REASON: _____

 7    ____    ____    _____

 8        REASON: _____

 9    ____    ____    _____

10        REASON: _____

11    ____    ____    _____

12        REASON: _____

13    ____    ____    _____

14        REASON: _____

15    ____    ____    _____

16        REASON: _____

17    ____    ____    _____

18        REASON: _____

19    ____    ____    _____

20        REASON: _____

21    ____    ____    _____

22        REASON: _____

23    ____    ____    _____

24        REASON: _____

25
```

Raeann M. Bayless

```
 1                    ACKNOWLEDGMENT OF DEPONENT

 2

 3          I, _____, do hereby

 4     acknowledge that I have read the foregoing pages, 1

 5     through 289, and that the same is a correct

 6     transcription of the answers given by me to the

 7     questions therein propounded, except for the

 8     corrections or changes in form or substance, if any,

 9     noted in the attached Errata Sheet.

10

11

12     _____

13     RAEANN M. BAYLESS                        DATE

14

15

16

17

18     Subscribed and sworn to before me this

19     _____ day of _____, 20___.

20     My Commission expires: _____

21

22     _____

       Notary Public

23

24

25
```

Raeann M. Bayless

1                                        LAWYER'S NOTES

2       PAGE      LINE

3       _____     _____     _____

4       _____     _____     _____

5       _____     _____     _____

6       _____     _____     _____

7       _____     _____     _____

8       _____     _____     _____

9       _____     _____     _____

10      _____     _____     _____

11      _____     _____     _____

12      _____     _____     _____

13      _____     _____     _____

14      _____     _____     _____

15      _____     _____     _____

16      _____     _____     _____

17      _____     _____     _____

18      _____     _____     _____

19      _____     _____     _____

20      _____     _____     _____

21      _____     _____     _____

22      _____     _____     _____

23      _____     _____     _____

24      _____     _____     _____

25