# EXHIBIT H

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **RAEANN BAYLESS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CASE NO: 6:20-cv-831-Orl-37GJK |
| v. ) | |
| ) | PLACEHOLDER FOR EXHIBIT H TO |
| **BOSTON SCIENTIFIC CORPORATION;** ) | DEFENDANT BOSTON SCIENTIFIC'S |
| and **COLOPLAST CORP.,** ) | DISPOSITIVE MOTION FOR |
| ) | SUMMARY JUDGMENT AND |
| **Defendants.** ) | MEMORANDUM IN SUPPORT |
| ) | |
| ) | |

This document is a place holder for the following item(s) which are filed under seal:

### Exhibit H
### Plaintiff Raeann Bayless' Consent Forms

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_ Voluminous Document* (Document number of order granting leave to file conventionally: \_\_\_ )

\_\_\_ Unable to Scan Documents (e.g., PDF file size of one page larger than 5MB, illegible when scanned)

\_\_\_ Physical Object (description):

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_\_\_ Item Under Seal pursuant to a court order* (Document number of protective order: \_\_\_)

 X  Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1

\_\_\_ Other (description):

* Filing of these items requires Judicial Approval.
E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).