# EXHIBIT K

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC                    MDL No. 2326
CORP. PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO


Civil Action No.:   __2:16-cv-01311__        _____Raeann Bayless_____
                                                    **Name of Plaintiff**


### AMENDED PLAINTIFF FACT SHEET

Each plaintiff who allegedly suffered injury as a result of a pelvic mesh product manufactured or sold by Boston Scientific Corp. must complete this Plaintiff Fact Sheet. In completing this Fact Sheet, you are under oath and must answer every question and provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and then state that your answer is incomplete and explain why as appropriate. If you select an "I Don't Know" answer, please state all that you do know about that subject. If any information you need to complete any part of the Fact Sheet is in the possession of your attorney, please consult with your attorney so that you can fully and accurately respond to the questions set out below. If you are completing the Fact Sheet for someone who cannot complete the Fact sheet herself, please answer as completely as you can.

The Fact Sheet shall be completed in accordance with the requirements and guidelines set forth in the applicable Case Management Order. A completed Fact Sheet shall be considered interrogatory answers pursuant to Fed. R. Civ. P. 33 and 34 and will be governed by the standards applicable to written discovery under Fed. R. Civ. P. 26 through 37. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect. The questions and requests for production contained in the Fact Sheet are non-objectionable and shall be answered without objection. This Fact Sheet shall not preclude Defendants from seeking additional documents and information on a reasonable, case-by-case basis pursuant to the Federal Rules of Civil Procedure and as permitted by the applicable Case Management Order.

In filling out this form, please use the following definition: "healthcare provider" means any doctor, physician, surgeon, pharmacist, hospital, clinic, center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical care or advice, and any pharmacy, x-ray department, radiology department, laboratory, physical therapist or physical

1

therapy department, rehabilitation specialist, chiropractor, or other persons or entities involved in the diagnosis, care and/or treatment of you.

In filling out this form, the terms "You" or "Your" refer to the person who received pelvic mesh product(s) manufactured or sold by Boston Scientific Corp. and who is identified in Question I.1 (a) below.

To the extent that the form does not provide enough space to complete your responses or answers, please attach additional sheets as necessary.

## I. <u>BACKGROUND INFORMATION</u>

1)   Please state:

    a.   Full name of the person who received the pelvic mesh product(s), including maiden name:
      <u>Raeann Bayless</u>

    b.   Full name of the person completing this form, if different from the person listed in 1 (a) above, and the relationship of the person completing this form to the person listed in 1 (a) above: _____

    c.   The name and address of your primary attorney: <u>Jeffrey L. Haberman; 1212 SE 3rd Ave, Fort Lauderdale, FL 33316</u>

2)   Your Social Security Number:  <u>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</u>

3)   Your date of birth: <u>1/19/1965</u>

4)   Your current residence address: <u>1754 Poinciana Circle, Titusville, FL 32796</u>

If you have lived at this address for less than 10 years, provide each of your prior residence addresses from 2000 to the present:

| Prior Address | Dates You Lived At This Address |
|---|---|
| 1754 Poinciana Circle, Titusville, FL 32796 | 1987 to Present |

5)    Have you ever been married?  **Yes** ___  **No** _**X**__

   **If yes,** provide the names and addresses of each spouse and the inclusive dates of your marriage to each person.

   _____

   _____

6)    Do you have children?  **Yes** _**X**__  **No** ___

   **If Yes**, please provide the following information with respect to each child:

| Full Name of Child | Date of Birth | Home Address (if different from yours) | Whether Biological/Adopted |
|---|---|---|---|
| Michelle Pope | 3/16/1985 | 107 Golden Avenue Cocoa, FL 32922 | Biological |
| Kevin Pope | 4/25/87 | Resides with Plaintiff | Biological |
| Kassidy Joe | 2/12/91 | Resides with Plaintiff | Biological |
| Kenneth Joe | 4/28/92 | Plaintiff does not have the complete address, but he resides at Maplewood Dr. Titusville, FL 32796 | Biological |

7)    Identify the name and age of any person who currently resides with you and their relationship to you:

   Joan Bayless; Mother; 78 years old _____

8)    Identify all secondary and post-secondary schools you attended, starting with high school and please provide the following information with respect to each:

| Name of School | Address | Dates of Attendance | Degree Awarded | Major or Primary Field |
|---|---|---|---|---|
| Orange Park High school | 2300 Kingsley Ave, Orange Park, FL 32073 | 1981 – 1982 | N/A | N/A |
| Whispering Hills Adult Education | Unable to find address | 1982 – 1983 | Diploma | N/A |
| Brevard Community College | 1519 Clearlake Rd Cocoa , FL 32922 | 1991 | N/A | 1 credit – Intro to legal system |

9)     Please provide the following information for your employment history over the past 10 years up until the present:

| Employer Name | Addresses | Job Title/ Description of Duties | Dates of Employment | Salary/Rate of Pay |
|---|---|---|---|---|
| Venus Nails & Day Spa | Plaintiff does not have the complete address, but it is located at Colonial Drive Orlando, FL | Full Specialist | 2011 to 2013 | Plaintiff does not recall, but it was Commission |
| Walmart | Plaintiff does not have the complete address, but it is located at Cheney Hwy Titusville, FL | Bakery Department | Plaintiff does not recall | Plaintiff does not recall |
| Ryan's | Plaintiff does not have the complete address, but it is located at Columbia Dr. Titusville, FL | Prep Cook Dessert Bar | Plaintiff does not recall | Plaintiff does not recall |
| Waffle House | Plaintiff does not have the complete address, but it is located at Cheney Hwy Titusville, FL | Server/Prep cook | Plaintiff does not recall | $2.50 plus tips |
| Days Inn | Plaintiff does not have the complete address, but it is located at Cheney Hwy Titusville, FL | Maid | Plaintiff does not recall | Plaintiff does not recall |
| Comfort Inn | Plaintiff does not have the complete address, but it is located at Cheney Hwy Titusville, FL | Maid | Plaintiff does not recall | Plaintiff does not recall |
| Ramada Inn | Plaintiff does not have the complete address, but it is located at Cheney Hwy Titusville, FL | Maid | Plaintiff does not recall | Plaintiff does not recall |

10)    Have you ever served in any branch of the military? **Yes ___   No _X__**

       **If Yes**, please provide the following information:

4

a.  Branch and dates of service, rank upon discharge and the type of discharge you received: _____

_____

b.  Were you discharged from the military at any time for any reason relating to your medical, physical, or psychiatric condition?  **Yes** ____  **No** ____

**If Yes**, state what that condition was: _____

_____

11)  Within the last ten years, have you been convicted of, or plead guilty to, a felony and/or crime of fraud or dishonesty? **Yes** ____  **No** _X__

**If Yes**, please set forth where, when and the felony and/or crime:

_____

5

## II. <u>CLAIM INFORMATION</u>

1)      Please complete the following chart for each implanted Boston Scientific Corp. pelvic mesh product.  Insert additional lines as necessary.

| Pelvic Mesh Product <u>and</u> lot number (if sticker affixed, so indicate) | Date and Location of Implant | Reason for Implant | Implanting Doctor and Address |
|---|---|---|---|
| <u>Product No. 1</u>: Advantage Fit Lot: ML00001522 | 8/9/13 at Florida Hospital | Cystocele, Incomplete uterovaginal prolapse, stress urinary incontinence | Dr. Kathy Y. Jones 508 North Mills Avenue, Suite C, Orlando, FL 32803 |
| <u>Product No. 2</u>: Restorelle | 8/9/13 at Florida Hospital | Cystocele, Incomplete uterovaginal prolapse, stress urinary incontinence | Dr. Kathy Y. Jones 508 North Mills Avenue, Suite C, Orlando, FL 32803 |

2)      For each pelvic mesh product identified above, describe your understanding of the medical condition for which you received the pelvic mesh product(s): <u>Cystocele, Incomplete uterovaginal prolapse, stress urinary incontinence</u>

3)      For each Boston Scientific Corp. pelvic mesh product identified above, indicate if, prior to implantation, you received any written and/or verbal information or instructions, including any risks or complications that might be associated with the use of the product(s)? **Yes ___  No __X_ Don't Know ___**

**If Yes:**

a.  Provide the date you received the written and/or verbal information or instructions:

_____

_____

b.  Identify by name and address the person(s) who provided the information or instructions: _____

_____

c.  What information or instructions did you receive? _____

_____

_____

d.  If you have copies of the written information or instructions you received, please attach copies to your response.

4)      For each Boston Scientific Corp. pelvic mesh product(s) that remains implanted in you:

6

a. Has any doctor recommended removal of the pelvic mesh product(s)?
**Yes _X__  No ___**

**If Yes,** Identify by name and address the doctor who recommended removal and state your understanding of why the doctor recommended removal:

As best as Plaintiff can recall, a doctor at Brevard Health Alliance recommended removal. Address is 2120 Sarno Road Melbourne, FL 32935.

5)   Have any of the Boston Scientific Corp., pelvic mesh product(s) been removed, in whole or in part?
**Yes ___   No _X__   Don't Know ___**

**If Yes, for each pelvic mesh product removed provide:**

a.   On what date, where and by whom (doctor) was the pelvic mesh product(s), or any portion of it, removed? _____

b.   Explain why you consented to have the pelvic mesh product(s), or any portion of it, removed?_____

c.   Does any medical treater, physician or anybody else on your behalf have possession of any portion of the pelvic mesh product® that was previously implanted in you and removed? **Yes ___   No ___   Don't Know ___**

**If Yes,** please state name and address of the person or entity having possession of same. _____

6)   Do you claim that you suffered bodily injuries as a result of the implantation of any Boston Scientific Corp., pelvic mesh product(s)? **Yes _X__   No ___**

**If Yes:**

a.   Describe the bodily injuries, including any emotional of psychological injuries, that you claim resulted from the implantation of the pelvic mesh product(s).
Plaintiff does not intend to limit her response at this time.  Plaintiff reserves the right to amend her response should she recall differently. Plaintiff experienced perforation of mesh, bleeding around perforation, infections, nausea off and on, constipation and stomach pains after eating.

b.   When is the first time you experienced symptoms of any of the bodily injuries you claim in your lawsuit to have resulted from the pelvic mesh product(s)?
Plaintiff does not intend to limit her response at this time.  Plaintiff reserves the right to amend her response should she recall differently. Plaintiff does not recall the exact date, but it was sometime after her surgery.

c.  When did you first attribute these bodily injuries to the pelvic mesh product(s)? <u>Plaintiff does not intend to limit her response at this time.  Plaintiff reserves the right to amend her response should she recall differently. Plaintiff does not recall the exact date, but it was sometime after her surgery.</u>

d.  To the best of your knowledge and recollection, please state approximately when you first saw a health care provider for each of those bodily injuries you claim to have experienced relating to the pelvic mesh product(s): <u>Plaintiff does not intend to limit her response at this time.  Plaintiff reserves the right to amend her response should she recall differently. Plaintiff does not recall the exact date, but it was sometime after her surgery.</u>

e.  Are you currently experiencing symptoms related to your claimed bodily injuries? **Yes _X_   No ___**

   **If Yes**, please describe your current symptoms in detail

   <u>Bleeding after sexual intercourse, nausea, constipation and infections from perforation.</u>

f.  Are you currently seeing, or have you ever seen a doctor or healthcare provider for each of the bodily injuries or symptoms listed above? **Yes _X_   No ___**

   **If Yes,** please list all doctors you have seen for treatment of any of the bodily injuries you have listed above.

| Provider Name and Address | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
| Dr. Kathy Y. Jones 508 North Mills Avenue, Suite C, Orlando, FL 32803 | Robotic assisted total laparoscopic hysterectomy, abdominal sacral colpopexy, retropubic urethral sling using the advantage fit, etc. | 2013 |
| Brevard Health Alliance 2120 Sarno Road Melbourne, FL 32935. | Numerous conditions, including, but not limited to Infections from perforations | 2013 to Present |
| Jess Parish Memorial 951 N Washington Ave Titusville, FL 32796 | Numerous conditions, including, but not limited to Infections from perforations | 2013 to Present |

g.  Were you hospitalized at any time for the bodily injuries you listed above? **Yes _X_   No ___**

   **If Yes**, please provide the following:

| Hospital  Name and Address | Condition Treated | Approximate Dates of Treatment |
|---|---|---|
| Florida Hospital 601 E. Rollins St. Orlando, FL 32803 | Robotic assisted total laparoscopic hysterectomy, abdominal sacral colpopexy, retropubic urethral sling using the advantage fit, etc. | 2013 |

7)   Other than the Boston Scientific Corp. pelvic mesh product(s) that are the subject of your lawsuit, have you been implanted with any other pelvic mesh products?
**Yes  X    No ___**

**If Yes**, please provide the following information:

a.   Product Name(s): Restorelle - Coloplast

b.   Date of implantation procedure(s) and name and address of implanting doctor(s): Information was previously provided.

c.   Condition(s) sought to be treated through placement of the device(s): Cystocele, Incomplete utervaginal prolapse, stress urinary incontinence.

d.   Whether the product(s) remain implanted inside of you today?
**Yes  X   No ___**

8)   Are you making a claim for lost wages or lost earning capacity?

**Yes ___   No  X___**

**If Yes**, state the annual gross income you derived from your employment for each year, beginning five years prior to the implantation of the pelvic mesh product(s) until the present:

_____

_____

9)   Are you making a claim for lost out-of-pocket expenses?

**Yes  X___   No ___**

**If Yes**, please identify and itemize all out-of-pocket expenses you have incurred**:**
Plaintiff is the process of computing the number

10)   Has anyone filed a loss of consortium claim in connection with your lawsuit regarding the pelvic mesh product(s)?

**Yes ___   No __X__**

**If Yes,** identify by name and address the person who filed the loss of consortium claim, state the relationship of that person to you, and state the nature of the claim:

_____

_____

_____

11)   Please indicate whether the consortium plaintiff is alleging any of the claimed damages set forth below and itemize the alleged damages/expenses:

| Claims | Yes/ No | Itemized Damages/Expenses |
|---|---|---|
| Loss of services of spouse | **N/A** | **Not applicable** |
| Impaired sexual relations | **N/A** | **Not applicable** |
| Lost wages/ lost earning capacity | **N/A** | **Not applicable** |
| Lost out-of-pocket expenses | **N/A** | **Not applicable** |
| Physical injuries | **N/A** | **Not applicable** |
| Psychological Injuries/ Emotional Injuries | **N/A** | **Not applicable** |
| Other | **N/A** | **Not applicable** |

12)   Please list the name and address of any healthcare providers the consortium plaintiff has seen for treatment for any physical, emotional, or psychological injuries or symptoms alleged to be related to the loss of consortium claim.

N/A _____

_____

_____

_____

_____

13)   Have you or anyone acting on your behalf had any communication, oral or written, with any of the defendants or their representatives, other than your attorneys?

**Yes ___  No _X__  Don't Know ___**

**If Yes**, set forth the date of the communication, the method of communication, the name of the person with whom you communicated, and the substance of the communication between you and any defendants or their representatives:

_____

_____

### III.  MEDICAL BACKGROUND

1)   Provide your current age: _53_____  Height _5'9_____  Weight _160lbs_____

2)   At the time you received each pelvic mesh product(s), please state:

Your age _48_____  Your approximate weight _170lbs_____

3)   State number of vaginal births you have had? 4_____

4)   State the number of cesarean section births you have had? 0_____

5)   In chronological order, list any and all surgeries, procedures, or hospitalizations you had in the 10 year period **BEFORE** implantation of the pelvic mesh product(s); identifying by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and providing the approximate date(s) for each.  Insert additional rows as necessary.

| Doctor or Healthcare Provider Involved (including address) | Description of Surgery Hospitalization | Approximate. Date |
|---|---|---|
| William F. Rylander, MD<br>407 S Washington Ave # 1,<br>Titusville, FL 32796 | Colonoscopy | Approximately 2005 |

6)      In chronological order, list any and all surgeries, procedures, or hospitalizations you had **AFTER** the implantation of the pelvic mesh product(s); identifying by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and provide the approximate date(s) for each.   Insert additional rows as necessary.

| Doctor or Healthcare Provider Involved (including address) | Description of Surgery/ Hospitalization | Approximate Date |
|---|---|---|
| None | | |

7)   To the extent not already provided in the charts above, provide the name, address, and telephone number of every doctor, hospital, or other health care provider from which you have received medical advice and/or treatment for the past **10 years**.  Insert additional rows as necessary.

| Name and Specialty | Address | Approximate Dates/Years of Visits |
|---|---|---|
| Brevard Health Alliance | 500 N Washington Ave #105 Titusville, FL 32796 and 2120 Sarno Road Melbourne, FL 32935. | 2014 to 2015 |
| Parish Medical Center | 951 N Washington Ave, Titusville, FL 32796 | 1985 to Present |
| Dr. Uma Rani Mathur; Family Medicine | 502 Garden St. Titusville, FL 32796 | Plaintiff does not recall the dates seen |
| Dr. Ramesh Mathur; Family Medicine | 502 Garden St. Titusville, FL 32796 | Plaintiff does not recall the dates seen |

8)   Please describe your physical activities associated with daily living, physical fitness, household tasks, and employment-related activities ***before*** the implantation of each pelvic mesh product.

Before the implantation, Plaintiff was very physically active and was into physical fitness.

9)   Please describe your physical activities associated with daily living, physical fitness, household tasks, and employment-related activities ***after*** the implantation of the pelvic mesh product(s).
After the implantation, Plaintiff's activity was limited because of the cramps she gets when she is doing a couple of hours of activity at the site of her mesh.

10)   To the best of your knowledge, you have suffered from any of the following:

| Medical Condition | | Sought treatment for? | Indicate whether condition occurred pre-implant, post-implant or both (explain, if necessary) |
|---|---|---|---|
| Adhesions | Yes ___ No _X__ | Yes ___ No ___ | Pre ___ Post ___ |
| Bleeding or Clotting Disorders | Yes _X__ No ___ | Yes _X__ No ___ | Pre ___ Post _X__ |

13

| | | | |
|---|---|---|---|
| If **Yes**, please specify disorder: Plaintiff does not recall. | | | |
| Bowel Obstruction | **Yes** ___ **No _X__** | **Yes** ___ **No** ___ | **Pre** ___ **Post** ___ |
| Bowel Perforation | **Yes** ___ **No _X__** | **Yes** ___ **No** ___ | **Pre** ___ **Post** ___ |
| Cancer<br><br>If **Yes**, please specify type: | **Yes** ___ **No _X__** | **Yes** ___ **No** ___ | **Pre** ___ **Post** ___ |
| Chronic Constipation | **Yes _X__** **No** ___ | **Yes** ___ **No _X__** | **Pre** ___ **Post _X__** |
| Collagen Disorder/Deficiency | **Yes** ___ **No _X__** | **Yes** ___ **No** ___ | **Pre** ___ **Post** ___ |
| Connective Tissue Disorder<br><br>If **Yes**, please specify disorder: | **Yes** ___ **No __X_** | **Yes** ___ **No** ___ | **Pre** ___ **Post** ___ |
| Crohn's Disease, Irritable Bowel Syndrome, Ulcerative Colitis, or Chronic Diarrhea<br><br>If **Yes**, please specify which condition and treatment prescribed:<br><br>IBS and R.B. | **Yes _X__** **No** ___ | **Yes** ___ **No _X__** | **Pre** ___ **Post _X__** |
| Cystocele | **Yes _X__** **No** ___ | **Yes _X__** **No** ___ | **Pre _X__** **Post** ___ |
| Diabetes | **Yes** ___ **No _X__** | **Yes** ___ **No** ___ | **Pre** ___ **Post** ___ |

14

| Diverticulitis | **Yes** ___<br>**No** _**X**__ | **Yes** ___<br>**No** ___ | **Pre** ___  **Post** ___ |
|---|---|---|---|
| Dyspareunia | **Yes** ___<br>**No** _**X**__ | **Yes** ___<br>**No** ___ | **Pre** ___  **Post** ___ |
| Enterocele | **Yes** ___<br>**No** _**X**__ | **Yes** ___<br>**No** ___ | **Pre** ___  **Post** ___ |
| Fistulas | **Yes** _**X**__<br>**No** ___ | **Yes** _**X**__<br>**No** ___ | **Pre** ___  **Post** _**X**__ |
| Hernias | **Yes** ___<br>**No** _**X**__ | **Yes** ___<br>**No** ___ | **Pre** ___  **Post** ___ |
| Hypertension or High Blood Pressure | **Yes** _**X**__<br>**No** ___ | **Yes** _**X**__<br>**No** ___ | **Pre** _**X**__  **Post** ___ |
| Hypotension or Low Blood Pressure | **Yes** ___<br>**No** _**X**__ | **Yes** ___<br>**No** ___ | **Pre** ___  **Post** ___ |
| Immune System Disease or Dysfunction including HIV/AIDS<br><br>If **Yes**, please specify condition: | **Yes** ___<br>**No** _**X**__ | **Yes** ___<br>**No** ___ | **Pre** ___  **Post** ___ |
| Malnutrition | **Yes** _**X**__<br>**No** ___ | **Yes** ___<br>**No** _**X**__ | **Pre** ___  **Post** _**X**__ |
| Muscle or Muscle-Wasting Disorder<br><br>If **Yes**, please specify disorder:<br><br>Muscle deterioration R.B. | **Yes** _**X**__<br>**No** ___ | **Yes** ___<br>**No** _**X**__ | **Pre** ___  **Post** _**X**__ |
| Neuromuscular Disease or Disorder<br><br>If **Yes**, please specify disorder: | **Yes** ___<br>**No** _**X**__ | **Yes** ___<br>**No** ___ | **Pre** ___  **Post** ___ |
| Obesity | **Yes** ___<br>**No** _**X**__ | **Yes** ___<br>**No** ___ | **Pre** ___  **Post** ___ |

15

| | | | |
|---|---|---|---|
| Pelvic Trauma<br><br>If **Yes**, please describe trauma: Cramping | **Yes _X__**<br>**No ___** | **Yes ___**<br>**No _X__** | **Pre ___  Post _X__** |
| Pelvic Tumors or Fibroids | **Yes ___**<br>**No __X_** | **Yes ___**<br>**No ___** | **Pre ___  Post ___** |
| Peritonitis/Sepsis | **Yes ___**<br>**No __X_** | **Yes ___**<br>**No ___** | **Pre ___  Post ___** |
| Rectocele | **Yes ___**<br>**No _X__** | **Yes ___**<br>**No ___** | **Pre ___  Post ___** |
| Recurrent or Chronic Vaginal or Bladder Infections<br><br>If **Yes**, please specify location and nature of infections: Vaginal and bladder infections | **Yes _X__**<br>**No ___** | **Yes _X__**<br>**No ___** | **Pre ___  Post _X__** |
| Recurrent Vaginal Pain<br><br>If **Yes**, please describe the nature of pain experienced: Constant pulling and cramping | **Yes _X__**<br>**No ___** | **Yes ___**<br>**No _X__** | **Pre ___  Post _X__** |
| Urinary Incontinence | **Yes _X__**<br>**No ___** | **Yes _X__**<br>**No ___** | **Pre _X__  Post ___** |
| Urinary Retention | **Yes _X__**<br>**No ___** | **Yes ___**<br>**No __X_** | **Pre ___  Post _X__** |
| Uterine Prolapse | **Yes ___**<br>**No _X__** | **Yes ___**<br>**No ___** | **Pre ___  Post ___** |
| Vaginal Vault Prolapse | **Yes _X__**<br>**No ___** | **Yes _X__**<br>**No ___** | **Pre _X_  Post ___** |
| Wound Healing Problems<br><br>If **Yes**, please explain: | **Yes ___**<br>**No _X__** | **Yes ___**<br>**No ___** | **Pre ___  Post ___** |

16

| | | | |
|---|---|---|---|
| Any other disease of the gut, intestines, or bowels<br><br>If **Yes**, please specify condition (s): | **Yes** ___<br>**No** _X__ | **Yes** ___<br>**No** ___ | **Pre** ___ **Post** ___ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THE FOLLOWING QUESTIONS ARE CONFIDENTIAL AND SUBJECT TO THE PROTECTIVE ORDER APPLICABLE TO THIS CASE.**

a) **Were you diagnosed with and/or treated for Sexually Transmitted Diseases for the five year period prior to the implantation of the pelvic mesh product(s) through the present?**

**Yes \_\_\_  No \_X\_\_**

**If Yes, specify the disease, date of onset, medication/treatment, treating physician and current status of condition:**

**Plaintiff does not recall whether she was ever diagnosed with an STD prior to her implantation, but she was not diagnosed with one after.**

b) **Have you been diagnosed with and/or treated for any alcohol or chemical dependency for the one year prior to the implantation of the pelvic mesh product(s) through the present?**        **Yes \_X\_\_  No \_\_\_**

**If Yes, specify type and time period of dependency, type of treatment received, name of treatment provider, and current status of condition:**
**As best as Plaintiff recalls, she was treated off and on for cocaine dependency prior to 2001. Plaintiff does not recall the treating physician.**

c) **Have you experienced, been diagnosed with or been treated for any mental health conditions including depression, anxiety or other emotional or psychiatric disorders in the 5 year period before implantation of the pelvic mesh product(s) through the present?**

**Yes \_\_\_  No \_X\_\_**

**If Yes, specify condition, date of onset, medication/treatment, treating physician and current status of condition:**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

18

11) Have you experienced menopause?                     **Yes _X__  No ___**

**If Yes**, at what age did it begin? 2013

12) Have you undergone vaginal estrogen therapy, hormone therapy, or systemic estrogen replacement therapy (ERT)?                     **Yes ___  No _X__**

**If Yes**, please provide the type of therapy you received, date(s) of the therapy, and the name and address of the healthcare provider providing the therapy.

13) Do you now or have you ever smoked tobacco products?    **Yes _X__  No ___**

**If Yes**:

a)  How long have/did you smoke?
Since 1980

14) List each prescription medication you have taken **for more than 3 months at a time, within the last 5 years prior to implant to present,** giving the name and address of the pharmacy where you received/filled the medication, the reason you took the medication, and the approximate dates of use.

| Medication and Dosage | Pharmacy (Name and Address) |
|---|---|
| Lisinopril (Plaintiff does not recall the dosage) | Plaintiff does not recall. |

## IV.  <u>INSURANCE INFORMATION</u>

1) Provide the following information for any past or present medical insurance coverage within **the last 10 years:**

| Insurance Company (Name and Address) | Policy Number | Name of Policy Holder/Insured (if different than you) | Approx. Dates of Coverage |
|---|---|---|---|
| None | | | |

2) Have you ever been denied life insurance for reasons relating to your health?

**Yes \_\_\_  No \_X\_\_  Don't Know \_\_\_**

**If Yes**, please state when the denial occurred, the name of the life insurance company, and the company's reason for denial: _____

_____

_____

3) To the best of your knowledge, have you been approved to receive or are you receiving Medicare benefits due to age, disability, condition or any other reason or basis?

**Yes \_\_\_  No \_X\_\_**

**If Yes**, please specify the following:

a) The date on which you first became eligible: _____

*[Please note: if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time. This information is necessary for all parties to comply with Medicare regulations. See 42 U.S.C. 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*

## V. **PRIOR CLAIM INFORMATION**

1) Have you filed a lawsuit or made a claim in the last 10 years, other than in the present suit relating to any bodily injury?

**Yes \_\_\_  No \_X\_\_**

**If Yes**, please specify the following:

a) Court in which suit/claim filed or made:_____

b) Case/Claim Number:_____

c) Nature of Claim/Injury:_____

2) Have you applied for workers' compensation (WC), Social Security disability (SSI or SSD) benefits, or other state or federal disability benefits within the past 10 years?

**Yes \_\_\_  No \_X\_\_**

**If Yes**, please specify the following:

a)     Date (or year) of application: _____

b)     Type of benefits sought _____

c)     Agency/Insurer from which you sought the benefits:_____

d)     The nature of the claimed injury/disability: _____

e)     Whether the claim was accepted or denied: _____

_____

## VI.  FACT WITNESSES

1)     Please identify all persons who you believe possess information concerning your injury(ies) and current medical conditions, other than your healthcare providers, and please state their name address and his/her/their relationship to you:

| Name | Address | Relationship to You | Information you Believe Person Possesses |
|------|---------|---------------------|-----------------------------------------|
| Kassidy Joe | See above | Daughter | Medical knowledge and knowledge of pain |
| Michele Pope | See above | Daughter | Medical knowledge and knowledge of pain |

## VII.  IDENTIFICATION OF DOCUMENTS AND OTHER ELECTRONICALLY STORED INFORMATION

For the period beginning three years prior to implantation of the pelvic mesh product(s) to present, please identify all research, including on-line research, you have conducted regarding the subjects of this litigation, including the implantation of the pelvic mesh product(s), the injuries and/or damages you claim resulted from the implantation of the pelvic mesh product(s), or your medical or physical condition. Identify date, time, and source, including any websites visited. Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.

None

## VIII.  DOCUMENT REQUESTS

1)     **RELEASES**.

    **NOTE:  Please sign and attach to this Fact Sheet the authorizations for the release of records appended hereto.**

2)     **DOCUMENTS.** State whether you have any of the following documents in your possession, custody, and/or control. If you do, please provide a true and correct copy of any such documents with this completed Fact Sheet.

    a)     If you were appointed by a court to represent the plaintiff in this lawsuit, produce any documents demonstrating your appointment as such.

        i.     Not Applicable _____

      ii.      The documents are attached _____ [OR] I have no documents   X    

b)      If you represent the estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate and autopsy report (if applicable).

      i.      Not Applicable X\_\_\_\_\_

      ii.      The documents are attached _____ [OR] I have no documents _____

c)      Produce any communications (sent or received) in your possession, which shall include materials accessible to you from any computer on which you have sent or received such communications, concerning the pelvic mesh product(s) or subject litigation, including but not limited to all letters, e-mails, blogs, Facebook posts, tweets, newsletters, etc. sent or received by you. Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.

      i.      Not Applicable X\_\_\_\_\_

      ii.      The documents are attached _____ [OR] I have no documents_____

d)      Produce all documents (including journal entries, lists, memoranda, notes, diaries), photographs, video, DVDS or other media, including all copies, discussing or referencing the subjects of this litigation including the pelvic mesh product(s), the injuries and/or damages you claim resulted from the pelvic mesh product(s), or evidencing your physical condition from three years prior to the implantation of the pelvic mesh product(s) to present, including but not limited to the injuries for which you claim relief in this lawsuit. Research conducted to understand the legal and strategic advice of your counsel is not considered responsive to this request.

      i.      Not Applicable \_\_\_\_\_

      ii.      The documents are attached _____ [OR] I have no documents   X    

e)      Produce any pelvic mesh product packaging, labeling, advertising, or any other pelvic mesh product product-related items in your possession, custody or control.

      i.      Not Applicable \_\_\_\_\_

      ii.      The documents are attached _____ [OR] I have no documents   X    

f)     Produce all documents concerning any communication between you and the Food and Drug Administration (FDA) or between you and any employee or agent of the Defendants, regarding the pelvic mesh product(s) at issue, except as to those communications which are attorney client/work product privileged.

     i.     Not Applicable _____

     ii.     The documents are attached _____ [OR] I have no documents ___X___

g)     Produce all documents in your possession, custody or control evidencing or relating to any correspondence or communication between Boston Scientific Corp., (or any of its related companies or divisions) and any of your doctors, healthcare providers, and/or you relating to the pelvic mesh  product(s), except as to those communications which are attorney client/work product privileged.

24

        i.      Not Applicable \_\_\_\_\_

        ii.     The documents are attached _____ [OR] I have no documents \_\_X\_\_\_\_

h)     Produce any and all documents in your possession, custody or control reflecting, describing, or in any way relating to any instructions or warnings you received prior to implantation of any pelvic mesh product(s) concerning the risks and/or benefits of your surgery, including but not limited to any risks and/or benefits associated with the pelvic mesh product(s).

        i.      Not Applicable \_\_\_\_\_

        ii.     The documents are attached _____ [OR] I have no documents \_\_X\_\_\_\_

i)      Produce any and all documents reflecting the model number and lot number of the pelvic mesh product(s) you received.

        i.      Not Applicable \_\_\_\_\_

        ii.     The documents are attached _____ [OR] I have no documents \_\_X\_\_\_\_

j)      If you underwent surgery to explant in whole or in part the pelvic mesh product(s) that you received: produce any and all documents in your possession, custody or control aside from documents that may have been generated by experts retained by your counsel for litigation purposes, relating to any evaluation of the pelvic mesh product(s) and any other material that was (were) surgically removed from you.

        i.      Not Applicable \_\_\_\_\_

        ii.     The documents are attached _____ [OR] I have no documents \_\_X\_\_\_\_

k)     If you claim lost wages or lost earning capacity, copies of your federal and state tax returns for the  two years prior to implantation of the pelvic mesh product(s) to the present.

        i.      Not Applicable \_\_\_\_\_

        ii.     The documents are attached _____ [OR] I have no documents \_\_X\_\_\_\_

l)      All documents in your possession, custody or control concerning payment by Medicare on the injured party's behalf relating to the injuries claimed in this lawsuit, including but not limited to Interim Conditional Payment summaries and/or estimates prepared by Medicare or its representatives regarding payments made on your behalf for medical expenses relating to the subject of this litigation.

i.      Not Applicable _____

ii.     The documents are attached _____ [OR] I have no documents ___X___

*[Please note:  if you are not currently a Medicare-eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, you must supplement your response at that time. This information is necessary for all parties to comply with Medicare regulations.  See 42 U.S.C. 1395y(b)(8), also known as Section 111 of the Medicare, Medicaid and SCHIP Extension Act of 2007 and 42 U.S.C. 1395y(b)(2) also known as the Medicare Secondary Payer Act.]*