# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Raeann Bayless v. Boston Scientific Corp., Coloplast Corp.*<br><br>**Case No. 2:16-cv-01311** | Master File No. 2:12-MD-02326<br>MDL No. 2326<br><br>JOSEPH R. GOODWIN<br>U.S. DISTRICT JUDGE |

PLAINTIFFS' DESIGNATION AND
DISCLOSURE OF CASE-SPECIFIC EXPERT WITNESSES

Pursuant to Pretrial Order (PTO) # 187, Rule 26 (a)(2) of the Federal Rules of Civil Procedure, Plaintiffs in the above-captioned civil action ("Plaintiffs") submit the following Designation and Disclosure of Case-Specific Expert Witness and persons who may provide expert testimony specific to Plaintiffs' case pursuant to Rule 702 of the Federal Rules of Evidence.

RETAINED EXPERT WITNESSES

1. Dr. Jimmy Mays
   University of Tennessee at Knoxville
   655 Buehler Hall
   Knoxville, TN 37996

2. Dr. Jerry Blaivas
   445 East 77th Street
   New York, NY 10075

3. Dr. Scott Guelcher
   Polymer and Chemical Technologies, LLC
   1008 Caldwell Avenue
   Nashville, TN 37204

4. Dr. Michael Thomas Margolis
   Bay Area Pelvic Surgery
   1820 Ogden Dr.
   Burlingame, California 94010

5. Dr. Bruce Rosenzweig
   Rush University Professional Building
   1725 West Harrison Street, Suite 358
   Chicago, IL 60612

**NON-RETAINED EXPERT WITNESSES**

| NAME | ADDRESS | SPECIALITY |
|---|---|---|
| Dr. Kathy Y. Jones | 2501 N. Orange Ave. Suite 309 Orlando, FL 32804 | Urogynecology |

A General Designation and Disclosure has been or is being served by and on behalf of the wave 4 cases for general expert opinions. In the event that any of the general expert(s) identified above is/are unavailable for trial in this case, Plaintiffs reserve the right to elicit testimony, either through direct examination or cross-examination, of other of the general witnesses designated or identified by Plaintiffs. In no event, however, will Plaintiffs' retained experts at trial exceed five (5) experts without leave of Court for good cause shown. Plaintiffs further reserve the right, as allowed by Rule 26(e) of the Federal Rules of Civil Procedure, to supplement this Designation and Disclosure of Expert Witnesses through the discovery process upon receiving additional discovery including, but not limited to, expert depositions, fact depositions, exhibits introduced in depositions, documents produced, and any supplemental expert disclosures by any party.

This 13 day of July, 2018.

By: /s/ Jeffrey L. Haberman
Jeffrey L. Haberman
**SCHLESINGER LAW OFFICES, P.A.**
1212 SE Third Avenue
Ft. Lauderdale, FL 33316
Tel: 954-320-9507
Fax: 954-320-9509
jhaberman@schlesingerlaw.com
**ATTORNEY FOR PLAINTIFF**