# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

---

**RAEANN BAYLESS,**

        **Plaintiff,**

**v.**                                           **Case No: 6:20-cv-831-Orl-37GJK**

**BOSTON SCIENTIFIC CORPORATION**
**and COLOPLAST CORP.,**

        **Defendants.**

---

| | | |
|---|---|---|
| **JUDGE:** | Roy B. Dalton, Jr. | **COUNSEL FOR PLAINTIFF:** Jeffrey L. Haberman |
| **DEPUTY CLERK:** | Bianca Acevedo | |
| **COURT REPORTER:** | Amie First amiefirst.courtreporter@gmail.com | **COUNSEL FOR DEFENDANT:** David J. Walz, , Jessica Benson Cox, Traci McKee, Molly H. Craig, and W. Ray Persons |
| **SCHEDULED DATE/TIME:** | January 26, 2021 at 1:00 PM | |

---

## MINUTES
### Telephonic Status Conference

Case called; appearance made by counsel.
Issues addressed.
Estimated length of trial: 12 to 15 days.
Final Pretrial Conference set for May 20, 2021 at 10:00 am.
Jury Trial set for Tuesday, June 1, 2021 date certain at 9:00 am.
Order to be entered.

Time in court: 1:03 pm – 1:15 pm; Total time in court: 12 minutes