UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| RAEANN BAYLESS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No.: 6:20-cv-831-Orl-37GJK |
| v. ) | Hon Roy B. Dalton, Jr. |
| ) | |
| Boston Scientific CORPORATION; and ) | |
| COLOPLAST CORP., ) | |
| ) | |
| *Defendant*. ) | |

**DEFENDANT BOSTON SCIENTIFIC'S UNOPPOSED MOTION TO BRING ELECTRONIC DEVICES INTO THE COURTROOM AT TRIAL**

Pursuant to Local Rule 7.02, Defendant Boston Scientific Corporation ("Boston Scientific") respectfully moves this Court to enter an order permitting Boston Scientific's counsel and trial staff to bring into the courtroom certain computer and technological devices during trial. In support of the instant Motion, Boston Scientific states:

1. Several out-of-state attorneys, paralegals, and trial technicians will attend trial on Boston Scientific's behalf and wish to bring certain electronic devices for email access and trial purposes. Boston Scientific seeks the Court's permission for these individuals, identified in the table below, to bring the following devices into the courtroom:

| NAME | ROLE | DEVICES |
|---|---|---|
| Eileen M. Hunter | Boston Scientific In-house Counsel | iPhone (2), iPad, and laptop |

| Meagan Thwaites | Boston Scientific In-house Counsel | iPhone and laptop |
|---|---|---|
| Dan Gerhan | Boston Scientific In-house Counsel | iPhone and laptop |
| Amy Fiterman, Esq. | Trial Counsel | iPhone and laptop |
| James Hood, Esq. | Trial Counsel | iPhone, iPad, and laptop |
| Tess Godhardt, Esq. | Trial Counsel | iPhone and laptop |
| Anthony Finnell, Esq. | Trial Counsel | iPhone and laptop |
| Molly Gulbrandson | Paralegal | iPhone and laptop<br>2 Mi-Fis |
| Beth Woychek | Paralegal | iPhone and laptop |
| Steve Patterson | Trial Technician | iPhone and laptop |
| Max Rubenstein | Trial Technician | iPhone and laptop |
| Marco Heim | Trial Technician | iPhone<br>2 laptops, 1 monitor<br>Switching device<br>External hard-drive<br>Power cords, cables, power strip<br>Printer |

2. Boston Scientific understands that no one may share or deliver a device to another person, and it further understands that the requested electronic devices would be subject to examination for security purposes as are all other materials brought into the courthouse.

**LOCAL RULE 3.01(G) CERTIFICATION**

The undersigned counsel certifies that she conferred with counsel for the Plaintiff and Coloplast Corp. by phone on April 23, 2021, and neither party opposes the relief requested in this motion.

2

WHEREFORE Boston Scientific respectfully requests that this Court enter an Order granting this Motion for leave to bring the aforementioned electronic devices into the courtroom during trial.

Dated: April 26, 2021

/s/ Traci T. McKee
Traci T. McKee, Esq., Attorney No. 53088
FAEGRE DRINKER BIDDLE & REATH LLP
1050 K Street NW, Suite 400
Washington, DC 20001
Telephone: (202) 312-7028
traci.mckee@faegredrinker.com
*Admitted only in Florida; supervision by principals of the firm admitted to the D.C. bar*

**Attorneys for Boston Scientific Corporation**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2021 I filed the foregoing in the CM/ECF system, which will serve electronic copies upon all counsel of record.

/s/ Traci T. McKee
Traci T. McKee, Esq., Attorney No. 53088

US.132746314.02