# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE NO: 6:20-cv-00831-RBD-GJK

RAEANN BAYLESS,

    Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION,
and COLOPLAST CORP.,

    Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION TO ALLOW ELECTRONIC EQUIPMENT IN COURTROOM FOR USE AT TRIAL

Plaintiff, by and through undersigned counsel, files this Motion to Allow Electronic Equipment in Courtroom for Use at Trial set in this matter for the period of June 1, 2021 through June 15, 2021, and as grounds therefore, state as follows:

| Owner / Role | Equipment |
|---|---|
| Bryan Hofeld (Plaintiff's Attorney) | Laptop; Cell Phone |
| Jeffrey Haberman (Plaintiff's Attorney) | Laptop; Cell Phone |
| Sarah Schultz (Plaintiff's Attorney) | Laptop; Cell Phone |
| Cara Sillato (Plaintiff's Paralegal) | Laptop; Cell Phone |
| Akera Brown (Plaintiff's Paralegal) | Laptop; Cell Phone |
| Stephen Manno (Plaintiff's Technical support) | 2 Laptops; 1 Elmo Document Camera; 1 Matrix VGA Switcher; 4 |

| Owner / Role | Equipment |
|---|---|
|  | 19-inch Monitors; 1 32-inch Monitor; 1 Epson Projector; 1 Projection Screen; 1 Audio Speaker; 1 Printer; 1 Cell Phone; 1 Tablet Computer; 2 Tablets; 2 Laser Pointers; 2 Remote Controls; 1 Portable Hard Drive; 2 Computer Mouse; 1 Keyboard; 2 Hand Carts; 1 Headphones; 1 Wireless Earbuds; Wires; Gaffer Tape; Cords; Power Strips; 1 Verizon WiFi Hot Spot; 1 Webcam; 1 USB Microphone |

To the extent practicable, the undersigned requests further permission for the above-referenced individuals to bring such equipment into the Courthouse prior to trial, at a time convenient for the Court, so that the above-named individuals may test such equipment to ensure it will be compatible with existing equipment at the Courthouse.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g)(2), undersigned counsel certifies that counsel for Plaintiff conferred with counsel for Defendants via phone conference, and neither party opposes the relief requested herein.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order permitting such electronic equipment as identified above to be brought into the Courthouse on June 1, 2021 through June 15, 2021.

DATED: April 26, 2021            Respectfully submitted,

*/s/ Jeffrey L. Haberman*
Jeffrey L. Haberman, Esq.

        **SCHLESINGER LAW OFFICES, P.A.**
        1212 SE Third Avenue,
        Fort Lauderdale, FL 33316
        Telephone: (954) 320-9507
        jhaberman@schlesingerlaw.com
        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2021, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

        By: */s/Jeffrey L. Haberman*
            Jeffrey L. Haberman