# EXHIBIT 5

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:20-cv-00831-RBD-GJK

RAEANN BAYLESS,

    Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION,
and COLOPLAST CORP.,

    Defendants.
_____/

## PLAINTIFF'S WITNESS LIST "A"

Plaintiff, Raeann Bayless, by and through undersigned counsel, and pursuant to the Court's Case Management and Scheduling Order (Doc. 98, at § V(C)(2)(a)), hereby submits the following list of individuals who "will definitely be called to testify" as witnesses at trial:

1. **Raeann Bayless** – Plaintiff
   1754 Poinciana Circle
   Titusville, FL 32796

2. **Kassidy Joe** – Daughter
   1754 Poinciana Circle
   Titusville, FL 32796

3. **Dr. Bruce Rosenzweig** – Expert Witness (*see* Pltf. Expert Witness List)
   Rush University Professional Building
   1725 West Harrison Street, Suite 358
   Chicago, IL 60612

4. **Dr. Jimmy Mays** –Expert Witness (*see* Pltf. Expert Witness List)
   University of Tennessee at Knoxville
   Department of Chemistry
   655 Buehler Hall
   Knoxville, TN 37996

5. **Dr. Kathy Jones** – Treating Physician
   2501 North Orange Ave.
   Suite 309
   Orlando, FL 32804

6. **Dr. Lisa Rose** – Treating Physician
   BHA Sarno Family Medicine
   2120 Sarno Road
   Melbourne, FL 32935

7. **Dr. Francisco Garcia** – Treating Physician
   Parrish Medical Center
   951 North Washington Ave.
   Titusville, FL 32796

8. **Corinne West, ARNP** – Treating Physician
   BHA Titusville
   500 North Washington Ave.
   Suite 105
   Titusville, FL 32796

9. **Dr. Dennis Miller** – BSC Corporate Representative
   Boston Scientific
   100 Boston Scientific Way
   Marlborough, MA 01752-1234

10. **Doreen Rao** – BSC Corporate Representative
    Boston Scientific
    100 Boston Scientific Way
    Marlborough, MA 01752-1234

11. **Evan Brasington** – BSC Corporate Representative
    Boston Scientific
    100 Boston Scientific Way
    Marlborough, MA 01752-1234

12. **Janice Connor** – BSC Corporate Representative
    Boston Scientific
    100 Boston Scientific Way
    Marlborough, MA 01752-1234

13. **Dale Klous** – Coloplast Corporate Representative
    Coloplast Corp.
    1601 West River Road North
    Minneapolis, MN 55411

14. **Julie Kerkvliet** – Coloplast Corporate Representative
    Coloplast Corp.
    1601 West River Road North
    Minneapolis, MN 55411

15. **Thomas Broome** – Coloplast Corporate Representative
    Coloplast Corp.
    1601 West River Road North
    Minneapolis, MN 55411

*Plaintiff reserves the right to call any witness identified as a trial witness by the Defendants in this case. Plaintiff reserves the right to add or remove witnesses from this list depending upon the case presented by Defendants, the witnesses called by Defendants, the need for impeachment or rebuttal witnesses, the evidence admitted at trial, and the general progress of trial.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:20-cv-00831-RBD-GJK

RAEANN BAYLESS,

    Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION,
and COLOPLAST CORP.,

    Defendants.
_____/

## PLAINTIFF'S WITNESS LIST "B"

Plaintiff, Raeann Bayless, by and through undersigned counsel, and pursuant to the Court's Case Management and Scheduling Order (Doc. 98, at § V(C)(2)(a)), hereby submits the following list of individuals "who may be called to testify" as witnesses at trial:

1. **Dr. Scott Guelcher** – Expert Witness (*see* Pltf. Expert Witness List)
   Polymer and Chemical Technologies, LLC
   1008 Caldwell Avenue
   Nashville, TN 37204

2. **Dr. Peggy Pence** – Expert Witness (*see* Pltf. Expert Witness List)
   Symbion Research International, Inc.
   1533 Miimar Drive
   Newport Beach, CA 92661

3. **Robert Miragliuolo** – BSC Corporate Representative
   Boston Scientific
   100 Boston Scientific Way
   Marlborough, MA 01752-1234

4. **Charles Smith** – BSC Corporate Representative
   Boston Scientific
   100 Boston Scientific Way
   Marlborough, MA 01752-1234

5. **Alfred Intoccia** – BSC Corporate Representative
   Boston Scientific
   100 Boston Scientific Way
   Marlborough, MA 01752-1234

6. **George Vialle** – BSC Corporate Representative
   Boston Scientific
   100 Boston Scientific Way
   Marlborough, MA 01752-1234

7. **James Goddard** – BSC Corporate Representative
   Boston Scientific
   100 Boston Scientific Way
   Marlborough, MA 01752-1234

8. **Frank Zakrzewski** – BSC Corporate Representative
   Boston Scientific
   100 Boston Scientific Way
   Marlborough, MA 01752-1234

9. **Ankur Garg** – Coloplast Corporate Representative
   Coloplast Corp.
   1601 West River Road North
   Minneapolis, MN 55411

10. **Ashwini Keswani** – Coloplast Corporate Representative
    Coloplast Corp.
    1601 West River Road North
    Minneapolis, MN 55411

11. **Douglas Devens** – Coloplast Corporate Representative
    Coloplast Corp.
    1601 West River Road North
    Minneapolis, MN 55411

12. **Elsebeth Aagaard** – Coloplast Corporate Representative
    Coloplast Corp.
    1601 West River Road North
    Minneapolis, MN 55411

13. **ErinMarie Carrick** – Coloplast Corporate Representative
    Coloplast Corp.
    1601 West River Road North
    Minneapolis, MN 55411

14. **Geoffrey Daniel** – Coloplast Corporate Representative
    Coloplast Corp.
    1601 West River Road North
    Minneapolis, MN 55411

15. **James Schumer** – Coloplast Corporate Representative
    Coloplast Corp.
    1601 West River Road North
    Minneapolis, MN 55411

16. **Jennifer Englund** – Coloplast Corporate Representative
    Coloplast Corp.
    1601 West River Road North
    Minneapolis, MN 55411

17. **Joel Chechik** – Coloplast Corporate Representative
    Coloplast Corp.
    1601 West River Road North
    Minneapolis, MN 55411

18. **Jon Cornell** – Coloplast Corporate Representative
    Coloplast Corp.
    1601 West River Road North
    Minneapolis, MN 55411

19. **Steffen Hovard** – Coloplast Corporate Representative
    Coloplast Corp.
    1601 West River Road North
    Minneapolis, MN 55411

20. **Tim Crabtree** – Coloplast Corporate Representative
    Coloplast Corp.
    1601 West River Road North
    Minneapolis, MN 55411

*Plaintiff reserves the right to call any witness identified as a trial witness by the Defendants in this case. Plaintiff reserves the right to add or remove witnesses from this list depending upon the case presented by Defendants, the witnesses called by Defendants, the need for impeachment or rebuttal witnesses, the evidence admitted at trial, and the general progress of trial.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:20-cv-00831-RBD-GJK

RAEANN BAYLESS,

    Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION,
and COLOPLAST CORP.,

    Defendants.
_____/

**PLAINTIFF'S EXPERT WITNESS LIST**

Plaintiff, Raeann Bayless, by and through undersigned counsel, and pursuant to the Court's Case Management and Scheduling Order (Doc. 98, at § V(C)(2)(b)), hereby submits the following list of expert witnesses who will or may be called to testify at trial:

1. **Dr. Bruce Rosenzweig** – Expert Witness (Urogynecologist) – *Will Testify*
   Rush University Professional Building
   1725 West Harrison Street, Suite 358
   Chicago, IL 60612

   Summary of Testimony: Dr. Rosenzweig will testify about his opinions contained within both his general and case-specific expert reports, his own experience(s) with mesh, the complications associated with mesh, the causes of those complications, the risks/benefits of mesh procedures, his review of Boston Scientific

and Coloplast internal documents, Plaintiff's medical records, Plaintiff's medical history, the cause of Plaintiff's pain and other related symptoms, as well as any subjects discussed during his deposition(s).

2. **Dr. Jimmy Mays** –Expert Witness (Polymer Science) – *Will Testify*
   University of Tennessee at Knoxville
   Department of Chemistry
   655 Buehler Hall
   Knoxville, TN 37996

   Summary of Testimony: Dr. Mays will testify about his opinions contained within his expert report regarding polypropylene and how it reacts in the human body, the chemical properties of polypropylene, and polypropylene's susceptibility to thermo-oxidative degradation, as well as any subjects discussed during his deposition(s).

3. **Dr. Scott Guelcher** – Expert Witness (Chemical Engineering) – *May Testify*
   Polymer and Chemical Technologies, LLC
   1008 Caldwell Avenue
   Nashville, TN 37204

   Summary of Testimony: Dr. Guelcher will testify about his opinions contained within his expert report regarding polypropylene and how it reacts in the human body, the female pelvic environment where these meshes are implanted, and the Defendants' consideration of whether its meshes would be stable in an oxidative environment, as well as any subjects discussed during his deposition(s).

4. **Dr. Peggy Pence** – Expert Witness (Regulatory) – *May Testify*
   Symbion Research International, Inc.
   1533 Miramar Drive
   Newport Beach, CA 92661

Summary of Testimony: To the extent that regulatory evidence is deemed admissible or necessary, Dr. Pence is a regulatory expert who will offer testimony regarding the clearance process for the Advantage Fit sling and Restorelle Y mesh, FDA regulatory process in general, as well as any subjects discussed in her expert report and deposition(s).

*Plaintiff reserves the right to call any witness identified as a trial witness by the Defendants in this case. Plaintiff reserves the right to add or remove witnesses from this list depending upon the case presented by Defendants, the witnesses called by Defendants, the need for impeachment or rebuttal witnesses, the evidence admitted at trial, and the general progress of trial.*

3