# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**Middle District of Florida, Orlando Division**
**The Honorable Roy B. Dalton, Jr.**

**BOSTON SCIENTIFIC'S WITNESS LIST – "A LIST"**

*Raeann Bayless*
*v.*
*Boston Scientific Corporation and Coloplast Corp.*

Case No. 6:20-cv-831-Orl-37GJK

|  | **Will Call on Direct** |
|---|---|
| Kathy Y. Jones, MD, Treating Physician<br>Orlando Urogynecology<br>2501 North Orange Avenue<br>Florida Hospital Medical Plaza South Tower Suite 309<br>Orlando, FL 32804<br>No party has objected to this witness testifying | Will Call |
| Stephen F. Badylak, MD, Defense Expert<br>c/o Faegre Drinker Biddle & Reath LLP<br>*See expert witness list* | Will Call |
| Roger Goldberg, M.D., Defense Expert<br>c/o Faegre Drinker Biddle & Reath LLP<br>*See expert witness list* | Will Call |
| Ricardo Caraballo, MD, Defense Expert<br>c/o Faegre Drinker Biddle & Reath LLP<br>*See expert witness list* | Will Call |

The final list of witnesses that Boston Scientific will present at trial is dependent on several factors, including (a) the witnesses that Plaintiff presents during her case-in-chief, (b) the Court's rulings on motions, and (c) the trial schedule and availability of Boston Scientific's witnesses. Boston Scientific reserves the right to amend or supplement this list prior to the time of trial. Boston Scientific also reserves the right to call any witness properly identified by Plaintiff and to call rebuttal witnesses as necessary.

# UNITED STATES DISTRICT COURT
## Middle District of Florida, Orlando Division
## The Honorable Roy B. Dalton, Jr.

### BOSTON SCIENTIFIC'S WITNESS LIST – "B LIST"

*Raeann Bayless*

*v.*

*Boston Scientific Corporation and Coloplast Corp.*

Case No. 6:20-cv-831-Orl-37GJK

|  | **May Call on Direct** |
|---|---|
| Janice Connor, Company Witness<br>c/o Faegre Drinker Biddle & Reath LLP<br>No party has objected to this witness testifying | May Call (by depo) |
| James Goddard, Company Witness<br>c/o Faegre Drinker Biddle & Reath LLP<br>No party has objected to this witness testifying | May Call (by depo and/or live) |
| Alfred Intoccia, Jr., Company Witness<br>c/o Faegre Drinker Biddle & Reath LLP<br>No party has objected to this witness testifying | May Call (by depo) |
| Robert Miragliuolo, Company Witness<br>c/o Faegre Drinker Biddle & Reath LLP<br>No party has objected to this witness testifying | May Call (by depo) |
| Doreen Rao, Company Witness<br>c/o Faegre Drinker Biddle & Reath LLP<br>No party has objected to this witness testifying | May Call (by depo) |
| John Sherry, Company Witness<br>c/o Faegre Drinker Biddle & Reath LLP<br>No party has objected to this witness testifying | May Call (by depo) |
| Frank Zakrzewksi, Third-Party Company Witness<br>No party has objected to this witness testifying | May Call (by depo) |
| Todd McCaslin, Company Witness<br>c/o Faegre Drinker Biddle & Reath LLP<br>No party has objected to this witness testifying | May Call (by depo) |

The final list of witnesses that Boston Scientific will present at trial is dependent on several factors, including (a) the witnesses that Plaintiff presents during her case-in-chief, (b) the Court's rulings on motions, and (c) the trial schedule and availability of Boston Scientific's witnesses. Boston Scientific reserves the right to amend or supplement this list prior to the time of trial. Boston Scientific also reserves the right to call any witness properly identified by Plaintiff and to call rebuttal witnesses as necessary.

## UNITED STATES DISTRICT COURT
### Middle District of Florida, Orlando Division
### The Honorable Roy B. Dalton, Jr.

### BOSTON SCIENTIFIC'S WITNESS LIST – EXPERT LIST

*Raeann Bayless*

*v.*

*Boston Scientific Corporation and Coloplast Corp.*

Case No. 6:20-cv-831-Orl-37GJK

|  | **Will Call on Direct** |
|---|---|
| Kathy Y. Jones, MD, Treating Physician<br>Orlando Urogynecology<br>2501 North Orange Avenue<br>Florida Hospital Medical Plaza South Tower Suite 309<br>Orlando, FL 32804<br>No party has objected to this witness testifying. | Will Call |
| Stephen F. Badylak, MD, Defense Expert<br>c/o Faegre Drinker Biddle & Reath LLP<br>Dr. Badylak is a clinical pathologist, an anatomic pathologist, a medical doctor and a biomaterials scientist.  Dr. Badylak will testify about the use of polypropylene as an implantable surgical mesh for the repair of pelvic floor defects, and the alleged product defect claims relating to the Advantage Fit at issue in this lawsuit.  Dr. Badylak will testify consistent with his Rule 26 Report and deposition testimony.<br>No party has objected to this witness testifying. | Will Call |
| Roger Goldberg, M.D., Defense Expert<br>c/o Faegre Drinker Biddle & Reath LLP<br>Dr. Goldberg is a urogynecologist who is board-certified in Obstetrics and Gynecology with an additional sub-specialization in Female Pelvic Medicine and Reconstructive Surgery.  Dr. Goldberg will testify about stress urinary incontinence and the use of polypropylene mid-urtheral slings, including the Advantage Fit, as a treatment option for stress urinary incontinence.  He will also testify about Ms. Bayless' pre- and post-operative medical history and the cause of Ms. Bayless' claimed injuries.  Dr. Goldberg will | Will Call |

| | |
|---|---|
| testify consistent with his Rule 26 Report and deposition testimony.<br>No party has objected to this witness testifying | |
| Ricardo Caraballo, MD, Defense Expert<br>c/o Faegre Drinker Biddle & Reath LLP<br>Dr. Caraballo is a urogynecologist who is board-certified in Obstetrics and Gynecology and Female Pelvic Medicine and Reconstructive Surgery. Dr. Caraballo will testify about pelvic floor defects and the treatment options, the risks and benefits of polypropylene mid-urtheral slings as a treatment option for pelvic floor defects, and the long-term clinical data regarding the use of polypropylene mid-urtheral slings, including the Advantage Fit, for the treatment of stress urinary incontinence. Dr. Caraballo will testify consistent with his Rule 26 Report.<br>No party has objected to this witness testifying. | Will Call |

The final list of witnesses that Boston Scientific will present at trial is dependent on several factors, including (a) the witnesses that Plaintiff presents during her case-in-chief, (b) the Court's rulings on motions, and (c) the trial schedule and availability of Boston Scientific's witnesses. Boston Scientific reserves the right to amend or supplement this list prior to the time of trial. Boston Scientific also reserves the right to call any witness properly identified by Plaintiff and to call rebuttal witnesses as necessary.