# EXHIBIT 7

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAEANN BAYLESS,

    Plaintiff,

v.                                                         Case No.: 6:20-cv-00831-RBD-GJK

BOSTON SCIENTIFIC CORP.
and COLOPLAST CORP.,

    Defendants.
_____/

**LIST A:**
**WITNESSES COLOPLAST CORP. DEFINITELY WILL CALL**

Defendant Coloplast Corp. ("Coloplast") hereby submits its list of witnesses that will definitely be called at trial.

This list includes persons Coloplast may elect to call either in person or by deposition. Coloplast reserves the right to supplement or amend this list based upon any rulings of the Court or any other Court decisions that affect the scope of evidence in this trial or if Plaintiff alters or amends her witness list. Coloplast reserves the right to withdraw any witnesses. Coloplast also reserves the right to call, live or by deposition, any witness (a) identified by Plaintiff, (b) for which Plaintiff designates deposition testimony, (c) who is identified hereafter in discovery, or (d) consistent with the Federal Rules of Evidence. By identifying the witnesses below, Coloplast does not intend to waive any of their objections to deposition testimony, exhibits, or

other evidence or argument.

Coloplast anticipated and hereby gives notice of its intent to elicit testimony from Coloplast employees and/or former employees, who do not regularly give expert testimony, related to, or arising from, their professional activities and/or areas of responsibility. This testimony may include information of a medical, scientific, or otherwise technical nature related to their area of professional expertise or skill. It may include factual as well as "expert" opinion testimony as categorized by Federal Rules of Evidence 701 and 702.

The listing below does not include Coloplast's expert witnesses, who are separately listed on Coloplast Corp.'s Expert Witness List.

The listing of the below witnesses does not represent a certification of their availability or being under Coloplast's control.

|   | Name | Address | Live or Deposition |
|---|------|---------|--------------------|
| 1 | Erinmarie Carrick | c/o Carlton Fields 4221 W. Boy Scout Blvd., Ste. 1000 Tampa, Florida 33607 | Deposition testimony |
| 2 | Jon Cornell | c/o Carlton Fields 4221 W. Boy Scout Blvd., Ste. 1000 Tampa, Florida 33607 | Deposition testimony |
| 3 | Geoffrey Daniel | c/o Carlton Fields 4221 W. Boy Scout Blvd., Ste. 1000 Tampa, Florida 33607 | Deposition testimony |
| 4 | Julie Kerkvliet | c/o Carlton Fields 4221 W. Boy Scout Blvd., Ste. 1000 Tampa, Florida 33607 | Deposition testimony |
| 5 | James Schumer | c/o Carlton Fields 4221 W. Boy Scout Blvd., Ste. 1000 Tampa, Florida 33607 | Deposition testimony |

| 6 | Randi Zinter | c/o Carlton Fields 4221 W. Boy Scout Blvd., Ste. 1000 Tampa, Florida 33607 | Deposition testimony |
| 7 | Kathy Jones, M.D. | 2501 N. Orange Ave., Ste. 309 Orlando, FL 32804 | Deposition testimony or live |

Dated: May 13, 2021

/s/ Edward W. Gerecke
Edward W. Gerecke
Florida Bar Number 328332
David J. Walz
Florida Bar Number 697273
Caycee D. Hampton
Florida Bar Number 0100922
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd., 10th Floor (33607)
P.O. Box 3239
Tampa, Florida 33601
Telephone: (813) 223-7000
Fax: (813) 229-4133
Email: egerecke@carltonfields.com
dwalz@carltonfields.com
champton@carltonfields.com

Johanna W. Clark
Florida Bar Number 196400
CARLTON FIELDS, P.A.
200 S. Orange Ave., Suite 1000
Orlando, Florida 32801-3400
Telephone: (407) 849-0300
Fax: (407) 648-9099
Email: jclark@carltonfields.com

W. Ray Persons
Florida Bar Number 101747
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309

3

Telephone: (404) 572-4600
Fax: (404) 572-5100
Email: rpersons@kslaw.com

Lisa Horvath Shub *(Pro Hac Vice)*
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000
Fax: (512) 457-2100
Email: lshub@kslaw.com

*Attorneys for Defendant Coloplast Corp.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAEANN BAYLESS,

    Plaintiff,

v.                                        Case No.: 6:20-cv-00831-RBD-GJK

BOSTON SCIENTIFIC CORP.
and COLOPLAST CORP.,

    Defendants.
_____/

**LIST B:
WITNESSES COLOPLAST CORP. MAY CALL**

    Defendant Coloplast Corp. ("Coloplast") hereby submits its list of potential witnesses who may be called at trial.

    This list includes persons Coloplast may elect to call either in person or by deposition. Coloplast reserves the right to supplement or amend this list based upon any rulings of the Court or any other Court decisions that affect the scope of evidence in this trial or if Plaintiff alters or amends her witness list. Coloplast reserves the right to withdraw any witnesses. Coloplast also reserves the right to call, live or by deposition, any witness (a) identified by Plaintiff, (b) for which Plaintiff designates deposition testimony, (c) who is identified hereafter in discovery, or (d) consistent with the Federal Rules of Evidence. By identifying the witnesses below, Coloplast does not intend to waive any of their objections to deposition testimony, exhibits, or

other evidence or argument.

Coloplast anticipates and hereby gives notice of its intent to elicit testimony from Coloplast employees and/or former employees, who do not regularly give expert testimony, related to, or arising from, their professional activities and/or areas of responsibility. This testimony may include information of a medical, scientific, or otherwise technical nature related to their area of professional expertise or skill. It may include factual as well as "expert" opinion testimony as categorized by Federal Rules of Evidence 701 and 702.

The listing of the below witnesses does not represent a certification of their availability or being under Coloplast's control.

I. **Records Custodians**

Coloplast identifies any individuals, including but not limited to records custodians, who may be needed to authenticate documents including, but not limited to, records custodians for the following:

- Advance Care for Women
- Atlanta Obstetrics & Gynecology
- Brevard County Fire Rescue – EMS Section
- Brevard County Health Department
- Brevard Health Alliance – All Locations
- Care Medical Group
- Century Pharmacy
- Circles of Care, Inc.
- Coffee Regional Medical Center
- Corinne West, ARNP
- David Magness, DO
- Denis Perez, M.D.
- Elvis Alfonso, M.D.
- Evans Center Family Practice
- Florida Digestive Health Specialists

- Florida Health Department
- Florida Hospital
- Francisco Garcia, M.D.
- Jayasri Bukkapatnam , M.D.
- Katherine Marie Puig, APRN
- Kathy Jones, M.D.
- Kinard Cooper, ARNP
- Lisa Rose, M.D.
- Michael Homerick, M.D.
- Orange Blossom Family Health
- Orlando County Medical Center
- Orlando Urogynecology
- Pia Valvassori, ARN
- Parrish HealthCare
- Parrish Medical Center (f/k/a Jess Parrish Memorial Hospital)
- Ramesh Mathur, M.D.
- Roberta VanDusen, LCSW
- Uma Rani Mathur, M.D.
- William Rylander, M.D.
- Women's Pelvic Surgery Center of Orlando

II. **Corporate Representatives**

Coloplast may call a Corporate Representative(s) live at trial.

III. **Healthcare Providers**

Coloplast reserves the right to call any and all healthcare providers involved

in the care and treatment of Raeann Bayless, including but not limited to:

- Jayasri Bukkapatnam, M.D.
- David Magness, DO
- William Rylander, M.D.
- Elvis Alfonso, M.D.

Dated: May 13, 2021                /s/ Edward W. Gerecke
                                                           Edward W. Gerecke
                                                          Florida Bar Number 328332
                                                          David J. Walz
                                                          Florida Bar Number 697273
                                                          Caycee D. Hampton

Florida Bar Number 0100922
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd., 10th Floor (33607)
P.O. Box 3239
Tampa, Florida 33601
Telephone: (813) 223-7000
Fax: (813) 229-4133
Email: egerecke@carltonfields.com
      dwalz@carltonfields.com
      champton@carltonfields.com

Johanna W. Clark
Florida Bar Number 196400
CARLTON FIELDS, P.A.
200 S. Orange Ave., Suite 1000
Orlando, Florida 32801-3400
Telephone: (407) 849-0300
Fax: (407) 648-9099
Email: jclark@carltonfields.com

W. Ray Persons
Florida Bar Number 101747
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5100
Email: rpersons@kslaw.com

Lisa Horvath Shub *(Pro Hac Vice)*
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000
Fax: (512) 457-2100
Email: lshub@kslaw.com

*Attorneys for Defendant Coloplast Corp.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAEANN BAYLESS,

    Plaintiff,

v.                                      Case No.: 6:20-cv-00831-RBD-GJK

BOSTON SCIENTIFIC CORP.
and COLOPLAST CORP.,

    Defendants.
_____/

## COLOPLAST CORP.'S EXPERT WITNESS LIST

Defendant Coloplast Corp. ("Coloplast") hereby submits its list of expert witnesses, including a description of the anticipated subject matter of each expert's testimony.

    **i. Joseph Stubbs, M.D.**

Dr. Stubbs is a board-certified obstetrician/gynecologist with subspecialty board certification in Female Pelvic Medicine and Reconstructive Surgery. He opened UROGYN Savannah – the first and only fully-dedicated urogynecologic center in the region – which specializes in the treatment of complex conditions with pelvic reconstructive surgery, including pelvic organ prolapse. The anticipated subject matter of Dr. Stubbs's testimony includes the treatment of pelvic organ prolapse; the benefits, risks, and potential complications associated with surgical and non-surgical treatment of that condition; Dr. Stubbs's own clinical experience with and observations of

surgical mesh implants, including Restorelle Y; evaluation of Ms. Bayless's medical history and diagnosis of pelvic organ prolapse; the standard of care exercised in the treatment of Ms. Bayless's pelvic organ prolapse, including the options discussed with Ms. Bayless for treating her pelvic organ prolapse and the appropriateness and adequacy of Ms. Bayless's consent to that treatment; Ms Bayless's course of treatment; assessment of potential causes of Ms. Bayless's current complaints and evaluation of claims regarding her prognosis; and responses to the opinions Plaintiff's retained experts offer on these topics. Coloplast hereby incorporates and refers Plaintiff to Dr. Stubbs's Expert Report and all subparts and attachments and supplements thereto, previously served in this case. Dr. Stubbs's Expert Report and corresponding attachments and supplemental attachments set forth the facts, data, and information considered by Dr. Stubbs in addition to his extensive clinical experience; the exhibits that Dr. Stubbs may use to support his opinions, though he may also use demonstrative exhibits; and Dr. Stubbs's qualifications, publications, testimonial history, and compensation.

   **ii. Emily Cole, M.D.**

Dr. Cole is a Diplomat of the American Board of Urology with subspecialty board certification in Female Pelvic Medicine and Reconstructive Surgery. She practices at Sharp Rees-Stealy Medical Group, where she is Chief of the Department of Urology, Director of the Female Pelvic Health Center and chair of the Robotic Steering Committee. The anticipated subject matter of Dr. Cole's testimony includes the diagnosis and treatment of pelvic organ prolapse, including the historical and

currently-available treatment options; her clinical experience providing surgical and non-surgical treatment of pelvic organ prolapse; the benefits, risks, and potential complications associated with surgical and non-surgical treatment of pelvic organ prolapse based on Dr. Cole's clinical experience and review of the scientific literature; claims that polypropylene surgical mesh implants contract, shrink, migrate, etc., in vivo; and whether polypropylene in general, and surgical mesh implants in particular, degrade in vivo; Dr. Cole's own clinical experience, research experience, and review of the scientific literature as it relates to surgical mesh devices for treatment of pelvic organ prolapse in general, including Restorelle Y, and their safety and efficacy; comparison of her own clinical experience with the scientific literature; and responses to the opinions Plaintiff's retained experts offer on these topics. Coloplast hereby incorporates and refers Plaintiff to Dr. Cole's Expert Report and all subparts and attachments and supplements thereto, served in Coloplast MDL 2387, and served in this case on April 8, 2019. Dr. Cole's Expert Report and corresponding attachments and supplemental attachments set forth the facts, data and information considered by Dr. Cole in addition to her extensive clinical experience; the exhibits that Dr. Cole may use to support her opinions, though she may also use demonstrative exhibits; and Dr. Cole's qualifications, publications, testimonial history, and compensation.

    iii. **Benny D. Freeman, Ph.D., P.E.**

Dr. Freeman is the William J. (Bill) Murray, Jr. Endowed Chair in Engineering in the McKetta Department of Chemical Engineering at The University of Texas at Austin. The anticipated subject matter of Dr. Freeman's testimony includes his

qualifications and expertise in polymer science, including the use of polymers in pharmaceutical and biomedical applications, polymer characterization, the effect of polymer processing and polymer morphology on polymer properties, and the properties of polypropylene as a stable, biocompatible material suitable for permanent implantation in humans. Dr. Freeman will also assess the biocompatibility of polypropylene used in medical implants and the hypothesis that polypropylene surgical mesh implants, including Restorelle Y, degrade in the human body, and respond to the opinions Plaintiff's retained experts offer on these topics. Coloplast hereby incorporates and refers Plaintiff to Dr. Freeman's Expert Report and all subparts and attachments and supplemental attachments thereto, served in Coloplast MDL 2387, and served in this case on April 8, 2019. Dr. Freeman's Expert Report and corresponding attachments and supplemental attachments set forth the facts, data and information considered by Dr. Freeman in addition to his extensive experience studying and evaluating polymers; the exhibits that Dr. Freeman may use to support his opinions, and Dr. Freeman's qualifications, publications, testimonial history, and compensation.

      **iv.   Karen M. Becker, Ph.D.**

Dr. Becker is the current Managing Director of Translational and Regulatory Sciences at Precision for Medicine, Inc. where she specializes in industry practices and regulatory requirements for marketing of drugs and medical devices, including the requirements for market authorization, labeling, and post-marketing obligations and compliance. The anticipated subject matter of Dr. Becker's testimony includes her

4

qualifications and any matter set forth in her curriculum vitae; industry practices and regulation of medical devices and product labeling; the pre-market testing of Restorelle Y; Restorelle Y brochures; and clearance of the Restorelle Y surgical mesh implant and the Restorelle Y labeling.  She will also respond to the opinions Plaintiff's retained experts offer on these topics.  Coloplast hereby incorporates and refers Plaintiff to Dr. Becker's Expert Report and all subparts and attachments thereto, served in Coloplast MDL 2387, and served in this case on April 8, 2019. Dr. Becker's Expert Report and corresponding attachments set forth the facts, data and information considered by Dr. Becker; the exhibits that Dr. Becker may use to support her opinions, though Dr. Becker may also use demonstrative exhibits and Dr. Becker's qualifications, publications, testimonial history, and compensation.

Dated: May 13, 2021

/s/ Edward W. Gerecke
Edward W. Gerecke
Florida Bar Number 328332
David J. Walz
Florida Bar Number 697273
Caycee D. Hampton
Florida Bar Number 0100922
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd., 10th Floor (33607)
P.O. Box 3239
Tampa, Florida 33601
Telephone: (813) 223-7000
Fax: (813) 229-4133
Email: egerecke@carltonfields.com
       dwalz@carltonfields.com
       champton@carltonfields.com

Johanna W. Clark

5

Florida Bar Number 196400
CARLTON FIELDS, P.A.
200 S. Orange Ave., Suite 1000
Orlando, Florida 32801-3400
Telephone: (407) 849-0300
Fax: (407) 648-9099
Email: jclark@carltonfields.com

W. Ray Persons
Florida Bar Number 101747
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5100
Email: rpersons@kslaw.com

Lisa Horvath Shub *(Pro Hac Vice)*
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Telephone: (512) 457-2000
Fax: (512) 457-2100
Email: lshub@kslaw.com

*Attorneys for Defendant Coloplast Corp.*