UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAEANN BAYLESS,

        Plaintiff,

v.                                       Case No: 6:20-cv-831-RBD-GJK

BOSTON SCIENTIFIC
CORPORATION and COLOPLAST
CORP.,

        Defendants.

| | | |
|---|---|---|
| **JUDGE:** | Roy B. Dalton, Jr. | **COUNSEL FOR PLAINTIFF:** Bryan Scott Hofeld and Jeffrey L. Haberman |
| **DEPUTY CLERK:** | Bianca Acevedo | |
| **COURT REPORTER:** | Amie First | **COUNSEL FOR DEFENDANT:** Amy E. Furness, Molly H. Craig, David J. Walz, W. Ray Persons, Lisa Horvath Shub, Jessica Benson Cox, Traci McKee, and Val Leppert |
| amiefirst.courtreporter@gmail.com | | |
| **SCHEDULED DATE/TIME:** | May 17, 2021 at 3:30 PM | |

## MINUTES
Telephone Conference

    Case called; appearance made by counsel.
    Issues addressed.
    Motion for Telephonic Status Conference (Doc. 224) is granted.

Court hears argument on Motion to Continue Trial (Doc. 221). Court grants in part and denies in part Motion for the reasons stated on the record.

Court hears argument on Motion for Settlement Conference (Doc. 223). Court denies the Motion for the reasons stated on the record. Case is schedule for Jury Selection on May 27, 2021. Open arguments are scheduled to begin on May 27, 2021. Jury Trial will continue June 1, 2021.

Court is in recess.

Time in court: 3:35 pm – 4:01 pm; Total time in court: 26 minutes