UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAEANN BAYLESS,

       Plaintiff,

v.  Case No: 6:20-cv-831-RBD-GJK

BOSTON SCIENTIFIC
CORPORATION and COLOPLAST
CORP.,

       Defendants.

| | |
|---|---|
| **JUDGE:** Roy B. Dalton, Jr. | **COUNSEL FOR PLAINTIFF:** Bryan Scott Hofeld and Jeffrey L. Haberman |
| **DEPUTY CLERK:** Bianca Acevedo | |
| **COURT REPORTER:** Amie First<br>amiefirst.courtreporter@gmail.com | **COUNSEL FOR DEFENDANT:** Amy E. Furness, David J. Walz, Jessica Benson Cox, Lisa Horvath Shub, Molly H. Craig, W. Ray Persons, Val Leppert, and Traci McKee |
| **SCHEDULED DATE/TIME:** May 20, 2021 at 10:00 AM | |

## MINUTES
### Final Pretrial Conference

Case called; appearance made by counsel.
Issues addressed.
Court hears argument on Motions in Limine.

Court grants in part, denied in part and reserve ruling in part Defendants' Motions in Limine (Doc. 191 and 195) for the reasons stated on the record.

Court grants in part, denies in part and reserves ruling in part Plaintiff's Motion in Limine (Doc. 193) for the reasons stated on the record.

Court addresses Motion to Allow Electronic Equipment (Doc. 230). Court reserves ruling on Motion. Parties are allowed to bring in items discussed at hearing to test prior to trial.

Plaintiff's opening statement – Judge will permit 45 minutes
Defendants' opening statement – Judge will permit 30 minutes each defendant.

Court is in recess.

Time in court: 10:01 am – 11:16 am; Total time in court: 1 hour and 15 minutes