UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAEANN BAYLESS,

        Plaintiff,

v.    Case No:  6:20-cv-831-RBD-GJK

BOSTON SCIENTIFIC
CORPORATION and COLOPLAST
CORP.,

        Defendants.

| | |
|---|---|
| **JUDGE:** Roy B. Dalton, Jr. | **COUNSEL FOR PLAINTIFF:** Bryan Scott Hofeld and Jeffrey L. Haberman |
| **DEPUTY CLERK:** Bianca Acevedo | |
| **COURT REPORTER:** Amie First amiefirst.courtreporter@gmail.com | **COUNSEL FOR DEFENDANT:** David J. Walz, Molly H. Craig, W. Ray Persons, Jessica Benson Cox, Traci McKee and Val Leppert |
| **SCHEDULED DATE/TIME:** May 26, 2021 at 1:30 PM | |

**MINUTES**
**Status Conference**

    Case called; appearance made by counsel.
    Issues addressed.
    Court hears argument on demonstrative exhibits.

Court in recess.

Time in court:   1:33 p.m. - 2:22 p.m.; Total time in court: 49 minutes