UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAEANN BAYLESS,

    Plaintiff,

v.                                              Case No. 6:20-cv-831-RBD-GJK

BOSTON SCIENTIFIC
CORPORATION; and COLOPLAST
CORP.,

    Defendants.
_____

## ORDER

The parties provided the Court with the deposition transcript of Dale Robert Klous, which they expect to present at trial. The Court sustains the listed objections below. All other objections are overruled, unless otherwise noted. The parties should be prepared to present the deposition in compliance with these rulings.

Accordingly, it is **ORDERED AND ADJUDGED** that the following objections are **SUSTAINED** as to the deposition of Dale Robert Klous, taken on April 16, 2019:

1. Pages 167:17–168:13.

2. Page 177:15–23, as overbroad.

3. Pages 179:23–180:8, 223:3–9, 227:2–19, 238:2–10,[1] 239:23–241:3, 241:7–22,  242:1–6, 246:13–247:9, 280:1–8, 315:12–20, 345:19–24, 347:10–349:14, 350:7–15.

4. Page 378:24–379:10. The objection to testimony on page 378:20–23 is **OVERRULED.**

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 3, 2021.



ROY B. DALTON JR.
United States District Judge

---

[1] The objection to the next paragraph, at p. 238:11–15, is **OVERRULED.**