UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAEANN BAYLESS,

    Plaintiff,

v.                                                       Case No.: 6:20-cv-00831-RBD-GJK

BOSTON SCIENTIFIC CORP.
and COLOPLAST CORP.,

    Defendants.
_____/

## DEFENDANT COLOPLAST CORP.'S NOTICE OF FILING PROFFERED EXPERT MATERIALS AND DEPOSITION EXCERPTS

PLEASE TAKE NOTICE that on this 14th day of June, 2021, Defendant Coloplast Corp. ("Coloplast") hereby files the following proffered expert materials and deposition excerpts:

| Exhibit | Description |
|---|---|
| A | Expert Report of Karen M. Becker, Ph.D., with exhibits, dated April 8, 2019; CPDX 448 |
| B | Deposition of Karen M. Becker, Ph.D., dated April 29, 2019 |
| C | Expert Report of Benny Dean Freeman, Ph.D., P.E., with exhibits, dated April 4, 2019; CPDX 451 |
| D | Deposition of Benny Dean Freeman, Ph.D., P.E., dated May 1, 2019 |
| E | Deposition Excerpts of Geoffrey A. Daniel, dated December 19, 2018 |
| F | Deposition Excerpts of James A. Schumer, dated January 24, 2019 |
| G | Deposition Excerpts of Jon E. Cornell, dated February 5, 2019 |
| H | Deposition Excerpts of Julie Kerkvliet, dated March 7, 2019 |

| Exhibit | Description |
|---|---|
| I | Deposition Excerpts of Dale R. Klous, dated April 16, 2019 |
| J | Deposition Excerpts of Randi Zinter, dated July 24, 2019 |

Respectfully submitted,

/s/ David J. Walz
Edward W. Gerecke
Florida Bar Number 328332
David J. Walz
Florida Bar Number 697273
Caycee D. Hampton
Florida Bar Number 0100922
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd., 10th Floor (33607)
P.O. Box 3239
Tampa, Florida 33601
Telephone: (813) 223-7000
Fax: (813) 229-4133
Email: egerecke@carltonfields.com
    dwalz@carltonfields.com
    champton@carltonfields.com

Johanna W. Clark
Florida Bar Number 196400
CARLTON FIELDS, P.A.
200 S. Orange Ave., Suite 1000
Orlando, FL 32801-3400
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
Email: jclark@carltonfields.com

*and*

W. Ray Persons
Florida Bar Number 101747
KING & SPALDING LLP

1180 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: rpersons@kslaw.com

*Attorneys for Defendant Coloplast Corp.*