# Exhibit I

Highly Confidential - Dale R. Klous

```
 1              UNITED STATES DISTRICT COURT
 2       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
 3                   CHARLESTON DIVISION
 4
     _____
 5
     IN RE: COLOPLAST CORP.,            MDL No. 2387
 6   PELVIC SUPPORT SYSTEMS
     PRODUCT LIABILITY LITIGATION
 7   _____
 8
                      HIGHLY CONFIDENTIAL
 9
10          Video 30(b)(6) Deposition of
                      DALE R. KLOUS,
11       as a designee of COLOPLAST CORP.
                Tuesday, April 16, 2019
12                      9:15 a.m.
13
14
15
16
17
18
19
20   Stenographic Reporter:
     Patrick J. Mahon, RMR, CRR
21   Job No.: 210397
22
23            GOLKOW LITIGATION SERVICES
          877.370.3377 ph / 917.591.5672 fax
24                 deps@golkow.com
```

Golkow Litigation Services                             Page 1

Highly Confidential - Dale R. Klous

```
 1    APPEARANCES:
 2    FOR THE PLAINTIFFS:
 3            Mr. Jonathan P. Kieffer, Esq.
              Mr. Nate Jones, Esq.
 4            Attorneys at Law
              Wagstaff & Cartmell, LLP
 5            4740 Grand Avenue, Suite 300
              Kansas City, MO 64112
 6            jpkieffer@wcllp.com
              njones@wcllp.com
 7
              Ms. Karen H. Beyea-Schroeder, Esq. (phone)
 8            Attorney at Law
              Burnett Law Firm
 9            3737 Buffalo Speedway, Suite 1850
              Houston, TX 77098
10            karen.schroeder@rburnettlaw.com
11            Mr. Adam D. Peavy, Esq. (phone)
              Attorney at Law
12            Peavy Law Firm
              217 Fleetway Drive
13            Houston, TX 77024
              adam@peavy-law.com
14
              Ms. Lisa Causey-Streete, Esq.
15            Attorney at Law
              Salim-Beasley, L.L.C.
16            1901 Texas Street
              Natchitoches, LA 71457
17            lcausey@salim-beasley.com
18    FOR THE DEFENDANT COLOPLAST CORPORATION AND
      DEPONENT:
19
              Mr. Robert K. Woo, Jr., Esq.
20            Ms. Radha Manthe, Esq.
              Attorneys at Law
21            King & Spalding LLP
              1180 Peachtree Street NE
22            Atlanta, GA 30309
              bwoo@kslaw.com
23            rmanthe@kslaw.com
24                                        (continued...)
```

HIGHLY CONFIDENTIAL - DALE R. KLOUS
30(b)(6)

Page 91

1   general matter, do you agree with that as well?

2        MR. WOO:  Object to the form.

3        A   I would agree with the higher level.

4   There are systems that rate clinical studies,

5   clinical evidence, provide clinical evidence

6   levels, but a low-level clinical study could be a

7   high quality study.

8   BY MR. KIEFFER:

9        Q   Okay.  Let me see if I can ask the

10  question a bit differently.  A low level -- let's

11  call it low-level clinical evidence.  Okay?

12       A   Okay.

13       Q   And I'm going to ask you about a document

14  here in a second.  I'm just trying to define some

15  terms at the moment.  Okay?

16       A   Sure.

17       Q   Low-level clinical evidence, you believe,

18  could still be of a high quality?

19       A   Yes.

20       Q   Okay.  But with that in mind, low-level

21  clinical -- high quality low-level clinical

22  evidence may not be of as great of value, for

23  example, to the medical community as high level

24  high quality clinical evidence; true?

HIGHLY CONFIDENTIAL - DALE R. KLOUS
30(b)(6)

Page 92

1    MR. WOO:  Object to the form.
2    A  I would not agree with that statement.
3    BY MR. KIEFFER:
4    Q  You would not?
5    A  No.
6    Q  Okay.  Tell me why you would not?
7    A  Well, as an example, observational
8    clinical studies are considered low-level clinical
9    evidence.  However, FDA recognizes the value of an
10   observational study, and I believe that the
11   medical community as well recognizes the value.
12   The value of an observational study, a registry,
13   for instance, is that it represents the real
14   world.  It represents the performance of a device
15   within the real world.  Whereas, a high level
16   clinical study, like a prospective randomized
17   controlled study, would reflect the performance of
18   the device within that context.  So, again, I
19   believe that all data is relevant.
20   Q  Okay.  It's not your testimony, is it,
21   that registry data is superior to a prospective
22   randomized controlled clinical data?  That's not
23   what you're testifying, is it?
24   A  I'm not sure how you're defining

HIGHLY CONFIDENTIAL - DALE R. KLOUS
30(b)(6)

Page 104

1  increasingly definitive as one moves from one
2  level to the next?
3    A  No, I don't believe that.
4    Q  Okay.  What do you take issue with in this
5  graphic?
6    A  Well, it appears that this document is
7  from 1996, at least that's the only date that I
8  see on the document.  And as I was describing
9  previously, there's increasing appreciation across
10 the medical community as well as across the
11 various regulatory bodies, including FDA, that
12 case studies, observational studies, real world
13 data is of importance because it reflects the use
14 of the product within the real world.  Certainly,
15 higher level clinical evidence is important.  It
16 plays a role.  But as I stated previously, and I
17 believe this to be consistent with the
18 interpretation of clinical evidence today, broadly
19 today, is that all data is relevant.
20     Q  Let me follow up on something you just
21 said.  You said you believe there is increasing
22 belief that real world experience in the form of
23 things like case reports has relevance?
24     A  A registry, observational studies, a

HIGHLY CONFIDENTIAL - DALE R. KLOUS
30(b)(6)

Page 105

```
 1   registry, yes.
 2       Q   Okay.  And you said the reason you believe
 3   that is because it represents real world
 4   experience; true?
 5       A   Yeah, and that's -- I was stating what FDA
 6   has stated within a recent guidance document.
 7       Q   All right.
 8       A   Yeah.
 9       Q   And you refer to this as observational
10   registry data?
11       A   Yes.
12       Q   Which you also called real world data?
13       A   Real world data, correct.
14       Q   And you believe that has value?
15       A   I do.
16       Q   Okay.  Now, that assumes that the data is
17   being captured thoroughly and honestly analyzed
18   and reported publicly in a way that healthcare
19   providers and patients have it available to you;
20   correct?
21       A   All studies would rely on proper study
22   conduct.  So you had -- there were two parts of
23   your question that weren't necessarily linked.
24   One had to do with the study of methodologies or
```

HIGHLY CONFIDENTIAL - DALE R. KLOUS
30(b)(6)

Page 135

```
 1      A   Not -- not -- no, not in terms of a
 2   transobturator sling.
 3      Q   What does "MUS" stand for?
 4      A   Midurethral sling.
 5      Q   Okay.  That's a much broader category than
 6   just the transobturators?
 7      A   It is.
 8      Q   And they have highlighted these bodies,
 9   have highlighted the lack of long-term outcomes
10   data for MUS slings in general, according to this?
11      A   That's what I see stated here, yes.
12      Q   Okay.  And, again, were you aware of that
13   before we just started looking at it?
14      A   I do not know how the term "long-term" is
15   being used within Dr. Abdel-fattah's definition,
16   or how "long-term" is being used within the NICE
17   guidelines or the SCENIHR report.  Um...
18      Q   Okay.  Earlier, I believe --
19          MR. WOO:  I'm sorry, were you done with
20   your answer?
21      A   I was going to say, I recalled--I'm not
22   100% positive--that SCENIHR defined "long-term" as
23   over five years.  But medical societies and FDA
24   consider these products to be safe and effective
```

Golkow Litigation Services   |   1.877.370.3377
deps@golkow.com

HIGHLY CONFIDENTIAL - DALE R. KLOUS
30(b)(6)

Page 136

 1   and consistent with the gold standard treatment

 2   for stress urinary incontinence.

 3   BY MR. KIEFFER:

 4       Q   Okay.  I'm going to move to strike that,

 5   because that's really not responsive to my

 6   question.

 7           My question, and then I'll move to the

 8   next one in this document, is, prior to reading

 9   this document with me over the last few minutes,

10   this study by Dr. Abdel-fattah that Coloplast

11   supported, were you aware of the fact that the

12   National Institute for Health and Clinical

13   Excellence in the U.K., the Cochran review and the

14   European review on surgical meshes in

15   urogynecological surgery had all highlighted the

16   lack of long-term outcomes data for midurethral

17   slings in general and TO-TVT in particular?

18           MR. WOO:  Object to the form.

19       A   What I see is that they -- or

20   Dr. Abdel-fattah identifies a paucity of data,

21   which does not mean that there is a lack of data.

22   BY MR. KIEFFER:

23       Q   I'm just reading the words in the article.

24   He says:  These bodies, quote, "have all

Page 254

1  with the most significant investment in year 2."
2  Do you see that?
3     A  (Reviewing.)  Yes, I do see that.
4     Q  Okay.  I think earlier in the day, you may
5  have said that you personally would tend to think
6  of a clinical trial of three years or more as
7  perhaps representing a long-term trial; correct?
8     A  A clinical trial that has a three-year
9  endpoint is considered long-term.
10    Q  Okay.
11    A  And it's a definition from FDA.
12    Q  Okay.  It goes on to state here in the
13 next subheading, "Benefits associated with high
14 quality clinical studies."  Do you see that
15 subheading?
16    A  Yes, I do.
17    Q  And the third bullet says, "Design
18 validation in humans to guarantee product safety
19 and quality."  Do you see that?
20    A  Yes, I do see that.
21    Q  All right.  You agree that it is important
22 for a company like Coloplast to undertake the
23 appropriate testing of its products to guarantee
24 to the fullest extent possible the safety and the

HIGHLY CONFIDENTIAL - DALE R. KLOUS
30(b)(6)

Page 372

1  Coloplast.

2    Q  And was that also in order to get familiar
3  with your new position?

4    A  Correct.

5    Q  Have you reviewed the Altis publications
6  more recently than that?

7    A  In preparation for this meeting.

8    Q  Are all of the Altis publications that you
9  reviewed, are they contained in the notebook in
10 front of you?

11    A  Yes.

12    Q  How many times has data on Altis been
13 presented or published?

14    A  27 times.

15    Q  And have you added up all of the different
16 women involved in these studies, being careful not
17 to double count?

18    A  Yes, I have, and there are over 500 women
19 involved in these studies.

20    Q  Based on your review of the Altis
21 literature, what are the overall results of that
22 literature?

23    A  That the product is safe and associated
24 with high degrees of efficacy.

HIGHLY CONFIDENTIAL - DALE R. KLOUS
30(b)(6)

Page 373

```
1       Q  Again, Plaintiff's counsel was asking
2  about premarket clinical studies.  Was there human
3  clinical evidence available on Altis before it was
4  sold in the U.S.?
5       A  Yes, there was.
6       Q  What study was that?
7       A  That was the Altis IDE study, an
8  investigational study that was conducted under the
9  review of FDA.
10      Q  And did the FDA review the protocol for
11 the Altis IDE before that study was undertaken?
12      A  Yes.  They reviewed it and approved it.
13      Q  Did they review the results of the Altis
14 IDE after it had been finished?
15      A  Yes.
16      Q  Did they do so before clearing the
17 product?
18      A  Yes.
19      Q  Thank you.  You can put that aside.
20         And if you could open up the notebook that
21 contains the Novasilk-Exair studies.  Now, you're
22 familiar with the Novasilk and Exair products?
23      A  Yes, I am.
24      Q  What do those products treat?
```