

# EXHIBIT LIST

\_\_ PLAINTIFF  \_\_ DEFENDANT  \_\_ JOINT

\_\_ GOVERNMENT  ✓ COURT

CASE NO.: 6:20CV-831-RBD-GJK
STYLE: Bayless v. Boston Scientific Corp. et al

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 5/27/21 | 5/27/21 | | | Letter from Juror |
| 2 | 6/2/21 | 6/2/21 | | | Defendant Boston Scientific Corp.'s Request for Admission |
| 3 | 6/2/21 | 6/2/21 | | | Defendant Boston Scientific Corp.'s Interrogatory |
| 4 | 6/2/21 | 6/2/21 | | | Plaintiff's medical Records |
| 5 | 6/15/21 | 6/15/21 | | | Letter from Jury |
| 6 | 6/15/21 | 6/15/21 | | | Letter from Jury |

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.