

# JOINT EXHIBIT LIST

_____ Plaintiff  _____ Defendant BSC  **X** Joint

_____ Government  _____ Court

CASE NO.: 6:20-cv-831-RBD-GJK
STYLE: Raeann Bayless v. Boston Scientific Corp., et al.

| JOINT EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| JE-001 | 5/27/21 | 5/27/21 | | | Brevard Health Alliance chart BAYLESSR_BHA_MDR000001-000064; BAYLESS-SARNO FAMILY MEDICINE_MEDICAL_000002-000008; 000035-000038; 000065; COL-RBAYLESS-BREVARDHA-000065-000070; COL-RBAYLESS-BREVARD-000002-000006 |
| JE-002 | | | | | Brevard County Fire & Rescue chart COL-RBAYLESS-BREVARDCOUNTY-000001-000006 |
| JE-003 | | | | | Coffee Regional Medical Center chart BAYLESSR_COFRM_MDR000001-000036 |
| JE-004 | | | | | Orange Blossom Family Health chart BAYLESSR_OBFH_MDR000001-000023 |
| JE-005 | | | | | Orlando Health chart BAYLESSR_ORLH_MDR000001-000095; COL-RBAYLESS-OHP-000005-000012 |
| JE-006 | | | | | Orlando Urogynecology chart BAYLESSR_OURO_MDR000001-000064; COL-RBAYLESS-ORLANDO-000064 |
| JE-007 | | | | | Parrish Medical Center chart BAYLESSR_PARRMC_MDR000001-000258; COL-RBAYLESS-PARISH-000042-000043; 000260-000363 |
| JE-008 | | | | | Florida Hospital chart BAYLESSR_FLORIDA HOSPTIAL_MEDICAL_000001-000156; BAYLESSR_ADVENTH_MDR00001-00002; 00005-00010 |
| JE-009 | | | | | Orange County Medical Clinic chart BAYLESSR_OCMC_MDR000001-000035; COL-RBAYLESS-OCMC-000006-15 |
| JE-010 | | | | | Brevard Health Department chart BAYLESSR_BCHD_CO-DEF_MDR000001-00003 |
| JE-011 | | | | | K. Jones, MD - Orlando Urogynecology (Plaintiff Exhibit 4 to deposition of Dr. Kathy Jones) COL-RBAYLESS-JONES-000034 |
| JE-012 | | | | | Brevard Health Alliance - Plaintiff Production of Chart BAYLESSR_PSR_00001-00026 |

| JOINT EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| JE-013 | 5/27/21 | 5/27/21 | | | BSC - Advantage Fit DFU BSCM00800000546 - BSCM00800000597 |
| JE-014 | | | | | Coloplast - Restorelle Y IFU CP MDL 2387-R 00860514 - CP MDL 2387-R 00860515 |
| JE-015 | | | | | Exemplar - Restorelle Y |
| JE-016 | | | Plaintiff or Expert Witness | | Various Providers - Summary of Medical Bills |
| JE-017 | | | Plaintiff or Dr. Kathy Jones | | Dr. Jones Combined Deposition Exhibit 1 and Exhibit 4 - Exhibit 21 (medical records) |
| JE-018 | | | Company Witness or Expert Witness | | Memo re: Biocompatibility Opinion BSCM07400006548 - BSCM07400006549 |
| JE-019 | | | Company Witness or Expert Witness | | Memo re: Biocompatibility BSCM00400003387 - BSCM00400003389 |
| JE-020 | | | Company Witness or Expert Witness | | Stephen F. Badylak: FINAL REPORT: Comparison of Tissue Ingrowth and Histology Using Synthetic Meshes in a Chronic Rabbit Subcutaneous Implantation Model BSCM07400008453 - BSCM07400008484 |
| JE-021 | | | Company Witness or Expert Witness | | Biocompatibility Assessment BSCM00400002690 - BSCM00400002701 |
| JE-022 | | | Company Witness or Expert Witness | | Biocompatibility Assessment BSCM05300061831 - BSCM05300061849 |
| JE-023 | | | Company Witness or Expert Witness | | Biocompatibility Report BSCM02100000621 - BSCM02100000639 |
| JE-024 | | | Company Witness or Expert Witness | | Biocompatibility Report BSCM03100012338 - BSCM03100012351 |
| JE-025 | | | Company Witness or Expert Witness | | Biocompatibility Report BSCM00400000400 - BSCM00400000413 |
| JE-026 | | | Company Witness or Expert Witness | | Product Verification Report BSCM00400001673 - BSCM00400001681 |
| JE-027 | | | Company Witness or Expert Witness | | Cadaver lab Evaluation BSCM05700032806 - BSCM05700032814 |
| JE-028 | | | Company Witness or Expert Witness | | BSC Pelvic Floor Clinical Cadence BSCM06200029440 - BSCM06200029440 |
| JE-029 | | | Company Witness or Expert Witness | | Clinical Experience Summary BSCM21100026199 - BSCM21100026311 |
| JE-030 | ↓ | ↓ | Company Witness or Expert Witness | | Memo re: Examination of Mesh Sample BSCM07400006574 - BSCM07400006579 |

| JOINT EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| JE-031 | 5/27/21 | 5/27/21 | Company Witness or Expert Witness | | Clinical Risk Benefit Analysis BSCM00400001123 - BSCM00400001126 |
| JE-032 | | | Company Witness or Expert Witness | | Clinical Risk Benefit Analysis BSCM00400001724 - BSCM00400001747 |
| JE-033 | | | Company Witness or Expert Witness | | Risk Management Plan and Report BSCM03100002981 - BSCM03100002986 |
| JE-034 | | | Company Witness or Expert Witness | | Design Review Report BSCM03100008751 - BSCM03100008755 |
| JE-035 | | | Company Witness or Expert Witness | | Design Verification Report BSCM03100008530 - BSCM03100008544 |
| JE-036 | | | Company Witness or Expert Witness | | Design Validation Report BSCM03100002245 - BSCM03100002249 |
| JE-037 | | | Company Witness or Expert Witness | | Design Validation Report BSCM05700000644 - BSCM05700000661 |
| JE-038 | | | Company Witness or Expert Witness | | Advantage Design Verification Report BSCM03100008185 - BSCM03100008202 |
| JE-039 | | | Company Witness or Expert Witness | | Advantage Fit Design Verification Report BSCM03100012279 - BSCM03100012299 |
| JE-040 | | | Company Witness or Expert Witness | | Design Verification Report BSCM01500000025 - BSCM01500000040 |
| JE-041 | | | Company Witness or Expert Witness | | Design Verification Report BSCM00400001127 - BSCM00400001136 |
| JE-042 | | | Company Witness or Expert Witness | | Photos of Advantage Mesh/TVT Mesh BSCM07400004251 - BSCM07400004253 |
| JE-043 | | | Company Witness or Expert Witness | | DHF / Tech File Cross Reference BSCM07400009510 - BSCM07400009524 |
| JE-044 | | | Company Witness or Expert Witness | | Essential Requirements Checklist BSCM03100007108 - BSCM03100007151 |
| JE-045 | | | Company Witness or Expert Witness | | Field Assessment Plan and Report BSCM03100013411 - BSCM03100013415 |
| JE-046 | | | Company Witness or Expert Witness | | Field Assessment Plan and Report BSCM03100013416 - BSCM03100013423 |
| JE-047 | | | Company Witness or Expert Witness | | PowerPoint re: New Product Development Process BSCM06200017581 - BSCM06200017623 |

| JOINT EXHIBIT | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| JE-048 | 5/27/21 | 5/27/21 | Company Witness or Expert Witness | | Hazard Analysis BSCM03100014793 - BSCM03100014804 |
| JE-049 | | | Company Witness or Expert Witness | | Risk Analysis and Report BSCM03100006127 - BSCM03100006205 |
| JE-050 | | | Company Witness or Expert Witness | | Market Specification BSCM03100005701 - BSCM03100005717 |
| JE-051 | | | Company Witness or Expert Witness | | Product Specification BSCM03100005872 - BSCM03100005890 |
| JE-052 | | | Company Witness or Expert Witness | | Market Specification BSCM03100005741 - BSCM03100005757 |
| JE-053 | | | Company Witness or Expert Witness | | Validation Plan BSCM00400002371 - BSCM00400002381 |
| JE-054 | | | Company Witness or Expert Witness | | Material Specification BSCM03300001476 - BSCM03300001478 |
| JE-055 | | | Company Witness or Expert Witness | | Physician Advisory Meeting Recap BSCM03100011179 - BSCM03100011180 |
| JE-056 | | | Company Witness or Expert Witness | | Market Research - SUI BSCM03100010968 - BSCM03100010979 |
| JE-057 | | | Company Witness or Expert Witness | | NaAMSA Study BSCM03200006290 - BSCM03200006302 |
| JE-058 | | | Company Witness or Expert Witness | | CAR/PAR BSCM13200000014 - BSCM13200000019 |
| JE-059 | | | Company Witness or Expert Witness | | Corporate SOP Design Control BSCM02300008643 - BSCM02300008653 |
| JE-060 | | | Company Witness or Expert Witness | | Shakespeare certification BSCM05300002896 - BSCM05300002898 |
| JE-061 | | | Company Witness or Expert Witness | | Certificate of Analysis BSCM11800004863 - BSCM11800004863 |
| JE-062 | | | Company Witness or Expert Witness | | BASF Safety Data Sheet for Irganox 3114 |
| JE-063 | | | Company Witness or Expert Witness | | Email re: Phillips Sumika BSCM13100000012 - BSCM13100000012 |
| JE-064 | | | Company Witness or Expert Witness | | Memo re: Marlex HGX BSCM05100122946 - BSCM05100122947 |

| JOINT EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| JE-065 | 5/27/21 | 5/27/21 | Company Witness or Expert Witness | | Marlex Polypropylenes MSDS (August 29, 1997) CP-00029 - CP-00034 |
| JE-066 | | | Company Witness or Expert Witness | | Marlex Polypropylenes MSDS (February 28, 2001) CP-00035 - CP-00041 |
| JE-067 | | | Company Witness or Expert Witness | | May 2002 - Marlex HGX-030-01 Spec Sheet (internal w/additives) CP-00011 - CP-00011 |
| JE-068 | | | Company Witness or Expert Witness | | Agreement Between PSPC and BSC CP-00004 - CP-00009 |
| JE-069 | | | Company Witness or Expert Witness | | Marlex HGX-030-01 Polypropylene MSDS (October 17, 2011) CP-00070 - CP-00079 |
| JE-070 | | | Company Witness or Expert Witness | | CP Marlex MSDS Rev. 3 |
| JE-071 | | | Company Witness or Expert Witness | | Corporate SOP Risk Management Policy BSCM02300001688 - BSCM02300001692 |
| JE-072 | | | Company Witness or Expert Witness | | ISO 10993 combined sections |
| JE-073 | | | Janice Connor | | Clinical Experience with Advantage Mesh Connor Depo Ex. 1332 |
| JE-074 | | | Janice Connor | | Clinical Experience with Advantage/Lynx Connor Depo Ex. 1333 |
| JE-075 | ✓ | ✓ | Company Witness or Expert Witness | | table of articles  BSCM07400003836 - BSCM07400003841 |
| JE-076 | | | | | UNUSED NUMBER |
| JE-077 | 5/27/21 | 5/27/21 | | | MSDS - Marlex |
| JE-078 | | | | | MSDS - Marlex (10/2007) |
| JE-079 | | | | | MSDS Supportive Documentation |
| JE-080 | | | Dr. Becker | | Coloplast Patient Brochure | Pelvic Organ Prolapse: A Common Intimate Problem Straight Talk, 12-2012; CP MDL 2387 02214836-4851 |
| JE-081 | | | Coloplast Representative at Trial | | CP Fiber Yarn USP Class VI Polymer PP Monofilament Product Brochure, 10-10-2008; CP MDL 2387 01557487-7493 |
| JE-082 | | | Coloplast Representative at Trial | | CP Fiber Yarn Material Safety Data Sheet(MSDS), 06-2011; CP MDL 2387 01184682-4688 |
| JE-083 | | | Coloplast Representative at Trial; Dr. Freeman | | Coloplast Restorelle Y Biocompatibility Testing Report, 03-11-2013; CP MDL 2387 00624548-4553 |
| JE-084 | | | Coloplast Expert Witnesses | | Exhibit 2 to the 09-12-2018 Deposition of Kathy Jones, M.D. – Coloplast and Boston Scientific Brochures |
| JE-085 | | | Coloplast Expert Witnesses | | Curriculum Vitae – Joseph T. Stubbs III, MD, FFPMRS, FACOG |
| JE-086 | ↓ | ↓ | Coloplast Expert Witnesses | | Curriculum Vitae - Emily Cole, M.D. |

| JOINT EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| JE-087 | 5/27/21 | 5/27/21 | Coloplast Expert Witnesses | | Curriculum Vitae - Karen M. Becker, Ph.D. |
| JE-088 | ↓ | ↓ | Coloplast Expert Witnesses | | Curriculum Vitae - Benny Dean Freeman, Ph.D., P.E. |
| JE-089 | | | | | UNUSED NUMBER |
| JE-090 | | | | | UNUSED NUMBER |
| JE-091 | | | | | UNUSED NUMBER |
| JE-092 | | | | | UNUSED NUMBER |
| JE-093 | | | | | UNUSED NUMBER |
| JE-094 | | | | | UNUSED NUMBER |
| JE-095 | | | | | UNUSED NUMBER |
| JE-096 | | | | | UNUSED NUMBER |
| JE-097 | | | | | UNUSED NUMBER |
| JE-098 | | | | | UNUSED NUMBER |
| JE-099 | | | | | UNUSED NUMBER |
| JE-100 | | | | | UNUSED NUMBER |
| JE-101 | | | | | UNUSED NUMBER |
| JE-102 | | | | | UNUSED NUMBER |
| JE-103 | | | | | UNUSED NUMBER |
| JE-104 | | | | | UNUSED NUMBER |
| JE-105 | | | | | UNUSED NUMBER |
| JE-106 | | | | | UNUSED NUMBER |
| JE-107 | | | | | UNUSED NUMBER |
| JE-108 | | | | | UNUSED NUMBER |
| JE-109 | | | | | UNUSED NUMBER |
| JE-110 | | | | | UNUSED NUMBER |
| JE-111 | | | | | UNUSED NUMBER |
| JE-112 | | | | | UNUSED NUMBER |
| JE-113 | | | | | UNUSED NUMBER |
| JE-114 | | | | | UNUSED NUMBER |
| JE-115 | | | | | UNUSED NUMBER |
| JE-116 | | | | | UNUSED NUMBER |
| JE-117 | | | | | UNUSED NUMBER |
| JE-118 | | | | | UNUSED NUMBER |
| JE-119 | | | | | UNUSED NUMBER |
| JE-120 | | | | | UNUSED NUMBER |
| JE-121 | | | | | UNUSED NUMBER |
| JE-122 | | | | | UNUSED NUMBER |
| JE-123 | | | | | UNUSED NUMBER |
| JE-124 | | | | | UNUSED NUMBER |
| JE-125 | | | | | UNUSED NUMBER |
| JE-126 | 5/27/21 | 5/27/21 | | | Curriculum Vitae – Kathy Y. Jones, MD |