BrevardHEALTHAlliance
INCORPORATED

| **CERTIFICATE OF AUTHENTICITY FOR MEDICAL RECORDS** |
|---|

1. ***PATIENT:*** **Raeann M. Bayless**

   **DOB:** ⬛⬛⬛⬛⬛⬛    **SSN:** ⬛⬛⬛⬛⬛⬛

2. I, the undersigned, **Shirley Thompson**, am currently employed with:
   (Print Name of Affiant)

   Business Name: **Brevard Health Alliance**

   Business Address: **4315 Woodland Park Drive, Suite 101**
   **Melbourne, FL 32904**

3. I am a custodian of records maintained by Brevard Health Alliance or I am a person otherwise qualified to make these statements contained herein, and I am authorized to compile Brevard Health Alliance records in response to subpoenas or other requests.

4. The attached records are either originals or duplicate copies as described below:

   Medical Records __X__  Billing Records __X__  No Films __X__  No Records _____

   TO: **The Marker Group, Inc.**
   **13105 Northwest Freeway, Suite 300, Houston, TX 77040**

5. The attached records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person(s) with knowledge of those matters.

6. The attached records were kept in the course of the regularly-conducted business activity of Brevard Health Alliance.

7. The attached records were made as a regular practice in the course of the regularly-conducted activity of Brevard Health Alliance.

8. I have signed this Certificate under oath. I do hereby affirm this certification and the attached records are the true and accurate reproductions of Brevard Health Alliance records.

   *Shirley Thompson*
   (Signature of Affiant)

   BEFORE ME, the undersigned authority, personally appeared:

   *Shirley Thompson*, who was duly sworn under oath and who did sign the above certification this __6th__ day of __August__, 20 __20__. The Affiant is either __✓__ personally known to me or ___ has presented the following as identification _____

   *Stephanie I Gardner*
   NOTARY PUBLIC (Print Name)

   *[signature]*
   NOTARY PUBLIC (Sign Name)

   My Commission Expires: __6/21/21__

U.S. District Court
Middle District of Florida

**JOINT EXHIBIT**

Exhibit Number: **JE-001**

Case Number: 6:20-cv-831-RBD-GJK

**Raeann Bayless**
v.
**Boston Scientific Corp., et al.**
Date Identified: 5/27/2021
Date Admitted: 5/27/2021

STEPHANIE I GARDNER
Notary Public - State of Florida
Commission # GG 117057
My Comm. Expires 08-21-2021
Bonded Through
Huckleberry Notary Bonding, Inc.

BAYLESSR_BHA_MDR00001

 BrevardHEALTHAlliance
INCORPORA·ED

**CERTIFICATE OF AUTHENTICITY**
**FOR MEDICAL RECORDS**

1. **PATIENT:**  ___Raeann M. Bayless___

   **DOB:** _____   **SSN:** _____

2. I, the undersigned, ____Shirley Thompson____, am currently employed with:
   (Print Name of Affiant)

   Business Name: ____Brevard Health Alliance____
   Business Address: ____2120 Sarno Road____
   ____Melbourne, FL 32935____

3. I am a custodian of records maintained by Brevard Health Alliance or I am a person otherwise qualified to make these statements contained herein, and I am authorized to compile Brevard Health Alliance records in response to subpoenas or other requests.

4. The attached records are either originals or duplicate copies as described below:
   Medical Records __X__  Billing Records __X__  No Films __X__  No Records _____
   Other _The Brevard Health Alliance – Sarno Family Medicine Clinic records are enclosed._

5. The attached records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person(s) with knowledge of those matters.

6. The attached records were kept in the course of the regularly-conducted business activity of Brevard Health Alliance.

7. The attached records were made as a regular practice in the course of the regularly-conducted activity of Brevard Health Alliance.

8. I have signed this Certificate under oath. I do hereby affirm this certification and the attached records are the true and accurate reproductions of Brevard Health Alliance records.

   _Shirley Thompson_
   (Signature of Affiant)

   BEFORE ME, the undersigned authority, personally appeared:
   _Shirley Thompson_, who was duly sworn under oath and who did sign the above certification this __6th__, day of __August__, 20 _18_.
   The Affiant is either _✓_ personally known to me or ___ has presented the following as identification _____

   _Amy Lynn Rogers_
   NOTARY PUBLIC (Print Name)

   NOTARY PUBLIC (Sign Name)
   My Commission Expires: _10/20/18_

   AMY LYNN ROGERS
   Notary Public – State of Florida
   Commission # FF 148698
   My Comm. Expires Oct 20, 2018

Patient Name: BAYLESS, RAEANN, DOB:

10/14/2020                                          Summary View for BAYLESS, RAEANN M

AD>



# BAYLESS, RAEANN M

55 Y old  Female, DOB:
Account Number:
1415 SPAIN AVE, MELBOURNE, FL-32901-8048
Home: 321-458-5458
Guarantor: BAYLESS, RAEANN M
Appointment Facility: Evans Center Family Practice

**08/17/2020**                                      **Progress Notes: KINARD COOPER, ARNP**

**Current Medications**
None

**Past Medical History**
Hypertension.
Hep C - Undetectable.

**Surgical History**
hysterectomy
tubal ligation
cholecystectomy

**Family History**
Father: alive, diagnosed with HTN, Cancer
Mother: alive, HTN, CVD

**Social History**
Tobacco Use:
Tobacco Use/Smoking
 Are you a *current smoker*
 How many cigarettes a day do you
smoke? *11-20*
 How often do you smoke cigarettes?
 *every day*
Sexual History:
HIV High Risk: Yes.
Exercise
 Do you exercise? *4-7 DAYS PER WEEK*
Seat belt use (%) : 100%.

**Allergies**
N.K.D.A.

**Hospitalization/Major**
**Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
General/Constitutional:
 Patient denies chills , fatigue , fever ,
headache. Patient complaining of itch
multiple locations.  Overall health Good.
Chills denies.  Fatigue denies.
Fever denies.  Headache denies.

**Reason for Appointment**
1. Possible ringworm

**History of Present Illness**
Today's Visit:
 Pt with multiple small red marks to various locations
 Pt feels itching is worse at night
 Pt advised that she also has yeast infection.
 She advised that she has some itching and heavy discharge
 Pt advised that she did not get her labs completed.

**Vital Signs**
Ht 68 in, WI **158.8 lbs**, BMI **24.14 Index**, BP 126/80 mm Hg, HR 77, RR 16, Temp
97.2 F, Oxygen sat % 98, WI Change 5.6 lbs, Ht-cm 172.72 cm, WI-kg 72.03.

**Examination**
General Examination:
 GENERAL APPEARANCE: in no acute distress, well developed, well
nourished.
 HEAD: normocephalic, atraumatic.
 EYES: pupils equal, round, reactive to light and accommodation.
 EARS: normal.
 NOSE: No breaks in skin, no problems with smell.
 ORAL CAVITY: mucosa moist.
 THROAT: clear.
 SKIN: no suspicious lesions, warm and dry.
 HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
 LUNGS: clear to auscultation bilaterally.
 ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
 MUSCULOSKELETAL: cervical spine normal , full range of motion , no
swelling or deformity , lumbosacral spine normal.
 NEUROLOGIC: nonfocal, motor strength normal upper and lower
extremities, sensory exam intact.
 PSYCH: alert, oriented , cognitive function intact , good eye contact , normal
, speech clear.

**Assessments**
1. Yeast infection - B37.9 (Primary)
2. Benign hypertension - I10
3. Scabies exposure - Z20.89

**Treatment**
1. Yeast infection
Start Diflucan Tablet, 150 MG, 1 tablet now may repeat again in 3 days, Orally, 2 day,
2, Refills 0

2. Benign hypertension
Notes: Not currently taking any medications at this time for b/p
Currently treating with apple cider vinegar.

3. Scabies exposure
Start Permethrin Cream, 5 %, 1 application may repeat again in three days,

Patient Name: BAYLESS, RAEANN, DOB:

Patient Name: BAYLESS, RAEANN, DOB:

10/14/2020

Summary View for BAYLESS, RAEANN M

Externally, daily, 5 days, 1, Refills 1
Notes: small papule size marks over various locations
+ for itch that is worse at night
.

### Preventive Medicine
Counseling:
  Care goal follow-up plan:
    BMI management provided  *Yes*
    Above Normal BMI Follow-up  *Dietary management education, guidance, and counseling*
    Exercise Counseling Provided-  *Yes*
    Agreed upon exercise goal-  *3-4 times/week*
    Patient received educational materials on physical activity-  *Yes*
    Nutrition/Dietary Counseling provided  *Yes*

**Follow Up**
as needed



Electronically signed by KINARD COOPER , APRN on 08/17/2020 at
04:13 PM EDT

Sign off status: Completed

Evans Center Family Practice
1361 FLORIDA AVE NE STE 2
PALM BAY, FL 32905-2650
Tel: 321-241-6800
Fax: 321-241-6888

**Patient: BAYLESS, RAEANN M**      **Progress Note: KINARD COOPER, ARNP**  **08/17/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Patient Name: BAYLESS, RAEANN, DOB

COL-RBAYLESS-BREVARDHA-000066
JE-001 Page 4 of 87

**BHA Titusville**

*August 7, 2020*

500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

Page 1
Chart Summary

---

**RAEANN M BAYLESS**

Home: (321)289-3761

55 Years Old Female DOB:

Ins: BHA HMLS

---

### Patient Information

| | | | |
|---|---|---|---|
| **Name:** | RAEANN M BAYLESS | **Home Phone:** | (321)289-3761 |
| **Address:** | 1754 POINCIANA CIR | **Work Phone:** | |
| | HOMELESS | | |
| | TITUSVILLE, FL  32796 | | |
| **Patient ID:** | | **Fax:** | |
| **Birth Date:** | | **Status:** | Active |
| **Gender:** | Female | **Marital Status:** | Single |
| **Contact By:** | Home/Alt Phone | **Race:** | |
| **Soc Sec No:** | | **Language:** | English |
| **Resp Prov:** | Martha Green ARNP | **MRN:** | |
| **Referred by:** | | **Emp. Status:** | |
| **Email:** | NONE | **Sens Chart:** | No |
| **Home LOC:** | Brevard Health Alliance | **IDX:** | |

### Problems

RINGWORM OF SCALP (ICD-110.0) (ICD10-B35.0)
RESIDUAL FOREIGN BODY OF SOFT TISSUE--MESH, INTO VAGINA (ICD-729.6) (ICD10-M79.5)
CYSTOCELE (ICD-618.01) (ICD10-N81.10)
HYSTERECTOMY--BENGIN REASONS (ICD-V88.02) (ICD10-Z90.710)
BLADDER DISORDER (ICD-596.9) (ICD10-N32.9)
HYPERTENSION (ICD-401.9) (ICD10-I10)
BACTERIAL VAGINITIS (ICD-616.10) (ICD10-N76.0)
SEXUALLY TRANSMITTED DISEASE, EXPOSURE TO (ICD-V01.6) (ICD10-Z20.2)
BACTERIAL VAGINOSIS (ICD-616.10) (ICD10-N76.0)
UNSPECIFIED DYSPAREUNIA (ICD10-N94.10)
HYPOTENSION (ICD-458.9) (ICD10-I95.9)
FATIGUE (ICD-780.79) (ICD10-R53.83)
EXPOSURE OF IMPLANTED VAGINAL MESH INTO VAGINA, SEQUELA (ICD-909.3) (ICD10-T83.721S)
SCREENING  FOR MAMMOGRAM (ICD-V76.12) (ICD10-Z12.31)
SCREENING, COLON CANCER (ICD-V76.51) (ICD10-Z12.11)
OTHER SPECIFIED COMPLICATION OF INTERNAL PROSTHETIC DEVICES, IMPLANTS AND GRAFTS,
NOT ELSEWHERE CLASSIFIED, INITIAL ENCOUNTER (ICD10-T85.89xA)
IMPAIRED FASTING GLUCOSE (ICD-790.21) (ICD10-R73.01)
VAGINAL DISCHARGE (ICD-623.5) (ICD10-N89.8)
ANGER (ICD-312.00) (ICD10-R45.4)
HOARSENESS (ICD-784.42) (ICD10-R49.0)
HYPERTRIGLYCERIDEMIA (ICD-272.1) (ICD10-E78.1)
SEXUALLY TRANSMITTED DISEASE, EXPOSURE TO (ICD-V01.6) (ICD10-Z20.2)
COCAINE ABUSE, EPISODIC (ICD-304.22) (ICD10-F14.10)
TOBACCO ABUSE (ICD-305.1) (ICD10-F17.200)
OVERWEIGHT (ICD-278.02) (ICD10-E66.3)
VAGINITIS (ICD-616.10) (ICD10-N76.0)
ACQUIRED ABSENCE OF BOTH CERVIX AND UTERUS (ICD-V88.01) (ICD10-Z90.710)

### Procedures

### Medications

METRONIDAZOLE 500 MG ORAL TABLET (METRONIDAZOLE) 1 pc BID for 7 days

Report run by Melony Woomer

**BAYLESSR_BHA_MDR00063**

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 2
Chart Summary

-----------------------------------------------------------------------

**RAEANN M BAYLESS**
55 Years Old Female  DOB

Home: (321)289-3761
Ins: BHA HMLS

-----------------------------------------------------------------------

Last Refill: #14 Tablet x 0, 07/21/2017, Jeannette Duisberg ARNP
LISINOPRIL 20 MG ORAL TABLET (LISINOPRIL) Take 1 po daily
Last Refill: #30[Tablet] x 5, 08/08/2017, Joshua Hutcheson
FLUCONAZOLE 150 MG ORAL TABLET (FLUCONAZOLE) Take 1 po once
Last Refill: #1 Tablet x 0, 07/21/2017, Jeannette Duisberg ARNP

**Immunizations**
FLU VAX: 0.5ml (10/17/2016)

**Directives**
DISCUSSED - NO DECISION MADE

**Allergies and Adverse Reactions**
No known allergies or adverse reactions.
**Services Due**
EKG, HEMOCCULT or SIGMOID, TD BOOSTER, BP SYSTOLIC, CHOLESTEROL, PAP SMEAR,
MAMMOGRAM, CREATININE, HEMOCCULT or SIGMOID, TD BOOSTER, BP DIASTOLIC, BP SYSTOLIC,
CHOLESTEROL, PAP SMEAR, MAMMOGRAM, BREAST EXAM.

Report run by Melony Woomer

BAYLESSR_BHA_MDR00064

---

# BAYLESS, RAEANN M



55 Y old Female, DOB
Account Number:
1415 SPAIN AVE, MELBOURNE, FL-32901-8048
Home: 321-458-5458
Guarantor: BAYLESS, RAEANN M
Appointment Facility: Evans Center Family Practice

---

**07/27/2020**                                  **Progress Notes: KINARD COOPER, ARNP**



**Current Medications**
None

**Past Medical History**
Hypertension,
Hep C - Undetectable

**Surgical History**
hysterectomy,
tubal ligation,
cholecystectomy

**Family History**
Father, alive, diagnosed with Unspecified
essential hypertension, Other malignant
neoplasm of unspecified site,
Mother, alive, Unspecified essential
hypertension, Unspecified heart disease

**Social History**
Tobacco Use:
Tobacco Use/Smoking:
. Are you a current smoker
. How often do you smoke cigarettes?
every day
. How many cigarettes a day do you
smoke? 11-20
Sexual History:
HIV High Risk: Yes.
Exercise:
. Do you exercise? 4-7 DAYS PER WEEK
Seat belt use (%): 100%
Drugs/Alcohol:
Drugs:
. Have you used drugs other than those for
medical reasons in the past 12 months?
Yes.
. Cocaine? Yes "once every blue moon"
Caffeine:
. Intake: more than 4 cups per day

Do you drink alcohol? No

**Allergies**
N.K.D.A.

**Hospitalization/Major**
**Diagnostic Procedure**
Denies Post Hospitalization

**Review of Systems**
General/Constitutional:
. Patient denies chills fatigue fever,

**Reason for Appointment**
1. Re est pcp

**History of Present Illness**
Depression Screening:
   PHQ-9
       Little interest or pleasure in doing things  Several days
       Feeling down, depressed, or hopeless  Several days
       Trouble falling or staying asleep, or sleeping too much  Not at all
       Feeling tired or having little energy  Several days
       Poor appetite or overeating  More than half the days
       Feeling bad about yourself or that you are a failure, or have let yourself or your
family down  Several days
       Trouble concentrating on things, such as reading the newspaper or watching
television  Not at all
       Moving or speaking so slowly that other people could have noticed, or the
opposite, being so fidgety or restless that you have been moving around a lot more
than usual  Several days
       Thoughts that you would be better off dead or of hurting yourself in some way
Not at all
       Total Score  7
       Interpretation  Mild Depression
Today's Visit:
       Pt here today with request for STD labs. PT advised that she has hx of STD
infection.
       Pt requesting lab work.

**Vital Signs**
Ht 68 in, Wt 153.2 lbs, BMI **23.29** Index, BP **138/86 mm Hg**, HR **82**, RR **16**, Temp
**97.4 F**, Oxygen sat % 97, Ht-cm 172.72 cm, Wt-kg 69.49.

**Examination**
General Examination:
       GENERAL APPEARANCE  in no acute distress, well developed, well
nourished.
       HEAD: normocephalic, atraumatic.
       EYES: pupils equal, round, reactive to light and accommodation.
       EARS: normal.
       NOSE: No breaks in skin, no problems with smell.
       ORAL CAVITY  mucosa moist.
       THROAT: clear.
       SKIN  no suspicious lesions, warm and dry.
       HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
       LUNGS: clear to auscultation bilaterally.
       ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
       MUSCULOSKELETAL: cervical spine normal , full range of motion , no
swelling or deformity  lumbosacral spine normal.
       NEUROLOGIC: nonfocal, motor strength normal upper and lower
extremities, sensory exam intact.
       PSYCH: alert, oriented , cognitive function intact , good eye contact , normal
, speech clear.

**BAYLESSR_BHA_MDR00002**

Patient Name: BAYLESS, RAEANN, DOB:

8/7/2020

Summary View for BAYLESS, RAEANN M

headache. Overall health Good.
Chills denies. Fatigue denies.
Fever denies. Headache denies.
Denies Lightheadedness. Night
sweats denies. Denies Weight gain.
Denies Weight loss.

**Assessments**
1. Screen for STD (sexually transmitted disease) - Z11.3 (Primary)

**Treatment**
1. Screen for STD (sexually transmitted disease)
LAB: RPR
LAB: HIV 1 RNA, QUANTITATIVE REAL TIME PCR
LAB: HSV 1 and 2-Spec Ab, IgG w/Rfx
LAB: CHLAMYDIA/N, GONORRHOEAE RNA, TMA, UROGENITAL
LAB: ACUTE HEPATITIS PANEL (REFL)
Notes: Pt with previous hx of STDs.
Requsting labs
Pt to return once labs have been completed.

**Preventive Medicine**
Counseling:
  Care goal follow-up plan:
  BMI management provided  Yes
  Above Normal BMI Follow-up  *Dietary management education, guidance, and counseling*
  Exercise Counseling Provided-  Yes
  Agreed upon exercise goal-  *3-4 times/week*
  Patient received educational materials on physical activity-  Yes
  Nutrition/Dietary Counseling provided  Yes

**Follow Up**
After labs

Electronically signed by KINARD COOPER , APRN on 07/27/2020 at
04:56 PM EDT

Sign off status: Completed

Evans Center Family Practice
1361 FLORIDA AVE NE STE 2
PALM BAY, FL 32905-2650
Tel: 321-241-6800
Fax: 321-241-6888

---

Patient: BAYLESS, RAEANN M   DOB      Progress Note: KINARD COOPER, ARNP   07/27/2020

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

file:///C:/Users/me231878/AppData/Local/Temp/eCW4w1j0nkb.xfg/17b22493-141d-4aad-80bf-f066ddb2fbd1.html          2/2

Patient Name: BAYLESS, RAEANN, DOB:

BAYLESSR_BHA_MDR00003

Patient Name: BAYLESS, RAEANN, DOB:

10/14/2020                          Summary View for BAYLESS, RAEANN M

AD>



## BAYLESS, RAEANN M

55 Y old Female, DOB:
Account Number:
1415 SPAIN AVE, MELBOURNE, FL-32901-8048
Home: 321-458-5458
Guarantor: BAYLESS, RAEANN M
Appointment Facility: Evans Center Family Practice

**07/27/2020**                    **Progress Notes:  KINARD COOPER, ARNP**

### Current Medications
None

### Past Medical History
Hypertension.
Hep C - Undetectable.

### Surgical History
hysterectomy
tubal ligation
cholecystectomy

### Family History
Father: alive, diagnosed with Unspecified
essential hypertension, Other malignant
neoplasm of unspecified site
Mother: alive, Unspecified essential
hypertension, Unspecified heart disease

### Social History
Tobacco Use:
Tobacco Use/Smoking
  Are you a *current smoker*
  How often do you smoke cigarettes?
*every day*
  How many cigarettes a day do you
smoke? *11-20*
Sexual History:
HIV High Risk: Yes.
Exercise
  Do you exercise?  *4-7 DAYS PER WEEK*
Seat belt use (%) : 100%.
Drugs/Alcohol:
Drugs
  Have you used drugs other than those for
medical reasons in the past 12 months?
Yes
  Cocaine? *Yes "once every blue moon"*
Caffeine
  Intake: *more than 4 cups per day*

Do you drink alcohol?. No:

### Allergies
N.K.D.A.

### Hospitalization/Major
### Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
General/Constitutional:
  Patient denies chills , fatigue , fever ,

### Reason for Appointment
1. Re est pcp

### History of Present Illness
Depression Screening:
  PHQ-9
    Little interest or pleasure in doing things *Several days*
    Feeling down, depressed, or hopeless *Several days*
    Trouble falling or staying asleep, or sleeping too much *Not at all*
    Feeling tired or having little energy *Several days*
    Poor appetite or overeating *More than half the days*
    Feeling bad about yourself or that you are a failure, or have let yourself or your
family down *Several days*
    Trouble concentrating on things, such as reading the newspaper or watching
television *Not at all*
    Moving or speaking so slowly that other people could have noticed; or the
opposite, being so fidgety or restless that you have been moving around a lot more
than usual *Several days*
    Thoughts that you would be better off dead or of hurting yourself in some way
*Not at all*
    Total Score  7
    Interpretation  *Mild Depression*
Today's Visit:
  Pt here today with request for STD labs. PT advised that she has hx of STD
infection.
  Pt requesting lab work.

### Vital Signs
Ht 68 in, Wt 153.2 lbs, BMI 23.29 index, BP 138/86 mm Hg, HR 82, RR 16, Temp
97.4 F, Oxygen sat % 97, Ht-cm 172.72 cm, Wt-kg 69.49.

### Examination
General Examination:
  GENERAL APPEARANCE: in no acute distress, well developed, well
nourished.
  HEAD: normocephalic, atraumatic.
  EYES: pupils equal, round, reactive to light and accommodation.
  EARS: normal.
  NOSE: No breaks in skin, no problems with smell.
  ORAL CAVITY: mucosa moist.
  THROAT: clear.
  SKIN: no suspicious lesions, warm and dry.
  HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
  LUNGS: clear to auscultation bilaterally.
  ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
  MUSCULOSKELETAL: cervical spine normal , full range of motion , no
swelling or deformity , lumbosacral spine normal.
  NEUROLOGIC: nonfocal, motor strength normal upper and lower
extremities, sensory exam intact.
  PSYCH: alert, oriented , cognitive function intact , good eye contact , normal
, speech clear.

Patient Name: BAYLESS, RAEANN, DOB:

COL-RBAYLESS-BREVARDHA-000067
JE-001 Page 9 of 87

Patient Name: BAYLESS, RAEANN, DOB:

10/14/2020

Summary View for BAYLESS, RAEANN M

headache. Overall health Good.
Chills denies. Fatigue denies.
Fever denies. Headache denies.
Denies Lightheadedness. Night
sweats denies. Denies Weight gain.
Denies Weight loss.

**Assessments**
1. Screen for STD (sexually transmitted disease) - Z11.3 (Primary)

**Treatment**
1. Screen for STD (sexually transmitted disease)
   LAB: RPR
   LAB: HIV 1 RNA, QUANTITATIVE REAL TIME PCR
   LAB: HSV 1 and 2-Spec Ab, IgG w/Rflx
   LAB: CHLAMYDIA/N. GONORRHOEAE RNA, TMA, UROGENITAL
   LAB: ACUTE HEPATITIS PANEL (REFL)
Notes: Pt with previous hx of STDs.
Requsting labs
Pt to return once labs have been completed.

**Preventive Medicine**
Counseling:
   Care goal follow-up plan:
      BMI management provided  Yes
      Above Normal BMi Follow-up  *Dietary management education, guidance, and
counseling*
      Exercise Counseling Provided-  *Yes*
      Agreed upon exercise goal-  *3-4 times/week*
      Patient received educational materials on physical activity-  *Yes*
      Nutrition/Dietary Counseling provided  *Yes*

**Follow Up**
After labs

**Electronically signed by KINARD COOPER , APRN on 07/27/2020 at
04:56 PM EDT**

**Sign off status: Completed**

Evans Center Family Practice
1361 FLORIDA AVE NE STE 2
PALM BAY, FL 32905-2650
Tel: 321-241-6800
Fax: 321-241-6888

**Patient: BAYLESS, RAEANN M   DOB:**          **Progress Note: KINARD COOPER, ARNP   07/27/2020**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

file:///C:/Users/me231878/AppData/Local/Temp/eCW/lyzxjbul.ain/2015c42c-053a-471a-97b2-1838df7cb8fb.html

2/2

Patient Name: BAYLESS, RAEANN, DOB:

COL-RBAYLESS-BREVARDHA-000068
JE-001 Page 10 of 87

10/14/2020                                  Patient Summary for BAYLESS, RAEANN M, 55 Y, female DOB:

**BAYLESS, RAEANN M**
1415 SPAIN AVE, MELBOURNE, FL, US 32901-8048

**DOB:** ▓▓▓▓ **Age:** 55 Y   **Sex:** female
**Home:** 321-458-5458
**Work:**
**Cell:**
**Email:**



**Allergies :**  N.K.D.A

## Medical History

### Active Problem List

| Code | Name | Specify | Notes | Added On | Modified On | Modified By |
|------|------|---------|-------|----------|-------------|-------------|
| N32.9 | Bladder disorder | | | 07/27/2020 | 07/27/2020 | SANCHEZ, JENNIFER |
| I10 | Benign hypertension | | | 07/27/2020 | 07/27/2020 | SANCHEZ, JENNIFER |
| N94.10 | Unspecified dyspareunia | | | 07/27/2020 | 07/27/2020 | SANCHEZ, JENNIFER |
| I95.9 | Hypotension, unspecified | | | 07/27/2020 | 07/27/2020 | SANCHEZ, JENNIFER |
| R53.83 | Fatigue, unspecified type | | | 07/27/2020 | 07/27/2020 | SANCHEZ, JENNIFER |
| E78.1 | Hypertriglyceridemia | | | 07/27/2020 | 07/27/2020 | SANCHEZ, JENNIFER |
| Z11.3 | Screen for STD (sexually transmitted disease) | | | 07/27/2020 | 07/27/2020 | COOPER, KINARD |
| Z20.89 | Scabies exposure | | | 08/17/2020 | 08/17/2020 | COOPER, KINARD |
| B37.9 | Yeast infection | | | 08/17/2020 | 08/17/2020 | COOPER, KINARD |

### Past Medical History
hypertension
Hep C - Undetectable

## Medications

**Name strength formulation, Sig: take route frequency**

Start Permethrin 5 % Cream, Sig: 1 application may repeat again in three days Externally daily

Start Diflucan 150 MG Tablet, Sig: 1 tablet now may repeat again in 3 days Orally Start Date: 08/17/2020

## Surgical History

| Date | Reason |
|------|--------|
| | hysterectomy |
| | tubal ligation |
| | cholecystectomy |

## Social History

| Name | Value |
|------|-------|
| Drugs | Have you used drugs other than those for medical reasons in the past 12 months? Yes , Cocaine? Yes "once every blue moon" |
| Caffeine | Intake: more than 4 cups per day |
| ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |
| Do you drink alcohol? | No |
| Tobacco Use/Smoking | Are you a: current smoker , How often do you smoke cigarettes?: every day, How many cigarettes a day do you smoke?: 11-20 |
| HIV High Risk | Yes |
| Exercise | Do you exercise? 4-7 DAYS PER WEEK |
| Seat belt use (%) : | 100% |

## Family History

### Relation : Description
Father: alive, diagnosed with HTN, Cancer
Mother: alive, HTN, CVD

## Vitals

| Name | Date | Value |
|------|------|-------|
| Temp | 08/17/2020 | 97.2 |

https://flbhalapp.ecwcloud.com/mobiledoc/jsp/webemr/index.jsp#/mobiledoc/jsp/webemr/jellybean/reviewdocs/ReviewDocsWeb.jsp          1/2

10/14/2020                          Patient Summary for BAYLESS, RAEANN M, 55 Y, female DOB:

| BP | 08/17/2020 | 126/80 |
| HR | 08/17/2020 | 77 |
| RR | 08/17/2020 | 16 |
| Ht | 08/17/2020 | 68 |
| Wt | 08/17/2020 | 158.8 |
| BMI | 08/17/2020 | 24.14 |
| Oxygen sat % | 08/17/2020 | 98 |
| Ht-cm | 08/17/2020 | 172.72 |
| Wt-kg | 08/17/2020 | 72.03 |
| Wt Change | 08/17/2020 | 5.6 lbs |

**Patient Encounters**

| Date | Visit | Reason | Diagnosis |
|---|---|---|---|
| 08/17/2020 | OV | possible ringworm | Yeast infection |
| | | | Benign hypertension |
| | | | Scabies exposure |
| 07/27/2020 | IT | Requal (Live) | |
| 07/27/2020 | OV | re est pcp | Screen for STD (sexually transmitted disease) |

**Health Maintenance**

| Name | Last Done | DueDate | Result/Comment |
|---|---|---|---|
| Colonoscopy | | 10/14/2020 | |
| Hemoglobin | | 10/14/2020 | |
| MAMMOGRAM, SCREENING | | 10/14/2020 | |
| MAMMOGRAM, SCREENING | | 10/14/2020 | |
| Occult Blood, Fecal, IA | | 10/14/2020 | |
| Pap Smear, 2 Slide | | 10/14/2020 | |
| Td (adult) preservative free | | 10/14/2020 | |
| Tdap | | 10/14/2020 | |

COL-RBAYLESS-BREVARDHA-000070
JE-001 Page 12 of 87

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

*August 7, 2020*

Page 1
Office Visit

---

**RAEANN M BAYLESS**
55 Years Old Female DOB

Home: (321)289-3761

---

**09/17/2018 - Office Visit: C.O poss ringworm/BV..tw**
**Provider: Martha Green ARNP**
**Location of Care: Brevard Health Alliance Titusville Family Practice**

**PCP:** Martha Green ARNP

**Chief Complaint:** CO poss ringworm/BV

**History of Present Illness:**
Raeann Bayless is a 53 years old female who presents today for follow up of:

1.) Possible ringworm

2.) BV

**Past Medical History** **- Reviewed**
HTN
HEP C - Undetectable

**Surgical History - Reviewed**
Hysterectomy - not for cancer, 2014
tubal ligation

gallbladder/ stones

**Family History - Reviewed**
Mother (biol.) - Hx of: Family History of Hypertension
Father (biol.) - Hx of: Family History of Hypertension,Family History of Other Cancer
Brother (full) - Hx of: Family History of Diabetes
Brother- Dm
Mother- HTN
Father- HTN, Cancer

**Social History - Reviewed**
**Tobacco Use:** Current every day smoker
**Type:** Cigarette
**cigarette pks/day:** 1
**Comments:** 10-15 cigs
**Passive smoke exposure:** yes
**Alcohol Use:** yes
**Drug use:** current
**Type:** cocaine
**No**

**BAYLESSR_BHA_MDR00023**

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 2
Office Visit

------------------------------------------------------------

**RAEANN M BAYLESS**
55 Years Old Female DOB

Home: (321)289-3761
Ins: BHA HMLS

------------------------------------------------------------

**HIV high risk:** no
**Caffeine (drinks/day):** 1
**Sun exposure:** occasionally
**Exercise:** 4
**Exercise Type:** walk
**Seatbelt use (%):** 100

**Preventive Care**
**Last Hemoccult:** Negative (08/31/2016)
**Last Mammogram:** normal (02/23/2017)

**Current Medications** - Medications reviewed
METRONIDAZOLE 500 MG ORAL TABLET (METRONIDAZOLE) 1 po BID for 7 days
LISINOPRIL 20 MG ORAL TABLET (LISINOPRIL) Take 1 po daily
FLUCONAZOLE 150 MG ORAL TABLET (FLUCONAZOLE) Take 1 po once
METRONIDAZOLE 500 MG ORAL TABLET (METRONIDAZOLE) One tablet twice daily
KETOCONAZOLE 2 % EXTERNAL SHAMPOO (KETOCONAZOLE) Aplly to affected areas and wash off

**Current Allergies**
No Known Allergies

**Review of Systems**
**Constitutional:** Denies fever, weight loss, persistent infections, fatigue, weight gain, pain.
**Eyes:** Denies visual disturbances, glasses/contacts.
**ENT:** Denies hearing loss, sinus pain, seasonal allergies, oral ulcers.
**Cardiovascular:** Denies chest pain, palpitations, difficulty breathing on exertion, shortness of breath, swelling hands/feet.
**Respiratory:** Denies difficulty breathing, chronic cough, wheezing, coughing blood.
**Gastrointestinal:** Denies nausea, constipation, bloody stool, indigestion, vomiting, diarrhea, hemorrhoids, change in bowel habits, abdominal pain, excessive gas.
**Breast:** Denies mass/lump, breast pain, nipple discharge
**Musculoskeletal:** Denies joint pain, muscle pain, muscle weakness.
**Genitourinary:** Complains of VAGINAL DISCHARGE, VAGINAL ITCH OR BURNING
**Dermatological:** Complains of NEW SORE/LESION. Denies dry skin, rash, change in wart or mole, hives, skin ulcer.
**Neurological:** Denies fainting, numbness, seizures, decreased memory, trouble walking, headaches.
**Psychiatric:** Denies anxiety, frequent crying, fearful, change in sleep pattern, depression.
**Endocrine:** Denies weight change, hair changes, heat intolerance, cold intolerance, hot flashes, thirst, frequent urination
**Heme/Lymphatic:** Denies easy bruising, excessive bleeding, gland problems

**Vital Signs**
**Height:** 68 inches
**Weight:** 163.6 lbs
**BMI:** 24.97
**Temperature:** 96.6 degrees F (oral)
**O2 sat:** 98% on room air
**Respirations:** 16/min

**Blood Pressure #1:** 140/80 - P: 66 beats per minute (BPM) - Rhythm: regular - position: lying - comment: left arm - by:
Tiffany Welke MA**Vitals performed by:** Tiffany Welke MA.......................September 17, 2018 12:37 PM

**BAYLESSR_BHA_MDR00024**

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

*August 7, 2020*

Page 3
Office Visit

---

**RAEANN M BAYLESS**
55 Years Old Female  DOB: ▮▮▮▮▮▮

Home: (321)289-3761
Ins: BHA HMLS ▮▮▮▮▮▮▮▮

---

The patient denies any care outside of Diagnostic Clinic since the last visit with their PCP .

**Pulse Ox**
**Result:** 98
**Labs Performed by:** Tiffany Welke MA......................September 17, 2018 12:37 PM

**LMP Date:** 2012

**Physical Exam**
**Constitutional:** well developed,well nourished,in no acute distress.
**Head:** normocephalic,atraumatic.
**Eyes:** PERRL,EOM intact,conjunctiva and sclera clear with out nystagmus.
**Ears:** TM's intact and clear,normal canals,grossly normal hearing.
**Nose:** no deformity,no discharge,no inflammation,no lesions.
**Mouth/Throat:** no deformity,no lesions,good dentition,no erythema of the posterior oropharynx, no tonsillar exudate.
**Neck:** no masses,no thyromegaly,no abnormal cervical nodes.
**Pulmonary:** clear bilaterally to auscultation and percussion,no wheezes,no ronchi,no crackles,no dullness to percussion,no egophony.
**Cardiac:** non-displaced PMI,regular rate and rhythm,normal S1/S2,no murmurs,no rubs,no gallops.
**Abdomen:** normal bowel sounds,soft non tender,no hepatosplenomegaly,no hernias noted,no masses noted.
**Musculoskeletal:** no joint abnormalities,normal ROM all joints,no deformity or scoliosis noted of thoracic or lumbar spine,no tenderderness,no erythema,no warmth,no edema,no loss of function.
**Pulses:** 2+ dorsalis pedis bilaterally,2+ posterior tibial bilaterally.
**Extremities:** no clubbing,no cyanosis,no edema,no deformity noted.
**Neurological:** no focal deficits,cranial nerves II-XII grossly intact,normal sensation,normal reflexes,normal coordination,normal muscle strength and tone.
**Skin:** intact,no lesions,no rashes,warm and dry, PAPULAR RASH.
**Cervical Nodes:** no palpable adenopathy.
**Axillary Nodes:** no palpable adenopathy.
**Inguinal Nodes:** no palpable adenopathy.
**Psych:** alert and oriented x 3,normal mood and affect,normal attention span and concentration.

**Patient Education and Counseling**
**Substance abuse:** No
**Counseling was provided for:**
Use ketonazole as directed. I have sent your medication to the pharmacy you provided. Please go directly to pharmacy and pick up and take as directed. If you have any issues obtaining, call me back at 268-0267.
Take fluconazole as directed

**Assessment and Plan:**

BAYLESSR_BHA_MDR00025

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 4
Office Visit

--------------------------------------------------------------------------

**RAEANN M BAYLESS**
55 Years Old Female  DOB: ███████

Home: (321)289-3761
Ins: BHA HMLS ████████

--------------------------------------------------------------------------

**Problem #1: BACTERIAL VAGINITIS (ICD10-N76.0)**

**Medications:**
Metronidazole 500 mg oral tablet One tablet twice daily

**Orders:**
Ofc Vst; Est Level III (99213)

**Problem #2: RINGWORM OF SCALP (ICD10-B35.0)**

**Medications:**
Ketoconazole 2 % external shampoo Aplly to affected areas and wash off

**Orders:**
Ofc Vst; Est Level III (99213)

**Prescriptions:**
KETOCONAZOLE 2 % EXTERNAL SHAMPOO (KETOCONAZOLE) Aplly to affected areas and wash off  #1[Container]
x 0
        Entered and Authorized by:     Martha Green ARNP
        Signed by:     Martha Green ARNP on 09/17/2018
        Method used:   Electronically to
                       Century Pharmacy* (retail)
                       695 N. Washington Ave  Unit 101
                       Titusville, FL  32796
                       Ph: 3217470600
                       Fax: 3213852180
        RxID:   1852808815440600
METRONIDAZOLE 500 MG ORAL TABLET (METRONIDAZOLE) One tablet twice daily  #14[Tablet] x 0
        Entered and Authorized by:     Martha Green ARNP
        Signed by:     Martha Green ARNP on 09/17/2018
        Method used:   Electronically to
                       Century Pharmacy* (retail)
                       695 N. Washington Ave  Unit 101
                       Titusville, FL  32796
                       Ph: 3217470600
                       Fax: 3213852180
        RxID:   1852808569338420

]

**Electronically Signed by Martha Green ARNP on 09/17/2018 at 1:29 PM**

--------------------------------------------------------------------------

BAYLESSR_BHA_MDR00026

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 1
Office Visit

**RAEANN M BAYLESS**
55 Years Old Female DOB:

Home: (321)289-3761
Ins: BHA HMLS

**10/24/2017 - Office Visit: Mesh implant evaluation room 47**
**Provider: Lisa Rose MD**
**Location of Care: BHA Sarno Family Medicine**

**PCP:** Corinne West ARNP

**Chief Complaint:** Mesh implant evaluation room 47

**History of Present Illness:**

pt had a cystocele, mesh this was placed in 2013.
she is having trouble with it now, she was sent from Titusville.
pt feels that a wire has perforated through the top of the vagina.
pt awas having intermittent vaginal bleeding
pt said the ER doctor snipped the wire and this has helped.
Pt would like to have the mesh removed.

she is still sexually active
she has not had bleeding too much since she had the "snipping of the wire" a year ago. now she has light spoting after sex. not sure the lat time it happened

**Past Medical History**
HTN
HEP C - Undetectable

**Surgical History**
Hysterectomy - not for cancer, 2014
tubal ligation

gallbladder/ stones

**Family History**
Mother (biol.) - Hx of: Family History of Hypertension
Father (biol.) - Hx of: Family History of Hypertension Family History of Other Cancer
Brother (full) - Hx of: Family History of Diabetes
Brother- Dm
Mother- HTN
Father- HTN, Cancer

**Social History - Reviewed**
**Tobacco Use:** Current every day smoker
**cigarette pks/day:** 1
**Comments:** 10-15 cigs
**Passive smoke exposure:** yes
**Alcohol Use:** yes

**BAYLESSR_BHA_MDR00027**

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

*August 7, 2020*

Page 2
Office Visit

--------------------------------------------------------------------------------

**RAEANN M BAYLESS**
55 Years Old Female  DOB: ▆▆▆▆▆

Home: (321)289-3761

Ins: BHA HMLS ▆▆▆▆▆

--------------------------------------------------------------------------------

**Drug use:** yes
**Type:** cocaine
**HIV high risk:** no
**Caffeine (drinks/day):** 1
**Sun exposure:** occasionally
**Exercise:** 4
**Exercise Type:** walk
**Seatbelt use (%):** 100

**Preventive Care**
**Last Hemoccult:** Negative (08/31/2016)
**Last Mammogram:** normal (02/23/2017)

**Current Medications** - Medications reviewed
MULTIVITAMINS ORAL CAPSULE (MULTIPLE VITAMIN) Take one tablet by mouth daily
METRONIDAZOLE 500 MG ORAL TABLET (METRONIDAZOLE) 1 po BID for 7 days
LISINOPRIL 20 MG ORAL TABLET (LISINOPRIL) Take 1 po daily
FLUCONAZOLE 150 MG ORAL TABLET (FLUCONAZOLE) Take 1 po once

**Current Allergies**
No Known Allergies

**Vital Signs**
**Height:** 68 inches
**Weight:** 170 lbs
**BMI:** 25.94
**Temperature:** 97.8 degrees  F (oral)
**O2 sat:** 98% on room air
**Respirations:** 16/min

**Blood Pressure #1:** 118/72 - P: 58 beats per minute (BPM) - Rhythm: regular - position: sitting - comment: left arm - by:
Yvonne Parkes MAVitals performed by:  Yvonne Parkes MA............ ..........October 24, 2017 2:52 PM

The patient denies any care outside of Diagnostic Clinic since the last visit with their PCP

**LMP Date:** 2012

**Physical Exam**
**Constitutional:** well developed,well nourished,in no acute distress.
**Head:** normocephalic,atraumatic.
**Genitourinary:** normal female external genitalia, no vaginal discharge. uterus and cervix surgically absent
at the vaginal cuff, there is gray discoloration and on palpation this is very hard substance
**Psych:** alert and oriented x 3,normal mood and affect,normal attention span and concentration.

**Patient Education and Counseling**

BAYLESSR_BHA_MDR00028

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

August 7, 2020

Page 3
Office Visit

**RAEANN M BAYLESS**
55 Years Old Female  DOB: ▮▮▮▮

Home: (321)289-3761
Ins: BHA HMLS ▮▮▮▮

**Counseling was provided for:**
f/u as needed with me

**Assessment and Plan:**

**Problem #1:** RESIDUAL FOREIGN BODY OF SOFT TISSUE--MESH; INTO VAGINA (ICD10-M79.5)
pt is at very high risk of infection secondary to this mesh protruding into the vagina.  she is also at risk for possible fistula.
I recommend she have this removed as soon as possible.
if pt did not want to have repeat surgery for bladder prolapse, I did give her information regarding pessary.

**Orders:**
Ofc Vst; Est Level III (99213)

]

**Electronically Signed by Lisa Rose MD on 10/24/2017 at 3:43 PM**

BAYLESSR_BHA_MDR00029

**BHA Sarno Family Medicine**
2120 Sarno Rd
Melbourne, FL 32935
321-241-6800  Fax: 321-241-6884

*August 9, 2018*

Page 1
Clinical Visit Summary

--------------------------------------------------------------------------------------------------

**RAEANN M BAYLESS**
53 Years Old Female  DOB

Home: (321)289-3761
Ins: BHA HMLS

--------------------------------------------------------------------------------------------------

**10/24/2017 - Clinical Visit Summary: Clinical Visit Summary**
**Provider: Lisa Rose MD**
**Location of Care: BHA Sarno Family Medicine**

## BHA Sarno Family Medicine Clinical Summary



| Patient | RAEANN BAYLESS | | |
|---|---|---|---|
| Date of Birth | | Sex | Female |
| Race | | Ethnicity | Not Hispanic or Latino |
| Contact info | Primary Home: 1754 POINCIANA CIR HOMELESS TITUSVILLE, FL 32 796, US Tel: +1-321-289-3761 | | 1.1 |
| Preferred Language | English | | |
| Document Id | a82fa142-8eed-4ebd-94c0-83da573e6f29 1.2.840.113619.21.1.3214775392944289264.5.2 | | |
| Document Created | October 24, 2017, 15:40:44 -0400 | | |
| Performer | Lisa Rose MD | | |
| Author Contact info | CDA Document Generator Work Place: 17 Silver Palm Ave Melbourne, FL 32901, US Tel: +1-321-733-2021 | | |
| Encounter Id Date Encounter Location | 1824475793368060 2.16.840.1.113883.19 From October 24, 2017, 14:49:16 -0400 to October 24, 2017, 14:49:16 -0400 id: 1693399411013180 2.16.540.1.113883.19.2 | | |
| Legal authenticator Contact info | Lisa Rose MD of BHA Sarno Family Medicine signed at October 24, 2017, 15:40:44 -0400 Work Place: 2120 Sarno Rd Melbourne, FL 32935, US Tel: +1-321-241-6800 | | |
| Document maintained by Contact info | Brevard Health Alliance Work Place: 17 Silver Palm Ave | | |

BAYLESSR_SARNO FAMILY MEDICINE_MEDICAL_000002

**BHA Sarno Family Medicine**
2120 Sarno Rd
Melbourne, FL 32935
321-241-6800  Fax: 321-241-6884

*August 9, 2018*

Page 2
Clinical Visit Summary

---

**RAEANN M BAYLESS**
53 Years Old Female  DOB:

Home: (321)289-3761
Ins: BHA HMLS

---

| | |
|---|---|
| | Melbourne, FL 32901, US<br>Tel: +1-321-733-2021 |
| **Encounter Participant**<br><br>**Contact Info** | Yvonne Parkes MA<br><br>Work Place:<br>2120 Sarno Rd<br>Melbourne, FL 32935, US<br>Tel. +1-321-241-6800 |
| **Encounter Participant**<br><br>**Contact Info** | Lisa Rose MD<br><br>Work Place:<br>2120 Sarno Rd<br>Melbourne, FL 32935, US<br>Tel. +1-321-241-6800 |

## Table of Contents

- Reason for Visit
- Chief Complaint
- Instructions
- Plan of Care
- Medications
- Conditions or Problems
- Allergies, Adverse Reactions, Alerts
- Social History
- Vital Signs
- Results
- Procedures
- Medications Administered
- Immunizations
- Advance Directives
- Assessments
- Review of Systems
- Family History
- History of Past Illness
- History of Present Illness

## Reason for Visit

| Reason For Visit Description | Start Date |
|---|---|
| Mesh implant evaluation room 47 | 2017/10/24 |
| | Preliminary reason for visit data, not yet signed by the author as of |

**BHA Sarno Family Medicine**
2120 Sarno Rd
Melbourne, FL 32935
321-241-6800 Fax: 321-241-6884

*August 9, 2018*
Page 3
Clinical Visit Summary

**RAEANN M BAYLESS**
53 Years Old Female  DOB:

Home: (321)289-3761
Ins: BHA HMLS

| | 2017/10/24 |
|---|---|

**Chief Complaint**

| Chief Complaint Description | Start Date |
|---|---|
| Mesh implant evaluation room 47 | 2017/10/24 |
| | Preliminary chief complaint data, not yet signed by the author as of 2017/10/24 |

**Instructions**

| Instruction Description | Start Date |
|---|---|
| Du as needed with me | 2017/10/24 |

**Plan of Care**

| Type | Date | Detail |
|---|---|---|
| Referral | 2017/10/24 | Vocational Rehabilitation, Vocational Assess,Medical,Psychological Svcs |

**Medications**

| Medication | Instructions | Start Date | Stop Date | Generic Name | NDC | Provider |
|---|---|---|---|---|---|---|
| FLUCONAZOLE 150 MG TABS | Take 1 po once | 2017/07/21 | | FLUCONAZOLE | 00172542121 | Jeannette Duisberg ARNP |
| LISINOPRIL 20 MG TABS | Take 1 po daily | 2017/07/21 | | LISINOPRIL | 00143971300 | Jeannette Duisberg ARNP |
| METRONIDAZOLE 500 MG TABS | 1 po BID for 7 days | 2017/03/23 | | METRONIDAZOLE | 00591521505 | Jeannette Duisberg ARNP |
| MULTIVITAMINS CAPS | Take one tablet by mouth daily | 2014/03/07 | | MULTIPLE VITAMIN | 38485012047 | David Magness DO |

**Conditions or Problems**

| Problem Name | Problem Code | Onset Date | Status | Entry Date | Provider | Comment | Standard Description | Annotate |
|---|---|---|---|---|---|---|---|---|
| CYSTOCELE | 252005008 (SNOMED CT) | 2017/10/24 | Active | 2017/10/24 | Lisa Rose MD | | Cystocele | |
| HYSTERECTOMY – BENGIN REASONS | 236886002 (SNOMED CT) | 2017/10/24 | Active | 2017/10/24 | Lisa Rose MD | | Hysterectomy | |
| BODY MASS INDEX 25-25.9, ADULT | Z68.25 (ICD-10-CM) | 2017/10/24 | Active | 2017/10/24 | Lisa Rose MD | | Body mass index (BMI) 25.0-25.9, adult | added due to calculation of BMI based on charted height and weight |

BAYLESSR_SARNO FAMILY MEDICINE_MEDICAL_000004

**BHA Sarno Family Medicine**
2120 Sarno Rd
Melbourne, FL 32935
321-241-6800  Fax: 321-241-6884

August  9, 2018

Page 4
Clinical Visit Summary

**RAEANN M BAYLESS**
53 Years Old Female  DOB ▓▓▓▓

Home: (321)289-3761
Ins: BHA HMLS ▓▓▓▓

| | | | | | | | | | | values |
|---|---|---|---|---|---|---|---|---|---|---|
| BLADDER DISORDER | 42643001 (SNOMED CT) | 2017/07/21 | Active | 2017/07/21 | Jeannette Duisberg ARNP | | | Disorder of bladder | |
| HYPERTENSION | 38341003 (SNOMED CT) | 2017/07/21 | Active | 2017/07/21 | Jeannette Duisberg ARNP | | | Hypertensive disorder | |
| BACTERIAL VAGINITIS | 419760006 (SNOMED CT) | 2017/07/21 | Active | 2017/07/21 | Jeannette Duisberg ARNP | | | Bacterial vaginitis | |
| SEXUALLY TRANSMITTED DISEASE, EXPOSURE TO | 444451006 (SNOMED CT) | 2017/07/21 | Active | 2017/07/21 | Jeannette Duisberg ARNP | | | Exposure to sexually transmissible disorder | |
| BACTERIAL VAGINOSIS | 419760006 (SNOMED CT) | 2017/03/23 | Active | 2017/03/23 | Corinne West ARNP | | | Bacterial vaginosis | |
| UNSPECIFIED DYSPAREUNIA | N94.10 (ICD-10-CM) | 2017/03/23 | Active | 2017/03/23 | Corinne West ARNP | | | Unspecified dyspareunia | |
| HYPOTENSION | 45007003 (SNOMED CT) | 2017/03/23 | Active | 2017/03/23 | Corinne West ARNP | | | Low blood pressure | |
| FATIGUE | 84229001 (SNOMED CT) | 2017/03/23 | Active | 2017/03/23 | Corinne West ARNP | | | Fatigue | |
| EXPOSURE OF IMPLANTED VAGINAL MESH INTO VAGINA, SEQUELA | T83.721S (ICD-10-CM) | 2017/03/23 | Active | 2017/03/23 | Corinne West ARNP | | | Exposure of implanted vaginal mesh into vagina, sequela | |
| SCREENING FOR MAMMOGRAM | Z12.31 (ICD-10-CM) | 2016/10/17 | Active | 2016/10/17 | Corinne West ARNP | | | Encounter for screening mammogram for malignant neoplasm of breast | |
| SCREENING, COLON CANCER | 275978004 (SNOMED CT) | 2016/08/19 | Active | 2016/08/19 | Corinne West ARNP | | | Screening for malignant neoplasm of colon | |
| OTHER SPECIFIED COMPLICATION OF INTERNAL PROSTHETIC DEVICES, IMPLANTS AND GRAFTS, NOT ELSEWHERE CLASSIFIED, INITIAL ENCOUNTER | T85.89xA (ICD-10-CM) | 2016/08/19 | Active | 2016/08/19 | Corinne West ARNP | | | Other specified complication of internal prosthetic devices, implants and grafts, not elsewhere classified, initial encounter | |
| IMPAIRED FASTING GLUCOSE | R73.01 (ICD-10-CM) | 2015/12/02 | Active | 2015/12/02 | Corinne West ARNP | | | Impaired fasting glucose | |
| VAGINAL DISCHARGE | 271939006 (SNOMED | 2015/05/22 | Active | 2015/05/22 | Corinne West | | | Vaginal discharge | |

BAYLESSR_SARNO FAMILY MEDICINE_MEDICAL_000005

**BHA Sarno Family Medicine**
2120 Sarno Rd
Melbourne, FL 32935
321-241-6800 Fax: 321-241-6884

*August 9, 2018*

Page 5
Clinical Visit Summary

**RAEANN M BAYLESS**
53 Years Old Female  DOB▮▮▮▮

Home: (321)289-3761

Ins: BHA HMLS▮▮▮▮

| | CT) | | | | ARNP | | | |
|---|---|---|---|---|---|---|---|---|
| ANGER | 75408008 (SNOMED CT) | 2015/05/22 | Active | 2015/05/22 | Corinne West ARNP | | Feeling angry | |
| HOARSENESS | 50219008 (SNOMED CT) | 2014/07/24 | Active | 2014/07/24 | Corinne West ARNP | | Hoarse | |
| HYPERTRIGLYCERIDEMIA | 302870006 (SNOMED CT) | 2014/07/24 | Active | 2014/07/24 | Corinne West ARNP | | Hypertriglyceridemia | |
| ACQUIRED ABSENCE OF BOTH CERVIX AND UTERUS | 116140006 (SNOMED CT) | 2014/03/07 | Active | 2014/03/07 | David Magness DO | | Total hysterectomy | |
| SEXUALLY TRANSMITTED DISEASE, EXPOSURE TO | 444451006 (SNOMED CT) | 2014/03/07 | Active | 2014/03/07 | David Magness DO | | Exposure to sexually transmissible disorder | |
| COCAINE ABUSE, EPISODIC | 78267003 (SNOMED CT) | 2014/03/07 | Active | 2014/03/07 | David Magness DO | | Cocaine abuse | |
| TOBACCO ABUSE | 89765005 (SNOMED CT) | 2014/03/07 | Active | 2014/03/07 | David Magness DO | | Tobacco dependence syndrome | |
| OVERWEIGHT | 238131007 (SNOMED CT) | 2014/03/07 | Active | 2014/03/07 | David Magness DO | | Overweight | |
| VAGINITIS | 30800001 (SNOMED CT) | 2014/03/07 | Active | 2014/03/07 | David Magness DO | | Vaginitis | |

**Allergies, Adverse Reactions, Alerts**

Observed no known allergies at 2017/07/21

**Social History**

| Concept Description | Observation Name | Observation Value | Units | Start Date |
|---|---|---|---|---|
| Current every day smoker | SMOK STATUS | Current every day smoker | | 2017/10/24 |
| | Preliminary social history data, not yet signed by the author as of 2017/10/24 | | | |

**Vital Signs**

| Date | Name | Value | Units | Description |
|---|---|---|---|---|
| 2017/10/24 | BMI (Body Mass Index) | 25.94 | kg/m2 | Body Mass Index [Ratio] |
| | Preliminary vital sign data, not yet signed by the author as of 2017/10/24 | | | |
| 2017/10/24 | BP Diastolic | 72 | mm[Hg] | blood pressure, diastolic - 8462-4 |
| | Preliminary vital sign data, not yet signed by the author as of 2017/10/24 | | | |
| 2017/10/24 | BP Systolic | 118 | mm[Hg] | blood pressure, systolic - 8480-6 |
| | Preliminary vital sign data, not yet signed by the author as of 2017/10/24 | | | |

**BHA Sarno Family Medicine**
2120 Sarno Rd
Melbourne, FL 32935
321-241-6800  Fax: 321-241-6884

*August  9, 2018*

Page 6
Clinical Visit Summary

---

**RAEANN M BAYLESS**
53 Years Old Female  DOB

Home: (321)289-3761

Ins: BHA HMLS

| 2017/1 0/24 | BSA (Body Surface Area) | 1.91 | | | body surface area |
|---|---|---|---|---|---|
| | Preliminary vital sign data, not yet signed by the author as of 2017/10/24 | | | | |
| 2017/1 0/24 | Body Temperature | 97.8 | | | temperature E&M |
| | Preliminary vital sign data, not yet signed by the author as of 2017/10/24 | | | | |
| 2017/1 0/24 | Heart Rate | 58 | /min | | pulse rate E&M - 8867-4 |
| | Preliminary vital sign data, not yet signed by the author as of 2017/10/24 | | | | |
| 2017/1 0/24 | Height | 68 | [in_us] | | height E&M - 8302-2 |
| | Preliminary vital sign data, not yet signed by the author as of 2017/10/24 | | | | |
| 2017/1 0/24 | Respiratory Rate | 16 | /min | | respiratory rate E&M - 9279-1 |
| | Preliminary vital sign data, not yet signed by the author as of 2017/10/24 | | | | |
| 2017/1 0/24 | Weight Measured | 170 | [lb_av] | | weight E&M - 3141-9 |
| | Preliminary vital sign data, not yet signed by the author as of 2017/10/24 | | | | |

**Results**

| Date | Name | Value | Unit | Range | Description |
|---|---|---|---|---|---|
| Office Visit: Mesh implant evaluation room 47 | | | | | |
| 2017/1 0/24 | SMOK STATUS | Current every day smoker | | | Tobacco smoking status NHIS |
| | Preliminary observation data, not yet signed by the author as of 2017/10/24 | | | | |
| 2017/1 0/24 | MEDS REVIEW | Done | | | Documentation of current medications (procedure) |
| | Preliminary observation data, not yet signed by the author as of 2017/10/24 | | | | |

**Procedures**

No information available.

**Medications Administered**

No information available

**Immunizations**

No information available.

**Advance Directives**

There may be information available, but it has not been provided by the sender.

**Assessments**

There may be information available, but it has not been provided by the sender.

**Review of Systems**

There may be information available, but it has not been provided by the sender.

**Family History**

There may be information available, but it has not been provided by the sender.

**History of Past Illness**

There may be information available, but it has not been provided by the sender.

BAYLESSR_SARNO FAMILY MEDICINE_MEDICAL_000007

**BHA Sarno Family Medicine**
2120 Sarno Rd
Melbourne, FL 32935
321-241-6800 Fax: 321-241-6884

*August 9, 2018*

Page 7
Clinical Visit Summary

------------------------------------------------------------------------------------------------

**RAEANN M BAYLESS**
53 Years Old Female  DOB: █████████

Home: (321)289-3761
Ins: BHA HMLS █████████

------------------------------------------------------------------------------------------------

**History of Present Illness**

There may be information available, but it has not been provided by the sender.

BAYLESSR_SARNO FAMILY MEDICINE_MEDICAL_000008

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 1
Office Visit

---

**RAEANN M BAYLESS**
55 Years Old Female DOB:

Home: (321)289-3751
Ins: BHA HMLS

---

**07/21/2017 - Office Visit: lab resutls**
**Provider: Jeannette Duisberg ARNP**
**Location of Care: BHA Titusville**

**PCP:** Corinne West ARNP

**Chief Complaint:** lab results

**History of Present Illness:**
RAEANN M BAYLESS is a 52 Years Old Female who is here today to discuss the following:

1 - Has had tan vaginal discharge with itching and bad odor for a few weeks. States she had recent STD testing but wants to be tested for GC and Chlamydia.

2- HTN. BP today is 142/100. States she used to be on medication for it but she stopped it because it made her sleepy.

3- Wants referral to Gyn. Had bladder sling surgery in 2013 and having a problem with the mesh.

ROS: Denies ha, vision change, hearing change, cp. palpitations, cough, sob, n/v/d/c, muscle pain or weakness, numbness/ tingling, anxiety or depression.

PE:
AAOx3, NAD
Head: NCAT
Eyes: PERRL/EOMI
Lungs: CTAB
Heart: RRR, S1S2 without murmurs or gallops
Abd: Soft, nontender
MSK: No deformity of thoracic or lumbar spine
Extremities: No deformity, cyanosis or edema
Neuro: No focal deficits, Cranial Nerves II-XII intact
Skin: No lesions or rashes

**Past Medical History - Reviewed**
HTN
HEP C - Undetectable

**Surgical History - Reviewed**
Hysterectomy - not for cancer; 2014
tubal ligation

gallbladder/ stones

BAYLESSR_BHA_MDR00030

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 2
Office Visit

---

**RAEANN M BAYLESS**
55 Years Old Female DOB:

Home: (321)289-3761
Ins: BHA HMLS

---

**Family History - Reviewed**
Mother (biol.) - Hx of: Family History of Hypertension
Father (biol.) - Hx of: Family History of Hypertension;Family History of Other Cancer
Brother (full) - Hx of: Family History of Diabetes
Brother- Drn
Mother- HTN
Father- HTN, Cancer

**Social History - Reviewed**
**Tobacco Use:** Current every day smoker
**cigarette pks/day:** yes
**Comments:** 10-15 cigs
**Passive smoke exposure:** yes
**Alcohol Use:** yes
**Drug use:** yes
**Type:** cocaine
**HIV high risk:** no
**Caffeine (drinks/day):** 1
**Sun exposure:** occasionally
**Exercise:** 4
**Exercise Type:** walk
**Seatbelt use (%):** 100

**Preventive Care**
**Last Hemoccult:** Negative (08/31/2016)
**Last Mammogram:** normal (02/23/2017)

**Current Medications** - Medications reviewed
MULTIVITAMINS CAPS (MULTIPLE VITAMIN) Take one tablet by mouth daily
METRONIDAZOLE 500 MG TABS (METRONIDAZOLE) 1 po BID for 7 days
LISINOPRIL 20 MG TABS (LISINOPRIL) Take 1 po daily
FLUCONAZOLE 150 MG TABS (FLUCONAZOLE) Take 1 po once

**Current Allergies**
No Known Allergies

**Review of Systems**
See HPI

**Vital Signs**
**Height:** 68 inches
**Weight:** 165.4 lbs
**BMI:** 25.24
**Temperature:** 99.4 degrees F (oral)
**O2 sat:** 99% on room air
**Respirations:** 16/min

**Blood Pressure #1:** 142/100 - P: 99 beats per minute (BPM) - Rhythm: regular - position: sitting - comment: left arm -

BAYLESSR_BHA_MDR00031

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

*August 7, 2020*

Page 3
Office Visit

**RAEANN M BAYLESS**
55 Years Old Female  DOB:

Home: (321)289-3761
Ins: BHA HMLS

by: Natasha Chavez MAVitals performed by:  Natasha Chavez MA......................July 21, 2017 2:33 PM

The patient denies any care outside of Diagnostic Clinic since the last visit with their PCP .

**LMP Date:** 2012

**Physical Exam**
See HPI

**Patient Education and Counseling**
**Counseling was provided for:**
Urine for GC and Chlamydia
Refer to Gyn
Begin Lisinopril
BP check with nurse in 1 week

**Assessment and Plan:**

**Problem #1:** BLADDER DISORDER (ICD10-N32.9)

**Orders:**
Gynecology (CPT-99499)
Ofc Vst; Est Level IV (99214)

**Problem #2:** HYPERTENSION (ICD10-I10)
BP check with nurse in 1 week

**Medications:**
Lisinopril 20 mg tabs Take 1 po daily

**Orders:**
Ofc Vst, Est Level IV (99214)

**Problem #3:** VULVOVAGINITIS; CANDIDA (ICD10-B37.3)

**Medications:**
Fluconazole 150 mg tabs Take 1 po once

**Orders:**
Ofc Vst, Est Level IV (99214)

**Problem #4:** BACTERIAL VAGINOSIS (ICD10-N76.0)

**Medications:**
Metronidazole 500 mg tabs 1 po BID for 7 days

**BAYLESSR_BHA_MDR00032**

**BHA Titusville**

*August 7, 2020*

500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

Page 4
Office Visit

---

**RAEANN M BAYLESS**
55 Years Old Female  DOB

Home: (321)289-3761
Ins: BHA HMLS

---

**Orders:**
Ofc Vst; Est Level IV {99214}

**Prescriptions:**
FLUCONAZOLE 150 MG TABS (FLUCONAZOLE) Take 1 po once  #1 Tablet x 0
    Entered and Authorized by:    Jeannette Duisberg ARNP
    Signed by:    Jeannette Duisberg ARNP on 07/21/2017
    Method used:    Historical
    RxID:  1816269576252670
METRONIDAZOLE 500 MG TABS (METRONIDAZOLE) 1 po BID for 7 days  #14 Tablet x 0
    Entered and Authorized by:    Jeannette Duisberg ARNP
    Signed by:    Jeannette Duisberg ARNP on 07/21/2017
    Method used:   Print then Give to Patient
    RxID:  1816269499227270
LISINOPRIL 20 MG TABS (LISINOPRIL) Take 1 po daily  #30 x 5
    Entered and Authorized by:    Jeannette Duisberg ARNP
    Signed by:    Jeannette Duisberg ARNP on 07/21/2017
    Method used:   Print then Give to Patient
    RxID:  1816269499227190

]

**Electronically Signed by Jeannette Duisberg ARNP on 07/21/2017 at 3:29 PM**

---

**BAYLESSR_BHA_MDR00033**

07/26/17  06:55  Parrish Medical Center  (321)268-6134         Page  2

RUN DATE: 07/26/17                    PARRISH MEDICAL CENTER                    PAGE 1
RUN TIME: 0640              951 N. WASHINGTON AVE. TITUSVILLE, FL. 32796
                                      DOCTOR REPORT
                                       PHYSICIAN
                           DUISBERG, JEANNETTE D, ARNP

Name: BAYLESS, RAEANN M              Age/Sex: 52/F      Attend Dr: DUISBERG, JEANNETTE D, A
Acct#: ▌▌▌▌▌      Unit#: ▌▌▌▌        DOB: ▌▌▌▌          Location:  REF
Reg:   07/21/17   Disch: ▌           Status: REG REF

Specimen: 0721:SM00011U     Collected: 07/21/17-1600  Status: COMP   Req: ▌▌▌▌▌▌
                            Received:  07/21/17-1612  Subm Dr: DUISBERG, JEANNETTE D, ARNP

Ordered:  C.Tr/N.Gon RNA

*********************** DEPARTMENT OF LABORATORY MEDICINE ***********************

REFERRED TESTING
 C.Tr/N.Gon RNA
   C.Trach AMP RNA          Not Detected              Not Detected            Q
   N.Gon. AMP RNA           Not Detected              Not Detected            Q
                    *This test was performed using the APTIMA COMBO2(R)
                    Assay (GEN-PROBE(R)).
                    The analytical performance characteristics of this
                    assay, when used to test SurePath(R) specimens have
                    been determined by Quest Diagnostics.
                    THIS TEST WAS PERFORMED AT:
                    Quest Diagnostics Nichols Institute
                    14225 Newbrook Drive
                    Chantilly, VA 20151-0841
                    Patrick W Mason, M.D., Ph.D., Director of Laboratories

Q - Quest Diagnostics #22522
    Performed/Referred by Quest Diagnostics Nichols Institute, Inc.
    14225 Newbrook Drive, Chantilly, VA  20153
    Patrick W Mason, MD

** END OF REPORT **

BAYLESSR_BHA_MDR00061

```
              06/24/17  07:36  Parrish Medical Center  (321)268-6134          Page  2
RUN DATE: 06/24/17                    PARRISH MEDICAL CENTER                        PAGE 1
RUN TIME: 0641                951 N. WASHINGTON AVE. TITUSVILLE, FL. 32796
                                     DOCTOR REPORT
                                      PHYSICIAN
                                WEST, CORINNE M ARNP
```

| Name: BAYLESS,RAEANN M | Age/Sex: 52/F | Attend Dr: WEST, CORINNE M ARNP |
|---|---|---|
| Acct#: | Unit#: DOB: | Location: EXP |
| Reg:   06/23/17 | Disch: Status: DEP CLI | |

```
Specimen: 0623:C90193R     Collected: 06/23/17-0022  Status: COMP    Req:
                           Received: 06/23/17-0822  Subm Dr: WEST, CORINNE M ARNP

Ordered: Comp Metabolic, TSH, 3RD Gen
```

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| **Comp Metabolic** | | | | |
| Glucose-Fasting | 95 | | 70-100 mg/dL | |
| | *NON-FASTING GLUCOSE REFERENCE RANGE:* | | *70 - 200 mg/dL* | |
| Sodium | 141 | | 133-143 mmol/L | |
| Potassium | 4.5 | | 3.6-5.0 mmol/L | |
| Chloride | 104 | | 101-111 mmol/L | |
| Carbon Dioxide | 25 | | 22-29 mmol/L | |
| Anion Gap | 16 | | 10-20 mmol/L | |
| Urea Nitrogen | 12 | | 6-20 mg/dL | |
| Creatinine | 0.82 | | 0.50-0.90 mg/dL | |
| BUN Creat Ratio | 15.0 | | 10.0-20.0 | |
| Calculated Osmo | 281 | | 274-291 mosm/KG | |
| Calcium, Total | 8.9 | | 8.4-10.3 mg/dL | |
| Total Protein | 7.0 | | 6.4-8.3 gm/dL | |
| Albumin | 4.1 | | 3.5-5.2 g/dL | |
| A/G Ratio | 1.0 | | 1.0-2.5 | |
| Total Bili | 0.2 | | 0.2-1.2 mg/dL | |
| AST(SGOT) | 16 | | 10-40 U/L | |
| ALT(SGPT) | 15 | | 10-33 U/L | |
| Alk Phos | 83 | | 35-104 u/L | |
| Est GFR | 82.27 | | SEE REF | |

```
                           Chronic Kidney Disease
                           (CKD) stage GFR level (mL/min/1.73 m2)

                           Normal            >=90 (no proteinuria)
                           Stage 1           >=90 (with evidence of kidney damage)
                           Stage 2 (mild)    60 - 90 (with evidence of kidney damage)
                           Stage 3 (moderate) 30 - 59
                           Stage 4 (severe)  15 - 29
                           Stage 5 (kidney failure)  <15

                           A single eGFR result should not be used to determine
                           the extent of renal disease, especially in hospitalized
                           patients.  eGFR has not been validated for pregnant
                           females and patients less than 18 years of age.

                           (Estimated GFR is calculated using the
                           Chronic Kidney Disease Epidemiology
                           Collaboration, 2009  [CKD-EPI] formula).
```

| TSH, 3RD Gen | 2.23 | | 0.27-4.2 uIU/mL | |

```
                        ** CONTINUED ON NEXT PAGE **
```

(initials) 6/26/17

BAYLESSR_BHA_MDR00059

06/24/17  07:36   Parrish Medical Center  (321)268-6134          Page  3
RUN DATE: 06/24/17                   PARRISH MEDICAL CENTER                    PAGE 2
RUN TIME: 0641              951 N. WASHINGTON AVE. TITUSVILLE, FL. 32796
                                    DOCTOR REPORT
                                     PHYSICIAN
                              WEST, CORINNE M ARNP

Patient: BAYLESS,RAEANN M          ███████████   (Continued)

Specimen: 0623:H00107R     Collected: 06/23/17-0822  Status:  COMP    Req: ███████
                           Received:  06/23/17-0822  Subm Dr: WEST, CORINNE M ARNP

Ordered:  CBC & DIFF

| CBC & DIFF | | | |
| --- | --- | --- | --- |
| WBC | 8.0 | | 3.9-11.0 TH/MM3 |
| RBC | 4.66 | | 3.7-5.2 MIL/mm3 |
| HGB | 13.7 | | 11-15 g/dL |
| HCT | 42.2 | | 33-45 % |
| MCV | 90.6 | | 82-96 FL |
| MCH | 29.4 | | 27-33 PG |
| MCHC | 32.4 | | 32-35 G/DL |
| RDW | 13.3 | | 11.9-15.3 % |
| Plt Count | 191 | | 155-387 TH/MM3 |
| MPV | 10.9 | H | 7.4-10.4 FL |
| Automated Diff | | | |
| Neutrophil # | 4.9 | | 2.2-7.7 TH/MM3 |
| Lymphocyte # | 2.4 | | 0.8-4.0 TH/MM3 |
| Monocyte # | 0.5 | | 0.2-1.3 TH/MM3 |
| Eosinophil # | 0.1 | | 0-0.7 TH/MM3 |
| Basophil # | 0.1 | | -0.2 TH/MM3 |

** END OF REPORT **

BAYLESSR_BHA_MDR00060

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 1
Office Visit

---

**RAEANN M BAYLESS**
55 Years Old Female  DOB: ▮▮▮▮▮▮▮

Home: (321)289-3761
Ins: BHA HMLS ▮▮▮▮▮▮▮

---

**03/23/2017 - Office Visit: Fatigue, yeast inf**
**Provider: Corinne West ARNP**
**Location of Care: BHA Titusville**

**PCP:** Corinne West ARNP

**History of Present Illness:**
RAEANN M BAYLESS is a 52 Years Old Female who is here today to discuss the following:

Noticed that she has been feeling fatigued, occasional dizzy. Stopped her BP meds and symptoms improving. BP today is 100/66. Wants labs done as well

Thinks that she may have BV again. Has vaginal discharge with foul odor. Denies dysuria

Needs to see UroGYN. Has pain with sex. And lower abd pains for the past 3 -4 years since she had mesh and sling place. Sling is working well but believes that mesh is starting to protrude.

ROS: Denies fever, chills, ha, vision change, hearing change, chest pain, palpitations, cough, sob, n/v/d/c, weakness, numbness/ tingling

Patient's weight at last visit (12/13/2016) was 160.4 pounds. Todays weight is 165.0 pounds. Change of 4.6 pounds in 100 days.  BMI is 25.18

PE:
AAOx3, NAD
Head: NCAT
Neck: Supple, no masses or thyromegaly, no adenopathy
Lungs: CTAB
Heart: RRR, S1S2 without murmurs or gallops
Abd: Soft, nontender
Extremities: No deformity, cyanosis or edema
Neuro: No focal deficits
Skin: No lesions or rashes

**Past Medical History**
HTN
HEP C - Undetectable

**Surgical History**
Hysterectomy - not for cancer, 2014
tubal ligation
▮▮▮▮▮▮▮
gallbladder/ stones

BAYLESSR_BHA_MDR00034

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

August 7, 2020

Page 2
Office Visit

-------------------------------------------------------------------------------

**RAEANN M BAYLESS**
55 Years Old Female  DOB: ███████

Home: (321)289-3761
Ins: BHA HMLS ███████

-------------------------------------------------------------------------------

**Family History**
Mother (biol.) - Hx of: Family History of Hypertension
Father (biol.) - Hx of: Family History of Hypertension,Family History of Other Cancer
Brother (full) - Hx of: Family History of Diabetes
Brother- Dm
Mother- HTN
Father- HTN, Cancer

**Social History**
**Tobacco Use:**  Current every day smoker
**cigarette pks/day:** yes
**Passive smoke exposure:** yes
**Alcohol Use:** yes
**Drug use:** yes
**Type:** cocaine
**HIV high risk:** no
**Caffeine (drinks/day):**  1
**Sun exposure:**  occasionally
**Exercise:**  4
**Exercise Type:** walk
**Seatbelt use (%):**  100

**Preventive Care**
**Last Hemoccult:** Negative (08/31/2016)
**Last Mammogram:** normal (02/23/2017)

**Current Medications** - Medications reviewed
MULTIVITAMINS CAPS (MULTIPLE VITAMIN) Take one tablet by mouth daily
METRONIDAZOLE 500 MG TABS (METRONIDAZOLE) 1 po BID for 7 days

**Current Allergies**
No Known Allergies

**Review of Systems**
 See HPI

**Vital Signs**
**Height:** 68 inches
**Weight:**  165.0 lbs
**BMI:** 25.18
**Temperature:** 96.4 degrees  F (oral)
**O2 sat:** 98% on room air
**Respirations:** 16/min

**Blood Pressure #1:** 100/66 - P. 84 beats per minute (BPM) - Rhythm  regular - position  sitting - comment  left arm - by:
Joshua HutchesonVitals performed by:  Joshua Hutcheson ... ... .. ...March 23, 2017 3:45 PM

BAYLESSR_BHA_MDR00035

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

*August 7, 2020*

Page 3
Office Visit

--------------------------------------------------------------------

**RAEANN M BAYLESS**
55 Years Old Female  DOB ▮▮▮▮▮▮

Home: (321)289-3761
Ins: BHA HMLS ▮▮▮▮▮▮▮

--------------------------------------------------------------------

The patient denies any care outside of Diagnostic Clinic since the last visit with their PCP .

**LMP Date:** 2012

**Physical Exam**
See HPI

**Patient Education and Counseling**
**Diet:** Counseled on appropriate diet
**Counseling was provided for:**
Stop lisinopril

Blood work

referral to GYN

Finish antibiotics

Increase probiotics in diet

**Assessment and Plan:**

**Problem #1:** FATIGUE (ICD10-R53.83)
Likely related to hypotension- DC lisinopril

check labs

**Orders:**
Ofc Vst; Est Level IV (99214)
CBC w/differential (CPT-85027)
CMP (CPT-80053)
TSH (CPT-84443)

**Problem #2:** HYPOTENSION (ICD10-I95.9)
DC lisinopril

**Orders:**
Ofc Vst; Est Level IV (99214)

**Problem #3:** BACTERIAL VAGINOSIS (ICD10-N76.0)

**Medications:**
Metronidazole 500 mg tabs 1 po BID for 7 days

**Orders:**
Ofc Vst; Est Level IV (99214)

BAYLESSR_BHA_MDR00036

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

*August  7, 2020*

Page 4
Office Visit

---

**RAEANN M BAYLESS**
55 Years Old Female  DOB

Home: (321)289-3761
Ins: BHA HMLS

---

**Problem #4:** EXPOSURE OF IMPLANTED VAGINAL MESH INTO VAGINA; SEQUELA (ICD10-T83.721S) dysparunia

Referral to GYN

**Orders:**
Gynecology (CPT-99499)
Ofc Vst; Est Level IV (99214)

**Prescriptions:**
METRONIDAZOLE 500 MG TABS (METRONIDAZOLE) 1 po BID for 7 days  #14 Tablet x 0
    Entered and Authorized by:      Corinne West ARNP
    Signed by:      Corinne West ARNP on 03/23/2017
    Method used:    Print then Give to Patient
    RxID:   1805903991703790

}

**Electronically Signed by Corinne West ARNP on 03/23/2017 at 4:37 PM**

---

BAYLESSR_BHA_MDR00037

Fax Server          2/23/2017 1:12:20 PM  PAGE   2/002   Fax Server



**PARRISH**
MEDICAL CENTER
DIAGNOSTIC IMAGING
951 N. Washington Ave.
Titusville, FL 32796
P: 321-268-6140
F: 321-268-6278

Name: BAYLESS, RAEANN M.

MRN: █████
DOB: █████          Age: 52       Sex: F
Acct █████
Loc: WDIAG        Status: REG CLI
Phys: CORINNE WEST, ARNP

Exam:  E100363969 MM SCREEN MAMMO BIL W/WO CAD

Exam Date:02/23/2017 12:38

CLINICAL INDICATION:  Screening mammography

COMPARISON:  None

Digital mammography was performed on the GE Essential Digital Mammography Unit.
Images were processed with and without iCAD.   iCAD markers, if present, were
reviewed.

High resolution imaging in standard craniocaudal and mediolateral oblique
projections were performed.  Fibroglandular changes are present bilaterally.  The
breasts are heterogeneously dense.

There are no soft tissue densities or calcifications suspicious for malignancy.
The skin and nipple regions are normal.

IMPRESSION:  Unremarkable mammogram.  No mammographic evidence of malignancy.
Routine one year follow up is recommended.

B1- BIRADS ONE. NEGATIVE. ROUTINE FOLLOW UP RECOMMENDED

| *** THIS IS AN ELECTRONICALLY VERIFIED REPORT *** |
| --- |
| 2/23/2017 12:56 PM:   Joseph Flynn, DO |

Reported By: Joseph Flynn, DO

Dictated: 02/23/2017 (1256) Transcribed: 02/23/2017 (1256) Transcriptionist: jf

Page 1 of 1

BAYLESSR_BHA_MDR00062

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

August 7, 2020

Page 1
Office Visit

--------------------------------------------------------------------

**RAEANN M BAYLESS**
55 Years Old Female DOB ▮▮▮▮▮▮▮

Home: (321)289-3761

Ins: BHA HMLS ▮▮▮▮▮▮▮

--------------------------------------------------------------------

**10/17/2016 - Office Visit: lab follow up**
**Provider: Corinne West ARNP**
**Location of Care: BHA Titusville**

**Primary Provider:** Corinne West ARNP

**CC:** lab follo wup.

**History of Present Illness:**
RAEANN M BAYLESS is a 49 Years Old Female and is here to discuss the following:

-Review of labs show hypertriglcerides with Trig182, otherwise wnl
-HTN well controlled on lisinoprit 20mg daily
- vaginal discharge with foul odor, similar to BV in the past. Neg GC/CT

Patient's weight at last visit (08/19/2016) was 156.0 pounds. Todays weight is 164.4 pounds. Change of 8.4 pounds in 59 days. BMI is 24.99

ifob neg 8/2016
mammo- due
Flu shot today 10/17/16

denies cp, palpitations, cough, sob, n/v/d/c, muscle weakness, numbness/ tingling

aaoX3, nad
Eyes: PERRL/EOMI
Neck: Supple, no masses or thyromegaly, no adenopathy
mmm, NCAT
lungs CTAB, no wheezes
s1s1, rrr, -murmurs
abd soft, NT, ND
no edema, pedal pulses intact

**Past Medical History:**
Reviewed history from 03/07/2014 and no changes required.
HTN
HEP C - Undetectable

**Past Surgical History:**
Reviewed history from 03/07/2014 and no changes required:
Hysterectomy - not for cancer, 2014
tubal ligation
▮▮▮▮▮▮
gallbladder/ stones

**Family History Summary:**

BAYLESSR_BHA_MDR00038

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 2
Office Visit

------------------------------------------------------------------------

**RAEANN M BAYLESS**
55 Years Old Female  DOB ▉▉▉▉▉

Home: (321)289-3761
Ins: BHA HMLS ▉▉▉▉▉▉▉

------------------------------------------------------------------------

Reviewed history Last on 08/19/2016 and no changes required:10/17/2016
Mother (biol.) - Has Family History of Hypertension - Entered On: 12/2/2015
Father (biol.) - Has Family History of Hypertension - Entered On: 12/2/2015
Father (biol.) - Has Family History of Other Cancer - Entered On: 12/2/2015
Brother (full) - Has Family History of Diabetes - Entered On: 12/2/2015

**General Comments - FH:**
Brother- Dm
Mother- HTN
Father- HTN, Cancer


**Social History:**
Reviewed history and no changes required:


PATIENT HAS NO KNOWN ALLERGIES.
**Current Medications:**
MULTIVITAMINS CAPS (MULTIPLE VITAMIN) Take one tablet by mouth daily
LISINOPRIL 20 MG TABS (LISINOPRIL) 1 po daily
METRONIDAZOLE 500 MG TABS (METRONIDAZOLE) 1 po BID for 7 days


**Risk Factors:**

Smoked Tobacco Use: Current every day smoker
  Cigarettes: Yes -- 1/2 pack(s) per day,  Counseled to quit/cut down:  yes
Passive smoke exposure: yes
Drug use:  yes
  Substance:  cocaine
HIV high-risk behavior:  no
Caffeine use:  1 drinks per day
Alcohol use:  yes
Exercise:  yes
  Times per week:  4
  Type of Exercise:  walk
Seatbelt use:  100 %
Sun Exposure:  occasionally

**Previous Tobacco Use:** Signed On - 08/19/2016
Smoked Tobacco Use: Current every day smoker
  Cigarettes: Yes -- 1/2 pack(s) per day,  Counseled to quit/cut down:  yes
Passive smoke exposure:  yes
Drug use:  yes
  Substance:  cocaine
HIV high-risk behavior:  no
Caffeine use:  1 drinks per day

**Previous Alcohol Use:** Signed On - 08/19/2016
Alcohol use:  yes
Exercise:  yes

BAYLESSR_BHA_MDR00039

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

*August 7, 2020*

Page 3
Office Visit

--------------------------------------------------------------------------------

**RAEANN M BAYLESS**
55 Years Old Female  DOB:▮

Home: (321)289-3761
Ins: BHA HMLS▮

--------------------------------------------------------------------------------

Times per week: 4
Type of Exercise: walk
Seatbelt use: 100 %
Sun Exposure: occasionally
**Prescriptions:**
METRONIDAZOLE 500 MG TABS (METRONIDAZOLE) 1 po BID for 7 days #14[Tablet] x 0
    Entered and Authorized by:    Corinne West ARNP
    Signed by    Corinne West ARNP on 10/17/2016
    Method used:    Electronically to
        Century Pharmacy* (retail)
        695 N. Washington Ave  Unit 101
        Titusville, FL  32796
        Ph: 321-747-0600
        Fax:
    RxID:   1792339463990730


**DAILY FUNCTION**
**Feeding yourself** DON'T NEED HELP
**Getting from bed to chair** DON'T NEED HELP  **Getting to the toilet** DON'T NEED HELP  **Getting dressed** DON'T NEED HELP  **Bathing** DON'T NEED HELP  **Using the telephone** DON'T NEED HELP  **Taking your medicines** DON'T NEED HELP  **Preparing meals** DON'T NEED HELP  **affairs/checkbook** DON'T NEED HELP  **Doing laundry** DON'T NEED HELP  **Doing house work** DON'T NEED HELP  **Shopping for groceries** DON'T NEED HELP  **Driving:** DON'T NEED HELP  **Doing handyman work** DON'T NEED HELP **Climbing a flight of stairs** DON'T NEED HELP  **Getting to places beyond walking distance:** DON'T NEED HELP


**Vital Signs:**

Patient Profile:
Height:        68 inches
Weight:       164.4 pounds
BMI:          24.99
BSA:          1.88
O2 Sat:       98 %
Temp.        98.3 degrees F oral
Pulse rate:    77 / minute
Pulse rhythm:  regular
Resp.        16 per minute
BP sitting:    132 / 70  (right arm)
Cuff size:     regular
**Previous PHQ9 Date:**
08/19/2016 (08/19/2016 10:56:54 AM)
**Previous PHQ9 Results:**
15 (05/22/2015 3:14:39 PM)

Vitals Entered By: Samantha Clawson (October 17, 2016 3:45 PM)

BAYLESSR_BHA_MDR00040

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 4
Office Visit

--------------------------------------------------------------------

**RAEANN M BAYLESS**
55 Years Old Female DOB: ▮▮▮▮▮

Home: (321)289-3761
Ins: BHA HMLS ▮▮▮▮▮

--------------------------------------------------------------------

**Review of Systems**
See HPI

**Problems:**

**Problems Added:**

1) Dx of SCREENING FOR MAMMOGRAM (ICD-V76.12)

**Impression & Recommendations:**

**Problem # 1:** HYPERTENSION (ICD-401.9) (ICD10-I10)
DASH diet (Increase fruits and vegetables, use fat-free or low-fat milk products)
Reduce sodium intake to no more then 2.4g sodium a day.
Engage in aerobic activity for at least 30 minutes most days of the week.
Do not smoke and reduce the intake of saturated fat and cholesterol.
BP goal < 140/90

Continue meds

**Problem # 2:** HYPERTRIGLYCERIDEMIA (ICD-272.1) (ICD10-E78.1)
Low-fat diet.
Eliminate alcohol.
30-60min of aerobic activity most days of the week.
Triglyceride goal is <150

**Problem # 3:** VAGINAL DISCHARGE (ICD-623.5) (ICD10-N89.8)
Flagyl as directed

Probiotics

**Medications Added to Medication List This Visit:**
1) Metronidazole 500 Mg Tabs (Metronidazole) ... 1 po bid for 7 days

**Patient Instructions:**
1) See case management .
2) Contact the Florida Breast and Cervical Cancer Early Detection Program at 321-948-4702 to determine eligibility and
and schedule mammogram
3) Follow-up 3 months. sooner if needed

*I have reviewed the risks, benefits, and alternatives of care with the patient. The patient has had all questions
answered, and has verbalized understanding. I have relayed that it's the patient's responsibility to return for a follow up
visit scheduled at the time of this visit, and the patient accepts full responsibility of health care in case of no-shows or
cancellation.*

BAYLESSR_BHA_MDR00041

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 5
Office Visit

------------------------------------------------------------------------

**RAEANN M BAYLESS**
55 Years Old Female DOB

Home: (321)289-3761
Ins: BHA HMLS

------------------------------------------------------------------------

#### Fluvax #1

**Dose:** 0.5ml
Lot #: 4z42r
Mfgr: glasco smithkline
Route: IM
**Injection Site:** Left Deltoid
Expiration Date: 06/30/2017
**Given by:** October 17, 2016 4:18 PM by Samantha Clawson
**Ordered By:** corinne west

**Electronically Signed by Corinne West ARNP on 10/17/2016 at 4:53 PM**

------------------------------------------------------------------------

BAYLESSR_BHA_MDR00042

```
      08/30/16  17:18  Parrish Medical Center  (321)268-6134        Page  2
RUN DATE: 08/30/16                PARRISH MEDICAL CENTER                     PAGE 1
RUN TIME: 1718           951 N. WASHINGTON AVE. TITUSVILLE, FL. 32796
                                    DOCTOR REPORT
                                     PHYSICIAN
                               WEST, CORINNE M ARNP
```

```
Name:  BAYLESS,RABANN M           Age/Sex: 51/F      Attend Dr: WEST,CORINNE M ARNP
Acct#:            2 Unit#:         DOB:              Location:  EXP
Reg:   08/30/16   Disch:           Status: REG CLI
```

```
Specimen: 0830:C00348R     Collected: 08/30/16-1538  Status: COMP   Req#
                           Received:  08/30/16-1548  Subm Dr: WEST,CORINNE M ARNP
```

Ordered:  Comp Metabolic, TSH, 3RD Gen, Lipid Panel

| Test | Results | Flag | Reference | |
|------|---------|------|-----------|---|
| **Comp Metabolic** | | | | |
| Glucose-Fasting | 90 | | 70-100 mg/dL | |
| | *NON-FASTING GLUCOSE REFERENCE RANGE:* | | *70 - 200 mg/dL* | |
| Sodium | 141 | | 133-143 mmol/L | |
| Potassium | 4.5 | | 3.6-5.0 mmol/L | |
| Chloride | 104 | | 101-111 mmol/L | |
| Carbon Dioxide | 26 | | 22-29 mmol/L | |
| Anion Gap | 16 | | 10-20 mmol/L | |
| Urea Nitrogen | 22 | H | 6-20 mg/dL | |
| Creatinine | 0.75 | | 0.50-0.90 mg/dL | |
| BUN Creat Ratio | 29.0 | H | 10.0-20.0 | |
| Calculated Osmo | 284 | | 274-293 mosm/kG | |
| Calcium, Total | 9.7 | | 8.4-10.3 mg/dL | |
| Total Protein | 7.2 | | 6.4-8.3 gm/dL | |
| Albumin | 4.1 | | 3.5-5.2 g/dL | |
| A/G Ratio | 1.0 | | 1.0-2.6 | |
| Total Bili | 0.4 | | 0.2-1.2 mg/dL | |
| AST(SGOT) | 13 | | 10-40 U/L | |
| ALT(SGPT) | 11 | | 10-33 U/L | |
| Alk Phos | 75 | | 35-104 u/L | |
| Est GFR | >90 | | SEE REF | |

```
                    Chronic Kidney Disease
                    (CKD) stage GFR level (mL/min/1.73 m2)

                    Normal           >=90 (no proteinuria)
                    Stage 1          >=90 (with evidence of kidney damage)
                    Stage 2 (mild)   60 - 90 (with evidence of kidney damage)
                    Stage 3 (moderate) 30 - 59
                    Stage 4 (severe)   15 - 29
                    Stage 5 (kidney failure)  <15

                    A single eGFR result should not be used to determine
                    the extent of renal disease, especially in hospitalized
                    patients.  eGFR has not been validated for pregnant
                    females and patients less than 18 years of age.

                    (Estimated GFR is calculated using the
                    Chronic Kidney Disease Epidemiology
                    Collaboration, 2009 [CKD-EPI] formula).
```

| TSH, 3RD Gen | 1.71 | | 0.27-4.2 uIU/mL | |

** CONTINUED ON NEXT PAGE **

BAYLESSR_BHA_MDR00054

```
         08/30/16  17:18   Parrish Medical Center  (321)268-6134            Page  4
RUN DATE: 08/30/16                PARRISH MEDICAL CENTER                          PAGE 3
RUN TIME: 1718            951 N. WASHINGTON AVE. TITUSVILLE, FL. 32796
                                    DOCTOR REPORT
                                     PHYSICIAN
                              WEST, CORINNE M ARNP
```

Patient: BAYLESS, RAEANN M                                    (Continued)

---

Specimen: 0830:H00170R       Collected: 08/30/16-1538  Status:  COMP     Req:
                             Received:  08/30/16-1548  Subm Dr: WEST, CORINNE M ARNP

Ordered:  CBC & DIFF

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| CBC & DIFF | | | | |
| WBC | 6.7 | | 3.9-11.0 TH/MM3 | |
| RBC | 4.71 | | 3.7-5.2 MIL/mm3 | |
| HGB | 14.0 | | 11-15 g/dL | |
| HCT | 42.8 | | 33-45 % | |
| MCV | 90.9 | | 82-96 FL | |
| MCH | 29.7 | | 27-33 PG | |
| MCHC | 32.7 | | 32-35 G/DL | |
| RDW | 14.5 | | 11.9-15.3 % | |
| Plt Count | 227 | | 155-387 TH/MM3 | |
| MPV | 10.8 | H | 7.4-10.4 FL | |
| Automated Diff | | | | |
| Neutrophil # | 3.4 | | 2.2-7.7 TH/MM3 | |
| Lymphocyte # | 2.7 | | 0.8-4.0 TH/MM3 | |
| Monocyte # | 0.4 | | 0.2-1.3 TH/MM3 | |
| Eosinophil # | 0.2 | | 0-0.7 TH/MM3 | |
| Basophil # | 0.1 | | -0.2 TH/MM3 | |

** END OF REPORT **

BAYLESSR_BHA_MDR00055

```
          08/30/16  18:21  Parrish Medical Center  (321)268-6134         Page  2
RUN DATE: 08/30/16                PARRISH MEDICAL CENTER                        PAGE 1
RUN TIME: 1818            951 N. WASHINGTON AVE. TITUSVILLE, FL. 32796
                                   DOCTOR REPORT
                                    PHYSICIAN
                              WEST,CORINNE M ARNP
```

| | | | |
|---|---|---|---|
| Name:  BAYLESS,RABANN M | | Age/Sex: 51/F | Attend Dr: WEST,CORINNE M ARNP |
| Acct#: | Unit#: | DOB: | Location:  EXP |
| Reg:  08/30/16 | Disch: | Status: REG CLI | |

Specimen: 0830:CU00010R    Collected: 08/30/16-1558   Status:  COMP   Req:
                        Received: 08/30/16-1619   Subm Dr: WEST,CORINNE M ARNP

Ordered:  Microalb,Random

| Name | Result | Flag | Reference | Site |
|---|---|---|---|---|
| **Microalb,Random** | | | | |
| Microalb Random | 29.4 | H | 0-19 mg/L | |
| Creatinine;UA | 194.5 | | mg/dL | |
| Alb/Creat Ratio | 15.1 | | mg/g | |

** END OF REPORT **

BAYLESSR_BHA_MDR00056



```
          09/02/16  11:19   Parrish Medical Center  (321)268-6134        Page  2
RUN DATE: 09/02/16                     PARRISH MEDICAL CENTER                      PAGE 1
RUN TIME: 1118              951 N. WASHINGTON AVE. TITUSVILLE, FL. 32796
                                       DOCTOR REPORT
                                        PHYSICIAN
                                   WEST, CORINNE M ARNP
```

```
Name:  BAYLESS, RAEANN M              Age/Sex: 51/F      Attend Dr: WEST, CORINNE M ARNP
Acct#:                  Unit#:        DOB:               Location:  EXP
Reg:   08/30/16      Disch:           Status: DEP CLI
```

```
Specimen: 0830:C00348R       Collected: 08/30/16-1530  Status:  COMP    Req:
                             Received:  08/30/16-1548  Subm Dr: WEST, CORINNE M ARNP

Ordered:  Comp Metabolic, TSH, 3RD Gen, Lipid Panel
```

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|

<No reportable results>

```
Specimen: 0830:CU00010R       Collected: 08/30/16-1558  Status:  COMP    Req:
                              Received:  08/30/16-1619  Subm Dr: WEST, CORINNE M ARNP

Ordered:  Microalb, Random
```

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|

<No reportable results>

```
Specimen: 0830:H00170R       Collected: 08/30/16-1538  Status:  COMP    Req:
                             Received:  08/30/16-1540  Subm Dr: WEST, CORINNE M ARNP

Ordered:  CBC & DIFF
```

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|

<No reportable results>

```
Specimen: 0830:SM00010R       Collected: 08/30/16-1550  Status:  COMP    Req:
                              Received:  08/31/16-0639  Subm Dr: WEST, CORINNE M ARNP

Ordered:  C.Tr/N.Gon RNA
```

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|

```
*********************** DEPARTMENT OF LABORATORY MEDICINE ***********************

REFERRED TESTING
C.Tr/N.Gon RNA
    C.Trach AMP RNA        Not Detected              |  Not Detected       | Q
    N.Gon. AMP RNA         Not Detected              |  Not Detected       | Q
                    This test was performed using the APTIMA COMBO2(R)
                    Assay (GEN-PROBE(R)).
```

Q - Quest Diagnostics #22522
    Performed/Referred by Quest Diagnostics Nichols Institute, Inc.
    14225 Newbrook Drive, Chantilly, VA 20153
    Patrick W Mason, MD

** CONTINUED ON NEXT PAGE **

BAYLESSR_BHA_MDR00057

09/02/16  11:19  Parrish Medical Center  (321)268-6134        Page  3
RUN DATE: 09/02/16                    PARRISH MEDICAL CENTER              PAGE 2
RUN TIME: 1118            951 N. WASHINGTON AVE. TITUSVILLE, FL. 32796
                                     DOCTOR REPORT
                                       PHYSICIAN
                               WEST,CORINNE M ARNP

Patient: BAYLESS,RAEANN M                          (Continued)

The analytical performance characteristics of this
assay, when used to test SurePath(R) specimens have
been determined by Quest Diagnostics.
THIS TEST WAS PERFORMED AT:
Quest Diagnostics Nichols Institute
14225 Newbrook Drive
Chantilly, VA 20151-0841
Patrick W Mason, M.D., Ph.D.,Director of Laboratories

** END OF REPORT **

BAYLESSR_BHA_MDR00058

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

*August  7, 2020*

Page 1
Office Visit

---

**RAEANN M BAYLESS**
55 Years Old Female  DOB ▮▮▮▮

Home: (321)289-3761
Ins: BHA HMLS ▮▮▮▮▮▮▮

---

**08/19/2016 - Office Visit: Checkup**
**Provider: Corinne West ARNP**
**Location of Care: BHA Titusville**

**Primary Provider:** Corinne West ARNP

**CC:** Checkup.

**History of Present Illness:**
RAEANN M BAYLESS is a 49 Years Old Female and is here to discuss the following:

1 -HTN on lisinopril 10mg daily, needs refill.
Getting frequent HA that feels better after she takes her lisinopril.

2- Has defective vaginal mesh and needs to seee GYN,  can feel the mesh in her vagina.

3- Wants to be screened for GC/CT

Patient's weight at last visit (12/02/2015) was 171.4 pounds.  Todays weight is 156.0 pounds.  Change of -15.4 pounds
in 261 days.  BMI is 23.72

denies current,  cp, palpitations, cough, sob, n/v/d/c, muscle weakness, numbness/ tingling

aaoX3, nad
Eyes:  PERRL/EOMI
Neck:  Supple, no masses or thyromegaly, no adenopathy
mmm, NCAT
lungs CTAB, no wheezes
s1s1, rrr, -murmurs
abd soft, NT, ND
no edema, pedal pulses intact

**Past Medical History:**
    Reviewed history from 03/07/2014 and no changes required:
    HTN
    HEP C - Undetectable

**Past Surgical History:**
    Reviewed history from 03/07/2014 and no changes required:
    Hysterectomy - not for cancer, 2014
    tubal ligation
    ▮▮▮▮▮
    gallbladder/ stones

**Family History Summary:**
    Reviewed history Last on 06/22/2016 and no changes required:08/19/2016

BAYLESSR_BHA_MDR00043

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 2
Office Visit

---

**RAEANN M BAYLESS**
55 Years Old Female  DOB

Home: (321)289-3761
Ins: BHA HMLS

---

Mother (biol.) - Has Family History of Hypertension - Entered On: 12/2/2015
Father (biol.) - Has Family History of Hypertension - Entered On: 12/2/2015
Father (biol.) - Has Family History of Other Cancer - Entered On: 12/2/2015
Brother (full) - Has Family History of Diabetes - Entered On: 12/2/2015

**General Comments - FH:**
Brother- Dm
Mother- HTN
Father- HTN, Cancer

PATIENT HAS NO KNOWN ALLERGIES.
**Current Medications:**
MULTIVITAMINS CAPS (MULTIPLE VITAMIN) Take one tablet by mouth daily
LISINOPRIL 20 MG TABS (LISINOPRIL) 1 po daily

**Risk Factors:**

Smoked Tobacco Use:  Current every day smoker
  Cigarettes:  Yes -- 1/2 pack(s) per day,  Counseled to quit/cut down:  yes
Passive smoke exposure:  yes
Drug use:  yes
  Substance:  cocaine
HIV high-risk behavior:  no
Caffeine use:  1 drinks per day
Alcohol use:  yes
Exercise:  yes
  Times per week:  4
  Type of Exercise:  walk
Seatbelt use:  100 %
Sun Exposure:  occasionally

**Previous Tobacco Use:** Signed On - 12/02/2015
Smoked Tobacco Use:  Current every day smoker
  Cigarettes:  Yes -- 1/2 pack(s) per day,  Counseled to quit/cut down:  yes
Passive smoke exposure:  yes
Drug use:  yes
  Substance:  cocaine
HIV high-risk behavior:  no
Caffeine use:  1 drinks per day

**Previous Alcohol Use:** Signed On - 12/02/2015
Alcohol use:  yes
Exercise:  yes
  Times per week:  4
  Type of Exercise:  walk
Seatbelt use:  100 %
Sun Exposure:  occasionally

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

*August 7, 2020*

Page 3
Office Visit

----------------------------------------------------------------------

**RAEANN M BAYLESS**
55 Years Old Female  DOB: ▮▮▮▮

Home: (321)289-3761
Ins: BHA HMLS ▮▮▮▮

----------------------------------------------------------------------

### DAILY FUNCTION
**Feeding yourself** DON'T NEED HELP
**Getting from bed to chair** DON'T NEED HELP  **Getting to the toilet** DON'T NEED HELP   **Getting dressed** DON'T
NEED HELP  **Bathing** DON'T NEED HELP  **Using the telephone** DON'T NEED HELP  **Taking your medicines**
DON'T NEED HELP  **Preparing meals** DON'T NEED HELP  **affairs/checkbook** DON'T NEED HELP  **Doing laundry**
DON'T NEED HELP   **Doing house work** DON'T NEED HELP   **Shopping for groceries** DON'T NEED HELP.
**Driving:** DON'T NEED HELP   **Doing handyman work** DON'T NEED HELP **Climbing a flight of stairs** DON'T NEED
HELP   **Getting to places beyond walking distance:** DON'T NEED HELP

### Vital Signs:

Patient Profile:
Height:          68 inches
Weight:          156.0 pounds
BMI:             23.72
O2 Sat:          96 %
Temp:            98.1 degrees F oral
Pulse rate:      75 / minute
Pulse rhythm:    regular
Resp:            16 per minute
BP sitting:      128 / 86 (left arm)
**PHQ9 Date:** 08/19/2016
**Previous PHQ9 Date:**
05/22/2015 (05/22/2015 3:14:39 PM)
**Previous PHQ9 Results:**
15 (05/22/2015 3:14:39 PM)

Pt. in pain?      no

Vitals Entered By: Joshua Hutcheson (August 19, 2016 10:57 AM)
**Prescriptions:**
LISINOPRIL 20 MG TABS (LISINOPRIL) 1 po daily  #30 x 3
        Entered and Authorized by:     Corinne West ARNP
        Signed by:     Corinne West ARNP on 08/19/2016
        Method used:   Electronically to
                       Century Pharmacy* (retail)
                       695 N. Washington Ave  Unit 101
                       Titusville, FL  32796
                       Ph: 321-747-0600
                       Fax:
        RxID:   1787224726803230

### Review of Systems
   See HPI

BAYLESSR_BHA_MDR00045

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 4
Office Visit

---

**RAEANN M BAYLESS**
55 Years Old Female  DOB:

Home: (321)289-3761
Ins: BHA HMLS

---

**Problems:**

**Problems Added:**

1) Dx of OTHER SPECIFIED COMPLICATION OF INTERNAL PROSTHETIC DEVICES, IMPLANTS AND GRAFTS,
NOT ELSEWHERE CLASSIFIED, INITIAL ENCOUNTER ()
2) Dx of SCREENING, COLON CANCER (ICD-V76.51)


**Impression & Recommendations:**

**Problem # 1:**  HYPERTENSION (ICD-401.9) (ICD10-I10)
Continue current meds
Orders:
CBC w/differential (CPT-85027)
CMP (CPT-80053)
Lipid Profile (CPT-80061)
TSH (CPT-84443)
Urine, Microalbumin (CPT-82044)


**Problem # 2:**  OTHER SPECIFIED COMPLICATION OF INTERNAL PROSTHETIC DEVICES, IMPLANTS AND
GRAFTS, NOT ELSEWHERE CLASSIFIED, INITIAL ENCOUNTER (ICD10-T85.89xA)
referral to GYN or URO/GYN

**Problem # 3:**  SEXUALLY TRANSMITTED DISEASE, EXPOSURE TO (ICD-V01.6) (ICD10-Z20.2)
GC/CT
Orders.
Urine, GC/Chlamydia (87491) (17305)


**Patient Instructions:**
1) Please complete blood test fasting and urine test at lab
2) FOllow-up for results
3) Please complete stool test


*I have reviewed the risks, benefits, and alternatives of care with the patient. The patient has had all questions
answered, and has verbalized understanding. I have relayed that it's the patient's responsibility to return for a follow up
visit scheduled at the time of this visit, and the patient accepts full responsibility of health care in case of no-shows or
cancellation.*


**Electronically Signed by Corinne West ARNP on 08/19/2016 at 11:49 AM**

---

BAYLESSR_BHA_MDR00046

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 9, 2018*

Page 1
Office Visit

---

**RAEANN M BAYLESS**                               Home: (321)289-3761
53 Years Old Female  DOB:                          Ins: BHA HMLS

---

**06/22/2016 - Office Visit: PT NOT SEEN**
**Provider: Joshua Hutcheson**
**Location of Care: BHA Titusville**

**Family History Summary:**
   Reviewed history Last on 05/22/2015 and no changes required:06/23/2016
Mother (biol.) - Has Family History of Hypertension - Entered On: 12/2/2015
Father (biol.) - Has Family History of Hypertension - Entered On: 12/2/2015
Father (biol.) - Has Family History of Other Cancer - Entered On: 12/2/2015
Brother (full) - Has Family History of Diabetes - Entered On: 12/2/2015

**General Comments - FH:**
Brother- Dm
Mother- HTN
Father- HTN, Cancer

**Current Medications:**
MULTIVITAMINS CAPS (MULTIPLE VITAMIN) Take one tablet by mouth daily
LISINOPRIL 20 MG TABS (LISINOPRIL) 1 po daily
SERTRALINE HCL 50 MG TABS (SERTRALINE HCL) 1 po daily

**Risk Factors:**

   Counseled to quit/cut down:  yes

**DAILY FUNCTION**
**Feeding yourself** DON'T NEED HELP
**Getting from bed to chair** DON'T NEED HELP  **Getting to the toilet** DON'T NEED HELP   **Getting dressed** DON'T
NEED HELP  **Bathing** DON'T NEED HELP  **Using the telephone** DON'T NEED HELP  **Taking your medicines**
DON'T NEED HELP  **Preparing meals** DON'T NEED HELP  **affairs/checkbook** DON'T NEED HELP  **Doing laundry**
DON'T NEED HELP  **Doing house work** DON'T NEED HELP   **Shopping for groceries** DON'T NEED HELP
**Driving:** DON'T NEED HELP   **Doing handyman work** DON'T NEED HELP **Climbing a flight of stairs** DON'T NEED
HELP   **Getting to places beyond walking distance:** DON'T NEED HELP

**Vital Signs:**

Patient Profile:
**Previous PHQ9 Date:**
05/22/2015 (05/22/2015 3:14:39 PM)
**Previous PHQ9 Results:**
15 (05/22/2015 3:14:39 PM)

BAYLESSR_SARNO FAMILY MEDICINE_MEDICAL_000035

**BHA Titusville**

*August 9, 2016*

500 N. Washington Ave, Ste 105
Titusville, FL 32796

Page 2

321-268-0267  Fax: 321-268-3357

Office Visit

----------------------------------------------------------------------

**RAEANN M BAYLESS**
53 Years Old Female  DOB

Home: (321)289-3761
Ins: BHA HMLS

----------------------------------------------------------------------

Mother (biol.) - Has Family History of Hypertension - Entered On: 12/2/2015
Father (biol.) - Has Family History of Hypertension - Entered On: 12/2/2015
Father (biol.) - Has Family History of Other Cancer - Entered On: 12/2/2015
Brother (full) - Has Family History of Diabetes - Entered On: 12/2/2015

**General Comments - FH:**
Brother- Dm
Mother- HTN
Father- HTN, Cancer

PATIENT HAS NO KNOWN ALLERGIES.
**Current Medications:**
MULTIVITAMINS CAPS (MULTIPLE VITAMIN) Take one tablet by mouth daily
LISINOPRIL 20 MG TABS (LISINOPRIL) 1 po daily

**Risk Factors:**

Smoked Tobacco Use:  Current every day smoker
  Cigarettes:  Yes -- 1/2 pack(s) per day,   Counseled to quit/cut down:  yes
Passive smoke exposure:  yes
Drug use:  yes
  Substance:  cocaine
HIV high-risk behavior:  no
Caffeine use:  1 drinks per day
Alcohol use:  yes
Exercise:  yes
  Times per week:  4
  Type of Exercise:  walk
Seatbelt use:  100 %
Sun Exposure:  occasionally

**Previous Tobacco Use:** Signed On - 12/02/2015
Smoked Tobacco Use:  Current every day smoker
  Cigarettes:  Yes -- 1/2 pack(s) per day,   Counseled to quit/cut down:  yes
Passive smoke exposure:  yes
Drug use:  yes
  Substance:  cocaine
HIV high-risk behavior:  no
Caffeine use:  1 drinks per day

**Previous Alcohol Use:** Signed On - 12/02/2015
Alcohol use:  yes
Exercise:  yes
  Times per week:  4
  Type of Exercise:  walk
Seatbelt use:  100 %
Sun Exposure:  occasionally

BAYLESSR_SARNO FAMILY MEDICINE_MEDICAL_000036

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

*August 9, 2016*

Page 3
Office Visit

--------------------------------------------------------------------------------

**RAEANN M BAYLESS**
53 Years Old Female  DOB:

Home: (321)289-3761

Ins: BHA HMLS

--------------------------------------------------------------------------------

### DAILY FUNCTION

**Feeding yourself** DON'T NEED HELP
**Getting from bed to chair** DON'T NEED HELP  **Getting to the toilet** DON'T NEED HELP   **Getting dressed** DON'T NEED HELP  **Bathing** DON'T NEED HELP   **Using the telephone** DON'T NEED HELP   **Taking your medicines** DON'T NEED HELP  **Preparing meals** DON'T NEED HELP  **affairs/checkbook** DON'T NEED HELP   **Doing laundry** DON'T NEED HELP   **Doing house work** DON'T NEED HELP   **Shopping for groceries** DON'T NEED HELP
**Driving:** DON'T NEED HELP   **Doing handyman work** DON'T NEED HELP **Climbing a flight of stairs** DON'T NEED HELP   **Getting to places beyond walking distance:** DON'T NEED HELP

### Vital Signs:

Patient Profile:
Height:          68 inches
Weight:          156.0 pounds
BMI:             23.72
O2 Sat:          96 %
Temp:            98.1 degrees F oral
Pulse rate:      75 / minute
Pulse rhythm:    regular
Resp:            16 per minute
BP sitting:      128 / 86 (left arm)
**PHQ9 Date:** 08/19/2016
**Previous PHQ9 Date:**
05/22/2015 (05/22/2015 3:14:39 PM)
**Previous PHQ9 Results:**
15 (05/22/2015 3:14:39 PM)

Pt. in pain?      no

Vitals Entered By: Joshua Hutcheson (August 19, 2016 10:57 AM)
**Prescriptions:**
LISINOPRIL 20 MG TABS (LISINOPRIL) 1 po daily  #30 x 3
          Entered and Authorized by:    Corinne West ARNP
          Signed by:    Corinne West ARNP on 08/19/2016
          Method used:   Electronically to
                         Century Pharmacy* (retail)
                         695 N. Washington Ave. Unit 101
                         Titusville, FL  32796
                         Ph: 321-747-0600
                         Fax:
          RxID:   1787224726803230

### Review of Systems

          See HPI

BAYLESSR_SARNO FAMILY MEDICINE_MEDICAL_000037

**BHA Titusville**                                      *August 9, 2018*
500 N. Washington Ave, Ste 105
Titusville, FL 32796                                    Page 4
321-268-0267  Fax: 321-268-3357                        Office Visit
-------------------------------------------------------------------------
**RAEANN M BAYLESS**                          Home: (321)289-3761
53 Years Old Female  DOB:▮▮▮▮▮           Ins: BHA HMLS ▮▮▮▮▮▮▮
-------------------------------------------------------------------------

## Problems:

**Problems Added:**

1)  Dx of OTHER SPECIFIED COMPLICATION OF INTERNAL PROSTHETIC DEVICES, IMPLANTS AND GRAFTS, NOT ELSEWHERE CLASSIFIED, INITIAL ENCOUNTER ()
2)  Dx of SCREENING, COLON CANCER (ICD-V76.51)

## Impression & Recommendations:

**Problem # 1:**  HYPERTENSION (ICD-401.9) (ICD10-I10)
Continue current meds
Orders:
CBC w/differential (CPT-85027)
CMP (CPT-80053)
Lipid Profile (CPT-80061)
TSH (CPT-84443)
Urine, Microalbumin (CPT-82044)

**Problem # 2:**  OTHER SPECIFIED COMPLICATION OF INTERNAL PROSTHETIC DEVICES, IMPLANTS AND GRAFTS, NOT ELSEWHERE CLASSIFIED, INITIAL ENCOUNTER (ICD10-T85.89xA)
referral to GYN or URO/GYN

**Problem # 3:**  SEXUALLY TRANSMITTED DISEASE, EXPOSURE TO (ICD-V01.6) (ICD10-Z20.2)
GC/CT
Orders:
Urine, GC/Chlamydia (87491) (17305)

**Patient Instructions:**
1)  Please complete blood test fasting and urine test at lab
2)  FOllow-up for results
3)  Please complete stool test

*I have reviewed the risks, benefits, and alternatives of care with the patient. The patient has had all questions answered, and has verbalized understanding. I have relayed that it's the patient's responsibility to return for a follow up visit scheduled at the time of this visit, and the patient accepts full responsibility of health care in case of no-shows or cancellation.*

**Electronically Signed by Corinne West ARNP on 08/19/2018 at 11:49 AM**
_____

BAYLESSR_SARNO FAMILY MEDICINE_MEDICAL_000038

DEC/14/2015/MON 08:20 AM    PMC LAB                    FAX No. 3212686149                    P. 009/028

RUN DATE: 12/14/15                          PARRISH MEDICAL CENTER                              PAGE 1
RUN TIME: 0652                    951 N. WASHINGTON AVE. TITUSVILLE, FL. 32796
                                              Doctor Report
                                                PHYSICIAN
                                            WEST,CORINNE M ARNP

Name:  BAYLESS,BREANN M                      Age/Sex: 50/F          Attend Dr: WEST,CORINNE M ARNP
Acct#:                    Unit#:             DOB:                   Location:   EXP
Reg:    12/11/15          Disch:             Status: DEP CLI

Specimen: 1211:C00277R          Collected: 12/11/15-1126   Status:  COMP      Req:
                                Received:  12/11/15-1132   Subm Dr: WEST, CORINNE M ARNP

Ordered:  Comp Metabolic

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| Comp Metabolic | | | | |
| Glucose-Fasting | 102 | H | 70-100 mg/dL | |
| | NON-FASTING GLUCOSE REFERENCE RANGE: 70-200 mg/dL | | | |
| Sodium | 140 | | 133-143 mmol/L | |
| Potassium | | | mmol/L | |
| Chloride | 106 | | 101-111 mmol/L | |
| Anion Gap | 14 | | 10-20 mmol/L | |
| BUN/Nitrogen | 23 | | mg/dl | |
| Creatinine | 0.79 | | 0.60-0.90 mg/dL | |
| BUN/Creatinine | 29.0 | H | 10.0-20.0 | |
| Calculated Osmo | 283 | | 274-293 mosm/kg | |
| Calcium Total | | | mg/dL | |
| Total Protein | 6.8 | | 6.4-8.3 gm/dL | |
| Albumin | | | gm/dL | |
| A/G Ratio | 2 | | 1.0-2.6 | |
| Total Bili | 0.4 | | 0.2-1.2 mg/dL | |
| AST (SGOT) | 15 | | 10-40 u/L | |
| ALT(SGPT) | | | 10-33 u/L | |
| Alk Phos | 63 | | 35-104 u/L | |
| EST GFR | at 29 | | SEE REF | |

                          Chronic Kidney Disease
                          (CKD) Stage GFR [2001 (mL/min/1.73 m2)

                          Normal              >=90 (no proteinuria)
                          Stage 1             >=90 (with evidence of kidney damage)
                          Stage 2 (mild)      60 - 89 (with evidence of kidney damage)
                          Stage 3 (moderate)  30 - 59
                          Stage 4 (severe)    15 - 29
                          Stage 5 (kidney failure)  <15

                          A single eGFR result should not be used to determine
                          the extent of renal disease, especially in hospitalized
                          patients.  eGFR has not been validated for pregnant
                          females and patients less than 18 years of age.

                          (Estimated GFR is calculated using the
                          Chronic Kidney Disease Epidemiology
                          Collaboration, 2009 (CKD-EPI) formula).

                            ** CONTINUED ON NEXT PAGE **

BAYLESSR_BHA_MDR00052

DEC/14/2015/MON 08:21 AM    PMC LAB                          FAX No. 3212686149                          P. 010/028

RUN.DATE: 12/14/15                          PARRISH MEDICAL CENTER                          PAGE 2
RUN TIME: 0652                   951 N. WASHINGTON AVE. TITUSVILLE, FL. 32796
                                            Doctor Report
                                            PHYSICIAN
                                       WEST, CORINNE M ARNP

| Patient: BAYLESS, RAEANN M | (Continued) |
|---|---|

Specimen: 1211:C00276R          Collected: 12/11/15-1126   Status: COMP    Req:
                                Received: 12/11/15-1132   Subm Dr: WEST, CORINNE M ARNP

Ordered:    Hemoglobin A1C

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| HB A1C | | | | |
| Estim Avg Glu | 111.15 | | | |

** END OF REPORT **

BAYLESSR_BHA_MDR00053

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

*August 7, 2020*

Page 1
Office Visit

---

**RAEANN M BAYLESS**
55 Years Old Female  DOB: ▮▮▮▮▮

Home: (321)289-3761
Ins: BHA HMLS ▮▮▮▮▮

---

**12/02/2015 - Office Visit: C/O lab follow up ,.tw**
**Provider: Corinne West ARNP**
**Location of Care: BHA Titusville**

**Visit Type:** Follow-up Visit
**Primary Provider:** Corinne West ARNP

**CC:** Lab follow Up .

**History of Present Illness:**
RAEANN M BAYLESS is a 49 Years Old Female and is here to discuss the following:

1 -HTN on lisinopril 10mg daily.  BP 160/110, did not yet take lisinopril has mimor HA at present.
Getting frequent HA that feels better after she takes her lisinopril.

2- Labs reviewed from 6/2015 show IFG 117

denies current, vision change, hearing change, cp, palpitations, cough, sob, n/v/d/c, muscle pain or weakness,
numbness/ tingling

aaoX3, nad
Eyes: PERRL/EOMI
Ears: TM's pearly gray with normal canals
Nose:  No deformity, discharge, or lesions
Mouth:  No deformity or lesions
Neck:  Supple, no masses or thyromegaly, no adenopathy
mmm, NCAT
lungs CTAB, no wheezes
s1s1, rrr, -murmurs
abd soft, NT, ND
skin warm and dry, no rashes or lesions
no edema, pedal pulses intact

**Past Medical History:**
  Reviewed history from 03/07/2014 and no changes required
    HTN
    HEP C - Undetectable

**Past Surgical History:**
  Reviewed history from 03/07/2014 and no changes required
    Hysterectomy - not for cancer, 2014
    tubal ligation
    ▮▮▮▮▮
    gallbladder/ stones

BAYLESSR_BHA_MDR00004

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 2
Office Visit

---

**RAEANN M BAYLESS**
55 Years Old Female  DOB: ████████

Home: (321)289-3761
Ins: BHA HMLS ████████

---

**Family History Summary:**
Father (biol.) - Has Family History of Other Cancer - Entered On: 12/2/2015
Mother (biol.) - Has Family History of Hypertension - Entered On: 12/2/2015
Father (biol.) - Has Family History of Hypertension - Entered On: 12/2/2015
Brother (full) - Has Family History of Diabetes - Entered On: 12/2/2015

**General Comments - FH:**
Brother- Dm
Mother- HTN
Father- HTN, Cancer

PATIENT HAS NO KNOWN ALLERGIES.
**Current Medications:**
MULTIVITAMINS CAPS (MULTIPLE VITAMIN) Take one tablet by mouth daily
LISINOPRIL 20 MG TABS (LISINOPRIL) 1 po daily
METRONIDAZOLE 500 MG TABS (METRONIDAZOLE) 1 po BID for 7 days
SERTRALINE HCL 50 MG TABS (SERTRALINE HCL) 1 po daily

**Risk Factors:**

Smoked Tobacco Use: Current every day smoker
  Cigarettes: Yes -- 1/2 pack(s) per day,   Counseled to quit/cut down:  yes
Passive smoke exposure: yes
Drug use:  yes
  Substance: cocaine
HIV high-risk behavior:  no
Caffeine use:  1 drinks per day
Alcohol use:  yes
Exercise:  yes
  Times per week:  4
  Type of Exercise:  walk
Seatbelt use: 100 %
Sun Exposure:  occasionally

**DAILY FUNCTION**
**Feeding yourself** DON'T NEED HELP
**Getting from bed to chair** DON'T NEED HELP **Getting to the toilet** DON'T NEED HELP   **Getting dressed** DON'T
NEED HELP  **Bathing** DON'T NEED HELP   **Using the telephone** DON'T NEED HELP  **Taking your medicines**
DON'T NEED HELP  **Preparing meals** DON'T NEED HELP  **affairs/checkbook** DON'T NEED HELP  **Doing laundry**
DON'T NEED HELP   **Doing house work** DON'T NEED HELP   **Shopping for groceries** DON'T NEED HELP
**Driving:** DON'T NEED HELP   **Doing handyman work** DON'T NEED HELP **Climbing a flight of stairs** DON'T NEED
HELP   **Getting to places beyond walking distance:** DON'T NEED HELP

**Vital Signs:**

BAYLESSR_BHA_MDR00005

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 3
Office Visit

----

**RAEANN M BAYLESS**
55 Years Old Female DOB

Home: (321)289-3761
Ins: BHA HMLS

----

Patient Profile:
| | |
|---|---|
| Height: | 68 inches |
| Weight: | 171.4 pounds |
| BMI: | 26.06 |
| BSA: | 1.92 |
| O2 Sat: | 97 % |
| Temp: | 98.0 degrees F oral |
| Pulse rate: | 60 / minute |
| Pulse rhythm: | regular |
| Resp: | 16 per minute |
| BP sitting: | 160 / 110  (left arm) |
| Cuff size: | regular |

**Previous PHQ9 Date:**
05/22/2015 (05/22/2015 3:14:39 PM)
**Previous PHQ9 Results:**
15 (05/22/2015 3:14:39 PM)

Vitals Entered By: Tiffany Welke (December 2, 2015 8:41 AM)


**Review of Systems**
See HPI


**Problems:**

**Problems Added:**

1) Dx of IMPAIRED FASTING GLUCOSE (ICD-790.21)


**Impression & Recommendations:**

**Problem # 1:** HYPERTENSION (ICD-401.9) (ICD10-I10)
Increases lisinopril to 20mg daily

Recheck 1 week

DASH diet (Increase fruits and vegetables, use fat-free or low-fat milk products)
Reduce sodium intake to no more then 2.4g sodium a day.
Limit alcohol intake to no more then 1 oz of 100 proof whiskey/ 12 oz beer/ 5 oz wine a day for women
Engage in aerobic activity for at least 30 minutes most days of the week- when BP better controlled
Do not smoke and reduce the intake of saturated fat and cholesterol.
BP goal < 140/90

**Problem # 2:** IMPAIRED FASTING GLUCOSE (ICD-790.21) (ICD10-R73.01)
Decrease sugar in diet

Recommended weight loss. Discussed diet and lifestyle changes including 30 minutes a day of moderate exercise,

**BAYLESSR_BHA_MDR00006**

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 4
Office Visit

---

**RAEANN M BAYLESS**
55 Years Old Female  DOB: ▮▮▮▮▮▮

Home: (321)289-3761
Ins: BHA HMLS ▮▮▮▮▮▮▮

---

decreased calorie intake, increased fruits and vegetables.

Orders:
CMP (CPT-80053)
HbA1C (CPT-83036)

**Medications Added to Medication List This Visit:**
1) Lisinopril 20 Mg Tabs (Lisinopril) .... 1 po daily

**Patient Instructions:**
1) Increase lisinopril to 20mg daily
2) Follow-up 1 week
3) Please complete blood work fasting at least 2 days prior
4) DASH diet (Increase fruits and vegetables, use fat-free or low-fat milk products).
5) Reduce sodium intake to no more then 2.4g sodium a day.
6) Limit alcohol intake to no more then 1 oz of 100 proof whiskey/ 12 oz beer/ 5 oz wine a day for women
7) Do not smoke and reduce the intake of saturated fat and cholesterol.
8) BP goal < 140/90

*I have reviewed the risks, benefits, and alternatives of care with the patient. The patient has had all questions answered, and has verbalized understanding. I have relayed that it's the patient's responsibility to return for a follow up visit scheduled at the time of this visit, and the patient accepts full responsibility of health care in case of no-shows or cancellation.*

**Electronically Signed by Corinne West ARNP on 12/02/2015 at 12:36 PM**

---

BAYLESSR_BHA_MDR00007

**BHA Titusville**
August 7, 2020
500 N. Washington Ave, Ste 105
Titusville, FL 32796
Page 1
321-268-0267  Fax: 321-268-3357
Office Visit

---

**RAEANN M BAYLESS**
Home: (321)289-3761
55 Years Old Female DOB:
Ins: BHA HMLS

---

**05/22/2015 - Office Visit: C/O bloodwork orders needed..tw**
**Provider: Corinne West ARNP**
**Location of Care: BHA Titusville**

**Visit Type:** Acute Visit
**Primary Provider:** Corinne West ARNP

**CC:** Bloodwork

**History of Present Illness:**
RAEANN M BAYLESS is a 49 Years Old Female and is here to discuss the following:

1 - HTN takes lisinopril but not for the past weeks. BP 128/82. Labs reviewed with patient.
2Complains of getting anger easily, no thoughts of hurting self or others
3 has had a foul odor with vaginal discharge. No pelvic pain or burning with urination. Similar to past when treated with flagyl, this worked

Patient's weight at last visit (07/24/2014) was 162.8 pounds. Todays weight is 163.4 pounds. Change of 0.6 pounds in 302 days. BMI is 24.93

denies current ha, vision change, hearing change, cp, palpitations, cough, sob, n/v/d/c, muscle pain or weakness, numbness/ tingling, anxiety or depression.

aaoX3, nad
Eyes: PERRL/EOMI
Ears: TM's pearly gray with normal canals
Nose: No deformity, discharge, or lesions
Mouth: No deformity or lesions
Neck: Supple, no masses or thyromegaly, no adenopathy
mmm, NCAT
lungs CTAB, no wheezes
s1s1, rrr, -murmurs
abd soft, NT, ND
skin warm and dry, no rashes or lesions
no edema, pedal pulses intact

**Prescriptions:**
SERTRALINE HCL 50 MG TABS (SERTRALINE HCL) 1 po daily  #30[tablet] x 2
        Entered and Authorized by:        Corinne West ARNP
        Signed by:        Corinne West ARNP on 05/22/2015
        Method used:    Electronically to
                        Century Pharmacy* (retail)
                        695 N. Washington Ave  Unit 101
                        Titusville, FL 32796
                        Ph:
                        Fax:
        RxID:  1747928353312630
METRONIDAZOLE 500 MG TABS (METRONIDAZOLE) 1 po BID for 7 days  #14[tablet] x 0
        Entered and Authorized by:        Corinne West ARNP
        Signed by:        Corinne West ARNP on 05/22/2015

**BAYLESSR_BHA_MDR00008**

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 2
Office Visit

---

**RAEANN M BAYLESS**
55 Years Old Female DOB:

Home: (321)289-3761
Ins: BHA HMLS

---

Method used:  Electronically to
             Century Pharmacy* (retail)
             695 N. Washington Ave. Unit 101
             Titusville, FL 32796
             Ph:
             Fax:
RxID:  1747928323712630
LISINOPRIL 10 MG TABS (LISINOPRIL) 1 po daily #30[tablet] x 3
Entered and Authorized by:      Corinne West ARNP
Signed by:      Corinne West ARNP on 05/22/2015
Method used:  Electronically to
             Century Pharmacy* (retail)
             695 N. Washington Ave. Unit 101
             Titusville, FL 32796
             Ph:
             Fax:
RxID:  1747928323262630

**Past Medical History:**
Reviewed history from 03/07/2014 and no changes required:
HTN
HEP C - Undetectable

**Past Surgical History:**
Reviewed history from 03/07/2014 and no changes required:
Hysterectomy - not for cancer, 2014
tubal ligation

gallbladder/ stones

**Family History:**
Reviewed history from 03/07/2014 and no changes required:
Brother- Dm
Mother- HTN
Father- HTN. Cancer

PATIENT HAS NO KNOWN ALLERGIES.
**Current Medications:**
MULTIVITAMINS CAPS (MULTIPLE VITAMIN) Take one tablet by mouth daily
LISINOPRIL 10 MG TABS (LISINOPRIL) 1 po daily
METRONIDAZOLE 500 MG TABS (METRONIDAZOLE) 1 po BID for 7 days
SERTRALINE HCL 50 MG TABS (SERTRALINE HCL) 1 po daily

**Vital Signs:**

BAYLESSR_BHA_MDR00009

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 3
Office Visit

---

**RAEANN M BAYLESS**
55 Years Old Female  DOB:

Home: (321)269-3761
Ins: BHA HMLS

---

Patient Profile: 50 Years Old Female
LMP:            2012
Height:         68 inches
Weight:         163.4 pounds
BMI:            24.93
BSA:            1.88
O2 Sat:         98 %
Temp:           97.7 degrees F oral
Pulse rate:     60 / minute
Pulse rhythm:   regular
Resp:           18 per minute
Cuff size:      regular

**Risk Factors:**

Tobacco use: current every day smoker
    Cigarettes: Yes -- 1/2 pack(s) per day
    Counseled to quit/cut down tobacco use: yes
Passive smoke exposure: yes
Drug use: yes
    Substance: cocaine
HIV high-risk behavior: no
Caffeine use: 1 drinks per day
Alcohol use: yes
Exercise: yes
    Times per week: 4
    Type: walk
Seatbelt use: 100 %
Sun Exposure: occasionally

**Vital Signs:**

Patient Profile: 50 Years Old Female
LMP:            2012
Height:         68 inches
Weight:         163.4 pounds
BMI:            24.93
BSA:            1.88
O2 Sat:         98 %
Temp:           97.7 degrees F oral
Pulse rate:     60 / minute
Pulse rhythm:   regular
Resp:           18 per minute
(right arm)
Cuff size:      regular
**PHQ9 Date:**  05/22/2015
**Previous PHQ9 Date:**
03/07/2014 (03/07/2014 1 34:39 PM)

BAYLESSR_BHA_MDR00010

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

*August 7, 2020*

Page 4
Office Visit

--------------------------------------------------------------------------------

**RAEANN M BAYLESS**
55 Years Old Female  DOB:

Home: (321)289-3761
Ins: BHA HMLS

--------------------------------------------------------------------------------

**PHQ9 Results:**  15
**Previous PHQ9 Results:**
12 (03/07/2014 1:34:39 PM)

Vitals Entered By: Tiffany Welke (May 22, 2015 3:15 PM)

**Review of Systems**
   See HPI

**Impression & Recommendations:**

**Problem # 1:**  HYPERTENSION (ICD-401.9)

Her updated medication list for this problem includes:
   Lisinopril 10 Mg Tabs (Lisinopril) ..... 1 po daily

Orders:
CMP (CPT-80053)
Lipid Profile (CPT-80061)
TSH (CPT-84443)
CBC with Differential (CPT-85025)
Urine, Microalbumin (CPT-82044)

**Problem # 2:**  ANGER (ICD-312.00)
Start sertraline

FU 1 month, sooner if needed
Patient denies suicidal/ homicidal ideation. Discussed strategies to improve life.

**Problem # 3:**  VAGINAL DISCHARGE (ICD-623.5)
flagyl as directed

RTC as needed or ASAP if symptoms persist or worsen

**Medications Added to Medication List This Visit:**
1) Lisinopril 10 Mg Tabs (Lisinopril)    1 po daily
2) Sertraline Hcl 50 Mg Tabs (Sertraline hcl) .... 1 po daily

**Patient Instructions:**
1) Medications as directed
2) Follow-up 1 month
3) Please complete blood work fsting 1 week prior

BAYLESSR_BHA_MDR00011

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

*August  7, 2020*

Page 5
Office Visit

---

**RAEANN M BAYLESS**
55 Years Old Female  DOB ████████

Home: (321)289-3761
Ins: BHA HMLS ████████

---

*I have reviewed the risks, benefits, and alternatives of care with the patient. The patient has had all questions answered, and has verbalized understanding. I have relayed that it's the patient's responsibility to return for a follow up visit scheduled at the time of this visit, and the patient accepts full responsibility of health care in case of no-shows or cancellation.*

**Electronically Signed by Corinne West ARNP on 05/22/2015 at 6:28 PM**

---

BAYLESSR_BHA_MDR00012

JUN/12/2015/FRI 08:15 AM   PMC LAB          FAX No. 3212686149          P. 005/023

RUN DATE: 06/12/15                 PARRISH MEDICAL CENTER                      PAGE 1
RUN TIME: 0653               951 N. WASHINGTON AVE. TITUSVILLE, FL. 32796
                                     Doctor Report
                                       PHYSICIAN
                                  WEST, CORINNE M ARNP

Name:  BAYLESS, RAEANN M              Age/Sex:  50/F        Attend Dr: WEST, CORINNE M ARNP
Acct#                     Unit#       DOB:                  Location:  EXP
Reg:   06/11/15           Disch:      Status:  DEP CLI

Specimen: 0611:C00271R       Collected: 06/11/15-1234   Status:  COMP    Req#
                             Received:  06/11/15-1242   Subm Dr: WEST, CORINNE M ARNP

Ordered:  Comp Metabolic, TSH, 3RD Gen, Lipid Panel

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| Comp Metabolic | | | | |
| Glucose-Fasting | 117 | H | 70-100 md/dL | |
| | NON-FASTING GLUCOSE REFERENCE RANGE: 70 - 200 mg/dL | | | |
| Sodium | 143 | | 133-143 mmol/L | |
| Potassium | 4.3 | | 3.5-5.0 mmol/L | |
| Chloride | 106 | | 101-111 mmol/L | |
| Carbon Dioxide | 24 | | 22-29 mmol/L | |
| Anion Gap | 17 | | 10-20 mmol/L | |
| Urea Nitrogen | 19 | | 6-20 mg/dL | |
| Creatinine | 1.03 | H | 0.50-0.90 mg/dL | |
| BUN Creat Ratio | 18.0 | | | |
| Calculated Osmo | 288 | | 274-293 mosm/KG | |
| Calcium, Total | 10.0 | | 8.4-10.2 mg/dL | |
| Total Protein | 8.1 | | 6.4-8.3 gm/dL | |
| Albumin | 4.5 | | 3.5-5.2 g/dL | |
| A/G Ratio | 1 | | 1.0-2.6 | |
| Total Bili | 0.3 | | 0.2-1.2 mg/dL | |
| AST(SGOT) | 17 | | 10-40 U/L | |
| ALT(SGPT) | 19 | | 10-33 U/L | |
| Alk Phos | 81 | | 35-104 u/L | |
| Est GFR | 63.33 | | SEE REF | |

Chronic Kidney Disease
(CKD) stage GFR level (ml/min/1.73 m2)

Normal                  >=90 (no proteinuria)
Stage 1                 >=90 (with evidence of kidney damage)
Stage 2 (mild)          60 - 99 (with evidence of kidney damage)
Stage 3 (moderate) 30 - 59
Stage 4 (severe)   15 - 29
Stage 5 (kidney failure)  <15

A single eGFR result should not be used to determine
the extent of renal disease, especially in hospitalized
patients.  eGFR has not been validated for pregnant
females and patients less than 18 years of age.

(Estimated GFR is calculated using the
Chronic Kidney Disease Epidemiology
Collaboration, 2009  [CKD-EPI] formula).

| TSH, 3RD Gen | 2.26 | | 0.27-4.2 uIU/mL | |

** CONTINUED ON NEXT PAGE **

BAYLESSR_BHA_MDR00049

JUN/12/2015/FRI 08:15 AM   PMC LAB                FAX No. 3212686149              P. 006/023

RUN DATE: 06/12/15                      PARRISH MEDICAL CENTER                          PAGE 2
RUN TIME: 0653              951 N. WASHINGTON AVE. TITUSVILLE, FL. 32796
                                      Doctor Report
                                        PHYSICIAN
                                    WEST, CORINNE M ARNP

Patient: BAYLESS, RAEANN M                          ████████          (Continued)

Specimen: 0611:C00271R        Collected: 06/11/15-1234              (Continued)

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| Lipid Panel | | | | |
| Cholesterol | 222 | H | 0-200 mg/dL | |

Total Cholesterol Reference Values (NCEP)
        Desirable:    Less than 200 mg/dL
        Borderline High:  200 - 239 mg/dL
        High:  Equal to or greater than 240 mg/dL

| Triglyceride | 185 | H | -149 mg/dL | |

Triglyceride Reference Values (NCEP)
        Normal:   Less than 150 mg/dL
        Borderline High:  150-199 mg/dL
        High:  200-499 mg/dL
        Very High:  Equal to or greater than 500 mg/dL

| HDL | 62 | | -37-75 mg/dL | |
| LDL(Calculated) | 123 | | -129 mg/dL | |

                              LDL Cholesterol
Age:              Reference Range:
0-18 years          <110  Optimal
                    111-129  Borderline
                    >=130  High

            >=19 years  <100  Optimal
                    100-129  Near Borderline/Above Optimal
                    130-159  Borderline High
                    160-189  High
                    >189  Very High

When the Triglyceride results are greater than 200 mg/dL,
the calculated LDL significantly underestimates the true
LDL concentration.  An LDL by direct measurement is
recommended.

Specimen: 0611:CU00015R    Collected: 06/11/15-1233  Status: COMP   Req: 00270337
                          Received: 06/11/15-1243  Subm Dr: WEST, CORINNE M ARNP

Ordered:  Microalb, Random

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| Microalb, Random | | | | |
| Microalb Random | 102.0 | H | 0-19 mg/L | |
| Creatinine, UA | 393.9 | | mg/dL | |
| Alb/Creat Ratio | 25.8 | | mg/g | |

                    ** CONTINUED ON NEXT PAGE **

BAYLESSR_BHA_MDR00050

JUN/12/2015/FRI 06:15 AM   PMC LAB          FAX No. 3212686149          P. 007/023

```
RUN DATE: 06/12/15                  PARRISH MEDICAL CENTER                      PAGE 3
RUN TIME: 0653             951 N. WASHINGTON AVE. TITUSVILLE, FL. 32796
                                      Doctor Report
                                        PHYSICIAN
                                   WEST,CORINNE M ARNP
```

Patient: BAYLESS,RAEANN M                    ▇▇▇▇▇▇▇▇▇    (Continued)

Specimen: 0611:H00137R      Collected: 06/11/15-1234   Status:  COMP   Req: ▇▇▇▇▇
                            Received:  06/11/15-1242   Subm Dr: WEST,CORINNE M ARNP

Ordered:  CBC & DIFF

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| CBC. & DIFF | | | | |
| WBC | 10.3 | | 3.9-11.0 TH/MM3 | |
| RBC | 5.43 | H | 3.7-5.2 MIL/MM3 | |
| HGB | 15.8 | H | 11-15 g/dL | |
| HCT | 48.6 | H | 33-45 % | |
| MCV | 89.6 | | 82-96 FL | |
| MCH | 29.1 | | 27-33 PG | |
| MCHC | 32.5 | | 32-35 G/DL | |
| RDW | 14.1 | | 11.9-15.3 % | |
| Plt Count | 243 | | 155-387 TH/MM3 | |
| MPV | 10.6 | H | 7.4-10.4 FL | |
| Automated Diff | | | | |
| Neutrophil # | 6.4 | | 2.2-7.7 TH/MM3 | |
| Lymphocyte # | 3.1 | | 0.8-4.0 TH/MM3 | |
| Monocyte # | 0.6 | | 0.2-1.2 TH/MM3 | |
| Eosinophil # | 0.2 | | 0-0.7 TH/MM3 | |
| Basophil # | 0.0 | | 0-0.2 TH/MM3 | |

** END OF REPORT **

BAYLESSR_BHA_MDR00051

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

*August  7, 2020*

Page 1
Office Visit

------------------------------------------------------------------------------------

**RAEANN M BAYLESS**
55 Years Old Female  DOB:

Home: (321)289-3761
Ins: BHA HMLS

------------------------------------------------------------------------------------

**07/24/2014 - Office Visit: F/U Results...sm**
**Provider: Corinne West ARNP**
**Location of Care: BHA Titusville**

**Primary Provider:** David Magness DO

**History of Present Illness:**
RAEANN M BAYLESS is a 49 Years Old Female and is here to discuss the following:

1 - HTN takes lisinopril but not for the past weeks. BP 128/82.  Labs reviewed with patient.
2 - has had a foul odor with vaginal discharge. No pelvic pain or burning with urination. Wants STD testing.
3- Family history of throat cancer, wants to be screened for this, has had some hoarseness.
4- Still smoking crack on a daily basis. Sometimes gets chest pressure after she smokes it.

Patient's weight at last visit (03/07/2014) was 175.6 pounds.  Todays weight is 162.8 pounds.  Change of -12.8 pounds
in 139 days.  BMI is 24.84

denies current  ha, vision change, hearing change, cp, palpitations, cough, sob, n/v/d/c, muscle pain or weakness,
numbness/ tingling, anxiety or depression.

aaoX3, nad
Eyes:  PERRL/EOMI
Ears:  TM's pearly gray with normal canals
Nose:  No deformity, discharge, or lesions
Mouth:  No deformity or lesions
Neck:  Supple, no masses or thyromegaly, no adenopathy
mmm, NCAT
lungs CTAB, no wheezes
s1s1, rrr, -murmurs
abd soft, NT, ND
skin warm and dry. no rashes or lesions
no edema, pedal pulses intact

**Past Medical History:**
  Reviewed history from 03/07/2014 and no changes required:
  HTN
  HEP C - Undetectable

**Past Surgical History:**
  Reviewed history from 03/07/2014 and no changes required:
  Hysterectomy - not for cancer, 2014
  tubal ligation

  gallbladder/ stones

BAYLESSR_BHA_MDR00013

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 2
Office Visit

--------------------------------------------------------------------------------

**RAEANN M BAYLESS**
55 Years Old Female  DOB:

Home: (321)289-3761
Ins: BHA HMLS

--------------------------------------------------------------------------------

### Family History:
Reviewed history from 03/07/2014 and no changes required:
  Brother- Dm
  Mother- HTN
  Father- HTN, Cancer


PATIENT HAS NO KNOWN ALLERGIES.
**Current Medications:**
BIOTIN TABS (BIOTIN TABS) 1 po daily
FISH OIL CAPS (OMEGA-3 FATTY ACIDS CAPS) 1 po daily
MULTIVITAMINS CAPS (MULTIPLE VITAMIN) Take one tablet by mouth daily
LISINOPRIL 20 MG TABS (LISINOPRIL) take one tab PO daily
METRONIDAZOLE 500 MG TABS (METRONIDAZOLE) 1 po BID for 7 days


### Vital Signs:

Patient Profile:  49 Years Old Female
Height:          68 inches
Weight:          162.8 pounds
BMI:             24.84
BSA:             1.87
O2 Sat:          97 %
Temp.            97.7 degrees F oral
Pulse rate:      69 / minute
Pulse rhythm:    regular
Resp:            14 per minute
BP sitting:      128 / 82
Cuff size:       regular


### Risk Factors:

Tobacco use:  current every day smoker
  Cigarettes:  Yes -- 1/2 pack(s) per day
  Counseled to quit/cut down tobacco use:  yes
Passive smoke exposure:  yes
Drug use:  yes
  Substance:  cocaine
HIV high-risk behavior:  no
Caffeine use:  1 drinks per day
Alcohol use:  yes
Exercise:  yes
  Times per week:  4
  Type:  walk
Seatbelt use:  100 %
Sun Exposure:  occasionally
**Prescriptions:**
METRONIDAZOLE 500 MG TABS (METRONIDAZOLE) 1 po BID for 7 days  #14[tablet] x 0

**BAYLESSR_BHA_MDR00014**

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax:321-268-3357

*August 7, 2020*
Page 3
Office Visit

---

**RAEANN M BAYLESS**
55 Years Old Female  DOB [REDACTED]

Home: (321)289-3761
Ins: BHA HMLS [REDACTED]

---

Entered and Authorized by:     Corinne West ARNP
Signed by:      Corinne West ARNP on 07/24/2014
Method used:   Electronically to
                Century Pharmacy* (retail)
                695 N. Washington Ave  Unit 101
                Titusville, FL  32796
                Ph:
                Fax:
RxID:   1721819487262640

## Vital Signs:

Patient Profile:  49 Years Old Female
Height:          68 inches
Weight:          162.8 pounds
BMI:             24.84
BSA:             1.87
O2 Sat:          97 %
Temp:            97.7 degrees F oral
Pulse rate:      69 / minute
Pulse rhythm:    regular
Resp:            14 per minute
BP sitting:      128 / 82  (left arm)
Cuff size:       regular
**Previous PHQ9 Date:**
03/07/2014 (03/07/2014 1:34:39 PM)
**Previous PHQ9 Results:**
12 (03/07/2014 1:34:39 PM)

Vitals Entered By: Stacy Morris, MA (July 24, 2014 10:38 AM)

## Review of Systems
    See HPI

## Impression & Recommendations:

**Problem # 1:**  HYPERTENSION (ICD-401.9)

Her updated medication list for this problem includes:
    Lisinopril 20 Mg Tabs (Lisinopril) .... Take one tab po daily
5/12/14 crt 0.82

**Problem # 2:**  HYPERTRIGLYCERIDEMIA (ICD-272.1)

BAYLESSR_BHA_MDR00015

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0287 Fax: 321-268-3357

*August 7, 2020*

Page 4
Office Visit

------------------------------------------------------------

**RAEANN M BAYLESS**
55 Years Old Female DOB

Home: (321)289-3761
Ins: BHA HMLS

------------------------------------------------------------

5/12/14 TC 203, Trig 346, LDL 89, HDL 45, AST 14, ALT 15

Low-fat diet.
Eliminate alcohol.
30-60min of aerobic activity most days of the week.
Triglyceride goal is <150

**Problem # 3:** VAGINITIS (ICD-616.10)

Her updated medication list for this problem includes:
   Metronidazole 500 Mg Tabs (Metronidazole) ..... 1 po bid for 7 days
No alcohol
RTC as needed or ASAP if symptoms persist or worsen

**Problem # 4:** HOARSENESS (ICD-784.42)
QUIT SMOKING ADVISED.  Potential risks and complications of smoking discussed.  Treatment options and alternatives
reviewed.  Advised pt to call 1-877 - U-Can- Now quit smoking hot line for assistance.
Orders:
ENT (CPT-99499)

**Problem # 5:** SEXUALLY TRANSMITTED DISEASE, EXPOSURE TO (ICD-V01.6)

Orders:
HIV 1/2 REFL WB (86703) (19728)
Hepatitis Panel, acute w/reflex confirmation (80074) (10306)
Urine, GC/Chlamydia (87491) (17305)
RPR monitoring w/ reflex titer (86592) (799)

**Problem # 6:** COCAINE ABUSE, EPISODIC (ICD-304.22)
Smokes crack daily.
Discussed with patient that she could smoke crack have a vasospasm, heart attack and die.
Discussed treatment options
Patient is agreeable to meeting with case management.
Orders:
Case Management (CPT-G9012)

**Medications Added to Medication List This Visit:**
1)  Metronidazole 500 Mg Tabs (Metronidazole) .... 1 po bid for 7 days

**Patient Instructions:**
1)  Stop smoking.
2)  Please meet with case manager for substance abuse.
3)  Please schedule a follow-up appointment in 1 month.
4)  Please complete testing.
5)  RTC as needed or ASAP if symptoms persist or worsen
6)  Low-fat diet
7)  Eliminate alcohol.
8)  30-60min of aerobic activity most days of the week.

BAYLESSR_BHA_MDR00016

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

*August  7. 2020*

Page 5
Office Visit

--------------------------------------------------------------------

**RAEANN M BAYLESS**
55 Years Old Female  DOB: ▮

Home: (321)289-3761
Ins: BHA HMLS ▮

--------------------------------------------------------------------

9)  Triglyceride goal is <150

*I have reviewed the risks, benefits, and alternatives of care with the patient. The patient has had all questions
answered, and has verbalized understanding. I have relayed that it's the patient's responsibility to return for a follow up
visit scheduled at the time of this visit, and the patient accepts full responsibility of health care in case of no-shows or
cancellation.*

**Electronically Signed by Corinne West ARNP on 07/24/2014 at 11:27 AM**

BAYLESSR_BHA_MDR00017

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 1
Office Visit

---

**RAEANN M BAYLESS**
55 Years Old Female  DOB: ▊▊▊▊

Home: (321)289-3761
Ins: BHA HMLS ▊▊▊▊

---

**05/12/2014 - Office Visit**
**Provider: Stacy Morris, MA**
**Location of Care: BHA Titusville**

**Electronically Signed by Stacy Morris, MA on 08/01/2014 at 1:14 PM**

BAYLESSR_BHA_MDR00018

MAY/13/2014/TUE 07:56 AM   PMC LAB      FAX No. 3212666149      P. 092/035



RUN DATE: 05/13/14          **PARRISH MEDICAL CENTER**      **PAGE 1**
RUN TIME: 0651         951 N. WASHINGTON AVE, TITUSVILLE, FL, 32796
                        Doctor Report
                            **PHYSICIAN**
                     MAGNESS,DAVID J, DO

| | | |
|---|---|---|
| Name: BAYLESS,RAEANN M | Age/Sex: 49/F | Attend Dr: MAGNESS,DAVID J, DO |
| Acct#: ▓▓▓ Unit#: ▓▓▓ | Status: REG CLI | Location: EXP |
| Reg: 05/12/14 Disch: ▓▓▓ | | |

Specimen: 0512:AC00022R    Collected: 05/12/14-1104 Status: COMP2   Req#: ▓▓▓
                      Received: 05/12/14-1110 Subm Dr: MAGNESS,DAVID J, DO

Ordered: HEMOGLOBIN A1C

| | | |
|---|---|---|
| > ESTIM AVG GLU | 111 | mg/dL |

Specimen: 0512:C00323R    Collected: 05/12/14-1104 Status: COMP   Req#: ▓▓▓
                     Received: 05/12/14-1110 Subm Dr: MAGNESS,DAVID J, DO

Ordered: COMP METABOLIC, TSH, 3RD GEN, LIPID PANEL

| | | | |
|---|---|---|---|
| > GLUCOSE-FASTING | 96 | | 70-100 mg/dL |
| > SODIUM | 141 | | 133-143 mmol/L |
| > CHLORIDE | 106 | | 101-111 mmol/L |
| > ANION GAP | 12 | | 10-20 MMOL/L |
| > CREATININE | 0.82 | | 0.50-0.90 mg/dL |
| > CALCULATED OSMO | 283 | | 274-293 mosm/kG |
| > TOTAL PROTEIN | 6.8 | | 6.4-8.3 gm/dL |
| > A/G RATIO | 1.0 | | 1.0-2.6 |
| > AST(SGOT) | 14 | | 10-40 U/L |
| > ALK PHOS | 73 | | 35-104 U/L |
| | Chronic Kidney Disease = less than 60 ml/min/1.73m2 | | |
| > TSH, 3RD GEN | 2.88 | | 0.27-4.2 uIU/mL |
| > CHOLESTEROL | | H | 0-200 mg/dL |
| | Desirable: Less than 200 mg/dL | | |

** CONTINUED ON NEXT PAGE **

BAYLESSR_BHA_MDR00047

MAY/13/2014/TUE 07:59 AM   PMC LAB                    FAX No. 3212686149                    P. 004/035

RUN DATE: 05/13/14                        PARRISH MEDICAL CENTER                          PAGE 3
RUN TIME: 0651                   951 N. WASHINGTON AVE, TITUSVILLE, FL. 32796
                                              Doctor Report
                                               PHYSICIAN
                                         MAGNESS, DAVID J, DO

Patient: BAYLESS, RAEANN M                                        (Continued)

Specimen: 0512:H00226H         Collected: 05/12/14-1104 Status:  COMP     Req#:
                               Received:  05/12/14-1110 Subm Dr: MAGNESS, DAVID J, DO

Ordered:  CBC & DIFF

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| CBC & DIFF | | | | |
| WBC | 9.9 | | 3.9-11.0 TH/mm3 | |
| RBC | 4.73 | | 3.59-5.07 MIL/mm3 | |
| HGB | 13.8 | > | 11-15 g/dL | |
| HCT | 43.1 | | 34-45% | |
| MCV | 90.1 | > | 82-96 FL | |
| MCH | 29.2 | > | 27-33 PG | |
| MCHC | 32.0 | > | 32-35 G/DL | |
| RDW | 14.8 | > | 11.5-14.5% | |
| PLT COUNT | 207 | > | 155-387 TH/mm3 | |
| MPV | 10.5 | > | 7.4-10.4 FL | |
| AUTOMATED DIFF | | | | |
| NEUTROPHIL % | 58.1 | > | 39-74% | |
| LYMPH % | 32.4 | > | 20-50 % | |
| MONO % | 6.7 | > | 4.3-11.9% | |
| EO % | 2.1 | > | 0.5-6.0 % | |
| BASO % | 0.6 | > | 0.2-2.0% | |
| NEUTROPHIL # | 5.8 | > | 2.2-7.7 TH/mm3 | |
| LYMPH # | 3.2 | > | 1.0-3.7 TH/mm3 | |
| MO # | 0.6 | > | 0.2-1.3 TH/mm3 | |
| EO # | 0.2 | > | 0.0-0.7 TH/mm3 | |
| BASO # | 0.1 | > | -0.2 TH/mm3 | |

** END OF REPORT **

BAYLESSR_BHA_MDR00048

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

*August 7, 2020*

Page 1
Office Visit

---

**RAEANN M BAYLESS**
55 Years Old Female  DOB:▮▮▮▮▮▮

Home: (321)289-3761
Ins: BHA HMLS▮▮▮▮▮▮▮▮

---

**03/07/2014 - Office Visit: EST PCP..tw**
**Provider: David Magness DO**
**Location of Care: BHA Titusville**

**Visit Type:** Follow-up Visit
**Primary Provider:** David Magness DO

**History of Present Illness:**
RAEANN M BAYLESS is a 49 Years Old Female and is here to discuss the following:

1 - HTN has been on meds in the past, but not for months
2 - Yeast vaginitis and would like fluconazole

uses cocaine, smoker and drinks etoh socially
would like STD testing as well

due for fasting labs

denies ha, vision change, hearing change, cp, palpitations, cough, sob, n/v/d/c, muscle pain or weakness, numbness/ tingling, anxiety or depression

Todays weight is 175.6 pounds.  BMI is 26.80

aaoX3, nad, overweight
mmm, NCAT
lungs CTAB, no wheezes
s1s1, rrr, -murmurs
abd soft, NT, ND
skin warm and dry, no rashes or lesions
no edema, pedal pulses intact

**Past Medical History:**
Reviewed history and no changes required:
HTN
HEP C - Undetectable

**Past Surgical History:**
Reviewed history and no changes required:
Hysterectomy - not for cancer, 2014
tubal ligation
▮▮▮▮▮▮▮
gallbladder/ stones

**Family History:**

BAYLESSR_BHA_MDR00019

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 2
Office Visit

--------------------------------------------------------------------------------

**RAEANN M BAYLESS**
55 Years Old Female  DOB: ▮▮▮▮▮▮

Home: (321)269-3761
Ins: BHA HMLS ▮▮▮▮▮▮

--------------------------------------------------------------------------------

Reviewed history and no changes required:
  Brother- Dm
  Mother- HTN
  Father- HTN, Cancer


PATIENT HAS NO KNOWN ALLERGIES.
**Current Medications:**
BIOTIN TABS (BIOTIN TABS) 1 po daily
FISH OIL CAPS (OMEGA-3 FATTY ACIDS CAPS) 1 po daily
MULTIVITAMINS CAPS (MULTIPLE VITAMIN) Take one tablet by mouth daily
LISINOPRIL 20 MG TABS (LISINOPRIL) take one tab PO daily
FLUCONAZOLE 150 MG TABS (FLUCONAZOLE) take one PO, repeat in 72 hrs if not improved


**Vital Signs:**

Patient Profile:  49 Years Old Female
Height:           68 inches
Weight:           175.6 pounds
BMI:              26.80
BSA:              1.94
Temp:             97.6 degrees F oral
Pulse rate:       78 / minute
Pulse rhythm:     regular
Resp:             16 per minute
BP sitting:       160 / 110
Cuff size:        large


**Risk Factors:**

Tobacco use:  current every day smoker
  Cigarettes:  Yes -- 1/2 pack(s) per day
  Counseled to quit/cut down tobacco use:  yes
Passive smoke exposure:  yes
Drug use:  yes
  Substance   cocaine
HIV high-risk behavior:  no
Caffeine use:  1 drinks per day
Alcohol use:  yes
Exercise:  yes
  Times per week:  4
  Type:  walk
Seatbelt use:  100 %
Sun Exposure:  occasionally


**Vital Signs:**


BAYLESSR_BHA_MDR00020

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267 Fax: 321-268-3357

*August 7, 2020*

Page 3
Office Visit

----

**RAEANN M BAYLESS**
55 Years Old Female  DOB:

Home: (321)289-3761
Ins: BHA HMLS

----

Patient Profile: 49 Years Old Female
Height:           68 inches
Weight:           175.6 pounds
BMI:              26.80
BSA:              1.94
Temp:             97.6 degrees F oral
Pulse rate:       78 / minute
Pulse rhythm:     regular
Resp:             16 per minute
BP sitting:       160 / 110  (left arm)
Cuff size:        large
**PHQ9 Date:**  03/07/2014
**PHQ9 Results:**  12

Vitals Entered By: Tiffiany Welke (March 7, 2014 1:39 PM)

## Impression & Recommendations:

**Problem # 1:**  HYPERTENSION (ICD-401.9)
The patient was counselled on checking their blood pressure either at home or at the local pharmacy, keeping a log, and bringing it to visits. They were also counselled on a low salt diet. They were also encouraged to take their medicines consistently.

Her updated medication list for this problem includes
  Lisinopril 20 Mg Tabs (Lisinopril) ..... Take one tab po daily

**Problem # 2:**  TOBACCO ABUSE (ICD-305.1)
The patient was counselled on the benefits of stopping smoking, they are in agreement and will use the quit line to help them with their smoking cessation.

**Problem # 3:**  OVERWEIGHT (ICD-278.02)
Given recomendations for a healthy diet for weight loss and keep active. We will follow up on this at future visits. fasting labs

Orders:
CBC w/differential (CPT-85027)
CMP (CPT-80053)
Lipid Profile (CPT-80061)
TSH (CPT-84443)
HbA1C (CPT-83036)
Urine, Microalbumin (CPT-82044)

**BAYLESSR_BHA_MDR00021**

**BHA Titusville**
500 N. Washington Ave, Ste 105
Titusville, FL 32796
321-268-0267  Fax: 321-268-3357

*August  7, 2020*

Page 4
Office Visit

------------------------------------------------------------------------

**RAEANN M BAYLESS**
55 Years Old Female  DOB: ▮▮▮▮▮

Home: (321)289-3761
Ins: BHA HMLS▮▮▮▮▮▮

------------------------------------------------------------------------

**Problem # 4:**  SEXUALLY TRANSMITTED DISEASE, EXPOSURE TO (ICD-V01.6)

Orders:
HIV - 1 AB screening (CPT-86701)
Hepatitis Panel Acute w/Reflex (Lab)
RPR (CPT-86592)
Urine GC/Chlamydia  (Lab)


**Problem # 5:**  COCAINE ABUSE, EPISODIC (ICD-304.22)
rec'd stopping using crack cocaine

**Medications Added to Medication List This Visit:**
1) Biotin Tabs (Biotin tabs) .... 1 po daily
2) Fish Oil Caps (Omega-3 fatty acids caps) .... 1 po daily
3) Multivitamins Caps (Multiple vitamin) .... Take one tablet by mouth daily
4) Lisinopril 20 Mg Tabs (Lisinopril) .... Take one tab po daily
5) Fluconazole 150 Mg Tabs (Fluconazole) ...  Take one po, repeat in 72 hrs if not improved


**Patient Instructions:**
1) Please schedule a follow-up appointment in 1 month.
2) Be sure to return for lab work one (1) week before your next appointment as scheduled.


*I have reviewed the risks, benefits, and alternatives of care with the patient. The patient has had all questions
answered, and has verbalized understanding. I have relayed that it's the patient's responsibility to return for a follow up
visit scheduled at the time of this visit, and the patient accepts full responsibility of health care in case of no-shows or
cancellation.*


**Electronically Signed by David Magness DO on 03/11/2014 at 7:56 PM**

BAYLESSR_BHA_MDR00022

Print Problem List



**Florida HEALTH**

BREVARD Health Department

# Health Management System

## Problem List Print Report



**BAYLESS, RAEANN M**
DOB:
State ID:
Medical Record:

| Code | Description | Status | Date Diagnosed | Date Modified | Diagnosing Provider |
|------|-------------|--------|----------------|---------------|---------------------|
| 616.10 | VAGINITIS AND VULVOVAGINITIS, UNSPECIFIED | Active | 12/10/2012 | | ALFONSO,ELVIS M PHYSICIAN |
| 616.01 | CYSTOCELE, MIDLINE | Active | 12/10/2012 | | ALFONSO,ELVIS M PHYSICIAN |

Medication List

Page 1 of 1



**Florida HEALTH**
**BREVARD**
**Health Department**

**Health Management System**

**Medication List Report**

**Active and Hold Medications**

**BAYLESS, RAEANN M**
DO 
State I
Medical Record

| Current Allergies: | No Allergies Documented. |
|---|---|

**Medications**

| Medication | Quantity | Refill | Start Date | Stop Date | Status |
|---|---|---|---|---|---|
| LISINOPRIL 10MG TABLET<br>SIG: take 1 tablet daily in the evening | 0 | 0 | 12/10/2012 | | |
| METHOPROLOL<br>SIG: take bid | 0 | 0 | 12/10/2012 | | |
| HYDROCHLOROTHIAZIDE 12.5 MG<br>SIG: take qd | 0 | 0 | 12/10/2012 | | |
| FLAGYL 500 MG<br>SIG: 1 tabs po bid for 7 days. | 14 | 0 | 12/10/2012 | | |

Printed by: HEWITT,CHRISTINE P OPERATIONS SERVICES MANAGER; 07/11/2018 1038



**florida**
**HEALTH**
BREVARD Health Department

**Health Management System**
Clinical Visit Summary for  12/10/2012 1527

**Bayless,Raeann M**
DO
State I
Medical Reco

---

## Reason For Visit

**Pain Scale:**  No Answer
**Smoking Status:**  Current every day smoker

## Chief Complaint & History of Present Illness

**Chief Complaint:**
Vaginal discharge
**Onset:**
47-year-old-white female, sexually active, [redacted] comes in for evalaution on her vaginal ordor
and discharge.  she did have history of gonorrhea in the past in two occasions and wanted to be check at this time
for her problems.  she is also mentioning urinary and fecal incontinence since having her second child 25 yeras ago
without any interventions. Finally, she did have her last pap smear done in Orlando 6 months ago with apparent
normal results, but no documentation is available at this time and had her last mammogram done 2 years ago negative
for breast lesions.
**Chief Complaint:**
Tobacco Abuse
**Chief Complaint:**
Fecal and urinary incontinece.

## Review Of Systems

**Cardiovascular Details**  - Normal
Denies: Irregular Heartbeat; Cardiovascular pain; Lightheadedness/Dizziness

**Endocrine Details**  - Normal
Denies: Excessive Thirst; Hair Change; Heat/Cold Intolerance

**General Details**  - Normal
Denies: Fatigue/Tired/Sluggish; Fever; Weight change

**Gastrointestinal-Upper Details**  - Normal
Denies: Heartburn/Indigestion; Nausea; Vomiting

**Musculoskeletal Details**  - Normal
Denies: Muscle/joint problem; Muscle pain; Swelling

**Neck Details**
Denies: Lump; Neck pain; Stiffness

**Psychiatric Details**  - Normal
Denies: Depression; Mood Change; Sleep Difficulty

**Respiratory Details**  - Normal
Denies: Cough; Difficulty Breathing; Wheezing

**Skin Details**  - Normal
Denies: Rash; Mole/lesion problem; Sores

**Throat Details**  - Normal
Denies: Hoarseness; Pain with swallowing; Sore throat

COL-RBAYLESS-BREVARD-000004



**BREVARD Health Department**

**Health Management System**
Clinical Visit Summary for  12/10/2012 1527

**Bayless,Raeann M**
DOB:
State ID:
Medical Record:

**Urinary Details** – Abnormal
Admits To: Urination problems - Dribbling, Foul smell, Urgency

## Vitals and Measures

### Vital Signs, Weights and Measures

| Collected Date/Time | Temperature | Pulse | SpO2 | Respiratory Rate | Blood Pressure | Height | Weight |
|---|---|---|---|---|---|---|---|
| 12/10/2012 1430 | 97.6 F | 64 | 98% | 57 | 130/84 Right Arm Sitting | 5 ft 9 in | 180 lb 2 oz |

| Collected Date/Time | BMI |
|---|---|
| 12/10/2012 1430 | 26.6 |

## Physical Exam

**General:**
No apparent distress.
**Head:**
Normocephalic.
**Mouth/Throat:**
Oral Cavity - Mucosa clear moist.
Oral Cavity - Lesions: No lesions, No ulcerations, No exudates.
Pharynx - Clear, No lesions, No exudates.
**Neck:**
No palpable or visible mass, No thyroid enlargement, No abnormal lymphadenopathy.
**Respiratory:**
Breath sounds clear and equal bilaterally.
**Cardiovascular:**
Rate - Normal.
Rhythm - Regular.
Normal S1 and S2.
Murmur - None heard.
**Abdominal:**
Bowel sounds - Present x 4.
Palpation - Non-tender generalized, Soft generalized, No palpale mass, No organomegaly.
**Genitourinary Female:**
Comments:
*Anterior and posterior pelvic organ prolapse and yellowish vaginal discharge.*
**Rectal:**

COL-RBAYLESS-BREVARD-000005



**Florida HEALTH**

BREVARD Health Department

**Health Management System**
Clinical Visit Summary for  12/10/2012 1527

**Bayless,Raeann M**
DOB:
State ID:
Medical Record:

---

Comments:
*Fecal incontinence, decrease sphinter tone*
**Skin:**
Warm, dry and intact, No rash.
**Neuro-Psychiatric:**
Mental Status - Mood: Appropriate to situation.
Mental Status - Affect: Appropriate to situation.
No gross motor dysfunction.

## Assessment and Plan

616.10 VAGINITIS AND VULVOVAGINITIS, UNSPECIFIED

**Status:** Active  **Date Diagnosed:**  12/10/2012

**Treating provider:**  ALFONSO,ELVIS M PHYSICIAN

**Assessment comments:**
A positive wet pre for trichomonas was obtained and started on Flgyl 400 mg po bid x 7 days. she was counseled about the importance of not to take alcohol when on the medication. Urine test negative at this time.

**Plan comments:**
Flagyl 500 mg po bid x 7 days.

618.01 CYSTOCELE, MIDLINE

**Status:** Active  **Date Diagnosed:**  12/10/2012

**Treating provider:**  ALFONSO,ELVIS M PHYSICIAN

**Assessment comments:**
Pending surgery next months by urogynecologist.

**Plan comments:**
Will see after surgery...

## Progress Note

**Encounter Date:**  12/10/2012  **Encounter Time:**  1613
**Created by:**  WILLIAMS,RONDANIELLE S
**Subject:**  Clinical visit

**Progress Note:**
Rx for flagyl given and instructed to avoid alcohol. Information on trichomonas given with counsel and education. Rx

for a Mammogram given and apt scheduled through komen funding at viera diagnostic. Urine dip test was negative.

Will f/u after seeing her uro gyn for surgery.

*This record was last updated by  WILLIAMS,RONDANIELLE S PHYSICIAN 12/10/2012 1607*

COL-RBAYLESS-BREVARD-000006