Iesha Thomas 1-2 (6/8) 07/30/2020 11:43:14 -0500

## CERTIFICATIONS

RAEANN M. BAYLESS [redacted]

| | | |
|---|---|---|
| DOB: [redacted]<br>DOD:<br>SSN: [redacted] | RECORDS REQUESTED: | MEDICAL RECORDS |
| | DATE RANGE: | ANY AND ALL |

*Records are enclosed*

### AFFIDAVIT FOR CERTIFICATION OF RECORDS

The page(s) attached to this Affidavit are true and accurate reproductions and copies of all of the records held by this office. These records are kept by our facility in the regular course of business, and it was in the regular course of business for an employee or representative of our facility with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the records or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion or diagnosis. The records attached hereto are the original or exact duplicates of the original.

Number of pages attached: 270 *(required)*

Select one

- ☑ I have released an exact duplicate of the original records as requested, including but not limited to all medical records, third party records and any other written materials in my possession relating to any and all medical diagnoses, medical examinations, medical and surgical treatment or procedures, attached hereto.
- ☐ I have omitted or redacted the following information and/or documents from the copy of records attached:
- ☐ I have omitted or redacted the above-listed information and/or documents from the copy of records attached hereto for the following reasons:

*Records do not exist*

### NO RECORDS CERTIFICATION

A thorough search of both our active and archived files, carried out under my direction revealed no documents, records or other materials called for in the authorization, for the following reason:

Select one

- ☐ All records for the time period in question have been destroyed in accordance with our document retention policy.
- ☐ A thorough search of both our active and archived files has been performed and *no such records were found.*
- ☐ Other:

I am personally acquainted with the facts herein stated. I hereby certify that I am the Custodian of Records of Parrish Medical Center (Medical Records Department) and I have authority to provide responses to this request. I declare under penalty of perjury that the foregoing is true and correct.

We normally destroy records after 10 years. *(required)*

VSimonetti
Signature of Custodian of Records *(required)*

Valeria Simonetti-Velez
Printed name of Custodian of Records *(required)*

August 6, 2020
Date Signed *(required)*

Order No. 850459-18

ALLISON MARIE MORGAN
Notary Public, State of Florida
Commission No. GG232620
Commission Expires 06/26/22

Allison Marie Morgan
8/5/2020

U.S. District Court
Middle District of Florida

**JOINT EXHIBIT**

Exhibit Number: **JE-007**

Case Number: 6:20-cv-831-RBD-GJK

*Raeann Bayless*

*v.*

*Boston Scientific Corp., et al.*

Date Identified: 5/27/2021

Date Admitted: 5/27/2021

BAYLESSR_PARRMC_MDR00001

JUL/27/2017/THU 01:52 PM   PMC LAB              FAX No. 3212686149              P. 012



**BHA Titusville**
500 N. Washington Ave, Ste 105, Titusville, FL, USA 32796
(321) 268-0267  Fax: (321) 268-3357

07/21/2017
Page 1 of 1
Order Form

## Order Form

| Authorizing Provider: Jeannette Duisberg ARNP | | Service Provider: | Quest -Melbourne Laboratory |
| --- | --- | --- | --- |
| Order Signed By: | Jeannette Duisberg ARNP | | Quest Diagnostics - MELB |
| Phone: | 321-268-0267 | Phone: | 321-724-4330 |
| Fax: | 321-268-3357 | Fax: | 321-728-0824 |

| Patient Name: | RAEANN M BAYLESS | DOB: | | Age: 52 |
| --- | --- | --- | --- | --- |
| | 1754 POINCIANA CIR HOMELESS | | | SSN: |
| | TITUSVILLE, FL 32796 | EMR ID: | | |
| Phone: | (H): (321)289-3761 | Visit Id: | | |

Resp. Provider:    Corinne West ARNP

| Code | Description | Diagnoses | ICD-10 CODE |
| --- | --- | --- | --- |
| 17305 | Urine, GC/Chlamydia (87491) | SEXUALLY TRANSMITTED DISEASE, EXPOSURE TO(ICD-V01.6) | Z20.2 |

Order Number:     2774358-2
Auth#:
Quantity:          1
Start Date:        7/21/2017
Priority:          Normal
Instructions:

BHA supported by Parrish
Clinical Staff:

0721:SM000110
8RN.E00.AMEMOH H
RF000385149 (600809678)
C.Tr/H.Con Rno (600809678)

:rdered by:
Checked By:
Jertied By:

My password protected electronic signature below authorizes this treatment to be medically necessary.

Signed by Jeannette Duisberg ARNP on 7/21/2017

**BAYLESSR_PARRMC_MDR00002**

```
RUN DATE: 07/05/18              Parrish Medical Center LAB *Live*              PAGE 1
RUN TIME: 1120                  CUMULATIVE DISCHARGE SUMMARY REPORT

                                         LOCATION
```

| PATIENT: BAYLESS,RAEANN M | | ACCT: ▉▉▉▉ | LOC: REF | U: ▉▉▉▉▉▉▉ |
|---|---|---|---|---|
| | | AGE/SX: 52/F | ROOM: | REG: 07/21/17 |
| REG DR: DUISBERG,JEANNETTE D, A | | STATUS: REG REF | BED: | DIS: |

```
*************************** DEPARTMENT OF LABORATORY MEDICINE ***************************
```

REFERRED TESTING

| Date | JUL 21 | | | |
|---|---|---|---|---|
| Time | 1600 | | Reference | Units |

=> C.Trach AMP RNA (A)                                    (Not Detected

    (A)   Not Detected
           See also (a)

=> N.Gon. AMP RNA (B)                                     (Not Detected

    (B)   Not Detected
           This test was performed using the APTIMA COMBO2(R)
           Assay (GEN-PROBE(R)).
           The analytical performance characteristics of this
           assay, when used to test SurePath(R) specimens have
           been determined by Quest Diagnostics.
           THIS TEST WAS PERFORMED AT:
           Quest Diagnostics Nichols Institute
           14225 Newbrook Drive
           Chantilly, VA 20151-0841
           Patrick W Mason, M.D., Ph.D.,Director of Laboratories
           See also (a)

NOTES:  (a)  Quest Diagnostics #22522
           Performed/Referred by Quest Diagnostics Nichols Institute, Inc.
           14225 Newbrook Drive, Chantilly, VA  20153
           Patrick W Mason  MD

| Patient: BAYLESS,RAEANN M | Age/Sex: 52/F | Acct ▉▉▉▉ | Unit ▉▉▉▉▉ |
|---|---|---|---|

BAYLESSR_PARRMC_MDR00003

## PARRISH
MEDICAL CENTER

| ACCOUNT NO. | FINANCIAL CLASS | TYPE | PT. LOCATION/SERVICE | ROOM & BED | SMOKER | VAL | RACE | RELIGION | REV DISCHARGE DTT | MEDICAL RECORD NO |
|---|---|---|---|---|---|---|---|---|---|---|
| | SP | REG CLI | EXP | | | | W | NON | | |

| DATE OF BIRT | | AGE 52 | SEX F | MAR ST S | PAT ENT OCCUPATION UNEMPLOYED | | PREVIOUS NAME/OTHER NAME |
|---|---|---|---|---|---|---|---|

| PATIENT NAME/ADDRESS | S.S. NO. | PATIENT EMPLOYER |
|---|---|---|
| BAYLESS,RAEANN M<br>1754 POINCIANA CR<br>TITUSVILLE,FL 32796 | | UNEMPLOYED |

| PHONE NO. 321-289-3761 | OTHER NO. 321-417-6412 | WORK PHONE |
|---|---|---|

| GUARANTOR/ADDRESS | S.S NO | GUARANTOR EMPLOYER |
|---|---|---|
| BAYLESS,RAEANN M<br>1754 POINCIANA CR<br>TITUSVILLE,FL 32796 | | UNEMPLOYED |

| PHONE NO. 321-289-3761 | RELAT TO PT. SELF | |
|---|---|---|

| PERSON TO NOTIFY ADDRESS | RELAT TO PT MOTHER | NEXT OF KIN/ADDRESS | RELAT TO PT. |
|---|---|---|---|
| BAYLESS,JOAN<br>1754 POINCIANA CR<br>TITUSVILLE,FL 32796 | | | |

| HOME PHONE 321-289-3761 | OTHER PHONE | HOME PHONE | OTHER PHONE |
|---|---|---|---|

PATIENT INFORMATION

### DIAGNOSIS / PROCEDURES

PRINCIPAL DIAGNOSIS _____    SURGICAL PROCEDURES _____

SECONDARY DIAGNOSES _____    _____

### PHYSICIAN MEDICAID CERTIFICATION

This is to certify that inpatient hospital services are needed:

Date: _____    Physician's Signature: _____

### ACCIDENT INFORMATION / CONDITIONS

| ACCIDENT DATE/TIME | ACCIDENT INFORMATION | REASON FOR VISIT |
|---|---|---|
| 03/23/17 | ONSET OF SYMPTOMS/IL | FATIGUE |

### ADMISSION / REGISTRATION

| ADMIT DATE/TIME | ADMISSION SOURCE | COMMENTS | USER |
|---|---|---|---|
| 06/23/17   0818 | PHYSICIAN REFERRAL | | GREEND |

### PHYSICIANS

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN WEST, CORINNE M ARNP | EMERGENCY PHYSICIAN |
|---|---|---|
| PRIMARY CARE PHYSICIAN BREVARD HEALTH ALLIANCE | FAMILY PHYSICIAN | OTHER PHYSICIAN |

BAYLESSR_PARRMC_MDR00004

**BHA Titusville**
500 N. Washington Ave, Ste 105, Titusville, FL, USA 32796
(321) 268-0267   Fax (321) 268-3357

05/0
Page
Order F

## Order Form

| | | | |
|---|---|---|---|
| Authorizing Provider: Corinne West ARNP | | Service Provider: | Diagnostic Center Health First |
| Order Signed By: Corinne West ARNP | | | Health First Diagnostic Center |
| | | | Scheduling |
| Phone: 321 | | Phone: | 321-434-6100 |
| Fax: 321 | | Fax: | |

| | | |
|---|---|---|
| Patient Name: | **RAEANN M BAYLESS** | DOB: ▓▓▓▓▓  Age: 52 |
| | 1754 POINCIANA CIR HOMELESS | Sex: F     SSN: ▓▓▓▓ |
| | TITUSVILLE, FL 32796 | EMR ID: ▓▓▓▓▓ |
| Phone: | (H): (321)269-3761 | Visit Id: |
| Resp. Provider: | Corinne West ARNP | |

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  BHA supported by Parrish
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Medical Staff

| Code | Description | Diagnoses | ICD-10 CODE |
|---|---|---|---|
| CPT-80053 | CMP | FATIGUE(ICD-780.79) | R53.83 |

Order Number: 2697645-4
Auth#:
Quantity: 1
Start Date: 3/23/2017
Priority: Normal
Instructions:

*FASTING 12 hours prior to testing.*
*May have black coffee or water.*
*Tea with no cream, milk, or sugar.*

| Code | Description | Diagnoses | ICD-10 CODE |
|---|---|---|---|
| CPT-84443 | TSH | FATIGUE(ICD-780.79) | R53.83 |

Order Number: 2697645-5
Auth#:
Quantity: 1
Start Date: 3/23/2017
Priority: Normal
Instructions:

| Code | Description | Diagnoses | ICD-10 CODE |
|---|---|---|---|
| CPT-85027 | CBC w/differential | FATIGUE(ICD-780.79) | R53.83 |

My password protected electronic signature below authorizes this treatment to be medically necessary.

Signed by Corinne West ARNP on 3/23/2017

BAYLESSR_PARRMC_MDR00005



**BHA Titusville**
500 N. Washington Ave, Ste 105, Titusville, FL, USA 32796
(321) 268-0267   Fax: (321) 268-3357

05/08/2017
Page 2 of 2
Order Form

## Order Form

| Authorizing Provider: | Corinne West ARNP | Service Provider: | Diagnostic Center Health First Health First Diagnostic Center Scheduling |
|---|---|---|---|
| Order Signed By: | Corinne West ARNP | | |
| Phone: | 321 | Phone: | 321-434-6100 |
| Fax: | 321 | Fax: | |

| Patient Name: | RAEANN M BAYLESS | DOB: | ▮ | Age: | 52 |
| | 1754 POINCIANA CIR HOMELESS | Sex: | F | SSN: | ▮ |
| | TITUSVILLE, FL  32796 | EMR ID: | ▮ | | |
| Phone: | (H): (321)289-3761 | Visit Id: | | | |

Resp. Provider:    Corinne West ARNP

Order Number:
Auth#:                        ▮
Quantity:          1
Start Date:        3/23/2017
Priority:          Normal
Instructions:

My password protected electronic signature below authorizes this treatment to be medically necessary.

Signed by Corinne West ARNP on 3/23/2017

BAYLESSR_PARRMC_MDR00006

BAYLESSR_PARRMC_MDR00007

| Parrish Medical Center *LIVE* | | Patient Order Summary | | | Page: 1 |
|---|---|---|---|---|---|
| | | | | | Date: 06/24/17 10:30 |
| | | | | | User: Deacon,Background |

| BAYLESS,RAZAHN M | | | Location: ESP | | Medical Record Number: |
|---|---|---|---|---|---|
| 1272 | Attending: WEST,CORINNE M | | | | Account Number: |
| | Reason: FAILSYN | | | | Registration: 06/23/17 |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Chemistry, Gene | TOT:-99120C002234 | Completed | 06/23/17 09:22 | WEST,CORINNE M AJJF | ROBINSON,VALERIE A |
| | Comprehensive Metabolic Panel | | Routine | | Order Source: Written |

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 06/23/17 09:22 | LAB - ROBINSON,VALERIE A | LBTECM22 | No Signature is Necessary | N |
| 1 | 06/23/17 09:22 | LAB - ROBINSON,VALERIE A | LBTECM22 | Order is Entered | N |
| 2 | 06/23/17 09:55 | LAB - Deacon,Background | LBTECM22 | Status Changed | NA |
| | | | | New: Completed | |
| | | | | Old: In Process | |

| Chemistry, Gene | TOT:-99120C002231 | Completed | 06/23/17 09:22 | WEST,CORINNE M AJAS | ROBINSON,VALERIE A |
|---|---|---|---|---|---|
| | Thyroid Stimulating Hormone, 3rd Gen | | Routine | | Order Source: Written |

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 06/23/17 09:22 | LAB - ROBINSON,VALERIE A | LBTECM22 | No Signature is Necessary | N |
| 1 | 06/23/17 09:22 | LAB - ROBINSON,VALERIE A | LBTECM22 | Order is Entered | N |
| 2 | 06/23/17 09:55 | LAB - Deacon,Background | LBTECM22 | Status Changed | NA |
| | | | | New: Completed | |
| | | | | Old: In Process | |

| Hematology | TOT:-99120C002250 | Completed | 06/23/17 09:22 | WEST,CORINNE M AJAS | ROBINSON,VALERIE A |
|---|---|---|---|---|---|
| | Complete Blood Count And Diff | | Routine | | Order Source: Written |

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 06/23/17 09:22 | LAB - ROBINSON,VALERIE A | LBTECM22 | No Signature is Necessary | N |
| 1 | 06/23/17 09:22 | LAB - ROBINSON,VALERIE A | LBTECM22 | Order is Entered | N |
| 2 | 06/23/17 09:22 | LAB - Deacon,Background | LBTECM22 | Status Changed | NA |
| | | | | New: Completed | |
| | | | | Old: In Process | |

| PATIENT: BAYLESS,RAEANN M | ACCT: | LOC: EXP | U: |
|---|---|---|---|
| | AGE/SX: 52/F | ROOM: | REG: 06/23/17 |
| REG DR:   WEST, CORINNE M ARNP | STATUS: DEP CLI | BED: | DIS: |

**************************** DEPARTMENT OF LABORATORY MEDICINE ****************************

### CBC

| Date | JUN 23 | | |
|---|---|---|---|
| Time | 0822 | Reference | Units |
| WBC | 8.0 | (3.9-11.0) | TH/MM3 |
| RBC | 4.66 | (3.7-5.2) | MIL/mm3 |
| HGB | 13.7 | (11-15) | g/dL |
| HCT | 42.2 | (33-45) | % |
| MCV | 90.6 | (82-96) | FL |
| MCH | 29.4 | (27-33) | PG |
| MCHC | 32.4 | (32-35) | G/DL |
| RDW | 13.3 | (11.9-15.3) | % |
| Plt Count | 191 | (155-387) | TH/MM3 |
| MPV | 10.9  H | (7.4-10.4) | FL |
| Neutrophil # | 4.9 | (2.2-7.7) | TH/MM3 |
| Lymphocyte # | 2.4 | (0.8-4.0) | TH/MM3 |
| Monocyte # | 0.5 | (0.2-1.3) | TH/MM3 |
| Eosinophil # | 0.1 | (0-0.7) | TH/MM3 |
| Basophil # | 0.1 | (-0.2) | TH/MM3 |

### AUTOMATED CHEMISTRY

| Date | JUN 23 | | |
|---|---|---|---|
| Time | 0822 | Reference | Units |
| Glucose-Fasting | 95(a) | (70-100) | mg/dL |
| Sodium | 141 | (133-143) | mmol/L |
| Potassium | 4.5 | (3.6-5.0) | mmol/L |
| Chloride | 104 | (101-111) | mmol/L |
| Carbon Dioxide | 25 | (22-29) | mmol/L |
| Anion Gap | 16 | (10-20) | mmol/L |
| Urea Nitrogen | 12 | (6-20) | mg/dL |
| Creatinine | 0.82 | (0.50-0.90) | mg/dL |
| BUN Creat Ratio | 15.0 | (10.0-20.0) | |
| Calculated Osmo | 281 | (274-293) | mosm/kG |
| Calcium, Total | 8.9 | (8.4-10.3) | mg/dL |
| Total Protein | 7.0 | (6.4-8.3) | gm/dL |
| Albumin | 4.1 | (3.5-5.2) | g/dL |
| A/G Ratio | 1.0 | (1.0-2.6) | |
| Total Bili | 0.2 | (0.2-1.2) | mg/dL |
| AST(SGOT) | 16 | (10-40) | U/L |
| ALT(SGPT) | 15 | (10-33) | U/L |

NOTES:  (a)  NON-FASTING GLUCOSE REFERENCE RANGE   70 - 200 mg/dL

| Patient: BAYLESS,RAEANN M | Age/Sex: 52/F | Acct | Unit |
|---|---|---|---|

BAYLESSR_PARRMC_MDR00008

Parrish Medical Center LAB *Live*                    PAGE 2
                       CUMULATIVE DISCHARGE SUMMARY REPORT

                                    LOCATION

---

Patient: BAYLESS,RAEANN M                    ██████████      (Continued)

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  DEPARTMENT OF LABORATORY MEDICINE (CONTINUED)  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**AUTOMATED CHEMISTRY (CONTINUED)**

| Date<br>Time | JUN 23<br>0822 | | Reference | Units |
|---|---|---|---|---|
| Alk Phos | 83 | | (35-104) | u/L |
| Est GFR | (A) | | | SEE REF |

        (A)  82 27
             See also (b)


**MISCELLANEOUS CHEMISTRY**

| Date<br>Time | JUN 23<br>0822 | | Reference | Units |
|---|---|---|---|---|
| Potassium | 4.5 | | (3.6-5.0) | mmol/L |
| TSH, 3RD Gen | 2 23 | | (0 27-4 2) | uIU/mL |

NOTES:   (b)   Chronic Kidney Disease
               (CKD) stage GFR level (mL/min/1 73 m2)

               Normal           >=90 (no proteinuria)
               Stage 1          >=90 (with evidence of kidney damage)
               Stage 2 (mild)   60 - 90 (with evidence of kidney damage)
               Stage 3 (moderate) 30 - 59
               Stage 4 (severe)   15 - 29
               Stage 5 (kidney failure)  <15

               A single eGFR result should not be used to determine
               the extent of renal disease, especially in hospitalized
               patients.  eGFR has not been validated for pregnant
               females and patients less than 18 years of age

               (Estimated GFR is calculated using the
               Chronic Kidney Disease Epidemiology
               Collaboration, 2009 [CKD-EPI] formula)

---

Patient: BAYLESS,RAEANN M                Age/Sex: 52/F   Acct ██████   Unit ██████

BAYLESSR_PARRMC_MDR00009

**CONSENT FOR MEDICAL AND/OR DIAGNOSTIC PROCEDURES**

The undersigned consents to procedures that maybe performed, on an outpatient basis, including treatment or services, which may include but are not limited to laboratory (HIV) procedures, x-ray examinations, medical or surgical treatment or procedures, anesthesia, hospital services rendered the patient under the general and special instructions to the patient's physician or surgeon, or recording/filming for identification diagnosis or treatment purposes. I consent to the taking of **pictures of medical or surgical condition or treatment, and the use of the pictures for scientific, educational or safety purposes.**

**PHYSICIAN ACCESS TO RECORDS**

All physicians, and surgeons furnishing services to the patient, including in the patient's care may have access to the patient's record for treatment, normal healthcare operations, and for securing payment for services rendered. The information to be released include all information in the patient's record including, HIV testing and test results, psychiatric treatment, and treatment for alcohol or drug abuse. For a more detailed description of uses and disclosures for treatment, payments, or healthcare operations, please review the PMC Notice of Privacy Practice. You have the right to review the Notice of Privacy prior to signing the consent.

**LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIANS**

Some physicians and surgeons furnishing services to the patient, e.g., emergency room physician, radiologist, pathologist, anesthesiologist are independent contractors and are not employees or agents of the hospital, while other physicians, including but not limited to, Hospitalists, Intensivists and Obstetricians are employees of the hospital. The patient is under the care and supervision of his/her attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to medical and surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered to the patient under the general and special instructions of the physician.

**FINANCIAL AGREEMENT**

The undersigned agrees, whether he/she signs as an agent or as a patient, that in consideration of the services to be rendered to the patient, he/she hereby individually obligates himself/herself to pay the account of the hospital in accordance with the regular rates and terms of the hospital. Should the account be referred to an attorney or collection agency for collection, the undersigned shall pay actual attorney's fees and collection expenses. All delinquent accounts shall bear interest at the legal rate. The undersigned authorizes the hospital and all clinical providers who have provided care or interpreted my tests, along with any billing service and their collection agency or attorney who may work on their behalf, to contact me on my cell and/or home phone using prerecorded messages, artificial voice messaging, automatic telephone dialing devices or other computer assisted technology, or by electronic mail, text messaging or by any other form of electronic communication. Initial here. _____

**ASSIGNMENT OF INSURANCE BENEFITS**

A. The undersigned authorizes, whether he/she signs as an agent or as an agent or as a patient, direct payment to the hospital of any insurance benefits otherwise payable to or on behalf of the patient for this hospitalization or for these outpatient services, including emergency services rendered, at rate not to exceed the hospital's actual charges. It is agreed that payment of any and all obligations under a policy to the extent of such payment. It is understood by the undersigned that he/she is financially responsible for charges not paid pursuant to this agreement.

B. The undersigned authorizes assignment of insurance benefits to any involved physician(s), including but not limited to radiologists, cardiologists, pathologists, anesthesiologist, and emergency room physicians.

C. Section 817.234 Florida Statutes stipulates that "any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony in the third degree"

---

**BAYLESS,RAEANN M**          06/23/17
                        W   F 52

**CONSENT FOR OUTPATIENT TESTING/THERAPY**

Page 1 of 2 | North Brevard County Hospital District
REV 5/2017
FORM E133a | PARRISH MEDICAL CENTER

* O P C O N *

BAYLESSR_PARRMC_MDR00010

## ASSIGNMENT OF MEDICARE BENEFITS (MEDICARE PATIENTS ONLY).

The undersigned certifies that the information given when applying for payment under Title XVIII of the Social Security Act is correct. The holder of medical and other information about the patient may release to the Social Security Administration or its intermediaries or carriers of information any information needed for this or related Medicare claim. Payment of authorized benefits may be made on the patient's behalf. Payment of benefits for physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment is also authorized. Applicable deductions, co- payments, and non-covered charges will be the responsibility of the undersigned.

## HEALTH CARE PLAN OBLIGATION

A. The hospital maintains a list of health plans with which it has contacted. A list of such plans is available upon request from the financial office. The hospital has no contract, expressed or implied, with any plan that does not appear on the list. The undersigned agrees that he/she is individually obligated to pay the full charges of all services rendered to him/her by the hospital if he/she belongs to a plan, which does not appear on the above-mentioned list.

B. The undersigned certifies that he/she has read the foregoing, received a copy thereof (if requested), and is the patient, the patient's legal representative, or is duty authorized by the patient as the patient's general agent to execute the above and accept the terms.

## I ACKNOWLEDGE AUTHORIZE:

I have received today or on a prior visit a copy of the PMC Notice of Privacy Practices. I understand that if I have questions I can contact the Facility Privacy Officer. I have been asked and have provided information regarding my Medicare Secondary Payer Screening, which is applicable to my medical services covered by Medicare health care insurance. I agree to release of my demographic information and dates of service to Parrish Medical Centers institutionally related foundation to be used only for charitable and fund-raising purposes in support of Parrish Medical Center. If you prefer not to receive such communications, initial here _____.

## PATIENT SAFETY

We ask for your participation in your care and feel this adds to your safety as a patient. We encourage you to speak up if you have questions regarding any aspect of your care or care partners or any safety concerns.

## PATIENT RIGHTS & RESPONSIBILITIES AND ADVANCED DIRECTIVES

I have received and/or been offered a copy of the Patient Rights & Responsibilities and Advanced Directives.

Parrish Medical Center complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex.

| | | |
|---|---|---|
| _Raeann Baulers_ | 06/23/17 | 08:19 |
| Signature of Patient or (parent / conservator / guardian) | Date | Time |

If signed by other than the patient, indicate relationship: _____

*(Please Print)*

| | | | |
|---|---|---|---|
| Witness: _signature_ | Daphne Green Limons | 06/23/17 | 08:19 |
| *(Please Sign)* | *(Please Print Full Name)* | Date | Time |

| | | |
|---|---|---|
| **BAYLESS,RAEANN M** | 06/23/17 | **CONSENT FOR OUTPATIENT TESTING/THERAPY** |
| | W   F  52 | |
| | | Page 2 of 2  North Brevard County Hospital District |
| | | REV: 6/2017  *operating as*  FORM E1339  PARRISH MEDICAL CENTER |
| | | * O P C O N * |

BAYLESSR_PARRMC_MDR00011

**PARRISH MEDICAL CENTER**

| ACCOUNT NO. | FINANCIAL CLASS | TYPE | PT. LOCATION/SERVICE | ROOM & BED | SMOKER VAL | RACE | RELIGION | PREV DISCHARGE DATE | MEDICAL RECORD NO |
|---|---|---|---|---|---|---|---|---|---|
| | C | PRE CLI | WDIAG | | | W | NON | | |

| DATE OF BIRTH | AGE | SEX | MAR ST | PAT ENT OCCUPATION | | PREVIOUS NAME/OTHER NAME |
|---|---|---|---|---|---|---|
| | 52 | F | S | UNEMPLOYED | | |

PATIENT NAME/ADDRESS — S.S. NO.
BAYLESS,RAEANN M
1754 POINCIANA CR
TITUSVILLE,FL 32796

PATIENT EMPLOYER
UNEMPLOYED

PHONE NO. 321-289-3761   OTHER NO. 321-848-6788 CELL   WORK PHONE

GUARANTOR/ADDRESS — SS NO
BAYLESS,RAEANN M
1754 POINCIANA CR
TITUSVILLE,FL 32796

GUARANTOR EMPLOYER
UNEMPLOYED

PHONE NO. 321-289-3761   RELAT TO PT. SELF

PERSON TO NOTIFY ADDRESS   RELAT TO PT MOTHER
BAYLESS,JOAN
1754 POINCIANA CR
TITUSVILLE,FL 32796

NEXT OF KIN/ADDRESS   RELAT TO PT.

HOME PHONE 321-289-3761   OTHER PHONE   HOME PHONE   OTHER PHONE

**DIAGNOSIS / PROCEDURES**

PRINCIPAL DIAGNOSIS —   SURGICAL PROCEDURES —

SECONDARY DIAGNOSES —

**PHYSICIAN MEDICAID CERTIFICATION**
This is to certify that inpatient hospital services are needed:
Date: _____   Physician's Signature: _____

**ACCIDENT INFORMATION / CONDITIONS**

| ACCIDENT DATE/TIME | ACCIDENT INFORMATION | REASON FOR VISIT |
|---|---|---|
| | ONSET OF SYMPTOMS/IL | SCREENING |

**ADMISSION / REGISTRATION**

| ADMIT DATE/TIME | ADMISSION SOURCE | COMMENTS | STA |
|---|---|---|---|
| 02/23/17 1230 | PHYSICIAN REFERRAL | | |

**PHYSICIANS**

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | EMERGENCY PHYSICIAN |
|---|---|---|
| | WEST, CORINNE M ARNP | |

| PRIMARY CARE PHYSICIAN | FAMILY PHYSICIAN | OTHER PHYSICIAN |
|---|---|---|
| WEST, CORINNE M ARNP | | |

BAYLESSR_PARRMC_MDR00012

## PARRISH MEDICAL CENTER

# SELF – REFERRAL

# MAMMO SCREENING

BAYLESSR_PARRMC_MDR00013

BAYLESSR_PARRMC_MDR00014

| Parrish Medical Center *LIVE* | | | | Patient Order Summary | | Page: 1 |
|---|---|---|---|---|---|---|
| | | | | | | Date: 02/24/17 16:14 |
| | | | | | | User: Swanson,Backgroundi |

| | BAYLESS, RAEANN M | | | Location: WOOW | Medical Record Number: |
|---|---|---|---|---|---|
| 547 | Attending: WEST, CONNIE M | | | | Account Number: |
| | Reason: SCREENING | | | | Registration: 02/23/17 |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Mammography 2vi MLOI-3L MLO2+CoAd | Resulted | 02/23/17 | WEST, CONNIE M ANPP | LYNCH, HILLARY A |
| | Ki intesh Exam all w/or did | | Routine | Order Source: |
| | Reason for Exam | cit | | |

| | Date & Time | User | Device | Event | | Acknowledged |
|---|---|---|---|---|---|---|
| 1 | 02/23/17 13:47C | 172 - LYNCH,HILLARY A | IPRINOU. | No Signature is Necessary | | N |
| 1 | 02/23/17 13:47C | 172 - LYNCH,HILLARY A | ICRTORD0 | Order is Entered | | N |
| 2 | 02/23/17 13:45 | 172 - LYNCH,HILLARY A | ICRTORD1 | Status Changed | | NA |
| | | | | New: Taken | |
| | | | | Old: Large I | |
| 1 | 02/23/17 13:01 | 173 - Swanson,Background | ICRTORD. | Status Changed | | NA |
| | | | | New: Resulted | |
| | | | | Old: Taken | |

**PARRISH MEDICAL CENTER**
**Dept. of Diagnostic Imaging**
**951 North Washington Avenue**
**Titusville, FL 32796**

PT NAME: BAYLESS,RAEANN M
PHYSICIAN: WEST, CORINNE M ARNP
DOB: █████████
SEX: F     RACE: W     AGE: 52

ROOM #:
MED REC #: █████████
ACCT #: █████████
LOCATION: WDIAG     STATUS: REG CLI

Exam: E100363969  MM SCREEN MAMMO BIL W/WO CAD

Exam Date:02/23/2017 12:38

CLINICAL INDICATION: Screening mammography

COMPARISON: None

Digital mammography was performed on the GE Essential Digital Mammography
Unit. Images were processed with and without iCAD. iCAD markers, if
present, were reviewed.

High resolution imaging in standard craniocaudal and mediolateral oblique
projections were performed. Fibroglandular changes are present bilaterally.
The breasts are heterogeneously dense.

There are no soft tissue densities or calcifications suspicious for
malignancy. The skin and nipple regions are normal.

IMPRESSION: Unremarkable mammogram. No mammographic evidence of malignancy.
Routine one year follow up is recommended.

B1- BIRADS ONE. NEGATIVE. ROUTINE FOLLOW UP RECOMMENDED

Page   1 of   1

_____

Electronically signed by FLYNN, JOSEPH D DO 02/23/17 1301

Mammography Services

D: FLYNNJD 02/23/17 1256                    T:  JDF 02/23/17 1256

BAYLESSR_PARRMC_MDR00015


**ASSIGNMENT OF MEDICARE BENEFITS (MEDICARE PATIENTS ONLY).**
The undersigned certifies that the information given when applying for payment under Title XVIII of the Social Security Act is correct. The holder of medical and other information about the patient may release to the Social Security Administration or its intermediaries or carriers of information any information needed for this or related Medicare claim. Payment of authorized benefits may be made on the patient's behalf. Payment of benefits for physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment is also authorized. Applicable deductions, co- payments, and non-covered charges will be the responsibility of the undersigned.

**HEALTH CARE PLAN OBLIGATION**
A. The hospital maintains a list of health plans with which it has contacted. A list of such plans is available upon request from the financial office. The hospital has no contract, expressed or implied, with any plan that does not appear on the list. The undersigned agrees that he/she is individually obligated to pay the full charges of all services rendered to him/her by the hospital if he/she belongs to a plan, which does not appear on the above-mentioned list.
B. The undersigned certifies that he/she has read the foregoing, received a copy thereof (if requested), and is the patient, the patient's legal representative, or is duly authorized by the patient as the patient's general agent to execute the above and accept the terms.

**I ACKNOWLEDGE AUTHORIZE:**
I have received today or on a prior visit a copy of the PMC Notice of Privacy Practices. I understand that if I have questions I can contact the Facility Privacy Officer. I have been asked and have provided information regarding my Medicare Secondary Payer Screening, which is applicable to my medical services covered by Medicare health care insurance. I agree to release of my demographic information and dates of service to Parrish Medical Centers institutionally related foundation to be used only for charitable and fund-raising purposes in support of Parrish Medical Center. If you prefer not to receive such communications, initial here _____.

**PATIENT SAFETY**
We ask for your participation in your care and feel this adds to your safety as a patient. We encourage you to speak up if you have questions regarding any aspect of your care or care partners or any safety concerns.

**PATIENT RIGHTS & RESPONSIBILITIES AND ADVANCED DIRECTIVES**
I have received and/or been offered a copy of the Patient Rights & Responsibilities and Advanced Directives.

Date: _____ Time: _____ AM/PM
Signature: _____ Relationship: _____
Patient or Responsible Party
Witness: _____ Account Number _____

North Brevard County Hospital District
*operating as*
PARRISH MEDICAL CENTER

BAYLESS,RAEANN M          02/23/17
                 W   F  52

CONSENT FOR OUTPATIENT TESTING/THERAPY
Page 2 of 2

REV: 08/2016
FORM: E133b



BAYLESSR_PARRMC_MDR00016

**CONSENT FOR MEDICAL AND/OR DIAGNOSTIC PROCEDURES**
The undersigned consents to procedures that maybe performed, on an outpatient basis, including treatment or services, which may include but are not limited to laboratory (HIV) procedures, x-ray examinations, medical or surgical treatment or procedures, anesthesia, hospital services rendered the patient under the general and special instructions to the patient's physician or surgeon, or recording/filming for identification diagnosis or treatment purposes. I consent to the taking of pictures of medical or surgical condition or treatment, and the use of the pictures for scientific, educational or safety purposes. Parrish Medical Center complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex.

**PHYSICIAN ACCESS TO RECORDS**
All physicians, and surgeons furnishing services to the patient, including in the patient's care may have access to the patient's record for treatment, normal healthcare operations, and for securing payment for services rendered. The information to be released include all information in the patient's record including, HIV testing and test results, psychiatric treatment, and treatment for alcohol or drug abuse. For a more detailed description of uses and disclosures for treatment, payments, or healthcare operations, please review the PMC Notice of Privacy Practice. You have the right to review the Notice of Privacy prior to signing the consent.

**LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIANS**
Some physicians and surgeons furnishing services to the patient, e.g., emergency room physician, radiologist, pathologist, anesthesiologist are independent contractors and are not employees or agents of the hospital, while other physicians, including but not limited to, Hospitalists, Intensivists and Obstetricians are employees of the hospital. The patient is under the care and supervision of his/her attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to medical and surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered to the patient under the general and special instructions of the physician.

**FINANCIAL AGREEMENT**
The undersigned agrees, whether he/she signs as an agent or as a patient, that in consideration of the services to be rendered to the patient, he/she hereby individually obligates himself/herself to pay the account of the hospital in accordance with the regular rates and terms of the hospital. Should the account be referred to an attorney or collection agency for collection, the undersigned shall pay actual attorney's fees and collection expenses. All delinquent accounts shall bear interest at the legal rate. The undersigned authorizes the hospital and all clinical providers who have provided care or interpreted my tests, along with any billing service and their collection agency or attorney who may work on their behalf, to contact me on my cell and/or home phone using prerecorded messages, artificial voice messaging, automatic telephone dialing devices or other computer assisted technology, or by electronic mail, text messaging or by any other form of electronic communication. Initial here._____

**ASSIGNMENT OF INSURANCE BENEFITS**
A. The undersigned authorizes, whether he/she signs as an agent or as an agent or as a patient, direct payment to the hospital of any insurance benefits otherwise payable to or on behalf of the patient for this hospitalization or for these outpatient services, including emergency services rendered, at rate not to exceed the hospital's actual charges. It is agreed that payment of any and all obligations under a policy to the extent of such payment. It is understood by the undersigned that he/she is financially responsible for charges not paid pursuant to this agreement.
B. The undersigned authorizes assignment of insurance benefits to any involved physician(s), including but not limited to radiologists, cardiologists, pathologists, anesthesiologist, and emergency room physicians.
C. Section 817.234 Florida Statutes stipulates that "any person who knowingly and with intend to injure, defraud, or deceive any insurer files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony in the third degree"

North Brevard County Hospital District
operating as
PARRISH MEDICAL CENTER

BAYLESS,RAEANN M  W  F  62  02/23/17

**CONSENT FOR OUTPATIENT TESTING/THERAPY**
Page 1 of 2

REV 10/2016
FORM E130a

**BAYLESSR_PARRMC_MDR00017**

**PARRISH**
MEDICAL CENTER

| ACCOUNT NO. | FINANCIAL CLASS | TYPE | PT. LOCATION/SERVICE | ROOM & BED | SMOKER VAL | RACE | RELIGION | PREV DISCHARGE DATE | MEDICAL RECORD NO |
|---|---|---|---|---|---|---|---|---|---|
| | SP | REG CLI | EXP | | | W | NON | | |

| DATE/TIME/INIT | AGE | SEX | Mar St | PAT ENT OCCUPATION | | PREVIOUS NAME/OTHER NAME |
|---|---|---|---|---|---|---|
| | 51 | F | S | UNEMPLOYED | | |

| PATIENT NAME/ADDRESS | S.S. NO. | PATIENT EMPLOYER |
|---|---|---|
| BAYLESS,RAEANN M<br>1754 POINCIANA CR<br>TITUSVILLE,FL 32796 | | UNEMPLOYED |

PHONE NO. 321-289-3761    OTHER NO. 321-848-6788 CELL    WORK PHONE

| GUARANTOR/ADDRESS | SS NO | GUARANTOR EMPLOYER |
|---|---|---|
| BAYLESS,RAEANN M<br>1754 POINCIANA CR<br>TITUSVILLE,FL 32796 | | UNEMPLOYED |

PHONE NO. 321-289-3761    RELAT TO PT. SELF

| PERSON TO NOTIFY ADDRESS | RELAT TO PT MOTHER | NEXT OF KIN/ADDRESS | RELAT TO PT. |
|---|---|---|---|
| BAYLESS,JOAN<br>1754 POINCIANA CR<br>TITUSVILLE,FL 32796 | | | |

HOME PHONE 321-289-3761    OTHER PHONE 321-289-0143    HOME PHONE    OTHER PHONE

## DIAGNOSIS / PROCEDURES

PRINCIPAL DIAGNOSIS ............................................................    SURGICAL PROCEDURES ————————————

SECONDARY DIAGNOSES ————————————————

## PHYSICIAN MEDICAID CERTIFICATION

This is to certify that inpatient hospital services are needed:

Date: _____    Physician's Signature: _____

## ACCIDENT INFORMATION / CONDITIONS

| ACCIDENT DATE/TIME | ACCIDENT INFORMATION | REASON FOR VISIT |
|---|---|---|
| 08/19/16 | ONSET OF SYMPTOMS/IL | ESSENTIAL (PRIMARY) HYPERTENSI |

## ADMISSION / REGISTRATION

| ADMIT DATE/TIME | | ADMISSION SOURCE | COMMENTS | USER |
|---|---|---|---|---|
| 08/30/16 | 1517 | PHYSICIAN REFERRAL | | FERGUC |

## PHYSICIANS

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | EMERGENCY PHYSICIAN |
|---|---|---|
| | WEST,CORINNE M ARNP | |

| PRIMARY CARE PHYSICIAN | FAMILY PHYSICIAN | OTHER PHYSICIAN |
|---|---|---|
| WEST,CORINNE M ARNP | | |

PATIENT INFORMATION

BAYLESSR_PARRMC_MDR00018

**BHA Titusville**
500 N. Washington Ave. Ste 105, Titusville, FL. USA 32796
(321) 268-0267 · Fax: (321) 268-3357

08/19/2016
Page 1 of 2
Order Form

## Order Form

PMC

| Authorizing Provider: Corinne West ARNP | Service Provider: | Diagnostic Center Health First |
|---|---|---|
| Order Signed By:   Corinne West ARNP | | Health First Diagnostic Center |
| Phone:         321-268-0267 | | Scheduling |
| Fax:            321-268-3357 | Phone:  321-434-6100 | |
| | Fax: | |

| Patient Name:    RAEANN M BAYLESS | DOB: ▮▮▮▮▮ | Age:  51 |
|---|---|---|
| 1754 POINCIANA CIR | Sex:  F | SSN: ▮▮▮▮▮ |
| TITUSVILLE, FL  32796 | EMR ID: ▮▮▮▮▮ | |
| Phone:         (H): (321)289-3761 | Visit Id: | |

Resp. Provider:   Corinne West ARNP

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

BHA supported by Parrish
Clinical Staff:

| Code | Description | Diagnoses | ICD-10 CODE |
|---|---|---|---|
| CPT-80053 | CMP | HYPERTENSION(ICD-401.9) | I10 |

Order Number:   2576880-3
Auth#:
Quantity:       1
Start Date:     8/19/2016
Priority:       Normal
Instructions:

*FASTING 12 hours prior to testing.*
*May have black coffee or water.*
*Tea with no cream, milk, or sugar.*

| Code | Description | Diagnoses | ICD-10 CODE |
|---|---|---|---|
| CPT-80061 | Lipid Profile | HYPERTENSION(ICD-401.9) | I10 |

Order Number:   2576880-4
Auth#:
Quantity:       1
Start Date:     8/19/2016
Priority:       Normal
Instructions:

| Code | Description | Diagnoses | ICD-10 CODE |
|---|---|---|---|
| CPT-82044 | Urine, Microalbumin | HYPERTENSION(ICD-401.9) | I10 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

My password protected electronic signature below authorizes this treatment to be medically necessary.

Signed by Corinne West ARNP on 8/19/2016

BAYLESSR_PARRMC_MDR00019

**BHA Titusville**
500 N. Washington Ave, Ste 105, Titusville, FL, USA 32796
(321) 268-0287 · Fax: (321) 268-3357

08/19/2016
Page 2 of 2
Order Form

## Order Form

| Authorizing Provider: Corinne West ARNP | Service Provider: Diagnostic Center Health First |
|---|---|
| Order Signed By:   Corinne  West ARNP | Health First Diagnostic Center Scheduling |
| Phone:              321-268-0267 | Phone:              321-434-5100 |
| Fax:                321-268-3357 | Fax: |

| Patient Name: | RAEANN M BAYLESS | DOB: | ███████ | Age: 51 |
|---|---|---|---|---|
| | 1754 POINCIANA CIR | Sex:  F | | SSN: ██ |
| | TITUSVILLE, FL  32796 | EMR ID: ███████ | | |
| Phone: | (H): (321)289-3761 | Visit Id: | | |
| Resp. Provider: | Corinne West ARNP | | | |

████████████████████████████

BHA supported by Parrish
Clinical Staff

| | Order Number: | 2576880-6 |
|---|---|---|
| | Auth#: | |
| | Quantity: | 1 |
| | Start Date: | 8/19/2016 |
| | Priority: | Normal |
| | Instructions: | |

| Code | Description | Diagnoses | ICD-10 CODE |
|---|---|---|---|
| CPT-84443 | TSH | HYPERTENSION(ICD-401.9) | I10 |

| | Order Number: | 2576880-5 |
|---|---|---|
| | Auth#: | |
| | Quantity: | 1 |
| | Start Date: | 8/19/2016 |
| | Priority: | Normal |
| | Instructions: | |

| Code | Description | Diagnoses | ICD-10 CODE |
|---|---|---|---|
| CPT-85027 | CBC w/differential | HYPERTENSION(ICD-401.9) | I10 |

| | Order Number: | 2576880-2 |
|---|---|---|
| | Auth#: | |
| | Quantity: | 1 |
| | Start Date: | 8/19/2016 |
| | Priority: | Normal |
| | Instructions: | |

████████████████

My password protected electronic signature below authorizes this treatment to be medically necessary.

Signed by Corinne  West ARNP on 8/19/2016

BAYLESSR_PARRMC_MDR00020

**BHA Titusville**
500 N. Washington Ave, Ste 105, Titusville, FL, USA 32796
(321) 268-0267 · Fax: (321) 268-3357

08/19/2016
Page 1 of 1
Order Form

## Order Form

| | | | |
|---|---|---|---|
| Authorizing Provider: | Corinne West ARNP | Service Provider: | Quest - Melbourne Laboratory |
| | | | Quest Diagnostics - MELB |
| Order Signed By: | Corinne West ARNP | | |
| Phone: | 321-268-0267 | Phone: | 321-724-4320 |
| Fax: | 321-268-3357 | Fax: | 321-728-0624 |

| | | | |
|---|---|---|---|
| Patient Name: | RAEANN M BAYLESS | DOB: | Age: 51 |
| | 1754 POINCIANA CIR | Sex: F | SSN: |
| | TITUSVILLE, FL 32796 | EMR ID: | |
| Phone: | (H): (321)289-3761 | Visit Id: | |
| Resp. Provider: | Corinne West ARNP | | |

BHA supported by Parrish
Clinical Staff

| Code | Description | Diagnoses | ICD-10 CODE |
|---|---|---|---|
| 17305 | Urine, GC/Chlamydia (87491) | SEXUALLY TRANSMITTED DISEASE, EXPOSURE TO(ICD-V01.6) | Z20.2 |

Order Number:
Auth#:
Quantity:        1
Start Date:      8/19/2016
Priority:        Normal
Instructions:

My password protected electronic signature below authorizes this treatment to be medically necessary.

Signed by Corinne West ARNP on 8/19/2016

BAYLESSR_PARRMC_MDR00021

BAYLESSR_PARRMC_MDR00023

Parrish Medical Center *LIVE*                Patient Order Summary              Page: 2
                                                                               Date: 09/04/16 07:17
                                                                               User: Deacon,Background

BAYLESS,RAEANN M                    Location: ENP                  Medical Record Number:
12/F                     Attending: WEST,CORINNE M                 Account Number:
                         Reason: EPIDURAL (PRIMARY) HYPERTENSION    Registration: 09/30/16

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

Chemistry, Urin <DI3>9175<959659   Completed   09/30/16 15:55   WEST,CORINNE M ADPT   UTI,SAVANNA R

Hematology  <DI3 DI3LU373393   Completed   09/30/16 15:35   WEST,CORINNE M ADPT   UTI,SAVANNA A

BAYLESSR_PARRMC_MDR00024

| Parrish Medical Center *LIVE* | | | | Patient Order Summary | | Page: 2 |
|---|---|---|---|---|---|---|
| | | | | | | Date: 09/04/16 ⟨C:17 |
| | | | | | | User: Deason,Backgrouad |
| | BAYLESS,RAEANN M | | | Location: TXP | | Medical Record Number: |
| XXX | | Attending: WITT,COLETTE M | | | | Account Number: |
| | | Reason: ESSENTIAL (PRIMARY) HYPERTENSION | | | | Registration: 08/22/16 |
| Category | Order | Status | Start | Ord Provider | | Entered By |
| | | | | | Old: In Process | |
| Microbiology U. C015-91700C300655 | | Completed | 09/20/16 17:14 | WITT,CAROLINE M MD1 | | WIT,CAVANEH J |
| | U.Cogeral/Microscopic,Reg., Rou | | Routine | | Order Source: Walk In | |

**SPECIMEN SOURCE:** URINE CLEAN CATCH

| | Date & Time | User | Device | Event | | Acknowledged |
|---|---|---|---|---|---|---|
| 1 | 09/22/16 15:02 | LAB - WIT,CAVANEH R | ICNTCKO1 | No Signature on Document | | N |
| 1 | 09/22/16 15:02 | LAB - WIT,CAVANEH R | ICNTCKO1 | Order in Entered | | N |
| 2 | 09/22/16 06:40 | LAB - Deason,background | ICNTCKO1 | Start Time edited | | NA |
| | | | | New: 17:17 | | |
| | | | | Old: 17:14 | | |
| 3 | 09/22/16 06:40 | LAB - Deason,background | ICNTCKO1 | Status changed | | NA |
| | | | | New: In Process | | |
| | | | | Old: Logged | | |
| 4 | 09/20/16 15:16 | LAB - Deason,background | ICNTCKO1 | Status changed | | NA |
| | | | | New: Completed | | |
| | | | | Old: In Process | | |

```
RUN DATE: 09/04/16            Parrish Medical Center LAB =Live=              PAGE 1
RUN TIME: 0007                CUMULATIVE DISCHARGE SUMMARY REPORT

                                        LOCATION
```

| PATIENT: BAYLESS,RAEANN M | ACCT: ▓▓▓▓ | LOC:  EXP | U:▓▓▓▓ |
|---|---|---|---|
| | AGE/SEX: 51/F | ROOM: | REG: 08/30/16 |
| REG DR:  WEST,CORINNE M ARNP | STATUS: DEP CLI | BED: | DIS: |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DEPARTMENT OF LABORATORY MEDICINE \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**CBC**

| Date<br>Time | AUG 30<br>1538 | | | Reference | Units |
|---|---|---|---|---|---|
| WBC | 6.7 | | | (3.9-11.0) | TH/MM3 |
| RBC | 4.71 | | | (3.7-5.2) | MIL/mm3 |
| HGB | 14.0 | | | (11-15) | g/dL |
| HCT | 42.8 | | | (33-45) | % |
| MCV | 90.9 | | | (82-96) | FL |
| MCH | 29.7 | | | (27-33) | PG |
| MCHC | 32.7 | | | (32-35) | G/DL |
| RDW | 14.5 | | | (11.9-15.3) | % |
| Plt Count | 227 | | | (155-387) | TH/MM3 |
| MPV | 10.8 | H | | (7.4-10.4) | FL |
| Neutrophil # | 3.4 | | | (2.2-7.7) | TH/MM3 |
| Lymphocyte # | 2.7 | | | (0.8-4.0) | TH/MM3 |
| Monocyte # | 0.4 | | | (0.2-1.3) | TH/MM3 |
| Eosinophil # | 0.2 | | | (0-0.7) | TH/MM3 |
| Basophil # | 0.1 | | | (-0.2) | TH/MM3 |

**AUTOMATED CHEMISTRY**

| Date<br>Time | AUG 30<br>1538 | | | Reference | Units |
|---|---|---|---|---|---|
| Glucose-Fasting | 90(a) | | | (70-100) | mg/dL |
| Sodium | 141 | | | (133-143) | mmol/L |
| Potassium | 4.5 | | | (3.6-5.0) | mmol/L |
| Chloride | 104 | | | (101-111) | mmol/L |
| Carbon Dioxide | 26 | | | (22-29) | mmol/L |
| Anion Gap | 16 | | | (10-20) | mmol/L |
| Urea Nitrogen | 22 | H | | (6-20) | mg/dL |
| Creatinine | 0.75 | | | (0.50-0.90) | mg/dL |
| BUN Creat Ratio | 29.0 | H | | (10.0-20.0) | |
| Calculated Osmo | 284 | | | (274-293) | mosm/kG |
| Calcium, Total | 9.7 | | | (8.4-10.3) | mg/dL |
| Total Protein | 7.2 | | | (6.4-8.3) | gm/dL |
| Albumin | 4.1 | | | (3.5-5.2) | g/dL |
| A/G Ratio | 1.0 | | | (1.0-2.6) | |
| Total Bili | 0.4 | | | (0.2-1.2) | mg/dL |
| AST(SGOT) | 13 | | | (10-40) | U/L |
| ALT(SGPT) | 11 | | | (10-33) | U/L |

```
NOTES:   (a)  NON-FASTING GLUCOSE REFERENCE RANGE   70 - 200 mg/dL
```

| Patient: BAYLESS,RAEANN M | Age/Sex: 51/F | Acct ▓▓▓▓ | Unit ▓▓▓▓ |
|---|---|---|---|

**BAYLESSR_PARRMC_MDR00025**

```
RUN DATE: 09/04/16                    Parrish Medical Center LAB *Live*                    PAGE 2
RUN TIME: 0007                     CUMULATIVE DISCHARGE SUMMARY REPORT
```

<u>LOCATION</u>

| | | | |
|---|---|---|---|
| Patient: BAYLESS,RAEANN M | | █████ | (Continued) |

**********************  DEPARTMENT OF LABORATORY MEDICINE (CONTINUED)  **********************

AUTOMATED CHEMISTRY (CONTINUED)

| Date | AUG 30 | | |
|---|---|---|---|
| Time | 1538 | Reference | Units |

| | | | |
|---|---|---|---|
| Alk Phos | 75 | (35-104) | u/L |
| Est GFR | >90(b) | | SEE REF |

LIPID PROFILE

| Date | AUG 30 | | |
|---|---|---|---|
| Time | 1538 | Reference | Units |

| | | | |
|---|---|---|---|
| *> Cholesterol | 201(c) H | (0-200) | mg/dL |

```
NOTES:  (b)   Chronic Kidney Disease
              (CKD) stage GFR level (mL/min/1.73 m2)

              Normal          >=90 (no proteinuria)
              Stage 1         >=90 (with evidence of kidney damage)
              Stage 2 (mild)  60 - 90 (with evidence of kidney damage)
              Stage 3 (moderate) 30 - 59
              Stage 4 (severe)   15 - 29
              Stage 5 (kidney failure) <15

              A single eGFR result should not be used to determine
              the extent of renal disease, especially in hospitalized
              patients.  eGFR has not been validated for pregnant
              females and patients less than 19 years of age

              (Estimated GFR is calculated using the
              Chronic Kidney Disease Epidemiology
              Collaboration. 2009  [CKD-EPI] formula)

        (c)   See (d), (e)
        (d)   Total Cholesterol Reference Values (NCEP)
                  Desirable:  Less than 200 mg/dL
                  Borderline High   200 - 239 mg/dL
                  High.  Equal to or greater than 240 mg/dL
        (e)   Acetaminophen and N-acetylcysteine may interfere with this
              test causing a false decrease in result
```

| | | | |
|---|---|---|---|
| Patient: BAYLESS,RAEANN M | Age/Sex: 51/F | Acct █████ | Unit █████ |

BAYLESSR_PARRMC_MDR00026

```
RUN DATE: 09/04/16              Parrish Medical Center LAB *Live*           PAGE 3
RUN TIME: 0007                  CUMULATIVE DISCHARGE SUMMARY REPORT

                                        LOCATION
```

| Patient: BAYLESS,RAEANN M | | (Continued) | |
|---|---|---|---|

**************** DEPARTMENT OF LABORATORY MEDICINE (CONTINUED) *******************

LIPID PROFILE (CONTINUED)

| Date | AUG 30 | Reference | Units |
|---|---|---|---|
| Time | 1538 | | |
| =) Triglyceride | 182(f) H | (-149) | mg/dL |
| =) HDL | 58(g) | (37-75) | mg/dL |
| =) LDL(Calculated) | 109(h) | (-129) | mg/dL |

URINE CHEMISTRY

| Date | AUG 30 | Reference | Units |
|---|---|---|---|
| Time | 1558 | | |
| Microalb.Random | 29.4 H | (0-19) | mg/L |
| Creatinine,UA | 194.5 | | mg/dL |
| Alb/Creat Ratio | 15.1 | | mg/g |

```
NOTES: (f)  Triglyceride Reference Values (NCEP)
                Normal:  Less than 150 mg/dL
                Borderline High  150-199 mg/dL
                High:  200-499 mg/dL
                Very High:  Equal to or Greater than 500 mg/dL

            Acetaminophen and N-acetylcysteine may interfere with this
            test causing a false decrease in result
       (g)  Acetaminophen and N-acetylcysteine may interfere with this
            test causing a false decrease in result
       (h)  Age:          Reference Range
            0-18 years         <110  Optimal
                           111-129  Borderline
                             >=130  High

            >=19 years         <100  Optimal
                           100-129  Near Borderline/Above Optimal
                           130-159  Borderline High
                           160-189  High
                             >189   Very High

            When the Triglyceride results are greater than 200 mg/dL.
            the calculated LDL significantly underestimates the true
            LDL concentration  An LDL by direct measurement is
            recommended.

            Acetaminophen and N-acetylcysteine may interfere with this
            test causing a false decrease in result
```

| Patient: BAYLESS,RAEANN M | Age/Sex: 51/F | Acct | Unit |
|---|---|---|---|

BAYLESSR_PARRMC_MDR00027

```
RUN DATE: 09/04/16              Parrish Medical Center LAB *Live*              PAGE 4
RUN TIME: 0007                CUMULATIVE DISCHARGE SUMMARY REPORT

                                        LOCATION
```

| Patient: BAYLESS,RAEANN M | ▮▮▮▮▮ | (Continued) | |
|---|---|---|---|

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DEPARTMENT OF LABORATORY MEDICINE (CONTINUED) \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MISCELLANEOUS CHEMISTRY**

| Date | AUG 30 | | | |
|---|---|---|---|---|
| Time | 1538 | | Reference | Units |
| Potassium | 4.5 | | (3.6-5.0) | mmol/L |
| TSH, 3RD Gen | 1.71 | | (0.27-4.2) | uIU/mL |

**REFERRED TESTING**

| Date | AUG 30 | | |
|---|---|---|---|
| Time | 1550 | Reference | Units |

=> C.Trach AMP RNA (A)                          (Not Detected

    (A)  Not Detected
        See also (1)

=> N Gon AMP RNA  (B)                            (Not Detected

    (B)  Not Detected
        This test was performed using the APTIMA COMBO2(R)
        Assay (GEN-PROBE(R))
        The analytical performance characteristics of this
        assay, when used to test SurePath(R) specimens have
        been determined by Quest Diagnostics.
        THIS TEST WAS PERFORMED AT
        Quest Diagnostics Nichols Institute
        14225 Newbrook Drive
        Chantilly, VA 20151-0841
        Patrick W Mason, M.D., Ph.D.,Director of Laboratories
        See also (1)

NOTES:  (1)  Quest Diagnostics #22522
            Performed/Referred by Quest Diagnostics Nichols Institute, Inc.
            14225 Newbrook Drive, Chantilly, VA  20153
            Patrick W Mason, MD

| Patient: BAYLESS,RAEANN M | Age/Sex: 51/F | Acct ▮▮▮▮▮ | Unit ▮▮▮▮▮ |
|---|---|---|---|

BAYLESSR_PARRMC_MDR00028

**ASSIGNMENT OF MEDICARE BENEFITS (MEDICARE PATIENTS ONLY).**
The undersigned certifies that the information given when applying for payment under Title XVIII of the Social Security Act is correct. The holder of medical and other information about the patient may release to the Social Security Administration or its intermediaries or carriers of information any information needed for this or related Medicare claim. Payment of authorized benefits may be made on the patient's behalf. Payment of benefits for physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment is also authorized. Applicable deductions, co- payments, and non-covered charges will be the responsibility of the undersigned.

**HEALTH CARE PLAN OBLIGATION**
A. The hospital maintains a list of health plans with which it has contacted. A list of such plans is available upon request from the financial office. The hospital has no contract, expressed or implied, with any plan that does not appear on the list. The undersigned agrees that he/she is individually obligated to pay the full charges of all services rendered to him/her by the hospital if he/she belongs to a plan, which does not appear on the above-mentioned list.
B. The undersigned certifies that he/she has read the foregoing, received a copy thereof (if requested), and is the patient, the patient's legal representative, or is duly authorized by the patient as the patient's general agent to execute the above and accept the terms.

**I ACKNOWLEDGE AUTHORIZE:**
I have received today or on a prior visit a copy of the PMC Notice of Privacy Practices. I understand that if I have questions I can contact the Facility Privacy Officer. I have been asked and have provided information regarding my Medicare Secondary Payer Screening, which is applicable to my medical services covered by Medicare health care insurance. I agree to release of my demographic information and dates of service to Parrish Medical Centers institutionally related foundation to be used only for charitable and fund-raising purposes in support of Parrish Medical Center. If you prefer not to receive such communications, initial here _____.

**PATIENT SAFETY**
We ask for your participation in your care and feel this adds to your safety as a patient; We encourage you to speak up if you have questions regarding any aspect of your care or care partners or any safety concerns.

**PATIENT RIGHTS & RESPONSIBILITIES AND ADVANCED DIRECTIVES**
I have received and/or been offered a copy of the Patient Rights & Responsibilities and Advanced Directives.

Date: 8-30-16     Time: _____   AM/PM

Signature: _____   Relationship: Self

Patient or Responsible Party

Witness: _____   Account Number _____

---

North Brevard County Hospital District
operating as
PARRISH MEDICAL CENTER

**CONSENT FOR OUTPATIENT TESTING/THERAPY**

Page 2 of 2

BAYLESS,RAEANN M          08/30/16
                  W    F   51

REV 06/2016
FORM E130b

BAYLESSR_PARRMC_MDR00029

## CONSENT FOR MEDICAL AND/OR DIAGNOSTIC PROCEDURES

The undersigned consents to procedures that maybe performed, on an outpatient basis, including treatment or services, which may include but are not limited to laboratory (HIV) procedures, x-ray examinations, medical or surgical treatment or procedures, anesthesia, hospital services rendered the patient under the general and special instructions to the patient's physician or surgeon, or recording/filming for identification diagnosis or treatment purposes. I consent to the taking of **pictures of medical or surgical condition or treatment, and the use of the pictures for scientific, educational or safety purposes.**

## PHYSICIAN ACCESS TO RECORDS

All physicians, and surgeons furnishing services to the patient, including in the patient's care may have access to the patient's record for treatment, normal healthcare operations, and for securing payment for services rendered. The information to be released include all information in the patient's record including, HIV testing and test results, psychiatric treatment, and treatment for alcohol or drug abuse. For a more detailed description of use sand disclosures for treatment, payments, or healthcare operations, please review the PMC Notice of Privacy Practice. You have the right to review the Notice of Privacy prior to signing the consent.

## LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIANS

Some physicians and surgeons furnishing services to the patient, e.g., emergency room physician, radiologist, pathologist, anesthesiologist are independent contractors and are not employees or agents of the hospital, while other physicians, including but not limited to, Hospitalists, Intensivists and Obstetricians are employees of the hospital. The patient is under the care and supervision of his/her attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to medical and surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered to the patient under the general and special instructions of the physician.

## FINANCIAL AGREEMENT

The undersigned agrees, whether he/she signs as an agent or as a patient, that in consideration of the services to be rendered to the patient, he/she hereby individually obligates himself/herself to pay the account of the hospital in accordance with the regular rates and terms of the hospital. Should the account be referred to an attorney or collection agency for collection, the undersigned shall pay actual attorney's fees and collection expenses. All delinquent accounts shall bear interest at the legal rate. The undersigned authorizes the hospital and all clinical providers who have provided care or interpreted my tests, along with any billing service and their collection agency or attorney who may work on their behalf, to contact me on my cell and/or home phone using prerecorded messages, artificial voice messaging, automatic telephone dialing devices or other computer assisted technology, or by electronic mail, text messaging or by any other form of electronic communication.

## ASSIGNMENT OF INSURANCE BENEFITS

A. The undersigned authorizes, whether he/she signs as an agent or as an agent or as a patient, direct payment to the hospital of any insurance benefits otherwise payable to or on behalf of the patient for this hospitalization or for these outpatient services, including emergency services rendered, at rate not to exceed the hospital's actual charges. It is agreed that payment of any and all obligations under a policy to the extent of such payment. It is understood by the undersigned that he/she is financially responsible for charges not paid pursuant to this agreement.

B. The undersigned authorizes assignment of insurance benefits to any involved physician(s), including but not limited to radiologists, cardiologists, pathologists, anesthesiologist, and emergency room physicians.

C. Section 817.234 Florida Statutes stipulates that "any person who knowingly and with intend to injure, defraud, or deceive any insurer files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony in the third degree"

| North Brevard County Hospital District | CONSENT FOR OUTPATIENT TESTING/THERAPY |
|---|---|
| PARRISH MEDICAL CENTER | Page 1 of 2 |
| BAYLESS RAEANN M          08/30/16 | |
| W   F  51 | REV: 00/2015 |
| | FORM E133e |

**PARRISH**
MEDICAL CENTER

| ACCOUNT NO. | FINANCIAL CLASS | TYPE | PT. LOCATION/SERVICE | ROOM & BED | SMOKER | VAL | RACE | RELIGION | PREV DISCHARGE DT | MEDICAL RECORD NO |
|---|---|---|---|---|---|---|---|---|---|---|
| | SP | REG CLI | EXP | | | | W | NON | | |

| DATE OF BIRTH | AGE | SEX | MAR ST | PATIENT OCCUPATION | | | | PREVIOUS NAME/OTHER NAME |
|---|---|---|---|---|---|---|---|---|
| | 60 | F | S | UNEMPLOYED | | | | |

| PATIENT NAME/ADDRESS | PATIENT EMPLOYER |
|---|---|
| BAYLESS,RAEANN M<br>1754 POINCIANA CR<br>TITUSVILLE,FL 32796 | UNEMPLOYED |

| PHONE NO. 321-289-3761 | OTHER NO. 321-848-6788 CELL | WORK PHONE |
|---|---|---|

| GUARANTOR/ADDRESS | SS NO | GUARANTOR EMPLOYER |
|---|---|---|
| BAYLESS,RAEANN M<br>1754 POINCIANA CR<br>TITUSVILLE,FL 32796 | | UNEMPLOYED |

| PHONE NO. 321-289-3761 | RELAT TO PT SELF |
|---|---|

| PERSON TO NOTIFY ADDRESS | RELAT TO PT MOTHER | NEXT OF KIN/ADDRESS | RELAT TO PT. |
|---|---|---|---|
| BAYLESS,JOAN<br>1754 POINCIANA CR<br>TITUSVILLE,FL 32796 | | | |

| HOME PHONE 321-289-3761 | OTHER PHONE 321-289-0143 | HOME PHONE | OTHER PHONE |
|---|---|---|---|

**PATIENT INFORMATION**

### DIAGNOSIS / PROCEDURES

PRINCIPAL DIAGNOSIS _____        SURGICAL PROCEDURE _____

SECONDARY DIAGNOSES _____

### PHYSICIAN MEDICAID CERTIFICATION

This is to certify that inpatient hospital services are needed:

Date: _____        Physician's Signature: _____

### ACCIDENT INFORMATION / CONDITIONS

| ACCIDENT DATE/TIME | ACCIDENT INFORMATION | REASON FOR VISIT |
|---|---|---|
| 12/02/15 | ONSET OF SYMPTOMS/IL | R/301 |

### ADMISSION / REGISTRATION

| ADMIT DATE/TIME | ADMISSION SOURCE | COMMENTS | USER |
|---|---|---|---|
| 12/11/15   1103 | PHYSICIAN REFERRAL | KP | GRIMEK |

### PHYSICIANS

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | EMERGENCY PHYSICIAN |
|---|---|---|
| | WEST,CORINNE M ARNP | |

| PRIMARY CARE PHYSICIAN | FAMILY PHYSICIAN | OTHER PHYSICIAN |
|---|---|---|
| WEST,CORINNE M ARNP | | |

BAYLESSR_PARRMC_MDR00031



**BHA Titusville**
600 N. Washington Ave. Ste 105, Titusville, FL, USA 32796
(321) 268-0267 Fax (321) 268-3357

*A33083205*

12/02/2015
Page 1 of 1
Order Form

## Order Form

| | |
|---|---|
| Authorizing Provider: Corinne West ARNP | Service Provider: Diagnostic Center Health First<br>Health First Diagnostic Center<br>Scheduling |
| Order Signed By: Corinne West ARNP | |
| Phone: 321-268-0267 | Phone: 321-434-6100 |
| Fax: 321-268-3357 | Fax: |

**Patient Name:** RAEANN M BAYLESS
1754 POINCIANA CIR
TITUSVILLE, FL 32796
**Phone:** (H): (321)268-3761

**Resp. Provider:** Corinne West ARNP

DOB: ███
Sex: F
EMR ID: ███
Visit Id: ███
Age: 50
SSN: ███

BHA supported by Parrish Clinical Staff

| Code<br>CPT-80053 | Description<br>CMP | | Diagnoses<br>IMPAIRED FASTING<br>GLUCOSE(ICD-790.21) | ICD-10 CODE<br>R73.01 |
|---|---|---|---|---|
| | Order Number:<br>Auth#:<br>Quantity:<br>Start Date:<br>Priority:<br>Instructions: | 2446806-2<br><br>1<br>12/2/2015<br>Normal | FASTING 12 hours prior to testing.<br>May have black coffee or water.<br>Tea with no cream, milk, or sugar. | |
| Code<br>CPT-83036 | Description<br>HbA1C | | Diagnoses<br>IMPAIRED FASTING<br>GLUCOSE(ICD-790.21) | ICD-10 CODE<br>R73.01 |
| | Order Number:<br>Auth#:<br>Quantity:<br>Start Date:<br>Priority:<br>Instructions: | 2446806-3<br><br>1<br>12/2/2015<br>Normal | | |

My password protected electronic signature below authorizes this treatment to be medically necessary.

Signed by Corinne West ARNP on 12/2/2015

BAYLESSR_PARRMC_MDR00032

BAYLESSR_PARRMC_MDR00033

| Parrish Medical Center *LIVE* | | | | Patient Order Summary | | Page: 1 |
|---|---|---|---|---|---|---|
| | | | | | | Date: 1./12/1£ ££:56 |
| | | | | | | User: Duncan,Background |
| | BAYLESS,RAZANN M | | | Location: EXP | | Medical Record Number: |
| EXP | | Attending: WEST,CORINNE M | | | | Account Number: |
| | | Reason: P7361 | | | | Registration: 12/11/15 |

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| Chemistry, Comp (14)-1111120470590 | Completed | 1./11/15 11:1. | WEST,CORINNE N ALVY | BLNON,KATIA D | |
| | Comprehensive Metabolic Panel | | Routine | Order Source: Written | | |

| | Date & Time | User | Device | Event | | Acknowledged |
|---|---|---|---|---|---|---|
| 1 | 12/11/15 11:12 | LAB - BLNON,KATIA D | ERTOPT2 | HL Signature is Necessary | | N |
| 1 | 12/11/15 11:12 | LAB - BLNON,KATIA D | ERTOPT3 | Order is Entered | | N |
| 2 | 12/11/15 11:14 | LAB - Duncan,Background | ERTOPT7 | Start Time edited: | | NA |
| | | | | New: 11:1. | | |
| | | | | Old: 11:11 | | |
| 2 | 12/11/15 11:14 | LAB - Duncan,Background | ERTOPT3 | Status changed: | | AA |
| | | | | New: In Process | | |
| | | | | Old: Logged | | |
| 4 | 12/11/15 12:16 | LAB - Duncan,Background | ERTOPT2 | Status changed: | | NA |
| | | | | New: Completed | | |
| | | | | Old: In Process | | |

| Category | Order | Status | Start | Ord Provider | Entered By | |
|---|---|---|---|---|---|---|
| Chemistry, Comp (14)-1111120470590 | Completed | 1/11/15 11:.. | WEST,CORINNE N ALVY | BLNON,KATIA D | |
| | Hemoglobin A1C | | Routine | Order Source: Written | | |

| | Date & Time | User | Device | Event | | Acknowledged |
|---|---|---|---|---|---|---|
| 1 | 12/11/15 11:12 | LAB - BLNON,KATIA D | ERTOPT+ | HL Signature is Necessary | | N |
| 1 | 12/11/15 11:12 | LAB - BLNON,KATIA D | ERTOPT3 | Order is Entered | | N |
| 2 | 12/11/15 11:14 | LAB - Duncan,Background | ERTOPT7 | Start Time edited: | | NA |
| | | | | New: 11:14 | | |
| | | | | Old: 11:11 | | |
| 2 | 12/11/15 11:14 | LAB - Duncan,Background | ERTOPT3 | Status changed: | | AA |
| | | | | New: In Process | | |
| | | | | Old: Logged | | |
| 4 | 12/11/15 12:12 | LAB - Duncan,Background | ERTOPT2 | Status changed: | | NA |
| | | | | New: Completed | | |
| | | | | Old: In Process | | |

```
RUN DATE: 12/12/15            Parrish Medical Center LAB *Live*            PAGE 1
RUN TIME: 0016              CUMULATIVE DISCHARGE SUMMARY REPORT

                                      LOCATION
```

| PATIENT: BAYLESS,RAEANN M | ACCT: | LOC: EXP | U: |
|---|---|---|---|
| | AGE/SX: 50/F | ROOM: | REG: 12/11/15 |
| REG DR:  WEST,CORINNE M ARNP | STATUS: DEP CLT | BED: | DIS: |

**************************** DEPARTMENT OF LABORATORY MEDICINE ****************************

AUTOMATED CHEMISTRY

```
Date            DEC 11
Time            1126                              Reference      Units

Glucose-Fasting  102(a)  H                        (70-100)      mg/dL
Sodium           140                              (133-143)     mmol/L
Potassium        4.9                              (3.6-5.0)     mmol/L
Chloride         106                              (101-111)     mmol/L
Carbon Dioxide   26                               (22-29)       mmol/L
Anion Gap        14                               (10-20)       mmol/L
Urea Nitrogen    23    H                          (6-20)        mg/dL
Creatinine       0.79                             (0.50-0.90)   mg/dL
BUN Creat Ratio  29.0  H                          (10.0-20.0)
Calculated Osmo  283                              (274-293)     mosm/kG
Calcium, Total   9.4                              (8.4-10.3)    mg/dL
Total Protein    6.8                              (6.4-8.3)     gm/dL
Albumin          4.1                              (3.5-5.2)     g/dL
A/G Ratio        2                                (1.0-2.6)
Total Bili       0.4                              (0.2-1.2)     mg/dL
AST(SGOT)        15                               (10-40)       u/L
ALT(SGPT)        17                               (10-33)       U/L
Alk Phos         63                               (35-104)      u/L

NOTES:  (a)  NON-FASTING GLUCOSE REFERENCE RANGE:  70 - 200 mg/dL
```

| Patient: BAYLESS,RAEANN M | Age/Sex: 50/F | Acct | Unit |
|---|---|---|---|

BAYLESSR_PARRMC_MDR00034

Parrish Medical Center LAB *Live*
CUMULATIVE DISCHARGE SUMMARY REPORT

LOCATION

| Patient: BAYLESS,RAEANN M | | (Continued) | |

**************** DEPARTMENT OF LABORATORY MEDICINE (CONTINUED) ****************

| AUTOMATED CHEMISTRY (CONTINUED) |

| Date | DEC 11 | | | |
| Time | 1126 | | Reference | Units |

| Est GFR | (A) | | | SEE REF |

```
       (A)  87.29
            See also (b)
```

| MISCELLANEOUS CHEMISTRY |

| Date | DEC 11 | | | |
| Time | 1126 | | Reference | Units |

| Potassium | 4.9 | | (3.6-5.0) | mmol/L |
| HB A1C % | 5.5 | | (4.8-5.9) | |
| Estim Avg Glu | 111.15 | | | |

```
NOTES:  (b)  Chronic Kidney Disease
             (CKD) stage GFR level (mL/min/1.73 m2)

             Normal              >=90 (no proteinuria)
             Stage 1             >=90 (with evidence of kidney damage)
             Stage 2 (mild)      60 - 90 (with evidence of kidney damage)
             Stage 3 (moderate)  30 - 59
             Stage 4 (severe)    15 - 29
             Stage 5 (kidney failure)  <15

             A single eGFR result should not be used to determine
             the extent of renal disease, especially in hospitalized
             patients.  eGFR has not been validated for pregnant
             females and patients less than 18 years of age.

             (Estimated GFR is calculated using the
             Chronic Kidney Disease Epidemiology
             Collaboration, 2009 [CKD-EPI] formula).
```

| Patient: BAYLESS,RAEANN M | Age/Sex: 50/F | Acct | Unit |

**ASSIGNMENT OF MEDICARE BENEFITS (MEDICARE PATIENTS ONLY).**
The undersigned certifies that the information that the information given when applying for payment under Title XVII I of the Social Security Act is correct. The holder of medical and other information about the patient may release to the Social Security Administration or its intermediaries or carriers of information any information needed for this or related Medicare claim. Payment of authorized benefits may be made on the patient's behalf. Payment of benefits for physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment is also authorized. Applicable deductions, co- payments, and on-covered charges will be the responsibility of the undersigned.

**HEALTH CARE PLAN OBLIGATION**
A. The hospital maintains a list of health plans with which it has contacted. A list of such plans is available upon request from the financial office. The hospital has no contract, expressed or implied, with any plan that does not appear on the list. The undersigned agrees that he/she is individually obligated to pay the full charges of all services rendered to him/her by the hospital if he/she belongs to a plan, which does not appear on the above-mentioned list.
B. The undersigned certifies that he/she has read the foregoing, received a copy thereof (if requested), and is the patient, the patient's legal representative, or is duty authorized by the patient as the patient's general agent to execute the above and accept the terms.

**I ACKNOWLEDGE AUTHORIZE:**
I have received today or on a prior visit a copy of the PMC Notice of Privacy Practices. I understand that if I have questions I can contact the Facility Privacy Officer. I have been asked and have provided information regarding my Medicare Secondary Payer Screening, which is applicable to my medical services covered by Medicare health care insurance. I agree to release of my demographic information and dates of service to Parrish Medical Centers institutionally related foundation to be used only for charitable and fund-raising purposes in support of Parrish Medical Center. If you prefer not to receive such communications, initial here _____.

**PATIENT SAFETY**
We ask for your participation in your care and feel this adds to your safety as a patient. We encourage you to speak up if you have questions regarding any aspect of your care or care partners or any safety concerns.

**BILL OF RIGHTS AND ADVANCED DIRECTIVES**
I have received and/or was offered a copy of the Patient Bill or Rights and Advanced Directives.

Date: _____   Time: _____   AM/PM
Signature: _____   Relationship: _____
                Patient or Responsible Party
Witness: _____   Account Number _____

| North Brevard County Hospital District | CONSENT FOR OUTPATIENT TESTING/THERAPY |
|---|---|
| PARRISH MEDICAL CENTER | Page 2 of 2 |
| **BAYLESS,RAEANN M**    12/11/15<br>W   F  50 | REV. 06/2015<br>FORM  E155B |

BAYLESSR_PARRMC_MDR00036

**CONSENT FOR MEDICAL AND/OR DIAGNOSTIC PROCEDURES**

The undersigned consents to procedures that maybe performed, on an outpatient basis, including treatment or services, which may include but are not limited to laboratory procedures, x-ray examinations, medical or surgical treatment or procedures, anesthesia, hospital services rendered the patient under the general and special instructions to the patient's physician or surgeon, or recording/filming for identification diagnosis or treatment purposes. I consent to the taking of **pictures of medical or surgical condition or treatment, and the use of the pictures for scientific, educational or safety purposes.**

**PHYSICIAN ACCESS TO RECORDS**

All physicians, and surgeons furnishing services to the patient, including in the patient's care may have access to the patient's record for treatment, normal healthcare operations, and for securing payment for services rendered. The information to be released include all information in the patient's record including, HIV testing and test results, psychiatric treatment, and treatment for alcohol or drug abuse. For a more detailed description of use sand disclosures for treatment, payments, or healthcare operations, please review the PMC Notice of Privacy Practice. You have the right to review the Notice of Privacy prior to signing the consent.

**LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIANS**

Some physicians and surgeons furnishing services to the patient, e.g., emergency room physician, radiologist, pathologist, anesthesiologist are independent contractors and are not employees or agents of the hospital, while other physicians, including but not limited to, Hospitalists, Intensivists and Obstetricians are employees of the hospital. The patient is under the care and supervision of his/her attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to medical and surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered to the patient under the general and special instructions of the physician.

**FINANCIAL AGREEMENT**

The undersigned agrees, whether he/she signs as an agent or as a patient, that in consideration of the services to be rendered to the patient, he/she hereby individually obligates himself/herself to pay the account of the hospital in accordance with the regular rates and terms of the hospital. Should the account be referred to an attorney or collection agency for collection, the undersigned shall pay actual attorney's fees and collection expenses. All delinquent accounts shall bear interest at the legal rate. The undersigned authorizes the hospital and all clinical providers who have provided care or interpreted my tests, along with any billing service and their collection agency or attorney who may work on their behalf, to contact me on my cell and/or home phone using prerecorded messages, artificial voice messaging, automatic telephone dialing devices or other computer assisted technology, or by electronic mail, text messaging or by any other form of electronic communication.

**ASSIGNMENT OF INSURANCE BENEFITS**

A. The undersigned authorizes, whether he/she signs as an agent or as an agent or as a patient, direct payment to the hospital of any insurance benefits otherwise payable to or on behalf of the patient for this hospitalization or for these outpatient services, including emergency services rendered, at rate not to exceed the hospital's actual charges. It is agreed that payment of any and all obligations under a policy to the extent of such payment. It is understood by the undersigned that he/she is financially responsible for charges not paid pursuant to this agreement.

B. The undersigned authorizes assignment of insurance benefits to any involved physician(s), including but not limited to radiologists, cardiologists, pathologists, anesthesiologist, and emergency room physicians.

C. Section 817.234 Florida Statutes stipulates that "any person who knowingly and with intend to injure, defraud, or deceive any insurer files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony in the third degree"

---

North Brevard County Hospital District
operating as
PARRISH MEDICAL CENTER

**BAYLESS,RAEANN M**
W    F  50
12/11/15

**CONSENT FOR OUTPATIENT TESTING/THERAPY**

Page 1 of 2

REV: 08/2015
FORM E133A

BAYLESSR_PARRMC_MDR00037

# McKesson
# Intelligent Coding™

**Coding Report**

BAYLESS , RAEANN          M

Visit ID: ▓▓▓▓▓▓          v: 11

Treatment Area: Emergency Department
Facility: Parrish Medical Center
User Name: LISA A HOGAN

06/12/2015 19:01  Printed
06/12/2015 11:42  Saved

| Data | Points | HCPCS | ICD9 | CDM# |
|---|---|---|---|---|
| **Facility Charges - Complete** | | | | |
| Arrival Date/Time: 6/11/2015 12:44 | 0 | | | |
| Discharged - Home | 15 | | | |
| Triage Physician:GARCIA FRANCISCO A MD/GARCF | 0 | | | |
| Triage Nurse:SINGLETON CHRISTINE | 0 | | | |
| Triage Category 4 | 0 | | | |
| Triage Pain Scale | 5 | | | |
| Triage vitals taken | 2 | | | |
| Arrival Mode - Auto / Other | 0 | | | |
| Information provided by Patient | 5 | | | |
| Vitals Taken | 2 | | | |
| Continuous/Multiple Pulse Ox | 2 | 94761 | 89.38 | |
| Discharge Vitals Taken | 2 | | | |
| Disposition Nurse:MORALES JARAONA | 0 | | | |
| Disposition Assessment recorded | 5 | | | |
| Lab Test (any) - Ordered | 20 | | | |
| Specimen - Urine | 5 | | | |
| Specimen - Genital Cultures | 10 | | | |
| PO medication given | 5 | | | |
| Intramuscular injection 6/11/2015 | 0 | 96372 | 99.29 | 3780326 |
| Pelvic Exam | 25 | | | |
| Triage Nurse Date/Time: 6/11/2015 12:44 | 0 | | | |
| Disposition Date/Time: 6/11/2015 15:13 | 0 | | | |

| E/M Level Level 4 | 103 | 99284-25 | | 3782114 |
|---|---|---|---|---|

```
                                No Charge less than 0
                                Triage Only     0 to 20
                                    Level 1    21 to 30
                                    Level 2    31 to 50
                                    Level 3    51 to 90
                                    Level 4    91 to 150
                                    Level 5   151 to 350
                                Critical Care  351 and up
```

CPT© 2015 American Medical Association All Rights Reserved

End of Report                                    (1.5.01)

1/1

BAYLESSR_PARRMC_MDR00038

## PARRISH
MEDICAL CENTER

**PATIENT INFORMATION**

| ACCOUNT NO. | FINANCIAL CLASS | TYPE | PT. LOCATION/SERVICE | ROOM & BED | SMOKER | VAL | RACE | RELIGION | PREV. DISCHARGE DATE | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | SP | PRE ER | ER | | | | W | NON | | |

| DATE OF BIRTH | AGE | SEX | Mar St | PATIENT OCCUPATION | | | | | PREVIOUS NAME/OTHER NAME | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 50 | F | S | UNEMPLOYED | | | | | | |

| PATIENT NAME/ADDRESS | S.S. NO. | PATIENT EMPLOYER |
|---|---|---|
| BAYLESS,RAEANN M<br>1754 POINCIANA CR<br>TITUSVILLE,FL 32796 | | UNEMPLOYED |

| PHONE NO. 321-289-3761 | OTHER NO. 321-848-6788 CELL | WORK PHONE |
|---|---|---|

| GUARANTOR/ADDRESS | S.S. NO. | GUARANTOR EMPLOYER |
|---|---|---|
| BAYLESS,RAEANN M<br>1754 POINCIANA CR<br>TITUSVILLE,FL 32796 | | UNEMPLOYED |

| PHONE NO. 321-289-3761 | RELAT.TO PT. SELF | |
|---|---|---|

| PERSON TO NOTIFY ADDRESS | RELAT. TO PT. MOTHER | NEXT OF KIN/ADDRESS | RELAT. TO PT. |
|---|---|---|---|
| BAYLESS,JOAN<br>1754 POINCIANA CR<br>TITUSVILLE,FL 32796 | | | |

| HOME PHONE 321-289-3761 | OTHER PHONE 321-289-0143 | HOME PHONE | OTHER PHONE |
|---|---|---|---|

### DIAGNOSIS / PROCEDURES

PRINCIPAL DIAGNOSIS

SURGICAL PROCEDURES

SECONDARY DIAGNOSES

### PHYSICIAN MEDICAID CERTIFICATION

This is to certify that inpatient hospital services are needed:

Date: _____     Physician's Signature: _____

### ACCIDENT INFORMATION / CONDITIONS

| ACCIDENT DATE/TIME | ACCIDENT INFORMATION | REASON FOR VISIT |
|---|---|---|

### ADMISSION / REGISTRATION

| ADMIT DATE/TIME | ADMISSION SOURCE | COMMENTS | USER |
|---|---|---|---|
| 06/11/15  1244 | | | |

### PHYSICIANS

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | EMERGENCY PHYSICIAN |
|---|---|---|

| PRIMARY CARE PHYSICIAN | FAMILY PHYSICIAN | OTHER PHYSICIAN |
|---|---|---|

BAYLESSR_PARRMC_MDR00039

**CONSENT FOR MEDICAL AND SURGICAL PROCEDURES**
The undersigned consents to procedures that may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, which may include but are not limited to laboratory procedures, x-ray examinations, medical or surgical treatment or procedures, anesthesia, hospital services rendered the patient under the general and special instructions to the patient's physician or surgeon, or recording/ filming for identification diagnosis or treatment purposes. **I consent to the taking of pictures of medical or surgical condition or treatment, and the use of the pictures for scientific, educational or safety purposes.**

**NURSING CARE**
The hospital provides only general duty nursing care unless, upon orders of the patient's physician, the patient is provided more intensive nursing care. If the patient's condition is such as to need the service of a special duty nurse, it is agreed that such must be arranged by the patient or his/her legal representative. The hospital shall in no way be responsible for failure to provide same and is hereby released from any and all liability arising from the fact that said person is not provided with such additional care.

**LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIAN**
All physicians and surgeons furnishing services to the patient, e.g., emergency room physician, radiologist, pathologist, anesthesiologist are independent contractors and are not employees or agents of the hospital. The patient is under the care and supervision of his/her attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to medical and surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered to the patient under the general and special instructions of the physician.

**RELEASE OF PROTECTED HEALTH INFORMATION**
PMC, its business associates, and any other healthcare provider involved in the patient's care may have access to the patient's record for treatment, normal healthcare operations and for securing payment for services rendered. The information to be released include all information in the patient's record including HIV testing and test results, psychiatric treatment, and treatment for alcohol or drug abuse. For a more detailed description of uses and disclosures for treatment, payment, or healthcare operations, please review the PMC Notice of Privacy Practices prior to signing this agreement.

**FINANCIAL AGREEMENT**
The undersigned agrees, whether he/she signs as an agent or as a patient, that in consideration of the services to be rendered to the patient, he/she hereby individually obligates himself/herself to pay the account of the hospital in accordance with the regular rates and terms of the hospital. Should the account be referred to an attorney or collection agency for collection, the undersigned shall pay actual attorney's fees and collection expenses. All delinquent accounts shall bear interest at the legal rate.

The undersigned authorizes the hospital and all clinical providers who have provided care or interpreted my tests, along with any billing service and their collection agency or attorney who may work on their behalf, to contact me on my cell and/or home phone using pre-recorded messages, artificial voice messages, automatic telephone dialing devices or other computer assisted technology, or by electronic mail, text messaging or by any other form of electronic communication.

**ASSIGNMENT OF INSURANCE BENEFITS**
A.  The undersigned authorizes, whether he/she signs as an agent or as a patient, direct payment to the hospital of any insurance benefits otherwise payable to or on behalf of the patient for this hospitalization or for these outpatient services, including emergency services rendered, at rate not to exceed the hospital's actual charges. It is agreed that payment of any and all obligations under a policy to the extent of such payment. It is understood by the undersigned that he/she is financially responsible for charges not paid pursuant to this agreement.
B.  The undersigned authorizes assignment of insurance benefits to any involved physician(s), including but not limited to radiologists, cardiologists, pathologists, anesthesiologist, emergency room physicians.
C.  Section 817.234 Florida Statutes stipulates that "any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony in the third degree".

**PERSONAL VALUABLES**
It is understood and agreed that the hospital maintains a safe for safekeeping of money and valuables. The hospital shall not be liable for the loss or damage to any article unless deposited with the hospital for safekeeping. The liability of the hospital for loss of any personal property, which is deposited for safekeeping, is limited to five hundred dollars ($500.00) unless a receipt for a greater amount has been obtained from the hospital by the patient.

North Brevard County Hospital District
operating as
PARRISH MEDICAL CENTER

**CONSENT OF ADMISSION**

BAYLESS,RAEANN M          06/11/15
                    W    F  50

Page 1 of 2

REV: 07/2014
FORM  E528A
COL-RBAYLESS-PARISH-000043

* A D M C O N *

Case 6:20-cv-00831-RBD-GJK   Document 319-8   Filed 06/15/21   Page 41 of 364 PageID 34344

**ASSIGNMENT OF MEDICARE BENEFITS (Medicare patients only)**
The undersigned certifies that the information given when applying for payment under Title XVIII of the Social Security Act is correct. The holder of medical and other information about the patient may be released to the Social Security Administration or its intermediaries or carriers of information any information needed for this or related Medicare claim. Payment of authorized benefits may be made on the patient's behalf. Payment of benefits for physician services to the physician or organization furnishing the services or authorize such physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment is also authorized. Applicable deductibles, co-payments and non-covered charges will be the responsibility of the undersigned.

**HEALTH CARE PLAN OBLIGATION**
A. The hospital maintains a list of health plans with which it has contacted. A list of such plans is available upon request from the financial office. The hospital has no contract, expressed or implied, with any plan that does not appear on the list. The undersigned agrees that he/she is individually obligated to pay the full charges of all services rendered to him/her by the hospital if he/she belongs to a plan, which does not appear on the above-mentioned list.
B. The undersigned certifies that he/she has read the foregoing, received a copy thereof (if requested), and is the patient, the patient's legal representative, or is duty authorized by the patient as the patient's general agent to execute the above and accept the terms.

## I ACKNOWLEDGE

### (Labor Patients)

This consent is effective for all prenatal care up to and including delivery.

### (All Patients)

I have been offered today or on a prior visit a copy of the PMC Notice of Privacy Practices. I understand that if I have questions I can contact the Facility Privacy Officer.

We ask for your participation in your care and feel this adds to your safety as a patient. We encourage you to speak up if you have questions regarding any aspect of your care or care partners or any safety concerns.

I have been asked and have provided information regarding my Medicare Secondary Payer Screening, which is applicable to my medical services covered by Medicare health care insurance.

I agree to the release of my demographic information and dates of service to Parrish Medical Center's institutionally related foundation to be used for charitable and fundraising purposes in support of Parrish Medical Center. If you prefer not to receive such communications, initial here._____

### (Inpatient Only)

I have been offered to maintain my inpatient admission status as "Confidential" or "Restricted". I understand that if placed in a restricted status, I will not receive any calls through the hospital system; walk in visitors; including clergy, will not be provided my room number by hospital staff; delivery of mail, flowers, etc. will be returned. However, please be assured your care will not be compromised. You will be placed in a "restricted" / "confidential" status if you initial here._____

I have received and/or offered a copy of the Patient Bill of Rights and Advance Directive information.

☐ Declined Advanced Directive

I have received a copy of my rights as a Medicare and/or Tricare patient.

Date: _____06/11/15_____    Time: _____    AM / PM

Signature: _____ (patient / parent / conservator / guardian)

If signed by other than the patient, indicate relationship: _____

Witness: _____

North Brevard County Hospital District
operating as
PARRISH MEDICAL CENTER

**CONSENT OF ADMISSION**

**BAYLESS,RAEANN M**     06/11/15     W  F  50     Page 2 of 2

REV: 07/2014
FORM E526B
COL-RBAYLESS-PARISH-000042

JE-007 Page 41 of 364

BAYLESSR_PARRMC_MDR00040

ALLERGIES

| Allergy/Adv.Rxn No Known Allergies | Type | Severity | Reaction | Status | Date / Time Verified 09/01/14 07:07 |
|---|---|---|---|---|---|

ACTIVITY

CLINICAL DATA

AMBULATORY ORDERS

| Medication | Instruction | Recorded | Confirmed | Type |
|---|---|---|---|---|
| Ciprofloxacin HCl [Cipro] | 500 mg PO BID #14 tab   06/11/11 | | | Rx |
| Metronidazole [Flagyl] | 500 mg PO TID #21 tab   06/11/11 | | | Rx |

Triage Assessment

DIAGNOSES

| Status/Phase w/PROV | DtTm/Value | User/Action |
|---|---|---|
| | 06/11/15 14:31:43 | RIVAS,RODOLFO O |
| Referrals (Provider) | PEREZ,DENIS A | Added |
| | 06/11/15 13:16:37 | HANKLBLISS R |
| Referrals (Provider) | BREVARD HEALTH ALLIANCE | Added |
| | 06/11/15 13:09:40 | RIVAS,RODOLFO O |
| Ed Provider | GARCIA,FRANCISCO A | Edit |
| | 06/11/15 13:09:16 | RIVAS,RODOLFO O |
| Midlevel Provider | RIVAS,RODOLFO O | Item |
| TRIAGE | 06/11/15 13:09:56 | SINGLETON,CHRISTINE |
| Primary Care Provider | BREVARD HEALTH ALLIANCE | Item |
| ECT | 06/11/15 12:43:55 | EDWARDS,JONQUIE A |
| Ed Provider | ER PHYSICIAN | Item |
| Chief Complaint | Rash | Item |

DIAGNOSES

TRICHOMONAL VAGINITIS (06/11/15)
TOBACCO USE DISORDER (06/11/15)
HYPERTENSION NOS (06/11/15)

BAYLESSR_PARRMC_MDR00041



BAYLESSR_PARRMC_MDR00042

BAYLESS, BARERY H
Page PARVIEW HOSPITAL CENTER                    Longest PATIENT, VISIT    Bed:
Med Rec Num:                                    Visit:

**Discharge Assessment - continued**

| Help Received? | |
| Eventualized Direct To | Family |
| Referrals Made | Yes |

## Advanced Directives

| Does patient have an advanced directive | No |
| Does patient have an advanced directive | Yes |
| Advance Directives Information Packet Provided | No, pt lawfully declines |
| Advance Directives Information Packet Provided | No, pt lawfully declines |

## NOTE

06/11/15 15:11 Ed Nursing Note by MORALES,JARDANA
pt with elevated B/P, PA Rudy Rivas aware, ok to d/c home, PT states will take B/P medication when she arrives home as she did not take her medicine this am.

Initialized on 06/11/15 15:11 - END OF NOTE

06/11/15 14:09 Ed Nursing Note by MORALES,JARDANA
pt c/o foul smelling brown vaginal discharge x 3 weeks, pt states that last intercourse approx 2 weeks ago, pt also presents with abrasions to bile.

Initialized on 06/11/15 14:09 - END OF NOTE

## ORDERS

06/11/15 13:57
ED Staff for Chaperone/Witness ONCE
Pelvic Exam Set up ONCE

06/11/15 14:10
UACS [Urinalysis with reflex to C/S] Stat
Specimen: Has been collected
Urine Source: Clean Catch
Urine Culture Reflex Stat
HSC Source: UC
Specimen Description

06/11/15 14:20
C.Trach/N.Gonorrhoea,AMP RNA Stat
Specimen: Send someone from the department to collect
SPECIMEN SOURCE: ENDOCERVIX

---

BAYLESS, BARERY H
Page PARVIEW HOSPITAL CENTER                    Longest VISIT    Bed:
Med Rec Num:                                    Visit:

**ORDERS - continued**
Wet Prep for Trichomonas Stat
HSC Source: Endocervix
Specimen: Has been collected
Specimen Description:

06/11/15 14:27
Ceftriaxone Sodium [Rocephin] 1 gm IM ONE ONE

06/11/15 14:40
Azithromycin [Zithromax] 1,000 mg PO ONE ONE

06/11/15 14:44
Azithromycin [Zithromax] 1,000 mg PO STK-MED ONE
Ceftriaxone Sodium [Rocephin] 1 gm ROUTE STK-MED ONE

06/11/15 14:46
Lidocaine 1% HCl/IM 5 ml [Xylocaine] 5 ml ROUTE STK-MED ONE

06/12/15 09:00
Azithromycin [Zithromax] 1,000 mg PO DAILY

## VITALS

| | Temp | Pulse | Resp | BP | Pulse Ox |
|---|---|---|---|---|---|
| 06/11/15 15:06 | 98.1 F | 59 L | 15 | 170/90 H | 100 |
| 06/11/15 13:06 | | 67 | 18 | 178/127 H | 100 |
| 06/11/15 13:04 | 97.5 F | 83 | 18 | 183/104 H | 98 |
| 06/11/15 12:47 | 97.5 F | 83 | 18 | 183/104 H | 98 |

## PROCEDURES

COMPREHEN INTERVIEW/EVAL (06/11/15)
DPT ADMINISTRATION (12/7/24)
ENDOSC POLYPECTOMY OF LG INTEST (12/19/03)
INJECT ANTIBIOTIC (06/11/15)
INJECT/INFUSE NEC (08/11/13)
LIMITED INTERVIEW/EVALUA (03/25/06)
OTHER SKIN & SUBQ I  D (12/17/14)

## MICROBIOLOGY

06/11/15 14:10  Urine  Urine Culture - Final
No pathogens isolated.
06/11/15 14:20  Endocervix  Trichomonas Preparation - Final

---

BAYLESSR_PARRMC_MDR00043



### MEDICATIONS

**Discontinued Medications**

Azithromycin (Zithromax) 1,000 mg PO DAILY SCH
Stop: 06/19/15 09:01
Azithromycin (Zithromax) 1,000 mg PO ONE ONE
Stop: 06/11/15 14:41
Last Admn: 06/11/15 14:47 Dose: 1,000 MG

Azithromycin (Zithromax) Confirm Administered Dose 1,000 mg PO STK-MED ONE
Stop: 06/11/15 14:45
Ceftriaxone Sodium (Rocephin) 1 gm IM ONE ONE
Stop: 06/11/15 14:29
Last Admn: 06/11/15 14:49 Dose: 1 GM

MAR IM Injection Site

Ceftriaxone Sodium (Rocephin) Confirm Administered Dose 1 gm .ROUTE .STK-MED ONE
Stop: 06/11/15 14:45
Lidocaine HCl (Xylocaine) Confirm Administered Dose 5 ml ROUTE .STK-MED ONE
Stop: 06/11/15 14:47

### LABORATORY EXAMS

| | | 06/11/15 14:10 | 06/11/15 14:20 |
|---|---|---|---|
| Urine Color | Yellow | | |
| Urine Appearance | Cloudy H | | |
| Urine pH | 5.0 | | |
| Ur Specific Gravity | 1.030 H | | |
| Urine Protein | 1+ H | | |
| Urine Ketones | Negative | | |
| Urine Occult Blood | 1+ H | | |
| Urine Nitrite | Negative | | |
| Urine Bilirubin | 1+ H | | |
| Urine Urobilinogen | 0.2 | | |
| Ur Leukocyte Esterase | 2+ H | | |
| Urine RBC | 0-2 | | |
| Urine WBC | 5-10 H | | |
| Ur Epithelial Cells | 5-10 | | |
| Urine Crystals | Ca oxalate Lrge | | |
| Urine Bacteria | Occasional | | |
| Hyaline Casts | 5-10 | | |
| Urine Glucose | Negative | | |
| Urine Comment | Manual micro review | | |
| C.trachomatis RNA | | | Not detected |
| N.gonorrhoeae RNA | | | Not detected |

### ED CARE TEAM

Initial Care Team              Role              Business Type
ADVANCED HEALTH ALLIANCE            Primary Care Provider        ADULT MEDICINE HEALTH
  Specialty:    No Specialty Specified
  Address:    XXX N BRANDYWINE AVE, STE 100, TITUSVILLE, FL, 32796
  Phone:    321-268-XXXX

XXXXXXXX P XXXXXX, MD
                    Emergency Provider        Physician
  Specialty:    Emergency Medicine
  Address:    XX, NORTH WASHINGTON AVENUE, TITUSVILLE, FL, 32796
  Phone:    XXX-XXXX

### DISCHARGE DATA

ED Disposition              HOSPITALIZE
Status              OFF
Care Level at Discharge        06/11/15 14:XX
Condition              Good
Treated At              06/11/15 1,XXX

Secondary Discharge Diagnoses    06/11/15 XXXX
Emergency Clinical Impression    NONE
Florida Impression            Vaginal disorder due to surgical rash
                    Bacterial Vaginosis
                    Trichomonas Vaginitis
Emergency Clinical Impression

ED Provider Acknowledged     XXXX Clause
ED Critical Care Time
Vital Signs              06/11/15 14:XX

| Query | Result |
|---|---|
| Temperature | 98.1 F |
| Temperature Source | Oral |
| ECG Rhythm | Normal Sinus Rhythm |
| Pulse Rate | 99 |
| Pulse Rhythm | Regular |
| Pulse Assessment Method | Device |
| Respiratory Rate | 18 |
| Respirations Method | Visual/Observed |
| Respiratory Depth | Normal |
| Respiratory Effort | Non-Labored |
| Respiratory Pattern | Normal |
| O2 Sat by Pulse Oximetry | 100 |
| Oxygen Delivery Method | Room Air |
| Blood Pressure | 170/90 |
| Blood Pressure Mean | 99 |

BAYLESSR_PARRMC_MDR00044

BAYLESS, RABNER W
Fac: PARKER MEDICAL CENTER          Loc:ED 842.6  A/V          Sex:
Id:                        Med Rec Nm:                           Visit:
**DISCHARGE DATA - Continued**

| Blood Pressure Source | Automatic Cuff/Device |
| Blood Pressure Position | Supine |

Discharge Assessment          07/27/15 15:16

| Query | Result |
|---|---|
| Mode of Discharge | Ambulated |
| Summary of Care Provided | Yes |
| Discharge Instructions Requested | No |
| Discharge Instructions Given To | Patient |
| Patient Education Given | Yes |
| Were the patient's Problems, Labs, and Meds Reviewed? | Yes |
| At Discharge Prescriptions Given To | Spouse |
| At Discharge Referrals Made To | Yes |

Acquired Assessment
Values with Date/closest

Identification          Disability Transmitted Diseases (DX:
                        Tracheostomy (DX:
Stand Alone Forms
Immunization            Influenza in NICU  (Date:
                        DTAP,DT,DTDT:0
                        Pneumococcal (Prevnar)
                        DTAP,DT,DTDT:0

Visit Report
- Events                 #1: Emergency Health Services
                         Triage #2 Emergency Dept  Care
- Referrals              RELEASE: BAYLEY, RABNER (Discharge Care Provider)
                         MORALES, LBIR A, MD (Physician)
- Additional Care        Follow-up with OBGYN within 3 days for further care.

                         Return to ER if severe worsening pain, nausea, vomiting,
                         fevers, chills.

                         **User Key**

| Mnemonic | Mnemonic Name | Provider Type |
|---|---|---|
| OCS | SINGLOC | SINGLETON,CHRISTINE | Registered Nurse |
| JM | MORALI | MORALES,JAROASIA | Registered Nurse |

**JE-007 Page 46 of 364**

**PARRISH MEDICAL CENTER**
**951 North Washington Avenue**
**Titusville, FL 32796**

PT NAME:  BAYLESS,RAEANN M                          MED REC #: ▮▮▮▮
PROVIDER:  GARCIA, FRANCISCO A  MD                  ACCT #: ▮▮▮▮
DOB: ▮▮▮▮                                            LOCATION:  ER
SEX:  F      RACE: W      AGE:  50
ADM/SERV DATE:  06/11/15

**Skin/Abscess/FB HPI**

**- Scribe**
**Did a Scribe initiate this document?:** Yes

**- General**
**Information Source:** Patient
**Mode of Transport:** Ambulatory
**Limitations:** No Limitations

**- History of Present Illness**
**MD complaint:** Rash
**Onset/Timing:** 1
**-:** Week(s)
**Location:** LLE, RLE
**Consistency: Reports: Constant**
**Improves with:** None
**Worsens with:** None
**Context: Reports: Other (GRANDKIDS HAD IMPETIGO )**
**Associated symptoms: Reports: Other (ALSO C/O VAGINAL DISCHARGE, DYSURIA AND**
**ABDOMINAL PAIN).** Denies: Fever, Chills, Nausea, Vomiting
**Treatments Prior to Arrival:** None

*<HAHN,BLISS B - Last Filed: 06/11/15 14:18>*

**- General**
**Information Source:** Patient
**Mode of Transport:** Ambulatory

*<RIVAS,RODOLFO O - Last Filed: 06/11/15 14:43>*

**- General**
**Chief complaint:** Rash
**Stated complaint:** VAGINAL DISCHARGE
**Time Seen by Provider:** 06/11/15 13:09

**- History of Present Illness**
**Initial comments:**
50 Y/O F PRESENTS TO THE ED C/O RASH TO HER LOWER EXTREMITIES X 1 WEEK. PT NOTES
POSITIVE IMPETIGO EXPOSURE FROM GRANDKIDS. PT ALSO NOTES 2 WEEK HX OF MALODOROUS,

Emergency Room Record

INIT: RIVASRO 06/11/15 1309

Page 1 of 7

**PARRISH MEDICAL CENTER**
**951 North Washington Avenue**
**Titusville, FL 32796**

PT NAME: BAYLESS,RAEANN M                    MED REC #: ███████
ADM/SERV DATE: 06/11/15                       ACCT #: ███████

BROWN VAGINAL DISCHARGE S/P UNPROTECTED SEX WITH SOME ASSOCIATED DYSURIA AND MILD
ABDOMINAL PAIN. PT HAS HX OF GONORRHEA AND TRICHOMONAS ,STS SX ARE SIMILAR BUT THE
ODOR IS WORSE. PT DENIES NVD, FEVER OR CHILLS.  (HAHN,BLISS B)

- **Related Data**

### Home Medications

| Medication | Instructions | Recorded | Confirmed |
|---|---|---|---|
| Lisinopril [Lisinopril] | 20 mg PO DAILY | 09/05/14 | 12/17/14 |

### Previous Rx's

| Medication | Instructions | Recorded |
|---|---|---|
| Cephalexin [Keflex,Keftab] | 500 mg PO Q6 #40 cap | 12/17/14 |
| Sulfamethoxazole/Trimethoprim [Bactrim Ds Tablet] | 1 each PO BID #20 tablet | 12/17/14 |
| Ciprofloxacin HCl [Cipro] | 500 mg PO BID #14 tab | 06/11/15 |
| Metronidazole [Flagyl] | 500 mg PO TID #21 tab | 06/11/15 |

### Allergies

| Allergy/AdvReac | Type | Severity | Reaction | Status | Date / Time |
|---|---|---|---|---|---|
| No Known Allergies | Allergy | | | Verified | 09/05/14 07:07 |

**Past Medical History**

- **Past Medical History General**
**Medical history:** Reports: Hypertension, STD (GONORRHEA AND TRICHOMONAS )
**Surgical history:** Reports: Hysterectomy, Other (BLADDER LIFT )

*<HAHN,BLISS B - Last Filed: 06/11/15 14:18>*

- **CDC Guidelines**
**Have you recently traveled or come into contact with someone:** No

- **Past Medical History General**
**Medical history:** Reports: Hypertension
**Surgical history:** Reports: Cholecystectomy, Bilateral tubal ligation, Hysterectomy
**Family history:** Reports: No significant family history

- **Social History-Smoking see MU**
**Alcohol use:** Reports: None
**Drug use:** Reports: None

Emergency Room Record

INIT: RIVASRO 06/11/15 1309

Page 2 of 7

BAYLESSR_PARRMC_MDR00046

**PARRISH MEDICAL CENTER**
**951 North Washington Avenue**
**Titusville, FL 32796**

PT NAME: BAYLESS,RAEANN M                           MED REC #: ▮▮▮▮▮▮▮
ADM/SERV DATE: 06/11/15                              ACCT #: ▮▮▮▮▮▮▮

*<RIVAS,RODOLFO O - Last Filed: 06/11/15 14:43>*

**Review of Systems**
**All systems:** Reviewed and negative except as stated.
**Constitutional:** Denies: Fever, Chills
**Gastrointestinal: Reports: Abdominal pain.** Denies: Nausea, Vomiting, Diarrhea
**Genitourinary: Reports: Dysuria, Discharge**
**Musculoskeletal:** Denies: Back pain
**Integumentary: Reports: Rash**
**Allergic/Immunologic: Reports: As per HPI**

*<HAHN,BLISS B - Last Filed: 06/11/15 14:18>*

**Physical Exam**

**- General**
**Limitations:** No Limitations
**General Appearance Adult:** Alert, In no apparent distress

**- Head**
**Head exam:** Atraumatic, Normocephalic, Normal inspection

**- ENT**
**ENT exam:** Normal exam, Normal oropharynx

**- Neck**
**Neck exam: Present: Normal inspection, Full ROM.** Absent: Tenderness

**- Chest**
**Chest inspection: Present: Normal inspection, Symmetric chest wall rise.** Absent: Tenderness

**- Respiratory**
**Respiratory exam: Present: Normal lung sounds bilaterally.** Absent: Respiratory distress, Wheezes, Rales, Rhonchi

**- Cardiovascular**
**Cardiovascular Exam: Present: Regular rate, Normal rhythm, Normal heart sounds**

**- Abdominal Exam**
**Abdominal exam: Present: Soft, Tenderness.** Absent: Distended
**Abdominal tenderness: Present: Suprapubic**

**- GU**
**External exam: Present: Other (FEMALE CHAPERONE PRESENT-JAROANA MORALES RN. )**
**Speculum exam: Present: Other (VISIBLE SURGICAL "TACK" FROM PREVIOUS BLADDER LIFT SURGERY IN ORLANDO. THERE IS ERYTHEMA AND SLIGHT DISCHARGE FROM THIS. )**

Emergency Room Record

INIT: RIVASRO 06/11/15 1309

Page 3 of 7

**BAYLESSR_PARRMC_MDR00047**

**PARRISH MEDICAL CENTER**
**951 North Washington Avenue**
**Titusville, FL 32796**

PT NAME:  BAYLESS,RAEANN M                    MED REC #: ▮▮▮▮▮▮▮
ADM/SERV DATE:  06/11/15                       ACCT #: ▮▮▮▮▮▮▮

**Bimanual exam:** Absent: Cervical motion tenderness, Adnexal tenderness

**- Extremities Exam**
**Extremities exam: Present: Normal inspection (OTHER THAN AS STATED BELOW ), Full ROM,**
**Other (SMALL ABRASION TO RIGHT LOWER LEG).** Absent: Tenderness, Pedal edema

**- Back Exam**
**Back exam: Present: Normal inspection, Full ROM.** Absent: CVA tenderness (R), CVA tenderness
(L)

**- Neurological Exam**
**Neurological exam: Present: Alert, Oriented X3**

**- Psychiatric**
**Psychiatric exam: Present: Normal affect, Normal mood**

**- Skin**
**Skin exam: Present: Abrasion (SMALL ABRASION TO RIGHT LOWER LEG)**

*<HAHN,BLISS B - Last Filed: 06/11/15 14:18>*

**Procedures**

**- Post Procedure Assessment**

**Vital Signs**

|  | 06/11/15 12:47 | 06/11/15 13:04 | 06/11/15 13:06 |
|---|---|---|---|
| Temperature | 97.5 F | 97.5 F |  |
| Pulse Rate | 83 | 83 | 67 |
| Respiratory Rate | 18 | 18 | 18 |
| Blood Pressure | 188/104 H | 188/104 H | 178/127 H |
| O2 Sat by Pulse Oximetry | 98 | 98 | 100 |

|  | 06/11/15 15:06 |
|---|---|
| Temperature | 98.1 F |
| Pulse Rate | 59 L |
| Respiratory Rate | 16 |
| Blood Pressure | 170/60 H |
| O2 Sat by Pulse Oximetry | 100 |

Emergency Room Record

INIT: RIVASRO 06/11/15 1309

Page 4 of 7

BAYLESSR_PARRMC_MDR00048

**PARRISH MEDICAL CENTER**
**951 North Washington Avenue**
**Titusville, FL 32796**

PT NAME: BAYLESS,RAEANN M
ADM/SERV DATE: 06/11/15

MED REC #: ■
ACCT #: ■

### Course

#### Vital Signs

|  | 06/11/15 12:47 | 06/11/15 13:04 | 06/11/15 13:06 |
|---|---|---|---|
| Temperature | 97.5 F | 97.5 F |  |
| Pulse Rate | 83 | 83 | 67 |
| Respiratory Rate | 18 | 18 | 18 |
| Blood Pressure | 188/104 H | 188/104 H | 178/127 H |
| O2 Sat by Pulse Oximetry | 98 | 98 | 100 |

|  | 06/11/15 15:06 |
|---|---|
| Temperature | 98.1 F |
| Pulse Rate | 59 L |
| Respiratory Rate | 16 |
| Blood Pressure | 170/60 H |
| O2 Sat by Pulse Oximetry | 100 |

### Medical Decision Making

- Lab Data

#### Lab Results

|  | 06/11/15 14:10 | Range/Units |
|---|---|---|
| Urine Color | Yellow | (Yellow) |
| Urine Appearance | Cloudy H | (Clear) |
| Urine pH | 5.0 | ((5.0-7.5)) |
| Ur Specific Gravity | 1.030 H | (1.005-1.025) |
| Urine Protein | 1+ H | ((NEGATIVE)) |
| Urine Ketones | Negative | ((NEGATIVE)) |
| Urine Occult Blood | 1+ H | ((NEGATIVE)) |
| Urine Nitrite | Negative | ((NEGATIVE)) |
| Urine Bilirubin | 1+ H | ((NEGATIVE)) |

Emergency Room Record

INIT: RIVASRO 06/11/15 1309

Page 5 of 7

BAYLESSR_PARRMC_MDR00049

**PARRISH MEDICAL CENTER**
**951 North Washington Avenue**
**Titusville, FL 32796**

PT NAME: BAYLESS,RAEANN M          MED REC #: ▮▮▮▮▮
ADM/SERV DATE: 06/11/15          ACCT #: ▮▮▮▮▮

| | | |
|---|---|---|
| Urine Urobilinogen | 0.2 | ((0.2-1.0)) MG/DL |
| Ur Leukocyte Esterase | 2+ H | ((NEGATIVE)) |
| Urine RBC | 0-2 | (0-2) /HPF |
| Urine WBC | 5-10 H | (0-2) /HPF |
| Ur Epithelial Cells | 5-10 | (0-5) /HPF |
| Urine Crystals | Ca oxalate trace | (None)  /HPF |
| Urine Bacteria | Occasional | (0-Trace)  /HPF |
| Hyaline Casts | 5-10 | (0-2)  /LPF |
| Urine Glucose | Negative | (Negative) |
| Urine Comment | Manual micro review | |

**Quality Measures**

**- Smoking Status**
**Smoking Status:** Current every day smoker
**Smoking Start Date:** 01/01/80

*<RIVAS,RODOLFO O - Last Filed: 06/11/15 14:43>*

**Disposition**
**Condition at Disposition:** Stable

**- Vitals Question**
**I have personally reviewed the pt's vitals, pt can be depart:** Yes

*<RIVAS,RODOLFO O - Last Filed: 06/11/15 14:43>*
**Attestation:**
Bliss Hahn scribing for and in the presence of Rodolfo Rivas. (HAHN,BLISS B)
**PHYSICIAN SUPERVISING APC**

I was personally available for consultation in the emergency department. I have reviewed the chart
and agree with the documentation as recorded by the APC, including the assessment, treatment plan
and disposition. (GARCIA,FRANCISCO A)

**Clinical Impression:**
 Vaginal erosion due to surgical mesh, Bacterial vaginosis, Trichomonas vaginitis
**Disposition:** HOME
**Instructions:**  Sexually Transmitted Diseases (ED), Trichomoniasis (ED)
**Additional Instructions:**
**Follow up with OB/GYN within 7 days for further care.**

**Return to ER if having worsening pain, nausea, vomiting, fevers, chills.**
**Prescriptions:**
Ciprofloxacin HCl [Cipro] 500 mg PO BID #14 tab

Emergency Room Record

INIT: RIVASRO 06/11/15 1309

Page 6 of 7

BAYLESSR_PARRMC_MDR00050

**PARRISH MEDICAL CENTER**
**951 North Washington Avenue**
**Titusville, FL 32796**

PT NAME: BAYLESS,RAEANN M
ADM/SERV DATE: 06/11/15

MED REC #: [redacted]
ACCT #: [redacted]

Metronidazole [Flagyl] 500 mg PO TID #21 tab
**Referrals:**
ALLIANCE,BREVARD HEALTH [Primary Care Provider] -
PEREZ,DENIS A, MD [Physician] -

E-Signed By: GARCIA, FRANCISCO A MD
GARCIA,FRANCISCO A MD

E-Signed Date/Time: 06/11/15 1635
06/11/15 1635

**Parrish Medical Center *LIVE*** **Patient Order Summary**

**Page:** 1
**Date:** [illegible]
**User:** RIVAS,RODOLFO O

[redacted] **BAYLESS,RAEANN M** **Location:** ER **Medical Record Number:** [redacted]
50/F **Attending:** **Account Number:**
**Reason:** RASH **Registration:** 06/11/15

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Microbiology | [illegible] | Completed | 06/11/15 14:16 | GARCIA,FRANCISCO A MD | SINGLETON,CHRISTINE |
| | Urine Culture Reflex | | Stat | Order Source: Per Protocol | |

MIC Source [illegible]

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 06/11/15 14:23 | LAB - Daemon,Background | [illegible] | Signature is Necessary | NA |
| 1 | 06/11/15 14:23 | LAB - Daemon,Background | [illegible] | Order is Entered | NA |
| 2 | 06/11/15 15:24 | GARCIA,FRANCISCO A | [illegible] | Order is Signed by GARCIA,FRANCISCO A | NA |
| 3 | 06/12/15 07:42 | LAB - Daemon,Background | [illegible] | Status Changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** In Process | |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Urinalysis | [illegible] | Completed | 06/11/15 14:16 | GARCIA,FRANCISCO A MD | SINGLETON,CHRISTINE |
| | UACC (Urinalysis With Reflex To C/S) | | Stat | Order Source: Per Protocol | |

Specimen Has been collected

**Urine Source** Clean Catch

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 06/11/15 13:49 | SINGLETON,CHRISTINE | [illegible] | Signature is Necessary | NA |
| 1 | 06/11/15 13:49 | SINGLETON,CHRISTINE | [illegible] | Order is Entered | NA |
| 2 | 06/11/15 13:49 | SINGLETON,CHRISTINE | [illegible] | Order is Collected | NA |
| 3 | 06/11/15 13:49 | SINGLETON,CHRISTINE | [illegible] | Query Specimen edited: | NA |
| | | | | **New:** Has been collected | |
| | | | | **Old:** Nurse/Care Provider to collect | |
| 4 | 06/11/15 13:49 | SINGLETON,CHRISTINE | [illegible] | Status Changed: | NA |
| | | | | **New:** Verified | |
| | | | | **Old:** Uncollected | |
| 5 | 06/11/15 13:09 | RIVAS,RODOLFO O | ZPPC11 | Order is Reassigned | NA |
| 6 | 06/11/15 13:09 | RIVAS,RODOLFO O | ZPPC11 | Reassign EC: | NA |
| | | | | **New:** GARCIA,FRANCISCO A | |
| | | | | **Old:** | |
| 7 | 06/11/15 13:09 | RIVAS,RODOLFO O | ZPPC11 | Ordering Provider edited: | NA |
| | | | | **New:** GARCIA,FRANCISCO A | |
| | | | | **Old:** ED,PHYSICIAN | |
| 8 | 06/11/15 13:09 | RIVAS,RODOLFO O | ZPPC11 | Last Reassigned Provider edited: | NA |
| | | | | **New:** GARCIA,FRANCISCO A | |
| | | | | **Old:** | |

BAYLESSR_PARRMC_MDR00052

BAYLESSR_PARRMC_MDR00053

| Parrish Medical Center *LIVE* | | Patient Order Summary | | Page: 2 |
| --- | --- | --- | --- | --- |
| | | | | Date: 06/18/18 02:26 |
| | | | | User: RIVAS,RODOLFO O |

| BAYLESS,RAEANN M | | Location: ER | | Medical Record Number: |
| --- | --- | --- | --- | --- |
| 13/F | Attending: | | | Account Number: |
| | Reason: RASH | | | Registration: 06/11/18 |

| Category | Order | Status | Start | Ord Provider | Entered By |
| --- | --- | --- | --- | --- | --- |
| 9 | 06/11/18 13:53 | Exam...,Para-...nal | ICNTR021 | Status Changed: | NA |
| | | | | New: Transmitted | |
| | | | | Old: Verified | |
| | 06/11/18 13:53 | LAB - Genera,Background | ICNTR021 | Status Changed: | NA |
| | | | | New: Logged | |
| | | | | Old: Transmitted | |
| 10 | 06/11/18 14:16 | LAB - Genera,Background | ICNTR021 | Start Time Edited: | NA |
| | | | | New: 14:10 | |
| | | | | Old: 13:05 | |
| 11 | 06/11/18 14:16 | LAB - Genera,Background | ISNTCN10 | Status Changed: | NA |
| | | | | New: In Process | |
| | | | | Old: Logged | |
| 12 | 06/11/18 14:40 | LAB - Genera,Background | ICNTR021 | Status Changed: | NA |
| | | | | New: Completed | |
| | | | | Old: In Process | |
| 13 | 06/11/18 14:14 | GARCIA,FRANCISCO A | ICNTR021 | Order is Signed by GARCIA,FRANCISCO A | NA |

Routine Care   5041-11158/47C991   In Process   06/11/18 13:17   RIVAS,RODOLFO O                    RIVAS,RODOLFO O
             Pd Staff for chaperone/witness        (4Cb)                Order Source: Provider

| Date & Time | User | Device | Event | Acknowledged |
| --- | --- | --- | --- | --- |
| 1 | 06/11/18 13:17 | RIVAS,RODOLFO O | CRAC01 | Order is Entered and Signed | NO |
| 1 | 06/11/18 13:53 | RIVAS,RODOLFO O | CAB001 | Reflex order generated from pelvic exam set up | NO |
| 2 | 06/11/18 13:53 | Exam...,Para-...nal | ISNTCN10 | Status Changed | NA |
| | | | | New: In Process | |
| | | | | Old: Verified | |
| 3 | 06/11/18 14:14 | GARCIA,FRANCISCO A | ISNTCN10 | Order is Signed by GARCIA,FRANCISCO A | NA |

Routine Care   5041-11158/47C991   In Process   06/11/18 13:17   RIVAS,RODOLFO O                    RIVAS,RODOLFO O
             Pelvic Exam Set Up                  (4Cb)                Order Source: Provider

| Date & Time | User | Device | Event | Acknowledged |
| --- | --- | --- | --- | --- |
| 1 | 06/11/18 13:53 | RIVAS,RODOLFO O | CRAC01 | Order is Entered and Signed | NA |
| 1 | 06/11/18 13:53 | RIVAS,RODOLFO O | CRAC01 | Reflex Set: CO Vag Exam Supply Generated | NA |
| 1 | 06/11/18 13:53 | Exam...,Para-...nal | ICNTR021 | Status Changed | NA |
| | | | | New: In Process | |
| | | | | Old: Verified | |
| 2 | 06/11/18 14:14 | GARCIA,FRANCISCO A | ICNTR021 | Order is Signed by GARCIA,FRANCISCO A | NA |

**JE-007 Page 55 of 364**

BAYLESSR_PARRMC_MDR00054

| Parrish Medical Center *LIVE* | | Patient Order Summary | | Page: 2 |
|---|---|---|---|---|
| | | | | Date: 04/12/15 xxxxx |
| | | | | User: RIVAS,RODOLFO O |
| **BAYLESS,RAEANN M** | | **Location:** ER | | **Medical Record Number:** |
| | **Attending:** | | | **Account Number:** |
| | **Reason:** PAIN | | | **Registration:** 04/11/15 |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Microbiology | GC SDNA-III,GHI/497000 | Completed | 04/11/15 14:xx | RIVAS,RODOLFO O | RIVAS,RODOLFO O |
| | Culture,ULtmeichanase,Amp, PRM | | Stat | **Order Source:** Provider | |
| Specimen | | Send reasons from the department to pation, | | | |

**SPECIMEN SOURCE:** ENDOCERVIX

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 04/11/15 14:xx | RIVAS,RODOLFO O | ERPS001 | Taken is Entered and Signed | NA |
| 1 | 04/11/15 14:xx | RIVAS,RODOLFO O | ERPS001 | Reflex Order generated from Pelvic Exam Set up | NA |
| 2 | 04/11/15 15:xx | Larson,Jackiexxxx | LDPTS001 | Status changed | NA |
| | | | | **New:** Tests tied | |
| | | | | **Old:** Verified | |
| 3 | 04/11/15 15:xx | LAB - Dawson,Barbaraxxxx | LDPTS001 | Status changed | NA |
| | | | | **New:** Logged | |
| | | | | **Old:** Tests tied | |
| 4 | 04/11/15 14:xx | LAB - Dawson,Barbaraxxxx | LDPTS001 | Start Time edited | NA |
| | | | | **New:** 14:xx | |
| | | | | **Old:** 15:xx | |
| 5 | 04/11/15 14:xx | LAB - Dawson,Barbaraxxxx | LDPTS001 | Status changed | NA |
| | | | | **New:** In Process | |
| | | | | **Old:** Logged | |
| 6 | 04/11/15 14:xx | Martin,Madeleine A | LDPTS001 | Order - resulted by MARTIN,MADELEINE A | NA |
| 7 | 04/12/15 05:xx | LAB - Dawson,Barbaraxxxx | LDPTS001 | Status changed | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** In Process | |

| Serology | 4941-1115014-4905 | Cancelled | 04/11/15 15:37 | RIVAS,RODOLFO O | RIVAS,RODOLFO O |
|---|---|---|---|---|---|
| | Rapid Plasma Reagin (Rpr) | | Stat | **Order Source:** Provider | |
| | **Stop Reason:** NO SPECIMEN OBTAINED, PATIENT DISCHARGED | | | | |
| Specimen | Has been collected | | | | |

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 04/11/15 14:xx | RIVAS,RODOLFO O | ERPS001 | Taken is Entered and Signed | NA |
| 1 | 04/11/15 15:xx | RIVAS,RODOLFO O | ERPS001 | Reflex Order generated from Pelvic Exam Set up | NA |
| 2 | 04/11/15 14:xx | MCRAINE,JAREANA | ERCRATS4 | Order is collected | NA |
| 3 | 04/11/15 14:xx | MCRAINE,JAREANA | ERCRATS4 | Order status changed | NA |
| | | | | **New:** Has been collected | |
| | | | | **Old:** Nurse/Care Provider to collect | |

**JE-007 Page 56 of 364**

BAYLESSR_PARRMC_MDR00055

| Parrish Medical Center *LIVE* | | Patient Order Summary | | Page: 4 |
|---|---|---|---|---|

Date: 06/18/15 07:26
User: RIVAS, RODOLFO O

**BAYLESS, RAEANN M** — Location: ED — Medical Record Number:

Attending:
Reason: PATH

Account Number:
Registration: 06/11/15

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

BAYLESSR_PARRRMC_MDR00056

| Parrish Medical Center *LIVE* | | Patient Order Summary | | Page: 5 |
|---|---|---|---|---|
| | | | | Date: 06/15/15 05:30 |
| | | | | User: RIVAS,ROSALES C |
| **BAYLESS,RAEANN N** | | **Location:** 53 | | **Medical Record Number:** |
| 53/7 | **Attending:** | | | **Account Number:** |
| | **Reason:** PATH | | | **Registration:** 06/11/15 |

| Category | Order | Status | Start | Ord Provider | | Entered By |
|---|---|---|---|---|---|---|
| * | 06/11/15 14:23 | LAB - Creatine,Background | IPTRCPH | Status Released | NA |
| | | | | | **New:** In Process | |
| | | | | | **Old:** Logged | |
| * | 06/12/15 14:23 | LAB - Creatine,Background | IPTRDHA | Status Changed | NA |
| | | | | | **New:** Completed | |
| | | | | | **Old:** In Process | |
| 10 | 06/11/15 16:24 | GARCIA,FRANCISCO A | IPTRHA G | Order is Signed by GARCIA,FRANCISCO A | NA |
| Medication | 5061-1142312444J0 | Completed | 06/12/15 03:05 | RIVAS,ROSALES C | RIVAS,ROSALES C |
| | Dithranol | | | **Order Source:** Provider | |
| Medication | | Dose | Lot | | |
| Discontinued 06/12/15 03:05 | | | | | |
| Attributes (Initiated) | | 1,000 MG | | | |
| Route | Frequency | Sched | INH Reason | Dose Hour: Tot Vol | Lines | Clinical Indication |
| PO | DAILY | SCH | | | | |
| Stop Date/Time: 06/13/15 09:00 | | | | | |

| | Date & Time | User | Device | Event | | Acknowledged |
|---|---|---|---|---|---|---|
| 1 | 06/11/15 14:27 | RIVAS,ROSALES C | GPRNI | Order is Entered and Signed | NA |
| 2 | 06/12/15 14:27 | RIVAS,ROSALES C | GPRNI | First Dose | NA |
| | | | | | **New:** Keep the current medication 06/11/15 09:00 | |
| | | | | | **Old:** | |
| 3 | 06/12/15 14:27 | Creatine,Background | ILPTRH A | Creatine Change 5) | NA |
| | | | | | **New:** Transmitted | |
| | | | | | **Old:** Verified | |
| 4 | 06/11/15 14:27 | LAB - Creatine,Background | IPTRCPH2 | Order Type Edition | NA |
| | | | | | **New:** 3 | |
| | | | | | **Old:** | |
| 5 | 06/11/15 14:27 | LAB - Creatine,Background | IPTRCPH2 | Status Changed | NA |
| | | | | | **New:** Tax Verified | |
| | | | | | **Old:** Transmitted | |
| 6 | 06/11/15 14:48 | RIVAS,ROSALES C | GPRNI | Step Sequent | NA |
| 7 | 06/12/15 14:48 | RNA - RIVAS,ROSALES C | IPTRCPH2 | Status Changed | NA |
| | | | | | **New:** Completed | |
| | | | | | **Old:** Tax Verified | |
| 8 | 06/11/15 15:08 | GARCIA,FRANCISCO A | IPTRH G | Order is Signed by GARCIA,FRANCISCO A | NA |
| Medications | 5061-1142312444J0 | Completed | 06/11/15 14:10 | RIVAS,ROSALES C | RIVAS,ROSALES C |
| | Dithranol | | | **Order Source:** Provider | |

**JE-007 Page 58 of 364**

BAYLESSR_PARRMC_MDR00057

Parrish Medical Center *LIVE*                          Patient Order Summary                          Page: 1
                                                                                                       Date: 04/18/18 40:26
                                                                                                       User: RIVAS,RODOLFO C

| BAYLESS,RAEANN M | | Location: ER | | Medical Record Number: |
|---|---|---|---|---|
| 19/F | Attending: | | | Account Number: |
| | Reason: RAPH | | | Registration: 04/11/15 |

| Category | Order | Status | Start | Fut | Ord Provider | Entered By |
|---|---|---|---|---|---|---|
| Medication | | Done | | | | |

Discontinued 04/11/15 14:28
Diltiazem Soln (Cardizem)          1.3M
   Route        Frequency        Sched    PRN Reason                    Days Hours Tot Vol    Infus    Clinical Indication
   IM           ONE              ONE

   Stop Date/Time: 04/11/15 14:25

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 04/11/15 14:27 | RIVAS,RODOLFO O | ERP011 | Order is Entered and Signed | NA |
| 2 | 04/11/15 14:27 | Iaemon,Background | EDMT0011 | Status changed: | NA |
| | | | | New: Transmitted | |
| | | | | Old: Verified | |
| 3 | 04/11/15 14:27 | SHA - Daemon,Background | IMRT0011 | Order Type edited | NA |
| | | | | New: N | |
| | | | | Old: | |
| 4 | 04/11/15 14:27 | SHA - Daemon,Background | IMRT0011 | Status changed: | NA |
| | | | | New: Not Verified | |
| | | | | Old: Transmitted | |
| 5 | 04/11/15 14:28 | SHA - Daemon,Background | IMRT0011 | Status changed: | NA |
| | | | | New: Completed | |
| | | | | Old: Not Verified | |
| 6 | 04/11/15 14:28 | GARCIA,FRANCISCO A | IMRT0011 | Order is signed by GARCIA,FRANCISCO A | NA |

Medication    SDC1-1144(C32x139)    Completed    04/11/15 14:40    RIVAS,RODOLFO C                    RIVAS,RODOLFO O
              Authorized                                           Order Source: Provider

Medication                          Done              Fut
Discontinued 04/11/15 14:41
Azithromycin (Zithromax)            1.000 M=
   Route        Frequency        Sched    PRN Reason                    Days Hours Tot Vol    Infus    Clinical Indication
   IV           ONE              ONE

   Stop Date/Time: 04/11/15 14:41

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 04/11/15 14:41 | RIVAS,RODOLFO O | ERP011 | Order is Entered and Signed | NA |
| 2 | 04/11/15 14:41 | Iaemon,Background | IMRT0011 | Status changed: | NA |
| | | | | New: Transmitted | |
| | | | | Old: Verified | |
| 3 | 04/11/15 14:41 | SHA - Daemon,Background | IMRT0011 | Order Type edited | NA |

**JE-007 Page 59 of 364**

BAYLESSR_PARRMC_MDR00058

| Parrish Medical Center *LIVE* | | | | Patient Order Summary | | Page: 7 |
|---|---|---|---|---|---|---|

Date: [illegible]
User: [illegible]

**BAYLESS, RAEANN M**   Location: [illegible]   Medical Record Number:
Attending:   Account Number:
Reason: PATH   Registration: 04/11/15

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | | | | New: M | |
| | | | | Old: | |
| [illegible] | 04/11/15 14:45 | TNA - System,Assigned | [illegible] | Status Changed | NA |
| | | | | New: Transmitted | |
| | | | | Old: Transmitted | |
| [illegible] | 04/11/15 14:45 | TNA - System,Background | [illegible] | Status Changed | NA |
| | | | | New: Completed | |
| | | | | Old: Not Verified | |
| [illegible] | 04/11/15 14:34 | GARCIA,FRANCISCO A | [illegible] | Order is Placed by GARCIA,FRANCISCO A | NA |

Medication   5041-114412571300   Discontinued 04/11/15 14:44   GARCIA,FRANCISCO A MD
Ditherean   Order Source: Physn

Medication   Dose   [illegible]
Discontinued 04/11/15 14:45
Azithromycin [Zithromax]   1,000 MG
Route   Frequency   Sched   PRN Reason   Days Hours Tot Vol   Doses   Clinical Indication
PO   x5TX-MED   ONCE
Stop Date/Time: 04/11/15 14:45

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 04/11/15 14:45 | TNA | [illegible] | No Signature is Necessary | NA |
| 1 | 04/11/15 14:45 | TNA - | [illegible] | Order is Entered in Pharmacy | NO |
| 2 | 04/11/15 14:45 | TNA - | [illegible] | Status Changed | NO |
| | | | | New: Completed | |
| | | | | Old: Not Verified | |

Medication   5041-114412571300   Discontinued 04/11/15 14:44   GARCIA,FRANCISCO A MD
Biasphen   Order Source: Physn

Medication   Dose   [illegible]
Discontinued 04/11/15 14:45
Ceftriaxone Sodium [Rocephin]   1 GM
Route   Frequency   Sched   PRN Reason   Days Hours Tot Vol   Doses   Clinical Indication
IVPIGG   x5TX-MED   PRN
Stop Date/Time: 04/11/15 14:45

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 04/11/15 14:45 | TNA | [illegible] | No Signature is Necessary | NA |
| 1 | 04/11/15 14:45 | TNA - | [illegible] | Order is Entered in Pharmacy | NA |
| 2 | 04/11/15 14:45 | TNA - | [illegible] | Status Changed | NA |

BAYLESSR_PARRMC_MDR00059

| Parrish Medical Center *LIVE* | | | | Patient Order Summary | | Page: 9 | |
|---|---|---|---|---|---|---|---|
| | | | | | | Date: 04/18/16 06:26 | |
| | | | | | | User: RIVAS,MICHAEL D | |
| | BAYLESS,RAEANN M | | Location: 52 | | Medical Record Number: | | |
| 1047 | | Attending: | | | | Account Number: | |
| | | Reason: BATH | | | | Registration: 04/11/15 | |
| Category | Order | Status | Start | Ord Provider | | Entered By | |
| | | | | New: Completed | | | |
| | | | | Old: Pre Verified | | | |
| Medication | SODIUM CHLORIDE | Discontinued | 04/18/15 14:45 | GARCIA,CRISTIAN J MD | | | |
| | Injection | | | Order Source: Prov | | | |
| Medication | Discontinued 04/11/15 14:47 | Dose | 1ea | | | | |
| Indication (N INITIATE % x) | | 1 ea | | | | | |
| Pharmacy | | | | | | | |
| Route | Frequency | Sched | PRN Reason | | Days Hours 1st Vol | Euro | Clinical Indication |
| ROUTE | STAT-MED | GER | | | | | |
| | Disp Date/Time: 04/11/15 13:47 | | | | | | |

| | Date & Time | User | Device | Event | | Acknowledged |
|---|---|---|---|---|---|---|
| 3 | 04/11/15 14:45 | INA | INSTINCT | No Signature is Necessary | | NA |
| 1 | 04/11/15 14:45 | INA | INSTINCT | Order is Entered in Pharmacy | | NA |
| 1 | 04/11/15 14:45 | INA | INSTINCT | Status Changed | | NA |
| | | | | New: Completed | | |
| | | | | Old: Pre Verified | | |

**JE-007 Page 61 of 364**

Parrish Medical Center *LIVE*

Patient Name: RAEANN M BAYLESS
Medical Record #

# Patient Health Summary
Compile Date: 06/11/15 15:06 EDT

| Patient Name | Address/Phone | Sex | Marital Status | Date of Birth | Medical Record # |
|---|---|---|---|---|---|
| RAEANN M BAYLESS | 1754 POINCIANA CR<br>TITUSVILLE, FL 32796<br>321-289-3761 | F | SINGLE | | |

| Pregnant | Language | Ethnicity | Race | Additional Races | Religion |
|---|---|---|---|---|---|
| No | English | Not Hispanic or Latino | WHITE | None Recorded | NO PREFERENCE |

## Support

| Next of Kin | Relationship | Address | Phone Number |
|---|---|---|---|
| | | None Recorded | |

## Encounters

| Encounter | Location | Register/Admit |
|---|---|---|
| Reg Emergency | PARRISH MEDICAL CENTER | 06/11/15 12:44 |
| Reg Clinical | PARRISH MEDICAL CENTER | 06/11/15 12:22 |

## Care Team Providers

| Care Team Provider Name | Role | Phone | Provider Type |
|---|---|---|---|
| BREVARD HEALTH ALLIANCE | Primary Care Provider | 321-268-0267 | ALLIED SERVICE HEALTH |
| FRANCISCO A GARCIA | Emergency Provider | 268-6130 | Physician |



Date: 06/11/15 15:06 EDT

Page: 1

BAYLESSR_PARRMC_MDR00060

Patient Health Summary

Parrish Medical Center *LIVE*

Patient Name: RAEANN M BAYLESS
Medical Record #: ▮▮▮▮▮▮

## Guarantor Information

| Guarantor Name | Address | Phone |
|---|---|---|
| BAYLESS,RAEANN M | 1754 POINCIANA CR TITUSVILLE, FL 32796 | 321-289-3761 |

## Allergies, Adverse Reactions, Alerts

| Allergen | Type | Severity | Reaction | Last Updated |
|---|---|---|---|---|
| No Known Allergies | Allergy | | | 09/05/14 |

## Problems

| Active Problems | Diagnosis Date |
|---|---|
| Bacterial vaginosis | Not Recorded |
| Trichomonas vaginitis | Not Recorded |
| Vaginal erosion due to surgical mesh | Not Recorded |
| Cellulitis of left lower leg | Not Recorded |
| Cutaneous abscess of left lower extremity | Not Recorded |
| Vaginal bleeding | Not Recorded |

## Medications

| Medication | Dose | Route | Directions | Days | Qty |
|---|---|---|---|---|---|
| Ciprofloxacin HCl [Cipro] 500 MG Tablet | 500 Milligram | Oral | twice a day | | 14 |
| Metronidazole [Flagyl] 500 MG Tablet | 500 Milligram | Oral | three times a day | | 21 |
| Cephalexin [Keflex,Keftab] 500 MG Cap | 500 Milligram | Oral | every 6 hours | | 40 |
| Sulfamethoxazole/Trimethoprim [Bactrim Ds Tablet] 1 EACH Tablet | 1 Each | Oral | twice a day | | 20 |
| Lisinopril [Lisinopril] 20 MG Tablet | 20 Milligram | Oral | daily | | |

## Advanced Directives

| Directive | Response | Recorded Date/Time |
|---|---|---|
| Does patient have an advanced directive | No | 06/11/15 13:06 |
| Advance Directives Information Packet Provided | No, pt/family declined | 06/11/15 13:06 |
| Health Care Proxy | No | 09/05/14 06:48 |

## Immunizations

| Immunization | Date | Dose Num | Type | Manufacturer | Lot Numbers |
|---|---|---|---|---|---|

Date: 06/11/15 15:00 EDT

Page: 2

BAYLESSR_PARRMC_MDR00061

Patient Health Summary

Parrish Medical Center *LIVE*

Patient Name: RAEANN M BAYLESS
Medical Record #: ▇▇▇▇▇

| Pertussis | 12/17/14 | | 1 | Administered | GLAXOSMITHKLINE | 7535X |
| TETDIP | 12/17/14 | | 1 | Administered | GLAXOSMITHKLINE | 7535X |

## Vital Signs

| Vital Sign | Result | Reference | Recorded Date/Time |
|---|---|---|---|
| Pulse Rate | 67 BPM | 60-100 | 06/11/15 13:06 |
| Respiratory Rate | 18 RPM | 12-20 | 06/11/15 13:06 |
| Blood Pressure | 178/127 | 100/60-140/90 | 06/11/15 13:06 |
| O2 Sat by Pulse Oximetry | 100 % | 92-100 | 06/11/15 13:06 |

| Measurement | Result | Reference | Recorded Date/Time |
|---|---|---|---|
| Height | 1.75 m | | 06/11/15 13:04 |
| Weight | 72.575 kg | | 06/11/15 13:04 |

## Encounter Diagnoses

| Diagnosis | Diagnosis Date |
|---|---|
| Erosion of vaginal wall due to surgical mesh | Not Recorded |
| Bacterial vaginosis | Not Recorded |
| Vaginal trichomoniasis | Not Recorded |

## Procedures

No Procedures Recorded

## Lab Results

| Test Name | Result/Comment | Unit | Reference | Date/Time |
|---|---|---|---|---|
| White Blood Count | 10.3 | TH/MM3 | 3.9-11.0 | 06/11/15 12:34 EDT |
| Red Blood Count | 5.43 H | MIL/mm3 | 3.7-5.2 | 06/11/15 12:34 EDT |
| Hemoglobin | 15.8 H | g/dL | 11-15 | 06/11/15 12:34 EDT |
| Hematocrit | 48.6 H | % | 33-45 | 06/11/15 12:34 EDT |
| Mean Corpuscular Volume | 89.6 | FL | 82-96 | 06/11/15 12:34 EDT |
| Mean Corpuscular Hemoglobin | 29.1 | PG | 27-33 | 06/11/15 12:34 EDT |
| Mean Corpuscular Hemoglobin Concent | 32.5 | G/DL | 32-35 | 06/11/15 12:34 EDT |
| Red Cell Distribution Width | 14.1 | % | 11.9-15.3 | 06/11/15 12:34 EDT |
| Platelet Count | 243 | TH/MM3 | 155-387 | 06/11/15 12:34 EDT |
| Mean Platelet Volume | 10.6 H | FL | 7.4-10.4 | 06/11/15 12:34 EDT |

Date: 06/11/15 15:06 EDT

Page: 3

BAYLESSR_PARRMC_MDR00062

Patient Health Summary

Parrish Medical Center *LIVE*

Patient Name: RAEANN M BAYLESS
Medical Record #: ▮▮▮▮▮

| | | | | |
|---|---|---|---|---|
| Absolute Neutrophils (auto) | 6.4 | TH/MM3 | 2.2-7.7 | 06/11/15 12:34 EDT |
| Absolute Lymphocytes (auto) | 3.1 | TH/MM3 | 0.8-4.0 | 06/11/15 12:34 EDT |
| Absolute Monocytes (auto) | 0.6 | TH/MM3 | 0.2-1.3 | 06/11/15 12:34 EDT |
| Absolute Eosinophils (auto) | 0.2 | TH/MM3 | 0-0.7 | 06/11/15 12:34 EDT |
| Absolute Basophils (auto) | 0.0 | TH/MM3 | | 06/11/15 12:34 EDT |
| Sodium Level | 143 | mmol/L | 133-143 | 06/11/15 12:34 EDT |
| Potassium Level | 4.3 | mmol/L | 3.6-5.0 | 06/11/15 12:34 EDT |
| Chloride Level | 106 | mmol/L | 101-111 | 06/11/15 12:34 EDT |
| Carbon Dioxide Level | 24 | mmol/L | 22-29 | 06/11/15 12:34 EDT |
| Anion Gap | 17 | mmol/L | 10-20 | 06/11/15 12:34 EDT |
| Blood Urea Nitrogen | 19 | mg/dL | 6-20 | 06/11/15 12:34 EDT |
| Creatinine | 1.03 H | mg/dL | 0.50-0.90 | 06/11/15 12:34 EDT |
| Estimat Glomerular Filtration Rate | 63.33  Chronic Kidney Disease (CKD) stage GFR level (mL/min/1.73 m2)  Normal        >=90 (no proteinuria) Stage 1        >=90 (with evidence of kidney damage) Stage 2 (mild)   60 - 90 (with evidence of kidney damage) Stage 3 (moderate) 30 - 59 Stage 4 (severe)  15 - 29 Stage 5 (kidney failure)  <15 A single eGFR result should not be used to determine the extent of renal disease, especially in hospitalized patients.  eGFR has not been validated for pregnant females and patients less than 18 years of age. (Estimated GFR is calculated using the Chronic Kidney Disease Epidemiology Collaboration, 2009  [CKD-EPI] formula). | SEE REF | | 06/11/15 12:34 EDT |

Date: 06/11/15 15:00 EDT

Page:  4

BAYLESSR_PARRMC_MDR00063

Patient Health Summary

Parrish Medical Center *LIVE*

Patient Name: RAEANN M BAYLESS
Medical Record #: ▆▆▆▆

| | | | | |
|---|---|---|---|---|
| BUN/Creatinine Ratio | 18.0 | | | 06/11/15 12:34 EDT |
| Fasting Glucose | 117 H NON-FASTING GLUCOSE REFERENCE RANGE: 70 - 200 mg/dL | md/dL | 70-100 | 06/11/15 12:34 EDT |
| Calculated Osmolality | 288 | mosm/kG | 274-293 | 06/11/15 12:34 EDT |
| Calcium Level | 10.0 | mg/dL | 8.4-10.3 | 06/11/15 12:34 EDT |
| Total Bilirubin | 0.3 | mg/dL | 0.2-1.2 | 06/11/15 12:34 EDT |
| Aspartate Amino Transf (AST/SGOT) | 17 | u/L | 10-40 | 06/11/15 12:34 EDT |
| Alanine Aminotransferase (ALT/SGPT) | 19 | U/L | 10-33 | 06/11/15 12:34 EDT |
| Alkaline Phosphatase | 81 | u/L | 35-104 | 06/11/15 12:34 EDT |
| Total Protein | 8.1 | gm/dL | 6.4-8.3 | 06/11/15 12:34 EDT |
| Albumin | 4.5 | g/dL | 3.5-5.2 | 06/11/15 12:34 EDT |
| Albumin/Globulin Ratio | 1 | | 1.0-2.6 | 06/11/15 12:34 EDT |
| Triglycerides Level | 185 H Triglyceride Reference Values (NCEP)     Normal:  Less than 150 mg/dL     Borderline High: 150-199 mg/dL     High:  200-499 mg/dL     Very High:  Equal to or Greater than 500 mg/dL | mg/dL | | 06/11/15 12:34 EDT |
| Cholesterol Level | 222 H Total Cholesterol Reference Values (NCEP)     Desirable:  Less than 200 mg/dL     Borderline High: 200 - 239 mg/dL     High: Equal to or greater than 240 mg/dL | mg/dL | 0-200 | 06/11/15 12:34 EDT |

BAYLESSR_PARRMC_MDR00064

Patient Health Summary

Parrish Medical Center *LIVE*

Patient Name: RAEANN M BAYLESS
Medical Record #: ▮▮▮▮▮

| | | | | |
|---|---|---|---|---|
| LDL Cholesterol, Calculated | 123   LDL Cholesterol<br>Age:      Reference Range:<br>  0-18 years      <110 Optimal<br>     111-129  Borderline<br>     >=130  High<br><br>>=19 years      <100  Optimal<br>     100-129  Near Borderline/Above Optimal<br>          130-159  Borderline High<br>     160-189  High<br>       >189 Very High<br><br>When the Triglyceride results are greater than 200 mg/dL, the calculated LDL significantly underestimates the true LDL concentration.  An LDL by direct measurement is recommended. | mg/dL | | 06/11/15 12:34 EDT |
| HDL Cholesterol | 62 | mg/dL | 37-75 | 06/11/15 12:34 EDT |
| Thyroid Stimulating Hormone 3rd Gen | 2.26 | uIU/mL | 0.27-4.2 | 06/11/15 12:34 EDT |
| Urine Color | Yellow | | | 06/11/15 14:10 EDT |
| Urine Appearance | Cloudy H | | | 06/11/15 14:10 EDT |
| Urine pH | 5.0 | | | 06/11/15 14:10 EDT |
| Urine Specific Gravity | 1.030 H | | 1.005-1.025 | 06/11/15 14:10 EDT |
| Urine Protein | 1+ H | | | 06/11/15 14:10 EDT |
| Urine Ketones | Negative | | | 06/11/15 14:10 EDT |
| Urine Occult Blood | 1+ H | | | 06/11/15 14:10 EDT |
| Urine Nitrite | Negative | | | 06/11/15 14:10 EDT |
| Urine Bilirubin | 1+ H | | | 06/11/15 14:10 EDT |
| Urine Urobilinogen | 0.2 | MG/DL | | 06/11/15 14:10 EDT |
| Urine Leukocyte Esterase | 2+ H | | | 06/11/15 14:10 EDT |
| Urine RBC | 0-2 | /HPF | | 06/11/15 14:10 EDT |
| Urine WBC | 5-10 H | /HPF | | 06/11/15 14:10 EDT |

Date: 06/11/15 15:00 EDT

Page: 6

BAYLESSR_PARRMC_MDR00065

Patient Health Summary

Parrish Medical Center *LIVE*

Patient Name: RAEANN M BAYLESS
Medical Record #: ▇

| Urine Epithelial Cells | | 5-10 | /HPF | | 06/11/15 14:10 EDT |
|---|---|---|---|---|---|
| Urine Crystals | Ca oxalate trace | | /HPF | | 06/11/15 14:10 EDT |
| Urine Bacteria | Occasional | | /HPF | | 06/11/15 14:10 EDT |
| Urine Hyaline Casts | | 5-10 | /LPF | | 06/11/15 14:10 EDT |
| Ur Random Albumin/ Creatinine Ratio | | 25.8 | mg/g | | 06/11/15 12:33 EDT |
| Urine Random Microalbumin | | 102.0 H | mg/L | 0-19 | 06/11/15 12:33 EDT |
| Urine Creatinine | | 393.9 | mg/dL | | 06/11/15 12:33 EDT |
| Urine Glucose | Negative | | | | 06/11/15 14:10 EDT |
| Urine Comment | Manual micro review | | | | 06/11/15 14:10 EDT |

**Micro Results**

| 06/11/15 14:20 EDT Micro Genital Specimen | Trichomonas Preparation - Final |
|---|---|
| 06/11/15 14:10 EDT Micro Urine Specimen | Urine Culture - Pending |

**Radiology Procedures**

No Radiology Procedures Recorded

**Social History**

| History | Response | Recorded Date/Time |
|---|---|---|
| Smoking Status | Current every day smoker | 06/11/15 14:47 |
| Smoking Start Date | 01/01/80 | 06/11/15 14:47 |

**Cognitive Status**

No Cognitive Status Queries Recorded

**Functional Status**

| Functional Observation | Response | Recorded Date/Time |
|---|---|---|
| Functional Status | Independent Ambulation | 06/11/15 13:04 |

**Family History**

Date: 06/11/15 15:06 EDT

Page: 7

BAYLESSR_PARRMC_MDR00066

Patient Health Summary

Parrish Medical Center *LIVE*

Patient Name: RAEANN M BAYLESS
Medical Record #: ▮▮▮▮▮

No Family History Queries Recorded

## Discharge Care Plan

| Disposition | HOME |
|---|---|
| Instructions/Education Provided | Sexually Transmitted Diseases (ED)<br>Trichomoniasis (ED) |
| Prescriptions | see Medication section |
| Referrals | ALLIANCE,BREVARD HEALTH [Primary Care Provider] -<br>PEREZ,DENIS A, MD [Physician] - |

Date: 06/11/15 15:06 EDT                                      Page: 2

BAYLESSR_PARRMC_MDR00067

```
RUN DATE: 06/18/15              Parrish Medical Center LAB *Live*           PAGE 1
RUN TIME: 0004                CUMULATIVE DISCHARGE SUMMARY REPORT
```

                                        LOCATION

```
┌─────────────────────────────────────────────────────────────────────────────┐
│ PATIENT: BAYLESS,RAEANN M           ACCT:          LOC:  ER        U:         │
│                                     AGE/SX: 50/F   ROOM:          REG: 06/11/15│
│ REG DR:  GARCIA, FRANCISCO A  MD    STATUS: DEP ER BED:           DIS:        │
├─────────────────────────────────────────────────────────────────────────────┤
│ ********************* DEPARTMENT OF LABORATORY MEDICINE ********************** │
│ ┌───────────┐                                                                 │
│ │ URINALYSIS │                                                                │
│ └───────────┘                                                                 │
```

| | Date | JUN 11 | | | |
|---|---|---|---|---|---|
| | Time | 1410 | | Reference | Units |
| =\> | Refrigerated UA (a) | | | | |
| =\> | Urine Color | Yellow | | (Yellow) | |
| =\> | Urine Character | Cloudy | H | (Clear) | |
| =\> | Urine Glucose | Negative | | (Negative) | |
| =\> | Urine Bilirubin | 1+ | H | ((NEGATIVE)) | |
| =\> | Urine Ketones | Negative | | ((NEGATIVE)) | |
| =\> | USpGr AUWI | 1.030 | H | (1.005-1 025) | |
| =\> | Ur Occ Blood | 1+ | H | ((NEGATIVE)) | |
| =\> | Urine pH | 5.0 | | ((5 0-7.5)) | |
| =\> | U PROTEIN CLIN | 1+ | H | ((NEGATIVE)) | |
| =\> | Urobilinogen.UR | 0.2 | | ((0.2-1 0)) | MG/DL |
| =\> | Urine Nitrite | Negative | | ((NEGATIVE)) | |
| =\> | Urine Leukocyte | 2+ | H | ((NEGATIVE)) | |
| =\> | Urine WBC | 5-18 | H | (0-2) | /HPF |
| =\> | Urine RBC | 0-2 | | (0-2) | /HPF |
| =\> | Ur Epi Cells | 5-10 | | (0-5) | /HPF |
| =\> | Crystals | (A) | | (None) | /HPF |

        (A)  Ca Oxalate Trace

| =\> | Hyaline Casts | 5-10 | | (0-2) | /LPF |
| =\> | Bacteria | Occasional | | (0-Trace) | /HPF |
| =\> | Urine Comment | (B) | | | |

        (B)  Manual Micro Review


NOTES:  (a)  Urine is refrigerated for preservation if testing is not
             performed within 2 hours.

```
┌─────────────────────────────────────────────────────────────────────────────┐
│ Patient: BAYLESS,RAEANN M          Age/Sex: 50/F    Acct          Unit       │
└─────────────────────────────────────────────────────────────────────────────┘
```

BAYLESSR_PARRMC_MDR00068

```
RUN DATE: 06/18/15              Parrish Medical Center LAB *Live*           PAGE 2
RUN TIME: 0004                CUMULATIVE DISCHARGE SUMMARY REPORT

                                         LOCATION
```

```
┌──────────────────────────────────────────────────────────────────────────────┐
│ Patient: BAYLESS,RAEANN M              [REDACTED]       (Continued)             │
├──────────────────────────────────────────────────────────────────────────────┤
│ *************** DEPARTMENT OF LABORATORY MEDICINE (CONTINUED) ***************** │
├──────────────────────────────────────────────────────────────────────────────┤
│ REFERRED TESTING                                                               │
├──────────────────────────────────────────────────────────────────────────────┤
│    Date            JUN 11                                                       │
│    Time            1420                        Reference     Units              │
│                                                                                │
│ *> C.Trach AMP RNA (C)                          (Not Detected                  │
│                                                                                │
│      (C)   Not Detected                                                         │
│            See also (b)                                                         │
│                                                                                │
│ *> N.Gon. AMP RNA  (D)                          (Not Detected                  │
│                                                                                │
│      (D)   Not Detected                                                         │
│            This test was performed using the APTIMA COMBO2(R)                   │
│            Assay (GEN-PROBE(R)).                                                │
│            The analytical performance characteristics of this                  │
│            assay, when used to test SurePath(R) specimens have                  │
│            been determined by Quest Diagnostics.                                │
│            THIS TEST WAS PERFORMED AT                                           │
│            Quest Diagnostics Nichols Institute                                  │
│            14225 Newbrook Drive                                                 │
│            Chantilly, VA 20151-0841                                             │
│            Patrick W Mason, M.D., Ph.D. Director of Laboratories                │
│            See also (b)                                                         │
│                                                                                │
│                                                                                │
│ NOTES:  (b)  Quest Diagnostics #22522                                           │
│              Performed/Referred by Quest Diagnostics Nichols Institute, Inc.    │
│              14225 Newbrook Drive, Chantilly, VA  20153                         │
│                                                                                │
│                                                                                │
│                                                                                │
├──────────────────────────────────────────────────────────────────────────────┤
│ Patient: BAYLESS,RAEANN M          Age/Sex: 50/F   Acct [REDACTED]  Unit [REDACTED] │
└──────────────────────────────────────────────────────────────────────────────┘
```

BAYLESSR_PARRMC_MDR00069

```
RUN DATE: 06/18/15              Parrish Medical Center LAB *Live*              PAGE 3
RUN TIME: 0004                  CUMULATIVE DISCHARGE SUMMARY REPORT

                                          LOCATION
```

| Patient: BAYLESS,RAEANN M | ████████ | (Continued) |

**MICROBIOLOGY SPECIMEN SUMMARY**

| Col Date | Time | Specimen # | Source | Sp Desc | P/F | Organisms |
|----------|------|-----------|--------|---------|-----|-----------|
| › 06/11/15 | 1420 | 15:M0011477S | CERVIX | | F | ‹none› |
| › 06/11/15 | 1410 | 15:M0011478S | URINE | | F | ‹none› |

| Patient: BAYLESS,RAEANN M | Age/Sex: 50/F | Acct ████████ | Unit ████████ |

BAYLESSR_PARRMC_MDR00070

```
RUN DATE: 06/18/15            Parrish Medical Center LAB *Live*          PAGE 4
RUN TIME: 0004               CUMULATIVE DISCHARGE SUMMARY REPORT

                                        LOCATION

 ┌─────────────────────────────────────────────────────────────────────────┐
 │ Patient: BAYLESS,RAEANN M              ▓▓▓▓▓▓▓▓    (Continued)             │
 │ ══════════════ DEPARTMENT OF LABORATORY MEDICINE (CONTINUED) ═══════════  │
 │ BACTERIOLOGY                                                              │
 │ Source: Urine                                                             │
 │ ┌──────────────────────────┐   Final 06/13/15                            │
 │ │ Urine Culture Reflex     │    No pathogens isolated                     │
 │                                                                           │
 │ Source: Endocervix                                                        │
 │ ┌──────────────────────────┐   Final 06/11/15                            │
 │ │ Wet Prep for Trichomonas │    *Positive*                               │
 │      Trichomonas:              None seen                                  │
 │      Yeast:                    Few                                        │
 │      Clue cells:               Moderate                                   │
 │      WBC's:                    Few                                        │
 │      Epithelial cells:         FEW RBC'S NOTED                            │
 │      Comment:                                                             │
 │ ─────────────────────── CANCELLED SPECIMENS ────────────────────────────  │
 │ 0611 S00002S   CAN  Coll 06/11/15-1357 Recd - (R00270405) RIVAS,RODOLFO O │
 │      Ordered: RPR                                                         │
 │      Comment: NO SPECIMEN OBTAINED, PATIENT DEPARTED ER                   │
 │                                                                           │
 │ Patient: BAYLESS,RAEANN M         Age/Sex: 50/F   Acct ▓▓▓▓  Unit ▓▓▓▓    │
 └─────────────────────────────────────────────────────────────────────────┘
```

BAYLESSR_PARRMC_MDR00071

Parrish Medical Center *LIVE*

PCS Archive

Page: 1
Date: 0-/ /5 01:

BAYLESS,RAEANN M
Fac: PARRISH MEDICAL CENTER     Loc:ER MAJOR CARE     Bed:-
50 F     Med Rec Num:     Visit:
Attending:     Reg Date:06/11/15
Reason:RASH

## Discharge Data

ED Provider:     GARCIA,FRANCISCO A
Status:     OFF
Time Seen by Provider:     06/11/15 13:09
Condition:     Good
Triaged At:     06/11/15 12:44

Emergency Discharge Date/Time:     06/11/15 15:13
Emergency Discharge Disposition:     HOME
Clinical Impression     Vaginal erosion due to surgical mesh
    Bacterial vaginosis
    Trichomonas vaginitis
Emergency Discharge Comment:

Discharge Intervention     Last Done
ED Critical Care Time
Vital Signs     06/11/15 15:04

| Query | Result |
|---|---|
| Temperature | 98.1 F |
| Temperature Source | Oral |
| EKG Rhythm | Normal Sinus Rhythm |
| Pulse Rate | 59 |
| Pulse Rhythm | Regular |
| Pulse Assessment Method | Device |
| Respiratory Rate | 16 |
| Respirations Method | Visual/Observed |
| Respiratory Depth | Normal |
| Respiratory Effort | Non-Labored |
| Respiratory Pattern | Normal |
| O2 Sat by Pulse Oximetry | 100 |
| Oxygen Delivery Method | Room Air |
| Blood Pressure | 170/60 |
| Blood Pressure Mean | 96 |
| Blood Pressure Source | Automatic Cuff/Device |
| Blood Pressure Position | Supine |

Discharge Assessment     06/11/15 15:04

| Query | Result |
|---|---|
| Mode of Discharge | Ambulated |
| Summary of Care Provided | Yes |
| Discharge Instructions Requested | No |
| Discharge Instructions Given To | Patient |
| Patient Education Given | Yes |
| Were the patient's Problems, Labs, and Meds Reviewed? | Yes |
| At Discharge Prescriptions Given To | Spouse |
| At Discharge Referrals Made To | Yes |

Admission Assessment

Continued on Page 2
Legal Record

BAYLESSR_PARRMC_MDR00072

Page: 2

**BAYLESS,RAEANN M**

| Fac: PARRISH MEDICAL CENTER | Loc:ER MAJOR CARE | Bed:- |
| 30 F | Med Rec Num:█████████ | Visit:█████████ |

Discharge Data - Continued
Saline Lock Discontinued

| Instructions: | Sexually Transmitted Diseases (ED) |
| | Trichomoniasis (ED) |
| Stand-Alone Forms: | |
| Prescriptions: | Ciprofloxacin HCl [Cipro] |
| | RIVAS,RODOLFO G |
| | Metronidazole [Flagyl] |
| | RIVAS,RODOLFO G |
| Visit Report | |
| - Forms: | 211 Community Health Navigator |
| | Scope of Emergency Dept  Care |
| - Referrals: | ALLIANCE,BREVARD HEALTH (Primary Care Provider) |
| | PEREZ,DENIS A, MD (Physician) |
| - Additional Text: | Follow up with OB/GYN within 7 days for further care. |
| | |
| | Return to ER if having worsening pain, nausea, vomiting, |
| | fevers, chills. |

## Vital Signs

| | Temp | Pulse | Resp | BP | Pulse Ox |
|---|---|---|---|---|---|
| 06/11/15 15:06 | 98.1 F | 59 L | 16 | 170/60 H | 100 |
| 06/11/15 13:06 | | 67 | 18 | 178/127 H | 100 |
| 06/11/15 13:04 | 97.5 F | 83 | 18 | 188/104 H | 98 |
| 06/11/15 12:47 | 97.5 F | 83 | 18 | 188/104 H | 98 |

## Care Team

| Visit Care Team | Role | Provider Type |
|---|---|---|
| BREVARD HEALTH ALLIANCE | | |
| | Primary Care Provider | ALLIED SERVICE HEALTH |
| Specialty: | No Specialty Specified | |
| Address: | 500 N WASHINGTON AVE, STE 105, TITUSVILLE, FL, 32796 | |
| Phone: | 321-268-0267 | |
| Fax: | 321-268-0357 | |
| Email: | | |

| FRANCISCO A GARCIA, MD | | |
|---|---|---|
| | Emergency Provider | Physician |
| Specialty: | Emergency Medicine | |
| Address: | 951 NORTH WASHINGTON AVENUE, TITUSVILLE, FL, 32796 | |
| Phone: | 268-6130 | |
| Fax: | 268-6849 | |
| Email: | | |

Continued on Page 3
Legal Record

BAYLESSR_PARRMC_MDR00073

| | Page: 3 |
|---|---|

**BAYLESS, RAEANN M**

| Fac: PARRISH MEDICAL CENTER | Loc: ER MAJOR CARE | Bed: |
|---|---|---|
| 50 F | Med Rec Num: | Visit: |

**PCS Archive**

**06/11/15 12:44**

| ED Triage | Start: 06/11/15 12:44 |
|---|---|
| Freq: | Status: Discharge |
| Created    System  (Rec: 06/11/15 12:44  System  ERTC12) | |
| EMS Assessment | Start: 06/11/15 12:44 |
| Freq: | Status: Discharge |
| Created    System  (Rec: 06/11/15 12:44  System  ERTC12) | |
| Physical Assessment | Start: 06/11/15 12:44 |
| Text: | Status: Complete |
| Freq: | |
| Created    System  (Rec: 06/11/15 12:44  System  ERTC12) | |
| Pain Assessment | Start: 06/11/15 12:44 |
| Text: | Status: Discharge |
| Freq: | |
| Created    System  (Rec: 06/11/15 12:44  System  ERTC12) | |
| Fall Risk Assessment Tool | Start: 06/11/15 12:44 |
| Freq:   ONCE | Status: Discharge |
| Created    System  (Rec: 06/11/15 12:44  System  ERTC12) | |
| Fall Risk Assessment Tool | Start: 06/11/15 12:44 |
| Freq:   ONCE | Status: Discharge |
| Document    JM  (Rec: 06/11/15 13:38  JM  NSCART54) | |
| Mental Status Exam | Start: 06/11/15 12:44 |
| Text: | Status: Discharge |
| Freq: | |
| Created    System  (Rec: 06/11/15 12:44  System  ERTC12) | |
| Communication Assessment | Start: 06/11/15 12:44 |
| Freq: | Status: Discharge |
| Created    System  (Rec: 06/11/15 12:44  System  ERTC12) | |
| Domestic Abuse Screening | Start: 06/11/15 12:44 |
| Freq:   ONCE | Status: Discharge |
| Created    System  (Rec: 06/11/15 12:44  System  ERTC12) | |
| Domestic Abuse Screening | Start: 06/11/15 12:44 |
| Freq:   ONCE | Status: Discharge |
| Document    JM  (Rec: 06/11/15 13:38  JM  NSCART54) | |
| Advanced Directives | Start: 06/11/15 12:44 |
| Freq: | Status: Discharge |
| Created    System  (Rec: 06/11/15 12:44  System  ERTC12) | |
| Critical Results | Start: 06/11/15 12:44 |
| Freq: | Status: Discharge |
| Created    System  (Rec: 06/11/15 12:44  System  ERTC12) | |
| ED Critical Care Time | Start: 06/11/15 12:44 |
| Freq: | Status: Discharge |
| Created    System  (Rec: 06/11/15 12:44  System  ERTC12) | |
| Intake and Output | Start: 06/11/15 12:44 |
| Text: | Status: Discharge |
| Freq: | |
| Created    System  (Rec: 06/11/15 12:44  System  ERTC12) | |
| Initiate IV Access | Start: 06/11/15 12:44 |
| Freq: | Status: Discharge |
| Created    System  (Rec: 06/11/15 12:44  System  ERTC12) | |
| Wound Assessment | Start: 06/11/15 12:44 |
| Text: | Status: Discharge |

Continued on Page 4
Legal Record

BAYLESSR_PARRMC_MDR00074

| | | Page: 4 |
|---|---|---|
| **BAYLESS,RAEANN M** | | |
| **Fac:** PARRISH MEDICAL CENTER | **Loc:**ER MAJOR CARE | **Bed:** ███ |
| 30 F ████ | **Med Rec Num:**████████ | **Visit:** ████████ |

| | | |
|---|---|---|
| Freq: | | |
| Created      System  (Rec: 06/11/15 12:44  System  ERIC12) | | |
| Vital Signs | Start:  06/11/15 12:44 | |
| Text: | Status: Discharge | |
| Freq:   Q4H | | |
| Created      System  (Rec: 06/11/15 12:44  System  ERIC12) | | |
| Discharge Assessment | Start:  06/11/15 12:44 | |
| Freq: | Status: Discharge | |
| Created      System  (Rec: 06/11/15 12:44  System  ERIC12) | | |
| Admission Assessment | Start:  06/11/15 12:44 | |
| Text: | Status: Discharge | |
| Freq: | | |
| Created      System  (Rec: 06/11/15 12:44  System  ERIC12) | | |
| Saline Lock Discontinued | Start:  06/11/15 12:44 | |
| Freq: | Status: Discharge | |
| Created      System  (Rec: 06/11/15 12:44  System  ERIC12) | | |
| **06/11/15 12:47** | | |
| Vital Signs | Start:  06/11/15 12:44 | |
| Text: | Status: Discharge | |
| Freq:   Q4H | | |
| Document    JMK  (Rec: 06/11/15 12:48  JMK  RRD005) | | |
| **06/11/15 13:04** | | |
| ED Triage | Start:  06/11/15 12:44 | |
| Freq: | Status: Discharge | |
| Document    CCS  (Rec: 06/11/15 13:06  CCS  N509-20061686) | | |
| **06/11/15 13:06** | | |
| Mental Status Exam | Start:  06/11/15 12:44 | |
| Text: | Status: Discharge | |
| Freq: | | |
| Document    JM  (Rec: 06/11/15 13:28  JM  NSCART54) | | |
| Communication Assessment | Start:  06/11/15 12:44 | |
| Freq: | Status: Discharge | |
| Document    JM  (Rec: 06/11/15 13:28  JM  NSCART54) | | |
| Advanced Directives | Start:  06/11/15 12:44 | |
| Freq: | Status: Discharge | |
| Document    JM  (Rec: 06/11/15 13:38  JM  NSCART54) | | |
| ED Critical Care Time | Start:  06/11/15 12:44 | |
| Freq: | Status: Discharge | |
| Frequency    CCS  (Rec: 06/11/15 13:06  CCS  N509-20061686) | | |
| Vital Signs | Start:  06/11/15 12:44 | |
| Text: | Status: Discharge | |
| Freq:   Q4H | | |
| Frequency    CCS  (Rec: 06/11/15 13:06  CCS  N509-20061686) | | |
| Vital Signs | Start:  06/11/15 12:44 | |
| Text: | Status: Discharge | |
| Freq:   Q4H | | |
| Document    JM  (Rec: 06/11/15 14:58  JM  NSCART54) | | |
| **06/11/15 13:09** | | |
| Collect Specimen: Urinalysis with reflex to C/S | Start:  06/11/15 13:09 | |
| Freq:   ONCE | Status: Complete | |
| Created    CCS  (Rec: 06/11/15 13:09  CCS  N509-20061686) | | |
| Collect Specimen: Urinalysis with reflex to C/S | Start:  06/11/15 13:09 | |
| Freq:   ONCE | Status: Complete | |
| Document    CCS  (Rec: 06/11/15 13:09  CCS  N509-20061686) | | |

Continued on Page 5
Legal Record

BAYLESSR_PARRMC_MDR00075

**Page:** 5

**BAYLESS, RAEANN M**

**Fac:** PARRISH MEDICAL CENTER    **Loc:** ER MAJOR CARE    **Bed:**
DC F▇    **Med Rec Num:**▇    **Visit:**▇

| | |
|---|---|
| Collect Specimen: Urinalysis with reflex to C/S | Start: 06/11/15 13:09 |
| Freq: ONCE | Status: Complete |
| Edit Status  CCS  (Rec: 06/11/15 13:09  CCS  N500-20061696) | |
|    Active=>Completed | |

**06/11/15 13:57**

| | |
|---|---|
| Collect Specimen: Rapid Plasma Reagin (RPR) | Start: 06/11/15 13:57 |
| Freq: ONCE | Status: Complete |
| Document   JM  (Rec: 06/11/15 14:23  JM  NSCART54) | |
| Collect Specimen: Rapid Plasma Reagin (RPR) | Start: 06/11/15 13:57 |
| Freq: ONCE | Status: Complete |
| Edit Status  JM  (Rec: 06/11/15 14:23  JM  NSCART54) | |
|    Active=>Completed | |
| Collect Specimen: Wet Prep for Trichomonas | Start: 06/11/15 13:57 |
| Endocervix | Status: Complete |
| Freq: ONCE | |
| Document   JM  (Rec: 06/11/15 14:23  JM  NSCART54) | |
| Collect Specimen: Wet Prep for Trichomonas | Start: 06/11/15 13:57 |
| Endocervix | Status: Complete |
| Freq: ONCE | |
| Edit Status  JM  (Rec: 06/11/15 14:23  JM  NSCART54) | |
|    Active=>Completed | |
| ED Staff for Chaperone/Witness | Start: 06/11/15 13:57 |
| Freq: ONCE | Status: Discharge |
| Document   JM  (Rec: 06/11/15 14:23  JM  NSCART54) | |
| Pelvic Exam Set up | Start: 06/11/15 13:57 |
| Freq: ONCE | Status: Discharge |
| Document   JM  (Rec: 06/11/15 14:23  JM  NSCART54) | |

**06/11/15 13:58**

| | |
|---|---|
| Collect Specimen: Rapid Plasma Reagin (RPR) | Start: 06/11/15 13:57 |
| Freq: ONCE | Status: Complete |
| Created   ROR  (Rec: 06/11/15 13:58  ROR  ERPC11) | |
| Collect Specimen: Wet Prep for Trichomonas | Start: 06/11/15 13:57 |
| Endocervix | Status: Complete |
| Freq: ONCE | |
| Created   ROR  (Rec: 06/11/15 13:58  ROR  ERPC11) | |
| ED Staff for Chaperone/Witness | Start: 06/11/15 13:57 |
| Freq: ONCE | Status: Discharge |
| Created   ROR  (Rec: 06/11/15 13:58  RKG DARMON  ISMIBG10) | |
| Pelvic Exam Set up | Start: 06/11/15 13:57 |
| Freq: ONCE | Status: Discharge |
| Created   ROR  (Rec: 06/11/15 13:58  RKG DARMON  ISMIBG10) | |

**06/11/15 14:05**

| | |
|---|---|
| Physical Assessment | Start: 06/11/15 12:44 |
| Text: | Status: Complete |
| Freq: | |
| Document   JM  (Rec: 06/11/15 14:10  JM  NSCART54) | |
| Physical Assessment | Start: 06/11/15 12:44 |
| Text: | Status: Complete |
| Freq: | |
| Edit Status  JM  (Rec: 06/11/15 14:10  JM  NSCART54) | |
|    Active=>Complete | |

**06/11/15 15:06**

| | |
|---|---|
| Vital Signs | Start: 06/11/15 12:44 |
| Text: | Status: Discharge |

Continued on Page 6
Legal Record

BAYLESSR_PARRMC_MDR00076

```
                                                                    Page: 6
 BAYLESS,RAEANN M
  Fac: PARRISH MEDICAL CENTER          Loc:ER MAJOR CARE          Bed:-
  SC F                         Med Rec Num:                       Visit:
 Freq:   Q4H
   Document     JM  (Rec: 06/11/15 15:13  JM  NSCART54)
 Discharge Assessment                             Start:  06/11/15 12:44
 Freq:                                            Status: Discharge
   Document     JM  (Rec: 06/11/15 15:13  JM  NSCART54)
 06/11/15 15:13
 ED Triage                                        Start:  06/11/15 12:44
 Freq:                                            Status: Discharge
   Edit Status  BKG DAEMON  (Rec: 06/11/15 15:13  BKG DAEMON  ISMTBG1C)
       Active->Discharge
 EMS Assessment                                   Start:  06/11/15 12:44
 Freq:                                            Status: Discharge
   Edit Status  BKG DAEMON  (Rec: 06/11/15 15:13  BKG DAEMON  ISMTBG1C)
       Active->Discharge
 Pain Assessment                                  Start:  06/11/15 12:44
 Text:                                            Status: Discharge
 Freq:
   Edit Status  BKG DAEMON  (Rec: 06/11/15 15:13  BKG DAEMON  ISMTBG1C)
       Active->Discharge
 Fall Risk Assessment Tool                        Start:  06/11/15 12:44
 Freq:   ONCE                                     Status: Discharge
   Edit Status  BKG DAEMON  (Rec: 06/11/15 15:13  BKG DAEMON  ISMTBG1C)
       Active->Discharge
 Mental Status Exam                               Start:  06/11/15 12:44
 Text:                                            Status: Discharge
 Freq:
   Edit Status  BKG DAEMON  (Rec: 06/11/15 15:13  BKG DAEMON  ISMTBG1C)
       Active->Discharge
 Communication Assessment                         Start:  06/11/15 12:44
 Freq:                                            Status: Discharge
   Edit Status  BKG DAEMON  (Rec: 06/11/15 15:13  BKG DAEMON  ISMTBG1C)
       Active->Discharge
 Domestic Abuse Screening                         Start:  06/11/15 12:44
 Freq:   ONCE                                     Status: Discharge
   Edit Status  BKG DAEMON  (Rec: 06/11/15 15:13  BKG DAEMON  ISMTBG1C)
       Active->Discharge
 Advanced Directives                              Start:  06/11/15 12:44
 Freq:                                            Status: Discharge
   Edit Status  BKG DAEMON  (Rec: 06/11/15 15:13  BKG DAEMON  ISMTBG1C)
       Active->Discharge
 Critical Results                                 Start:  06/11/15 12:44
 Freq:                                            Status: Discharge
   Edit Status  BKG DAEMON  (Rec: 06/11/15 15:13  BKG DAEMON  ISMTBG1C)
       Active->Discharge
 ED Critical Care Time                            Start:  06/11/15 12:44
 Freq:                                            Status: Discharge
   Edit Status  BKG DAEMON  (Rec: 06/11/15 15:13  BKG DAEMON  ISMTBG1C)
       Active->Discharge
 Intake and Output                                Start:  06/11/15 12:44
 Text:                                            Status: Discharge
 Freq:
   Edit Status  BKG DAEMON  (Rec: 06/11/15 15:13  BKG DAEMON  ISMTBG1C)
       Active->Discharge
 Initiate IV Access                               Start:  06/11/15 12:44
```

Continued on Page 7
Legal Record

BAYLESSR_PARRMC_MDR00077

**BAYLESS, RAEANN M**

| | | | Page: 7 |
|---|---|---|---|

Fac: PARRISH MEDICAL CENTER     Loc:ER MAJOR CARE     Bed:
30 F     Med Rec Num:     Visit:

Freq:                      Status: Discharge
   Edit Status  BKG DAEMON  (Rec: 06/11/15 15:13  BKG DAEMON  ISMTPG10)
     Active=>Discharge

Wound Assessment                 Start:  06/11/15 12:44
Text:                      Status: Discharge
Freq:
   Edit Status  BKG DAEMON  (Rec: 06/11/15 15:13  BKG DAEMON  ISMTPG10)
     Active=>Discharge

Vital Signs                    Start:  06/11/15 12:44
Text:                      Status: Discharge
Freq:  Q4H
   Edit Status  BKG DAEMON  (Rec: 06/11/15 15:13  BKG DAEMON  ISMTPG10)
     Active=>Discharge

Discharge Assessment              Start:  06/11/15 12:44
Freq:                      Status: Discharge
   Edit Status  BKG DAEMON  (Rec: 06/11/15 15:13  BKG DAEMON  ISMTPG10)
     Active=>Discharge

Admission Assessment             Start:  06/11/15 12:44
Text:                      Status: Discharge
Freq:
   Edit Status  BKG DAEMON  (Rec: 06/11/15 15:13  BKG DAEMON  ISMTPG10)
     Active=>Discharge

Saline Lock Discontinued         Start:  06/11/15 12:44
Freq:                      Status: Discharge
   Edit Status  BKG DAEMON  (Rec: 06/11/15 15:13  BKG DAEMON  ISMTPG10)
     Active=>Discharge

ED Staff for Chaperone/Witness      Start:  06/11/15 13:57
Freq:  ONCE                  Status: Discharge
   Edit Status  System  (Rec: 06/11/15 15:13  BKG DAEMON  ISMTPG10)
     Active=>Discharge

Pelvic Exam Set up               Start:  06/11/15 13:57
Freq:  ONCE                  Status: Discharge
   Edit Status  System  (Rec: 06/11/15 15:13  BKG DAEMON  ISMTPG10)
     Active=>Discharge

**User Key**

| Monogram | Mnemonic | Name | Provider Type |
|---|---|---|---|
| | BKG DAEMON | Daemon,Background | |
| CCS | SINGLCC | SINGLETON,CHRISTINE | Registered Nurse |
| JM | MORALJ | MORALES,JAROANA | Registered Nurse |
| JMK | KAINEJM | KAINER,JESSICA M | Scribe |
| ROR | RIVASRO | RIVAS,RODOLFO O | Midlevel Provider |

Printed on 06/20/15 01:30
Legal Record

BAYLESSR_PARRMC_MDR00078

| Parrish Medical Center *LIVE* | | Page: 1 |
|---|---|---|
| | PCS Archive Notes | Date: 06/12/15 01:41 |

**BAYLESS,RAEANN M**

| Fac: PARRISH MEDICAL CENTER | Loc: ER MAJOR CARE | Bed:- |
|---|---|---|
| 50 F ▮▮▮▮▮ | Med Rec Num: ▮▮▮▮▮ | Visit: ▮▮▮▮▮ |
| Attending: | | Reg Date: 06/11/15 |
| Reason: RASH | | |

**Notes**

06/11/15 14:09 Ed Nursing Note by MORALES,JAROANA
pt c/o foul smelling brown vaginal discharge x 3 weeks. pt states that last intercourse approx 2 weeks ago.pt also presents with abrasions to ble.

Initialized on 06/11/15 14:09 - END OF NOTE


06/11/15 15:11 Ed Nursing Note by MORALES,JAROANA
pt with elevated B/P, PA Rudy Rivas aware, ok to d/c home, PT states will take B/P medication when she arrives home as she did not take her medicine this am.

Initialized on 06/11/15 15:11 - END OF NOTE

Printed on 06/12/15 01:41
Legal Record

BAYLESSR_PARRMC_MDR00079

```
DATE: 06/12/15 @ 0014          Parrish Medical Center PHA *Live*              PAGE 1
USER: RIVASRO                  Medication Administration Summary

Patient  BAYLESS RAEANN M                    Responsible Doctor GARCIA FRANCISCO A MD
Account Number                  Location  ER            Unit Number
Age/Sex        50/F             Room                     Registered Date 06/11/15
Status         DEP ER           Bed                      Discharged Date

Height   5 ft    9 in  175.26 cm                    Body Surface Area   1.88 m2
Weight  160 lb        oz  72 575 kg

Drug Allergies  No Known Allergies (No Known Allergies)

ADRS  Not Recorded
───────────────────────────────────────────────────────────────────────────────────

AZI250 - AZITHROMYCIN 250 MG TAB

 Dose         1,000 MG (4 TABLETS)
 Admin Route PO
 Start Date 06/12/15-0900      Stop Date 06/19/15 0901    DC Date 06/12/15-0900
 Ordering Doctor    RIVAS,RODOLFO O
 Total Dispensed     0        Total Costs $             Total Charges $
 Rx Number  000479634

 Warnings
 Type:        MAINTENANCE                    Range:  AZITHROMYCIN (250 MG)
                                             Condition:  ALL COMMON INDICATIONS
 Warnings         AZI250: Unable to check Max Single dose ranges for G/DOSE (Dose Units).


 Discontinue Comments Doctor's Order


 History
  06/11/15 1427 - EDM ORDER                    by RIVASRO
  06/11/15 1429 - REVIEW PROVIDER ACTIVITY     by MAYNAJV
                                  by PHA EKG    Eff: 06/11/15 1427
  06/11/15 1441 - DISCONTINUE                   by RIVASRO      Eff: 06/12/15 0900
      EDIT DOCTOR: RIVAS,RODOLFO O
      EDIT SOURCE: Provider
      FROM:
        DC COMMENTS:
      TO:
        DC COMMENTS:
           Doctor's Order
```

BAYLESSR_PARRMC_MDR00080

```
DATE: 06/12/15 @ 0014          Parrish Medical Center PHA *Live*                    PAGE 2
USER: RIVASRO                  Medication Administration Summary

Patient   BAYLESS,RAEANN M          Responsible Doctor GARCIA,FRANCISCO A MD
Account Number                  Location  ER          Unit Number
Age/Sex       50/F              Room                   Registered Date 06/11/15
Status        DEP ER            Bed                    Discharged Date

BAYLESS,RAEANN M                                              (Continued)


ROC1V - CEFTRIAXONE SODIUM 1 GM VIAL

  Dose        1 GM  (1 VIAL)
  Admin Route IM
  Start Date  06/11/15-1427      Stop Date 06/11/15 1428    DC Date 06/11/15-1428
  Ordering Doctor   RIVAS,RODOLFO O
  Total Dispensed    0           Total Costs $              Total Charges $
  Rx Number   000479635

  Warnings
  Type:       SINGLE DOSE                 Range:  CEFTRIAXONE SODIUM (1 GM)
                                          Condition:  ALL COMMON INDICATIONS
  Warnings    ROC1V: Unable to check Max Single dose ranges for G/DOSE (Dose Units).


  Discontinue Comments Reached Stop Date


  History
   06/11/15 1427 - EDM ORDER             by RIVASRO
   06/11/15 1428 - DISCONTINUE          by PHABKGJOB    Eff: 06/11/15 1428
        DC COMMENTS:
        Reached Stop Date
   06/11/15 1429 - REVIEW PROVIDER ACTIVITY   by MAYNAJV
                              by PHA BKG    Eff: 06/11/15 1427

Admin Date  Time User      Given Bag Reason Code       Items       Charge
06/11/15    1449 MORALJ       Y                          1          0.00
(06/11/15) (1427) Dose  1 GM


   Admin Totals                                          1            0
```

BAYLESSR_PARRMC_MDR00081

```
DATE: 06/12/15 @ 0014              Parrish Medical Center PHA *Live*                    PAGE 3
USER: RIVASRO                      Medication Administration Summary

Patient  BAYLESS,RAEANN M                          Responsible Doctor GARCIA,FRANCISCO A MD
Account Number                     Location  ER               Unit Number
Age/Sex        50/F                Room                        Registered Date 06/11/15
Status         DEP ER              Bed                         Discharged Date

BAYLESS,RAEANN M                                                           (Continued)


AZI250 - AZITHROMYCIN 250 MG TAB

Dose           1.000 MG  (4 TABLETS)
Admin Route PO
Start Date  06/11/15-1440        Stop Date 06/11/15 1441      DC Date 06/11/15-1441
Ordering Doctor      RIVAS,RODOLFO O
Total Dispensed       0          Total Costs $                Total Charges $
Rx Number   000479649

Warnings
Type:          SINGLE DOSE                        Range    AZITHROMYCIN (250 MG)
                                               Condition   ALL COMMON INDICATIONS
Warnings        AZI250: Unable to check Max Single dose ranges for G/DOSE (Dose Units).


Discontinue Comments Reached Stop Date


History
   06/11/15 1441 - EDM ORDER                    by RIVASRO
   06/11/15 1441 - DISCONTINUE                  by PHABKGJOB     Eff: 06/11/15 1441
        DC COMMENTS:
        Reached Stop Date
   06/11/15 1444 - REVIEW PROVIDER ACTIVITY     by MAYNAJV
                              by PHA BKG     Eff: 06/11/15 1441

Admin Date  Time User      Given Bag Reason Code            Items        Charge
06/11/15    1447 MORALJ        Y                              4           0.00
(06/11/15) (1440) Dose  1.000 MG


Admin Totals                                                 4             0
```

**BAYLESSR_PARRMC_MDR00082**

```
DATE: 06/12/15 @ 0014           Parrish Medical Center PHA *Live*                    PAGE 4
USER: RIVASRO                   Medication Administration Summary

Patient   BAYLESS RAEANN M                          Responsible Doctor GARCIA FRANCISCO A MD
Account Number                  Location  ER        Unit Number
Age/Sex        50/F             Room                 Registered Date 06/11/15
Status         DEF ER           Bed                  Discharged Date

BAYLESS RAEANN M                                                        (Continued)


AZI250 - AZITHROMYCIN 250 MG TAB

Dose          1,000 MG  (4 TABLETS)
Admin Route PO
Start Date  06/11/15-1444       Stop Date 06/11/15 1445    DC Date 06/11/15-1445
Ordering Doctor    GARCIA FRANCISCO A MD
Total Dispensed      4          Total Costs $5.99          Total Charges $95.60
Rx Number   000479654

Discontinue Comments DC'd by Morales, J


History
   06/11/15 1443 - DISCONTINUE                    by STK MED     Eff: 06/11/15 1445
       DC COMMENTS:
         DC'd by Morales, J
   06/11/15 1443 - DISP PRO PHA                   by Morales, J

ROC1V - CEFTRIAXONE SODIUM 1 GM VIAL

Dose          1 GM  (1 VIAL)
Admin Route ROUTE
Start Date  06/11/15-1444       Stop Date 06/11/15 1445    DC Date 06/11/15-1445
Ordering Doctor    GARCIA FRANCISCO A MD
Total Dispensed      1          Total Costs $1.25          Total Charges $87.40
Rx Number   000479655

Discontinue Comments DC'd by Morales, J


History
   06/11/15 1443 - DISCONTINUE                    by STK MED     Eff: 06/11/15 1445
       DC COMMENTS:
         DC'd by Morales, J
   06/11/15 1443 - DISP PRO PHA                   by Morales, J
```

BAYLESSR_PARRMC_MDR00083

Patient   BAYLESS,RAEANN M                        Responsible Doctor GARCIA,FRANCISCO A MD
Account Number                   Location   ER     Unit Number
Age/Sex      50/F                Room              Registered Date 06/11/15
Status       DEP ER              Bed               Discharged Date

BAYLESS,RAEANN M                                                      (Continued)

L1SDV5 - LIDOCAINE 1% HCL/PF 5 ML 5 ML SDV

Dose         5 ML  (1 SINGLE-DOSE VIAL)
Admin Route  ROUTE
Start Date  06/11/15-1446      Stop Date 06/11/15 1447    DC Date 06/11/15-1447
Ordering Doctor    GARCIA,FRANCISCO A MD
Total Dispensed   1          Total Costs $1.48           Total Charges $10.00
Rx Number   000479662

Discontinue Comments DC'd by Howe, Mich


History
  06/11/15 1445 - DISCONTINUE                 by STK MED      Eff: 06/11/15 1447
      DC COMMENTS:
          DC'd by Howe, Mich
  06/11/15 1445 - DISP PRO PHA                by Howe, Mich

This is the end of the MAR Summary for Patient A00032396384 - BAYLESS,RAEANN M.

BAYLESSR_PARRMC_MDR00084

BAYLESSR_PARRMC_MDR00085

BAYLESSR_PARRMC_MDR00086



Printed by RELEASE c/r3/r1/r041c
This document is part of the legal medical record.

**JE-007 Page 88 of 364**

Page 1 of 5



Date: 06/11/15
Acct Num: █
Med Rec Num: █
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: GARCIA,FRANCISCO A

## Patient Visit Information

### You were seen today for:

Erosion of vaginal wall due to surgical mesh
Bacterial vaginosis
Vaginal trichomoniasis

### Staff

Your caregivers today were:

Primary Provider      GARCIA,FRANCISCO A
Midlevel Provider     RIVAS,RODOLFO O

### Patient Instructions Reviewed

Trichomoniasis (ED)
Sexually Transmitted Diseases (ED)

received 06/11/15 15:06

### Activity Restrictions or Additional Instructions

Follow up with OB/GYN within 7 days for further care.

Return to ER if having worsening pain, nausea, vomiting, fevers, chills.

### Follow-up

BAYLESS,RAEANN M has been referred to the following clinics/specialists for follow-up care:

ALLIANCE,BREVARD HEALTH
500 N WASHINGTON AVE, STE 105
TITUSVILLE, FL  32796
321-268-0267

PEREZ,DENIS A, MD
494 N. Washington Ave.
TITUSVILLE, FL  32796
269-8565

**BAYLESSR_PARRMC_MDR00087**



Date: 06/11/15
Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: GARCIA,FRANCISCO A

---

**New Prescriptions and Instructions from this Visit**

### ( See detailed Home Medication List for all medications )

1. Ciprofloxacin HCl [Cipro]
   500 mg oral twice a day #14 tab
   500 mg Tablet
   Refills:
2. Metronidazole [Flagyl]
   500 mg oral three times a day #21 tab
   500 mg Tablet
   Refills:

### 2-1-1 Community Health Navigator

Brevard County Residents can call the 2-1-1 Community Health Navigator for help in accessing social programs to help improve their health. Available Monday-Friday, 8 a.m to 4 p.m.

The navigator can:
. Assist in finding transportation to medical appointments.
. Assist in finding resources for prescriptions.
. Assist with access to health insurance.
. Assist with accessing mental health programs.

The navigator can help with transitioning people from the hospital to the community for the following zip codes:

. 32796          . 32754
. 32780          . 32927

The Navigator can also provide additional educational resources on:
          . Promoting good health
          . Smoking cessation
          . Weight Management
          . Managing health risks
          . Chronic disease management information.
     Just dial 2-1-1 to reach the Community Health Navigator

The 2-1-1 Community Health Navigator is a partnership between
2-1-1 Brevard, Parrish Medical Center and the Florida Health Network
It is a service for the MXC Center for Lifelong Health.

ONE OF AMERICA'S FINEST HEALING ENVIRONMENTS

### SCOPE OF EMERGENCY DEPARTMENT CARE

SCOPE OF THE EMERGENCY DEPARTMENT CARE
I hereby acknowledge receipt of the instructions notes below. I understand that I have had
EMERGENCY TREATMENT ONLY and that I may be released before all my medical problems are
known and treated. Emergency medical care is not intended to be a substitute for complete

**BAYLESSR_PARRMC_MDR00088**

0



Date: 06/11/15
Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: GARCIA,FRANCISCO A

medical care. My Emergency Department diagnosis is preliminary and may change after complete medical care is received. I will arrange for follow-up care. I obligate myself or my agent to pay the account of the physician(s) for all follow-up services rendered. I understand that if my condition worsens or new symptoms appear, I must contact my physician immediately. If unable to reach my private physician, I understand that I should return to the Emergency Department for any emergency condition. I hereby authorize the Medical Records Department of Parrish Medical Center to release my records to the referral physician and/or my primary physician if on the Parrish Medical Center medical staff.

X-RAY INTERPRETATION
The interpretation of your xrays, as given to you by the Emergency Department physician, is only a preliminary report. The radiologist reviews these films and if there is a change in the xray interpretation or care, you and/or your physician will be notified. If your symptoms continue or increase, contact your physician since fractures and/or illness may fail to show up on the initial xray films.

MEDICATIONS
I understand that I may experience weakness, drowsiness or dizziness after receiving certain medication. If I have been instructed not to drive after receiving medication, I will not drive myself home.

GENERAL INSTRUCTIONS
If you have an established doctor, other than the one to which we have referred you, call their office for an appointment or referral.

If you have no insurance, you may be responsible for arranging follow-up care. The doctor to who we have referred you is a recommendation. This doctor should arrange for a payment schedule should you be unable to pay the bill in full, in advance. You should speak to the doctor's office manager regarding payment options.

If you have HMO insurance, be sure to notify your primary care provider after your Emergency Department visit. This includes Medicare HMO programs. If you do not know what type of insurance you have or are unclear who your primary care provider is, please call you insurance company for that information. They may require that you see a specialist participating in your insurance plan (regardless of the doctor to who we have referred you). Failure to contact your insurance company or your primary care provider may affect your benefits.

If you have Medicaid, you must follow-up with your assigned primary doctor. If you do not know your primary doctor, call the number on your Medicaid card, or call the Agency for Health Care Administration at 1-877-254-1055. If you have Medicaid from another state, you must call your home state's Medicaid number for further follow-up instructions.

If you have low income, a family with children or are pregnant, you may qualify for assistance. Call the Department of Families at 690-3710 to find out about Medicaid. The Brevard County Health Department provides care for low-income residents. The services include medical, OB-GYN, dental care, STD's (sexually transmitted diseases) and infectious diseases.

The Brevard Health Alliance offers affordable primary health care to adults and children who are residents of Brevard County. They see individuals with and without health insurance. If you are without health insurance they offer a sliding scale fee based on your income. A registration process is required before a medical appointment is scheduled. Registration is available as a walk-in service. If applying for the Sliding-Fee Scale you will need to bring a photo ID, SS card(if possible), tax statement and proof of gross monthly income at your household. Florida KidCare Health Insurance - applications and assistance available at all clinics.

If you have tried the above and still cannot arrange a follow-up appointment or if your problem is dental and you are unable to arrange for care though Brevard County Health Department, doctors and dentists are listed by speciality in the yellow pages under Physicians and Dentists. You may also contact the Emergency Department at 268-6130 for further assistance.

IF YOU NEED ANY FINANCIAL ASSISTANCE RELATED TO YOUR

BAYLESSR_PARRMC_MDR00089

Page 4 of 5



Date: 06/11/15
Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: GARCIA,FRANCISCO A

EMERGENCY DEPARTMENT VISIT, PLEASE CALL PARRISH MEDICAL
CENTER'S BUSINESS OFFICE AT 268-6158.

Culture Results?Lab results;  You will be notified of your culture/lab results if additional testing or
treatment is required.  Do not call the Emergency Department for culture results.  Please contact
Medical Records at 268-6413 for access to your test results.

**BAYLESSR_PARRMC_MDR00090**



Date: 06/11/15
Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: GARCIA,FRANCISCO A

**Thank You From Parrish**

You are receiving take home instructions regarding your diagnosis, aftercare, and follow up information.
Your care team thanks you for choosing PARRISH MEDICAL CENTER for your health care needs.
We sincerely hope you had an excellent experience during your visit.

**BAYLESSR_PARRMC_MDR00091**

Case 6:20-cv-00831-RBD-GJK Document 319-8 Filed 06/15/21 Page 94 of 364 PageID 34397



Date: 06/11/15
Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: GARCIA,FRANCISCO A

## Sexually Transmitted Diseases

### WHAT YOU SHOULD KNOW:

A sexually transmitted disease (STD) is an infection caused by bacteria or a virus. It is also known as a sexually transmitted infection. STDs are spread by oral, genital, or anal sex. Some examples of STDs are chlamydia, syphilis, and gonorrhea. HIV and viral hepatitis are the most common sexually transmitted infections.

### INSTRUCTIONS:

**Medicines:**
- **Antibiotics:** This medicine is given to fight or prevent an STD caused by bacteria. Take them as directed.

- **Antivirals:** These are given to fight an STD caused by a virus.

- **Antifungals:** These are given for fungal infections, such as a yeast infection.

- **Take your medicine as directed.** Call your primary healthcare provider if you think your medicine is not helping or if you have side effects. Tell him if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Follow up with your primary healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.

**Prevent the spread of an STD:** Ask your primary healthcare provider for more information about the following safe sex practices:
- **Use condoms:** Use a latex condom if you have oral, genital, or anal sex. Use a new condom each time. Use a polyurethane condom if you are allergic to latex. Ask your primary healthcare provider for more information about condoms.

**BAYLESSR_PARRMC_MDR00092**



Date: 06/11/15
Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: GARCIA,FRANCISCO A

---

- **Do not douche:** Douching upsets the normal balance of bacteria are found in your vagina. It does not prevent or clear up vaginal infections.

- **Avoid infected partners:** Do not have sex with someone who has an STD. This includes oral and anal sex.

- **Limit sexual partners:** Have sex with one person who is not having sex with anyone else.

- **Do not have sex during treatment:** Do not have sex while you **or** your partners are being treated for an STD.

- **Get screening tests:** If you are sexually active, get screening for STDs on a regular basis.

- **Get vaccinated:** Vaccines may help to prevent your risk of some STDs. Ask your primary healthcare provider for more information on vaccines for STDs.

**Contact your primary healthcare provider if:**
- You have a fever.

- Your signs or symptoms get worse or come back after you finish treatment.

- You have bleeding or pain with intercourse.

- You have questions or concerns about your condition or care.

**Return to the emergency department if:**
- You have genital swelling or pain, or unusual bleeding.

**BAYLESSR_PARRMC_MDR00093**



Date: 06/11/15
Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: GARCIA,FRANCISCO A

- You have joint pain, rash, swollen lymph nodes, or night sweats.

- You have severe abdominal pain.

© 2013 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

**BAYLESSR_PARRMC_MDR00094**



Date: 06/11/15
Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: GARCIA,FRANCISCO A

## Trichomoniasis

### WHAT YOU SHOULD KNOW:

Trichomoniasis is a common sexually transmitted infection (STI). It is spread
between people during sex or genital contact. Trichomoniasis is caused by tiny
parasites that are too small to be seen.

### INSTRUCTIONS:

**Medicines:**
- **Antibiotics:** Always take your antibiotics exactly as ordered by your
  primary healthcare provider (PHP). Keep taking this medicine until it is
  completely gone, even if you feel better. If you stop taking antibiotics
  before they are gone, they may not completely cure your infection. **Never**
  save antibiotics or take leftover antibiotics that were given to you for
  another illness. Do not drink contain alcohol while you use antibiotic
  medicine to treat trichomoniasis. It may make you sick. Wait at least 3
  days after your last dose of medicine before you drink alcohol again. Also
  avoid over-the-counter medicines that contain alcohol, such as certain
  cough or cold medicines.

- **Over-the-counter pain medicine:** You may use over-the-counter (OTC)
  pain medicines, such as ibuprofen or acetaminophen, for pain or swelling.
  These medicines may be bought without a caregiver's order. These
  medicines are safe for most people to use. However, they can cause
  serious problems when they are not used correctly. People with certain
  medical conditions, or using certain other medicines are at a higher risk for
  problems. Using too much, or using these medicines for longer than the
  label says can also cause problems. Follow directions on the label carefully.
  If you have questions, talk to your caregiver.

- **Take your medicine as directed.** Call your primary healthcare provider if
  you think your medicine is not helping or if you have side effects. Tell him if
  you are allergic to any medicine. Keep a list of the medicines, vitamins, and
  herbs you take. Include the amounts, and when and why you take them.
  Bring the list or the pill bottles to follow-up visits. Carry your medicine list
  with you in case of an emergency.

BAYLESSR_PARRMC_MDR00095



Date: 06/11/15
Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: GARCIA,FRANCISCO A

**Self care:**

- **Sex:** Tell your sexual partners that you have this infection. They may also be infected and need treatment. Do not have sex until both you and your partner are done with treatment and all symptoms are gone.

- **Bathing and handwashing:** Wash your hands thoroughly with soap and warm water after going to the bathroom. This helps keep your infection from spreading to other parts of your body, such as your eyes. Keep your genital area clean and dry. Take showers instead of tub baths and use plain, unscented soap.

- **Advice for women:** Do not douche during treatment unless your PHP tells you to. Do not use feminine hygiene sprays or powders.

**Prevent trichomoniasis:** You can get trichomoniasis more than once. Limit the number of sexual partners you have to decrease your risk for another infection. Do not have unprotected sex (including oral sex). Always wear a latex condom during sex to prevent trichomoniasis and other STIs. Use a new condom after each ejaculation.

**For more information:**

- Division of STD Prevention, Centers for Disease Control and Prevention 1600 Clifton Rd.
  Atlanta, GA30333
  Phone: 1-800-232-4636
  Web Address: http://www.cdc.gov/std

- American Social Health Association (ASHA)
  P.O. Box 13827
  Research Triangle Park, NC27709
  Web Address: http://www.ashastd.org

**Contact your primary healthcare provider if:**

**BAYLESSR_PARRMC_MDR00096**



Date: 06/11/15
Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: GARCIA,FRANCISCO A

- Your symptoms become worse, or come back after treatment.

- You have unusual vaginal bleeding.

- You have any problems that may be caused by the medicine you are taking.

- You have questions or concerns about your condition or care.

© 2013 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

BAYLESSR_PARRMC_MDR00097

| Patient: RARANN M BAYLESS | Home Medication List | Medical Record Num: |
|---|---|---|
| Print Date: 06/11/15 | Page 1 | Account Number: |

**New Medications**

1.  **Metronidazole [Flagyl]**
    RODOLFO O RIVAS
    500 mg oral three times a day

2.  **Ciprofloxacin HCl [Cipro]**
    RODOLFO O RIVAS
    500 mg oral twice a day

**Current Medications**

3.  **Lisinopril [Lisinopril]**
    20 mg oral daily

4.  **Sulfamethoxazole/Trimethoprim [Bactrim Ds Tablet]**
    PAUL P JENNINGS
    1 each oral twice a day

5.  **Cephalexin [Keflex]**
    PAUL P JENNINGS
    500 mg oral every 6 hours

BAYLESSR_PARRMC_MDR00098



Date: 06/11/15
Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: GARCIA,FRANCISCO A

## Patient Instructions Signature Page

**Patient Name:** RAEANN M BAYLESS

**Guardian Name:**

**The above-named patient and/or guardian has received the following patient instructions:**

Sexually Transmitted Diseases (ED), Trichomoniasis (ED)

**on this date:** 06/11/15 - 15:06

**I have read and understand the instructions given to me by my caregivers.**

RAEANN M BAYLESS

Print Patient Name,

Patient (or Guardian) Signature          Date

Caregiver/RN/Doctor-Signature          Date

BAYLESSR_PARRMC_MDR00099

## PARRISH MEDICAL CENTER

| ACCOUNT NO. | FINANCIAL CLASS | TYPE | PT. LOCATION/SERVICE | ROOM & BED | SMOKER | VAL | RACE | RELIGION | PREV. DISCHARGE DATE | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | SP | DEP CLI | EXP | | | | W | NON | | |

| DATE OF BIRTH | AGE | SEX | Mar. St. | PATIENT OCCUPATION | | | | PREVIOUS NAME/OTHER NAME |
|---|---|---|---|---|---|---|---|---|
| | 50 | F | S | UNEMPLOYED | | | | |

| PATIENT NAME/ADDRESS | S.S. NO. | PATIENT EMPLOYER |
|---|---|---|
| BAYLESS, RAEANN M<br>1754 POINCIANA CR<br>TITUSVILLE, FL 32796 | | UNEMPLOYED |

| PHONE NO. 321-289-3761 | OTHER NO. 321-848-6788 CELL | WORK PHONE |
|---|---|---|

| GUARANTOR/ADDRESS | S.S. NO. | GUARANTOR EMPLOYER |
|---|---|---|
| BAYLESS, RAEANN M<br>1754 POINCIANA CR<br>TITUSVILLE, FL 32796 | | UNEMPLOYED |

| PHONE NO. 321-289-3761 | RELAT. TO PT. SELF |
|---|---|

| PERSON TO NOTIFY ADDRESS | RELAT. TO PT. MOTHER | NEXT OF KIN/ADDRESS | RELAT. TO PT. |
|---|---|---|---|
| BAYLESS, JOAN<br>1754 POINCIANA CR<br>TITUSVILLE, FL 32796 | | | |

| HOME PHONE 321-289-3761 | OTHER PHONE 321-289-0143 | HOME PHONE | OTHER PHONE |
|---|---|---|---|

**PATIENT INFORMATION**

### DIAGNOSIS / PROCEDURES

PRINCIPAL DIAGNOSIS

SURGICAL PROCEDURES

SECONDARY DIAGNOSES

### PHYSICIAN MEDICAID CERTIFICATION

This is to certify that inpatient hospital services are needed:

Date: _____  Physician's Signature: _____

### ACCIDENT INFORMATION / CONDITIONS

| ACCIDENT DATE/TIME | ACCIDENT INFORMATION | REASON FOR VISIT |
|---|---|---|
| 05/22/15 | ONSET OF SYMPTOMS/ILL | 401.9 |

### ADMISSION / REGISTRATION

| ADMIT DATE/TIME | ADMISSION SOURCE | COMMENTS | | USER |
|---|---|---|---|---|
| 06/11/15  1222 | PHYSICIAN REFERRAL | ***ELB*** | | BARTLE |

### PHYSICIANS

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | EMERGENCY PHYSICIAN |
|---|---|---|
| | WEST, CORINNE M ARNP | |

| PRIMARY CARE PHYSICIAN | FAMILY PHYSICIAN | OTHER PHYSICIAN |
|---|---|---|
| BREVARD HEALTH ALLIANCE | BREVARD HEALTH ALLIANC | |

BAYLESSR_PARRMC_MDR00100



**BHA Titusville**
500 N. Washington Ave. Ste 105, Titusville, FL. USA 32796
(321) 268-0267  Fax: (321) 268-3357

05/22/2015
Page 1 of 2
Order Form

*Health First*

## Order Form

3239628

| Authorizing Provider: | Corinne West ARNP | Service Provider: | Diagnostic Center Health First Health First Diagnostic Center Scheduling |
|---|---|---|---|
| Order Signed By: | Corinne West ARNP | | |
| Phone: | 321-268-0267 | Phone: | 321-434-6100 |
| Fax: | 321-268-3357 | Fax: | |

| Patient Name: | RAEANN M BAYLESS 1754 POINCIANA CIR TITUSVILLE, FL  32796 | DOB: | Age: 50 |
|---|---|---|---|
| | | Sex:  F | SSN: |
| Phone: | (H): (321)289-3761 | EMR ID: | |
| Resp. Provider: | Corinne West ARNP | Visit Id: | |

BHS supported by Pa···
Clinical Staff:

| Code | Description | | Diagnoses |
|---|---|---|---|
| CPT-80053 | CMP | | HYPERTENSION(ICD-401.9) |
| | Order Number: | 2355874-2 | |
| | Auth#: | | |
| | Quantity: | 1 | |
| | Start Date: | 5/22/2015 | |
| | Priority: | Normal | |
| | Instructions: | | |

| Code | Description | | Diagnoses |
|---|---|---|---|
| CPT-80061 | Lipid Profile | | HYPERTENSION(ICD-401.9) |
| | Order Number: | 2355874-3 | |
| | Auth#: | | |
| | Quantity: | 1 | |
| | Start Date: | 5/22/2015 | |
| | Priority: | Normal | |
| | Instructions: | | |

| Code | Description | | Diagnoses |
|---|---|---|---|
| CPT-82044 | Urine, Microalbumin | | HYPERTENSION(ICD-401.9) |
| | Order Number: | 2355874-6 | |
| | Auth#: | | |
| | Quantity: | 1 | |
| | Start Date: | 5/22/2015 | |
| | Priority: | Normal | |
| | Instructions: | | |

My password protected electronic signature below authorizes this treatment to be medically necessary.

Signed by Corinne  West ARNP on 5/22/2015

BAYLESSR_PARRMC_MDR00101

**BHA Titusville**
500 N. Washington Ave, Ste 105, Titusville, FL, USA 32796
(321) 268-0267  Fax: (321) 268-3357

05/22/2015
Page 2 of 2
Order Form

*Health First*

# Order Form



| | | |
|---|---|---|
| Authorizing Provider: | Corinne West ARNP | |
| Order Signed By: | Corinne West ARNP | |

| Service Provider: | Diagnostic Center Health First |
|---|---|
| | Health First Diagnostic Center Scheduling |

| Phone: | 321-268-0267 |
|---|---|
| Fax: | 321-268-3357 |

| Phone: | 321-434-6100 |
|---|---|
| Fax: | |

| Patient Name: | RAEANN M BAYLESS |
|---|---|
| | 1754 POINCIANA CIR |
| | TITUSVILLE, FL 32796 |
| Phone: | (H): (321)289-3761 |

| DOB: | | Age: 50 |
|---|---|---|
| Sex: | F | SSN: |

EMR ID:

| Resp. Provider: | Corinne West ARNP |
|---|---|

Visit Id:

---

| Code | Description | | Diagnoses |
|---|---|---|---|
| CPT-84443 | TSH | | HYPERTENSION(ICD-401.9) |
| | Order Number: | 2355874-4 | |
| | Auth#: | | |
| | Quantity: | 1 | |
| | Start Date: | 5/22/2015 | |
| | Priority: | Normal | |
| | Instructions: | | |

| Code | Description | | Diagnoses |
|---|---|---|---|
| CPT-85025 | CBC with Differential | | HYPERTENSION(ICD-401.9) |
| | Order Number: | 2355874-5 | |
| | Auth#: | | |
| | Quantity: | 1 | |
| | Start Date: | 5/22/2015 | |
| | Priority: | Normal | |
| | Instructions: | | |

My password protected electronic signature below authorizes this treatment to be medically necessary.

Signed by Corinne West ARNP on 5/22/2015

BAYLESSR_PARRMC_MDR00102

BAYLESSR_PARRMC_MDR00103

| Parrish Medical Center *LIVE* | | Patient Order Summary | | Page: 1 |
| --- | --- | --- | --- | --- |

Date: 06/12/16 06:42
User: Deeson,Background

**BAYLESS, RAEANN M**    Location: EXP    Medical Record Number:

19/F    Attending: WEST,CORINNE M    Account Number:
Reason: 422.9    Registration: 06/11/15

| Category | Order | Status | Start | Ord Provider | Entered By |
| --- | --- | --- | --- | --- | --- |
| Chemistry, Comp Metabolic Panel | | Completed | 06/11/15 12:44 | WEST,CORINNE M A397 | SAVADLIC,LAURA E |
| | Comprehensive Metabolic Panel | | Routine | Order Source: Written | |

| | Date & Time | User | Device | Event | Acknowledged |
| --- | --- | --- | --- | --- | --- |
| 1 | 06/11/15 12:30 | LAB - SAVADLIC,LAURA E | IEETCM03 | No Signature is Necessary | N |
| 1 | 06/11/15 12:32 | LAB - SAVADLIC,LAURA E | IEETCM03 | Order is Entered | N |
| 1 | 06/11/15 12:45 | LAB - Deeson,Background | IEETCM03 | Start Time edited: | NA |
| | | | | New: 1:30 | |
| | | | | Old: 12:30 | |
| 2 | 06/11/15 12:45 | LAB - Deeson,Background | IEETCM03 | Status changed: | NA |
| | | | | New: In Process | |
| | | | | Old: Logged | |
| 4 | 06/11/15 12:40 | LAB - Deeson,Background | IEETCM03 | Status changed: | NA |
| | | | | New: Completed | |
| | | | | Old: In Process | |

| Chemistry, Comp Metab Panel,Minimum, Init Ord | | Completed | 06/11/15 12:44 | WEST,CORINNE M A397 | SAVADLIC,LAURA E |
| | Chipboard Chem,Minimum, Init Ord | | Routine | Order Source: Written | |

| | Date & Time | User | Device | Event | Acknowledged |
| --- | --- | --- | --- | --- | --- |
| 1 | 06/11/15 12:30 | LAB - SAVADLIC,LAURA E | IEETCM03 | No Signature is Necessary | N |
| 1 | 06/11/15 12:32 | LAB - SAVADLIC,LAURA E | IEETCM03 | Order is Entered | N |
| 1 | 06/11/15 12:45 | LAB - Deeson,Background | IEETCM03 | Start Time edited: | NA |
| | | | | New: 12:24 | |
| | | | | Old: 12:27 | |
| 2 | 06/11/15 12:45 | LAB - Deeson,Background | IEETCM03 | Status changed: | NA |
| | | | | New: In Process | |
| | | | | Old: Logged | |
| 4 | 06/11/15 12:40 | LAB - Deeson,Background | IEETCM03 | Status changed: | NA |
| | | | | New: Completed | |
| | | | | Old: In Process | |

| Chemistry, Comp Metab Panel,Minimum | | Completed | 06/11/15 12:44 | WEST,CORINNE M A397 | SAVADLIC,LAURA E |
| | Lipid Panel | | Routine | Order Source: Written | |

| | Date & Time | User | Device | Event | Acknowledged |
| --- | --- | --- | --- | --- | --- |
| 1 | 06/11/15 12:30 | LAB - SAVADLIC,LAURA E | IEETCM03 | No Signature is Necessary | N |
| 1 | 06/11/15 12:32 | LAB - SAVADLIC,LAURA E | IEETCM03 | Order is Entered | N |
| 2 | 06/11/15 12:45 | LAB - Deeson,Background | IEETCM03 | Start Time edited: | NA |

**JE-007 Page 105 of 364**

**Parrish Medical Center *LIVE*** **Patient Order Summary** **Page:** 2
**Date:** 06/22/15 08:42
**User:** Dsenon,Background

[redacted] **BAYLESS,RAEANN M** **Location:** EXP **Medical Record Number:** [redacted]
50/F **Attending:** WEST,CORINNE M
**Account Number:**
**Reason:** 401.9 **Registration:** 06/11/15

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | | | | **New:** 12:34 | |
| | | | | **Old:** 12:29 | |

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 3 | 06/11/15 12:45 | LAB - Dsenon,Background | ISNTCM03 | Status Changed: | NA |
| | | | | **New:** In Process | |
| | | | | **Old:** Logged | |
| 4 | 06/11/15 13:40 | LAB - Dsenon,Background | ISNTCM03 | Status Changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** In Process | |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Chemistry, Urin | 5061-112702026390 Microalbumin, Random Urine | Completed | 06/11/15 12:37 Routine | WEST,CORINNE M APRN **Order Source:** Willson | CAVAGLIO,LAURA E |

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 06/11/15 12:30 | LAB - CAVAGLIO,LAURA E | ISNTCM03 | No Signature is Necessary | N |
| 1 | 06/11/15 12:30 | LAB - CAVAGLIO,LAURA E | ISNTCM03 | Order is Entered | N |
| 2 | 06/11/15 12:44 | LAB - Dsenon,Background | ISNTCM03 | Start Time edited: | NA |
| | | | | **New:** 12:37 | |
| | | | | **Old:** 12:29 | |
| 3 | 06/11/15 12:44 | LAB - Dsenon,Background | ISNTCM03 | Status Changed: | NA |
| | | | | **New:** In Process | |
| | | | | **Old:** Logged | |
| 4 | 06/11/15 13:56 | LAB - Dsenon,Background | ISNTCM03 | Status Changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** In Process | |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Hematology | 5061-112202049690 Complete Blood Count And Diff | Completed | 06/11/15 12:34 Routine | WEST,CORINNE M APRN **Order Source:** Willson | CAVAGLIO,LAURA E |

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 06/11/15 12:30 | LAB - CAVAGLIO,LAURA E | ISNTCM03 | No Signature is Necessary | N |
| 1 | 06/11/15 12:30 | LAB - CAVAGLIO,LAURA E | ISNTCM03 | Order is Entered | N |
| 2 | 06/11/15 12:45 | LAB - Dsenon,Background | ISNTCM03 | Start Time edited: | NA |
| | | | | **New:** 12:34 | |
| | | | | **Old:** 12:29 | |
| 3 | 06/11/15 12:45 | LAB - Dsenon,Background | ISNTCM03 | Status Changed: | NA |
| | | | | **New:** In Process | |
| | | | | **Old:** Logged | |
| 4 | 06/11/15 13:[illegible] | LAB - Dsenon,Background | ISNTCM03 | Status Changed: | NA |
| | | | | **New:** Completed | |

BAYLESSR_PARRMC_MDR00104

BAYLESSR_PARRMC_MDR00105

| Parrish Medical Center *LIVE* | | | | Patient Order Summary | | Page: 2 |
|---|---|---|---|---|---|---|
| | | | | | | Date: 06/22/16 16:42 |
| | | | | | | User: Deacon, Background |
| | BAYLESS,RAEANN M | | | Location: IMP | | Medical Record Number: |
| IMP | | Attending: WEST,CORINNE M | | | | Account Number: |
| | | Reason: 431.4 | | | | Registration: 06/11/16 |
| Category | Order | Status | Start | Ord Provider | | Entered By |
| | | | | Old: In Process | | |

JE-007 Page 107 of 364

```
RUN DATE: 06/12/15              Parrish Medical Center LAB *Live*              PAGE 1
RUN TIME: 0014                  CUMULATIVE DISCHARGE SUMMARY REPORT
```

<u>LOCATION</u>

| PATIENT: BAYLESS,RAEANN M | ACCT: | LOC: EXP | U: |
|---|---|---|---|
| | AGE/SX: 50/F | ROOM: | REG: 06/11/15 |
| REG DR:  WEST,CORINNE M ARNP | STATUS: DEP CLI | BED: | DIS: |

**************************   DEPARTMENT OF LABORATORY MEDICINE   **************************

### CBC

| Date | JUN 11 | | | |
|---|---|---|---|---|
| Time | 1234 | | Reference | Units |
| WBC | 10.3 | | (3.9-11.0) | TH/MM3 |
| RBC | 5.43 | H | (3.7-5.2) | MIL/mm3 |
| HGB | 15.8 | H | (11-15) | g/dL |
| HCT | 48.6 | H | (33-45) | % |
| MCV | 89.6 | | (82-96) | FL |
| MCH | 29.1 | | (27-33) | PG |
| MCHC | 32.5 | | (32-35) | G/DL |
| RDW | 14.1 | | (11.9-15.3) | % |
| Plt Count | 243 | | (155-387) | TH/MM3 |
| MPV | 10.6 | H | (7.4-10.4) | FL |
| Neutrophil # | 6.4 | | (2.2-7.7) | TH/MM3 |
| Lymphocyte # | 3.1 | | (0.8-4.0) | TH/MM3 |
| Monocyte # | 0.6 | | (0.2-1.3) | TH/MM3 |
| Eosinophil # | 0.2 | | (0-0.7) | TH/MM3 |
| Basophil # | 0.0 | | (-0.2) | TH/MM3 |

### AUTOMATED CHEMISTRY

| Date | JUN 11 | | | |
|---|---|---|---|---|
| Time | 1234 | | Reference | Units |
| Glucose-Fasting | 117(a) | H | (70-100) | md/dL |
| Sodium | 143 | | (133-143) | mmol/L |
| Potassium | 4.3 | | (3.6-5.0) | mmol/L |
| Chloride | 106 | | (101-111) | mmol/L |
| Carbon Dioxide | 24 | | (22-29) | mmol/L |
| Anion Gap | 17 | | (10-20) | mmol/L |
| Urea Nitrogen | 19 | | (6-20) | mg/dL |
| Creatinine | 1.03 | H | (0.50-0.90) | mg/dL |
| BUN Creat Ratio | 18.0 | | | |
| Calculated Osmo | 288 | | (274-293) | mosm/kG |
| Calcium, Total | 10.0 | | (8.4-10.3) | mg/dL |
| Total Protein | 8.1 | | (6.4-8.3) | gm/dL |
| Albumin | 4.5 | | (3.5-5.2) | g/dL |
| A/G Ratio | 1 | | (1.0-2.6) | |
| Total Bili | 0.3 | | (0.2-1.2) | mg/dL |
| AST(SGOT) | 17 | | (10-40) | u/L |
| ALT(SGPT) | 19 | | (10-33) | U/L |

NOTES:  (a)  NON-FASTING GLUCOSE REFERENCE RANGE   70 - 200 mg/dL

| Patient: BAYLESS,RAEANN M | Age/Sex: 50/F | Acct | Unit |
|---|---|---|---|

BAYLESSR_PARRMC_MDR00106

```
RUN DATE: 06/12/15               Parrish Medical Center LAB *Live*              PAGE 2
RUN TIME: 0014                CUMULATIVE DISCHARGE SUMMARY REPORT
```

LOCATION

```
Patient: BAYLESS,RAEANN M                          (Continued)
```

****************** DEPARTMENT OF LABORATORY MEDICINE (CONTINUED) ******************

AUTOMATED CHEMISTRY (CONTINUED)

| Date | JUN 11 | | | |
|------|--------|--|-----------|-------|
| Time | 1234 | | Reference | Units |
| Alk Phos | 81 | | (35-104) | u/L |
| Est GFR | (A) | | | SEE REF |

```
        (A)  63 33
             See also (b)
```

LIPID PROFILE

| Date | JUN 11 | | | |
|------|--------|--|-----------|-------|
| Time | 1234 | | Reference | Units |
| => Cholesterol | 222(c) H | | (0-200) | mg/dL |

```
NOTES: (b)  Chronic Kidney Disease
            (CKD) stage GFR level (mL/min/1.73 m2)

            Normal              >=90 (no proteinuria)
            Stage 1             >=90 (with evidence of kidney damage)
            Stage 2 (mild)      60 - 90 (with evidence of kidney damage)
            Stage 3 (moderate)  30 - 59
            Stage 4 (severe)    15 - 29
            Stage 5 (kidney failure) <15

            A single eGFR result should not be used to determine
            the extent of renal disease, especially in hospitalized
            patients. eGFR has not been validated for pregnant
            females and patients less than 18 years of age.

            (Estimated GFR is calculated using the
            Chronic Kidney Disease Epidemiology
            Collaboration, 2009 [CKD-EPI] formula).

       (c)  Total Cholesterol Reference Values (NCEP)
            Desirable:   Less than 200 mg/dL
            Borderline High  200 - 239 mg/dL
            High.  Equal to or greater than 240 mg/dL
```

```
Patient: BAYLESS,RAEANN M            Age/Sex: 50/F   Acct          Unit
```

BAYLESSR_PARRMC_MDR00107

```
RUN DATE: 06/12/15            Parrish Medical Center LAB *Live*           PAGE 3
RUN TIME: 0014               CUMULATIVE DISCHARGE SUMMARY REPORT
```

**LOCATION**

| Patient: BAYLESS,RAEANN M | | (Continued) | |
|---|---|---|---|

******************* DEPARTMENT OF LABORATORY MEDICINE (CONTINUED) *******************

**LIPID PROFILE (CONTINUED)**

| Date | JUN 11 | | | |
|---|---|---|---|---|
| Time | 1234 | | Reference | Units |
| *> Triglyceride | 185(d) H | | (-149) | mg/dL |
| *> HDL | 62 | | (37-75) | mg/dL |
| *> LDL(Calculated) | 123(e) | | (-129) | mg/dL |

**URINE CHEMISTRY**

| Date | JUN 11 | | | |
|---|---|---|---|---|
| Time | 1233 | | Reference | Units |
| Microalb,Random | 102.0 H | | (0-19) | mg/L |
| Creatinine,UA | 393.9 | | | mg/dL |
| Alb/Creat Ratio | 25.8 | | | mg/g |

```
NOTES   (d)  Triglyceride Reference Values (NCEP)
                 Normal:  Less than 150 mg/dL
                 Borderline High  150-199 mg/dL
                 High    200-499 mg/dL
                 Very High: Equal to or Greater than 500 mg/dL
        (e)       LDL Cholesterol
             Age:       Reference Range:
             0-18 years      <110  Optimal
                         111-129  Borderline
                            >=130  High

             >=19 years      <100  Optimal
                         100-129  Near Borderline/Above Optimal
                         130-159  Borderline High
                         160-189  High
                            >189  Very High

             When the Triglyceride results are greater than 200 mg/dL,
             the calculated LDL significantly underestimates the true
             LDL concentration.  An LDL by direct measurement is
             recommended.
```

| Patient: BAYLESS,RAEANN M | Age/Sex: 50/F | Acct | Unit | |
|---|---|---|---|---|

BAYLESSR_PARRMC_MDR00108

```
RUN DATE: 06/12/15              Parrish Medical Center LAB *Live*              PAGE 4
RUN TIME: 0014                CUMULATIVE DISCHARGE SUMMARY REPORT

                                         LOCATION
```

| Patient: BAYLESS,RAEANN M | ████████ | (Continued) |  |

********************** DEPARTMENT OF LABORATORY MEDICINE (CONTINUED) **********************

MISCELLANEOUS CHEMISTRY

| Date | JUN 11 |  | Reference | Units |
|------|--------|--|-----------|-------|
| Time | 1234 |  |  |  |
| Potassium | 4.3 |  | (3.6-5.0) | mmol/L |
| TSH, 3RD Gen | 2.26 |  | (0.27-4.2) | uIU/mL |

| Patient: BAYLESS,RAEANN M | Age/Sex: 50/F | Acct ████████ | Unit ████████ |

BAYLESSR_PARRMC_MDR00109

# CONSENT FOR OUTPATIENT TESTING / THERAPY

**CONSENT FOR MEDICAL AND/OR DIAGNOSTIC PROCEDURES**

The undersigned consents to procedures that maybe performed, on an outpatient basis, including treatment or services, which may include but are not limited to laboratory procedures, x-ray examinations, medical or surgical treatment or procedures, anesthesia, hospital services rendered the patient under the general and special instructions to the patient's physician or surgeon, or recording/filming for identification diagnosis or treatment purposes. I consent to the taking of **pictures of medical or surgical condition or treatment, and the use of the pictures for scientific, educational or safety purposes.**

**LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIAN**

All physicians and surgeons furnishing services to the patient, including in the patient's care may have access to the patient's record for treatment, normal healthcare operations, and for securing payment for services rendered. The information to be released include all information in the patient's record including, HIV testing and test results, psychiatric treatment, and treatment for alcohol or drug abuse. For a more detailed description of uses and disclosures for treatment, payment, or healthcare operations, please review the PMC Notice of Privacy Practice. You have the right to review the Notice of Privacy prior to signing this consent.

**FINANCIAL AGREEMENT**

The undersigned agrees, whether he/she signs as an agent or as a patient, that in consideration of the services to be rendered to the patient, he/she hereby individually obligates himself/herself to pay the account of the hospital in accordance with the regular rates and terms of the hospital. Should the account be referred to an attorney or collection agency for collection, the undersigned shall pay actual attorney's fees and collection expenses. All delinquent accounts shall bear interest at the legal rate.

The undersigned authorizes the hospital and all clinical providers who have provided care or interpreted my tests, along with any billing service and their collection agency or attorney who may work on their behalf, to contact me on my cell and/or home phone using pre-recorded messages, artificial voice messages, automatic telephone dialing devices or other computer assisted technology, or by electronic mail, text messaging or by any other form of electronic communication.

**ASSIGNMENT OF INSURANCE BENEFITS**

A. The undersigned authorizes, whether he/she signs as an agent or as a patient, direct payment to the hospital of any insurance benefits otherwise payable to or on behalf of the patient for this hospitalization or for these outpatient services, including emergency services rendered, at rate not to exceed the hospital's actual charges. It is agreed that payment of any and all obligations under a policy to the extent of such payment. It is understood by the undersigned that he/she is financially responsible for charges not paid pursuant to this agreement.

B. The undersigned authorizes assignment of insurance benefits to any involved physician(s), including but not limited to radiologists, cardiologists, pathologists, anesthesiologist, emergency room physicians.

C. Section 817.234 Florida Statutes stipulates that "any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony in the third degree".

**ASSIGNMENT OF MEDICARE BENEFITS (Medicare patients only)**

The undersigned certifies that the information given when applying for payment under Title XVIII of the Social Security Act is correct. The holder of medical and other information about the patient may release to the Social Security Administration or its intermediaries or carriers of information any information needed for this or related Medicare claim. Payment of authorized benefits may be made on the patient's behalf. Payment of benefits for physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment is also authorized. Applicable deductibles, co-payments, and non-covered charges will be the responsibility of the undersigned.

**HEALTH CARE PLAN OBLIGATION**

A. The hospital maintains a list of health plans with which it has contacted. A list of such plans is available upon request from the financial office. The hospital has no contract, expressed or implied, with any plan that does not appear on the list. The undersigned agrees that he/she is individually obligated to pay the full charges of all services rendered to him/her by the hospital if he/she belongs to a plan, which does not appear on the above-mentioned list.

B. The undersigned certifies that he/she has read the foregoing, received a copy thereof (if requested), and is the patient, the patient's legal representative, or is duty authorized by the patient as the patient's general agent to execute the above and accept the terms.

**I ACKNOWLEDGE AUTHORIZE:**

I have received today or on a prior visit a copy of the PMC Notice of Privacy Practices. I understand that if I have questions I can contact the Facility Privacy Officer.

I have been asked and have provided information regarding my Medicare Secondary Payer Screening, which is applicable to my medical services covered by Medicare health care insurance.

I agree to the release of my demographic information and dates of service to Parrish Medical Center's institutionally related foundation to be used only for charitable and fund-raising purposes in support of Parrish Medical Center. If you prefer not to receive such communications, initial here. ____

We ask for your participation in your care and feel this adds to your safety as a patient. We encourage you to speak up if you have questions regarding any aspect of your care or care partners or any safety concerns.

**BILL OF RIGHTS AND ADVANCED DIRECTIVES**

I have received and/or was offered a copy of the Patient Bill or Rights and Advanced Directives.

Date: 06/11/15 Time: 12:23 AM / PM

Signature: Raeann Bayless Relationship: SELF

Patient or Responsible Party

Witness: [signature] Account Number: [redacted]

**Patient Label**

BAYLESS,RAEANN M 06/11/15

[redacted] W F 50 [redacted]

North Brevard County Hospital District
operating as
PARRISH MEDICAL CENTER
Titusville, Florida 32796

BAYLESSR_PARRMC_MDR00110

**PARRISH**
MEDICAL CENTER

| ACCOUNT NO. | FINANCIAL CLASS | TYPE | PT. LOCATION/SERVICE | ROOM & BED | SMOKER | VAL | RACE | RELIGION | PREV. DISCHARGE DATE | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | SP | PRE ER | ER | | | | W | NON | | |

| DATE OF BIRTH | AGE | SEX | MAR. ST | PAT ENT OCCUPATION | | PREVIOUS NAME/OTHER NAME |
|---|---|---|---|---|---|---|
| | 49 | F | S | | | |

| PATIENT NAME/ADDRESS | S.S. NO. | PATIENT EMPLOYER |
|---|---|---|
| BAYLESS,RAEANN M<br>1754 POINCIANA CR<br>TITUSVILLE,FL 32796 | | UNEMPLOYED |

PHONE NO. 321-289-3761    OTHER NO. 321-848-6788 CELL    WORK PHONE

| GUARANTOR/ADDRESS | S.S. NO. | GUARANTOR EMPLOYER |
|---|---|---|
| BAYLESS,RAEANN M<br>1754 POINCIANA CR<br>TITUSVILLE,FL 32796 | | UNEMPLOYED |

PHONE NO. 321-289-3761    RELAT TO PT. SELF

| PERSON TO NOTIFY ADDRESS | RELAT TO PT MOTHER | NEXT OF KIN/ADDRESS | RELAT TO PT. |
|---|---|---|---|
| BAYLESS,JOAN<br>1754 POINCIANA CR<br>TITUSVILLE,FL 32796 | | | |

HOME PHONE 321-289-3761    OTHER PHONE 321-289-0143    HOME PHONE    OTHER PHONE

**PATIENT INFORMATION**

**DIAGNOSIS / PROCEDURES**

PRINCIPAL DIAGNOSIS _____    SURGICAL PROCEDURES _____

SECONDARY DIAGNOSES _____

**PHYSICIAN MEDICAID CERTIFICATION**

This is to certify that inpatient hospital services are needed:

Date: _____    Physician's Signature: _____

**ACCIDENT INFORMATION / CONDITIONS**

| ACCIDENT DATE/TIME | ACCIDENT INFORMATION | REASON FOR VISIT |
|---|---|---|
| | | |

**ADMISSION / REGISTRATION**

| ADMIT DATE/TIME | ADMISSION SOURCE | COMMENTS | USER |
|---|---|---|---|
| 12/17/14  1252 | | | |

**PHYSICIANS**

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | EMERGENCY PHYSICIAN |
|---|---|---|
| | | |

| PRIMARY CARE PHYSICIAN | FAMILY PHYSICIAN | OTHER PHYSICIAN |
|---|---|---|
| | | |

BAYLESSR_PARRMC_MDR00111

BAYLESSR_PARRMC_MDR00112

**ALLERGIES**

| Allergy/Adv Reac | Type | Severity | Reaction | Status | Date / Time |
|---|---|---|---|---|---|
| No Known Allergies | Allergy | | | Verified | 09/03/14 07:07 |

**ACTIVITY**

**DIAGNOSIS**

METHICILLIN RESISTANT STAPHYLOCOCCUS AUREUS ELSEWHERE/NOS (12/17/14)
TOBACCO USE DISORDER (12/17/14)
COCAINE ABUSE-UNSPEC (12/17/14)
HYPERTENSION NOS (12/17/14)
CELLULITIS OF LEG (12/17/14)
VENOMOUS SPIDER BITE (12/17/14)
TUBAL LIGATION STATUS (12/17/14)
OTH MED,LT,CURRENT USE (12/17/14)
ACQUIRED ABSENCE OF BOTH CERVIX AND UTERUS (12/17/14)

**CLINICAL DATA**

**AMBULATORY ORDERS**

| Medication | Instructions | Recorded | Confirmed | Type |
|---|---|---|---|---|
| Cephalexin (Keflex, Rehab) | 500 mg PO Q6 F40 cap | 12/17/14 | | Rx |
| Sulfamethoxazole/Trimethoprim (Bactrim Ds Tablet) | 1 each PO BID F20 tablet | 12/17/14 | | Rx |

| Status/Phase | Dr/Tm/Value | User/Action |
|---|---|---|
| IN/PROV | 12/17/14 14:14:04 | HOOTS,ARBOR C |
| Ed Provider | WILLIAMS,MICHAEL T | Edit |
| | 12/17/14 14:07:43 | HOOTS,ARBOR C |
| Referrals (Provider) | BREVARD HEALTH ALLIANCE | Added |
| | 12/17/14 13:29:53 | JENNINGS,PAUL T |
| Midlevel Provider | JENNINGS,PAUL T | New |
| ROOM | 12/17/14 13:19:01 | KOSHIOL,ROSA L |
| Ed Nurse | KOSHIOL,ROSA L | New |
| RCT | 12/17/14 13:06:33 | SINGLETON,CHRISTINE L |
| Primary Care Provider | BREVARD HEALTH ALLIANCE | New |
| | 12/17/14 12:53:09 | DUTTON,ALEXANDER J |
| Sorted Complaint | left lower leg abscess (spider bite) x6 days | New |
| | 12/17/14 12:51:51 | COOL,ZACHARY A |
| Ed Provider | ER,PHYSICIAN | New |
| Chief Complaint | Abscess | New |

**Triage Assessment**

BAYLESSR_PARRMC_MDR0113

BAYLESS, KAREN B
Fees PARKVIEW MEDICAL CENTER
Med Rec Num:
Body:
Visit:

### Triage Assessment - Continued

| | |
|---|---|
| Respiratory Rate | |
| Pulse Oximetry & Duration | |
| Blood Glucose | |
| Blood Pressure | 120/51 |
| Blood Pressure Mean (mm Hg) | |

Pain
  Pain Location
  Pain Level

Female Quality
  Is Patient Pregnant?    No
Patient Medical History
  Medical History
  Surgical History    Hysterectomy, Bilateral Tubal Ligation

Immunization History
  Jt Tetanus Diphtheria Vaccination    No
  Jt Influenza Vaccination    No
Social History
  Jt Alcohol Use
  Jt Substance Use
  Smoking Status    Current every day smoker
  Smoking Start Date
  Cigarettes Pack Per Day
  Jt Chewing Tobacco Use    No

Travel
  Have you recently traveled or come into contact with someone that recently traveled?
Security
  Security
  Hospitalization
  Within 30 Days?    No

### Assessment

Physical Assessment
Head:
Feet:

Neurological Assessment
  Orientation
    Patient Orientation

Female Reproductive Assessment
  Reproductive Parameters
    Jt Patient Pregnant?    No
Integumentary Assessment
  Skin
    Left Lower Leg
    Redness

---

BAYLESS, KAREN B
Fees PARKVIEW MEDICAL CENTER
Med Rec Num:
Body:
Visit:

### Treatments

### Discharge Assessment

Discharge Assessment
ED Discharge Assessment
  Mode of Discharge    Ambulated
  Summary of Care Received
  Jt Discharge Instructions Given    patient
  Patient Education Given    patient
  Were the Patient's Problems, Signs and    Yes
  Jt Reassessed?

### Advanced Directives

Does patient have an advanced directive    No
Does patient have an advanced directive

### Orders

12/17/14 14:08
Apply/Change Dressing ONCE
I & O Set up ONCE
Diph.Pertuss(Acell).Tet Vac/PF (Boostrix,Adacel)  0.5 ml IM  ONCE ONE

12/17/14 14:12
Bupivacaine 0.25% (Marcaine 0.25%)  10 ml  ROUTE  STK-MED ONE
Lidocaine 1% MD/PF 5 ml (Xylocaine)  5 ml  STK-MED ORT

12/17/14 14:19
Mark/ Outline Wound Swelling ONCE
  Left, Right, Bilateral: Left
  Body Location: Leg
Cephalexin (Keflex)  500 mg PO ONE ORS
Sulfa/Trimetho. Ds (Bactrim Ds, Septra Ds)  1 tab PO ONE ORZ

12/17/14 14:40
Wound Culture Scat
  Comment:
  PGC Source: Leg
  Specimen: Has been collected

---

BAYLESSR_PARRMC_MDR00114

BAYLESS, BARBER B
Para JARRIER MEDICAL CENTER          Loc#: 
 Ph #                          Med Rec Num#                  Visit#:

Specimen Description: Right Lower

12/17/14 14:40
Cephalexin (Keflex)  500 mg PO .STK-MED ORE

12/17/14 14:50
Dph/Pertuss(Acell),Tet Var/PR (Boostrx,Adacel)  0.5 ml IM .STK-MED ORE
Sulfa/Trimetho. Ds (Bactrm Ds, Septra Ds)  1 tab PO .STK-MED ORE

**VITALS**

|            | Temp   | Pulse | Resp | BP       | Pulse Ox |
|------------|--------|-------|------|----------|----------|
| 12/17/14 13:06 |        | 74    | 18   | 134/87   | 90       |
| 12/17/14 13:06 | 98.3 F | 80    | 18   | 142/91 H | 98       |
| 12/17/14 12:53 | 98.3 F | 80    | 18   | 142/91 H | 98       |

**PROCEDURES**

COMPREHEN INTERVIEW/EVAL (12/17/14)
DPT ADMINISTRATION (12/17/14)
ENDOSC POLYPECTOMY OF LG INTEST (12/10/03)
INJECT ANTIBIOTIC (09/05/14)
INJECT/INFUSE REC (08/11/13)
LIMITED INTERVIEW/EVALUA (01/25/06)
OTHER SKIN & SUBQ T  D (12/17/14)

**MICROBIOLOGY**

12/17/14 14:40  Leg - Right lower  Wound Culture - Real
                Meth Resistant Staph Aureus

**MEDICATIONS**

Discontinued Medications

Bupivacaine HCl (Marcaine 0.25%) Confirm Administered Dose 10 ml ROUTE .STK-MED ORE
        Stop: 12/17/14 14:13
Cephalexin HCl (Keflex)  500 mg PO ORE ORE
        Stop: 12/17/14 14:20
        Last Admin: 12/17/14 15:03  Dose: 500 MG

Cephalexin HCl (Keflex) Confirm Administered Dose 500 mg PO .STK-MED ORE

---

BAYLESS, BARBER B
Para JARRIER MEDICAL CENTER          Loc#: 
 Ph #                          Med Rec Num#                  Visit#:

MEDICATIONS (continued)

        Stop: 12/17/14 14:50
Diphtheria/Tetanus/Acell Pertuss (Boostrx,Adacel)  0.5 ml IM .ORCE ORE
        Stop: 12/17/14 14:00
        Last Admin: 12/17/14 15:02  Dose: 0.5 ML

Diphtheria/Tetanus/Acell Pertuss (Boostrx,Adacel) Confirm Administered Dose 0.5 ml IM .STK-MED ORE
        Stop: 12/17/14 14:51
Lidocaine HCl (Xylocaine) Confirm Administered Dose 5 ml IU .STK-MED ORE
        Stop: 12/17/14 14:51
Trimethoprim/Sulfamethoxazole (Bactrm Ds, Septra Ds)  1 tab PO ORE ORE
        Stop: 12/17/14 14:20
        Last Admin: 12/17/14 15:03  Dose: 1 TAB

Trimethoprim/Sulfamethoxazole (Bactrm Ds, Septra Ds) Confirm Administered Dose 1 tab PO .STK-MED ORE
        Stop: 12/17/14 14:51

**ED CARE TEAM**

| Visit Care Team | Role | Provider Type |
|---|---|---|
| MICHAEL THOMAS WILLIARD  DO | Emergency Provider | Physician |

        Specialty:   Emergency Medicine
        Address:     S5, N. WHITMORE NORTH, TITUSVILLE, FL, 32754
        Phone:       321.268.6110

BREVARD HEALTH ALLIANCE
        Family Provider:      BREVARD HEALTH ALLIANCE
        Primary Care Provider

        Specialty:   No Specialty operations
        Address:     555 N WASHINGTON AVE, STE 100, TITUSVILLE, FL, 32754
        Phone:       321-434-9124

**DISCHARGE DATA**

ED Physician:          WILLIARD,MICHAEL THOMAS
Status:                OPEN
Time Seen By Physician: 12/17/14 13:06
Medication:
Ordered At:            12/17/14 14:50
Emergency Discharge Date/Time:  12/17/14 15:00
Emergency Discharge Disposition: HOME
Clinical Impression:            Cellulitis of left lower leg
                                Cutaneous abscess of left lower extremity
Emergency Discharge Comments:

BAYLESSR_PARRMC_MDR00115



| Honorific | Mnemonic | Name | Provider Type |
|---|---|---|---|
| CCS | SINGLCC | SINGLETON,CHRISTINE | Registered Nurse |
| RLK | KOSHRRL | KOSHROL,ROSA L | Registered Nurse |

**PARRISH MEDICAL CENTER**
**951 North Washington Avenue**
**Titusville, FL 32796**

PT NAME:  BAYLESS,RAEANN M
PROVIDER:  WILLIAMS, MICHAEL T. DO
DOB:
SEX:  F     RACE: W     AGE: 49
ADM/SERV DATE:  12/17/14

MED REC
ACCT #:
LOCATION:  ER


<u>**Skin/Abscess/FB HPI**</u>

**- Scribe**
**Did a Scribe initiate this document?:** Yes

**- General**
**Information Source:** Patient
**Mode of Transport:** Ambulatory
**Limitations:** No Limitations

**- History of Present Illness**
**MD complaint:** Abscess/boil
**-:** Days(s) (5)
**Tetanus Up to Date:** Unsure
**Location:** LLE
**Severity:** Mild
**Severity scale (1-10):** 2
**Quality:** Dull
**Consistency: Reports: Constant**
**Improves with:** None
**Worsens with:** Palpation
**Context:** Denies: Witnessed insect bite, IVDA
**Associated symptoms:** Denies: Fever, Chills, Nausea, Vomiting
**Treatments Prior to Arrival:** Attempted to drain pus at home

*<HOOTS,ARRON C - Last Filed: 12/17/14 14:30>*

**- General**
**Information Source:** Patient
**Mode of Transport:** Ambulatory

*<JENNINGS,PAUL T - Last Filed: 12/17/14 14:45>*

**- General**
**Chief complaint:** Abscess
**Stated complaint:** left lower leg abscess (spider bite) x6 days
**Time Seen by Provider:** 12/17/14 13:29

**- History of Present Illness**
**Initial comments:**

Emergency Room Record

INIT: JENNIPT 12/17/14 1330

Page 1 of 7

## PARRISH MEDICAL CENTER
### 951 North Washington Avenue
### Titusville, FL 32796

PT NAME:  BAYLESS,RAEANN M                           MED REC █████████
ADM/SERV DATE:  12/17/14                             ACCT #: █████████

49 y/o female presents to the ED c/o an abscess. She reports she had a possible insect bite 5 days ago on her left calf. The area is now red and is growing. She attempted to drain the area at home but reports it is still painful and red.  She denies any fever, chills, nausea, or vomiting.  (HOOTS,ARRON C)

- **Related Data**

### Home Medications

| Medication | Instructions | Recorded | Confirmed |
|---|---|---|---|
| Lisinopril [Lisinopril] | 20 mg PO DAILY | 09/05/14 | 12/17/14 |

### Previous Rx's

| Medication | Instructions | Recorded |
|---|---|---|
| Cephalexin [Keflex,Keftab] | 500 mg PO Q6 #40 cap | 12/17/14 |
| Sulfamethoxazole/Trimethoprim [Bactrim Ds Tablet] | 1 each PO BID #20 tablet | 12/17/14 |

### Allergies

| Allergy/AdvReac | Type | Severity | Reaction | Status | Date / Time |
|---|---|---|---|---|---|
| No Known Allergies | Allergy | | | Verified | 09/05/14 07:07 |

### Past Medical History

- **Social History-Smoking see MU**
**Drug use: Reports: Cocaine (smokes it does not inject), Other (this information was obtained after the nurses initial evaluation of the pt. ).  Denies: IV Drug Use**

*<HOOTS,ARRON C - Last Filed: 12/17/14 14:30>*

- **CDC Guidelines**
**Have you recently traveled or come into contact with someone: No**

- **Past Medical History General**
**Medical history: Reports: Hypertension**
**Surgical history: Reports: Cholecystectomy, Bilateral tubal ligation, Hysterectomy**
**Family history: Reports: No significant family history**

- **Social History-Smoking see MU**
**Alcohol use: Reports: None**
**Drug use: Reports: None**

Emergency Room Record

INIT: JENNIPT 12/17/14 1330

BAYLESSR_PARRMC_MDR00117

**PARRISH MEDICAL CENTER**
**951 North Washington Avenue**
**Titusville, FL 32796**

PT NAME:  BAYLESS,RAEANN M                             MED REC ▮▮▮▮▮▮▮▮
ADM/SERV DATE:  12/17/14                               ACCT #: ▮▮▮▮▮▮▮▮

*<JENNINGS,PAUL T - Last Filed: 12/17/14 14:45>*

**Review of Systems**
**All systems:** Reviewed and negative except as stated.
**Constitutional:** Denies: Fever, Chills, Weakness
**Cardiovascular:** Denies: Chest pain, Palpitations
**Respiratory:** Denies: Cough, Dyspnea, Wheezes
**Gastrointestinal:** Denies: Abdominal pain, Nausea, Vomiting, Diarrhea
**Genitourinary:** Denies: Dysuria
**Musculoskeletal:** Denies: Back pain
**Integumentary:** Denies: Rash
**Neurological:** Denies: Headache, Weakness, Numbness, Paresthesias

*<HOOTS,ARRON C - Last Filed: 12/17/14 14:30>*

**Physical Exam**

**- General**
**Limitations:** No Limitations
**General Appearance Adult:** Alert, In no apparent distress

**- Head**
**Head exam:** Atraumatic, Normocephalic, Normal Inspection

**- Eye**
**Eye exam: Present: Normal appearance, PERRL, EOMI**

**- ENT**
**ENT exam:** Normal exam, Normal oropharynx

**- Neck**
**Neck exam: Present: Normal inspection**.  Absent: Tenderness

**- Chest**
**Chest Inspection: Present: Normal Inspection, Symmetric chest wall rise**.  Absent: Tenderness

**- Respiratory**
**Respiratory exam: Present: Normal lung sounds bilaterally**.  Absent: Respiratory distress,
Wheezes, Rales, Rhonchi

**- Cardiovascular**
**Cardiovascular Exam: Present: Regular rate, Normal rhythm, Normal heart sounds**

**- Abdominal Exam**
**Abdominal exam: Present: Soft, Normal bowel sounds**.  Absent: Distended, Tenderness,
Guarding, Rebound, Rigid

Emergency Room Record

INIT: JENNIPT 12/17/14 1330

Page 3 of 7

BAYLESSR_PARRMC_MDR00118

**PARRISH MEDICAL CENTER**
**951 North Washington Avenue**
**Titusville, FL 32796**

PT NAME:  BAYLESS,RAEANN M          MED REC
ADM/SERV DATE:  12/17/14            ACCT #:

**- Extremities Exam**
**Extremities exam: Present: Full ROM, Normal capillary refill**

**- Expanded Lower Extremity Exam**



**1** - 4x4 cm area of erythema with mild tenderness, induration, and warmth. no drainage.

**- Back Exam**
**Back exam: Present: Normal inspection**

**- Neurological Exam**
**Neurological exam: Present: Alert, Oriented X3, CN II-XII intact, Normal gait.**  Absent: Motor
sensory deficit

**- Psychiatric**
**Psychiatric exam: Present: Normal affect**

**- Skin**
**Skin exam: Present: Warm, Dry, Intact, Normal color.**  Absent: Rash, Cyanosis

Emergency Room Record

INIT: JENNIPT 12/17/14 1330

Page 4 of 7

**BAYLESSR_PARRMC_MDR00119**

**PARRISH MEDICAL CENTER**
**951 North Washington Avenue**
**Titusville, FL 32796**

PT NAME:  BAYLESS,RAEANN M                     MED REC ████████
ADM/SERV DATE:  12/17/14                        ACCT #: ████████

*<HOOTS,ARRON C - Last Filed: 12/17/14 14:30>*

**Procedures**

**- Incision and Drainage**
**Site:** left calf
**Anesthesia:** Local, Lidocaine
**Blade Size:** 11
**Purulent Drainage:** Small
**I & D Procedure:** Betadine prep, Sterile drapes applied, Sterile dressing applied, Packed with gauze

*<HOOTS,ARRON C - Last Filed: 12/17/14 14:30>*

**- Incision and Drainage**
**Site:** LEFT LOWER LEG
**Anesthesia:** Local, Lidocaine
**Blade Size:** 11
**Purulent Drainage:** Small, Probed to break up Loculations
**I & D Procedure:** Betadine prep, Sterile drapes applied, Sterile dressing applied, Packed with gauze

*<JENNINGS,PAUL T - Last Filed: 12/17/14 14:45>*

**Course**
**Course Narrative:**
PT NAD A&OX3. FIRST DOSE OF ABX GIVEN IN ER. WILL RETURN TO ER IN 2 DAYS FOR PACKING REMOVAL/WOUND CHECK.  (JENNINGS,PAUL T)

**Vital Signs**

|                          | 12/17/14 12:53 | 12/17/14 13:06 | 12/17/14 15:06 |
|--------------------------|----------------|----------------|----------------|
| Temperature              | 98.3 F         | 98.3 F         |                |
| Pulse Rate               | 80             | 80             | 74             |
| Respiratory Rate         | 16             | 16             | 18             |
| Blood Pressure           | 142/91 H       | 142/91 H       | 134/87         |
| O2 Sat by Pulse Oximetry | 98             | 98             | 99             |

**Medical Decision Making**

Emergency Room Record

INIT: JENNIPT 12/17/14 1330

Page 5 of 7

BAYLESSR_PARRMC_MDR00120

**PARRISH MEDICAL CENTER**
**951 North Washington Avenue**
**Titusville, FL 32796**

PT NAME: BAYLESS,RAEANN M                    MED REC
ADM/SERV DATE: 12/17/14                      ACCT #:

**- Differential Diagnosis**
ABSCESS/CELLULITIS-LEFT LOWER LEG

*<JENNINGS,PAUL T - Last Filed: 12/17/14 14:45>*

**Quality Measures**

**- Smoking Status**
**Smoking Status:** Current every day smoker
**Smoking Start Date:** 01/01/80

*<JENNINGS,PAUL T - Last Filed: 12/17/14 14:45>*

**Disposition**
**Conditon at Disposition:** Improved
**Time of Disposition:** 14:49

**- Vitals Question**
**I have personally reviewed the pt's vitals, pt can be depart:** Yes

*<JENNINGS,PAUL T - Last Filed: 12/17/14 14:45>*

**- Vitals Question**
**I have personally reviewed the pt's vitals, pt can be depart:** Yes

*<WILLIAMS,MICHAEL THOMAS - Last Filed: 12/17/14 17:53>*
**Attestation:**
Arron Hoots scribing for and in the presence of Paul Jennings, PA-C. (HOOTS,ARRON C)
**PROVIDER WORKING WITH SCRIBE**

I personally performed the services described in this documentation, reviewed and edited the
documentation which was dictated to the scribe in my presence, and it accurately records my words
and actions. (JENNINGS,PAUL T)
**PROVIDER WORKING WITH SCRIBE**

I personally performed the services described in this documentation, reviewed and edited the
documentation which was dictated to the scribe in my presence, and it accurately records my words
and actions. (WILLIAMS,MICHAEL THOMAS)

**Clinical Impression:**
 Cellulitis of left lower leg, Cutaneous abscess of left lower extremity
**Disposition:** HOME
**Instructions:** Cellulitis (ED), Abscess Incision and Drainage (ED), Diphtheria/Acellular Pertussis/
Tetanus Booster Vaccine (Tdap) (Injection)
**Additional Instructions:**
AS DISCUSSED:
RETURN TO ER IN 2 DAYS FOR PACKING REMOVAL/WOUND CHECK. KEEP DRESSING CLEAN AND

Emergency Room Record

INIT: JENNIPT 12/17/14 1330

Page 6 of 7

**PARRISH MEDICAL CENTER**
**951 North Washington Avenue**
**Titusville, FL 32796**

PT NAME:  BAYLESS,RAEANN M                          MED REC
ADM/SERV DATE:  12/17/14                            ACCT #:

DRY. START THE ANTIBIOTICS AS PRESCRIBED TONIGHT. IF ANY WORSENING OF SYMPTOMS:
INCREASED REDNESS,SWELLING, VOMITING, OR FEVER RETURN TO ER IMMEDIATELY.

You are being discharged with a prescription for antibiotics. You should begin to improve before you
have finished the medicine. **DO NOT STOP THIS MEDICINE UNLESS ADVISED BY A PHYSICIAN.**

TAKE Tylenol 650 MG every 4-6 hours and or Motrin 600 MG every 6 hours with food as directed for
fever/PAIN, may alternate.
**Prescriptions:**
Sulfamethoxazole/Trimethoprim [Bactrim Ds Tablet] 1 each PO BID #20 tablet
Cephalexin [Keflex,Keftab] 500 mg PO Q6 #40 cap
**Referrals:**
ALLIANCE,BREVARD HEALTH [Primary Care Provider] -

E-Signed By:  JENNINGS, PAUL T  PA                  E-Signed Date/Time:  12/17/14 1452
              WILLIAMS,MICHAEL T.                                       12/17/14 1759

Emergency Room Record

INIT: JENNIPT 12/17/14 1330

Page 7 of 7

BAYLESSR_PARRMC_MDR00122

BAYLESSR_PARRMC_MDR00123

| Parrish Medical Center *LIVE* | | Patient Order Summary | | | Page: 1 |
| | | | | | Date: 12/20/14 00:33 |
| | | | | | User: JENNINGS,PAUL T |

**BAYLESS,RAEANN M**  Location: 52   Medical Record Number:

| 42/F | Attending: | | | | Account Number: |
| | Reason: left lower leg abscess septic rule in move | | | | Registration: 12/17/14 |

| Category | Order | Status | Start | Ord Provider | | Entered By |
| Routine Care | 42:17-14Ctebollies | In Process | 12/17/14 14:PM | JENNINGS,PAUL T PA | | JENNINGS,PAUL T |
| | Apply/Change Dressing | | each | Order Source: Provider | | |

| | Date & Time | User | Device | Event | | Acknowledged |
| 1 | 12/17/14 14:03 | JENNINGS,PAUL T | EMT03 | Order re Entered and Signed | | NA |
| 2 | 12/17/14 14:05 | Lawson,Background | ICRTN01D | Status Changed: | | NA |
| | | | | New: In Process | | |
| | | | | Old: Verified | | |
| 3 | 11/17/14 23:34 | KIDDIGATI,KHALID A | ICRTG01D | Order re Signed by KIDDIGATI,KHALID A | | NA |

| Routine Care | 4121-5146092/1400 | In Access | 12/17/14 14:00 | JENNINGS,PAUL T PA | | JENNINGS,PAUL T |
| | O2 & set up | | each | Order Source: Provider | | |

| | Date & Time | User | Device | Event | | Acknowledged |
| 1 | 12/17/14 14:03 | JENNINGS,PAUL T | EMT03 | Order re Entered and Signed | | NA |
| 2 | 12/17/14 14:05 | Lawson,Background | ICRTN01D | Status Changed: | | NA |
| | | | | New: In Process | | |
| | | | | Old: Verified | | |
| 3 | 12/17/14 23:34 | KIDDIGATI,KHALID A | ICRTG01D | Order re Signed by KIDDIGATI,KHALID A | | NA |

| Microbiology | 4121-5146092/1400 | Completed | 12/17/14 14:00 | JENNINGS,PAUL T PA | | JENNINGS,PAUL T |
| | Wound Culture | | each | Order Source: Provider | | |

| MIC Source | Leg | | | | |
| Specimen | Has been collected | | | | |
| Specimen Description | right lower | | | | |

| | Date & Time | User | Device | Event | | Acknowledged |
| 1 | 12/17/14 14:03 | JENNINGS,PAUL T | EMT03 | Order re Entered and Signed | | NA |
| 2 | 12/17/14 14:05 | Lawson,Background | ICRTN01D | Status Changed: | | NA |
| | | | | New: Transmitted | | |
| | | | | Old: Verified | | |
| 3 | 12/17/14 14:30 | LAB - Dawson,Background | ILMTCM01 | Status Changed: | | NA |
| | | | | New: Logged | | |
| | | | | Old: Transmitted | | |
| 4 | 12/17/14 14:30 | LAB - Dawson,Background | ICRTCM01 | Clmll Time edited: | | NA |
| | | | | New: 14:00 | | |
| | | | | Old: 14:00 | | |
| 5 | 12/17/14 14:30 | LAB - Dawson,Background | ICRTCM01 | Status Changed: | | NA |
| | | | | New: In Process | | |

**JE-007 Page 125 of 364**

BAYLESSR_PARRMC_MDR00124

| Parrish Medical Center *LIVE* | | | | Patient Order Summary | | | Page: 2 |
|---|---|---|---|---|---|---|---|
| | | | | | | | Date: 12/23/14 07:37 |
| | | | | | | | User: JENNINGS,PAUL T |
| | **BAYLESS,RAEANN N** | | | **Location:** 5B | | | **Medical Record Number:** |
| 43/F | | **Attending:** | | | | | **Account Number:** |
| | | **Reason:** left lower leg abscess inside left in thigh | | | | | **Registration:** 12/17/14 |

| Category | Order | Status | Start | | Ord Provider | | Entered By |
|---|---|---|---|---|---|---|---|
| | | | | | **Old:** Looged | | |
| | 12/17/14 03:14 | Discontinued,Adv A | 12/22/14 | | Order re-signed by JASON H, NALID A | | NA |
| | 12/17/14 03:00 | TAK - Person,Background | 12/17/14 | | Status Change:0 | | NA |
| | | | | | **New:** Transacted | | |
| | | | | | **Old:** In Process | | |
| Medications | 4121-714644391333 | Completed | 12/17/14 14:00 | | JENNINGS,PAUL T N2 | | JENNINGS,PAUL T |
| | Protonix,Adva-1 | | | | **Order Source:** Provider | | |
| Medication | | Dose | | Per | | | |
| Discontinued 12/19/14 14:03 | | | | | | | |
| Oral Feature(Adult),Tax Var/EX | | C.5 MG | | | | | |
| (Isosorbie,Adare11 | | | | | | | |
| | Route | Frequency | Schem | PRN Reason | | Dose Hours Tot Vol Doses | Clinical Indication |
| | IN | JOINT | ONE | | | | |
| | Stop Date/Time: 12/17/14 14:43 | | | | | | |

| | Date & Time | User | | Device | Event | | Acknowledged |
|---|---|---|---|---|---|---|---|
| 1 | 12/17/14 14:02 | JENNINGS,PAUL T | | ENT003 | Order in Entered and Signed | | NA |
| 2 | 12/17/14 14:00 | Person,Background | | TTDEV10 | Status Change:0 | | NA |
| | | | | | **New:** Transmitted | | |
| | | | | | **Old:** Verified | | |
| 3 | 12/17/14 14:10 | PWX - Person,Background | | ENTDEV01 | Stat Tyre edited | | NA |
| | | | | | **New:** VE RIG | | |
| | | | | | **Old:** | | |
| 4 | 12/17/14 14:10 | LAN - Person,Background | | ENTDEV01 | Status Change:0 | | NA |
| | | | | | **New:** Lab Verified | | |
| | | | | | **Old:** Transmitted | | |
| 5 | 12/17/14 14:10 | PWX - Person,Background | | LABDEV01 | Status Change:0 | | NA |
| | | | | | **New:** Completed | | |
| | | | | | **Old:** Lab Verified | | |
| 6 | 12/17/14 22:24 | GEESLEY,NALID A | | LABTDEV1 | order re-signed by JASON H,NALID A | | NA |
| Medications | 4121-714600427144 | Discontinued | 12/17/14 14:30 | | WILLIAMS,WENDRY THOMAS N2 | | |
| | Naucable 0.25% | | | | **Order Source:** Typed | | |
| Medication | | Dose | | Per | | | |
| Discontinued 12/19/14 14:31 | | | | | | | |
| Phytonadione 0.25% (Naprozyne | | 10 MG | | | | | |
| 0.25%) | | | | | | | |
| | Route | Frequency | Schem | PRN Reason | | Dose Hours Tot Vol Doses | Clinical Indication |

BAYLESSR_PARRMC_MDR00125

```
Parrish Medical Center *LIVE*                    Patient Order Summary                        Page: 2
                                                                                              Date: 12/20/14 05:33
                                                                                              User: JENNIFER,KRIS A
       BAYLESS,RAEANN M                              Location: ED              Medical Record Number:
49/F               Attending:                                                  Account Number:
                   Reason: left lower leg abscess, spider bite on dbve         Registration: 12/17/14

Category   Order        Status      Start        Ord Provider               Entered By
  .ACUTE   .STK-MED      CORE
   Stop Date Time: 12/17/14 14:17

           Date & Time       User                Device           Event                        Acknowledged
       1   12/17/14 14:11    ESA -               ICETCMC3         No Signature is Necessary     NA
       1   12/17/14 14:11    ESA -               ICETCMC3         Order is Entered in Pharmacy  NA
       1   12/17/14 14:11    ESA -               ICETCMC3         Status Changed:               NA
                                                                  New: Completed
                                                                  Old: Has Verified
       3   12/17/14 14:24    HOOTS,AARON C       HIC5AA726        Order is Reassigned           NA
       4   12/17/14 14:24    HOOTS,AARON C       HIC5AA726        Reassign RJS                  NA
                                                                  New: WILLIAMS,MICHAEL THOMAS
                                                                  Old:
       5   12/17/14 14:24    HOOTS,AARON C       HIC5AA726        Last Unassigned Provider edited NA
                                                                  New: WILLIAMS,MICHAEL THOMAS
                                                                  Old:
       6   12/17/14 14:24    WILLIAMS,MICHAEL THOMAS  ICETB929   Order is Signed by WILLIAMS,MICHAEL THOMAS  NA
       7   12/17/14 14:27    ESA - D-FOR,ARRON C  ICETCMC3        Ordering provider edited      NA
                                                                  New: WILLIAMS,MICHAEL THOMAS
                                                                  Old: RS,HOO5ATEAM

Medication   5121-E41:107%2000   Discontinued  12/17/14 14:12    WILLIAMS,MICHAEL THOMAS In
             Xylocaine                                            Order Source: Physc
Medication                                        Dose         Pct
Discontinued 12/17/14 14:12
Lidocaine 1% HCl/4% 5 ml              5 ML
(Xylocaine)
   Route      Frequency       Sched  PRN Reason            Days Since 1st Vol     Focus    Clinical Indication
    SC        .12%-MED                                                
   Stop Date/Time: 12/17/14 14:12

           Date & Time       User                Device           Event                        Acknowledged
       1   11./17/14 14:11   ESA                 ICETCMC3         No Signature is Necessary     NA
       1   11/17/14 14:11    ESA -               ICETCMC3         Order is Entered in Pharmacy  NA
       2   12/17/14 14:11    ESA                 ICETCMC3         Status Changed:               NA
                                                                  New: Completed
                                                                  Old: Has Verified
       3   12/17/14 14:24    HOOTS,AARON C       HIC5AA726        Order is Reassigned           NA
```

**JE-007 Page 127 of 364**

BAYLESSR_PARRMC_MDR00126

| Parrish Medical Center *LIVE* | | Patient Order Summary | | | Page: 4 |
|---|---|---|---|---|---|

Date: 12/29/14 13:59
User: JENNINGS,PAUL T

**BAYLESS, RAEANN M**   Location: 12   Medical Record Number:
42/F   Attending:   Account Number:
Reason: left lower leg abscess sepsis, also in gout   Registration: 12/17/14

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | 12/17/14 14:14 | MOORE,SARON C | | MCCART M | NA |
| | | | | New: WILLIAMS,MICHAEL THOMAS | |
| | | | | Old: | |
| | 12/17/14 14:14 | MOORE,AARON C | | MCCART M | NA |
| | | | | New: WILLIAMS,MICHAEL THOMAS | |
| | | | | Old: | |
| | 12/17/14 14:16 | WILLIAMS,MICHAEL THOMAS | 12ICU345 | Order re-signed by WILLIAMS,MICHAEL THOMAS | NA |
| | 12/17/14 14:27 | EHA - MOORE,AARON C | 12ICU302 | Cosigned Provider edited | NA |
| | | | | New: WILLIAMS,MICHAEL THOMAS | |
| | | | | Old: ER PHYSICIAN | |

Medications   12:5-714434914435   Completed   12/17/14 14:13   MORTON,PAUL T PA   JENNINGS,PAUL T
Particle Dx, Pentra Dx   Order Source: Provider

Medication   Dose   Per
Discontinued 12/17/14 14:10
Sulfa/Trimethop, Co (Bactrim Co,   1 Tab
Septra Co)

Active   Frequency   Sched   PRN Reason   Days House  Tot Vol   Doses   Clinical Indication
1X   x HR   x HR
Stop Date/Time: 12/13/14 2414

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 12/17/14 14:46 | MORTON,PAUL T | A4173 | Order - Entered and signed | NA |
| 2 | 12/17/14 14:46 | James,Backgroud RX | 12ICU302 | Status changed | NA |
| | | | | New: Transmitted | |
| | | | | Old: Verified | |
| 3 | 12/17/14 14:46 | EHA - Jeanne,background | 12ICU302 | Order type edited | NA |
| | | | | New: H | |
| | | | | Old: | |
| 4 | 12/17/14 14:46 | EHA - Jeanne,Background | 12ICU302 | Status changed | NA |
| | | | | New: Not Verified | |
| | | | | Old: Transmitted | |
| 5 | 12/17/14 14:46 | EHA - Jeanne,Background | 12ICU302 | Status changed | NA |
| | | | | New: Completed | |
| | | | | Old: Not Verified | |
| | 12/17/14 14:49 | STOCKMAN,CHARLES A | 12ICU302 | Order re-signed by STOCKMAN,CHARLES A | NA |

Medications   42:5-714435944   Completed   1/17/14 14:13   MORTON,PAUL T PA   JENNINGS,PAUL T
Keflex   Order Source: Provider

BAYLESSR_PARRMC_MDR00127

Parrish Medical Center *LIVE*                     Patient Order Summary

BAYLESS,RAEANN M                    Location:

Category     Order            Status     Start      Fxt      Ord Provider        Entered By

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|

BAYLESSR_PARRMC_MDR00128

Parrish Medical Center *LIVE*                        Patient Order Summary                  Page: 1
                                                                                            Date: 12/20/14 ...
                                                                                            User: ...

| BAYLESS, RAXANN M | | Location: 1D | | Medical Record Number: |
|---|---|---|---|---|
| 43/F | Attending: | | | Account Number: |
| | Reason: left liver ... | | | Registration: 12/17/14 |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Medication | | Done | Req | | |

Discontinued 12/17/14 14:50
Cephalexin (Keflex)                    500 MG

| Route | Frequency | Sched | PRN Reason | | |
|---|---|---|---|---|---|
| PO | ...DY-MED | ... | | Days Hours for Vol | Esec | Clinical Indication |

Stop Date/Time: 12/17/14 14:50

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 12/17/14 14:43 | ... | ... | No Signature as Necessary | NA |
| 1 | 12/17/14 14:49 | ... | ... | Order as Entered in Pharmacy | NA |
| 2 | 12/17/14 14:43 | ... | ... | Status Change | NA |

New: Completed
Old: Not Verified

| Medication | ...-...4892500 | Discontinued 12/17/14 14:50 | WILLIAMS, MICHAEL THOMAS DO | |
|---|---|---|---|---|
| | Bactrim DS, Septra DS | | Order Source: Phys | |
| Medication | | Done | Req | |

Discontinued 12/17/14 14:50
sulfamethoxazole-tr (bactrim ds,
septra ds)                             1 TAB

| Route | Frequency | Sched | PRN Reason | | |
|---|---|---|---|---|---|
| PO | ...DY-MED | ... | | Days Hours for Vol | Esec | Clinical Indication |

Stop Date/Time: 12/17/14 14:50

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 12/17/14 14:49 | ... | ... | No Signature as Necessary | NA |
| 1 | 12/17/14 14:49 | ... | ... | Order as Entered in Pharmacy | NA |
| 2 | 12/17/14 14:49 | ... | ... | Status Change | NA |

New: Completed
Old: Not Verified

| Medication | 4121-...4892500 | Discontinued 12/17/14 14:50 | WILLIAMS, MICHAEL THOMAS DO | |
|---|---|---|---|---|
| | Rocephin, Added | | Order Source: Phys | |
| Medication | | Done | Req | |

Discontinued 12/17/14 14:51
Diphenhydramine Inj for Vac PF
(Benadryl, Added)                      0.5 ML

| Route | Frequency | Sched | PRN Reason | | |
|---|---|---|---|---|---|
| IM | ...DY-MED | ... | | Days Hours for Vol | Esec | Clinical Indication |

BAYLESSR_PARRMC_MDR00129

| Parrish Medical Center *LIVE* | | | Patient Order Summary | | | Page: 7 |
|---|---|---|---|---|---|---|
| | | | | | | Date: 12/29/14 00:33 |
| | | | | | | User: ANDERSON,PAUL J |
| **BAYLESS,RAKAEN M** | | | Location: ED | | | Medical Record Number: |
| 49/F | | Attending: | | | | Account Number: |
| | | Reason: left lower leg abscess implant rule of gave | | | | Registration: 12/17/14 |
| Category | Order | Status | Start | | Ord Provider | | Entered By |
| | Stop Date/Time: 12/17/14 14:01 | | | | | | |
| | Date & Time | User | | Device | Event | | Acknowledged |
| . | 12/17/14 14:49 | SYA | | 12PTCMD3 | RX Signature on Hereogram | | NA |
| 1 | 12/17/14 14:49 | SYA - | | 12PTCMD3 | Order is Entered in Pharmacy | | NA |
| 3 | 12/17/14 14:49 | SYA = | | 12PTCMD3 | Status Changed: | | NA |
| | | | | | New: Verified | | |
| | | | | | Old: Not Verified | | |

Parrish Medical Center *LIVE*

Patient Name: RAEANN M BAYLESS
Medical Record #: ████

# Patient Health Summary
Compile Date: 12/17/14 15:07 EST

| Patient Name | Address/Phone | Sex | Marital Status | Date of Birth | Medical Record # |
|---|---|---|---|---|---|
| RAEANN M BAYLESS | 1754 POINCIANA CR<br><br>TITUSVILLE, FL 32796<br>321-289-3761 | F | SINGLE | ████ | ████ |

| Pregnant | Language | Ethnicity | Race | Additional Races | Religion |
|---|---|---|---|---|---|
| No | English | Not Hispanic or Latino | WHITE | None Recorded | NO PREFERENCE |

## Support

No Next of Kin Recorded

## Encounters

| Encounter | Location | Register/Admit |
|---|---|---|
| Reg Emergency | PARRISH MEDICAL CENTER | 12/17/14 12:52 |

## Care Team Providers

| Care Team Provider Name | Role | Phone | Provider Type |
|---|---|---|---|
| BREVARD HEALTH ALLIANCE | Primary Care Provider | 321-268-0267 | ALLIED SERVICE HEALTH |
| BREVARD HEALTH ALLIANCE | Family Provider | 321-268-0267 | ALLIED SERVICE HEALTH |
| MICHAEL THOMAS WILLIAMS | Emergency Provider | 321-268-6130 | Physician |



## Guarantor Information

| Guarantor Name | Address | Phone |
|---|---|---|
| BAYLESS,RAEANN M | 1754 POINCIANA CR<br>TITUSVILLE, FL 32796 | 321-289-3761 |

Date: 12/17/14 15:07 EST

Page: 1

**BAYLESSR_PARRMC_MDR00130**

Patient Health Summary

Parrish Medical Center *LIVE*

Patient Name: RAEANN M BAYLESS
Medical Record #: ▇▇▇▇▇

## Allergies, Adverse Reactions, Alerts

| Allergen | Type | Severity | Reaction | Last Updated |
|----------|------|----------|----------|--------------|
| No Known Allergies | Allergy | | | 09/05/14 |

## Problems

| Active Problems | Diagnosis Date |
|-----------------|----------------|
| Cellulitis of left lower leg | Not Recorded |
| Cutaneous abscess of left lower extremity | Not Recorded |
| Vaginal bleeding | Not Recorded |

## Medications

| Medication | Dose | Route | Directions | Days | Qty |
|------------|------|-------|------------|------|-----|
| Cephalexin [Keflex,Keftab] 500 MG Cap | 500 Milligram | Oral | every 6 hours | | 40 |
| Sulfamethoxazole/Trimethoprim [Bactrim Ds Tablet] 1 EACH Tablet | 1 Each | Oral | twice a day | | 20 |
| Lisinopril [Lisinopril] 20 MG Tablet | 20 Milligram | Oral | daily | | |

## Advanced Directives

| Directive | Response | Recorded Date/Time |
|-----------|----------|--------------------|
| Does patient have an advanced directive | No | 12/17/14 15:04 |
| Health Care Proxy | No | 09/05/14 06:48 |

## Immunizations

| Immunization | Date | Dose Num | Type | Manufacturer | Lot Numbers |
|--------------|------|----------|------|--------------|-------------|
| Pertussis | 12/17/14 | 1 | Administered | GLAXOSMITHKLINE | 7535X |
| TETDIP | 12/17/14 | 1 | Administered | GLAXOSMITHKLINE | 7535X |

## Vital Signs

| Vital Sign | Result | Reference | Recorded Date/Time |
|------------|--------|-----------|--------------------|
| Pulse Rate | 74 BPM | 60-100 | 12/17/14 15:06 |
| Respiratory Rate | 18 RPM | 12-20 | 12/17/14 15:06 |
| Blood Pressure | 134/87 | 100/60-140/90 | 12/17/14 15:06 |
| O2 Sat by Pulse Oximetry | 99 % | 92-100 | 12/17/14 15:06 |

| Measurement | Result | Reference | Recorded Date/Time |
|-------------|--------|-----------|--------------------|
| Height | 1.78 m | | 12/17/14 13:06 |
| Weight | 77.111 kg | | 12/17/14 13:06 |

Date: 12/17/14 15:07 EST

Page: 2

BAYLESSR_PARRMC_MDR00131

Patient Health Summary

Parrish Medical Center "LIVE"

Patient Name: RAEANN M BAYLESS
Medical Record #: ████████

### Encounter Diagnoses

| Diagnosis | Diagnosis Date |
|---|---|
| Cellulitis of left lower leg | Not Recorded |
| Cutaneous abscess of left lower extremity | Not Recorded |

### Procedures

No Procedures Recorded

### Lab Results

No Lab Results Recorded

### Micro Results

| | |
|---|---|
| 12/17/14 14:40 EST | Wound Culture - Pending |
| Micro Wound and Tissue Specimen | |

### Radiology Procedures

No Radiology Procedures Recorded

### Social History

| History | Response | Recorded Date/Time |
|---|---|---|
| Smoking Status | Current every day smoker | 12/17/14 14:52 |
| Smoking Start Date | 01/01/80 | 12/17/14 14:52 |

### Cognitive Status

No Cognitive Status Queries Recorded

### Functional Status

| Functional Observation | Response | Recorded Date/Time |
|---|---|---|
| Functional Status | Independent Ambulation | 12/17/14 13:06 |

### Family History

No Family History Queries Recorded

### Discharge Care Plan

| Disposition | HOME |
|---|---|
| Stated Complaint | left lower leg abscess (spider bite) x6 days |

Date: 12/17/14 15:07 EST

Page: 3

BAYLESSR_PARRMC_MDR00132

**Patient Health Summary**

Parrish Medical Center "LIVE"

Patient Name: RAEANN N BAYLESS
Medical Record #: [REDACTED]

| Instructions/Education Provided | Diphtheria/Acellular Pertussis/Tetanus Booster Vaccine (Tdap) (Injection) Cellulitis (ED) Abscess Incision and Drainage (ED) |
|---|---|
| Prescriptions | see Medication section |
| Referrals | ALLIANCE,BREVARD HEALTH [Primary Care Provider] - |

Date: 12/17/14 15:07 EST

Page: 4

BAYLESSR_PARRMC_MDR00133

```
RUN DATE: 12/20/14              Parrish Medical Center LAB *Live*              PAGE 1
RUN TIME: 0009                  CUMULATIVE DISCHARGE SUMMARY REPORT

                                           LOCATION
```

| PATIENT: BAYLESS, RAEANN N | ACCT: | LOC: ER | U: |
|---|---|---|---|
|  | AGE/SX: 49/F | ROOM: | REG: 12/17/14 |
| REG DR:   WILLIAMS,MICHAEL T. | STATUS: DEP ER | BED: | DIS: |

**MICROBIOLOGY SPECIMEN SUMMARY**

| Col Date | Time | Specimen # | Source | Sp Desc | P/F | Organisms |
|---|---|---|---|---|---|---|
| 12/17/14 | 1440 | 14:H0025682S | Leg | Rt lower | F | MRSA |

| Patient: BAYLESS,RAEANN N | Age/Sex: 49/F | Acc | Unit |
|---|---|---|---|

BAYLESSR_PARRMC_MDR00134

RUN DATE: 12/20/14
RUN TIME: 0009

Parrish Medical Center LAB *Live*
CUMULATIVE DISCHARGE SUMMARY REPORT

PAGE 2

LOCATION

Patient: BAYLESS,RAEANN M                                        (Continued)

***********************  DEPARTMENT OF LABORATORY MEDICINE  **************************

BACTERIOLOGY

Source  Leg

Wound Culture                          Final 12/19/14
        MODERATE GROWTH OF METH RESISTANT STAPH AUREUS

        [1. METH RESISTANT STAPH AUREUS]

|                    | RX | M.I.C     |
|--------------------|----|-----------|
| CEFAZOLIN          | R  | 16        |
| CIPROFLOXACIN      | R  | >2        |
| CLINDAMYCIN        | S  | <0.5      |
| ERYTHEROMYCIN      | R  | >4        |
| GENTAMICIN         | S  | <4        |
| LEVOFLOXACIN       | I  | 4         |
| OXACILLIN          | R  | >2        |
| PENICILLIN         | R  | >8        |
| RIFAMPIN           | S  | <1        |
| TETRACYCLINE       | S  | <4        |
| TRIMETH/SULFA      | S  | <0.5/9.5  |
| VANCOMYCIN         | S  | 2         |

        S-SUSCEPTIBLE    I-INTERMEDIATE    R-RESISTANT

Patient: BAYLESS,RAEANN M                  Age/Sex: 49/F      Acct               Uni

BAYLESSR_PARRMC_MDR00135

| Parrish Medical Center *LIVE* | | Page: 1 |
|---|---|---|
| | PCS Archive | Date: 12/18/14 01:36 |

**BAYLESS,RAEANN M**

| Fac: PARRISH MEDICAL CENTER | Loc:ER MAJOR CARE | Bed: |
|---|---|---|
| 49 F | Med Rec Num | Visit: |
| Attending: | | Reg Date:12/17/14 |

Reason:left lower leg abscess (spider bite) x6 days

## Discharge Data

| ED Provider: | WILLIAMS,MICHAEL THOMAS |
|---|---|
| Status: | OFF |
| Time Seen by Provider: | 12/17/14 13:19 |
| Condition: | |
| Triaged At: | 12/17/14 13:06 |

| Emergency Discharge Date/Time: | 12/17/14 15:10 |
|---|---|
| Emergency Discharge Disposition: | HOME |
| Clinical Impression | Cellulitis of left lower leg |
| | Cutaneous abscess of left lower extremity |

Emergency Discharge Comment:

| Discharge Intervention | Last Done |
|---|---|
| Vital Signs | 12/17/14 15:06 |

| Query | Result |
|---|---|
| Pulse Rate | 74 |
| Pulse Assessment Method | Device |
| Respiratory Rate | 18 |
| O2 Sat by Pulse Oximetry | 99 |
| Blood Pressure | 134/87 |
| Blood Pressure Mean | 102 |

Discharge Assessment        12/17/14 15:09

| Query | Result |
|---|---|
| Mode of Discharge | Ambulated |
| Summary of Care Provided | Yes |
| Discharge Instructions Given To | Patient |
| Patient Education Given | Yes |
| Were the patient's Problems, Labs, and Meds Reviewed? | Yes |

Admission Assessment

Saline Lock Discontinued

| Instructions: (Injection) | Diphtheria/Acellular Pertussis/Tetanus Booster Vaccine (Tdap) |
|---|---|
| | Cellulitis (ED) |
| | Abscess Incision and Drainage (ED) |

| Stand-Alone Forms: | |
|---|---|
| Prescriptions: | Sulfamethoxazole/Trimethoprim (bactrim DS Tablet) |
| | JENNINGS,PAUL T |
| | Cephalexin [Keflex,Keftab] |
| | JENNINGS,PAUL T |

Visit Report
 - Forms:           211 Community Health Navigator
                    Scope of Emergency Dept Care
 - Referrals:       ALLIANCE,BREVARD HEALTH (Primary Care Provider)
 - Additional Text: AS DISCUSSED:
                    RETURN TO ER IN 2 DAYS FOR PACKING REMOVAL/WOUND CHECK. KEEP
                    DRESSING CLEAN AND DRY. START THE ANTIBIOTICS AS PRESCRIBED
                    TONIGHT. IF ANY WORSENING OF SYMPTOMS: INCREASED REDNESS,

Continued on Page 2
Legal Record

BAYLESSR_PARRMC_MDR00136

Page: 2

**BAYLESS,RAEANN M**

| Fac: PARRISH MEDICAL CENTER | Loc:ER MAJOR CARE | Bed:- |
|---|---|---|
| 49 F | Med Rec Num: | Visit: |

Discharge Data - Continued

SWELLING, VOMITING, OR FEVER RETURN TO ER IMMEDIATELY.

You are being discharged with a prescription for antibiotics
. You should begin to improve before you have finished the
medicine. DO NOT STOP THIS MEDICINE UNLESS ADVISED BY A
PHYSICIAN.

TAKE Tylenol 650 MG every 4-6 hours and or Motrin 600 MG
every 6 hours with food as directed for fever/PAIN, may
alternate.

## Vital Signs

| | Temp | Pulse | Resp | BP | Pulse Ox |
|---|---|---|---|---|---|
| 12/17/14 15:06 | | 74 | 18 | 134/87 | 99 |
| 12/17/14 13:06 | 98.3 F | 80 | 16 | 142/91 H | 98 |
| 12/17/14 12:53 | 98.3 F | 80 | 16 | 142/91 H | 98 |

## Care Team

| Visit Care Team | Role | Provider Type |
|---|---|---|
| MICHAEL THOMAS WILLIAMS, DO | | |
| | Emergency Provider | Physician |

Specialty:    Emergency Medicine
Address:      951 N. WASHINGTON AVENUE, TITUSVILLE, FL, 32796
Phone:        321-268-6130
Fax:          321-268-6849
Email:        M.WILLIAMS7.2@HOTMAIL.COM

BREVARD HEALTH ALLIANCE
                   Family Provider          ALLIED SERVICE HEALTH
                   Primary Care Provider

Specialty:    No Specialty Specified
Address:      800 N WASHINGTON AVE, STE 105, TITUSVILLE, FL, 32796
Phone:        321-268-0257
Fax:          321-268-0057
Email:

## PCS Archive

**12/17/14 12:52**

| ED Triage | Start: 12/17/14 12:52 |
|---|---|
| Freq: | Status: Discharge |
| Created | System (Rec: 12/17/14 12:52 System ERIC05) |

Legal Record

Page: 3

**BAYLESS,RAEANN M**

| Fac: PARRISH MEDICAL CENTER | Loc:ER MAJOR CARE | Bed:- |
| 49 F | Med Rec Num: | Visit: |

| | | |
|---|---|---|
| FMS Assessment | Start: 12/17/14 12:52 | |
| Freq: | Status: Discharge | |
| Created    System  (Rec: 12/17/14 12:52  System  ERICO5) | | |
| Physical Assessment | Start: 12/17/14 12:52 | |
| Text: | Status: Complete | |
| Freq: | | |
| Created    System  (Rec: 12/17/14 12:52  System  ERICO5) | | |
| Pain Assessment | Start: 12/17/14 12:52 | |
| Text: | Status: Discharge | |
| Freq: | | |
| Created    System  (Rec: 12/17/14 12:52  System  ERICO5) | | |
| Fall Risk Assessment Tool | Start: 12/17/14 12:52 | |
| Freq:  ONCE | Status: Discharge | |
| Created    System  (Rec: 12/17/14 12:52  System  ERICO5) | | |
| Mental Status Exam | Start: 12/17/14 12:52 | |
| Text: | Status: Discharge | |
| Freq: | | |
| Created    System  (Rec: 12/17/14 12:52  System  ERICO5) | | |
| Communication Assessment | Start: 12/17/14 12:52 | |
| Freq: | Status: Discharge | |
| Created    System  (Rec: 12/17/14 12:52  System  ERICO5) | | |
| Domestic Abuse Screening | Start: 12/17/14 12:52 | |
| Freq:  ONCE | Status: Discharge | |
| Created    System  (Rec: 12/17/14 12:52  System  ERICO5) | | |
| Advanced Directives | Start: 12/17/14 12:52 | |
| Freq: | Status: Discharge | |
| Created    System  (Rec: 12/17/14 12:52  System  ERICO5) | | |
| Critical Results | Start: 12/17/14 12:52 | |
| Freq: | Status: Discharge | |
| Created    System  (Rec: 12/17/14 12:52  System  ERICO5) | | |
| ED Critical Care Time | Start: 12/17/14 12:52 | |
| Freq: | Status: Discharge | |
| Created    System  (Rec: 12/17/14 12:52  System  ERICO5) | | |
| Intake and Output | Start: 12/17/14 12:52 | |
| Text: | Status: Discharge | |
| Freq: | | |
| Created    System  (Rec: 12/17/14 12:52  System  ERICO5) | | |
| Initiate IV Access | Start: 12/17/14 12:52 | |
| Freq: | Status: Discharge | |
| Created    System  (Rec: 12/17/14 12:52  System  ERICO5) | | |
| Wound Assessment | Start: 12/17/14 12:52 | |
| Text: | Status: Discharge | |
| Freq: | | |
| Created    System  (Rec: 12/17/14 12:52  System  ERICO5) | | |
| Vital Signs | Start: 12/17/14 12:52 | |
| Text: | Status: Discharge | |
| Freq:  Q4H | | |
| Created    System  (Rec: 12/17/14 12:52  System  ERICO5) | | |
| Discharge Assessment | Start: 12/17/14 12:52 | |
| Freq: | Status: Discharge | |
| Created    System  (Rec: 12/17/14 12:52  System  ERICO5) | | |
| Admission Assessment | Start: 12/17/14 12:52 | |
| Text: | Status: Discharge | |
| Freq: | | |
| Created    System  (Rec: 12/17/14 12:52  System  ERICO5) | | |

Continued on Page 4
Legal Record

BAYLESSR_PARRMC_MDR00138

Page: 4

**BAYLESS,RAEANN M**

| | | |
|---|---|---|
| **Fac:** PARRISH MEDICAL CENTER | **Loc:** ER MAJOR CARE | **Bed:**- |
| 49 F | **Med Rec Num:** | **Visit:** |

Saline lock Discontinued                                       Start: 12/17/14 12:52
Freq:                                                          Status: Discharge
Created      System  (Rec: 12/17/14 12:52  System  ERTC05)

**12/17/14 12:53**
Vital Signs                                                    Start: 12/17/14 12:52
Text:                                                          Status: Discharge
Freq:   Q4H
Document      AJD  (Rec: 12/17/14 12:54  AJD  ERTC10)
Vital Signs
    Temperature
      Temperature (97 F-99.6 F)              98.2 F
      Temperature Source                     Oral
    Pulse
      Pulse Rate (60-100 beats/min)          80
    Respirations
      Respiratory Rate (12-20 breaths/min)   16
      Pulse Oximetry (92-100)                98
    Blood Pressure
      Blood Pressure (100/60-140/90 mm Hg)   142/91
      Blood Pressure Mean (MAP) (mm Hg)      108
    Height
      Height                                 1.78 m
    Weight
      Weight                                 77.111 kg

**12/17/14 13:06**
ED Triage                                                      Start: 12/17/14 12:52
Freq:                                                          Status: Discharge
Document      CCS  (Rec: 12/17/14 13:07  CCS  N500-20061686)
ED Triage
    Arrival
      Mode of Transport                      Ambulatory
      Functional Status                      Independent Ambulation
      Information Source                     Patient
      Chief Complaint                        Abscess
      Onset Date                             12/12/14
      Description of Symptoms                to left lower leg, tried to
                                             drain it at home
    Height
      Height                                 1.78 m
    Weight
      Weight                                 77.111 kg
    Temperature
      Temperature (97 F-99.6 F)              98.3 F
      Temperature Source                     Oral
    Pulse
      Pulse Rate (60-100 beats/min)          80
    Respirations
      Respiratory Rate (12-20 breaths/min)   16
      Pulse Oximetry % (92-100)              98
    Blood Pressure
      Blood Pressure (100/60-140/90 mm Hg)   142/91
      Blood Pressure Mean (mm Hg)            108
    Pain
      Pain Location                          left leg
      Pain Level                             3

Continued on Page 5
Legal Record

BAYLESSR_PARRMC_MDR00139

Page: 5

**BAYLESS,BAEANN M**

| Fac: PARRISH MEDICAL CENTER | Loc: ER MAJOR CARE | Bed: - |
|---|---|---|
| 49 F | Med Rec Num: | Visit: |

| | |
|---|---|
| Female history | |
| Is Patient Pregnant | No |
| Patient Medical History | |
| Medical history | Hypertension |
| Surgical history | Cholecystectomy |
| | Bilateral tubal ligation |
| | Hysterectomy |
| Vaccination History | |
| Hx Tetanus, Diphtheria Vaccination | No |
| Hx Influenza Vaccination | No |
| Social History | |
| Hx Alcohol Use | Yes: COH |
| Hx Substance Use | Yes: COCAINE |
| Smoking Status | Current every day smoker |
| Smoking Start Date | 01/01/80 |
| Cigarettes Packs Per Day | 0.5 |
| Hx Chewing Tobacco Use | No |
| Travel | |
| Have you recently traveled or come into | No |
| contact with someone that recently | |
| traveled? | |
| Query Text:If Yes, Refer to CDC Protocol | |
| (P) | |
| Priority | |
| Priority | 4 Semi-Urgent |
| Hospitalization | |
| Within 30 days? | No |

---

**12/17/14 13:07**

| | |
|---|---|
| Vital Signs | Start:  12/17/14 12:52 |
| Text: | Status: Discharge |
| Freq:   Q4H | |
| Frequency    CCS   (Rec: 12/17/14 13:07  CCS  N500-20061696) | |

**12/17/14 14:09**

| | |
|---|---|
| Apply/change dressing | Start:  12/17/14 14:08 |
| Text: | Status: Discharge |
| Freq:   ONCE | |
| Created     PTJ   (Rec: 12/17/14 14:09  RKG DAEMON  ISMTBG10) | |

| | |
|---|---|
| I & D Set up | Start:  12/17/14 14:08 |
| Freq:   ONCE | Status: Discharge |
| Created     PTJ   (Rec: 12/17/14 14:09  RKG DAEMON  ISMTBG10) | |

**12/17/14 14:46**

| | |
|---|---|
| Mark: Outline Wound/ Swelling | Start:  12/17/14 14:19 |
| Freq:   ONCE | Status: Discharge |
| Created     PTJ   (Rec: 12/17/14 14:46  RKG DAEMON  ISMTBG10) | |

**12/17/14 15:04**

| | |
|---|---|
| Physical Assessment | Start:  12/17/14 12:52 |
| Text: | Status: Complete |
| Freq: | |
| Document    RLK   (Rec: 12/17/14 15:05  RLK  N9CART54) | |
| Neurological Assessment | |
| Orientation | |
| Patient Orientation | Person |
| | Place |
| | Time |
| | Situation |

Continued on Page 6
Legal Record

---

BAYLESSR_PARRMC_MDR00140

Page: 6

| **BAYLESS,RAEANN M** | | | |
|---|---|---|---|
| **Fac:** PARRISH MEDICAL CENTER | | **Loc:** ER MAJOR CARE | **Bed:-** |
| 49 F | **Med Rec Num** | | **Visit:** |

Female Reproductive Assessment
   Reproductive Parameters
     Is patient pregnant            No
Integumentary Assessment
   Skin
    Left Lower Leg
     Problem                ABSCESS

| Physical Assessment | Start: 12/17/14 12:52 |
|---|---|
| Text: | Status: Complete |

Freq:
Edit Status RLK (Rec: 12/17/14 15:05 RLK NSCART54)
   Active=Complete

| Fall Risk Assessment Tool | Start: 12/17/14 12:52 |
|---|---|
| Freq: ONCE | Status: Discharge |

Document RLK (Rec: 12/17/14 16:05 RLK NSCART54)
Fall Risk Assessment
   Fall Risk Indicator Description
    --Apply findings as:          All Normal (Indicate
                            Exceptions)
    Communication Deficits         No
     Query Text:Inability to make basic needs
     known to staff.
     Cognitive or mobility impairment
    Impaired Cognition           No
     Query Text:Difficulty understanding,
     reasoning and/or remaining oriented to
     people, place, and time.
     (Confusion, Forgetful, Dementia,
     Sedation, Intoxicated/DT's)
    Altered Bowel/Bladder Elimination    No
     Query Text:Any altered bowel and/or
     bladder function issue related to
     incontinence, retention,and/or infection
     .
    Lower/Upper Extremity Weakness or    No
     Paralysis
    Sensory Deficits             No
     Query Text:Deficits in hearing, sight,
     or touch.
    Ambulation Concerns         No
     Query Text:Unsteady Gait, Poor Balance,
     Uncoordinated
    Under 3 years of Age         No
    Diagnosis Contributing to Falls    No
     Query Text:(COPD, Cancer with Mets,
     Osteoporosis, CVA, Dizziness, Low
     Calorie Intake, Hx of Fracture, Frail)
    History or Previous Fall       No
    Poor Judgement             No
    Special Medications         No
     Query Text:Diuretics: Lasix
     Benzodiazepines: Restoril, Ativan, Xanax
     , Klonopin, Midazolam, Librium, Valium,
     Tranxene
     Narcotics

Continued on Page 7
Legal Record

BAYLESSR_PARRMC_MDR00141

Page: 7

**BAYLESS, RAEANN M**

| Fac: PARRISH MEDICAL CENTER | Loc: ER MAJOR CARE | Bed: |
|---|---|---|
| 49 F | Med Rec Num: | Visit: |

```
        Antidepressants: Zoloft
        Anticonvulsants: Depakote
        Anticoagulants
        Total Number of Fall Risk Indicators      0
        High Risk for Fall                        No
Communication Assessment                                  Start:  12/17/14 12:52
Freq:                                                     Status: Discharge
Document      RLK  (Rec: 12/17/14 15:05  RLK  NSCART94)
Communication Assessment
    Language
      Interpreter Required                        No
      Query Text:(800)325-3254  ext 203197
    Ability
      Comprehension Ability                       No Impairment
      Oral Expression Ability                     No Impairment
      Written Expression Ability                  No Impairment
      Ability to Follow Directions                Excellent
      Able to Read                                Yes
      Able to Write                               Yes
      Communication Tools                         Facial Expression
      Caregiver Communication Skills              No Impairment
        Impairment
Domestic Abuse Screening                                  Start:  12/17/14 12:52
Freq:   ONCE                                              Status: Discharge
Document      RLK  (Rec: 12/17/14 15:05  RLK  NSCART94)
Domestic Abuse
    General
      Safety Concerns                             Feels Safe At This Time
      Child/Elderly 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(ABUSE)
      Rape Crisis 321-784-4257(HELP)
Advanced Directives                                       Start:  12/17/14 12:52
Freq:                                                     Status: Discharge
Document      RLK  (Rec: 12/17/14 15:05  RLK  NSCART94)
Advance Directives
    Advance Directives
      Does patient have an advanced directive     No
    Resuscitation
      Resuscitation Status                        Full Code
12/17/14 15:05
Mark/ Outline Wound/ Swelling                             Start:  12/17/14 14:19
Freq:   ONCE                                              Status: Discharge
Document      RLK  (Rec: 12/17/14 15:05  RLK  NSCART94)
Care Provide
    Cleanse Wound
      Cleanse Wound                               Soap and Water
    Wound Care
      Left Lower Leg
      Wound Care                                  Simple
      Wound Care Provided                         Medium Dressing
                                                  Nonadhesive Adaptic Dressing
12/17/14 15:06
Vital Signs                                               Start:  12/17/14 12:52
Text:                                                     Status: Discharge
Freq:   Q1h
Document      RLK  (Rec: 12/17/14 15:06  RLK  NSCART94)
```

Continued on Page 8
Legal Record

BAYLESSR_PARRMC_MDR00142

Page: 8

**BAYLESS,RAEANN M**

| Fac: PARRISH MEDICAL CENTER | | Loc:ER MAJOR CARE | Bed: |
|---|---|---|---|
| 49 F | Med Rec Num: | | Visit: |

Vital Signs
    Pulse
      Pulse Rate (60-100 beats/min)      74
      Method      Device
    Respirations
      Respiratory Rate (12-20 breaths/min)      18
      Pulse Oximetry (92-100)      99
    Blood Pressure
      Blood Pressure (100/60-140/90 mm Hg)      134/87
      Blood Pressure Mean (MAP) (mm Hg)      102

| Apply/change dressing | Start: 12/17/14 14:08 |
|---|---|
| Text: | Status: Discharge |

Freq:  ONCE
Document    RLK  (Rec: 12/17/14 15:06  RLK  NSCART54)
Care Provide
    Wound Care
      Left Lower Leg
        Wound Care      Simple
        Wound Care Provided      Medium Dressing
                    Nonadhesive Adaptic Dressing

| I & O Set up | Start: 12/17/14 14:08 |
|---|---|
| Freq:  ONCE | Status: Discharge |

Document    RLK  (Rec: 12/17/14 15:06  RLK  NSCART54)

**12/17/14 15:09**

| Discharge Assessment | Start: 12/17/14 12:52 |
|---|---|
| Freq: | Status: Discharge |

Document    RLK  (Rec: 12/17/14 15:10  RLK  NSCART54)
ED Discharge Assessment
    Discharge Information
      Mode of Discharge      Ambulated
      Summary of Care Provided      Yes
    Instructions
      Discharge Instructions Given To      Patient
      Was Education Provided to the Patient      Yes
      Were the patient's Problems, Labs, and      Yes
        Meds Reviewed?

**12/17/14 15:10**

| ED Triage | Start: 12/17/14 12:52 |
|---|---|
| Freq: | Status: Discharge |

Edit Status  BKG DAEMON  (Rec: 12/17/14 15:10  BKG DAEMON  ISMIBG1C)
    Active->Discharge

| EMS Assessment | Start: 12/17/14 12:52 |
|---|---|
| Freq: | Status: Discharge |

Edit Status  BKG DAEMON  (Rec: 12/17/14 15:10  BKG DAEMON  ISMTBG1C)
    Active->Discharge

| Pain Assessment | Start: 12/17/14 12:52 |
|---|---|
| Text: | Status: Discharge |

Freq:
Edit Status  BKG DAEMON  (Rec: 12/17/14 15:10  BKG DAEMON  ISMIBG1C)
    Active->Discharge

| Fall Risk Assessment Tool | Start: 12/17/14 12:52 |
|---|---|
| Freq:  ONCE | Status: Discharge |

Edit Status  BKG DAEMON  (Rec: 12/17/14 15:10  BKG DAEMON  ISMTBG1C)
    Active->Discharge

Continued on Page 9
Legal Record

BAYLESSR_PARRMC_MDR00143

```
                                                                          Page: 9
BAYLESS,RAEANN M
 Fac: PARRISH MEDICAL CENTER              Loc:ER MAJOR CARE          Bed:-
 49 F                           Med Rec Num                          Visit:
Mental Status Exam                                        Start:  12/17/14 12:52
Text:                                                     Status: Discharge
Freq:
  Edit Status  BKG DAEMON  (Rec: 12/17/14 15:10  BKG DAEMON  ISMTPG10)
     Active->Discharge
Communication Assessment                                  Start: 12/17/14 12:52
Freq:                                                     Status: Discharge
  Edit Status  BKG DAEMON  (Rec: 12/17/14 15:10  BKG DAEMON  ISMTPG10)
     Active->Discharge
Domestic Abuse Screening                                  Start: 12/17/14 12:52
Freq:   ONCE                                              Status: Discharge
  Edit Status  BKG DAEMON  (Rec: 12/17/14 15:10  BKG DAEMON  ISMTPG10)
     Active->Discharge
Advanced Directives                                       Start: 12/17/14 12:52
Freq:                                                     Status: Discharge
  Edit Status  BKG DAEMON  (Rec: 12/17/14 15:10  BKG DAEMON  ISMTPG10)
     Active->Discharge
Critical Results                                          Start: 12/17/14 12:52
Freq:                                                     Status: Discharge
  Edit Status  BKG DAEMON  (Rec: 12/17/14 15:10  BKG DAEMON  ISMTPG10)
     Active->Discharge
ED Critical Care Time                                     Start: 12/17/14 12:52
Freq:                                                     Status: Discharge
  Edit Status  BKG DAEMON  (Rec: 12/17/14 15:10  BKG DAEMON  ISMTPG10)
     Active->Discharge
Intake and Output                                         Start: 12/17/14 12:52
Text:                                                     Status: Discharge
Freq:
  Edit Status  BKG DAEMON  (Rec: 12/17/14 15:10  BKG DAEMON  ISMTPG10)
     Active->Discharge
Initiate IV Access                                        Start: 12/17/14 12:52
Freq:                                                     Status: Discharge
  Edit Status  BKG DAEMON  (Rec: 12/17/14 15:10  BKG DAEMON  ISMTPG10)
     Active->Discharge
Wound Assessment                                          Start: 12/17/14 12:52
Text:                                                     Status: Discharge
Freq:
  Edit Status  BKG DAEMON  (Rec: 12/17/14 15:10  BKG DAEMON  ISMTPG10)
     Active->Discharge
Vital Signs                                               Start: 12/17/14 12:52
Text:                                                     Status: Discharge
Freq:   Q4H
  Edit Status  BKG DAEMON  (Rec: 12/17/14 15:10  BKG DAEMON  ISMTPG10)
     Active->Discharge
Discharge Assessment                                      Start: 12/17/14 12:52
Freq:                                                     Status: Discharge
  Edit Status  BKG DAEMON  (Rec: 12/17/14 15:10  BKG DAEMON  ISMTPG10)
     Active->Discharge
Admission Assessment                                      Start: 12/17/14 12:52
Text:                                                     Status: Discharge
Freq:
  Edit Status  BKG DAEMON  (Rec: 12/17/14 15:10  BKG DAEMON  ISMTPG10)
     Active->Discharge
Saline lock Discontinued                                  Start: 12/17/14 12:52
Freq:                                                     Status: Discharge
                          Continued on Page 10
                              Legal Record
```

BAYLESSR_PARRMC_MDR00144

Page: 10

**BAYLESS,RAEANN M**

| | | | |
|---|---|---|---|
| **Fac:** PARRISH MEDICAL CENTER | | **Loc:**ER MAJOR CARE | **Bed:-** |
| 49 F | | **Med Rec Num** | **Visit:** |

Edit Status BKG DAEMON (Rec: 12/17/14 15:10 BKG DAEMON ISMTEG10)
Active=>Discharge

| | |
|---|---|
| Apply/change dressing | Start: 12/17/14 14:08 |
| Text: | Status: Discharge |
| Freq: ONCE | |

Edit Status System (Rec: 12/17/14 15:10 BKG DAEMON ISMTEG10)
Active=>Discharge

| | |
|---|---|
| I & O Set up | Start: 12/17/14 14:08 |
| Freq: ONCE | Status: Discharge |

Edit Status System (Rec: 12/17/14 15:10 BKG DAEMON ISMTEG10)
Active=>Discharge

| | |
|---|---|
| Mark/ Outline Wound/ Swelling | Start: 12/17/14 14:19 |
| Freq: ONCE | Status: Discharge |

Edit Status System (Rec: 12/17/14 15:10 BKG DAEMON ISMTEG10)
Active=>Discharge

**User Key**

| Monogram | Mnemonic | Name | Provider Type |
|---|---|---|---|
| | BKG DAEMON | Daemon,Background | |
| AJD | DUTTOAJ | DUTTON,ALEXANDER J | Emergency Medical Technician |
| CCS | SINGLCC | SINGLETON,CHRISTINE | Registered Nurse |
| PTJ | JENNIPT | JENNINGS,PAUL T | Midlevel Provider |
| RLK | KOSHIRL | KOSHIOL,ROSA L | Registered Nurse |

Printed on 12/18/14 01:26
Legal Record

```
DATE: 12/18/14 @ 0015          Parrish Medical Center PHA *Live*                    PAGE 1
USER: JENNIPT                  Medication Administration Summary

Patient   BAYLESS RAEANN M                   Responsible Doctor WILLIAMS, MICHAEL T
Account Number                Location  ER              Unit Number
Age/Sex       49/F            Room                      Registered Date 12/17/14
Status        DEP ER          Bed                       Discharged Date

Height    5 ft    10 in  177.8 cm                  Body Surface Area   1.95 m2
Weight  170 lb         oz  77.111 kg

Drug Allergies  No Known Allergies (No Known Allergies)

ADRS  Not Recorded
─────────────────────────────────────────────────────────────────────────────
BACTDS - SULFA 800 MG\TRIMETHO.160 MG DS 1 TAB TAB

Dose          1 TAB  (1 TABLET)
Admin Route PO
Start Date  12/17/14-1419      Stop Date 12/17/14 1420    DC Date 12/17/14-1420
Ordering Doctor    JENNINGS,PAUL T PA
Total Dispensed      0         Total Costs $             Total Charges $
Rx Number   000248275

Warnings
Type:         SINGLE DOSE                 Range:  SULFAMETHOXAZOLE/TRIMETHOPRIM (1 EACH
                                       Condition:  ALL COMMON INDICATIONS
Warnings           BACTDS: Unable to check dose ranges for TAB-CAP/DAY (Dose Units).


Discontinue Comments Reached Stop Date


History
  12/17/14 1446 - EDM ORDER                by JENNIPT
  12/17/14 1446 - DISCONTINUE              by PHABKGJOB    Eff: 12/17/14 1420
     DC COMMENTS:
        Reached Stop Date
  12/17/14 1458 - REVIEW PROVIDER ACTIVITY    by MARCHSD2
                                 by PHA EKG    Eff: 12/17/14 1446

Admin Date  Time User      Given Bag Reason Code        Items        Charge
12/17/14   1503 KOSHIRL       Y                            1          0.00
(12/17/14) (1419) Dose  1 TAB


Admin Totals                                               1            0
```

BAYLESSR_PARRMC_MDR00146

```
DATE: 12/18/14 @ 0015        Parrish Medical Center PHA *Live*              PAGE 2
USER: JENNIPT                Medication Administration Summary

Patient  BAYLESS,RAEANN M              Responsible Doctor WILLIAMS,MICHAEL T
Account Number                 Location  ER           Unit Number
Age/Sex      49/F              Room                    Registered Date 12/17/14
Status       DEF ER            Bed                     Discharged Date

BAYLESS,RAEANN M                                              (Continued)


K500 - CEPHALEXIN 500 MG CAP

  Dose         500 MG  (1 CAPSULE)
  Admin Route PO
  Start Date  12/17/14-1419      Stop Date 12/17/14 1420    DC Date 12/17/14-1420
  Ordering Doctor    JENNINGS,PAUL T PA
  Total Dispensed     0         Total Costs $          Total Charges $
  Rx Number   000248276

  Discontinue Comments Reached Stop Date


  History
    12/17/14 1446 - EDM ORDER             by JENNIPT
    12/17/14 1446 - DISCONTINUE           by PHAEKGJOE    Eff  12/17/14 1420
       DC COMMENTS:
          Reached Stop Date

Admin Date  Time User          Given Rag Reason Code        Items        Charge
12/17/14    1503 KOSHIRL        Y                             1           0.00
(12/17/14) (1419) Dose  500 MG

                                                            --------    -----------
  Admin Totals                                               1              0
```

BAYLESSR_PARRMC_MDR00147

```
DATE: 12/18/14 @ 0015            Parrish Medical Center PHA *Live*                  PAGE 3
USER: JENNIPT                    Medication Administration Summary

Patient  BAYLESS RAEANN M                      Responsible Doctor WILLIAMS MICHAEL T
Account Number                  Location  ER            Unit Number
Age/Sex         49/F            Room                    Registered Date 12/17/14
Status          DEP ER          Bed                     Discharged Date

BAYLESS RAEANN M                                                  (Continued)


MAR25SDV10 - BUPIVACAINE 0 25% 10 ML VIAL

Dose          10 ML  (1 VIAL)
Admin Route  ROUTE
Start Date  12/17/14-1412       Stop Date 12/17/14 1413    DC Date 12/17/14-1413
Ordering Doctor    WILLIAMS MICHAEL T
Total Dispensed       0         Total Costs $0 00          Total Charges $0 00
Rx Number  000248244

Discontinue Comments DC'd by KOSHIOL R


History
  12/17/14 1411 - DISCONTINUE                    by STK MED     Eff: 12/17/14 1413
      DC COMMENTS:
          DC'd by KOSHIOL R
  12/17/14 1411 - DISP PRO PHA                   by KOSHIOL R
  12/17/14 1434 - EDIT                           by HOOTSAC
    FROM:
       PHYSICIAN  ERP - ER PHYSICIAN
    TO:
       DEA #: FW2541541
       PHYSICIAN  WILLIMT - WILLIAMS MICHAEL T
  12/17/14 1448 - CREDIT                         by 781530
      ITEMS  1      DOSES  1
  12/17/14 1458 - REVIEW PROVIDER ACTIVITY      by MARCHSD2
                                      by HOOTSAC    Eff  12/17/14 1434
```

BAYLESSR_PARRMC_MDR00148

```
DATE: 12/18/14 @ 0015        Parrish Medical Center PHA *Live*        PAGE 4
USER: JENNIPT                 Medication Administration Summary
```

```
Patient   BAYLESS,RAEANN M              Responsible Doctor WILLIAMS,MICHAEL
Account Number                Location  ER          Unit Number
Age/Sex        49/F           Room                  Registered Date 12/17/14
Status         DEF ER         Bed                   Discharged Date
```

```
BAYLESS,RAEANN M                                              (Continued)
```

L1SDV5 - LIDOCAINE 1% HCL/PF 5 ML 5 ML SDV

```
  Dose        5 ML  (1 SINGLE-DOSE VIAL)
  Admin Route IJ
  Start Date  12/17/14-1412      Stop Date 12/17/14 1413     DC Date 12/17/14-1413
  Ordering Doctor    WILLIAMS,MICHAEL T.
  Total Dispensed    1          Total Costs $1.48            Total Charges $2.00
  Rx Number   000248245
```

  Discontinue Comments DC'd by KOSHIOL, R

```
  History
   12/17/14 1411 - DISCONTINUE               by STK MED    Eff: 12/17/14 1413
        DC COMMENTS:
          DC'd by KOSHIOL  R
   12/17/14 1411 - DISP PRO PHA              by KOSHIOL, R
   12/17/14 1434 - EDIT                      by HOOTSAC
     FROM:
       PHYSICIAN: ERP - ER.PHYSICIAN
     TO:
       DEA #: FW2541541
       PHYSICIAN: WILLIMT - WILLIAMS,MICHAEL T.
   12/17/14 1458 - REVIEW PROVIDER ACTIVITY  by MARCHSD2
                               by HOOTSAC    Eff: 12/17/14 1434
```

K500 - CEPHALEXIN 500 MG CAP

```
  Dose        500 MG  (1 CAPSULE)
  Admin Route PO
  Start Date  12/17/14-1449      Stop Date 12/17/14 1450     DC Date 12/17/14-1450
  Ordering Doctor    WILLIAMS,MICHAEL T.
  Total Dispensed    1          Total Costs $0.20            Total Charges $0.00
  Rx Number   000248278
```

  Discontinue Comments DC'd by KOSHIOL, R

```
  History
   12/17/14 1448 - DISCONTINUE               by STK MED    Eff: 12/17/14 1450
        DC COMMENTS:
          DC'd by KOSHIOL, R
   12/17/14 1448 - DISP PRO PHA              by KOSHIOL, R
```

**BAYLESSR_PARRMC_MDR00149**

```
DATE: 12/18/14 @ 0015          Parrish Medical Center PHA *Live*                    PAGE 5
USER: JENNIFT                   Medication Administration Summary
```

```
Patient  BAYLESS, RAEANN M                        Responsible Doctor WILLIAMS, MICHAEL T.
Account Number                  Location  ER                Unit Number
Age/Sex        4372             Room                        Registered Date 12/17/14
Status        DEF ER            Bed                         Discharged Date
```

```
BAYLESS, RAEANN M                                                      (Continued)
```

BACTDS — SULFA 800 MG\TRIMETHO 160 MG DS 1 TAB TAB

```
Dose           1 TAB  (1 TABLET)
Admin Route PO
Start Date  12/17/14-1450        Stop Date 12/17/14 1451     DC Date 12/17/14-1451
Ordering Doctor     WILLIAMS, MICHAEL T.
Total Dispensed       1          Total Costs $0.19           Total Charges $0.00
Rx Number   000248280
```

Discontinue Comments DC'd by KOSHIOL, R

```
History
  12/17/14 1449 — DISCONTINUE                  by STK MED     Eff: 12/17/14 1451
       DC COMMENTS:
        DC'd by KOSHIOL  R
  12/17/14 1449 — DISP PRO PHA                 by KOSHIOL. R
```

DIPH0.5D2 — TET DIPHT aPERT (Tdap) 0.5ML

```
Dose           0.5 ML  (1 SYRINGE)
Admin Route IM
Start Date  12/17/14-1408        Stop Date 12/17/14 1409     DC Date 12/17/14-1409
Ordering Doctor     JENNINGS PAUL T PA
Total Dispensed       0          Total Costs $                Total Charges $
Rx Number   000248243
```

Discontinue Comments Reached Stop Date

```
History
  12/17/14 1410 — EDM ORDER                    by JENNIPT
  12/17/14 1410 — DISCONTINUE                  by PHABKGJOB   Eff: 12/17/14 1409
       DC COMMENTS:
        Reached Stop Date
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 12/17/14 | 1502 | KOSHIRL | Y | | | 1 | 0.00 |
| (12/17/14) (1408) Dose. 0.5 ML | | | | | | | |

```
   Admin Totals                                             1            0
```

BAYLESSR_PARRMC_MDR00150

```
DATE: 12/18/14 @ 0015          Parrish Medical Center PHA *Live*                    PAGE 6
USER: JENNIPT                  Medication Administration Summary
```

| | | | |
|---|---|---|---|
| Patient  **BAYLESS,RAEANN M** | | Responsible Doctor WILLIAMS,MICHAEL T. | |
| Account Number | Location  ER | Unit Number | |
| Age/Sex       49/F | Room | Registered Date 12/17/14 | |
| Status        DEF ER | Bed | Discharged Date | |

```
BAYLESS, RAEANN M                                                          (Continued)
```

DIPHO.5D2 - TET.DIPHT.aPERT (Tdap) 0.5ML

```
Dose         0.5 ML  (1 SYRINGE)
Admin Route IM
Start Date  12/17/14-1450      Stop Date 12/17/14 1451     DC Date 12/17/14-1451
Ordering Doctor      WILLIAMS,MICHAEL T.
Total Dispensed    1          Total Costs $31.21          Total Charges $59.31
Rx Number   000248281
```

Discontinue Comments DC'd by KOSHIOL, R

```
History
   12/17/14 1449 - DISP PRO PHA              by KOSHIOL, R
   12/17/14 1449 - DISCONTINUE               by STK MED      Eff: 12/17/14 1451
      DC COMMENTS:
         DC'd by KOSHIOL, R
```

This is the end of the MAR Summary for Patient                - BAYLESS, RAEANN M.

**BAYLESSR_PARRMC_MDR00151**



BAYLESSR_PARRRMC_MDR00152

*** Continued on Page n ***
This document is part of the legal medical record.

BAYLESSR_PARRMC_MDR00153



*** Continuation Page 2 ***
This document is part of the legal medical record.

BAYLESSR_PARRMC_MDR00154





Date: 12/17/14

Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: WILLIAMS,MICHAEL THOMAS

## Patient Visit Information

**You were seen today for:**

Cellulitis of left lower leg
Cutaneous abscess of left lower extremity

**Staff**

Your caregivers today were:

| | |
|---|---|
| Primary Provider | WILLIAMS,MICHAEL THOMAS |
| Midlevel Provider | JENNINGS,PAUL T |
| Nurse | RLK |

**Patient Instructions Reviewed**

Abscess Incision and Drainage (ED)
Cellulitis (ED)
Diphtheria/Acellular Pertussis/Tetanus Booster Vaccine (Tdap) (Injection)

received 12/17/14 15:06

**Activity Restrictions or Additional Instructions**

AS DISCUSSED:
RETURN TO ER IN 2 DAYS FOR PACKING REMOVAL/WOUND CHECK. KEEP DRESSING CLEAN AND
DRY. START THE ANTIBIOTICS AS PRESCRIBED TONIGHT. IF ANY WORSENING OF SYMPTOMS:
INCREASED REDNESS,SWELLING, VOMITING, OR FEVER RETURN TO ER IMMEDIATELY.

You are being discharged with a prescription for antibiotics. You should begin to improve before
you have finished the medicine. DO NOT STOP THIS MEDICINE UNLESS ADVISED BY A
PHYSICIAN.

TAKE Tylenol 650 MG every 4-6 hours and or Motrin 600 MG every 6 hours with food as directed
for fever/PAIN, may alternate.

**Follow-up**

BAYLESSR_PARRMC_MDR00155



Date: 12/17/14

Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: WILLIAMS,MICHAEL THOMAS

---

BAYLESS,RAEANN M has been referred to the following clinics/specialists for follow-up care:

ALLIANCE,BREVARD HEALTH
500 N WASHINGTON AVE, STE 105
TITUSVILLE, FL 32796
321-268-0267

### New Prescriptions and Instructions from this Visit

#### ( See detailed Home Medication List for all medications )

1. Sulfamethoxazole/Trimethoprim [Bactrim DsTablet]
   1 each oral twice a day #20 tablet
   1 each Tablet
   Refills: 0
2. Cephalexin [Keflex,Keftab]
   500 mg oral every 6 hours #40 cap
   500 mg Cap
   Refills: 0

### 2-1-1 Community Health Navigator

Brevard County Residents can call the 2-1-1 Community Health Navigator for help in accessing
social programs to help improve their health. Available Monday-Friday, 8 a.m to 4 p.m.

The navigator can:
. Assist in finding transportation to medical appointments.
. Assist in finding resources for prescriptions.
. Assist with access to health insurance.
. Assist with accessing mental health programs.

The navigator can help with transitioning people from the hospital to the community for the
following zip codes:

. 32796          . 32754
. 32780          . 32927

The Navigator can also provide additional educational resources on:
           . Promoting good health
           . Smoking cessation
           . Weight Management
           . Managing health risks
           . Chronic disease management information.
     Just dial 2-1-1 to reach the Community Health Navigator

The 2-1-1 Community Health Navigator is a partnership between

**BAYLESSR_PARRMC_MDR00156**



Date: 12/17/14

Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: WILLIAMS,MICHAEL THOMAS

2-1-1 Brevard, Parrish Medical Center and the Florida Health Network
It is a service for the MXC Center for Lifelong Health.

ONE OF AMERICA'S FINEST HEALING ENVIRONMENTS

## SCOPE OF EMERGENCY DEPARTMENT CARE

SCOPE OF THE EMERGENCY DEPARTMENT CARE
I hereby acknowledge receipt of the instructions notes below. I understand that I have had
EMERGENCY TREATMENT ONLY and that I may be released before all my medical problems are
known and treated. Emergency medical care is not intended to be a substitute for complete
medical care. My Emergency Department diagnosis is preliminary and may change after complete
medical care is received. I will arrange for follow-up care. I obligate myself or my agent to pay
the account of the physician(s) for all follow-up services rendered. I understand that if my
condition worsens or new symptoms appear, I must contact my physician immediately. If unable
to reach my private physician, I understand that I should return to the Emergency Department for
any emergency condition. I hereby authorize the Medical Records Department of Parrish Medical
Center to release my records to the referral physician and/or my primary physician if on the
Parrish Medical Center medical staff.
X-RAY INTERPRETATION
The interpretation of your xrays, as given to you by the Emergency Department physician, is only
a preliminary report. The radiologist reviews these films and if there is a change in the xray
interpretation or care, you and/or your physician will be notified. If your symptoms continue or
increase, contact your physician since fractures and/or illness may fail to show up on the initial
xray films.
MEDICATIONS
I understand that I may experience weakness, drowsiness or dizziness after receiving certain
medication. If I have been instructed not to drive after receiving medication, I will not drive
myself home.
GENERAL INSTRUCTIONS
If you have an established doctor, other than the one to which we have referred you, call their
office for an appointment or referral.
If you have no insurance, you may be responsible for arranging follow-up care. The doctor to
who we have referred you is a recommendation. This doctor should arrange for a payment
schedule should you be unable to pay the bill in full, in advance. You should speak to the doctor's
office manager regarding payment options.
If you have HMO insurance, be sure to notify your primary care provider after your Emergency
Department visit. This includes Medicare HMO programs. If you do not know what type of
insurance you have or are unclear who your primary care provider is, please call you insurance
company for that information. They may require that you see a specialist participating in your
insurance plan (regardless of the doctor to who we have referred you). Failure to contact your
insurance company or your primary care provider may affect your benefits.
If you have Medicaid, you must follow-up with your assigned primary doctor. If you do not know
your primary doctor, call the number on your Medicaid card, or call the Agency for Health Care
Administration at 1-877-254-1055. If you have Medicaid from another state, you must call your
home state's Medicaid number for further follow-up instructions.

BAYLESSR_PARRMC_MDR00157

Page 4 of 5



Date: 12/17/14

Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: WILLIAMS,MICHAEL THOMAS

If you have low income, a family with children or are pregnant, you may qualify for assistance.
Call the Department of Families at 690-3710 to find out about Medicaid. The Brevard County
Health Department provides care for low-income residents. The services include medical,
OB-GYN, dental care, STD's (sexually transmitted diseases) and infectious diseases.
The Brevard Health Alliance offers affordable primary health care to adults and children who are
residents of Brevard County. They see individuals with and without health insurance. If you are
without health insurance they offer a sliding scale fee based on your income. A registration
process is required before a medical appointment is scheduled. Registration is available as a
walk-in service. If applying for the Sliding-Fee Scale you will need to bring a photo ID, SS card(if
possible), tax statement and proof of gross monthly income at your household. Florida KidCare
Health Insurance - applications and assistance available at all clinics.
If you have tried the above and still cannot arrange a follow-up appointment or if your problem is
dental and you are unable to arrange for care though Brevard County Health Department, doctors
and dentists are listed by speciality in the yellow pages under Physicians and Dentists. You may
also contact the Emergency Department at 268-6130 for further assistance.

IF YOU NEED ANY FINANCIAL ASSISTANCE RELATED TO YOUR
EMERGENCY DEPARTMENT VISIT, PLEASE CALL PARRISH MEDICAL
CENTER'S BUSINESS OFFICE AT 268-6158.

Culture Results?Lab results; You will be notified of your culture/lab results if additional testing or
treatment is required. Do not call the Emergency Department for culture results. Please contact
Medical Records at 268-6413u for access to your test results.

**BAYLESSR_PARRMC_MDR00158**

Page 5 of 5



Date: 12/17/14

Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: WILLIAMS,MICHAEL THOMAS

**Thank You From Parrish**

You are receiving take home instructions regarding your diagnosis, aftercare, and follow up
information.
Your care team thanks you for choosing PARRISH MEDICAL CENTER for your health care needs.
We sincerely hope you had an excellent experience during your visit.

**BAYLESSR_PARRMC_MDR00159**



Date: 12/17/14

Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: WILLIAMS,MICHAEL THOMAS

**Diphtheria/Acellular Pertussis/Tetanus Booster Vaccine (Tdap) (Injection)**
**Pertussis Vaccine, Acellular (per-TUS-iss VAX-een, a-SELL-yoo-lar), Reduced Diphtheria Toxoid (ree-DOOST dif-THEER-ee-a TOX-oyd), Tetanus Toxoid (TET-a-nus TOX-oyd)**

**Protects against infections caused by tetanus (lockjaw), diphtheria, or pertussis (whooping cough). This is a booster vaccine.**

**Brand Name(s):Adacel, Boostrix**
There may be other brand names for this medicine.

**When This Medicine Should Not Be Used:**
You should not receive this vaccine if you have had an allergic reaction to the separate or combined tetanus, diphtheria, or pertussis vaccine. You should not receive this vaccine if you have had seizures, mental changes, or any other serious reaction within 7 days after you received a pertussis vaccine.

**How to Use This Medicine:**
**Injectable**

- A nurse or other health provider will give you this medicine.
- Your doctor will prescribe your exact dose and tell you how often it should be given. This medicine is given as a shot into one of your muscles.
- You may receive other vaccines at the same time as this one, but in a different body area. You should receive patient instructions for all of the vaccines. Talk to your doctor or nurse if you have questions.
- Read and follow the patient instructions that come with this medicine. Talk to your doctor or pharmacist if you have any questions.

**Drugs and Foods to Avoid:**
**Ask your doctor or pharmacist before using any other medicine, including over-the-counter medicines, vitamins, and herbal products.**

- Make sure the doctor knows if you are receiving a treatment or medicine that weakens your immune system. This includes radiation treatment, steroid medicines (such as dexamethasone, hydrocortisone,

BAYLESSR_PARRMC_MDR00160



Date: 12/17/14

Acct Num:
Med Rec Num
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: WILLIAMS,MICHAEL THOMAS

methylprednisolone, prednisolone, prednisone, Medrol®), or cancer medicines.

**Warnings While Using This Medicine:**

- Make sure your doctor knows if you are pregnant or breastfeeding or have epilepsy, a weak immune system, or a history of a stroke. Tell your doctor if you are sick or have a fever.
- Tell your doctor about any reaction you had after you received a vaccine. This includes fainting, seizures, a fever over 105 degrees F, or severe redness or swelling where the shot was given. Tell your doctor if you have a history of Guillain-Barré syndrome after you received a vaccine with tetanus.
- Call your doctor right away if you faint or have vision changes, numbness or tingling in your arms, hands, or feet, or a seizure after you receive this vaccine.
- Tell your doctor if you have an allergy to latex. The syringes may contain dry natural latex rubber.
- This vaccine will not treat an active infection. If you have a diphtheria, tetanus, or pertussis infection, you will need medicine to treat the infection.

**Possible Side Effects While Using This Medicine:**
**Call your doctor right away if you notice any of these side effects:**

- Allergic reaction: Itching or hives, swelling in your face or hands, swelling or tingling in your mouth or throat, chest tightness, trouble breathing
- Changes in vision
- Fever over 105 degrees F
- Lightheadedness or fainting
- Numbness, tingling, or burning pain in your hands, arms, legs, or feet
- Seizures
- Sudden numbness or weakness in your arms or legs
- Severe pain, redness, or swelling where the shot was given

**If you notice these less serious side effects, talk with your doctor:**

BAYLESSR_PARRMC_MDR00161



Date: 12/17/14

Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: WILLIAMS,MICHAEL THOMAS

- Headache
- Mild pain, redness, or swelling where the shot was given
- Nausea, vomiting, diarrhea, or stomach pain
- Tiredness

**If you notice other side effects that you think are caused by this
medicine, tell your doctor.**
**Call your doctor for medical advice about side effects.  You may report
side effects to FDA at 1-800-FDA-1088**

© 2013 Truven Health Analytics Inc.  Information is for End User's use only and
may not be sold, redistributed or otherwise used for commercial purposes.

The above information is an educational aid only.  It is not intended as medical
advice for individual conditions or treatments. Talk to your doctor, nurse or
pharmacist before following any medical regimen to see if it is safe and effective
for you.

BAYLESSR_PARRMC_MDR00162



Date: 12/17/14

Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: WILLIAMS,MICHAEL THOMAS

## Cellulitis

## WHAT YOU SHOULD KNOW:

Cellulitis is a skin infection caused by bacteria.



*ADAM

## INSTRUCTIONS:

**Medicines:**
- **Antibiotics:** This medicine is given to kill the bacteria that caused your cellulitis. This may be given as a pill or ointment.

- **Pain medicine:** You may be given medicine to take away or decrease pain. Do not wait until the pain is severe before you take your medicine.

- **Take your medicine as directed.** Call your primary healthcare provider if you think your medicine is not helping or if you have side effects. Tell him if you are allergic to any medicine. Keep a list of the medicines, vitamins, and

BAYLESSR_PARRMC_MDR00163



Date: 12/17/14

Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: WILLIAMS,MICHAEL THOMAS

herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Follow up with your primary healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.

**Elevate your arm or leg:** Raise the wound area above the level of your heart as much as possible. This will help decrease swelling and pain. Use pillows, blankets, or rolled towels to prop your arm or leg.

**Wear pressure stockings:** Compression stockings are tight stockings that help increase your circulation and decrease swelling in your legs. Wear them as directed.

**Self-care:**

- **Do not share personal items:** Do not share items such as towels, clothing, and razors.

- **Clean exercise equipment:** Clean the exercise equipment you use with germ-killing cleaner before and after you use it.

- **Clean your wound:** Wash it regularly with soap and water. Watch carefully for signs of infection.

- **Take care of your skin:** Use lotion to prevent dry, cracked skin.

- **Wash your hands often:** This will help prevent the spread of germs.

**Contact your primary healthcare provider if:**

- Your fever or pain does not go away or gets worse.

- Your wound does not get smaller after 2 days of antibiotics.

BAYLESSR_PARRMC_MDR00164



Date: 12/17/14

Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: WILLIAMS,MICHAEL THOMAS

- Your skin is flaking or peeling off.

- You have questions or concerns about your condition or care.

### Return to the emergency department if:

- Your wound gets larger and more painful.

- You have a thin, gray-brown discharge coming from your infected skin area.

- You feel a crackling under your skin when you touch it.

- You have purple dots or bumps on your skin, or you see bleeding under your skin.

- You have new swelling and pain in your legs.

- You have sudden trouble breathing or chest pain.

- The red, warm, swollen area gets larger.

- You see red streaks coming from the infected area.

- You feel weak and dizzy.

© 2013 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or

BAYLESSR_PARRMC_MDR00165

Page 7 of 10



Date: 12/17/14

Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: WILLIAMS,MICHAEL THOMAS

pharmacist before following any medical regimen to see if it is safe and effective
for you.

**BAYLESSR_PARRMC_MDR00166**



Date: 12/17/14

Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: WILLIAMS,MICHAEL THOMAS

## Abscess Incision and Drainage

### WHAT YOU SHOULD KNOW:

An abscess is an area under the skin where pus collects. An abscess incision
and drainage (I and D) is a procedure to drain the pus. An abscess is most
commonly caused by bacteria and can occur anywhere on the body.

### INSTRUCTIONS:

**Medicines:**
- **Pain medicine:** You may be given medicine to take away or decrease pain.
  Do not wait until the pain is severe before you take your medicine.

- **Take your medicine as directed.** Call your primary healthcare provider if
  you think your medicine is not helping or if you have side effects. Tell him if
  you are allergic to any medicine. Keep a list of the medicines, vitamins, and
  herbs you take. Include the amounts, and when and why you take them.
  Bring the list or the pill bottles to follow-up visits. Carry your medicine list
  with you in case of an emergency.

**Wound care:**
- **Bandage: Do not** remove your bandage unless your primary healthcare
  provider (PHP) says it is okay. Keep the bandage clean and dry. Remove
  your bandage and clean the wound once your PHP gives you directions.

- **Packing:** Ask your PHP how to pack and change the gauze in your wound.
  Keep track of how many gauze dressings are inside the wound when you
  remove the packing. Do not pack more gauze than directed into the
  wound. This can damage the tissue.

- **Warm soaks:** Soak your abscess in warm, clean water for 20 to 30
  minutes every day, for 1 week. Ask your PHP when to start warm soaks.

**BAYLESSR_PARRMC_MDR00167**



Date: 12/17/14

Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: WILLIAMS,MICHAEL THOMAS

**Wear a splint:** You may need a splint if the abscess is on your arm, hand, or leg. A splint limits movement and helps your wound heal. Do not remove the splint until your first follow-up visit or as directed.

**Elevate your wound:** If your wound is on your arm or leg, keep it raised above the level of your heart as often as you can. This will help reduce swelling. Prop your arm or leg on 2 pillows.

**Follow up with your primary healthcare provider or surgeon in 1 to 3 days:** Write down your questions so you remember to ask them during your visits. You may need to have your packing removed or your bandage changed.

**Contact your primary healthcare provider or surgeon if:**
- You have a fever or chills.
- You feel more tired than usual.
- Your abscess returns.
- You have questions or concerns about your procedure.

**Return to the emergency department if:**
- The area around your abscess has red streaks or is warm and painful.
- You are bleeding from your wound and cannot stop it.
- You have back or stomach pain.
- Your muscles or joints ache.

© 2013 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of

BAYLESSR_PARRMC_MDR00168

Page 10 of 10



Date: 12/17/14

Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: WILLIAMS,MICHAEL THOMAS

A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical
advice for individual conditions or treatments. Talk to your doctor, nurse or
pharmacist before following any medical regimen to see if it is safe and effective
for you.

BAYLESSR_PARRMC_MDR00169

| Patient: RARAYH M BAYLESS | Home Medication List | Medical Record Num: |
|---|---|---|
| Print Date: 12/17/14 | Page 1 | Account Number: |

**New Medications**

1. **Sulfamothoxazole/Trimethoprim [Bactrim Ds Tablet]**
   PAUL T JENNINGS
   1 each oral twice a day

2. **Cephalexin [Keflex]**
   PAUL T JENNINGS
   500 mg oral every 6 hours

**Current Medications**

3. **Lisinopril [Lisinopril]**
   20 mg oral daily

BAYLESSR_PARRMC_MDR00170

Page 1 of 1



Date: 12/17/14

Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: WILLIAMS, MICHAEL THOMAS

## Patient Instructions Signature Page

**Patient Name:** RAEANN M BAYLESS

**Guardian Name:**

**The above-named patient and/or guardian has received the following patient instructions:**

Diphtheria/Acellular Pertussis/Tetanus Booster Vaccine (Tdap) (Injection), Cellulitis (ED), Abscess Incision and Drainage (ED)

**on this date:** 12/17/14 - 15:06

**I have read and understand the instructions given to me by my caregivers.**

RAEANN M BAYLESS

Print Patient Name

Patient (or Guardian) Signature          Date          12/17/14

Caregiver/RN/Doctor Signature          Date          12/17/14

BAYLESSR_PARRMC_MDR00171

## DEMOGRAPHIC FACE SHEET

**PARRISH MEDICAL CENTER**

| ACCOUNT NO. | FINANCIAL CLASS | TYPE | PT. LOCATION/SERV CE | ROOM & BED | SMOKER | VAL | RACE | RELIGION | PREV DISCHARGE DATE | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|---|
|  | SP | PRE ER | ER |  |  |  | W | NON |  |  |

| DATE OF BIRTH | AGE | SEX | MAR T | PAT ENT OCCUPATION | PREVIOUS NAME/OTHER NAME |
|---|---|---|---|---|---|
|  | 49 | F | S |  |  |

**PATIENT NAME/ADDRESS** — SS NO.
BAYLESS,RAEANN M
1754 POINCIANA CR
TITUSVILLE,FL 32796

**PATIENT EMPLOYER** UNEMPLOYED

PHONE NO. 321-289-3761   OTHER NO. 321-848-6788 CELL   WORK PHONE

**GUARANTOR/ADDRESS** — SS NO.
BAYLESS,RAEANN M
1754 POINCIANA CR
TITUSVILLE,FL 32796

**GUARANTOR EMPLOYER** UNEMPLOYED

PHONE NO. 321-289-3761   RELAT TO PT. SELF

**PERSON TO NOTIFY ADDRESS**   RELAT TO PT FAMILY OTH
BAYLESS,JOAN
1754 POINCIANA CR
TITUSVILLE,FL 32796

NEXT OF KIN/ADDRESS   RELAT TO PT.

HOME PHONE 321-289-3761   OTHER PHONE 321-289-0143   HOME PHONE   OTHER PHONE

### DIAGNOSIS / PROCEDURES

PRINCIPAL DIAGNOSIS ____   SURGICAL PROCEDURES ____

SECONDARY DIAGNOSIS ____

### PHYSICIAN MEDICAID CERTIFICATION
This is to certify that inpatient hospital services are needed:
Date: ____   Physician's Signature: ____

### ACCIDENT INFORMATION / CONDITIONS
| ACCIDENT DATE/TIME | ACCIDENT INFORMATION | REASON FOR VISIT |
|---|---|---|

### ADMISSION / REGISTRATION
| ADMIT DATE/TIME | ADMISSION SOURCE | COMMENTS | |
|---|---|---|---|
| 09/05/14  0647 | | | |

### PHYSICIANS
| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | EMERGENCY PHYSICIAN |
|---|---|---|
| PRIMARY CARE PHYSICIAN | FAMILY PHYSICIAN | OTHER PHYSICIAN |

REV. 03/2012   FORM  E529

BAYLESSR_PARRMC_MDR00172



BAYLESSR_PARRRMC_MDR00173

**JE-007 Page 175 of 364**

BAYLESSR_PARRMC_MDR00174

BAYLESSR_PARRMC_MDR00175

**BAYLESS, SARAH N**
**Fac: PARRISH MEDICAL CENTER**

09/05/14 07:09
Urinalysis with reflex to C/S Stat
    Comment:
    Specimen: Has been collected
    Urea Source: Clean Catch
Urine Culture Reflex Stat
    HIC Source: UC
    Specimen Description:

09/05/14 07:18
Azithromycin [Zithromax]  1,000 mg PO .STK-MED ONE
Ondansetron [Zofran-Odt (Oral Disintegrating Tab)]  4 mg PO .STK-MED ONE

09/05/14 07:19
Ceftriaxone Sodium (Rocephin)  250 mg .ROUTE .STK-MED ONE

09/05/14 07:30
C.Trach/N.Gonorrheoea,AMP, RNA Stat
    Comment:
    Specimen: Send someone from the department to collect
    SPECIMEN SOURCE :  ENDOCERVIX
Wet Prep for Trichomonas Stat
    Comment:
    HIC Source: Endocervix
    Specimen: Has been collected
    Specimen Description:

**VITALS**

| | Temp | Pulse | Resp | BP | Pulse Ox |
|---|---|---|---|---|---|
| 09/05/14 06:51 | 98.1 F | 69 | 18 | 209/101 H | 98 |

**PROCEDURES**

COMPREHEN INTERVIEW/EVAL (09/05/14)
EBDOSC POLYTECTOMY OF LG INTEST (12/18/03)
INJECT ANTIBIOTIC (09/05/14)
INJECT/INFUSE NEC (08/11/13)
LIMITED INTERVIEW/EVALUA (01/25/06)

**MICROBIOLOGY**

09/05/14  Urine  Urine Culture - Final
        No pathogens isolated.
09/05/14  Endocervix  Trichomonas Preparation - Final

---

**BAYLESS, SARAH N**
**Fac: PARRISH MEDICAL CENTER**

**MEDICATIONS**

Discontinued Medications

Azithromycin (Zithromax) 1,000 mg PO ONE ONE
    Stop: 09/05/14 07:06
    Last Admin: 09/05/14 07:06  Dose  1,000 MG

Azithromycin (Zithromax) Confirm Administered Dose 1,000 mg PO .STK-MED ONE
    Stop: 09/05/14 07:19
Ceftriaxone Sodium (Rocephin)  250 mg IM ONE ONE
    Stop: 09/05/14 07:06
    Last Admin: 09/05/14 07:06  Dose  250 MG

NAR IM Injection Site
    Comment:   09/05/14 07:39   IPM   Days 09/05/14 07:39   IPM   admin:
    Injection Site
    IM Injection Site              Left Deltoid

Ceftriaxone Sodium (Rocephin) Confirm Administered Dose 250 mg .ROUTE .STK-MED ONE
    Stop: 09/05/14 07:20
Ondansetron HCl (Zofran-Odt (Oral Disintegrating Tab)) 4 mg PO ONE ONE
    Stop: 09/05/14 07:07
    Last Admin: 09/05/14 07:30  Dose  4 MG

Ondansetron HCl (Zofran-Odt (Oral Disintegrating Tab)) Confirm Administered Dose 4 mg PO .STK-MED ONE
    Stop: 09/05/14 07:19

**LABORATORY EXAMS**

| | 09/05/14 07:09 | 09/05/14 07:30 |
|---|---|---|
| Urine Color | Yellow | |
| Urine Appearance | Clear | |
| Urine pH | 7.5 | |
| Ur Specific Gravity | 1.023 | |
| Urine Protein | Trace H | |
| Urine Ketones | Negative | |
| Urine Occult Blood | Negative | |
| Urine Nitrite | Negative | |
| Urine Bilirubin | Negative | |
| Urine Urobilinogen | 1.0 | |
| Ur Leukocyte Esterase | Negative | |
| Urine RBC | 1 | |
| Urine WBC | 1 | |
| Ur Epithelial Cells | 1 | |
| Hyaline Casts | 4 H | |
| Urine Glucose | Negative | |

---

BAYLESSR_PARRMC_MDR00176

BAYLESS, KAREN N
Fort BAXTER MEDICAL CENTER                    Page 1
IP:                              Med Rec Num:          Visit:

LABORATORY EXAMS - Continued

| C trachomatis RNA | Not detected |
| N gonorrhoeae RNA | Not detected |

### ED CARE TEAM

Visit Care Team          Role                      Provider Type
MICHAEL JOHN DONALDIN, MD
                         Emergency Service         Physician

    Specialty:   Emergency Medicine
    Address:     457 N, WASHINGTON AVE., TITUSVILLE, FL, 32796
    Phones:      321-269-4230

PRIMARY HEALTH ALLIANCE
                         Primary Care Provider     JENSON - BRANDON CONSERVIES

    Specialty:   No specialty specified
    Address:     341 E WASHINGTON AVE, STE 140, TITUSVILLE, FL, 32796
    Phones:      321 269 4243

### DISCHARGE DATA

ED Provider                  DONATTON, MICHAEL JOHN
Status                       OUT
Time Seen by Provider        10/25/18 17:15
Acuity                       Stable
Disposition                  10/25/18 19:11
Emergency Discharge Disp/Dest   VAD 12/18 19:12
Emergency Discharge Disp/Criteria   HOME
Clinical Impression          Vaginal bleeding
Emergency Discharge Comment:
Discharge Information         Last Done
Vital Signs                  10/25/18 13:20

                    | Query | Result |
                    | Pain Level | 7 |

Discharge Assessment         9:49:14 13:29
Anticipated Assessment
Saline Lock Discontinued
Tests Ordered         Sexually Transmitted Diseases (10)
Tried & Not Taken
Prescriptions
Visit Report
  • Format
  Referrals:      ALLIANCE,EDWARD HEALTH (Primary Care Provider)
                  DONATTON, VIKTA M, MD (Physician)
  • Additional text:  Please follow up your blood pressure with your doctor as it

---

BAYLESS, KAREN N
Fort BAXTER MEDICAL CENTER                    Page 2
IP:                              Med Rec Num:          Visit:

DISCHARGE DATA - Continued
        is high, please return if you develop any distance,
        dizziness, chest pain, etc.

### User Key

| Mnemonic | Mnemonic | Name | Provider Type |
|---|---|---|---|
| IRV | VITAM | VITA,ILL R | Registered Nurse |
| SEVY | WILLISE | WILLIAMSON,SHEENA EVORNE | Registered Nurse |
| SHM | MARTISH | MARTIN,SHAGBALEE M | Registered Nurse |

**JE-007 Page 178 of 364**

**PARRISH MEDICAL CENTER**
**951 North Washington Avenue**
**Titusville, FL 32796**

PT NAME:  BAYLESS,RAEANN M
ATTENDING:
DOB: █████████
SEX:  F    RACE: W    AGE: 49
ADM/SERV DATE: 09/05/14

ROOM #:
MED REC █████████
ACCT #: █████████
LOCATION: ER
DISCHARGE DATE:

cc:

<u>**Female Urogenital HPI**</u>

**- General**
**Chief complaint:** Bleed, Vaginal
**Time Seen by Provider:** 09/05/14 07:03
**Information Source:** Patient
**Mode of Transport:** Ambulatory

**- History of Present Illness**
**Initial comments:**
49 yo F hx Hysterectomy 1 year ago p/w vaginal spotting without pain x 3 in past 4 months when she has had sex, also states she thinks she may be able to feel the mesh at the back of the vaginal wall. Patient denies f/c, cp, sob, n/v/d, motor/sensory defecit or dysuria, states she may have had HIV and STD exposure
**MD Complaint:** Vaginal bleeding
**Onset/Timing:** 4
**-:** Month(s)
**Location: Reports: Other (vagina)**
**Severity:** Mild
**Improves with:** Other (time)
**Worsens with:** Intercourse
**Pregnant:** No
**Associated Symptoms: Reports: Denies other symptoms.** Denies: Vaginal discharge, Abdominal pain, Nausea/vomiting, Fever/chills, Headaches, Dysuria, Shortness of breath

**- Related Data**
**Sexually active:** Yes

Home Medications

| Medication | Instructions | Recorded | Confirmed |
|---|---|---|---|
| Lisinopril [Lisinopril] | 20 mg PO DAILY | 09/05/14 | 09/05/14 |

**Allergies**

| Allergy/AdvReac | Type | Severity | Reaction | Status | Date / Time |
|---|---|---|---|---|---|
| No Known Allergies | Allergy | | | Verified | 09/05/14 07:07 |

Emergency Room Record

D: HOMERMJ 09/05/14 0704

T:  MJH 09/05/14 0704

Page 1 of 4

BAYLESSR_PARRMC_MDR00177

**PARRISH MEDICAL CENTER**
**951 North Washington Avenue**
**Titusville, FL 32796**

PT NAME:  BAYLESS,RAEANN M                        MED REC ███████████
ADM/SERV DATE:  09/05/14                          ACCT #: ███████████

**Past Medical History**

**- Past Medical History General**
**Medical history: Reports: Hypertension**
**Surgical history: Reports: Cholecystectomy, Bilateral tubal ligation, Hysterectomy**
**Family history: Reports: No significant family history**

**- Social History-Smoking see MU**
**Alcohol use: Reports: None**
**Drug use: Reports: None**

**Review of Systems**
**All systems:** Reviewed and negative except as stated.
**Constitutional:** Denies: Fever, Chills
**ENT:** Denies: Throat pain
**Cardiovascular:** Denies: Chest pain, Palpitations
**Respiratory:** Denies: Cough, Dyspnea, Wheezes
**Gastrointestinal:** Denies: Abdominal pain, Nausea, Vomiting, Diarrhea
**Genitourinary:** Denies: Dysuria
**Musculoskeletal:** Denies: Back pain
**Integumentary:** Denies: Rash
**Neurological:** Denies: Headache

**Physical Exam**

**- General**
**General Appearance Adult:** Alert, In no apparent distress

**- Head**
**Head exam:** Atraumatic

**- Eye**
**Eye exam: Present: PERRL, EOMI**

**- ENT**
**ENT exam:** Normal exam

**- Neck**
**Neck exam: Present: Normal inspection, Tenderness, Meningismus, Full ROM.** Absent:
Lymphadenopathy, Thyromegaly

**- Chest**
**Chest inspection: Present: Symmetric chest wall rise**

**- Respiratory**
**Respiratory exam: Present: Normal lung sounds bilaterally.** Absent: Respiratory distress,
Wheezes, Rales, Rhonchi, Stridor

**- Cardiovascular**

Emergency Room Record

D: HOMERMJ 09/05/14 0704                          T:  MJH 09/05/14 0704
                          Page 2 of 4

BAYLESSR_PARRMC_MDR00178

**PARRISH MEDICAL CENTER**
**951 North Washington Avenue**
**Titusville, FL 32796**

PT NAME: BAYLESS,RAEANN M                           MED REC ▮▮▮▮▮▮▮
ADM/SERV DATE: 09/05/14                              ACCT #: ▮▮▮▮▮▮▮

**Cardiovascular Exam: Present: Regular rate, Normal rhythm**

**- Abdominal Exam**
**Abdominal exam: Present: Soft, Normal bowel sounds.** Absent: Distended, Tenderness, Guarding, Rebound, Rigid

**- GU**
**Speculum exam: Present: Other (Exposed mesh, slight, with no surrounding erythema or excoriation, no bleeding, os removed)**

**- Extremities Exam**
**Extremities exam: Present: Normal inspection, Full ROM.** Absent: Tenderness, Joint swelling

**- Back Exam**
**Back exam: Present: Full ROM.** Absent: Tenderness, CVA tenderness (R), CVA tenderness (L)

**- Neurological Exam**
**Neurological exam: Present: Alert, Oriented X3, Normal gait.** Absent: Motor sensory deficit

**- Skin**
**Skin exam: Present: Warm, Dry, Intact**

**Course**

**Vital Signs**

|                        | 09/05/14 06:51 |
|------------------------|----------------|
| Temperature            | 98.1 F         |
| Pulse Rate             | 69             |
| Respiratory Rate       | 18             |
| Blood Pressure         | 209/101 H      |
| O2 Sat by Pulse Oximetry | 98           |

**Medical Decision Making**

**- Lab Data**

**Lab Results**

|                     | 09/05/14 07:09 | Range/Units        |
|---------------------|----------------|--------------------|
| Urine Color         | Yellow         | (Yellow)           |
| Urine Appearance    | Clear          | (Clear)            |
| Urine pH            | 7.5            | ((5.0-7.5))        |
| Ur Specific Gravity | 1.023          | (1.005-1.025)      |
| Urine Protein       | Trace H        | ((NEGATIVE))       |

Emergency Room Record

D: HOMERMJ 09/05/14 0704                          T:  MJH 09/05/14 0704

Page 3 of 4

BAYLESSR_PARRMC_MDR00179

**PARRISH MEDICAL CENTER**
**951 North Washington Avenue**
**Titusville, FL 32796**

PT NAME:  BAYLESS,RAEANN M                          MED REC
ADM/SERV DATE:  09/05/14                            ACCT #:

| Urine Ketones | Negative | ((NEGATIVE)) |
|---|---|---|
| Urine Occult Blood | Negative | ((NEGATIVE)) |
| Urine Nitrite | Negative | ((NEGATIVE)) |
| Urine Bilirubin | Negative | ((NEGATIVE)) |
| Urine Urobilinogen | 1.0 | ((0.2-1.0)) MG/DL |
| Ur Leukocyte Esterase | Negative | ((NEGATIVE)) |
| Urine RBC | 1 | (0-2) HPF |
| Urine WBC | 1 | (0-2) HPF |
| Ur Epithelial Cells | 1 | (0-5) HPF |
| Hyaline Casts | 4 H | (0-2) LPF |
| Urine Glucose | Negative | |

**- Medical Decision Making**
Patient had hysterectomy 1 year ago, nonpainful scant spotting s/p intercourse in past 3 months,
questionable erosion of mesh, she has f/u with her oB/GYN, will treat for G/C and test for HIV at her
request, patient well appearing, eager to dc.

**Quality Measures**

**- Smoking Status**
**Smoking Status:** Current every day smoker
**Smoking Start Date:** 01/01/80

**Disposition**
**Clinical Impression:**
 Vaginal bleeding
**Disposition:** HOME
**Conditon at Disposition:** Improved
**Instructions:** Sexually Transmitted Diseases (ED)
**Additional Instructions:**
Please follow up your blood pressure with your doctor as it is high, please return if you develop any
headache, dizziness, chest pain, n/v
**Referrals:**
ALLIANCE,BREVARD HEALTH [Primary Care Provider] -
HATE,VIDYA N, MD [Physician] -

**- Vitals Question**
**I have personally reviewed the pt's vitals, pt can be depart: Yes**

E-Signed By:  HOMERICK, MICHAEL J. MD         E-Signed Date/Time:  09/05/14 0818

Emergency Room Record

D: HOMERMJ 09/05/14 0704                    T: MJH 09/05/14 0704

Page 4 of 4

BAYLESSR_PARRMC_MDR00180

**Parrish Medical Center *LIVE*** **Patient Order Summary**

**Page:** 1
**Date:** 09/05/14 00:29
**User:** MARTIN,MARJNALEE M

[redacted] **BAYLESS,RAEANN M** **Location:** ER **Medical Record Number:** [redacted]
49/F **Attending:** **Account Number:**
**Reason:** VAGINAL BLEED **Registration:** 09/05/14

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Routine Care | 4090-1070602372400 | In Process | 09/05/14 07:04 | MCMERICK,MICHAEL JOHN MD | MCMERICK,MICHAEL JOHN |

Ed Staff For Chaperone/Witness CHCE **Order Source:** Provider

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 09/05/14 07:06 | MCMERICK,MICHAEL JOHN | EPT021 | Order is Entered and Signed | NA |
| 1 | 09/05/14 07:06 | MCMERICK,MICHAEL JOHN | EPT021 | Reflex Order generated from Pelvic Exam Set-up | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Routine Care | 4090-1070602371402 | In Process | 09/05/14 07:04 | MCMERICK,MICHAEL JOHN MD | MCMERICK,MICHAEL JOHN |

Pelvic Exam Set-Up CHCE **Order Source:** Provider

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 09/05/14 07:06 | MCMERICK,MICHAEL JOHN | EPT021 | Order is Entered and Signed | NA |
| 1 | 09/05/14 07:06 | MCMERICK,MICHAEL JOHN | EPT021 | Ref ex Set: ED Vag Pack Orders generated | NA |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Microbiology (C 4090-1070602372404 | | Completed | 09/05/14 07:30 | MCMERICK,MICHAEL JOHN MD | MCMERICK,MICHAEL JOHN |

C.Trach/N.Gonorrhoeae,Amp. Dna Stat **Order Source:** Provider

Specimen Send someone from the department to collect

**SPECIMEN SOURCE:** ENDOCERVIX

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 09/05/14 07:06 | MCMERICK,MICHAEL JOHN | EPT021 | Order is Entered and Signed | NA |
| 1 | 09/05/14 07:06 | MCMERICK,MICHAEL JOHN | EPT021 | Reflex Order generated from Pelvic Exam Set-up | NA |
| 2 | 09/05/14 07:06 | Daemon,Background | IOMTEX10 | Status changed: **New:** Transmitted **Old:** Verified | NA |
| 3 | 09/05/14 07:06 | LAB - Daemon,Background | ISMTCM03 | Status changed: **New:** Logged **Old:** Transmitted | NA |
| 4 | 09/05/14 07:47 | LAB - Daemon,Background | ISMTCM03 | Start Time edited: **New:** 07:30 **Old:** 07:04 | NA |
| 5 | 09/05/14 07:47 | LAB - Daemon,Background | ISMTCM03 | Status changed: **New:** In Process **Old:** Logged | NA |
| 6 | 09/05/14 12:16 | LAB - Daemon,Background | ISMTCM03 | Status changed: **New:** Completed **Old:** In Process | NA |

BAYLESSR_PARRMC_MDR00181

BAYLESSR_PARRMC_MDR00182

| Parrish Medical Center *LIVE* | | | | Patient Order Summary | | Page: 2 |
|---|---|---|---|---|---|---|

Date: 09/05/14 00:29
User: MARTIN,JEANNALEE M

**BAYLESS,RAEANN M**  Location: ER  Medical Record Number:
ER  Attending:  Account Number:
Reason: VAGINAL BLEED  Registration: 09/05/14

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| Serology | (395-100602234000) CBG w/Diff | 09/05/14 03:30 | MCKENZIE,MICHAEL JOHN MD | MCKENZIE,MICHAEL JOHN |
| | Rapid Plasma Reagin (Rpr) | Stat | Order Source: Provider | |
| | Stop Reason: Patient Discharged | | | |
| Specimen | Has been collected | | | |

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 09/05/14 07:06 | MCKENZIE,MICHAEL JOHN | ERT32 | Order is Entered and Signed | NA |
| 2 | 09/05/14 07:06 | MCKENZIE,MICHAEL JOHN | ERT32 | Reflex Order generated from Pelvic Exam Fetus: | NA |
| 3 | 09/05/14 07:26 | MARTIN,JEANNALEE M | ERT303 | Order is Collected | NA |
| 4 | 09/05/14 07:26 | MARTIN,JEANNALEE M | ERT303 | Start Time edited: | NA |
| | | | | New: 0726 | |
| | | | | Old: 0726 | |
| 5 | 09/05/14 07:26 | MARTIN,JEANNALEE M | ERT303 | Query Specimen edited: | NA |
| | | | | New: Has been collection | |
| | | | | Old: Waits/Done provider to collect | |
| 6 | 09/05/14 07:26 | MARTIN,JEANNALEE M | ERT303 | Status Changed: | NA |
| | | | | New: Verified | |
| | | | | Old: In collection | |
| 7 | 09/05/14 07:27 | MARTIN,JEANNALEE M | LBT_69 | Status Changed: | NA |
| | | | | New: Transmitted | |
| | | | | Old: Verified | |
| 8 | 09/05/14 07:29 | LAB - Reamon,Background | LBTUMOD | Status Changed: | NA |
| | | | | New: Logged | |
| | | | | Old: Transmitted | |
| 9 | 09/05/14 09:24 | LAB - VUTGUALENDA,ERICA G | LBTUMOD | Status Changed: | NA |
| | | | | New: Cancelled | |
| | | | | Old: Logged | |

| Hematology | (395-100602234000) | Completed | 09/05/14 03:30 | MCKENZIE,MICHAEL JOHN MD | MCKENZIE,MICHAEL JOHN |
| | Wet Prep for Trichomonas | | Stat | Order Source: Provider | |
| RBC Source | Undervoided | | | | |
| Specimen | Has been collected | | | | |

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 09/05/14 07:06 | MCKENZIE,MICHAEL JOHN | ERT32 | Order is Entered and Signed | NA |
| 2 | 09/05/14 07:06 | MCKENZIE,MICHAEL JOHN | ERT32 | Reflex Order generated from Pelvic Exam Fetus: | NA |
| 3 | 09/05/14 07:29 | MARTIN,JEANNALEE M | ERT303 | Order is Collected | NA |
| 4 | 09/05/14 07:29 | MARTIN,JEANNALEE M | LBT303 | Start Time edited: | NA |

**JE-007 Page 184 of 364**

BAYLESSR_PARRMC_MDR00183

BAYLESSR_PARRRMC_MDR00184

| Parrish Medical Center *LIVE* | | | | Patient Order Summary | | Page: 4 |
|---|---|---|---|---|---|---|

Date: 09-07-14 06:09
User: MORRISON,RYAN RALEE M

| BAYLESS,RAEANN M | | | Location: 3N | | Medical Record Number: |
|---|---|---|---|---|---|

Attending:
Account Number:
Reason: VASCHAL CLISD
Registration: 09/05/14

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | | | | Old: Verified | |
| 1 | 09/05/14 07:00 | LAB - Foreman,Background | [DRT7M0] | Status Changed: | NA |
| | | | | New: Logged | |
| | | | | Old: Retransmitted | |
| 4 | 09/05/14 09:20 | LAB - HOMMANINES,LARIA M | [LRT230] | Status Changed: | NA |
| | | | | New: Cancelled | |
| | | | | Old: Logged | |

Health Study | 4045-00009774033 | Cancelled | 09/06/14 05:05 | MORRATIN,MICHAEL JOHN ME | MORRISON,MICHAEL JOHN

Order Source: Provider

IHC w/Diff (Complete Blood Count Now Diff)Stat
Stop Reason: Patient Discharged

Specimen: Send comments from the department to collect

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 09/06/14 05:04 | MORRISON,MICHAEL JOHN | KRT003 | Order is Entered and Signed | NA |
| 4 | 09/06/14 05:05 | Foreman,Background | LRT2345 | Status Changed | NA |
| | | | | New: Transmitted | |
| | | | | Old: Verified | |
| 5 | 09/06/14 05:05 | LAB - Foreman,Background | [DRT7M0] | Status Changed | NA |
| | | | | New: Logged | |
| | | | | Old: Transmitted | |
| 4 | 09/05/14 09:20 | LAB - HOMMANINES,LARIA M | [LRT230] | Status Changed | NA |
| | | | | New: Cancelled | |
| | | | | Old: Logged | |

Urinalysis | 4095-00000223-4053 | Completed | 09/06/14 05:05 | MORRATIN,MICHAEL JOHN ME | MORRISON,MICHAEL JOHN

Order Source: Provider

Urinalysis With Reflex to C/S Stat
has been collected

Specimen: Clean Catch

Urine Source: Clean Catch

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 09/06/14 05:04 | MORRISON,MICHAEL JOHN | KRT003 | Order is Entered and Signed | NA |
| 2 | 09/06/14 07:59 | WILLIAMSON,PREENA EVONNE | IRT002 | Ready to Collection | NA |
| 3 | 09/06/14 07:59 | WILLIAMSON,CHELSEA EVONNE | IRT002 | Start Lab edited | NA |
| | | | | New: Start | |
| | | | | Old: Start | |
| 3 | 09/06/14 07:59 | WILLIAMSON,CHELSEA EVONNE | IRT002 | Urine Specimen Status | NA |
| | | | | New: Has been collected | |

BAYLESSR_PARRMC_MDR0185

| Parrish Medical Center *LIVE* | | | | Patient Order Summary | | Page: 5 |
|---|---|---|---|---|---|---|
| | | | | | | Date: 09/05/14 06:29 |
| | | | | | | User: MARTIN,JENNIALEE N |
| BAYLESS,RAEANN N | | | | Location: 1B | | Medical Record Number: |
| 13/F | | Attending: | | | | Account Number: |
| | | Reason: VAGINAL BLEED | | | | Registration: 09/05/14 |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|
| | | | | Old: Nurse/care provider to collect | |
| A | 09/05/14 07:08 | WILLIAMSON,SHEENA YVONNE | BATO07 | Status changed: | NA |
| | | | | New: Verified | |
| | | | | Old: Unreleased | |
| 5 | 09/05/14 07:08 | WILLIAMSON,SHEENA YVONNE | BATO07 | Status changed: | NA |
| | | | | New: Transmitted | |
| | | | | Old: Verified | |
| 4 | 09/05/14 07:08 | LAB - Dawson,Background | ICMT0807 | Status changed: | NA |
| | | | | New: Logged | |
| | | | | Old: Transmitted | |
| 3 | 09/05/14 07:12 | LAB - Dawson,Background | LABTST02 | Start time edited: | NA |
| | | | | New: 07:08 | |
| | | | | Old: 07:08 | |
| 2 | 09/05/14 07:12 | LAB - Dawson,Background | ICMT0807 | Status changed: | NA |
| | | | | New: In Process | |
| | | | | Old: Logged | |
| 1 | 09/05/14 07:18 | LAB - Dawson,Background | ICMT0812 | Status changed: | NA |
| | | | | New: Completed | |
| | | | | Old: In Process | |

Medication   4095.7024x755631   Completed   09/05/14 07:05   MCMASTER,MICHAEL JOHN MD   MCMASTER,MICHAEL JOHN MD
Acetaphin                                                        Order Source: Provider
Medication        Dose            Per
acetaminophen-O9/05/14 07:05      160 MG
Cefitinazole Iodide [Betadine]    160 MG
Route   Frequency              Other      PRN Reason      Days Hours   tot Vol      Dose      Clinical Indication
IV      ONE                    CON
        Stop Date/Time: 09/05/14 07:05

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 09/05/14 07:05 | MCMASTER,MICHAEL JOHN | BATO11 | Order as Entered and Signed | NA |
| | 09/05/14 07:05 | Dawson,Background | LABTST01 | Status changed: | NA |
| | | | | New: Transmitted | |
| | | | | Old: Verified | |
| | 09/05/14 07:05 | LAB - Dawson,Background | ICMT0807 | Order Type edited: | NA |
| | | | | New: N | |
| | | | | Old: | |
| 4 | 09/05/14 07:05 | LAB - Dawson,Background | ICMT0807 | Status changed: | NA |

**JE-007 Page 187 of 364**

BAYLESSR_PARRMC_MDR00186

| Parrish Medical Center *LIVE* | | | | Patient Order Summary | | Page: 6 |
|---|---|---|---|---|---|---|

Date: 09-09/14 06:29
User: BRETHM,CCWINHAIER M

| | BAYLESS,RAEANN M | | | Location: ER | | Medical Record Number: |
|---|---|---|---|---|---|---|

Attending:
Reason: VASINAL CLEED

Account Number:
Registration: 09/05/14

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

New: Pha Verified
Old: Transmitted
Status Changes
New: Completed
Old: Pha Verified

| Medications | 4353-8076422356632 | Completed | 09/05/14 06:05 | MCNEPICK,MICHAEL JOHN MD | MCNEPICK,MICHAEL JOHN |
|---|---|---|---|---|---|

Order Source: Provider

Medication
Discontinued 09/05/14 07:07
Azithromycin [Zithromax]

| Route | Frequency | | | |
|---|---|---|---|---|
| PO | ONE | | | |

Stop Date/Time: 09/05/14 07:07

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 09/05/14 6:1:5 | MCNEPICK,MICHAEL JOHN | STT241 | Order in Entered and Signed | NA |
| 2 | 09/05/14 6:1:5 | KawabatasKawabata | KONTESIO | Status Changes | NA |

New: Transmitted
Old: Verified

| | 09/05/14 6:1:5 | PHA - Pharmacy,background | KONTEMO | Order Type edited | NA |
|---|---|---|---|---|---|

New: M
Old:

| 4 | 09/05/14 07:07 | PHA - Pharmacy,background | KONTEMO | Status Changed | NA |
|---|---|---|---|---|---|

New: Pha Verified
Old: Transmitted

| 5 | 09/05/14 07:07 | PHA - Pharmacy,background | KONTEMO | Status Changed | NA |
|---|---|---|---|---|---|

New: Completed
Old: Pha Verified

| Medications | 4353-5004423356633 | Completed | 09/05/14 06:05 | MCNEPICK,MICHAEL JOHN MD | MCNEPICK,MICHAEL JOHN |
|---|---|---|---|---|---|

Zofran-Odt (Oral Disintegrating Tab)
Order Source: Provider

Medication
Discontinued 09/05/14 07:07
Ondansetron [Zofran-Odt (Oral Disintegrating Tab)]

| Route | Frequency | | | |
|---|---|---|---|---|
| PO | ONE | | | |

Stop Date/Time: 09/05/14 07:07

BAYLESSR_PARRMC_MDR00187

| Parrish Medical Center *LIVE* | | Patient Order Summary | | | Page: 7 |
|---|---|---|---|---|---|
| | | | | | Date: 09/05/14 06:29 |
| | | | | | User: MARTIN,FRANNETTE M |
| **BAYLESS,RAXANN M** | | Location: 1B | | Medical Record Number: | |
| 49/F | Attending: | | | Account Number: | |
| | Reason: VAGINAL BLEED | | | Registration: 09/05/14 | |

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 09/05/14 02:06 | DOMBADISH,MICHAEL JOHN | 290123 | Order is Entered and Signed | NA |
| 2 | 09/05/14 02:06 | Daemon,background | 12MEDSOL | Status Changed | NA |
| | | | | New: Transmitted | |
| | | | | Old: Verified | |
| 3 | 09/05/14 02:06 | PHA - Daemon,background | 12MEDSOL | Order Type Edited | NA |
| | | | | New: N | |
| | | | | Old: | |
| 4 | 09/05/14 02:06 | PHA - Daemon,background | 12MEDSOL | Status Changed | NA |
| | | | | New: Pha Verified | |
| | | | | Old: Transmitted | |
| 5 | 09/05/14 02:06 | PHA - Daemon,background | 12MEDSOL | Status Changed | NA |
| | | | | New: Completed | |
| | | | | Old: Pha Verified | |

Microbiology   4575-567/B1434000   Completed   09/05/14 01:09   MCKENZIE,MICHAEL JOHN MD   MCKENZIE,MICHAEL JOHN
PIC Source          UA-          Stat          Order Source: Provider
Urine Culture Reflex

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 09/05/14 07:09 | LAB - Daemon,background | 12MEDSOL | Signature is Necessary | NA |
| 2 | 09/05/14 07:09 | LAB - Daemon,background | 12MEDSOL | Order is Entered | NA |
| 3 | 09/05/14 07:09 | LAB - Daemon,background | 12MEDSOL | Status Changed | NA |
| | | | | New: Completed | |
| | | | | Old: In Process | |

Serology Chem   4575-567/B1343000   Cancelled   09/05/14 07:09   MCKENZIE,MICHAEL JOHN MD   MCKENZIE,MICHAEL JOHN
Free1 hcg, Quantitative, hcg          Stat          Order Source: Provider
Stop Reason: Patient Discharged
Specimen          Send sample from the department to Collect

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 09/05/14 07:17 | MCKENZIE,MICHAEL JOHN | 290123 | Order is Entered and Signed | NA |
| 2 | 09/05/14 07:17 | Daemon,background | 12MEDSOL | Status Changed | NA |
| | | | | New: Transmitted | |
| | | | | Old: Verified | |
| 3 | 09/05/14 07:17 | LAB - Daemon,background | 12MEDSOL | Status Changed | NA |
| | | | | New: Logged | |

**JE-007 Page 189 of 364**

**Parrish Medical Center *LIVE*** **Patient Order Summary**
**Page:** 3
**Date:** 09/07/14 00:09
**User:** MARTIN,SHAUNALEE M

[redacted] **BAYLESS,RAEANN M** **Location:** ER **Medical Record Number:** [redacted]
49/F **Attending:** **Account Number:**
**Reason:** VAGINAL BLEED **Registration:** 09/05/14

| Category | Order | Status | Start | Ord Provider | Entered By |
|---|---|---|---|---|---|

4 09/05/14 03:24 LAB - BUMGARDNER,KATIA M ISHTCMO3 — **Old:** Transmitted
Status Changed: NA
**New:** Cancelled
**Old:** Logged

Medications 4090-507161944100 Discontinued 09/05/14 07:18 MCMEKIN,MICHAEL JOHN MD
Zofran-Odt (Oral Disintegrating Tab) **Order Source:** Pyxis
Medication Dose Per
Discontinued 09/05/14 07:13
Ondansetron [Zofran-Odt (Oral Disintegrating Tab)] 4 MG
Route Frequency Sched PRN Reason Days Hours Tot Vol Doses Clinical Indication
PO .STK-MED ONE
Stop Date/Time: 09/05/14 07:19

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 09/05/14 07:18 | IHA - | ISHTCMO3 | No Signature is Necessary | NA |
| 2 | 09/05/14 07:18 | IHA - | ISHTCMO3 | Order is Entered in Pharmacy | NA |
| 3 | 09/05/14 07:18 | IHA - | ISHTCMO3 | Status Changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Not Verified | |

Medications 4090-507182046900 Discontinued 09/05/14 07:18 MCMEKIN,MICHAEL JOHN MD
Zithromax **Order Source:** Pyxis
Medication Dose Per
Discontinued 09/05/14 07:13
Azithromycin [Zithromax] 1,000 MG
Route Frequency Sched PRN Reason Days Hours Tot Vol Doses Clinical Indication
PO .STK-MED ONE
Stop Date/Time: 09/05/14 07:19

| | Date & Time | User | Device | Event | Acknowledged |
|---|---|---|---|---|---|
| 1 | 09/05/14 07:18 | IHA - | ISHTCMO3 | No Signature is Necessary | NA |
| 2 | 09/05/14 07:18 | IHA - | ISHTCMO3 | Order is Entered in Pharmacy | NA |
| 3 | 09/05/14 07:18 | IHA - | ISHTCMO3 | Status Changed: | NA |
| | | | | **New:** Completed | |
| | | | | **Old:** Not Verified | |

Medications 4090-507131834000 Discontinued 09/05/14 07:19 MCMEKIN,MICHAEL JOHN MD
Rocephin **Order Source:** Pyxis

BAYLESSR_PARRMC_MDR00188

BAYLESSR_PARRMC_MDR00189

| Parrish Medical Center *LIVE* | | | | Patient Order Summary | | Page: 9 Date: 09/05/14 00:29 User: MARTIN,/SPANDLER M | |
|---|---|---|---|---|---|---|---|
| 19/F | BAYLESS,RAEANN N | Attending: Reason: VAGINAL BLEED | | Location: 23 | | Medical Record Number: Account Number: Registration: 09/05/14 | |
| Category | Order | Status | Start | | Ord Provider | | Entered By |
| Medication | | Sean | | Pet | | | |
| Discontinued 09/05/14 09:29 | | | | | | | |
| Cefotaxime Sodium (Claforan) | | 250 MG | | | | | |
| Route | Frequency | Schd | PRN Reason | | Give Hours 1st Int | User | Clinical Indication |
| ROUTE | STAT-MED | ONE | | | | | |
| Stop Date/Time: 09/05/14 07:20 | | | | | | | |
| | Date & Time | User | | Device | Event | | Acknowledged |
| 1 | 09/05/14 07:13 | PHA - | | PENDING | No Signature is Necessary | | NA |
| 1 | 09/05/14 07:13 | PHA - | | RANDOM3 | Order is Entered in Pharmacy | | NA |
| 2 | 09/05/14 07:13 | PHA - | | RANDOM3 | Status Changed | | NA |
| | | | | | New: Completed Old: Non Verified | | |

Parrish Medical Center *LIVE*

Patient Name: RAEANN M BAYLESS
Medical Record #:

## Patient Health Summary
Compile Date: 09/05/14 08:26 EDT

| Patient Name | Address/Phone | Sex | Marital Status | Date of Birth | Medical Record # |
|---|---|---|---|---|---|
| RAEANN M BAYLESS | 1754 POINCIANA CR<br>TITUSVILLE, FL 32796<br>321-289-3761 | F | SINGLE | | |

| Pregnant | Language | Ethnicity | Race | Additional Races | Religion |
|---|---|---|---|---|---|
| No | English | Not Hispanic or Latino | WHITE | None Recorded | NO PREFERENCE |

**Support**

No Next of Kin Recorded

**Encounters**

| Encounter | Location | Register/Admit |
|---|---|---|
| Reg Emergency | PARRISH MEDICAL CENTER | 09/05/14 06:47 |

**Care Team Providers**

| Care Team Provider Name | Role | Phone | Provider Type |
|---|---|---|---|
| BREVARD HEALTH ALLIANCE | Primary Care Provider | 321-268-0267 | UNKNOWN - PARAGON CONVERSION |
| MICHAEL JOHN HOMERICK | Emergency Provider | 321-268-6130 | Physician |



**Guarantor Information**

| Guarantor Name | Address | Phone |
|---|---|---|
| BAYLESS,RAEANN M | 1754 POINCIANA CR<br>TITUSVILLE, FL 32796 | 321-289-3761 |

Date: 09/05/14 08:26 EDT

Page: 1

**BAYLESSR_PARRMC_MDR00190**

Patient Health Summary

Parrish Medical Center *LIVE*

Patient Name: RAEANN M BAYLESS
Medical Record #: ████████

## Allergies, Adverse Reactions, Alerts

| Allergen | Type | Severity | Reaction | Last Updated |
|----------|------|----------|----------|--------------|
| No Known Allergies | Allergy | | | 09/05/14 |

## Problems

| Active Problems | Diagnosis Date |
|-----------------|----------------|
| Vaginal bleeding | Not Recorded |

## Medications

| Medication | Dose | Route | Directions | Days | Qty |
|------------|------|-------|------------|------|-----|
| Lisinopril [Lisinopril] 20 MG Tablet | 20 Milligram | Oral | daily | | |

## Advanced Directives

| Directive | Response | Recorded Date/Time |
|-----------|----------|--------------------|
| Does patient have an advanced directive | No: DECLINED | 09/05/14 07:47 |
| Health Care Proxy | No | 09/05/14 06:48 |

## Immunizations

No Immunizations Recorded

## Vital Signs

| Vital Sign | Result | Reference | Recorded Date/Time |
|------------|--------|-----------|--------------------|
| Temperature | 98.1 F | 97 F-99.6 F | 09/05/14 06:51 |
| Pulse Rate | 69 BPM | 60-100 | 09/05/14 06:51 |
| Respiratory Rate | 18 RPM | 12-20 | 09/05/14 06:51 |
| Blood Pressure | 209/101 | 100/60-140/90 | 09/05/14 06:51 |
| O2 Sat by Pulse Oximetry | 98 % | 92-100 | 09/05/14 06:51 |

| Measurement | Result | Reference | Recorded Date/Time |
|-------------|--------|-----------|--------------------|
| Height | 1.78 m | | 09/05/14 06:51 |
| Weight | 73.482 kg | | 09/05/14 06:51 |

## Encounter Diagnoses

| Diagnosis | Diagnosis Date |
|-----------|----------------|
| Vaginal bleeding | Not Recorded |

Date: 09/05/14 06:26 EDT

Page: 2

BAYLESSR_PARRMC_MDR00191

Patient Health Summary

Parrish Medical Center *LIVE*

Patient Name: RAEANN M BAYLESS
Medical Record #: ▮▮▮▮▮▮

## Procedures

No Procedures Recorded

## Lab Results

| Test Name | Result/Comment | Unit | Reference | Date/Time |
|---|---|---|---|---|
| Urine Color | Yellow | | | 09/05/14 07:09 EDT |
| Urine Appearance | Clear | | | 09/05/14 07:09 EDT |
| Urine pH | 7.5 | | | 09/05/14 07:09 EDT |
| Urine Specific Gravity | 1.023 | | 1.005-1.025 | 09/05/14 07:09 EDT |
| Urine Protein | Trace H | | | 09/05/14 07:09 EDT |
| Urine Ketones | Negative | | | 09/05/14 07:09 EDT |
| Urine Occult Blood | Negative | | | 09/05/14 07:09 EDT |
| Urine Nitrite | Negative | | | 09/05/14 07:09 EDT |
| Urine Bilirubin | Negative | | | 09/05/14 07:09 EDT |
| Urine Urobilinogen | 1.0 | MG/DL | | 09/05/14 07:09 EDT |
| Urine Leukocyte Esterase | Negative | | | 09/05/14 07:09 EDT |
| Urine RBC | 1 | HPF | 0-2 | 09/05/14 07:09 EDT |
| Urine WBC | 1 | HPF | 0-2 | 09/05/14 07:09 EDT |
| Urine Epithelial Cells | 1 | HPF | 0-5 | 09/05/14 07:09 EDT |
| Urine Hyaline Casts | 4 H | LPF | 0-2 | 09/05/14 07:09 EDT |
| Urine Glucose | Negative | | | 09/05/14 07:09 EDT |

## Micro Results

| | |
|---|---|
| 09/05/14 07:09 EDT<br>Micro Urine Specimen | Urine Culture - Preliminary<br>In progress |
| 09/05/14 07:30 EDT<br>Micro Genital Specimen | Trichomonas Preparation - Final |

## Radiology Procedures

No Radiology Procedures Recorded

## Social History

| History | Response | Recorded Date/Time |
|---|---|---|
| Smoking Status | Current every day smoker | 09/05/14 08:18 |
| Smoking Start Date | 01/01/80 | 09/05/14 08:18 |

## Cognitive Status

No Cognitive Status Queries Recorded

## Functional Status

| Functional Observation | Response | Recorded Date/Time |
|---|---|---|

Date: 09/05/14 08:26 EDT

Page: 3

BAYLESSR_PARRMC_MDR00192

Patient Health Summary

Parrish Medical Center *LIVE*

Patient Name: RAEANN M BAYLESS
Medical Record #:

| Functional Status | Independent Ambulation | 09/05/14 06:51 |

## Family History

No Family History Queries Recorded

## Discharge Care Plan

| | |
|---|---|
| **Disposition** | HOME |
| **Instructions/ Education Provided** | Sexually Transmitted Diseases (ED) |
| **Prescriptions** | see Medication section |
| **Referrals** | ALLIANCE,BREVARD HEALTH [Primary Care Provider] - HATE,VIDYA N, MD [Physician] - |
| **Additional Instructions/ Education** | Please follow up your blood pressure with your doctor as it is high, please return if you develop any headache, dizziness, chest pain, n/v |

## Report(s)

No Reports Entered

Date: 09/05/14 06:26 EDT

Page: 4

BAYLESSR_PARRMC_MDR00193

```
RUN DATE: 09/08/14                Parrish Medical Center LAB *Live*              PAGE 1
RUN TIME: 0002                  CUMULATIVE DISCHARGE SUMMARY REPORT
```

<u>LOCATION</u>

| PATIENT: ███████████████ | ACCT: | LOC: ER | U: |
| | AGE/SX: 49/F | ROOM: | REG: 09/05/14 |
| REG DR: HOMERICK,MICHAEL J. MD | STATUS: DEP ER | BED: | DIS: |

**************************** DEPARTMENT OF LABORATORY MEDICINE ****************************

| URINALYSIS |
| --- |

```
   Date            SEP 5
   Time            0709                    Reference     Units
```

| | | | Reference | Units |
| --- | --- | --- | --- | --- |
| => Refrigerated UA (a) | | | | |
| => Urine Color | Yellow | | (Yellow) | |
| => Urine Character | Clear | | (Clear) | |
| => Urine Glucose | Negative | | | |
| => Urine Bilirubin | Negative | | ((NEGATIVE)) | |
| => Urine Ketones | Negative | | ((NEGATIVE)) | |
| => USpGr AUWI | 1.023 | | (1.005-1.025) | |
| => Ur Occ Blood | Negative | | ((NEGATIVE)) | |
| => Urine pH | 7.5 | | ((5.0-7.5)) | |
| => U PROTEIN CLIN | Trace | H | ((NEGATIVE)) | |
| => Urobilinogen.UR | 1.0 | | ((0.2-1.0)) | MG/DL |
| => Urine Nitrite | Negative | | ((NEGATIVE)) | |
| => Urine Leukocyte | Negative | | ((NEGATIVE)) | |
| => WBC.Urine | 1 | | (0-2) | HPF |
| => RBC.Urine | 1 | | (0-2) | HPF |
| => Epi.Urine | 1 | | (0-5) | HPF |
| => Hyaline Cast.UA | 4 | H | (0-2) | LPF |
| => Urine Bacteria | None seen | | (0-Trace) | HPF |

| REFERRED TESTING |
| --- |

```
   Date            SEP 5
   Time            0730                    Reference     Units
```

| | | Reference | Units |
| --- | --- | --- | --- |
| => C.Trach AMP RNA (A) | | (Not Detected | |

```
        (A)   Not Detected
              See also (b)

NOTES: (a)   Urine is refrigerated for preservation if testing is not
             performed within 2 hours.
       (b)   Quest Diagnostics #22522
             Performed/Referred by Quest Diagnostics Nichols Institute, Inc.
             14225 Newbrook Drive, Chantilly, VA  20153
```

| Patient: BAYLESS,RAEANN N | Age/Sex: 49/F | Acct | Unit |

BAYLESSR_PARRMC_MDR00194

```
RUN DATE: 09/08/14              Parrish Medical Center LAB *Live*              PAGE 2
RUN TIME: 0002               CUMULATIVE DISCHARGE SUMMARY REPORT

                                        LOCATION
```

| Patient: BAYLESS,RAEANN M | ▇▇▇▇▇▇▇ (Continued) |
| --- | --- |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\* DEPARTMENT OF LABORATORY MEDICINE (CONTINUED) \*\*\*\*\*\*\*\*\*\*\*\*\*\***

**REFERRED TESTING (CONTINUED)**

```
Date              SEP 5
Time              0730                        Reference    Units

=> N.Gon  AMP RNA  (B)                             (Not Detected

        (B)  Not Detected
             This test was performed using the APTIMA COMBO2(R)
             Assay (GEN-PROBE(R))
             The analytical performance characteristics of this
             assay, when used to test SurePath(R) specimens have
             been determined by Quest Diagnostics.
             THIS TEST WAS PERFORMED AT:
             Quest Diagnostics Nichols Institute
             14225 Newbrook Drive
             Chantilly, VA 20151-0841
             Kenneth Sisco, M.D., Ph.D.,Director of Laboratories
             See also (c)


NOTES:  (c)  Quest Diagnostics #22522
             Performed/Referred by Quest Diagnostics Nichols Institute, Inc.
             14225 Newbrook Drive, Chantilly, VA  20153
```

| Patient: BAYLESS,RAEANN M | Age/Sex: 49/F | Acct ▇▇▇ | Unit ▇▇▇ |
| --- | --- | --- | --- |

BAYLESSR_PARRMC_MDR00195

```
RUN DATE: 09/08/14              Parrish Medical Center LAB *Live*              PAGE 3
RUN TIME: 0002                CUMULATIVE DISCHARGE SUMMARY REPORT

                                         LOCATION
```

| Patient: BAYLESS,RAEANN M | (Continued) |
|---|---|

MICROBIOLOGY SPECIMEN SUMMARY

| Col Date | Time | Specimen # | Source | Sp Desc | P/F | Organisms |
|---|---|---|---|---|---|---|
| 09/05/14 | 0730 | 14:M0018283S | CERVIX | | F | <none> |
| 09/05/14 | 0709 | 14:M0018284S | URINE | | F | <none> |

Patient: BAYLESS,RAEANN M          Age/Sex: 49/F     Acct          Unit

BAYLESSR_PARRMC_MDR00196

```
RUN DATE: 09/08/14              Parrish Medical Center LAB *Live*           PAGE 4
RUN TIME: 0002                  CUMULATIVE DISCHARGE SUMMARY REPORT

                                        LOCATION
```

| Patient: BAYLESS,RAEANN M | ██████████ | (Continued) |
|---|---|---|

**DEPARTMENT OF LABORATORY MEDICINE (CONTINUED)**

**BACTERIOLOGY**

Source: Urine

Urine Culture Reflex          Final 09/07/14
                              No pathogens isolated

Source: Endocervix

Wet Prep for Trichmonas       Final 09/05/14
        Trichomonas:          None seen
        Yeast:                None seen
        Clue cells:           Many
        WBC's:                Many
        Epithelial cells:     Many

```
                             CANCELLED SPECIMENS
0905 C001275    CAN. Coll 09/05/14-0705 Recd: - (R00065916) HOMERICK,MICHAEL J: MD
     Ordered Basic Metabolic
     Comment: Patient Discharged
0905 R00064S    CAN. Coll 09/05/14-0705 Recd: - (R00065916) HOMERICK,MICHAEL J  MD
     Ordered: CBC & DIFF
     Comment: Patient Discharged
0905 SS00001S   CAN. Coll 09/05/14-0717 Recd: - (R00065930) HOMERICK,MICHAEL J, MD
     Ordered: HIV-1 RNA Quant
     Comment: Patient Discharged
0905 S00001S    CAN. Coll 09/05/14-0736 Recd: - (R00065944) HOMERICK,MICHAEL J: MD
     Ordered: RPR
     Comment: Patient Discharged
```

| Patient: BAYLESS,RAEANN M | Age/Sex: 49/F | Acct ████ | Unit ████ |
|---|---|---|---|

BAYLESSR_PARRMC_MDR00197

| Parrish Medical Center *LIVE* | | Page: 1 |
|---|---|---|
| | PCS Archive | Date: 09/06/14 02:21 |

**BAYLESS,RAEANN M**

| Fac: PARRISH MEDICAL CENTER | Loc:EP MAJOR CARE | Bed:- |
|---|---|---|
| 49 F | Med Rec Num: | Visit: |
| Attending: | | Reg Date:09/05/14 |
| Reason:VAGINAL BLEED | | |

## Discharge Data

| | |
|---|---|
| ED Provider: | HOMEPICK,MICHAEL JOHN |
| Status: | OFF |
| Time Seen by Provider: | 09/05/14 07:03 |
| Condition: | Stable |
| Triaged At: | 09/05/14 06:51 |

| | |
|---|---|
| Emergency Discharge Date/Time: | 09/05/14 08:30 |
| Emergency Discharge Disposition: | HOME |
| Clinical Impression | Vaginal bleeding |
| Emergency Discharge Comment: | |

| Discharge Intervention | Last Done |
|---|---|
| Vital Signs | 09/05/14 08:30 |

| Query | Result |
|---|---|
| Pain Level | 7 |

| Discharge Assessment | 09/05/14 08:29 |
|---|---|
| Admission Assessment | |
| Saline Lock Discontinued | |

| | |
|---|---|
| Instructions: | Sexually Transmitted Diseases (ED) |
| Stand-Alone Forms: | |
| Prescriptions: | |
| Visit Report | |
| - Forms: | |
| - Referrals: | ALLIANCE,BREVARD HEALTH (Primary Care Provider) |
| | HATE,VIDYA N, MD (Physician) |
| - Additional text: | Please follow up your blood pressure with your doctor as it |
| | is high, please return if you develop any headache, |
| | dizziness, chest pain, n/v |

## Vital Signs

| | Temp | Pulse | Resp | BP | Pulse Ox |
|---|---|---|---|---|---|
| 09/05/14 06:51 | 98.1 F | 69 | 18 | 209/101 H | 98 |

## Care Team

| Visit Care Team | Role | Provider Type |
|---|---|---|
| MICHAEL JOHN HEMERICK, MD | | |
| | Emergency Provider | Physician |

| | |
|---|---|
| Specialty: | Emergency Medicine |
| Address: | 951 N. WASHINGTON AVE., TITUSVILLE, FL, 32796 |
| Phone: | 321-268-6130 |
| Fax: | 321-268-6849 |
| Email: | |

Continued on Page 2
Legal Record

BAYLESSR_PARRMC_MDR00198

```
                                                                              Page: 2
BAYLESS,RAEANN M
Fac: PARRISH MEDICAL CENTER        Loc:ER MAJOR CARE           Bed:
49 F ███████████              Med Rec Num:████████            Visit:███████
BREVARD HEALTH ALLIANCE
                    Primary Care Provider       UNKNOWN - PARAGON CONVERSION

        Specialty:    No Specialty Specified
        Address:      800 N WASHINGTON AVE, STE 105, TITUSVILLE, FL, 32796
        Phone:        321-268-0267
        Fax:          321-268-2357
        Email:
```

### PCS Archive

**09/05/14 06:48**

| Item | Start | Status |
|---|---|---|
| ED Triage | 09/05/14 06:46 | Discharge |
| Freq: | | |
| Created   System (Rec: 09/05/14 06:48  System  ERIC12) | | |
| EMS Assessment | 09/05/14 06:48 | Discharge |
| Freq: | | |
| Created   System (Rec: 09/05/14 06:48  System  ERIC12) | | |
| Physical Assessment | 09/05/14 06:48 | Discharge |
| Text: Freq: | | |
| Created   System (Rec: 09/05/14 06:48  System  ERIC12) | | |
| Pain Assessment | 09/05/14 06:48 | Discharge |
| Text: Freq: | | |
| Created   System (Rec: 09/05/14 06:48  System  ERIC12) | | |
| Fall Risk Assessment Tool | 09/05/14 06:48 | Discharge |
| Freq: ONCE | | |
| Created   System (Rec: 09/05/14 06:48  System  ERIC12) | | |
| Mental Status Exam | 09/05/14 06:48 | Discharge |
| Text: Freq: | | |
| Created   System (Rec: 09/05/14 06:48  System  ERIC12) | | |
| Communication Assessment | 09/05/14 06:48 | Discharge |
| Freq: | | |
| Created   System (Rec: 09/05/14 06:48  System  ERIC12) | | |
| Domestic Abuse Screening | 09/05/14 06:46 | Discharge |
| Freq: ONCE | | |
| Created   System (Rec: 09/05/14 06:48  System  ERIC12) | | |
| Advanced Directives | 09/05/14 06:46 | Discharge |
| Freq: | | |
| Created   System (Rec: 09/05/14 06:48  System  ERIC12) | | |
| Critical Results | 09/05/14 06:48 | Discharge |
| Freq: | | |
| Created   System (Rec: 09/05/14 06:48  System  ERIC12) | | |
| ED Critical Care Time | 09/05/14 06:48 | Discharge |
| Freq: | | |
| Created   System (Rec: 09/05/14 06:48  System  ERIC12) | | |
| Intake and Output | 09/05/14 06:48 | Discharge |
| Text: Freq: | | |
| Created   System (Rec: 09/05/14 06:48  System  ERIC12) | | |

Continued on Page 3
Legal Record

| | | Page: 3 |
|---|---|---|
| **BAYLESS, RAEANN M** | | |
| **Fac:** PARRISH MEDICAL CENTER | **Loc:** ER MAJOR CARE | **Bed:** |
| 49 F | **Med Rec Num** | **Visit:** |

| | | |
|---|---|---|
| Initiate IV Access | | Start: 09/05/14 06:48 |
| Freq: | | Status: Complete |
| Created      System  (Rec: 09/05/14 06:48   System  ERTC12) | | |
| Wound Assessment | | Start: 09/05/14 06:48 |
| Text: | | Status: Discharge |
| Freq: | | |
| Created      System  (Rec: 09/05/14 06:48   System  ERTC12) | | |
| Vital Signs | | Start: 09/05/14 06:48 |
| Text: | | Status: Discharge |
| Freq:   QCH | | |
| Created      System  (Rec: 09/05/14 06:48   System  ERTC12) | | |
| Discharge Assessment | | Start: 09/05/14 06:48 |
| Freq: | | Status: Discharge |
| Created      System  (Rec: 09/05/14 06:48   System  ERTC12) | | |
| Admission Assessment | | Start: 09/05/14 06:48 |
| Text: | | Status: Discharge |
| Freq: | | |
| Created      System  (Rec: 09/05/14 06:48   System  ERTC12) | | |
| Saline Lock Discontinued | | Start: 09/05/14 06:48 |
| Freq: | | Status: Discharge |
| Created      System  (Rec: 09/05/14 06:48   System  ERTC12) | | |
| **09/05/14 06:51** | | |
| ED Triage | | Start: 09/05/14 06:48 |
| Freq: | | Status: Discharge |
| Document    JRV  (Rec: 09/05/14 06:55  JRV  ERTC12) | | |

```
ED Triage
   In Quick
      In Quick                              No
   Arrival
      Mode of Transport                     Ambulatory
      Functional Status                     Independent Ambulation
      Information Source                    Patient
      Chief Complaint                       Bleed, Vagina
      Onset Date                            09/06/14
      Description of Symptoms               PT STATES VAG BLEEDING WITH
                                            INTERCOURSE. HX OF VAGINAL
                                            MESH. ALSO REQUESTING STD AND
                                            HIV TESTTING. DID NOT TAKE BP
                                            MEDS TODAY
   Height
      Height                                1.70 m
   Weight
      Weight                                73.482 kg
      Weight Measurement Method             Estimated by Pt./Staff
   Temperature
      Temperature (97 F-99.6 F)             98.1 F
      Temperature Source                    Oral
   Pulse
      Pulse Rate (60-100 beats/min)         69
   Respirations
      Respiratory Rate (12-20 breaths/min)  18
      Pulse Oximetry % (92-100)             98
   Blood Pressure
      Blood Pressure (100/60-140/90 mm Hg)  209/101
      Blood Pressure Mean (mm Hg)           137
```

Continued on Page 4
Legal Record

BAYLESSR_PARRMC_MDR00200

BAYLESS,RAEANN M

| | | Page: 4 |
|---|---|---|
| Fac: PARRISH MEDICAL CENTER | Loc:ER MAJOR CARE | Bed:- |
| 49 F ▮▮▮▮▮ | Med Rec Num ▮▮▮▮▮ | Visit ▮▮▮▮▮ |

Pain
  Pain Location                                            VAGINAL
  Pain Level                                              3
  Pain Description                                      Hurts
Patient Medical History
  Medical history                                     Hypertension
  Surgical history                                    Cholecystectomy
                                              Bilateral tubal ligation
                                              Hysterectomy
Vaccination History
  Hx Tetanus, Diphtheria Vaccination            No
  Hx Influenza Vaccination                         No
Social History
  Hx Alcohol Use                                   Yes: OOH
  Hx Substance Use                                 Yes: COCAINE
  Smoking Status                                   Current every day smoker
  Smoking Start Date                             01/01/80
  Cigarettes Packs Per Day                    0.5
Priority
  Priority                                       3 Urgent
Hospitalization
  Within 30 days?                                   No

**09/05/14 06:55**

Physical Assessment                               Start:  09/05/14 06:48
Text:                                           Status: Discharge
Freq:
  Edit Status  JRV  (Rec: 09/05/14 06:55  JRV  ERTC12)
    Active

Physical Assessment                               Start:  09/05/14 06:48
Text:                                           Status: Discharge
Freq:
  Edit Start  JRV  (Rec: 09/05/14 06:55  JRV  ERTC12)
   =>09/05/14 06:48

Fall Risk Assessment Tool                          Start:  09/05/14 06:48
Freq:   ONCE                                     Status: Discharge
  Edit Status  JRV  (Rec: 09/05/14 06:55  JRV  ERTC12)
    Active

Fall Risk Assessment Tool                          Start:  09/05/14 06:48
Freq:   ONCE                                       Status: Discharge
  Edit Start  JRV  (Rec: 09/05/14 06:55  JRV  ERTC12)
   =>09/05/14 06:48

Mental Status Exam                                  Start:  09/05/14 06:48
Text:                                           Status: Discharge
Freq:
  Edit Status  JRV  (Rec: 09/05/14 06:55  JRV  ERTC12)
    Active

Mental Status Exam                                  Start:  09/05/14 06:48
Text:                                           Status: Discharge
Freq:
  Edit Start  JRV  (Rec: 09/05/14 06:55  JRV  ERTC12)
   =>09/05/14 06:48

Communication Assessment                          Start:  09/05/14 06:48
Freq:                                           Status: Discharge
  Edit Status  JRV  (Rec: 09/05/14 06:55  JRV  ERTC12)
    Active

Continued on Page 5
Legal Record

BAYLESSR_PARRMC_MDR00201

Page: 5

**BAYLESS,RAEANN M**

Fac: PARRISH MEDICAL CENTER      Loc:ER MAJOR CARE      Bed:–

49 F      Med Rec Num:      Visit:

| | | |
|---|---|---|
| Communication Assessment | Start: | 09/05/14 06:48 |
| Freq: | Status: | Discharge |
| Edit Start   JRV  (Rec: 09/05/14 06:55  JRV  ERTC12) | | |
| =>09/05/14 06:48 | | |
| Domestic Abuse Screening | Start: | 09/05/14 06:48 |
| Freq:   ONCE | Status: | Discharge |
| Edit Status  JRV  (Rec: 09/05/14 06:55  JRV  ERTC12) | | |
| Active | | |
| Domestic Abuse Screening | Start: | 09/05/14 06:48 |
| Freq:   ONCE | Status: | Discharge |
| Edit Start   JRV  (Rec: 09/05/14 06:55  JRV  ERTC12) | | |
| =>09/05/14 06:48 | | |
| Advanced Directives | Start: | 09/05/14 06:46 |
| Freq: | Status: | Discharge |
| Edit Status  JRV  (Rec: 09/05/14 06:55  JRV  ERTC12) | | |
| Active | | |
| Advanced Directives | Start: | 09/05/14 06:46 |
| Freq: | Status: | Discharge |
| Edit Start   JRV  (Rec: 09/05/14 06:55  JRV  ERTC12) | | |
| =>09/05/14 06:48 | | |
| Vital Signs | Start: | 09/05/14 06:48 |
| Text: | Status: | Discharge |
| Freq:   Q2H | | |
| Edit Status  JRV  (Rec: 09/05/14 06:55  JRV  ERTC12) | | |
| Active | | |
| Vital Signs | Start: | 09/05/14 06:48 |
| Text: | Status: | Discharge |
| Freq:   Q2H | | |
| Edit Start   JRV  (Rec: 09/05/14 06:55  JRV  ERTC12) | | |
| =>09/05/14 06:48 | | |
| Vital Signs | Start: | 09/05/14 06:48 |
| Text: | Status: | Discharge |
| Freq:   Q2H | | |
| Frequency   JRV  (Rec: 09/05/14 06:55  JRV  ERTC12) | | |
| **09/05/14 07:00** | | |
| Physical Assessment | Start: | 09/05/14 06:48 |
| Text: | Status: | Discharge |
| Freq: | | |
| Document    SEW  (Rec: 09/05/14 07:02  SEW  ERTC03) | | |
| Female Reproductive Assessment | | |
|    Vagina | | |
|      Genitalia Condition | Discharge | |
|      Vaginal Discharge Amount | Small | |
|      Discharge Color | White | |
|      Discharge Odor | Foul | |
|      Vaginal Bleeding Amount | Spotting | |
|      Vaginal Bleeding Description | Bright Red | |
| Fall Risk Assessment Tool | Start: | 09/05/14 06:48 |
| Freq:   ONCE | Status: | Discharge |
| Document    SEW  (Rec: 09/05/14 07:02  SEW  ERTC03) | | |
| Fall Risk Assessment | | |
|    Fall Risk Indicator Description | | |
|      **Apply findings as: | All Normal (Indicate | |
| | Exceptions) | |
|      Communication Deficits | No | |

Continued on Page 6
Legal Record

BAYLESSR_PARRMC_MDR00202

Page: 6

**BAYLESS,RAEANN M**

| | | |
|---|---|---|
| **Fac:** PARRISH MEDICAL CENTER | **Loc:** ER MAJOR CARE | **Bed:** |
| 49 F | **Med Rec Num:** | **Visit:** |

Query Text:Inability to make basic needs
known to staff.
Cognitive or mobility impairment

Impaired Cognition                                    No
  Query Text:Difficulty understanding,
  reasoning and/or remaining oriented to
  people, place, and time.
  (Confusion, Forgetful, Dementia,
  Sedation, Intoxicated/DT's)
Altered Bowel/Bladder Elimination                     No
  Query Text:Any altered bowel and/or
  bladder function issue related to
  Incontinence, retention,and/or infection
  .
Lower/Upper Extremity Weakness or                     No
Paralysis
Sensory Deficits                                      No
  Query Text:Deficits in hearing, sight,
  or touch.
Ambulation Concerns                                   No
  Query Text:Unsteady Gait, Poor Balance,
  Uncoordinated
Under 3 years of Age                                  No
Diagnosis Contributing to Falls                       No
  Query Text:COPD, Cancer with Mets,
  Osteoporosis, CVA, Dizziness, Low
  Caloric Intake, Hx of Fracture, Frail)
History of Previous Fall                              No
Poor Judgement                                        No
Special Medications                                   No
  Query Text:Diuretics: Lasix
  Benzodiazepines: Restoril, Ativan, Xanax
  , Klonopin, Midazolam, Librium, Valium,
  Tranxene
  Narcotics
  Antidepressants: Zoloft
  Anticonvulsants: Depakote
  Anticoagulants
Fall Risk Total Score                                  0
High Risk for Fall                                    No

| | | |
|---|---|---|
| Mental Status Exam | **Start:** 09/05/14 06:48 | |
| Text: | **Status:** Discharge | |

Freq:
Document      SEM  (Rec: 09/05/14 07:02  SEM  ERTC02)
Psych/Suicide Risk Assessment
  Mental Status Exam
    Patient Appearance                                Well Groomed
  Suicide Risk Assessment
    Suicidal Ideation Description                     None

| | | |
|---|---|---|
| Communication Assessment | **Start:** 09/05/14 06:48 | |
| Freq: | **Status:** Discharge | |

Document      SEM  (Rec: 09/05/14 07:02  SEM  ERTC02)
Communication Assessment
  Language
    Interpreter Required                              No

Continued on Page 7
Legal Record

BAYLESSR_PARRMC_MDR00203

**BAYLESS,RAEANN M**

Fac: PARRISH MEDICAL CENTER     **Loc:**ER MAJOR CARE     **Bed:**-

49 F     **Med Rec Num:**     **Visit:**

Query Text:(800)725-5254  ext 203197

| | |
|---|---|
| Domestic Abuse Screening | Start: 09/05/14 06:48 |
| Freq:  ONCE | Status: Discharge |
| Document  SEW  (Rec: 09/05/14 07:02  SEW  ERTC02) | |
| Domestic Abuse | |
| General | |
| Safety Concerns | Feels Safe At This Time |
| Child/Elderly 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(ABUSE) | |
| Rape Crisis 321-784-4357(HELP) | |
| Advanced Directives | Start: 09/05/14 06:48 |
| Freq: | Status: Discharge |
| Document  SEW  (Rec: 09/05/14 07:02  SEW  ERTC03) | |
| Advance Directives | |
| Advance Directives | |
| Does patient have an advanced directive  No | |
| Resuscitation | |
| Resuscitation Status  Full Code | |

**09/05/14 07:06**

| | |
|---|---|
| Initiate IV Access | Start: 09/05/14 06:48 |
| Freq: | Status: Complete |
| Edit Status  MJH  (Rec: 09/05/14 07:06  MJH  ERTC21) | |
| Active=>Complete | |
| ED Staff for Chaperone/Witness | Start: 09/05/14 07:04 |
| Freq:  ONCE | Status: Discharge |
| Created  MJH  (Rec: 09/05/14 07:06  MJH  ERTC21) | |
| Initiate IV Access | Start: 09/05/14 07:05 |
| Freq:  ONCE | Status: Discharge |
| Created  MJH  (Rec: 09/05/14 07:06  MJH  ERTC21) | |
| Pelvic Exam Set-up | Start: 09/05/14 07:04 |
| Freq:  ONCE | Status: Discharge |
| Created  MJH  (Rec: 09/05/14 07:06  MJH  ERTC21) | |
| Collect Specimen: Rapid Plasma Reagin (RPR) | Start: 09/05/14 07:36 |
| Freq:  ONCE | Status: Complete |
| Created  MJH  (Rec: 09/05/14 07:06  MJH  ERTC21) | |
| Collect Specimen: Urinalysis with reflex to C/S | Start: 09/05/14 07:06 |
| Freq:  ONCE | Status: Complete |
| Created  MJH  (Rec: 09/05/14 07:06  MJH  ERTC21) | |
| Collect Specimen: Wet Prep for Trichomonas | Start: 09/05/14 07:36 |
| Endocervix | Status: Complete |
| Freq:  ONCE | |
| Created  MJH  (Rec: 09/05/14 07:06  MJH  ERTC21) | |

**09/05/14 07:08**

| | |
|---|---|
| Collect Specimen: Urinalysis with reflex to C/S | Start: 09/05/14 07:08 |
| Freq:  ONCE | Status: Complete |
| Document  SEW  (Rec: 09/05/14 07:08  SEW  ERTC03) | |
| Collect Specimen: Urinalysis with reflex to C/S | Start: 09/05/14 07:06 |
| Freq:  ONCE | Status: Complete |
| Edit Status  SEW  (Rec: 09/05/14 07:08  SEW  ERTC03) | |
| Active=>Completed | |

**09/05/14 07:36**

| | |
|---|---|
| ED Staff for Chaperone/Witness | Start: 09/05/14 07:04 |
| Freq:  ONCE | Status: Discharge |
| Document  SMM  (Rec: 09/05/14 07:36  SMM  ERTC02) | |
| Pelvic Exam Set-up | Start: 09/05/14 07:04 |
| Freq:  ONCE | Status: Discharge |

Continued on Page 8

Legal Record

BAYLESSR_PARRMC_MDR00204

Page: 8

**BAYLESS,RAEANN M**

| **Fac:** PARRISH MEDICAL CENTER | **Loc:** ER MAJOR CARE | **Bed:** - |
| 49 F | **Med Rec Num:** | **Visit:** |

Document    SMM  (Rec: 09/05/14 07:36  SMM  ERTC03)
Pelvic Exam
  Pelvic Exam
    Patient set up for pelvic exam and            Yes
    specimen collection. Pelvic exam
    completed by physician/APC. RN/EMT in
    attendance for entire procedure during
    pelvic exam.
    Emotional support and education provided    Yes
    during exam. Plan of care discussed
    with patient. Patient verbalizes
    understanding.

| Collect Specimen: Rapid Plasma Reagin (RPR) | Start: 09/05/14 07:36 |
| Freq:   ONCE | Status: Complete |
| Document    SMM  (Rec: 09/05/14 07:36  SMM  ERTC03) | |

| Collect Specimen: Rapid Plasma Reagin (RPR) | Start: 09/05/14 07:36 |
| Freq:   ONCE | Status: Complete |
| Edit Status  SMM  (Rec: 09/05/14 07:36  SMM  ERTC03) | |
|   Active=>Completed | |

| Collect Specimen: Wet Prep for Trichomonas | Start: 09/05/14 07:36 |
| Endocervix | Status: Complete |
| Freq:   ONCE | |
| Document    SMM  (Rec: 09/05/14 07:36  SMM  ERTC03) | |

| Collect Specimen: Wet Prep for Trichomonas | Start: 09/05/14 07:36 |
| Endocervix | Status: Complete |
| Freq:   ONCE | |
| Edit Status  SMM  (Rec: 09/05/14 07:36  SMM  ERTC03) | |
|   Active=>Completed | |

**09/05/14 08:29**

| Discharge Assessment | Start: 09/05/14 06:48 |
| Freq: | Status: Discharge |

Document    SMM  (Rec: 09/05/14 08:30  SMM  ERTC03)
ED Discharge Assessment
  Discharge Information
    Mode of Discharge                          Ambulated
    Summary of Care Provided                   Yes
    Information provided about Healthbridge     No
      Hospital Record
  Instructions
    Electronic Discharge Instructions           No
      Requested
    Discharge Instructions Given To            Patient
    Was Education Provided to the Patient       Yes
    Were the patient's Problems, Labs, and     Yes
      Meds Reviewed?

**09/05/14 08:30**

| Vital Signs | Start: 09/05/14 06:48 |
| Test: | Status: Discharge |
| Freq:   GCH | |

Document    SMM  (Rec: 09/05/14 08:30  SMM  ERTC03)
Vital Signs
  Pain
    Pain Level                                  7

**09/05/14 08:31**

| ED Triage | Start: 09/05/14 06:48 |

Continued on Page 9
Legal Record

BAYLESSR_PARRMC_MDR00205

**BAYLESS,RAEANN M**

| | | |
|---|---|---|
| **Fac:** PARRISH MEDICAL CENTER | **Loc:** ER MAJOR CARE | **Bed:** - |
| 49 F | Med Rec Num: | **Visit:** - |

Page: 9

| | |
|---|---|
| Freq: | Status: Discharge |
| Edit Status  BKG DAEMON  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTBG10) Active=>Discharge | |

| | |
|---|---|
| ENS Assessment | Start:  09/05/14 06:48 |
| Freq: | Status: Discharge |
| Edit Status  BKG DAEMON  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTBG10) Active=>Discharge | |

| | |
|---|---|
| Physical Assessment | Start:  09/05/14 06:48 |
| Text: | Status: Discharge |
| Freq: | |
| Edit Status  BKG DAEMON  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTBG10) Active=>Discharge | |

| | |
|---|---|
| Pain Assessment | Start:  09/05/14 06:48 |
| Text: | Status: Discharge |
| Freq: | |
| Edit Status  BKG DAEMON  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTBG10) Active=>Discharge | |

| | |
|---|---|
| Fall Risk Assessment Tool | Start:  09/05/14 06:48 |
| Freq:  ONCE | Status: Discharge |
| Edit Status  BKG DAEMON  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTBG10) Active=>Discharge | |

| | |
|---|---|
| Mental Status Exam | Start:  09/05/14 06:48 |
| Text: | Status: Discharge |
| Freq: | |
| Edit Status  BKG DAEMON  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTBG10) Active=>Discharge | |

| | |
|---|---|
| Communication Assessment | Start:  09/05/14 06:48 |
| Freq: | Status: Discharge |
| Edit Status  BKG DAEMON  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTBG10) Active=>Discharge | |

| | |
|---|---|
| Domestic Abuse Screening | Start:  09/05/14 06:48 |
| Freq:  ONCE | Status: Discharge |
| Edit Status  BKG DAEMON  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTBG10) Active=>Discharge | |

| | |
|---|---|
| Advanced Directives | Start:  09/05/14 06:48 |
| Freq: | Status: Discharge |
| Edit Status  BKG DAEMON  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTBG10) Active=>Discharge | |

| | |
|---|---|
| Critical Results | Start:  09/05/14 06:48 |
| Freq: | Status: Discharge |
| Edit Status  BKG DAEMON  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTBG10) Active=>Discharge | |

| | |
|---|---|
| ED Critical Care Time | Start:  09/05/14 06:48 |
| Freq: | Status: Discharge |
| Edit Status  BKG DAEMON  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTBG10) Active=>Discharge | |

| | |
|---|---|
| Intake and Output | Start:  09/05/14 06:48 |
| Text: | Status: Discharge |
| Freq: | |
| Edit Status  BKG DAEMON  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTBG10) Active=>Discharge | |

| | |
|---|---|
| Wound Assessment | Start:  09/05/14 06:48 |
| Text: | Status: Discharge |
| Freq: | |
| Edit Status  BKG DAEMON  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTBG10) | |

Continued on Page 10
Legal Report

BAYLESSR_PARRMC_MDR00206

Page: 10

**BAYLESS,RAEANN M**

| | | | |
|---|---|---|---|
| **Fac:** PARRISH MEDICAL CENTER | **Loc:**ER MAJOR CARE | | **Bed:-** |
| 49 F | **Med Rec Num:** | | **Visit:** |

Active=>Discharge

Vital Signs — Start: 09/05/14 06:48
Text:
Status: Discharge
Freq:   Q2H
Edit Status  BKG DAEMON  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTPG10)
        Active=>Discharge

Discharge Assessment — Start: 09/05/14 06:48
Freq:
Status: Discharge
Edit Status  BKG DAEMON  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTPG10)
        Active=>Discharge

Admission Assessment — Start: 09/05/14 06:48
Text:
Status: Discharge
Freq:
Edit Status  BKG DAEMON  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTPG10)
        Active=>Discharge

Saline Lock Discontinued — Start: 09/05/14 06:48
Freq:
Status: Discharge
Edit Status  BKG DAEMON  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTPG10)
        Active=>Discharge

ED Staff for Chaperone/Witness — Start: 09/05/14 07:04
Freq:   ONCE
Status: Discharge
Edit Status  System  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTPG10)
        Active=>Discharge

Initiate IV Access — Start: 09/05/14 07:05
Freq:   ONCE
Status: Discharge
Edit Status  System  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTPG10)
        Active=>Discharge

Pelvic Exam Set-up — Start: 09/05/14 07:04
Freq:   ONCE
Status: Discharge
Edit Status  System  (Rec: 09/05/14 08:31  BKG DAEMON  ISMTPG10)
        Active=>Discharge

**User Key**

| Monogram | Mnemonic | Name | Provider Type |
|---|---|---|---|
| | BKG DAEMON | Daemon,Background | |
| JRV | VITAJR | VITA,JILL R | Registered Nurse |
| MJH | HOMERMJ | HOMERICK,MICHAEL JOHN | Physician |
| SEW | WILLISE | WILLIAMSON,SHEENA EVONNE | Registered Nurse |
| SMM | MARTISM | MARTIN,SHAUNALEE M | Registered Nurse |

Printed on 09/05/14 02:21
Legal Record

BAYLESSR_PARRMC_MDR00207

```
DATE: 09/06/14 @ 0009          Parrish Medical Center PHA *Live*                PAGE 1
USER: HOMERMJ                  Medication Administration Summary

Patient  BAYLESS.RAEANN.M                 Responsible Doctor HOMERICK.MICHAEL.J..MD
Account Number                Location  ER        Unit Number
Age/Sex       45/F            Room                 Registered Date 09/05/14
Status        DEP ER          Bed                  Discharged Date

Height   5 ft    10 in   177.8 cm              Body Surface Area   1.91 m2
Weight  162 lb        oz  73.482 kg

Drug Allergies  No Known Allergies (No Known Allergies)

ADRS  Not Recorded


AZI250 - AZITHROMYCIN 250 MG TAB

Dose         1.000 MG  (4 TABLETS)
Admin Route PO
Start Date  09/05/14-0705      Stop Date 09/05/14 0706     DC Date 09/05/14-0706
Ordering Doctor   HOMERICK.MICHAEL.J. MD
Total Dispensed     0         Total Costs $              Total Charges $
Rx Number   000112894

Warnings
Type:        SINGLE DOSE                Range   AZITHROMYCIN (250 MG)
                                        Condition   ALL COMMON INDICATIONS
Warnings            AZI250. Unable to check Max Single dose ranges for G/DOSE (Dose Units).


Discontinue Comments Reached Stop Date


History
  09/05/14 0706 - EDM ORDER                   by HOMERMJ
  09/05/14 0706 - DISCONTINUE                 by PHABKGJOB   Eff: 09/05/14 0706
      Items Auto Credited: 0  Doses Auto Credited: 0
      DC COMMENTS:
        Reached Stop Date
  09/05/14 0707 - REVIEW PROVIDER ACTIVITY    by REIMEEM
                              by PHA BKG   Eff: 09/05/14 0706

Admin Date  Time User      Given Beg Reason Code        Items        Charge
09/05/14     0730 MARTISM       Y                          4           0.00
(09/05/14) (0705) Dose: 1.000 MG


Admin Totals                                              4            0
```

BAYLESSR_PARRMC_MDR00208

```
DATE  09/06/14 @ 0009          Parrish Medical Center PHA *Live*                    PAGE  2
USER  HOMERMJ                  Medication Administration Summary

Patient   BAYLESS RAEANN M                          Responsible Doctor HOMERICK,MICHAEL J  MD
Account Number                 Location  ER         Unit Number
Age/Sex      49/F              Room                  Registered Date 09/05/14
Status       DEF ER            Bed                   Discharged Date

BAYLESS,RAEANN M                                                          (Continued)
```

ONDAN4ODT - ONDANSETRON 4 MG ODTTAB

```
Dose         4 MG  (1 TABLET)
Admin Route PO
Start Date  09/05/14-0706      Stop Date 09/05/14 0707    DC Date 09/05/14-0707
Ordering Doctor     HOMERICK,MICHAEL J. MD
Total Dispensed      0         Total Costs $              Total Charges $
Rx Number   000112895
```

Discontinue Comments Reached Stop Date

```
History
    09/05/14 0706 - EDM ORDER                by HOMERMJ
    09/05/14 0706 - DISCONTINUE              by PHABKGJOE    Eff  09/05/14 0707
        Items Auto Credited:  0   Doses Auto Credited   0
        DC COMMENTS:
        Reached Stop Date
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 09/05/14 | 0730 | MARTISH | Y | | | 1 | 0.00 |
| (09/05/14) | (0706) | Dose | 4 MG | | | | |

| Admin Totals | | | | | | 1 | 0 |

BAYLESSR_PARRMC_MDR00209

```
DATE: 09/06/14 @ 0009        Parrish Medical Center PHA *Live*              PAGE 3
USER: HOMERMJ                Medication Administration Summary
```

```
Patient    BAYLESS RAEANN M              Responsible Doctor HOMERICK.MICHAEL J. MD
Account Number    497F          Location  ER          Unit Number
Age/Sex          497F           Room                  Registered Date 09/05/14
Status           DEP ER         Bed                    Discharged Date
```

```
BAYLESS.RAEANN M                                              (Continued)
```

ROC250V – CEFTRIAXONE SOD 250 MG VIAL

```
Dose          250 MG  (1 VIAL)
Admin Route   IM
Start Date    09/05/14-0705        Stop Date 09/05/14 0706    DC Date 09/05/14-0706
Ordering Doctor   HOMERICK.MICHAEL J. MD
Total Dispensed       0          Total Costs $               Total Charges $
Rx Number     000112896
```

```
Warnings
Type:         SINGLE DOSE                Range:  CEFTRIAXONE SODIUM (250 MG)
                                     Condition:  ALL COMMON INDICATIONS
Warnings          ROC250V: Unable to check Max Single dose ranges for G/DOSE (Dose Units).
```

Discontinue Comments Reached Stop Date

```
History
  09/05/14 0706 – EDM ORDER                by HOMERMJ
  09/05/14 0706 – DISCONTINUE              by PHABKGJOB    Eff. 09/05/14 0706
       Items Auto Credited:  0   Doses Auto Credited    0
    DC COMMENTS:
       Reached Stop Date
  09/05/14 0707 – REVIEW PROVIDER ACTIVITY     by REIHEEM
                                    by PHA BKG    Eff  09/05/14 0706
```

| Admin Date | Time | User | Given | Bag | Reason Code | Items | Charge |
|---|---|---|---|---|---|---|---|
| 09/05/14 | 0730 | MARTISM | Y | | | 1 | 0 00 |
| (09/05/14) (0705) Dose: 250 MG | | | | | | | |

```
  Admin Totals                                               1              0
```

BAYLESSR_PARRMC_MDR00210

```
DATE: 09/06/14 @ 0009          Parrish Medical Center PHA *Live*              PAGE 4
USER: HOMERHJ                   Medication Administration Summary
```

| Patient   BAYLESS RAEANN M |  | Responsible Doctor HOMERICK MICHAEL J MD |
|---|---|---|
| Account Number |          Location  ER | Unit Number |
| Age/Sex      45/F |          Room | Registered Date 09/05/14 |
| Status       DEP ER |          Bed | Discharged Date |

| BAYLESS RAEANN M |  | (Continued) |
|---|---|---|

ONDAN4ODT - ONDANSETRON 4 MG ODTTAB

Dose       4 MG  (1 TABLET)
Admin Route PO
Start Date  09/05/14-0718        Stop Date 09/05/14 0719      DC Date 09/05/14-0719
Ordering Doctor      HOMERICK MICHAEL J MD
Total Dispensed      1          Total Costs $0.60           Total Charges $2.00
Rx Number   000112922

Discontinue Comments DC'd by Martin, Sh

History
    09/05/14 0718 - DISCONTINUE                   by STK MED      Eff: 09/05/14 0719
        Items Auto Credited: 0    Doses Auto Credited    0
        DC COMMENTS:
            DC'd by Martin, Sh
    09/05/14 0718 - DISP PRO PHA                   by Martin, Sh

AZI250 - AZITHROMYCIN 250 MG TAB

Dose       1.000 MG  (4 TABLETS)
Admin Route PO
Start Date  09/05/14-0718        Stop Date 09/05/14 0719      DC Date 09/05/14-0719
Ordering Doctor      HOMERICK MICHAEL J MD
Total Dispensed      4          Total Costs $5.99           Total Charges $8.00
Rx Number   000112923

Discontinue Comments DC'd by Martin, Sh

History
    09/05/14 0718 - DISCONTINUE                   by STK MED      Eff: 09/05/14 0719
        Items Auto Credited: 0    Doses Auto Credited: 0
        DC COMMENTS:
            DC'd by Martin, Sh
    09/05/14 0718 - DISP PRO PHA                   by Martin, Sh

BAYLESSR_PARRMC_MDR00211

```
DATE: 09/06/14 @ 0009        Parrish Medical Center PHA *Live*                PAGE 5
USER: HOMERMJ                Medication Administration Summary

Patient  ███████ ████████ █         Responsible Doctor HOMERICK,MICHAEL J. MD
Account Number ████████             Location  ER        Unit Number
Age/Sex        49/F                 Room                Registered Date 09/05/14
Status         DEP ER               Bed                 Discharged Date

BAYLESS,RAEANN M                    ███████████████         (Continued)
```

ROC250V - CEFTRIAXONE SOD 250 MG VIAL

```
   Dose        250 MG  (1 VIAL)
   Admin Route  ROUTE
   Start Date  09/05/14-0719        Stop Date 09/05/14 0720     DC Date 09/05/14-0720
   Ordering Doctor   HOMERICK,MICHAEL J. MD
   Total Dispensed     1            Total Costs $0.68           Total Charges $2.00
   Rx Number   000112924

   Discontinue Comments DC'd by Martin, Sh


   History
     09/05/14 0719 - DISP PRO PHA              by Martin, Sh
     09/05/14 0719 - DISCONTINUE              by STK MED       Eff: 09/05/14 0720
        Items Auto Credited:  0   Doses Auto Credited:  0
        DC COMMENTS:
          DC'd by Martin, Sh
```
This is the end of the MAR Summary for Patient ███████████ - BAYLESS,RAEANN M.

BAYLESSR_PARRMC_MDR00212

BAYLESSR_PARRMC_MDR00213

*** Continued on Page 2 ***
This document is part of the legal medical record.

JE-007 Page 215 of 364

BAYLESSR_PARRMC_MDR00214

| DATE: 09-26-14 @ 0304 | Parkway Medical Center Pharmacy | PAGE 2 |
|---|---|---|
| TECH: ROMEEN* | Medication Discharge Summary Report | |

| 09/26/14 | Medication Discharge Summary | |
|---|---|---|
| Name: BAYLESS,SHAWN H | MRN: ██████████ | ACCOUNT NO: ██████████ |

| ADMINISTRATION ORDERS | | PHARM | | | | |
|---|---|---|---|---|---|---|
| ACTIVE INPATIENT & DISCHARGE MEDICATIONS | | INFO | | | | |

INSTRUCTIONS (Oral Acetaminophen/Tab) (HYDROCODONE & HG FORTAB)
TAKE BY TAB TIMES/DAY
Provider: JANE RIVERA
RX ID: 001112695

MONITOR(S) FOR POSSIBLE OR ACTUAL
THERAPY: Pharmaceutical Monitor-- Recommended
Pain Severity Reports No Pain
Non-Sedative Effectiveness Effective

*** Continued - Page 3 ***
This document is part of the legal medical record.

JE-007 Page 216 of 364

BAYLESSR_PARRMC_MDR00215



Page 1 of 1



Date: 09/05/14
Acct Num:
Med Rec Num:
Name: RAEANN M BAYLESS
Location: ER MAJOR CARE
Primary Provider: HOMERICK,MICHAEL JOHN

## Patient Instructions Signature Page

**Patient Name:** RAEANN M BAYLESS

**Guardian Name:**

**The above-named patient and/or guardian has received the following patient instructions:**

Sexually Transmitted Diseases (ED)

**on this date:** 09/05/14 - 08:26

**I have read and understand the instructions given to me by my caregivers.**

RAEANN M BAYLESS

Print Patient Name

Patient (or Guardian) Signature                     Date

Caregiver/RN/Doctor Signature                     Date

BAYLESSR_PARRMC_MDR00216

```
RUN DATE: 06/05/20          PARRISH MEDICAL CENTER              PAGE: 1
RUN TIME: 1142      951 NO. WASHINGTON AVE., TITUSVILLE, FL 32796
RUN USER:
                          Specimen Inquiry
```

| | | | |
|---|---|---|---|
| **PATIENT:** BAYLESS, BREANN M | **ACCT #:** ▓▓▓ | **LOC:** EXP | **U #:** ▓▓▓ |
| | **AGE/SEX:** 49/F | **ROOM:** | **REG:** 05/12/14 |
| **ATTEND DR:** MAGNESS, DAVID J, DO | **DOB:** ▓▓▓ | **BED:** | **DIS:** |
| | **STATUS:** REG CL1 | **TLOC:** | |

| | | | |
|---|---|---|---|
| **SPEC #:** 0512:C00323R | **COLL:** 05/12/14-1104 | **STATUS:** COMP | **REQ #:** 04418536 |
| | **RECD:** 05/12/14-1110 | **SUBM DR:** MAGNESS, DAVID J, DO | |

**ENTERED:** 05/12/14-1110
**ORDERED:** COMP METABOLIC, TSH, 3RD GEN, LIPID PANEL                **OTHR DR:**

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| *COMP METABOLIC* | | | | |
| GLUCOSE-FASTING | 96 | | 70-100 mg/dL | |
| | *NON FASTING GLUCOSE REFERENCE RANGE:* 70 - 200 mg/dL | | | |
| SODIUM | 141 | | 133-143 mmol/L | |
| POTASSIUM | 3.8 | | 3.6-5.0 mmol/L | |
| CHLORIDE | 106 | | 101-111 mmol/L | |
| CARBON DIOXIDE | 27 | | 22-29 mmol/L | |
| ANION GAP | 12 | | 10-20 MMOL/L | |
| UREA NITROGEN | 17 | | 6-20 mg/dL | |
| CREATININE | 0.82 | | 0.50-0.90 mg/dL | |
| BUN CREAT RATIO | 21.0 | H | 10.0-20.0 | |
| CALCULATED OSMO | 283 | | 274-293 mosm/KG | |
| CALCIUM, TOTAL | 9.1 | | 8.4-10.2 mg/dL | |
| TOTAL PROTEIN | 6.8 | | 6.4-8.7 gm/dL | |
| ALBUMIN | 4.0 | | 3.5-5.2 g/dL | |
| A/G RATIO | 1.0 | | 1.0-2.6 | |
| TOTAL BILI | 0.7 | L | 0.2-1.2 mg/dL | |
| AST(SGOT) | 14 | | 10-40 U/L | |
| ALT(SGPT) | 15 | | 10-44 U/L | |
| ALK PHOS | 72 | | 35-104 U/L | |
| EST GFR | > 60 | | SEE REF | |
| | *Chronic Kidney Disease - less than 60 ml/min/1.73m2* | | | |
| | *Kidney Failure - less than 15 ml/min/1.73m2* | | | |
| TSH, 3RD GEN | 2.90 | | 0.27-4.2 uIU/ml. | |
| *LIPID PANEL* | | | | |
| CHOLESTEROL | 203 | H | 0-200 mg/dL | |
| | *Total Cholesterol Reference Values (NCEP)* | | | |
| | *Desirable:   Less than 200 mg/dL* | | | |
| | *Borderline High:  200 - 239 mg/dL* | | | |
| | *High:  Equal to or greater than 240 mg/dL* | | | |
| TRIGLYCERIDE | 346 | H | 1-149 mg/dL | |
| | *Triglyceride Reference Values (NCEP)* | | | |
| | *Normal:   Less than 150 mg/dL* | | | |
| | *Borderline High:  150-199 mg/dL* | | | |
| | *High:  200-499 mg/dL* | | | |
| | *Very High:  Equal to or Greater than 500 mg/dL* | | | |
| HDL | 45 | | 37-75 mg/dL | |
| | HDL results may be falsely low when the triglyceride | | | |
| | is greater than 1700 mg/dL. | | | |

```
            ** CONTINUED ON NEXT PAGE **
```

BAYLESSR_PARRMC_MDR00217

```
RUN DATE: 06/05/20          PARRISH MEDICAL CENTER                PAGE: 2
RUN TIME: 1142    951 NO. WASHINGTON AVE., TITUSVILLE, FL 32796
RUN USER:
                          Specimen Inquiry
```

| SPEC #: ▓▓▓▓▓ | PATIENT: BAYLESS,RAEANN M | ▓▓▓▓▓ | (Continued) |
|---|---|---|---|

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| > LDL(CALCULATED) | 93 | | -120 mg/dL | |

```
                   LDL Cholesterol
  Age:         Reference Range:
  9-18 years        <110   Optimal
                   111-129  Borderline
                    >=130  High

  >=19 years        <100   Optimal
                   100-129  Near Borderline/Above Optimal
                   130-159  Borderline High
                   160-189  High
                     >189   Very high

  When the Triglyceride results are greater than 200 mg/dL,
  the calculated LDL significantly underestimates the true
  LDL concentration.  An LDL by direct measurement is
  recommended.

  LDL cannot be calculated when the Triglyceride value is
  400 mg/dL and higher or 40 mg/dL and lower.
```

```
                        ** END OF REPORT **
```

BAYLESSR_PARRMC_MDR00218

```
RUN DATE: 08/05/20          PARRISH MEDICAL CENTER              PAGE: 1
RUN TIME: 1142    951 NO. WASHINGTON AVE., TITUSVILLE, FL 32796
RUN USER:
                           Specimen Inquiry
```

| PATIENT: BAYLESS, RAEANN M | ACCT #: ███████ | LOC: EXP | U #: ██████ |
| | AGE/SX: 49/F | ROOM: | REG: 05/12/14 |
| ATTEND DR: MAGNESS, DAVID J, DO | DOB: ███████ | BED: | DIS: |
| | STATUS: REG CLI | TLOC: |

| SPEC #: 0512:CU00011R | COLL: 05/12/14-1104 | STATUS: COMP | REQ #: 04418530 |
| | RECD: 05/12/14-1110 | SUBM DR: MAGNESS, DAVID J, DO |
| ENTERED: 05/12/14-1100 | | OTHR DR: |
| ORDERED: MICROALB, RANDOM | | |

| Test | Result | Flag | Reference | Site |
|------|--------|------|-----------|------|
| MICROALB, RANDOM | | | | |
| > MICROALB, RANDOM | 112.1 | H | 0-19 mg/L | |
| > CREATININE, UA | 201.3 | | mg/dL | |
| > ALB/CREAT RATIO | 55.6 | | mg/g | |

** END OF REPORT **

BAYLESSR_PARRMC_MDR00219

```
RUN DATE: 08/05/20          PARRISH MEDICAL CENTER              PAGE: 1
RUN TIME: 1142      951 NO. WASHINGTON AVE., TITUSVILLE, FL 32796
RUN USER:
                              Specimen Inquiry
```

| PATIENT: BAYLESS,RAEANN M | ACCT #: | LOC: EXP | U #: |
|---|---|---|---|
| | AGE/SX: 49/F | ROOM: | REG: 05/12/14 |
| ATTEND DR: MAGNESS,DAVID J, DO | DOB: | BED: | DIS: |
| | STATUS: REG CLI | TLOC: | |

| SPEC #: | COLL: 05/12/14-1104 | STATUS: COMP | REQ #: 04418530 |
|---|---|---|---|
| | RECD: 05/12/14-1110 | SUBM DR: MAGNESS,DAVID J, DO | |

```
ENTERED:  05/12/14-1100                    OTHR DR:
ORDERED:  CBC & DIFF
```

| Test | | Result | | Flag | Reference | | Site |
|---|---|---|---|---|---|---|---|
| CBC & DIFF | ¦ | | | | ¦ | | |
| > WBC | ¦ | 9.9 | | | ¦ 3.9-11.0 TH/mm3 | | ¦ |
| > RBC | ¦ | 4.78 | | | ¦ 3.7-5.2 MIL/mm3 | | ¦ |
| > HGB | ¦ | 13.8 | | | ¦ 11-15 g/dL | | ¦ |
| > HCT | ¦ | 43.1 | | | ¦ 33-45 % | | ¦ |
| > MCV | ¦ | 90.1 | | | ¦ 82-98 FL | | ¦ |
| > MCH | ¦ | 28.9 | | | ¦ 27-32 PG | | ¦ |
| > MCHC | ¦ | 32.0 | | | ¦ 32-35 G/DL | | ¦ |
| > RDW | ¦ | 14.8 | | | ¦ 11.5-15.3 % | | ¦ |
| > PLT COUNT | ¦ | 287 | | | ¦ 155-387 TH/mm3 | | ¦ |
| > MPV | ¦ | 10.6 | | H | ¦ 7.4-10.4 FL | | ¦ |
| AUTOMATED DIFF | ¦ | | | | ¦ | | |
| > NEUTROPHIL % | ¦ | 58.4 | | | ¦ 39-75 % | | ¦ |
| > LYMPH % | ¦ | 32.4 | | | ¦ 20-50 % | | ¦ |
| > MO % | ¦ | 6.5 | | | ¦ 4.0-11.9 % | | ¦ |
| > EO % | ¦ | 2.1 | | | ¦ 0.5-6.0 % | | ¦ |
| > BASO % | ¦ | 0.6 | | | ¦ 0-2.0 % | | ¦ |
| > NEUTROPHIL # | ¦ | 5.8 | | | ¦ 2.2-7.7 TH/MM3 | | ¦ |
| > LY # | ¦ | 3.2 | | | ¦ 0.8-4.0 TH/MM3 | | ¦ |
| > MO # | ¦ | 0.6 | | | ¦ 0.2-1.3 TH/MM3 | | ¦ |
| > EO # | ¦ | 0.2 | | | ¦ 0.00-0.7 TH/MM3 | | ¦ |
| > BASO # | ¦ | 0.1 | | | ¦ 0-.2 TH/MM3 | | ¦ |

```
                        ** END OF REPORT **
```

```
RUN DATE: 06/09/20          FARRISH MEDICAL CENTER          PAGE: 1
RUN TIME: 1145     951 NO. WASHINGTON AVE., TITUSVILLE, FL 32796
RUN USER:
                          Specimen Inquiry
```

| | | | |
|---|---|---|---|
| **PATIENT:** BAYLESS,FABANN M | **ACCT #:** ▮ | **LOC:** EXP | **U #:** ▮ |
| | **AGE/SX:** 49/F | **ROOM:** | **REG:** 05/12/14 |
| **ATTEND DR:** MAGNESS,DAVID J, DO | **DOB:** ▮ | **BED:** | **DIS:** |
| | **STATUS:** REG CLI | **TLOC:** | |

| | | | |
|---|---|---|---|
| **SPEC #:** ▮ | **COLL:** 05/12/14-1104 | **STATUS:** COMP | **REQ #:** 04418530 |
| | **RECD:** 05/12/14-1110 | **SUBM DR:** MAGNESS,DAVID J, DO | |
| **ENTERED:** 05/12/14-1106 | | **OTHR DR:** | |
| **ORDERED:** HEMOGLOBIN A1C | | | |

| Test | Result | Flag | Reference | Site |
|---|---|---|---|---|
| > HB A1C % | 5.5 | | 4.8-5.9 | |
| > ESTIM AVG GLU | 111 | | mg/dL | |

** END OF REPORT **

BAYLESSR_PARRMC_MDR00221

PARRISH MEDICAL CENTER

# DEMOGRAPHIC FACE SHEET

| ACCOUNT NO. | FINANCIAL CLASS | TYPE | PT. LOCATION/SERVICE | ROOM & BED | SMOKER | VAL | RACE | RELIGION | PREV DISCHARGE DATE | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | SP | REG ER | ER | | N | | W | NON | 12/16/92 | [redacted] |

| DATE OF BIRTH | AGE | SEX | MAR. ST | PATIENT OCCUPATION | PREVIOUS NAME/OTHER NAME |
|---|---|---|---|---|---|
| [redacted] | 48 | F | S | | |

PATIENT NAME/ADDRESS — S.S. NO. [redacted]
BAYLESS, RAEANN M
1754 POINCIANA CR
TITUSVILLE, FL 32796
PHONE NO. 321-289-3761 — OTHER NO.

PATIENT EMPLOYER: UNEMPLOYED
WORK PHONE

GUARANTOR/ADDRESS — S.S. NO. [redacted]
BAYLESS, RAEANN M
1754 POINCIANA CR
TITUSVILLE, FL 32796
PHONE NO. 321-289-3761 — RELAT. TO PT. SELF

GUARANTOR EMPLOYER: UNEMPLOYED

PERSON TO NOTIFY ADDRESS — RELAT. TO PT. FAMILY OTHER
BAYLESS, JOAN
1754 POINCIANA CR
TITUSVILLE, FL 32796
HOME PHONE 321-289-3761 — WORK PHONE

NEXT OF KIN/ADDRESS — RELAT. TO PT
HOME PHONE — WORK PHONE

PATIENT INFORMATION

[redacted]

## DIAGNOSIS / PROCEDURES

PRINCIPAL DIAGNOSIS ______
SURGICAL PROCEDURES ______
SECONDARY DIAGNOSES ______

## PHYSICIAN MEDICAID CERTIFICATION

This is to certify that inpatient hospital services are needed:
Date: ______ Physician's Signature: ______ Johnson

## ACCIDENT INFORMATION / CONDITIONS

| ACCIDENT DATE/TIME | ACCIDENT INFORMATION | REASON FOR VISIT |
|---|---|---|
| 08/11/13 | ONSET OF SYMPTOMS/IL | Pain, Abdominal |

## ADMISSION / REGISTRATION

| ADMIT DATE/TIME | ADMISSION SOURCE | COMMENTS | USER |
|---|---|---|---|
| 08/11/13 0427 | ER/911 | SMF | PRFORT |

## PHYSICIANS

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | EMERGENCY PHYSICIAN |
|---|---|---|
| | | ER, PHYSICIAN |

| PRIMARY CARE PHYSICIAN | FAMILY PHYSICIAN | OTHER PHYSICIAN |
|---|---|---|
| | UNKNOWN | |

REV. 01/2010 FORM E529

BAYLESSR_PARRMC_MDR00222

## EMERGENCY DEPARTMENT PHYSICIAN ORDER SHEET

**Initial Orders** | Allergies reviewed by physician: ☐

### LABS

| | | | | | |
|---|---|---|---|---|---|
| ☑CBCD | ☑BMET | ☐CMET | ☐MIMS 1 hr. | ☐MIMS 2 hr. | ☐ETOH ☐BNP ☐CPK ☐Amylase/Lipase |
| ☐HEPF | ☐Thyroid Panel | ☐Lactic Acid | ☐C&S | ☐BC I/II/ARDS | ☐I-Stat ☐Preg: S/U ☐Quant. HCG |
| ☐UA | ☐UACS | ☐Beta Strep | ☐Type & Screen | ☐Type & RH | ☐T&C-PC ☐D Dimer ☐Drug Level |

| | | |
|---|---|---|
| ☐ Urine Culture 87088 | —Abdominal Pain ___ Bacteremia ___ Fever ___ Renal Failure ___ Septicemia ___ UTI ___ Backache | |
| | —Calculus Kidney/Ureter ___ Renal Colic | Other ___ |
| ☐ PTT 85730 | —Chest Pain ___ MI (Acute/Subacute) ___ GI Bleed ___ AFIB ___ TIA ___ SOB ___ CHF ___ Abdominal Pain | |
| | —Limb Pain ___ Postmenopausal Bleeding ___ Renal Failure | Other ___ |
| ☐ Prothrombin Time 85610 | —MI (Acute/Subacute) ___ Abdominal Pain ___ Atypical CP ___ Iron Deficiency Anemia ___ On Anticoagulant ___ CAD ___ CVA | |
| | —Blood Loss Anemia ___ Angina ___ DVT (or HX) ___ Syncope ___ CHF  Other ___ | |
| ☐ Magnesium 83735 | —ABN Blood Chemistry ___ Altered LOC ___ Diabetes ___ Hypotension ___ Renal Failure ___ MI (Acute/Subacute) ___ CHF | |
| | —Cardiac Dysrhythmia ___ Acidosis ___ Alcohol Abuse ___ Syncope ___ Delirium ___ ABN EKG ___ N/V  Other ___ | |
| ☐ GLUCOSE (Accucheck) 82947,82962 | —Chest Pain ___ Bronchitis ___ Dizziness ___ MI (Acute/Subacute) ___ Syncope ___ Diabetes ___ Change in weight | |
| | —Diarrhea ___ Gastritis ___ Altered LOC ___ Electrolyte Imbalances ___ UTI ___ Pneumonia  Other ___ | |
| ☐ Drug Screen, Qual 80101 | —Acidosis ___ Coma ___ Epilepsy ___ Altered LOC ___ Drug Dependence ___ Poisoning by Unspecified Drug  Other ___ | |
| ☐ Sedimentation Rate 85652 | —Headache ___ Loss of Weight ___ Myalgia ___ Joint Pain ___ Rheumatoid Arthritis ___ MI (Acute/Subacute)  Other ___ | |

### CARDIO  ☐ CARDIAC MONITOR  ☒PULSE OX ☐O2  ☐ABG  ☐ABG + Lactic Acid  ☐HHN ___

| | |
|---|---|
| ☐ EKG 93005 | —Chest Pain ___ SOB ___ Syncope ___ Stroke ___ Diabetes ___ Pacemaker ___ Seizure ___ Palpitations |
| | —Numbness ___ HX CABG or PTCA ___ Electrolyte Disorder ___ ABD Pain (RUQ, LUQ, Epigastric)  Other ___ |

### IMAGING

**XRAY** ☐ ABD  ☑Acute ABD  ☐C-Spine: Port/AP-Lat  ☐LS Spine  ☐Hip: R/L, Pelvis  ☐Foplar/Nasal  ☐Ribs: R/L  ☐Foot/Ankle: R/L
☐ Knee R/L  ☐Shoulder: R/L  ☐Wrist/Hand: R/L  ☐Fingers: R/L  ☐IVP  ☐Other _IVP errr - M_

| | |
|---|---|
| ☐ CHEST XRAY 71010 - 71035 —PA and Lateral —Portable | —Chest Pain ___ Asthma ___ Cough ___ Fever ___ Bronchitis ___ MI (Acute/Subacute) ___ Pulmonary HTN ___ SOB —Pneumonia ___ COPD ___ Trauma ___ CHF ___ Angina ___ Cardiac Dysrhythmias ___ Renal Disease ___ Fluid Overload —Hypertension ___ Pneumothorax  Other ___ |

**CT** ☐Brain  ☒ABD/Pelvis  ☐Other _Acute M_  | **SONOGRAM** ☐OB ☐Pelvic/Doppler ☐GB ☐Testicular/Doppler ___

### MEDS/OTHER ___

_(handwritten)_
_Dilaudid 0.5 mg IVP 1005 MA_
_Zofran 4 mg IV_

**Initial Orders  Physician Signature:** _(signature)_   **Date:** 8/11/13   **Time:** 05:00

| Date/Time | ADDITIONAL ORDERS |
|---|---|
| 0613 | CATAPRESS 0.1 PO √ 0632 M |
| 0935 | Enemas until clear |
| | |
| | |

**Physician Signature:** _(signature)_   **Date:** ___   **Time:** ___

PATIENT LABEL
BAYLESS, RAEANN M   08/11/13
DOB ___ WF  48 ___

**PARRISH MEDICAL CENTER**
**EMERGENCY DEPARTMENT**
**PHYSICIAN ORDER SHEET**

REV. 3/2012   FORM  E531

**BAYLESSR_PARRMC_MDR00223**

## 36 Abdominal Pain / Flank Pain / Vomiting / Diarrhea

Testicular - Ovarian Torsion / AMI / AAA / Ectopic Pregnancy / Mesenteric Ischemia C-difficile

TIME SEEN: _____   ROOM __(7)__   EMS Arrival

HISTORIAN patient family EMS

UNABLE TO OBTAIN HISTORY DUE TO: _____

### HPI

**chief complaint:** abdominal pain    vomiting
flank pain ( right / left )    diarrhea
~ausea

**onset / duration:** all day today    constant
waxing / waning
sudden-onset
worse / persistent since
yesterday

**timing:** still present  better   gone now ___
intermittent episodes lasting _____

**context:** out of country travel   bad food   recent trauma

**severity:** maximum  mild  moderate  severe
when seen in ER: none  almost gone  mild  moderate  severe

**quality:** ache
"pain"
aching
dull
burning
cramping
sharp
stabbing
fullness

**location:**

migration ( show migration →   π→  )

**associated symptoms:**        diarrhea x____
fever / chills / sweaty_____     blood streaks grossly bloody  mucous
loss of appetite _____     testicular pain_____
hurts to breathe / short of breath    back / neck / arm pain____
chest pain _____     fainting / dizzy / light-headed ____
nausea / vomiting _____
bloody  blood-streaks  coffee-grounds

**exacerbated by:**        **relieved by:**
supine  upright position    supine    upright position
movements  walking    remaining still   antacids
cough  deep breaths    food    nothing
food   nothing

Similar symptoms previously ___ no

Recently seen / treated by doctor  1 days ago

**Patient Label**

BAYLESS, RAEANN M    08/11/13
DOB ____    WF   48

---

031203621   (7)

### ROS
**CONST**                           **FEMALE GENITAL**
recent illness _____        LNMP___ preg  post-menop
**EYES / ENT**                      **MS / SKIN / LYMPH**
vision changes/problems_____    joint pain_____
sore throat / dental problems____  leg / ankle swelling_____
**CVS / PULMONARY**                 rash ___ ___ ___
cough bloody / productive_____   swollen glands ___ ___ ___
**GI / GU**
constipation  last BM _____   **NEURO / PSYCH**
black / bloody stools _____   headache _____
bloody / dark urine_____    depression / anxiety _____
problems urinating_____
painful urination_____ ____   all systems neg except as marked

### PAST HX
**RELATED PAST HX**              cancer  chemo  rad tx _____
aortic aneurysm  abdominal___    cardiac disease _____
ectopic pregnancy__ __ __       A-Fib  angina  MI _____
esophageal varies_____         CVA / TIA  bleed  deficit ___
GI disease  gall stones  hepatitis  ulcer  diabetes   Type I  Type 2 ___
diverticulitis  GERD  pancreatitis   diet / oral / insulin  neuropathy_
kidney disease  calculi  ESRD    hyperlipidemia_____
bladder  kidney infection___    hypertension _____
obstruction _____         immunosuppressed  AIDS _____
ovarian cyst(s) / fibroids_____  lung disease  asthma  COPD___
pelvic infection / STD _____
__old records reviewed / summary:___

**Surgeries / Procedures**  __none  any recent surgery____
appendectomy_____         hysterectomy / BTL / C-section
CABG / stent_____     hernia repair ( right / left ) ___
cholecystectomy_____      tonsillectomy _____
endoscopy  upper  lower____   ___ lap  chest___
                              cystoscopy  etc.

**Imaging** prior CT / MRI / US  date ____
☐ Immunization UTD ____

**Medications** __none   see nurses note   **Allergies** ___NKDA
ASA  clopidogrel  warfarin  LMWH___   see nurses note
NSAID  acetaminophen  BCP's____   antibiotic _____

### SOCIAL HX   smoker _____   drugs_____
alcohol (recent / heavy / occasional)____  occupation _____
living situation  alone  family  friend  group  care facility_____

### FAMILY HX  gallstones  ovarian cysts   CAD   ulcer
kidney stones   aortic aneurysm____

☐ Nursing Assessment Reviewed  ☐ Initial Vital Signs Reviewed  ☐ Telemetry
BP ___  HR ___   RR ___   Temp ___
Pulse Ox ___%  RA ___  O2  interp ___ nml ___ hypoxic___

### PHYSICAL EXAM
EXAM LIMITED BY: _____
General Appearance _____ mild / moderate / severe distress ___
☐ appears well    anxious  lethargic _____
☐ alert

© 1996 - 2008 T-System Inc. Circle or check affirmatives, backslash (\) negatives.

**Parrish Medical Center**
**EMERGENCY PROVIDER RECORD**

Page 1 of 2

Abdominal Pain / Flank Pain / Vomiting /
Diarrhea

REV. 4/2009    FORM E2038-1

⑦

1031203622

**HEENT**
___ eyes inspection nml
___ scleral icterus   ___ conjunctivae____
___ EOM palsy / anisocoria____
___ ENT inspection nml
___ pharynx nml
___ pharyngeal erythema / dental decay____
___ abnml TM / hearing deficit ____

**NECK**
___ nml inspection
___ thyromegaly / lymphadenopathy ____

**RESPIRATORY**
___ no resp. distress
___ breath sounds nml
___ wheezes / rales / rhonchi____

**CVS**
___ reg. rate & rhythm
___ heart sounds nml
___ full / equal pulses
___ irregularly irregular rhythm. ____
___ tachycardia / bradycardia____
___ JVD present / gallop ( S3 / S4 )____
___ murmur grade ___ /6   sys / dias____
___ decreased pulse(s)____
     right  carotd___ fem___ dors ped___
     left   carotd___ fem___ dors ped___

T = tenderness
G = guarding
R = rebound
m = mild
mod = moderate
sv = severe

**ABDOMEN / GI**
___ soft
___ non-tender
___ no organomegaly
___ nml bowel sounds
___ no pulsatile mass
___ no abdominal bruit
___ rigid / distended
___ tenderness / guarding / rebound
___ hepatomegaly / splenomegaly / mass____
___ abnml bowel sounds   _____
     increased / decreased / absent / tympanic
___ prominent aortic pulsations____
___ McBurney's point tenderness____
___ psoas / Rovsing's sign / obturator sign ____
___ Murphy's sign____

**PELVIC EXAM**
___ external exam nml
___ speculum exam nml
___ bimanual exam nml
___ vaginal bleeding / discharge____
___ cervical motion tenderness ___
___ adnexal tenderness / mass ( right / left ) ____
___ enlarged / tender uterus____

**MALE GENITAL**
___ nml inspection
___ tenderness / swelling testicular / inguinal ____

**RECTAL**
___ non-tender
___ heme neg stool
___ black / bloody / heme pos. stool____
___ tenderness ____
___ fecal impaction____

**BACK**
___ nml inspection
___ CVA tenderness ( right / left )____

**EXTREMITIES**
___ non-tender, nml ROM
___ no pedal edema
___ distal pulses intact
___ pedal edema / leg swelling____
___ calf tenderness ____
___ Homan's sign ____

**NEURO**
___ oriented x3
___ neuro grossly intact
___ disoriented to  person / place / time____
___ motor / sensory loss  facial droop____

**PSYCH**
___ mood / affect nml
___ depressed mood / flat affect____

**SKIN**
___ color nml, no rash
___ warm, dry
___ cyanosis / diaphoresis / pallor____
___ skin rash  zoster-like____
___ embolic lesions / signs of IVDA____
___ decubitus____

**XRAYS**
XRAYS   interpreted by ED provider unless noted otherwise
___ KUB ___ Upright abd ___ 3-view ___ CXR  pa lat ap
     nml / NAD ____
CT Scan / MRI      contrast / non-contrast
___ nml / NAD  ② large amt stool
Ultrasound ___ nml / NAD  ③ no urinary cyst

Patient Label

BAYLESS,RAEANN M     08/11/13
DOB ____ ▓▓ WF   48

---

**LABS & EKG**   *Normal lab value ranges are included on the original lab report

| CBC | | Chem | | CKMB | UA |
|---|---|---|---|---|---|
| platelets | ___ | ___ | CKMB | ___ | UA |
| nml except | segs | ___ | Troponin | ___ | nml except |
| WBC | bands | ___ | Na | ___ | Amylase |
| Hgb | lymphs | ___ | K | ___ | Lipase |
| Hct | | ___ | Cl | ___ | Alk Phos |
| ___ | | ___ | CO2 | AST | Stool |
| ___ | | ___ | Creat | ALT | Leukocytes + - |
| ___ | | ___ | BUN | | |
| ___ | | ___ | Ca | | Preg Test + - |
| ___ | | ___ | Gluc | | |

Rhythm Strip Rate ___  Rhythm NSR / PVC____
EKG interp by ED provider  Rate____ ___ NSR ___ A-fib
___ nml intervals ___ nml axis ___ nml QRS ___ non-specific ST/TW changes
diagnosis ___ nml ___ abnml____

**PROGRESS** ☐ see additional template: # 94 51a
Time ____  re-examined  unchanged / improved  non-surgical
feels better a course
definite tender + diedued P in d/c a

☐ patient ambulating / mentating at pre-event baseline
Discharge VS  BP ____ HR ____ RR ____ Temp ____
___ Discussed with Dr ____            Time: ____
     will see patient in:  ED / hospital / office
Counseled patient / family regarding:     Additional history from
lab / rad  results diagnosis need for follow-up   family caretaker paramedics
___ prior records ordered            ___ holding orders written
☐ Rx given____

**CRITICAL CARE** (excluding time for other separate services)
TIME         ☐ 30-74 min  ☐ 75-104 min      ___ min

**CLINICAL IMPRESSION**

| | |
|---|---|
| ABDOMINAL PAIN | Ischemic Colitis |
| FLANK PAIN | Mesenteric Ischemia |
| VOMITING / DIARRHEA | •Myocardial Infarction - acute |
| Abdominal Aortic Aneurysm | Pancreatitis |
| •Acute Coronary Syndrome | Pelvic Inflammatory Disease |
| Appendicitis | Pregnancy - intrauterine ectopic |
| Bowel Obstruction | Pyelonephritis |
| Cholecystitis | Sepsis |
| Clostridium-Difficile Associated | Torsion - testicular ovarian |
| Disease (CDAD) | Ureterolithiasis |
| Diverticulitis | Urinary Tract Infection |
| Constipation | |

Present On Admission decubitus / UTI w/ foley  Q obstruction
Disposition Order Time
DISPOSITION- ☐ home ☐ admitted ☐ OBS ____  Cyst
     ☐ AMA (see AMA template # 73) ☐ transferred____
CONDITION- ☐ unchanged ☐ improved ☑ stable
Care transferred to  Santa/care  ☑ MD / DO / MLP Time: 07 ___
pedus (F cran                              NP / PA
IDX Provider # ____
☐ I was personally available for consultation in the emergency department. I have
   reviewed the chart and agree with the documentation as recorded by the MLP,
   including the assessment, treatment plan and disposition.
☐ I personally assessed the patient, have read and agree with the documentation
   by the MLP and agree with the treatment plan and disposition of the patient.
                                              ☐ MD / DO
IDX Provider # ____
☑ Template Complete ☐ Written Addendum

Page 2 of 2

**Abdominal Pain / Flank Pain / Vomiting / Diarrhea**

•Quality Measure Initiative       REV. 4/2009   FORM E2036-2

---

BAYLESSR_PARRMC_MDR00225

**PATIENT INSTRUCTIONS**

BAYLESS,RAEANN M                                            DATE: 08/11/13

**Staff**

Your caregivers today were:

| | |
|---|---|
| Physician | JOHNSON,DENIZ D, MD |
| Nurse | JEG |

**Patient Instructions Reviewed**

Abdominal Pain
Constipation
High Fiber Diet
   received  08/11/13 1219

**Follow-up**

You have been referred to the following clinics/specialists for follow up care:

   BREVARD HEALTH ALLIANCE

      BREVARD HEALTH ALLIANCE
      Wellness Clinics Serving Central and South Brevard
      Community Health Clinic
      For Underinsured or No Insurance

      TITUSVILLE CLINIC
      500 N. Washington Avenue, Suite 105
      Titusville, FL  32796
      PH:  321-268-0267

      CENTRAL COUNTY CLINIC
      220 Barton Blvd.
      Rockledge, FL  32922
      PH:  321-639-5177

      MONROE CENTER
      705 Blake Avenue, Bldg. G
      Cocoa, FL  32922
      PH:  321-633-6391

      PRE-VISIT REGISTRATION MON-FRI  8:30AM-11AM & 1PM-4PM
      FIRST PROCESS IS REGISTRATION BEFORE APPOINTMENT ASSIGNED
      Documents needed on registration:
      >  Picture ID
      >  Copy of Social Security Card
      >  Proof of Gross Income for one month
      >  1040 IRS filed tax return for last year
      >  Household income of ALL persons residing in home

   PEREZ,DENIS A, MD
      800 CENTURY MEDICAL DR,SUITE B
      TITUSVILLE, FL 32796
      Ph: 383-2122

184/100

X _____

BAYLESSR_PARRMC_MDR00226

```
RUN DATE: 08/11/13              Parrish Medical Center  *** LIVE ***                    PAGE 1
RUN TIME: 1219             PARRISH MEDICAL CENTER ER MEDICATION LIST
RUN USER: NSFORDKH

Patient: BAYLESS,RAEANN N          DOB:              AGE: 46/F    Date: 08/11/13
Diagnosis: CONSTIPATION/ABDOMINAL PAIN                EDM PAT acus.qj.ed.med recon.report.RP

   AC  =  BEFORE MEALS          BID  =  TWICE A DAY            Q   =  EVERY
   HS  =  AT BEDTIME            TID  =  THREE TIMES A DAY      PRN  =  AS NEEDED
   PO  =  BY MOUTH              QID  =  FOUR TIMES A DAY
```

ALLERGIES:
NO KNOWN ALLERGIES

ADVERSE DRUG REACTIONS:

UNCODED ALLERGIES:

```
YOUR NEW PRESCRIPTIONS GIVEN IN THE EMERGENCY DEPARTMENT:
   MED      -    DOSE    -    ROUTE   -   FREQUENCY
```
NONE

```
HOME MEDS including Herbals & Over-The-Counter:
   MED      -    DOSE    -    ROUTE   -   FREQUENCY
```
NONE

********* Final Page ************

BAYLESSR_PARRMC_MDR00227

PATIENT: BAYLESS,RAEANN M
ACCOUNT: ██████████ DATE: 08/11/13
DIAGNOSIS: CONSTIPATION/ABDOMINAL PAIN

ORDER DATE    ORDER

08/11/13    ACUIE ABDOMEN W/CHEST
08/11/13    CBC with Differential
08/11/13    ER-BASIC METABOLIC PANEL
08/11/13    CT ABD/PELVIS WITH

BAYLESSR_PARRMC_MDR00228



BAYLESSR_PARRMC_MDR00229

**JE-007 Page 231 of 364**



BAYLESSR_PARRMC_MDR00230

BAYLESSR_PARRMC_MDR00231



```
RUN DATE: 08/13/13                          Parrish Medical Center  *** LIVE ***                                    PAGE 3
RUN TIME 1233                                      ED Patient Chart
RUN USER RSFORCON

Patient: BAYLESS,RAYMON N                  Age/Sex: 66/M          Acct No:
COR Provider: JOHNSON,DOUGLAS MD           DOB                    Unit No:

KIDNEY STONES:
THYROID PROBLEM:                                                  Med:
CVA/STROKE:                                                       Med:
LIVER DISEASE:                                                    Med:
TIA:                                                              Med:
DEMENTIA:                                                         Med:
MENTAL DISORDER·                                                  Med:
PMC + CULTURE                                                     Med:
MRSA                                                              Med:
Td (year).                                                        Med:
UNK
  Last Tdap (year)·                                              Med:

  Vaccination Education Provided: Y
  Flu shot:                                                       Med:
NO
  Pneumococcal/Pneumonia shot:                                    Med:
NNC
  Date HCWI Vaccine:                                              Med:
NO
  Surgeries, Implants, PMH :                                      Med:
"CLAW LIGATION 1992 GALLBLADDER 1992
MYSTRECTOMY WITH CYSTOCELE REPAIR WITH RESUSLING
8/2013                                                            Med:
  **** MEDICATIONS  RX/CHEMO/HERBAL/OTC **** LIST ALL MEDS
  ***IF PT IS POTENTIALLY GOING                                   Med:
  TO BE GIVEN NITRATES***
  SCREEN FOR SEXUAL STIM MEDS                                     Med:
  & DOCUMENT ON MED RECON
  EX: Viagra (Sildenafil)                                         Med:
  Cialis (Tadalafil)
  Levitra (Vardenafil)                                            Med:
  Med list edited/confirmed: 08/.1/13
  Time  0734                                                      Med:
  HOME MEDS information from. "RXILLR"
  Prescription refills (pharmacy, phone#):                        Med:
  MED - DOSE - ROUTE - FREQUENCY
  Patient on any Medications? N                                   Med:
  Med:
  NONE                                                            Med:
  Med
                                                                  Med:
  Med:
                                                                  Med:
  Med: ₊
                                                                  Med:
  Med:
                                                                  ETOH: Y
  Med: ᶠ                                                          ANTIDAILY:
                                                                  OCCASIONAL
  Med·                                                            Smoker* (ask if age + 12) CURRENT EVERYDAY SMOKER
                                                                  Tobacco PPDxYRS-"PACK YEARS":
  Med·

  Med

Patient:  BAYLESS,RAYMON N
```



BAYLESSR_PARRMC_MDR00232



BAYLESSR_PARRMC_MDR00233

**JE-007 Page 235 of 364**



BAYLESSR_PARRMC_MDR00234



BAYLESSR_PARRMC_MDR00235

**JE-007 Page 237 of 364**

North Brevard County Hospital District
Operating
Parrish Medical Center

**PHYSICIAN'S ORDERS**

| Date | Time | | DOCTOR: PLEASE USE BALL POINT PEN |
|------|------|---|---|
| | | | All orders with a ☐ must be checked to be activated. |
| | | 1. | DOCUMENT DIAGNOSIS: Constipation p̄ Surgery |
| | | 2. | DOCUMENT DRUG ALLERGIES: |
| | | 3. | DOCUMENT WEIGHT:            DOCUMENT HEIGHT: |
| 8/11/13 | | 4. | PATIENT STATUS:   Admit per Case Management Protocol |
| | 1638 | ① | Fleets enema Now |
| | | ② | Dulcolax tabs ii PO Now |
| | | ③ | D/c SSEnema |
| STAT | | | VORB Dr Johnson / Ottegashi Rn |
| 3west | | | |
| ER | | | |
| | | | PHYSICIAN SIGNATURE: |

Patient Label

ER  Bayless, Raeann
DOB ████████  WF 48
██████████████████

PARRISH MEDICAL CENTER
Titusville, Florida 32796
PHYSICIAN' ORDERS

REV. 11/2011   FORM  E90

BAYLESSR_PARRMC_MDR00236

| DATE | TIME | NOTES SHOULD BE SIGNED BY PHYSICIAN |
|------|------|-------------------------------------|
| 8/11/13 | 1022 | Pt has from ER for SS Enema BP 207/108 6420 |
| | | 196. Pt was treated for elevated BP in ER |
| | | Prior to transfer W 331. Pt states "I just had |
| | | surgery for my bladder with mesh." |
| | 1032 | Dr Johnson ER called - report of pt's status. |
| | | Orders changed. |
| | 1045 | Fleets enema given gently to pt, followed by |
| | | ② Tabs Dulcolax P.O. Pt on lft side. Waiting for |
| | | results. |
| | 1050 | Pt up to BR only, brown liquid no stool. Pt may |
| | | need to go again. Pt stable resting in room. |
| | 1100 | Pt to BR ⊘ results. |
| | 1130 | Pt up in BR - "having some results." |
| | 1200 | Pt resting seems less distressed. Report |
| | | called to ER RN. Change. |
| | 1215 | Pt transferred back to ER stable. Haypaski R. |

PATIENT LABEL

BAYLESS, RAEANN M    08/11/13
DOB                  WF  48

PARRISH MEDICAL CENTER
TITUSVILLE, FLORIDA

PROGRESS NOTES

REV. 03/12  FORM  E71

BAYLESSR_PARRMC_MDR00237

JE-007 Page 239 of 364

**Brevard County Fire Rescue**
**Abbreviated Patient Report**

8 oct 16

Date: 8 -1-13   Transport Unit: 22   Incident #: _____   C/C: ADB PAIN

Incident location: _____   Assisting Agency: _____

Age: 44   Sex: ☐ M ☒ F   ☐ Medical ☐ Trauma   ☐ Red ☐ Yellow ☐ Green

Patient's Name: Bayless (Last)   Raeann (First)   M (M.I.)   DOB: ▓▓▓▓▓▓

Phone: ( ) 289 3761   SSN: ▓▓▓▓▓▓   Doctor: _____

Address: 1754 Poinciana (Street)   CiR (City)   (State)   (Postal Code)

Primary Insurance: _____   Secondary Insurance: _____

Policy #: _____   Group #: _____   Policy #: _____   Group #: _____

Allergies: N KDA

Med. Hx: HTN,

Medications:
Name | Dose / Frequency
ASPIRIN
water pill

**Vital Signs**

Time _____ P 66 BP 20 %/130 R 18 Sa02 97

GCS 15 BS _____ ECG _____

Time _____ P 68 BP 20 %/14 R 16 Sa02 86

GCS 15 BS _____ ECG _____

Time _____ P _____ BP _____ R _____ Sa02 _____

GCS _____ BS _____ ECG _____

Time _____ P _____ BP _____ R _____ Sa02 _____

GCS _____ BS _____ ECG _____

Lungs: _____ 12 lead: _____ Abdomen: _____

Skin: _____ Pupils: _____ Weight: _____ kg

**Interventions:**

☐ Airway _____ (Tube Size _____ Depth _____ cm)
☐ O2 _____ ☐ C-PAP _____ ☐ Albuterol _____
☐ IV _____ ☐ D50 _____ ☐ Narcan _____
☐ ASA _____ ☐ NTG _____ ☐ Epi _____
☐ Atropine _____ ☐ Lido _____ ☐ Other _____

**Notes**

last

Dischorge yesterday

Been off medication for HTN

GCS= _____

Eyes:
4 Spontaneous
3 Voice
2 Painful
1 None

Verbal:
5 Oriented
4 Confused
3 Inappropriate
2 Garbled
1 None

Motor:
6 Obeys
5 Localizes
4 Withdraws
3 Ab. Flex
2 Ab. Ext.
1 None

**Alert Info**

☐ STEMI Alert   ☐ Cardiac Alert
☐ Stroke Alert (onset) _____
Deficits: ☐ Facial Droop ☐ Motor Weakness ☐ Abnormal Speech
☐ Trauma Alert: Criteria #1 _____
Criteria #2 _____
* Cardiac or Stroke Alert form Complete? ☐ Yes ☐ No

BAYLESSR_PARRRMC_MDR00238

Page #1
Incident Number:050635; Incident Date: 8/11/2013; Patient: Bayless, Raeann
Printed By: SKINNER, JOHN Paramedic (PMD512152) on 8/11/2013 4:58:45 AM
This is a preliminary report and is subject to change.

Brevard County Fire Rescue (EMSID: ____, FDID: ____
1040 S. Florida Ave.
Rockledge, FL 32955-
(321) 633-2056 x

Brevard County Fire Rescue        Incident Date: 08/11/2013
Incident Number: ____        Patient 1 of 1
Rescue 22    Shift: C
BAYLESS, RAEANN M    48 YEAR OLD,    FEMALE

PAST MEDICAL HISTORY: Hypertension ;
ALLERGIES: None ;
MEDICATIONS: Aspirin ;

ASSESSMENT: 04:13
Patient Conscious.
No External Hemorrhage Noted; Mucous Membrane Normal
Central Body Color Normal
Extremities Normal
WITHIN NORMAL LIMITS (Airway, Breathing Quality, Accessory Muscle Use,
Chest Rise, Radial Pulse, Skin Temp, Skin Moisture, Skin Turgor, Cap
Refill, Pupil Size and Reaction)

SECONDARY ASSESSMENT - INJURY:
No Injuries -

NARRATIVE:
abd pain

S> Dispatched to a 48 y/p female for abd pain. Pt related that on
Friday she had a hysterectomy AM and tonight she is having some abd
pain and distention. Pt related that the pain is an 8 out of 10, pt
related that they performed the surgery laparosocily. Pt denies any
heavy bleeding, vomiting or nausea. Pt unable to relate when her last
B M was. Pt related that she has been off her HTN medications do to
cost. Pt denies any chest pain, or sob.

O> On scene pt was outside of house ambulatory in mild discomfort. Pt
GCS 15, skin was warm and dry, heent unremarkable, no jvd noted, chest
clear, extremities unremarkable with good pms, abd tender and
distended per pt more then normal no neuro deficits noted.

A> abd post surgery

P> Pt assessment completed Pt hx and v/s obtained. Pt was secured on to
stretcher in position of comfort. Pt transport to PMC, secondary
assessment completed with out change, pt's v/s monitored en route to
PMC, arrived without incident with full report to staff.

TREATMENT:
04:13    Pulse:66       Regular and Strong       Resp:16       Respiratory
Effort:Normal    BP:208/130    saO2:97%    (on Room Air)    GCS:4
Spontaneous; 5 Oriented; 6 Obeys      = 15    Responsiveness:Alert
PainSeverity:8
04:20    Pulse:68       Regular and Normal       Resp:16       Respiratory
Effort:Normal    BP:210/114    saO2:96%    (on Room Air)    GCS:4
Spontaneous; 5 Oriented; 6 Obeys      = 15    Responsiveness:Alert
PainSeverity:8
04:12    Assessment-Adult,    SKINNER, JOHN Paramedic (PMD512152)
(Unchanged)
No Medications Done
No Venous Access

BAYLESSR_PARRMC_MDR00239

Page #2
Incident Number:050635; Incident Date: 8/11/2013; Patient: Bayless, Raeann
Printed By: SKINNER, JOHN Paramedic (PMD512152) on 8/11/2013 4:58:45 AM
This is a preliminary report and is subject to change

Brevard County Fire Rescue (EMSID     FDID:    )
1040 S. Florida Ave.
Rockledge, FL 32955-
(321) 633-2056 x

IMPRESSION:
Primary Impression: Abdominal pain / problems  Secondary Impression:
Other - Not Listed

INCIDENT INFORMATION:
Incident location:  1754 poinciana Cir  TITUSVILLE, Brevard, FL 32780
22

Nature of call as dispatched: Abdominal Pain   Nature of call at scene:
Abdominal Pain   (Anatomic Location: Abdomen) (Organ System: Not
Known ) (Primary Symptom: Pain ) (Other Symptom: None ) (Condition
Code: Other - Not Listed)

Disposition: Transport   via Ground to Parrish Medical Center (Reason
destination chosen: Closest Facility)   Destination Zip Code: 32796
Type of exposure on this run: None
Medical Control Type: Protocol
Placed In: ER bed #7   Report Given to: The ED Staff   Transfer of
Patient: Without incident

08/11/2013 04:01:00 Call Received

08/11/2013 04:02:00 Dispatched
08/11/2013 04:04:00 Depart
08/11/2013 04:12:00 Arrive Location
08/11/2013 04:12:00 Patient Contact
08/11/2013 04:12:00 Assume Patient Care
08/11/2013 04:15:00 Unit Departs
08/11/2013 04:23:00 Arrive Destination
08/11/2013 04:32:00 Available

Response to scene: Lights and Sirens   Response from scene: No Lights
and Sirens
Call Level: BLS
How EMS Accessed: 911
Total Miles: 3.6

Blood Draw For Law Enforcemnt: n/a
Lead Crew Member: SKINNER, JOHN Paramedic (PMD512152)
Crew Member 2: Arthur, Craig EMT (EMT925341)

ASSISTING:
Engine 22,

PATIENT:
BAYLESS, RAEANN M DOB: 01/19/1965  48 YEARS OLD.

White, Female
1754 poinciana Cir
TITUSVILLE, FL 32780 Phone: 321-289-3761

SSN#:
Resident: Yes

BILLING INFORMATION:

LOCAL DATA

BAYLESSR_PARRMC_MDR00240

JE-007 Page 242 of 364

From:Fire Station 22            3212646467            08/11/2013 04:00        #959 P.003/004

Page #3
Incident Number:050635, Incident Date: 8/11/2013; Patient: Bayless, Raeann
Printed By: SKINNER, JOHN Paramedic (PMD512152) on 8/11/2013 4:58:45 AM
This is a preliminary report and is subject to change.

Brevard County Fire Rescue (EMSID      ; FDID:
1040 S. Florida Ave.
Rockledge, FL 32955-
(321) 633-2056 x

If the pt did not sign, did you obtain a face sheet from the hospital?:
No.
Did you request a rider/driver from a first responder agency?: No.
If form was not signed by the pt, then who signed?: N.
Did a rider/driver from another agency accompany you to the ED?: No.
was the patient's signature obtained?: Yes.

SIGNATURES:
HIPAA       Signed by: Patient

Signed By: SKINNER, JOHN Paramedic (PMD512152)



BAYLESSR_PARRMC_MDR00241

From:Fire Station 22          08/11/2013 04:01      #959 P.004/004

BAYLESSR_PARRMC_MDR00242

# CONSENT OF ADMISSIONS

Pg. 1 of 2

## CONSENT FOR MEDICAL AND SURGICAL PROCEDURES

The undersigned consents to procedures that may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, which may include but are not limited to laboratory procedures, x-ray examinations, medical or surgical treatment or procedures, anesthesia, hospital services rendered the patient under the general and special instructions to the patient's physician or surgeon, or recording/ filming for identification diagnosis or treatment purposes. **I consent to the taking of pictures of medical or surgical condition or treatment, and the use of the pictures for scientific, educational or safety purposes.**

## NURSING CARE

The hospital provides only general duty nursing care unless, upon orders of the patient's physician, the patient is provided more intensive nursing care. If the patient's condition is such as to need the service of a special duty nurse, it is agreed that such must be arranged by the patient or his/her legal representative. The hospital shall in no way be responsible for failure to provide same and is hereby released from any and all liability arising from the fact that said person is not provided with such additional care.

## LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIAN

All physicians and surgeons furnishing services to the patient, e.g., emergency room physician, radiologist, pathologist, anesthesiologist are independent contractors and are not employees or agents of the hospital. The patient is under the care and supervision of his/her attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to medical and surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered to the patient under the general and special instructions of the physician.

## RELEASE OF PROTECTED HEALTH INFORMATION

PMC, its business associates, and any other healthcare provider involved in the patient's care may have access to the patient's record for treatment, normal healthcare operations and for securing payment for services rendered. The information to be released include all information in the patient's record including HIV testing and test results, psychiatric treatment, and treatment for alcohol or drug abuse. For a more detailed description of uses and disclosures for treatment, payment, or healthcare operations, please review the PMC Notice of Privacy Practices prior to signing this agreement.

## FINANCIAL AGREEMENT

The undersigned agrees, whether he/she signs as an agent or as a patient, that in consideration of the services to be rendered to the patient, he/she hereby individually obligates himself/herself to pay the account of the hospital in accordance with the regular rates and terms of the hospital. Should the account be referred to an attorney or collection agency for collection, the undersigned shall pay actual attorney's fees and collection expenses. All delinquent accounts shall bear interest at the legal rate.

## ASSIGNMENT OF INSURANCE BENEFITS

A. The undersigned authorizes, whether he/she signs as an agent or as a patient, direct payment to the hospital of any insurance benefits otherwise payable to or on behalf of the patient for this hospitalization or for these outpatient services, including emergency services rendered, at rate not to exceed the hospital's actual charges. It is agreed that payment of any and all obligations under a policy to the extent of such payment. It is understood by the undersigned that he/she is financially responsible for charges not paid pursuant to this agreement.

B. The undersigned authorizes assignment of insurance benefits to any involved physician(s), including but not limited to radiologists, cardiologists, pathologists, anesthesiologists, emergency room physicians.

C. Section 817.234 Florida Statutes stipulates that "any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony in the third degree"

## PERSONAL VALUABLES

It is understood and agreed that the hospital maintains a safe for safekeeping of money and valuables. The hospital shall not be liable for the loss or damage to any article unless deposited with the hospital for safekeeping. The liability of the hospital for loss of any personal property, which is deposited for safekeeping, is limited to five hundred dollars ($500.00) unless a receipt for a greater amount has been obtained from the hospital by the patient.

---

Patient Label

BAYLESS, RAEANN M        08/11/13
                    WF    48

North Brevard County Hospital District
operating as
PARRISH MEDICAL CENTER
Titusville, Florida 32796

REV. 3/12  FORM  E526-1



BAYLESSR_PARRMC_MDR00243

**ASSIGNMENT OF MEDICARE BENEFITS (Medicare patients only)**
The undersigned certifies that the information given when applying for payment under Title XVIII of the Social Security Act is correct. The holder of medical and other information about the patient may be released to the Social Security Administration or its intermediaries or carriers of information any information needed for this or related Medicare claim. Payment of authorized benefits may be made on the patient's behalf. Payment of benefits for physician services to the physician or organization furnishing the services or authorize such physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment is also authorized. Applicable deductibles, co-payments and non-covered charges will be the responsibility of the undersigned.

**HEALTH CARE PLAN OBLIGATION**
A. The hospital maintains a list of health plans with which it has contacted. A list of such plans is available upon request from the financial office. The hospital has no contract, expressed or implied, with any plan that does not appear on the list. The undersigned agrees that he/she is individually obligated to pay the full charges of all services rendered to him/her by the hospital if he/she belongs to a plan, which does not appear on the above-mentioned list.
B. The undersigned certifies that he/she has read the foregoing, received a copy thereof (if requested), and is the patient, the patient's legal representative, or is duly authorized by the patient as the patient's general agent to execute the above and accept the terms.

**I ACKNOWLEDGE**

**(Labor Patients)**
This consent is effective for all prenatal care up to and including delivery.

**(All Patients)**
I have been offered today or on a prior visit a copy of the PMC Notice of Privacy Practices. I understand that if I have questions I can contact the Facility Privacy Officer.

We ask for your participation in your care and feel this adds to your safety as a patient. We encourage you to speak up if you have questions regarding any aspect of your care or care partners or any safety concerns.

I have been asked and have provided information regarding my Medicare Secondary Payer Screening, which is applicable to my medical services covered by Medicare health care insurance.

The release of my demographic information and dates of service to Parrish Medical Center's institutionally related foundation to be used for charitable and fundraising purposes in support of Parrish Medical Center.

**(Inpatient Only)**
I have been offered to maintain my inpatient admission status as "Confidential" or "Restricted". I understand that if placed in a restricted status, I will not receive any calls through the hospital system; walk in visitors, including clergy, will not be provided my room number by hospital staff; delivery of mail, flowers, etc. will be returned. However, please be assured your care will not be compromised. You will be placed in a "restricted" / "confidential" status if you initial here. _____

I have received and/or offered a copy of the Patient Bill of Rights and Advance Directive information.

I have received a copy of my rights as a Medicare and/or Tricare patient.

Date: 8.11.13  Time: 0601  AM / PM

Signature: X Raeann Bayless
(patient / parent / conservator / guardian)

If signed by other than the patient, indicate relationship:

Witness:

Patient Label

BAYLESS, RAEANN N   08/11/13
WF  48

North Brevard County Hospital District
operating as
**PARRISH MEDICAL CENTER**
Titusville, Florida 32796

REV. 7/2009   FORM  E526-2

BAYLESSR_PARRMC_MDR00244

### Florida Hospital Patient Discharge Summary

**Name:** BAYLESS , RAEANN M          **Current Date:** 08/10/2013 11:14:35
**DOB:**             12:00 AM
**MRN:**          **FIN:**
**Address:** 1754 POINCIANA CIR TITUSVILLE FL 32796-1124
**Phone:** 3212893761
**Primary Care Provider:**          Phone:

**Allergies:** No known allergies

## Medicine List

**Home Meds:**

| Medication(s) you will take at home<br>The following medications have been prescribed by your physician. Some of your medications, dosages, and/or times may have been changed from the list that you or your representative provided to us when you were admitted to the hospital. If you have any questions, please contact your primary care provider. | Take your next dose on/at | New Med | What is this medicine for?<br>(Medications often have more than one therapeutic use. Medication uses listed below may or may not include the reason your doctor has prescribed medication for you. Your nurse will explain the use of medications ordered for you at discharge) | What are the medicine side effects?<br>(See Leaflet for complete list) |
|---|---|---|---|---|
| aspirin 650 mg Oral every fourty-eight hours | | | clot prevention | bleeding, stomach pain |

**Patient instructed to bring the Patient Discharge Medication list to his (her) next physician visit.**

BAYLESSR_PARRMC_MDR00245

**Follow-Up Appointments**

**Please call to make appointment for follow up visit(s):**

| With: | Address: | When: |
|---|---|---|
| KATHY JONES, Obstret Gynecol, UROLOGY | 508 NORTH MILLS AVENUE, SUITE C ORLANDO, FL 32803 (407)228-8066 Business (1) | Within 1-2 weeks |

**Comments:**

For Free Crisis Counseling, Call Lifeline of Central Florida at Crisis Hotline. Orange/Seminole County 407-425-2624.

Name BAYLESS , RAEANN M
MRN:                2 of 12                08/10/2013 11:14.41

BAYLESSR_PARRMC_MDR00246

**Care Instructions**

**Follow-up and Care Instructions (Activity Restriction, Diet, Incision/Wound Care, Pain Management Plan)**
Diet as tolerated, pelvic rest until seen by Dr. Jones,
**Discharge Instructions:**
**Miscellaneous Discharge Instructions:**

BAYLESSR_PARRMC_MDR00247

## Help After You Leave the Hospital

**It has been our pleasure to care for you. If you have any Discharge Planning needs after you leave the hospital, please contact our Case Managers at one of the following numbers. If this is an emergency please call 911.**

| | | | |
|---|---|---|---|
| Altamonte/Apopka | 407-303-2311 | Kissimmee | 407-933-6617 |
| Celebration | 407-303-4000 x5665 | Orlando | 407-303-1952 |
| East | 407-303-8689 | Winter Park | 407-646-7003 |

Name: BAYLESS , RAEANN M
MRN: ███

4 of 12

08/10/2013 11:14:41

BAYLESSR_PARRMC_MDR00248

**Patient Education
Symptoms and Health Problems**

Pelvic Organ Prolapse: Surgery for Vaginal Vault Prolapse



**Vaginal vault prolapse**

**Vaginal vault prolapse** is when the walls of the vagina fall in on themselves. This can happen after the uterus has been removed. The goal of surgery is to repair the problem and relieve your symptoms.



**Vaginal vault suspension**

**The Surgical Procedure**

A **vaginal vault suspension** may be used to correct vaginal vault prolapse. This type of surgery can be done through the vagina or the abdomen. The vagina is attached to strong tissue in the pelvis or to the **sacrum** (a bone at the base of the spine that forms the back of the pelvis).

**Possible Risks and Complications of Surgery**
- Infection
- Bleeding
- Risks of anesthesia
- Damage to nerves, muscles, or nearby pelvic structures
- Blood clots
- Prolapse of the pelvic organ or organs occurring again

**Your Incisions**

Name: BAYLESS , RAEANN M
MRN:                                    5 of 12                          08/10/2013 11:14:41

**BAYLESSR_PARRMC_MDR00249**

During surgery, the doctor reaches your pelvic organs through the vagina or the abdomen. An incision may be made in the vaginal wall. If incisions are made on the abdomen (lower belly), they can be vertical (up and down) or transverse (across).



**Incision made in vaginal wall.**



**Abdominal incisions.**

© 2000-2011 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Pelvic Organ Prolapse: Surgery for Cystocele



Bladder

**Cystocele**

**BAYLESSR_PARRMC_MDR00250**



**Anterior Repair**



**Incision made in the vaginal wall**



**Abdominal incisions**

Cystocele is when the bladder **prolapses** (sags) into the vagina. The goal of surgery is to repair the
problem. This will help relieve your symptoms. Your surgery may include one or more repairs.

### The Surgical Procedure

Cystocele can be treated with an anterior repair. This type of surgery is done through the vagina. The
sagging bladder is moved back into its normal position. Sutures (stitches) are placed in tissue between
the bladder and the vagina. This helps hold the bladder in place. In some cases, another type of surgery
is done. It can help correct weakness in the front wall of the vagina. The vagina is attached to strong
tissues in the side wall of the pelvis.

### Your Incisions

Name BAYLESS , RAEANN M
MRN:

7 of 12

08/10/2013 11:14:41

BAYLESSR_PARRMC_MDR00251

During surgery, the doctor will reach your pelvic organs through the vagina or the abdomen. An incision may be made in the vaginal wall. If an incision is made on the abdomen (lower belly), it may be vertical (up and down). Or, it may be transverse (across).

**Possible Risks and Complications of this Surgery**
- Infection
- Bleeding
- Risks of anesthesia
- Damage to nerves, muscles, or nearby pelvic structures.
- Blood clots
- Prolapse of the pelvic organ or organs occurring again

© 2000-2011 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Anesthesia: After Your Surgery

You've just had surgery. During surgery, you received medication called **anesthesia** to keep you comfortable and pain-free. After surgery, you may experience some pain or nausea. This is normal. Here are some tips for feeling better and recovering after surgery.



**Stay on schedule with your medication.**

### Going Home

Your doctor or nurse will show you how to take care of yourself when you go home. He or she will

BAYLESSR_PARRMC_MDR00252

also answer your questions. Have an adult family member or friend drive you home. For the first 24
hours after your surgery:
- Do not drive or use heavy equipment.
- Do not make important decisions or sign documents.
- Avoid alcohol.
- Have someone stay with you, if possible. They can watch for problems and help keep you safe.

Be sure to keep all follow-up doctor's appointments. And rest after your procedure for as long as your
doctor tells you to.

## Coping with Pain

If you have pain after surgery, pain medication will help you feel better. Take it as directed, before
pain becomes severe. Also, ask your doctor or pharmacist about other ways to control pain, such as
with heat, ice, and relaxation. And follow any other instructions your surgeon or nurse gives you.

### Tips for Taking Pain Medication

To get the best relief possible, remember these points:
- Pain medications can upset your stomach. Taking them with a little food may help.
- Most pain relievers taken by mouth need at least 20 to 30 minutes to take effect.
- Taking medication on a schedule can help you remember to take it. Try to time your medication so
  that you can take it before beginning an activity, such as dressing, walking, or sitting down for
  dinner.
- Constipation is a common side effect of pain medications. Drink lots of fluids. Eating fruit and
  vegetables can also help. Don't take laxatives unless your surgeon has prescribed them.
- Mixing alcohol and pain medication can cause dizziness and slow your breathing. It can even be
  fatal. Don't drink alcohol while taking pain medication.
- Pain medication can slow your reflexes. Don't drive or operate machinery while taking pain
  medication.

## Managing Nausea

Some people have an upset stomach after surgery. This is often due to anesthesia, pain, pain
medications, or the stress of surgery. The following tips will help you manage nausea and get good
nutrition as you recover. If you were on a special diet before surgery, ask your doctor if you should
follow it during recovery. These tips may help:
- Don't push yourself to eat. Your body will tell you what to eat and when.
- Start off with liquids and soup. They are easier to digest.
- Progress to semisolids (mashed potatoes, applesauce, and gelatin) as you feel ready.
- Slowly move to solid foods. Don't eat fatty, rich, or spicy foods at first.
- Don't force yourself to have three large meals a day. Instead, eat smaller amounts more often.
- Take pain medications with a small amount of solid food, such as crackers or toast.

## Call Your Surgeon If...
- You still have pain an hour after taking medication (it may not be strong enough).

| Name: BAYLESS , RAEANN M | 9 of 12 | 08/10/2013 11:14:41 |
| MRN | | |

BAYLESSR_PARRMC_MDR00253

- You feel too sleepy, dizzy, or groggy (medication may be too strong).
- You have side effects like nausea, vomiting, or skin changes (rash, itching, or hives).

© 2000-2011 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Name: BAYLESS , RAEANN M          10 of 12          08/10/2013 11:14:41
MRN:

BAYLESSR_PARRMC_MDR00254

**Assistive Devices Present On Admission:** None

**Assistive Devices Present On Discharge:** None

**Assistive Devices Comments:** Belongings returned to pt

**View your Health Information Summary Online:** We are now providing a secure tool to help you access your health information, review recent lab results, review your medications, and more. If you are interested, please go to the registration area in the Hospital or to the physician office and speak to one of the registration representatives.

Anesthetics and other medications you received may make you feel lightheaded, dizzy or sleepy, and may also affect your judgment following your procedure. This feeling will slowly wear off, but for at least 24 hours after discharge.
  a. **DO NOT** drive a motor vehicle; operate heavy machinery or power tools.
  b. **DO NOT** drink alcoholic beverages (including beer).
  c. **DO NOT** make any important business decisions or sign legal papers.
  d. **TAKE** medication(s) as directed by your pharmacist.
  e. **IF A CHILD:**
      1. **NO** bike riding, skateboards, playing on gym sets, or any other activity that may be harmful
      2. for the ride home today have child strapped in a car seat or in a seat belt
Progress slowly to normal diet as tolerated. It is better to start with liquids such as ginger ale or apple juice, then soup and crackers and gradually solid foods.
Certain anesthetics and pain medication may produce nausea and vomiting  If nausea becomes a problem, call your physician.

Call your physician for:

Excessive drainage or bleeding.
Increase in temperature (101 or higher), and/or increase in pain or foul drainage odor.
Pain not relieved by prescribed medication.

**I, BAYLESS , RAEANN M, received instructions by printed literature, verbal explanation or videos and I understand the instructions for my / the patient's care including but not limited to pain management after discharge. I understand information is available upon request for stop smoking programs. All my questions have been answered to my satisfaction. I understand if I have additional questions or a problem occurs, I should contact my / the patient's physician immediately. If the physician cannot be reached for a problem, or if I or the responsible person thinks a physician's attention is needed immediately, I understand I should go to the nearest emergency room. If 911 services are available in my area, I should call 911.**

**The above listing of assistive devices is accurate.**

_____  - Date _____

Patient or Legally Authorized Person Signature
(Please Circle Appropriate Relationship)

Name BAYLESS , RAEANN M                11 of 12                08/10/2013 11:14:41
MRN ████

BAYLESSR_PARRMC_MDR00255

_____ Date _____
**Provider Signature**

Name: BAYLESS , RAEANN M          12 of 12          08/10/2013 11:14:41
MRN:



**PARRISH**
**MEDICAL CENTER**
DIAGNOSTIC IMAGING
951 N. Washington Ave.
Titusville, FL 32796
P: 321-268-6140
F: 321-268-6278

Name: BAYLESS, RAEANN M.

MRN:
DOB:                    Age: 48        Sex: F
Acct:
Loc: ER        Status: REG ER
Phys: FRANCISCO GARCIA, MD

Exam:           ACUTE ABDOMEN W/CHEST

EXAM Date: 08/11/2013 04:45

CLINICAL INDICATION: Abdominal pain, status post hysterectomy

COMPARISON: None.

COMMENTS: Supine, erect views of the abdomen with an AP view of the chest show
extensive fecal material in the ascending colon. There is mild gaseous distention
of the colon possibly from ileus. No evidence of free air. There are ground glass
densities in both the lower lobes suspicious for areas of pneumonia or atelectasis.

IMPRESSION: Extensive fecal material in the ascending colon.
Bilateral lower lobe areas of pneumonia or atelectasis.

| *** THIS IS AN ELECTRONICALLY VERIFIED REPORT *** |
| --- |
| 8/11/2013 6:47 AM:  Kiritkumar Patel, MD |

Reported By: Kiritkumar Patel, MD

Dictated: 08/11/2013 (0647) Transcribed: 08/11/2013 (0647) Transcriptionist: kp

Page 1 of 1

BAYLESSR_PARRMC_MDR00257



**PARRISH**
MEDICAL CENTER
DIAGNOSTIC IMAGING
951 N. Washington Ave.
Titusville, FL 32796
P: 321-268-6140
F: 321-268-6278

Name: BAYLESS, RAEANN M.

MRN: ▮▮▮
DOB: ▮▮▮          Age: 48      Sex: F
Acct: ▮▮▮
Loc: ER      Status: REG ER
Phys: FRANCISCO GARCIA, MD

Exam: ▮▮▮T/ABDOMEN/PELVIS WITH, A

EXAM Date: 08/11/2013 08:09

Free air in the a less CT of the abdomen and pelvis clinical abdominal pain, status
post recent hysterectomy, no bowel movements since surgery introduction CT for
94 mm of Omnipaque.  Intravenous
CT scans of the abdomen show no abnormality in the liver, spleen, pancreas or
kidneys.  There is considerable gas and fecal material in the ascending and
transverse colon.  No evidence of free air or free fluid.  There is air in the
anterior abdominal soft tissue presumably from recent surgery.  Examination of the
pelvis and lower abdomen shows gas in the colon.  No evidence of free air or free
fluid.  There is 1.5 x 1.6 cm cystic area in the right adnexa and that may
represent a cyst in the ovary or cystic fluid collection from surgery.  Also seen
is a soft tissue density in the right adnexa around the cystic area that may
represent to postsurgical change.  No free air or free fluid can be seen.

IMPRESSION:  No evidence of free air or free fluid.
Extensive fecal material in the ascending ascending colon with presence of gas in
the rest of the colon.
The appendix appears normal.
Postsurgical changes in the right adnexa.  Cystic lesion in this area may represent
either a cyst in the ovary or cystic fluid collection.

| *** THIS IS AN ELECTRONICALLY VERIFIED REPORT *** |
|---|
| 8/11/2013 9:17 AM:  Kiritkumar Patel, MD |

Reported By: Kiritkumar Patel, MD

Dictated: 08/11/2013 (0917) Transcribed: 08/11/2013 (0917) Transcriptionist: kp

Page 1 of 1

BAYLESSR_PARRMC_MDR00258

PARRISH MEDICAL CENTER

# DEMOGRAPHIC FACE SHEET

| ACCOUNT NO. | FINANCIAL CLASS | TYPE | PT. LOCATION/SERVICE | ROOM & BED | SMOKER | VAL. | RACE | RELIGION | PREV. DISCHARGE DATE | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | SP | REG ER | ER1 | | N | | W | NON | 12/16/92 | [redacted] |

| DATE OF BIRTH | AGE | SEX | MAR. ST | PATIENT OCCUPATION | PREVIOUS NAME/OTHER NAME |
|---|---|---|---|---|---|
| [redacted] | 43 | F | S | | |

PATIENT NAME/ADDRESS S.S. NO. [redacted]
BAYLESS,RAEANN M
1754 POINCIANA CR
TITUSVILLE,FL 32796
PHONE NO. 321-289-3761 OTHER NO.

PATIENT EMPLOYER
UNEMPLOYED
WORK PHONE

GUARANTOR/ADDRESS S.S. NO. [redacted]
BAYLESS,RAEANN M
1754 POINCIANA CR
TITUSVILLE,FL 32796
PHONE NO. 321-289-3761 RELAT.TO PT. SELF

GUARANTOR EMPLOYER
UNEMPLOYED

PERSON TO NOTIFY ADDRESS RELAT. TO PT. FAMILY OTHER
BAYLESS,C B OR JOAN
1754 POINCIANA CR
TITUSVILLE,FL 32796
HOME PHONE 321-289-3761 WORK PHONE

NEXT OF KIN/ADDRESS RELAT. TO PT
HOME PHONE WORK PHONE

[redacted]

PATIENT INFORMATION

## DIAGNOSIS / PROCEDURES

PRINCIPAL DIAGNOSIS: ______

SURGICAL PROCEDURES: ______

SECONDARY DIAGNOSES: ______

## PHYSICIAN MEDICAID CERTIFICATION

This is to certify that inpatient hospital services are needed:

Date: ______ Physician's Signature: ______

## ACCIDENT INFORMATION / CONDITIONS

| ACCIDENT DATE/TIME | ACCIDENT INFORMATION | REASON FOR VISIT |
|---|---|---|
| 01/29/08 | ONSET OF SYMPTOMS/IL | ABCESS LEFT FOOT |

## ADMISSION / REGISTRATION

| ADMIT DATE/TIME | ADMISSION SOURCE | COMMENTS | USER |
|---|---|---|---|
| 01/29/08 1957 | EMERGENCY ROOM | **EQ**DV BY PT | PR ESQ |

## PHYSICIANS

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | EMERGENCY PHYSICIAN |
|---|---|---|
| | | ~~ER PHYSICIAN~~ Housel |
| PRIMARY CARE PHYSICIAN | FAMILY PHYSICIAN | OTHER PHYSICIAN |
| | UNKNOWN | Plummer |

REV. 04/2004 FORM E529

COL-RBAYLESS-PARISH-000260

# PARRISH
MEDICAL CENTER

## EMERGENCY DEPARTMENT PHYSICIAN ORDER SHEET

Patient Name: _____

| ✓ | TEST | ✓ | TEST | ✓ | TEST | ORDER TIME | RN INIT/ GIVEN |
|---|------|---|------|---|------|-----------|----------------|
| | Old Record | | BC  I / II / ARDS | | Hip / Pelvis | 2035 | *Apply Dasitracinoint &* |
| | Monitor Rhythm | | Preg. S / U | | Facial / Nasal | | *Nonstick left foot* |
| | Pulse Ox | | Quant   HcG | | Ribs | | |
| | O₂ | | UA | | Foot / Ankle | | |
| CBC | WBC\| Hgb | | C & S | | Knee | | |
| | Platelets | | Beta-strep | | Shoulder | | |
| Basic | Na  K  Bun  Glu | | Type & Screen | | Wrist/Hand | | |
| | Cl  CO2  Creat | | Type & RH | | Fingers | | |
| Comp | Bili  Ca  Alku Phos | | T & C - PC | | IVP | | |
| | Prot  AST  ALB | | Drug Level | | | | |
| | MIMS  1 hr. | | CARDIO. | | CT | | |
| | MIMS  2 hr. | | ABG | | Brain | | |
| | ETOH | | HHN | | Abd / Pelvis | | |
| | Amylase/Lipase | | X-RAY | | | | |
| | HEPF | | ABD | | Sonogram | | |
| | Thyroid Profile | | Acute ABD | | OB | | |
| | | | C-Spn   Port/AP-Lat | | Pelvic | | |
| | | | LS Spine | | GB | | |

| DIAGNOSTIC TEST: | | INDICATION(S) |
|---|---|---|
| ☐ CHEST XRAY 71010 - 71035 PA and Lateral Portable | — Chest Pain  — Asthma<br>— SOB  — Bronchitis<br>— CHF  — Cardiac Dysrhythmias<br>— Angina  — COPD | — Cough  — MI (Acute/Subacute)  — Pulmonary HTN<br>— Fever  — Pneumonia  — Renal Disease<br>— Fluid Overload  — Pneumothorax  — Trauma<br>— Hypertension  — Other_____ |
| ☐ EKG. 93005 | — Chest Pain  — ABD Pain (Right Upper Quadrant)  — HX CABG or PTCA)  — Pacemaker  — Seizure<br>— SOB  — Left Upper Quadrant; Epigastric  — Numbness  — Palpitations<br>— Syncope  — Diabetes<br>— Stroke  — Electrolyte Disorder  — Other_____ |
| ☐ GLUCOSE (Accucheck) 82947,82952 | — Chest Pain  — Bronchitis  — Dizziness  — MI (Acute/Subacute)  — Syncope<br>— Diabetes  — Change in weight  — Electrolyte Imbalances  — Pneumonia  — UTI<br>— Altered LOC  — Diarrhea  — Gastritis  — Other_____ |
| ☐ PTT 85730 | — Chest Pain  — MI (Acute/Subacute)  — GI Bleed  — Postmenopausal Bleeding  — TIA<br>— SOB  — AFIB  — Limb Pain  — Renal Failure<br>— CHF  — Abdominal Pain  — Other_____ |
| ☐ Prothrombin Time 85610 | — MI (Acute/Subacute)  — Abdominal Pain  — CAD  — Iron Deficiency Anemia  — Syncope<br>— Atypical CP  — Angina  — CVA  — On Anticoagulant<br>— CHF  — Blood Loss Anemia  — DVT (or HX)  — Other_____ |
| ☐ Magnesium 83735 | — ABN Blood Chemistry  — Altered LOC  — Diabetes  — Renal Failure<br>— ABN EKG  — Cardiac Dysrhythmia  — Hypotension  — Syncope<br>— Acidosis  — CHF  — MI (Acute/Subacute)<br>— Alcohol Abuse  — Delirium  — N / V  — Other_____ |
| ☐ Urine Culture 87088 | — Abdominal Pain  — Bacteremia  — Fever  — Renal Failure  — Septicemia  — UTI<br>— Backache  — Calculus Kidney/Ureter  — Renal Colic  — Other_____ |
| ☐ Drug Screen, Qual 80101 | — Acidosis  — Coma  — Epilepsy  — Poisoning by Unspecified Drug<br>— Altered LOC  — Drug Dependence  — Other_____ |
| ☐ Sedimentation Rate  85652 | — Headache  — Loss of Weight  — Myalgia<br>— Joint Pain  — MI (Acute/Subacute)  — Rheumatoid Arthritis  — Other_____ |

Physician Signature: *Housel ARNP*   Time: 2035   Date: 1/29/08

PATIENT LABEL
BAYLESS, RAEANN M    01/29/08
WF   43

*Judy L. Housel, ARNP*
8507

EMERGENCY DEPARTMENT
PHYSICIAN ORDER SHEET

REV. 10/2007   FORM   E531

COL-RBAYLESS-PARISH-000261



RUA DATE: 01/29/08
RUN TIME: 2331
RUA USER: MSLAWSFR

Parrish Medical Center *** LIVE ***
ED Patient Chart

PAGE 1

Patient: BAYLESS RAEANN H

ED Provider: PLUMER RICHARD H  CO

DRUG ALLERGIES: NKDA
FOOD/OTHER ALLERGIES: NKFA

01/29/08  2033   Nursing Interventions                    FAITH R LAWSON, RN
Single dressing care to wound: Y; Pt. Education (other than D/C instructions): Y;
Simple D/C instructions: Y

1754 POINCIANA CR
TITUSVILLE, FL 32796
321-269-3261
[ ]
Next of Kin: [ ]
Relation:
Phone:

PCP:
Family Doctor: UNKNOWN

01/29/08  1947   TRIAGE 1                                 KEN J SMITH, RN
******TRIAGE ASSESSMENT******
PHYSICIAN  HEALTH DEPT
Patient Status:  ABCESS LEFT FOOT
DURATION: 4 DAYS
Chief Complaint:  Abscess
Nurse Comments:  STS SHE OPENED IT UP TODAY. HAS ABCESS TOP LEFT FOOT
Mode of Arrival: AMBULATORY
Accompanied By: SELF
REQUIRES ISOLATION? N
UNKOWN
********TRIAGE INTERVENTIONS********
ICEPACK
ELEVATION
SPLINT
DRESSING/BLEEDING CONTROL
EXESIS BASIN
ADVISED NO FOOD/DRINK
EXPLANATION OF DELAY
RETRIEVED FROM AUTO BY EMT/NURSE
********  VITAL SIGNS  ********
Height:
Feet: 5
Wt. Source: PER PATIENT
B/P: 160/97
Inches: 9.0
Pounds: 160
Pulse: 69
Centimeters: 175.3
Ounces:
Respirations: 16
Kilograms: 72.57
Temperature: 97.9
Pain Scale: 3
Route: ORAL
Pulse Ox # (PRO): 98
********  EMS TREATMENT  ********
APPLICABLE? N
EMS report STAT N
EMS report st bedside to RN?
O2@:
LPM
VIA:
INTUBATED:
IV'S/SITE:
AMT INFUSED:
TX PRIOR TO ARRIVAL:

ED Physician: PLUMER,RICHARD H. CO
Practitioner: JUDY L HOUSEL. ARNP
Nurse: FAITH R LAWSON

Arrival Date/Time: 01/29/08 - 1924
Triaged Date/Time: 01/29/08 - 1947

Stated Complaint: ABCESS LEFT FOOT
Chief Complaint: ABSCESS

Disposition: HOME
Diagnosis: ABSCESS/CELLULITIS LEFT FOOT
Comment: CC IN 2-3 DAYS IF NO BETTER
Condition:

Departure Date/Time: 01/29/08 - 2031

Referrals:
Parrish Community Clinic
500 N. Washington Ave  #105
Titusville, Fl 32796
Ph: 321-268-0267
Note:
The Parrish Community Clinic is dedicated to providing
medical care to all patients regardless of their ability to
pay. If you are having difficulty affording your medical
care. financial assistance may be available.

ZAMBOS,JOHN M. MD
605 N WASHINGTON AVE
TITUSVILLE, FL 32796
Ph: 321-383-2630

Pt Instructions: Cellulitis, MRSA, Abcess Soft Tissue

Departure Forms: GENERAL INSTRUCTIONS, HOME/SCRIPT MED LIST

Patient: BAYLESS RAEANN H

```
RUN DATE: 01/29/08                          Parrish Medical Center  *** LIVE ***                                    PAGE 2
RUN TIME: 2031                                      ED Patient Chart
RUN USER: NSLAWSFR

Patient: BARLESS RACAMIRIT          Age/Sex: 43/F      Acct No: 20816096
ED Provider: PLUMMER,RICHARD J  DOB: 01/19/65      Unit No: 066710
```

GLUCOSE:                                              MEDS REVIEWED WITH PT BY RN: Y
HEART MONITOR/RHYTHM:                                 HOME MEDS information from: PATIENT
*****OTHER TREATMENT PRIOR TO ARRIVAL*****            Prescription Refills (pharmacy, phone):
CERVICAL SPINE IMMOBILIZATION DEVICE?                 MED - DOSE - ROUTE - FREQUENCY
CAR RESTRAINT USED?                                   Med: none
AIR BAG DEPLOYED?                                     Med:
LOSS OF CONSCIOUSNESS AT SCENE?                       Med:
OTHER:                                                Med:
AGENCY NOTIFIED:                                      Med:
SPOKE WITH:                                           Med:
VISUAL ACUITY:                                        Med:
RIGHT EYE:                                            Med:
LEFT EYE:                                             Med:
BOTH EYES:                                            Med:
DATE                                                  Med:
LMP (last menses): 01/19/38                           Med:
Tetanus immunization: UNKNOWN                         Med:
Immunizations < 18 YRS:                               Med:
*****██ DT HISTORY*****                               Med:
DE██ █ : N                                            Med:
UR█ █                                                 Med:
AL█ █                                                 Med:
DEPRESSION                                            Med:
MIGRAINES                                             Med:
ANEMIA                                                Med:
DIABETES                                              Med:
HI/HEART ATTACK                                       Med:
ASTHMA                                                Med:
DIALYSIS                                              Med:
PACEMAKER                                             Med:
CAD                                                   ETOH: Y
FIBRO█ █ IA                                           AMT/DAILY: FREQUENTLY
RADIATI█ THERAPY                                      Did PATIENT smoke within 1 year: YES
CANCER                                                Tobacco PPD/YRS  PACK YEARS: 1/2 PPO
GLAUCO█                                               
RENAL DISEASE                                         DRUG ALLERGIES: NKDA
CATARACTS                                             Allergic reaction each med:
HEPATITIS                                             RXO ALLERGIES: N
SEIZURES                                              ARE YOU ALLERGIC TO LATEX? NO
CHEMOTHERAPY                                          FOOD/OTHER ALLERGIES: NKFA
HIV                                                   Priority/Severity SEMI URGENT
STD Y                                                 ***Remember to place priority on next screen***
COPD
HTN                                                   01/29/08  2031   ED SAFETY ASSESSMENT      FAITH R LAWSON, RN
THYROID PROBLEM                                       *****SAFETY/RISK ASSESSMENT*****
CVA/STROKE                                            REQUIRES ISOLATION? N
KIDNEY STONES                                         Type:
TIA                                                   Name Band Applied Y
DEMENTIA                                              IF Allergy, Band Applied
LIVER DISEASE                                         Rx Of Falls?
UTI Y                                                 Fall Risk, Orange Band Applied:
MENTAL DISORDER                                       Bed:
Medical Hospitalizations,Date: VAGINAL BIRTH X4       High
Surgeries, Implants, PMH : TUBAL LIGATION 1992 GALLBLADDER 1992   Low Y
*****MEDICATIONS/OTC*****                             Side Rails:
                                                      Up Y

COL-RBAYLESS-PARISH-000263

Parrish Medical Center  *** LIVE ***
ED Patient Chart

PAGE 3

PATIENT: BAYLESS RAEANNE                                            Acct No:
ED Provider: PLUNKER RICHARD

One Y
Two
Sitting In Chair
SUICIDE PRECAUTION:
SECURITY/SITTER AT BEDSIDE:
RESTRAINTS:
Flu shot: N
Pneumococcal/Pneumonia shot: N
*****ADVANCE DIRECTIVES*****
Living Will/Proxy on MR? (Medical Record)
Prior DNR?
Name of Health Care Surrogate?
Health Care Surrogate Phone #?
Is Patient An Organ Donor?
*****DOMESTIC VIOLENCE*****
CURRENTLY OR IN THE PAST YEAR:
Ever been EMOTIONALLY abused by someone important to you? NO
Ever been hit, slapped, kicked or otherwise physically hurt? NO
Any Signs of Neglect or Exploitation? N
Abuse or neglect COMMENT:
TB - TUBERCULOSIS INFECTION SCREEN
1. Have you ever had TB or been exposed to anyone with TB? NO
2. Do you have a cough lasting more than 3 weeks that
produces phlegm, sputum or blood? NO
3. Do you have night sweats that cause sheet drenching? NO
4. Have you had unexplained weight loss of 10 pounds or more
within the last 3 months? NO
POSITIVE SCREEN: A YES answer to 3 out of 4 above questions
Pt. required to wear a mask till placed in an isolation room
*****COMMUNICATION*****
Primary LANGUAGE: ENGLISH
Able to read: YES
Barriers: NONE
NUTRITION: Unexplained wt loss >10lbs (3 mon): N
Comment:
FUNCTIONAL: Recent difficulty ambulating: N
Comment:

01/29/08  2031  FAST TRACK ASSESSMENT          FAITH R LAWSON, RN
FAST TRACK ASSESSMENT
SKIN WOUND N/A N N
SKIN WOUND-SITE:  TOP OF LEFT FOOT
LACERATION:
CLEAN
DIRTY
BLEEDING CONTROLLED
PRESSURE DSG
Abcess: Y
Draining Y
Redness Y
Warm Y
Rash:
Weeping
Itch
Pain

Flat
Raised
Red
Warm
Contusion:
Comment
Abrasion:
Comment
Burn:
Degree:
Comment:

WOUND CHECK:
Suture/Staple/Packing Removed in ED: >F9
Redness
Swelling
Drainage
Improved
Recheck
BACK/EXTREMITY NA Y
Back Pain:
SITE >F9:
Ambulatory
Ice
Trauma
Pain Radiates
If Yes, Where:
Extremity Pain:
Site >F9:
Trauma
Numbness
Tingling
Cap Refill >F9
Swelling
Bruising
Deformity
Range of Motion >F9
Pulses >F9:
Ice
Elevate
Loss of Sensation
EENT N/A: Y
EYES
Visual Acuity
RIGHT EYE:
LEFT EYE:
BOTH EYES:
Pupil Check >F9
RIGHT pupil size
LEFT pupil size
Equal
Reactive
Discharge
Trauma
Subjunctival Hemorrhage

PATIENT: BAYLESS RAEANNE

RUN DATE: 01/29/08                                    Parrish Medical Center   *** LIVE ***                                    PAGE 4
RUN TIME: 2031                                              ED Patient Chart
RUN USER: NSLAWSFR

Patient: BAYLESS,RAEANN M.                    Age/Sex: 43/F                 Acct No:
ED Provider: PLUMMER,RICHARD                    MRN:                    Unit No:

| Left column | Right column |
|---|---|
| Burns >F9 | Distended |
| EARS | Nausea |
| Drainage >F9 | Vomiting |
| Blood >F9 | Diarrhea |
| Pain >F9 | Tenderness |
| Trauma >F9 | Location>F9 |
| Ringing >F9 | Bowel Sounds>F9 |
| Foreign Body >F9 | RESPIRATORY N/A Y |
| Loss of Hearing >F9 | Cough |
| EAR/AX/FB REMOVAL: | Productive |
| NOSE | Dyspnea |
| Drainage | Tachypnea |
| Blood | Retractions |
| Trauma | PulseOx X |
| Deformity | Breath Sounds >F9 |
| Foreign Body | Right Lung: |
| THROAT | Left Lung: |
| Pain | *****PEDIATRIC ASSESSMENT***** |
| Swelling | N/A Y |
| Erythema | PulseOx X |
| Hoarseness | SKIN |
| Drooling | TEARS: |
| Foreign Body | CHEST: |
| Difficulty Swallowing | Fontanel: |
| Exudate | CAP REFILL |
| Tongue >F9 | ORAL MUCOSA: |
| DENTAL | HEART SOUNDS: |
| Abscess | PULSES: |
| Facial Swelling | BRACHIAL: |
| Drainage | CAROTID(>1YR): |
| Trauma | FEMORAL: |
| Location | PEDIATRIC COMA SCALE: |
| GENITOURINARY/GYN/ABDOMEN N/A: Y | GLASGOW - Eyes Open: |
| Urinary | Best Verbal Response: |
| FREQUENCY | Best motor response: |
| URGENCY | Coma Score Total: |
| RETENTION | DIARRHEA |
| HEMATURIA | X |
| PAIN W/VOIDING | /24 HRS |
| Back Pain | COLOR |
| Low Abdomen Pain | EMESIS |
| Penile Discharge | X |
| Gynecology | /24 HRS |
| Are you PREGNANT? | COLOR |
| Vaginal Discharge | LAST BM: |
| Vaginal Bleeding | URINE: |
| Pelvic Pain | WET DIAPERS: |
| Location Pain | X |
| Gravida (pregnancies): | /24 HRS |
| Para (live births): | BEHAVIOR APPROPRIATE FOR AGE: |
| Abortus/Miscarriage: | COMMENTS: |
| Fetal Heart Tones | WNL |
| Abdomen | Nurse Notes: |
| Soft | |
| Flat | |

Patient: BAYLESS,RAEANN M.

COL-RBAYLESS-PARISH-000205

```
RUN DATE: 01/29/08                          Parrish Medical Center  *** LIVE ***                              PAGE 5
RUN TIME: 2031                                   ED Patient Chart
RUN USER: NSLAWSFR
```

Patient: ▓▓▓▓▓▓▓▓▓▓▓▓▓                                Unit No:
ED Provider: PLUMER RICHARD J, DO        DOB: ▓▓▓▓▓       Unit No:

```
01/29/08  2024   DISCHARGE SUMMARY                      FAITH R LAWSON, RN      Status Event History (continued):
*****DISCHARGE SUMMARY*****                                                        1952 ROOM ASSIGNMENT
DISCHARGE VITALS WHEN INDICATED:                                                   1956 Pt in ED Room
B/P: 128/68                                                                        2027 DISCHARGE ORDERS
Pulse: 72                                                                          2031 Discharged From ED
Temperature:
Respirations: 16
Pain Scale 0-10: 2
IV D/C:
INTACT:
PHLEBITIS:
INFILTRATION:
SELFCARE: Y
BELONGINGS W/PATIENT: Y
COMMENT:
RX GIVEN: Y
PT UNDERSTANDS MEDS: Y
PT INSTRUCTED NOT TO DRIVE:
DISCHARGE MEDS:  BACTRIM DS 1 TAB O12H X 10 DAYS #20 TRAMADOL 50MG 1-2 TABS Q4-6H PRN PAIN
#15
DISCHARGE TIME: 2024
REFERRAL PHYSICIAN COMMNC
Discharge Nurse Notes:
RX checked against Med Reconciliation form given to patient: Y

Entered by KAYLA L SCHREERER on 01/29/08 at 1920
BACITRACIN AND BAND APPLIED TO PTS WOUND ON LEFT FOOT PT TOLERATED WELL
WITH NO NOTED DIFFICULTIES

Entered by FAITH R LAWSON, RN on 01/29/08 at 2031
PT TO ER MINOR CARE C/O ABSCESS TOP OF LEFT FOOT PT STATES CUT OPEN HERSELF AT
HOME WOUND WITH DRAINAGE NOTED ARNP BEDSIDE FOR ASSESSMENT WOUND BANDAID
APPLIED AS ORDERED.     Midlevel provider at bedside for
assessment/reassessment of patient.    Midlevel provider at bedside and gives
verbal discharge instructions to
patient. Patient verbalizes understanding.  You are discharged with a
prescription for Antibiotics. You should begin to
improve before you have finished the medicine.  DO NOT STOP THE ANTIBIOTIC
MEDICINE until it is all gone. If you stop BEFORE it is finished, you may get
sick again.Pt discharged ambulatory, vital signs stable. Understands discharge
instructions including follow-up care. Gives printed packet of appropriate
instructions.
```

| Time | Temperature: | Pulse: | Respirations: | B/P: | Pain Scale: | Pulse Ox % (PRN) | User |
|---|---|---|---|---|---|---|---|
| 1947 | 97.8 | 69 | 16 | 160/97 | 3 | 98 | NSSR(NJ) |

## Status Events

```
Status Event History:
  01/29/08  1924 Reception to the ED
           1951 Triage
```

PROVIDER: BAYLESS RACHAEL



**PARRISH**
MEDICAL CENTER

## EMERGENCY DEPT PHYSICIAN HISTORY & PHYSICAL
### General Adult

NAME

All elements not circled/struck/checked/annotated - were not pertinent

Room

Level 1, 2, 3 Documentation - 1 to 3 elements          Level 4 - 4+ elements or 3 chronic or inactive conditions          Level 5 - 4+ elements or 3 chronic or inactive conditions

| Chief complaint: Pain | | Time seen by physician 18 |
|---|---|---|
| | | Age |
| ☐ Symptom/Location  left foot | | Sex |
| ☐ Severity/ Radiation | | |
| ☐ Modifying Factors | | |
| ☐ Context/Mechanism of Injury  No Known trauma — cut lesion open today | | |
| ☐ Quality | | |
| ☐ Duration  4 days | | |
| ☐ Timing | Pain Severity 1 - 2 - 3 - 4 - 5 - 6 - 7 - 8 - 9 - 10 (Circle One) | |
| ☐ Associated Signs & Sx  STS, erythema | ☐ EMS Direction | |

Level 1, 2, 3 Documentation - 1 system, problem pertinent          Level 4 Documentation - 2 to 3 systems          Level 5 Documentation: 10+ systems

☐ All systems negative except as noted
☐ Unable to fully assess due to:
[ ] altered LOC   [ ] patient condition   [ ] other

**ENT** sore throat  nosebleeds  rhinorrhea  hoarse  throat swelling  hearing loss

**GU** dysuria  discharge  dyspareunia  frequency  irreg menses  flank pain  hematuria

**PSY** change MS  agitation  suicidal  confusion  depression  hostile

**CV** chest pain  rapid ht beat  LE edema  palpitations  slow- ht beat  orthopnea

**MS** myalgias  neck/back pain  redness  swelling  inflammation  heat

**ET** fatigue  polyuria  hair change  weakness  polydipsia  heat tolerance

☐ All normal  ☐ pt hx negative  ☐ pt hx positive

**CON** fever  chills  high BP  weight loss  dizzy  weak

**R/S** SOB  prod. cough  DOE  pleuritic CP  nonprod. cough  PND  hemoptysis

**SK** rash  bruising  contusions  swelling  lacerations  abrasions

**H** bleeding  nodes  bruising  petechiae

**EYE** redness  discharge  visual loss  pain  blurred  vision change

**GI** nausea  diarrhea  pain  vomiting  constipation  bloating  melena

**NE** headache  numbness  change funct  weakness  change LOC  paresthesias  change speech

**AL** rhinorrhea  atopic dermat.  asthma  sneezing

Level 1, 2, 3 Documentation - None          Level 4 Documentation - One area          Level 5 Documentation - 2 of 3 areas

**MEDICAL HISTORY**
DM   HBP   CAD   GI Bleed
CVA   CA   Recent Surgery  0

**FAM HX**
DM   HBP   CA
CAD   CVA

**ALLERGIES & MEDS**
☐ See Nurses Notes.
NKDA

Tobacco   Marital Status
ETOH   Sub Abuse   Lives Alone

**PAST**
Tetanus  11/9/28   Contraception  BTL

☐ See Nurses Notes.

Information gathering & documentation. Testing. Document abnormal findings.

| Lab | | X-Ray | EKG |
|---|---|---|---|
| ☐ CBC | ☐ CHEM | | ☐ 12 Lead  ☐ Rhythm Strip |
| ☐ UA | ☐ Cardiac markers | ☐ | Rate |
| ☐ HCG | ☐ ABG | ☐ | Axis          Intervals |
| ☐ Amylase/Lipase | ☐ ETOH/UDS | | Interpreted By: |
| ☐ PT/PTT | ☐ Culture | | |
| ☐ ESR | | | ☐ Pulse Oximetry |
| ☐ Review old charts | | | Interpretation  %
☐ Normal   ☐ Hypoxic |
| ☐ Consultation   Dr. | Time Called   Time answered   Time arrived | | |

Signature: _Housel, ARNP_

Page 1 of 2

PATIENT LABEL

BAYLESS, RAEANN M   01/29/08
WF   43

**Judy L. Housel, ARNP**
**8507**

REV. 8/01          FORM E700-1

COL-RBAYLESS-PARISH-000267



**PARRISH**
MEDICAL CENTER

## EMERGENCY DEPT PHYSICIAN HISTORY PHYSICAL
### General Adult

NAME _____    Room _____

All elements not circled/struck/checked/annotated - were not pertinent

| Level 2, 3 – 2 to 4 body areas / organ systems | Level 4 – 5 to 7 body areas / organ systems | Level 5 – 8 or more organ systems |
|---|---|---|

**Physical Examination**

☐ Physical Examination incomplete due to critical condition of patient.

**CONSTP SYCH**
- ☑ Vital signs per nurses notes
- ☑ Well developed, well nourished
- ☐ No acute pain/distress
- ☐ Odor ETOH                                    more below ☐
- ☑ Alert and oriented to TPP
- ☑ No abnormalities of mood or affect
- ☑ Memory (recent and remote) intact
                                                more below ☐

**EYES**
- ☐ PERRL
- ☐ Conjunctivae and lids normal
- ☐ Fundi and discs normal
- ☐ EOM normal                                  more below ☐

**ENT**
- ☐ Otoscopic exam of external canal and TMs normal
- ☐ Nasal mucosa, turbinates, and septum normal
- ☐ Mouth, tongue, and pharynx normal
- ☐ Pharynx without edema, exudate, or injection
                                                more below ☐

**NECK**
- ☐ Neck supple        ☐ No masses or tenderness
- ☐ No JVD             ☐ Breasts symmetric
- ☐ No thyromegaly     ☐ No discharge
- ☐ No bruits
                more below ☐                    more below ☐

**RESP**
- ☑ Normal respiratory effort and excursion
- ☐ No rales, rhonchi or wheezes
- ☐ Normal to percussion
- ☐ Equal air entry                             more below ☐

**CV**
- ☐ Normal PMI with no thrills, RSR
- ☐ No murmurs or gallops
- ☐ Normal carotids    ☐ normal abd aorta    ☐ normal femorals    ☐ Normal pedals
- ☐ No edema or varicosities
- ☐ Normal capillary refill
- ☐ Distal pulses present

**NEURO**
- ☐ Normal speech
- ☐ CN II-XII intact
- ☐ DTRs normal; no pathologic reflexes
- ☐ Normal motor and sensory function            more below ☐

**GI**
- ☐ No masses, tenderness, rebound or guarding
- ☐ Normal liver, spleen, kidney
- ☐ No hernia
- ☐ Rectal, not indicated  ☐ rectal normal  ☐ hemoccult negative
- ☐ Normal bowel sounds                          more below ☐

**GU**
- ☐ No masses, tenderness or adenopathy
- ☐ Genitalia normal to inspection
- ☐ Genitalia normal to palpation
- ☐ Normal cervix    Normal bimanual ☐ bladder ☐ uterus ☐ adnexa ☐
                                                more below ☐

- ☑ Normal    Circle positives and provide additional documentation
- ☐ No adenopathy of neck
- ☐ No adenopathy of axillae
- ☐ No adenopathy of groin
- ☐ No adenopathy, other                         more below ☐

- ☐ Normal gait and station    ☐ No ligamentous injury
- ☐ Normal digits and nails    ☐ Normal to palpation
- ☐ No tendon injury           ☐ Normal strength/tone
- ☐ Proximal and distal joint normal  ☐ Neurovascular status intact
- ☐ No F.B. noted                                more below ☐

- ☐ Normal to inspection
- ☐ Normal to palpation                          more below ☐

- ☐ Glasgow Coma Scale
  Initial _____ Repeat _____

**Procedures**
- ☐ Laceration    Length _____ cm    Layered Y/N
- ☐
- ☐
- ☐
- ☐

**CRITICAL CARE MUST BE TIME DOCUMENTED**
☐ CRITICAL CARE TIME BELOW DOES NOT INCLUDE TIME FOR SEPARATELY BILLED PROCEDURES:
CRITICAL CARE    Time _____    30-74 minutes ☐    75-105 minutes ☐

**Additional documentation**

*An open erythenatous lesion dorsum left foot, mild Sts. erythematous sl tender. Open sensation*

**Documentation of Medical Decision Making process; including differential diagnoses, nature and severity of problems, risk of morbidity and other factors**

Initial Impression/Differential Diagnoses
_____

Additional history, exam, reassessments
_____

Primary Diagnosis *Erythenatous Lesion Left Foot*    Secondary Diagnosis *Abscess B Cellulitis*
Secondary Diagnosis

| Condition | Disposition | Prescriptions |
|---|---|---|
| ☑ Stable ☐ Improved | ☑ Disch. ☐ Admit ☐ AMA ☐ Transfer ☐ Exp. ☐ Assign to OBS Status | |

see D/C instructions ✓

D/C instructions/Sheet #

Chart complete when checked ☒    Signature _____    ☐ NOTE DICTATED

PATIENT LABEL

BAYLESS, RAEANN M    01/29/08
          WF   43

**Judy L. Housel, ARNP**
**8507**

Page 2 of 2

REV. 8/01    FORM E700-2

COL-RBAYLESS-PARISH-000268

# CONSENT OF ADMISSIONS

Pg. 1 of 2

### CONSENT FOR MEDICAL AND SURGICAL PROCEDURES
The undersigned consents to procedures that may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, which may include but are not limited to laboratory procedures, x-ray examinations, medical or surgical treatment or procedures, anesthesia, hospital services rendered the patient under the general and special instructions to the patient's physician or surgeon, or recording/ filming for identification diagnosis or treatment purposes. **I consent to the taking of pictures of medical or surgical condition or treatment, and the use of the pictures for scientific, educational or safety purposes.**

### NURSING CARE
The hospital provides only general duty nursing care unless, upon orders of the patient's physician, the patient is provided more intensive nursing care. If the patient's condition is such as to need the service of a special duty nurse, it is agreed that such must be arranged by the patient or his/her legal representative. The hospital shall in no way be responsible for failure to provide same and is hereby released from any and all liability arising from the fact that said person is not provided with such additional care.

### LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIAN
All physicians and surgeons furnishing services to the patient, e.g., emergency room physician, radiologist, pathologist, anesthesiologist are independent contractors and are not employees or agents of the hospital. The patient is under the care and supervision of his/her attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to medical and surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered to the patient under the general and special instructions of the physician.

### RELEASE OF PROTECTED HEALTH INFORMATION
PMC, its business associates, and any other healthcare provider involved in the patient's care may have access to the patient's record for treatment, normal healthcare operations and for securing payment for services rendered. The information to be released include all information in the patient's record including HIV testing and test results, psychiatric treatment, and treatment for alcohol or drug abuse. For a more detailed description of uses and disclosures for treatment, payment, or healthcare operations, please review the PMC Notice of Privacy Practices prior to signing this agreement.

### FINANCIAL AGREEMENT
The undersigned agrees, whether he/she signs as an agent or as a patient, that in consideration of the services to be rendered to the patient, he/she hereby individually obligates himself/herself to pay the account of the hospital in accordance with the regular rates and terms of the hospital. Should the account be referred to an attorney or collection agency for collection, the undersigned shall pay actual attorney's fees and collection expenses. All delinquent accounts shall bear interest at the legal rate.

### ASSIGNMENT OF INSURANCE BENEFITS
A. The undersigned authorizes, whether he/she signs as an agent or as a patient, direct payment to the hospital of any insurance benefits otherwise payable to or on behalf of the patient for this hospitalization or for these outpatient services, including emergency services rendered, at rate not to exceed the hospital's actual charges. It is agreed that payment of any and all obligations under a policy to the extent of such payment. It is understood by the undersigned that he/she is financially responsible for charges not paid pursuant to this agreement.
B. The undersigned authorizes assignment of insurance benefits to any involved physician(s), including but not limited to radiologists, cardiologists, pathologists, anesthesiologist, emergency room physicians.
C. Section 817.234 Florida Statutes stipulates that "any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony in the third degree".

### PERSONAL VALUABLES
It is understood and agreed that the hospital maintains a safe for safekeeping of money and valuables. The hospital shall not be liable for the loss or damage to any article unless deposited with the hospital for safekeeping. The liability of the hospital for loss of any personal property, which is deposited for safekeeping, is limited to five hundred dollars ($500.00) unless a receipt for a greater amount has been obtained from the hospital by the patient.

| Patient Label | North Brevard County Hospital District |
|---|---|
| BAYLESS, RAEANN M 01/29/08 <br> WF 43 <br>  | operating as <br> **PARRISH MEDICAL CENTER** <br> Titusville, Florida 32796 <br><br><br> REV. 8/2006  FORM E526-1 |

COL-RBAYLESS-PARISH-000269

Pg. 2 of 2

**ASSIGNMENT OF MEDICARE BENEFITS (Medicare patients only)**
The undersigned certifies that the information given when applying for payment under Title XVIII of the Social Security Act is correct. The holder of medical and other information about the patient may be released to the Social Security Administration or its intermediaries or carriers of information any information needed for this or related Medicare claim. Payment of authorized benefits may be made on the patient's behalf. Payment of benefits for physician services to the physician or organization furnishing the services or authorize such physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment is also authorized. Applicable deductibles, co-payments and non-covered charges will be the responsibility of the undersigned.

**HEALTH CARE PLAN OBLIGATION**
A. The hospital maintains a list of health plans with which it has contacted. A list of such plans is available upon request from the financial office. The hospital has no contract, expressed or implied, with any plan that does not appear on the list. The undersigned agrees that he/she is individually obligated to pay the full charges of all services rendered to him/her by the hospital if he/she belongs to a plan, which does not appear on the above-mentioned list.

B. The undersigned certifies that he/she has read the foregoing, received a copy thereof (if requested), and is the patient, the patient's legal representative, or is duty authorized by the patient as the patient's general agent to execute the above and accept the terms.

**I ACKNOWLEDGE**

**(Labor Patients)**
This consent is effective for all prenatal care up to and including delivery.

**(All Patients)**
I have been offered today or on a prior visit a copy of the PMC Notice of Privacy Practices. I understand that if I have questions I can contact the Facility Privacy Officer.

I have been asked and have provided information regarding my Medicare Secondary Payer Screening, which is applicable to my medical services covered by Medicare health care insurance.

The release of my demographic information and dates of service to Parrish Medical Center's institutionally related foundation to be used for charitable and fundraising purposes in support of Parrish Medical Center.

**(Inpatient Only)**
I have been offered to maintain my inpatient admission status as "Confidential" or "Restricted". I understand that if placed in a restricted status, I will not receive any calls through the hospital system; walk in visitors, including clergy, will not be provided my room number by hospital staff; delivery of mail, flowers, etc. will be returned. However, please be assured your care will not be compromised. You will be placed in a "restricted" / "confidential" status if you initial here. _____

I have received and/or offered a copy of the Patient Bill of Rights and Advance Directive information.

I have received a copy of my rights as a Medicare and/or Tricare patient.

Date: _1/29/08_   Time: _9005_  AM / PM

Signature: _Raeann Bayless_

(patient / parent / conservator / guardian)

If signed by other than the patient, indicate relationship: _____

Witness: _____

| Patient Label | North Brevard County Hospital District operating as PARRISH MEDICAL CENTER Titusville, Florida 32796 |
|---|---|
| BAYLESS, RAEANN M  01/29/08  WF  43 | |

COL-RBAYLESS-PARISH-000270

REV. 8/2006     FORM E526-2

**PARRISH MEDICAL CENTER**
951 N. Washington Avenue
Titusville, Florida 32796 • (321) 268-6333

| S. Schwartz, D.O. | L. Conley, M.D. | E. French, A.R.N.P. | S. Thomas-Stuart, D.O. |
| DEA #AS 2213142 | DEA #BC 3925774 | ARNP3200472 | DEA# BT8856746 |
| D. Johnson, M.D. | F. Garcia, M.D. | O. Vallejo, M.D. | K. Burke, P.A. |
| DEA #BJ8607334 | DEA #AG 3550075 | DEA #BV 4129993 | PAX 5192 |
| K. Siddiqui, M.D. | L. Martin-Lee, U.O. | J. Housel, A.R.N.P. | R. Wilson, P.A. |
| DEA #BS 4593528 | DEA #BM 5945235 | ARNP5950-4-2 | PAX 4701 |
| | | | K. Luker, P.A. |
| | | | PAX 6867 |

NAME _____ DATE _____

ADDRESS _____

℞

Must be filled with accompanying Rx ☐
**M.D.**

_____ Refills          U.S. Reg. No. _____

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER.

---

**PARRISH MEDICAL CENTER**
951 N. Washington Avenue
Titusville, Florida 32796 • (321) 268-6333

| S. Schwartz, D.O. | L. Conley, M.D. | E. French, A.R.N.P. | S. Thomas-Stuart, D.O. |
| DEA #AS 2213142 | DEA #BC 3925774 | ARNP3200472 | DEA# BT8856746 |
| D. Johnson, M.D. | F. Garcia, M.D. | O. Vallejo, M.D. | K. Burke, P.A. |
| DEA#BJ8607334 | DEA #AG 3550075 | DEA #BV 4129993 | PAX 5192 |
| K. Siddiqui, M.D. | L. Martin-Lee, M.D. | J. Housel, A.R.N.P. | R. Wilson, P.A. |
| DEA #BS 4593528 | DEA #BM 5945235 | ARNP5950-4-2 | PAX 4701 |
| | | | K. Luker, P.A. |
| | | | PAX 6867 |

NAME _____ DATE _____

ADDRESS _____

℞

Must be filled with accompanying Rx ☐
**M.D.**

_____ Refills          U.S. Reg. No. _____

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER.

---

**PARRISH MEDICAL CENTER**
951 N. Washington Avenue
Titusville, Florida 32796 • (321) 268-6333

| S. Schwartz, D.O. | L. Conley, M.D. | E. French, A.R.N.P. | S. Thomas-Stuart, D.O. |
| DEA #AS 2213142 | DEA #BC 3925774 | ARNP3200472 | DEA# BT8856746 |
| D. Johnson, M.D. | F. Garcia, M.D. | O. Vallejo, M.D. | K. Burke, P.A. |
| DEA#BJ8607334 | DEA #AG 3550075 | DEA #BV 4129993 | PAX 5192 |
| K. Siddiqui, M.D. | L. Martin-Lee, M.D. | J. Housel, A.R.N.P. | R. Wilson, P.A. |
| DEA #BS 4593528 | DEA #BM 5945235 | ARNP5950-4-2 | PAX 4701 |
| | | | K. Luker, P.A. |
| | | | PAX 6867 |

NAME _____ DATE _____

ADDRESS _____

℞

Must be filled with accompanying Rx ☐
**M.D.**

_____ Refills          U.S. Reg. No. _____

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER.

---

**PARRISH MEDICAL CENTER**
951 N. Washington Avenue
Titusville, Florida 32796 • (321) 268-6333

| S. Schwartz, D.O. | L. Conley, M.D. | E. French, A.R.N.P. | S. Thomas-Stuart, D.O. |
| DEA #AS 2213142 | DEA #BC 3925774 | ARNP3200472 | DEA# BT8856746 |
| D. Johnson, M.D. | F. Garcia, M.D. | O. Vallejo, M.D. | K. Burke, P.A. |
| DEA#BJ8607334 | DEA #AG 3550075 | DEA #BV 4129993 | PAX 5192 |
| K. Siddiqui, M.D. | L. Martin-Lee, M.D. | J. Housel, A.R.N.P. | R. Wilson, P.A. |
| DEA #BS 4593528 | DEA #BM 5945235 | ARNP5950-4-2 | PAX 4701 |
| | | | K. Luker, P.A. |
| | | | PAX 6867 |

NAME _____ DATE _____

ADDRESS _____

℞

Must be filled with accompanying Rx ☐
**M.D.**

_____ Refills          U.S. Reg. No. _____

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER.

---

BAYLESS, RAEANN M     01/29/0
WP     43

 

**DOCTOR ORDERED
PATIENT PRESCRIPTIONS**

PARRISH
MEDICAL CENTER

PATIENT/RESPONSIBLE PERSON'S SIGNATURE/
UNDERSTANDS ALL INSTRUCTIONS

RN SIGNATURE/DATE/TIME     MAY HESS-PARRISH-000271

GP 01/07     **P-523**

```
┌─────────────────────────────────────────────────────────────────────────┐
│                 PARRISH MEDICAL CENTER ER MEDICATION LIST                  │
├─────────────────────────────────────────────────────────────────────────┤
│  Patient: BAYLESS,RAEANN M        Age/Sex: 43/F        Date: 01/29/08      │
│                                                                            │
│      DRUG ALLERGIES: NKDA                                                  │
│  FOOD/OTHER ALLERGIES: NKFA                                                │
└─────────────────────────────────────────────────────────────────────────┘
```

| AC | = | BEFORE MEALS | BID | = | TWICE A DAY | Q | = | EVERY |
|----|---|--------------|-----|---|-------------|---|---|-------|
| HS | = | AT BEDTIME | TID | = | THREE TIMES A DAY | PRN | = | AS NEEDED |
| PO | = | BY MOUTH | QID | = | FOUR TIMES A DAY | | | |

```
┌─────────────────────────────────────────────────────────────────────────┐
│  YOUR NEW PRESCRIPTIONS GIVEN IN THE EMERGENCY DEPARTMENT:                  │
│   MED     -    DOSE   -    ROUTE   -    FREQUENCY                           │
├─────────────────────────────────────────────────────────────────────────┤
│  BACTRIM DS 1 TAB Q12H X 10 DAYS #20                                       │
│  TRAMADOL 50MG 1-2 TABS Q4-6H PRN PAIN #15                                 │
└─────────────────────────────────────────────────────────────────────────┘
```

```
┌─────────────────────────────────────────────────────────────────────────┐
│  HOME MEDS including Herbals & Over-the-Counter:                           │
│   MED     -    DOSE   -    ROUTE   -    FREQUENCY                           │
├─────────────────────────────────────────────────────────────────────────┤
│  none                                                                      │
└─────────────────────────────────────────────────────────────────────────┘
```



BAYLESS,RAEANN M       01/29/0
                    WF   43

COL-RBAYLESS-PARISH-000272

## PATIENT INSTRUCTIONS

BAYLESS, RAEANN M                                                      DATE: 01/29/08

### Staff

Your caregivers today were:

    Physician        PLUMMER, RICHARD H, DO
    Practitioner     JUDY L HOUSEL, ARNP
    Nurse            FRL

### Patient Instructions Reviewed

    Abcess Soft Tissue
    Cellulitis
    MRSA
      received  01/29/08 2029

### Activity Restrictions or Additional Instructions

    WARM COMPRESSES TO AREA 5-6X/DAY. KEEP COVERED WHILE OPEN OR DRAINING.    You are
    discharged with a prescription for Antibiotics. You should begin to
    improve before you have finished the medicine.  DO NOT STOP THE ANITBIOTIC
    MEDICINE until it is all gone. If you stop BEFORE it is finished, you may get
    sick again. You are being discharged home with a Narcotic prescription for pain.
    A normal
    side effect of this type of medicine is constipation. If you tend to have this
    side effect or develop one while taking this medicine, it is OK to take a
    Laxative of choice.
     If you are unsure what kind to take, ask your pharmacist or primary medical
    doctor to recommend one.
     Also, DO NOT DRIVE OR OPERATE MACHINERY while taking a narcotic or sedative.
    These medicines can decrease your alertness and cause you to be drowsy. DO NOT
    drink alcohol or take any other sedating drugs while on these medicines without
    getting approval from your Dr.

### Follow-up

You have been referred to the following clinics/specialists for follow up care:

    Parrish Community Clinic
       500 N. Washington Ave     #105
       Titusville, Fl 32796
       Ph: 321-268-0267

       The Parrish Community Clinic is dedicated to providing
       medical care to all patients regardless of their ability to
       pay. If you are having difficulty affording your medical
       care, financial assistance may be available.

    ZAMBOS, JOHN M, MD
       605 N WASHINGTON AVE
       SUITE 200
       TITUSVILLE, FL 32796
       Ph: 321-383-2630
       Fax: 269-8313

BAYLESS, RAEANN M        01/29/08
                    WP   43




## DEMOGRAPHIC FACE SHEET

**PARRISH MEDICAL CENTER**

| ACCOUNT NO. | FINANCIAL CLASS | TYPE | PT. LOCATION/SERVICE | ROOM & BED | SMOKER | VAL. | RACE | RELIGION | PREV. DISCHARGE DATE | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | SP | REG ER | ER1 | | N | | W | NON | 04/30/92 | |

| DATE OF BIRTH | AGE | SEX | MAR.ST | PATIENT OCCUPATION | | | | PREVIOUS NAME/OTHER NAME |
|---|---|---|---|---|---|---|---|---|
| | 41 | F | S | | | | | |

| PATIENT NAME/ADDRESS | S.S. NO. | PATIENT EMPLOYER |
|---|---|---|
| BAYLESS, RAEANN M | | UNEMPLOYED |

1754 POINCIANA CR
TITUSVILLE, FL 32796
PHONE NO. 321-269-1854   OTHER NO.

WORK PHONE

| GUARANTOR/ADDRESS | S.S. NO. | GUARANTOR EMPLOYER |
|---|---|---|
| BAYLESS, RAEANN M | | UNEMPLOYED |

1754 POINCIANA CR
TITUSVILLE, FL 32796
PHONE NO. 321-269-1854   RELAT.TO PT. SELF

PERSON TO NOTIFY ADDRESS   RELAT. TO PT. FAMILY OTHER   NEXT OF KIN/ADDRESS   RELAT. TO PT.
BAYLESS, C B OR JOAN
1754 POINCIANA CR
TITUSVILLE, FL 32796
HOME PHONE 321-269-1854   WORK PHONE   HOME PHONE   WORK PHONE

**PATIENT INFORMATION**

### DIAGNOSIS / PROCEDURES

PRINCIPAL DIAGNOSIS: ___   SURGICAL PROCEDURES: ___

SECONDARY DIAGNOSES: ___

### PHYSICIAN MEDICAID CERTIFICATION

This is to certify that inpatient hospital services are needed:
Date: ___   Physician's Signature: ___

### ACCIDENT INFORMATION / CONDITIONS

| ACCIDENT DATE/TIME | ACCIDENT INFORMATION | REASON FOR VISIT |
|---|---|---|
| 01/24/06 | ONSET OF SYMPTOMS/IL | C/O TOOTHACHE |

### ADMISSION / REGISTRATION

| ADMIT DATE/TIME | ADMISSION SOURCE | COMMENTS | USER |
|---|---|---|---|
| 01/25/06 0054 | EMERGENCY ROOM | BM | PRMINN |

### PHYSICIANS

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | EMERGENCY PHYSICIAN French |
|---|---|---|
| | | ED MID LEVEL PROVIDER |
| PRIMARY CARE PHYSICIAN | FAMILY PHYSICIAN UNKNOWN | OTHER PHYSICIAN Siddiqui |

REV. 04/2004   FORM E529

# PARRISH MEDICAL CENTER

## EMERGENCY DEPARTMENT PHYSICIAN ORDER SHEET

Patient Name:

| ✓ | TEST | ✓ | TEST | ✓ | TEST | DONE | |
|---|------|---|------|---|------|------|---|
| | Old Record | | BC I/II/ARDS | | Hip/Pelvis | | ✓ Clindamycin 900mg IM onee |
| | Monitor Rhythm | | Preg. S/U | | Facial/Nasal | | |
| | Pulse Ox | | Quant. HcG | | Ribs | | |
| | O2 | | UA | | Foot/Ankle | | |
| | CBC WBC Hgb Platelets | | C&S | | Knee | | |
| | | | Beta-strep | | Shoulder | | |
| | Na K Bun Glu Cl CO2 Creat | | Type & Screen | | Wrist/Hand | | |
| | | | Type & RH | | Fingers | | |
| | Bili Ca Alku Phos Prot AST ALB | | T&C-PC | | IVP | | |
| | | | Drug Level | | | | |
| | MIMS 1 hr. | | CARDIO | | CT | | |
| | MIMS 2 hr. | | ABG | | Brain | | |
| | ETOH | | HHN | | Abd/Pelvis | | |
| | Amylase/Lipase | | X-RAY | | Sonogram | | |
| | HEPF | | ABD | | OB | | |
| | Thyroid Profile | | Acute ABD | | Pelvic | | |
| | | | C-Spn Port/AP-Lat | | GB | | |
| | | | LS Spine | | | | |

| DIAGNOSTIC TEST | INDICATION(S) |
|---|---|
| ☐ CHEST XRAY 71010-71035 PA and Lateral Portable | — Chest Pain — Asthma — Cough — MI (Acute/Subacute) — Pulmonary HTN / — SOB — Bronchitis — Fever — Pneumonia — Renal Disease / — CHF — Cardiac Dysrhythmias — Fluid Overload — Pneumothorax — Trauma / — Angina — COPD — Hypertension Other |
| ☐ EKG 93005 | — Chest Pain — ABD Pain (Right Upper Quadrant, — HX CABG or PTCA — Pacemaker — Seizure / — SOB Left Upper Quadrant, Epigastric — Numbness — Palpitations / — Syncope — Diabetes / — Stroke — Electrolyte Disorder Other |
| ☐ GLUCOSE (ACCcheck) 82947,82962 | — Chest Pain — Bronchitis — Dizziness — MI (Acute/Subacute) — Syncope / — Diabetes — Change in weight — Electrolyte Imbalances — Pneumonia — UTI / — Altered LOC — Diarrhea — Gastritis Other |
| ☐ PTT 85730 | — Chest Pain — MI (Acute/Subacute) — GI Bleed — Postmenopausal Bleeding — TIA / — SOB — AFiB — Limb Pain — Renal Failure / — CHF — Abdominal Pain Other |
| ☐ Prothrombin Time 85610 | — MI (Acute/Subacute) — Abdominal Pain — CAD — Iron Deficiency Anemia — Syncope / — Atypical CP — Angina — CVA — On Anticoagulant / — CHF — Blood Loss Anemia — DVT (or HX) Other |
| ☐ Magnesium 83735 | — ABN Blood Chemistry — Altered LOC — Diabetes — Renal Failure / — ABN EKG — Cardiac Dysrhythmia — Hypotension — Syncope / — Acidosis — CHF — MI (Acute/Subacute) / — Alcohol Abuse — Delirium — N/V Other |
| ☐ Urine Culture 87088 | — Abdominal Pain — Bacteremia — Fever — Renal Failure — Septicemia — UTI / — Backache — Calculus Kidney/Ureter — Renal Colic Other |
| ☐ Drug Screen, Qual 80101 | — Acidosis — Coma — Epilepsy — Poisoning by Unspecified Drug / — Altered LOC — Drug Dependence Other |
| ☐ Sedimentation Rate 85652 | — Headache — Loss of Weight — Myalgia / — Joint Pain — MI (Acute/Subacute) — Rheumatoid Arthritis Other |

Physician Signature: _____   Date: 1/25/06

PATIENT LABEL

BAYLESS, RAEANN M    01/25/06
WF   41

EMERGENCY DEPARTMENT
PHYSICIAN ORDER SHEET

REV. 01/2004   FORM E531

COL-RBAYLESS-PARISH-000275

```
RUN DATE: 01/25/06                          Parrish Medical Center  *** LIVE ***                          PAGE 1
RUN TIME: 0128                                  ED Patient Chart
RUN USER: KSCASTBA
```

Patient: BAYLESS, ORCASTIM    [REDACTED]

Provider: EDWARD LEVI, PROVIDER    DOB [REDACTED]

DRUG ALLERGIES: NKDA
FOOD/OTHER ALLERGIES: NKFA

1754 POINCIANA CR
TITUSVILLE, FL 32796
321-269-1854                        PCP:
                                    Family Doctor: UNKNOWN
Next of Kin:
Relation:
Phone:

ED Physician: ED MID LEVEL PROVIDER     Arrival Date/Time: 01/25/06 - 0003
Practitioner: EMILY D FRENCH, ARNP      Triaged Date/Time: 01/25/06 - 0012
Nurse: BETSY A CASTILLO

Stated Complaint: C/O TOOTHACHE
Chief Complaint: TOOTHACHE

Disposition:                        Departure Date/Time:  -
Diagnosis:
Comment:
Condition:

Referrals:
FELLSMERE DENTAL CLINIC
Ph: 772-571-0187

BREVARD COUNTY HEALTH DEPT.
Ph: 637-7300

Pt Instructions: Dental Abscess

01/25/06  0012   TRIAGE ASSESSMENT                              BRIAN W DOERR
   TRIAGE LEVEL: NON URGENT
   PHYSICIAN HEALTH DEPT
   *******TRIAGE ASSESSMENT*******
   Patient States: BOTTOM RIGHT MOLOR CHIPPED TOOTH X 1 YEAR/ PAIN X 2 DAYS
   Chief Complaint: Toothache
   Nurse Comments:
   Mode of Arrival: AMBULATORY
   Accompanied By: SELF
   *******TRIAGE INTERVENTIONS*******
   DRESSING/BLEEDING CONTROL
   EMESIS BASIN

SPLINT
ICEPACK
ADVISED NO FOOD/DRINK
ELEVATION
EXPLANATION OF DELAY
********  VITAL SIGNS  ********
Height:
Feet: 5
Inches: 9.00
Centimeters: 175.3
Wt. Source: PER PT.
Pounds: 150
Ounces:
Kilograms: 68.03
B/P: 152/91
Pulse: 80
Respirations: 20
Temperature: 97.8
Route: ORAL
Pain Scale 0-10: 8
Pulse Ox % (PRN): 98
Head Circumf (INCHES):
REQ'd < 18 mo.
*******  EMS TREATMENT  ********
APPLICABLE? N
O2@:
LPM
VIA:
INTUBATED:
IV'S/SITE:
AMT INFUSED:
TX PRIOR TO ARRIVAL:
GLUCOSE:
HEART MONITOR/RHYTHM:
******OTHER TREATMENT PRIOR TO ARRIVAL******
CERVICAL SPINE IMMOBILIZATION DEVICE?
CAR RESTRAINT USED?
AIR BAG DEPLOYED?
LOSS OF CONSCIOUSNESS AT SCENE?
OTHER:
AGENCY NOTIFIED:
SPOKE WITH:
VISUAL ACUITY:
RIGHT EYE:
LEFT EYE:
BOTH EYES:
LMP (last menses): 12/20/05
DATE ONLY:MO/DD/YR
Tetanus immunization: UNKNOWN
Immunizations < 18 YRS:
Flu shot: NO
Pneumococcal/Pneumonia shot: NO
ETOH: N
AMT/DAILY: DAILY
Did PATIENT smoke within 1 year: YES

```
RUN DATE: 01/25/06                          Parrish Medical Center  *** LIVE ***                        PAGE 2
RUN TIME: 0128                                    ED Patient Chart
RUN USER: HSCASTBA
```

Patient: BAYLESS RAEANN
ED Provider: GONINDILE VENDPROVIDER

Tobacco PPD*YRS "PACK YEARS" : 1 * 20

****PATIENT HISTORY****
DENIES PMH: N
UNKNOWN:
ALZHEIMERS
DEPRESSION
MIGRAINES
ANEMIA
DIABETES
MI/HEART ATTACK
ASTHMA
DIALYSIS
PACEMAKER
CAD
FIBROMYALGIA
RADIATION THERAPY
CANCER
GLAUCOMA
RENAL DISEASE
CATARACTS
HEPATITIS
SEIZURES
CHEMOTHERAPY
HIV
STD'S Y
COPD
HTN
THYROID PROBLEM
CVA/STROKE
KIDNEY STONES
TIA'S
DEMENTIA
LIVER DISEASE
UTI Y
MENTAL DISORDER
Medical Hospitalizations,Date: VAGINAL BIRTH X4
Surgeries, Implants, Date: TUBAL LIGATION 1992 GALLBLADDER 1992
****ALLERGIES****
FOOD/OTHER ALLERGIES: NKFA
DRUG ALLERGIES: NKDA
ARE YOU ALLERGIC TO LATEX ? NO
****MEDICATIONS: RX/HERBAL/OTC****
MED      DOSE     ROUTE     FREQ
Meds: NONE
Over-The-Counter & Herbals: EXCEDRIN CCOO
                           ADVIL  2300
                           ETOH PTA
MEDICATIONS REVIEWED WITH PATIENT BY RN: Y
****DOMESTIC VIOLENCE****
CURRENTLY OR IN THE PAST YEAR:
Ever been EMOTIONALLY abused by someone important to you? NO
Ever been PHYSICALLY abused by someone important to you? NO
Ever been hit, slapped, kicked or otherwise physically hurt? NO
Abuse or neglect COMMENT:

TB - TUBERCULOSIS INFECTION SCREEN
1. Have you ever had TB or been exposed to anyone with TB? NO
2. Do you have a cough lasting more than 3 weeks that
   produces phlegm, sputum or blood? NO
3. Do you have night sweats that cause sheet drenching? NO
4. Have you had unexplained weight loss of 10 pounds or more
   within the last 3 months? NO
POSITIVE SCREEN: A YES answer to 3 out of 4 above questions
Pt. required to wear a mask till placed in an isolation room
SARS - SEVERE ACUTE RESPIRATORY INFECTION SCREEN
Is pt. presenting with symptoms of SARS such as fever above
100.4 degrees, cough, SOB, dyspnea, hypoxia, or respiratory
distress syndrome? (if YES, assess for SARS - continue)
1. In the 10 days before illness onset have you traveled to,
   or had close contact with, other ill persons who recently
   traveled to mainland China, Hong Kong, or
   Taiwan:
Travel there by:
2. Employment in an occupation associated with a risk for
   SARS-CoV exposure (healthcare worker with direct patient
   contact, worker in laboratory that contains live
   SARS-CoV):
3. Part of a cluster of cases of atypical pneumonia without
   an alternative diagnosis:
POSITIVE SCREEN:  A YES answer to ANY ONE of the 3 above
Pt. required to wear a mask till placed in an isolation room
A healthcare worker that is YES for only @2 SARS above, does
not need to be isolated nor wear a mask prior to physician
notification.
****COMMUNICATION****
Primary LANGUAGE: ENGLISH
Able to read: YES
Barriers: NONE
NUTRITION: Unexplained wt loss >10lbs (3 mon): N
Comment:
FUNCTIONAL: Recent difficulty ambulating: N
Comment:

01/25/06  0123   SAFETY ASSESSMENT                       BETSY A CASTILLO
****SAFETY ASSESSMENT****
NAME BAND APPLIED Y
IF ALLERGY, BAND APPLIED N
FALL RISK? N
SIDE RAILS:
UP
ONE
TWO
SITTING IN CHAIR Y
BED:
HIGH
LOW
SECURITY/SITTER AT BEDSIDE:
REQUIRES ISOLATION?
RESTRAINTS:
SUICIDE PRECAUTION:

Patient: BAYLESS RAEANN

COL-RBAYLESS-PARISH-000277

RUN DATE: 01/25/06
RUN TIME: 0128
RUN USER: ASCASTBA

Parrish Medical Center *** LIVE ***
ED Patient Chart

PAGE 3

MENTAL STATUS: (F9) AWAKE,ALERT,ORIENTED
COMMENTS

01/25/06   0125   FAST TRACK ASSESSMENT                     BETSY A CASTILLO
*****FAST TRACK ASSESSMENT*****
Nurse Notes: PT AWAKE AND ALERT C/O TOOTH PAIN.
             GIVEN ANTIBIOTIC INJECTIONS PER ORDERS.
             PT INSTRUCTED TO TAKE ALL ANTIBIOTICS PER ORDERS AT HOME.
             ALSO TO F/U WITH DENTIST
*****DISCHARGE SUMMARY*****
DISCHARGE VITALS WHEN INDICATED:
B/P:
Pulse:
Temperature:
Respirations:
Pain Scale 0-10: 8
IV D/C:
INTACT:
SITE NORMAL:
RX GIVEN: Y
PT UNDERSTANDS MEDS: Y
PT INSTRUCTED NOT TO DRIVE: Y
DISCHARGE MEDS: LORTAB
                CLINDAMYCIN
DISCHARGE TIME: 0120
REFERRED TO:
DISCHARGE INSTRUCTIONS GIVEN: SEE ABOVE
Comments:

01/25/06   0125   MEDICATIONS                               BETSY A CASTILLO
<<<<< 1st Time Taking This Drug? >>>>> N
Med Time: 0100
Medication: CLINDAMYCIN
Dose: 900MG
Route: IM
Site: RIGHT GLUTEAL 3CC
Duration: LEFT GLUTEAL 3CC

# PARRISH
MEDICAL CENTER

## EMERGENCY DEPT PHYSICIAN HISTORY & PHYSICAL
### General Adult

NAME

All elements not circled/struck/checked/annotated - were not pertinent

| | Time seen by physician | 0410 |
|---|---|---|

**Chief complaint:**

Age  4

Sex  F

☒ Symptom/Location   Abscess Tooth

☐ Severity Radiation

☐ Modifying Factors   broke tooth 1yr Ago   broke worse 2days ago

☐ Context/Mechanism of Injury

☒ Quality   throb

☒ Duration   constant

☒ Timing   24 hours

Pain Severity 1 - 2 - 3 - 4 - 5 - 6 - 7 - 8 - 9 - 10 (Circle One)

☐ Associated Signs & Sx            ☐ EMS Direction

**Level 1, 2, 3 Documentation - 1 system problem pertinent**

| ☒ All systems negative except as noted | sore throat   nosebleeds   rhinorrhea | dysuria   discharge   dyspareunia | change MS   agitation   suicidal |
|---|---|---|---|
| ☐ Unable to fully assess due to: | hoarse   throat swelling   hearing loss | frequency   irreg menses   flank pain | confusion   depression   hostile |
| ( ) altered LOC   ( ) patient condition   ( ) other | | hematuria | |
| | chest pain   rapid ht beat   LE edema | myalgias   neck/back pain   redness | fatigue   polyuria   hair change |
| ☒ All normal   -stroke-negative-   (circle positive) | palpitations   slow ht beat   orthopnea | arthralgias   inflammation   heat | weakness   polydipsia   heat tolerance |
| fever   chills   high BP | SOB   prod. cough   DOE | rash   bruising   contusions | bleeding   nodes |
| weight loss   dizzy   weak | pleuritic CP   nonprod. cough   PND | swelling   lacerations   abrasions | bruising   petechiae |
| | hemoptysis | | |
| redness   discharge   visual loss | nausea   diarrhea   pain | headache   numbness   change funct | rhinorrhea   atopic dermat. |
| pain   blurred   vision change | vomiting   constipation   bloating | weakness   change LOC   paresthesias | asthma   sneezing |
| | melena | change speech | |

**Level 1, 2, 3 Documentation - None**   **Level 4 Documentation: 2 systems**   **Level 5 Documentation: 10+ systems**

ALLERGIES & MEDS

| DM   HBP   CAD   GI Bleed | DM   HBP   CA | Ø |
|---|---|---|
| CVA   Recent Surgery   J | CAD   CVA | ☐ See Nurses Notes. |

Tetanus   12/20

Tobacco   Marital Status   ☐ See Nurses Notes.

EtOH   Sub Abuse   Lives Alone

LMP   G_  P_   Contraception   tubal ligation

| Lab | | X-Ray | EKG |
|---|---|---|---|
| ☐ CBC | ☐ CHEM | ☐ | ☐ 12 Lead   ☐ Rhythm Strip |
| ☐ UA | ☐ Cardiac markers | ☐ | Rate |
| ☐ HCG | ☐ ABG | ☐ | Axis   Intervals |
| ☐ Amylase/Lipase | ☐ ETOH/UDS | | Interpreted By: |
| ☐ PT/PTT | ☐ Culture | | |
| ☐ ESR | ☐ | | ☐ Pulse Oximetry |
| ☐ Review old charts | | | ____% |
| ☐ Consultation   Dr.   Time Called   Time answered   Time arrived | | | Interpretation   ☐ Normal   ☐ Hypoxic |

Signature:

PATIENT LABEL

Page 1 of 2

BAYLESS, RABANN M   01/25/06
WF   41

WHITE - MEDICAL RECORDS        YELLOW - PHYSICIAN BILLING        PINK - PHYSICIAN

REV. 8/01        FORM  E700-1

COL-RBAYLESS-PARISH-000279



**PARRISH** MEDICAL CENTER

## EMERGENCY DEPT PHYSICIAN HISTORY PHYSICAL
### General Adult

| NAME | | Room |
|---|---|---|

All elements not circled/struck/checked/annotated - were not pertinent

Level 2, 3 – 2 to 4 body areas / organ systems    Level 4 – 5 to 7 body areas / organ systems    Level 5 – 8 or more organ systems

### Physical Examination

☐ Physical Examination incomplete due to critical condition of patient.

**C O N S**
☑ Vital signs per nurses notes
☑ Well developed-well nourished
☐ No acute pain/distress
☐ Odor/ETOH                    more below ☐

**P S Y C**
☑ Alert and oriented to TPP
☑ No abnormalities of mood or affect
☑ Memory (recent and remote) intact                    more below ☐

**E Y E S**
☑ PERRL
☑ Conjunctivae and lids normal
☐ Fundi and discs normal
☑ EOM normal                    more below ☐

**E N T**
☑ Otoscopic exam of external canal and TMs normal
☑ Nasal mucosa, turbinates, and septum normal
☐ Mouth, tongue, and pharynx normal
☐ Pharynx without edema, exudate, or injection                    more below ☐

**N E C K**
☐ Neck supple          ☐ No masses or tenderness
☐ No JVD               ☐ Breasts symmetric
☐ No thyromegaly       ☐ No discharge
☐ No bruits                    more below ☐

**R E S P**
☐ Normal respiratory effort and excursion
☐ No rales, rhonchi or wheezes
☐ Normal to percussion
☐ Equal air entry                    more below ☐

**C V**
☐ Normal PMI with no thrills, RSR
☐ No murmurs or gallops
☐ Normal carotids    ☐ normal abd aorta    ☐ normal femorals    ☐ normal pedals
☐ No edema or varicosities
☐ Normal capillary refill
☐ Distal pulses present                    more below ☐

**N E U R**
☐ Normal speech
☐ CN II-XII intact
☐ DTRs normal, no pathologic reflexes
☐ Normal motor and sensory function                    more below ☐

**G**
☐ No masses, tenderness, rebound or guarding
☐ Normal liver, spleen, kidney
☐ No hernia
☐ Rectal, not indicated ☐ rectal normal ☐ hemoccult negative
☐ Normal bowel sounds.                    more below ☐

**G U**
☐ No masses, tenderness or adenopathy
☐ Genitalia normal to inspection
☐ Genitalia normal to palpation
☐ Normal cervix    Normal bimanual ☐ bladder ☐ uterus ☐ adnexa ☐                    more below ☐

**L Y M P H**
☐ No adenopathy of neck
☐ No adenopathy of axillae
☐ No adenopathy of groin
☐ No adenpathy.other                    more below ☐

**M S**
☐ Normal gait and station         ☐ No ligamentous injury
☐ Normal digits and nails         ☐ Normal to palpation
☐ No tendon injury                ☐ Normal strength/tone
☐ Proximal and distal joint normal ☐ Neurovascular status intact
☐ No F.B. noted                    more below ☐

**S K I N**
☐ Normal to inspection
☐ Normal to palpation                    more below ☐

☑ Normal    ○Circle○ positives and provide additional documentation

**G C S**
☐ Glascow Coma Scale
Initial _____ Repeat _____

### Procedures
☐ Laceration    Length _____ cm.    Layered Y/N

### CRITICAL CARE MUST BE TIME DOCUMENTED
☐ CRITICAL CARE TIME BELOW DOES NOT INCLUDE TIME FOR SEPARATELY BILLED PROCEDURES.

CRITICAL CARE    Time _____ 30-74 minutes ☐    75-105 minutes ☐

Additional documentation

*Right Lower 2nd molar ○ partial cracked tooth Exposed gum Right lower ⊕ edema to gum facial swelling ⊕ tender ⊕ fluctuant area*

Documentation of Medical Decision-Making process, including differential diagnoses, nature and severity of problems, risk of morbidity and other factors.

Initial Impression/Differential Diagnoses

Additional history, exam, reassessments

| Primary Diagnosis | Secondary Diagnosis |
|---|---|

*Tooth ache*
Secondary Diagnosis: *Early Dental Abscess*

| Condition | Disposition | Prescriptions |
|---|---|---|

☐Stable ☐Improved ☐Disch. ☐Admit ☐AMA ☐Transfer ☐Exp. Location

*Clindamycin*
*Lortab*

see D/C instructions ☑

D/C Instructions/Sheet # _____

Chart complete when checked ☐    Signature _____    NOTE DICTATED ☐

PATIENT LABEL                    Page 2 of 2

BAYLESS, RAEANN M    01/25/06
WF    41

REV. 8/01    FORM E700-2

WHITE - MEDICAL RECORDS    YELLOW - PHYSICIAN BILLING    PINK - PHYSICIAN

COL-RBAYLESS-PARISH-000280

# CONSENT OF ADMISSIONS

Pg. 1 of 2

### CONSENT FOR MEDICAL AND SURGICAL PROCEDURES

The undersigned consents to procedures that may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, which may include but are not limited to laboratory procedures, x-ray examinations, medical or surgical treatment or procedures, anesthesia, hospital services rendered the patient under the general and special instructions to the patient's physician or surgeon, or recording/ filming for identification diagnosis or treatment purposes.

### NURSING CARE

The hospital provides only general duty nursing care unless, upon orders of the patient's physician, the patient is provided more intensive nursing care. If the patient's condition is such as to need the service of a special duty nurse, it is agreed that such must be arranged by the patient or his/her legal representative. The hospital shall in no way be responsible for failure to provide same and is hereby released from any and all liability arising from the fact that said person is not provided with such additional care.

### LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIAN

All physicians and surgeons furnishing services to the patient, e.g., emergency room physician, radiologist, pathologist, anesthesiologist are independent contractors and are not employees or agents of the hospital. The patient is under the care and supervision of his/her attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to medical and surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered to the patient under the general and special instructions of the physician.

### RELEASE OF PROTECTED HEALTH INFORMATION

PMC, its business associates, and any other healthcare provider involved in the patient's care may have access to the patient's record for treatment, normal healthcare operations and for securing payment for services rendered. The information to be released include all information in the patient's record including HIV testing and test results, psychiatric treatment, and treatment for alcohol or drug abuse. For a more detailed description of uses and disclosures for treatment, payment, or healthcare operations, please review the PMC Notice of Privacy Practices prior to signing this agreement.

### FINANCIAL AGREEMENT

The undersigned agrees, whether he/she signs as an agent or as a patient, that in consideration of the services to be rendered to the patient, he/she hereby individually obligates himself/herself to pay the account of the hospital in accordance with the regular rates and terms of the hospital. Should the account be referred to an attorney or collection agency for collection, the undersigned shall pay actual attorney's fees and collection expenses. All delinquent accounts shall bear interest at the legal rate.

### ASSIGNMENT OF INSURANCE BENEFITS

A. The undersigned authorizes, whether he/she signs as an agent or as a patient, direct payment to the hospital of any insurance benefits otherwise payable to or on behalf of the patient for this hospitalization or for these outpatient services, including emergency services rendered, at rate not to exceed the hospital's actual charges. It is agreed that payment of any and all obligations under a policy to the extent of such payment. It is understood by the undersigned that he/she is financially responsible for charges not paid pursuant to this agreement.

B. The undersigned authorizes assignment of insurance benefits to any involved physician(s), including but not limited to radiologists, cardiologists, pathologists, anesthesiologist, emergency room physicians.

C. Section 817.234 Florida Statutes stipulates that "any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony in the third degree".

### PERSONAL VALUABLES

It is understood and agreed that the hospital maintains a safe for safekeeping of money and valuables. The hospital shall not be liable for the loss or damage to any article unless deposited with the hospital for safekeeping. The liability of the hospital for loss of any personal property, which is deposited for safekeeping, is limited to five hundred dollars ($500.00) unless a receipt for a greater amount has been obtained from the hospital by the patient.

---

**Patient Label**

BAYLESS, RAEANN M      01/25/06
                       WF    41

North Brevard County Hospital District
operating as
**PARRISH MEDICAL CENTER**
Titusville, Florida 32796

REV. 12/2005      **FORM  E526-1**

COL-RBAYLESS-PARISH-000281

**ASSIGNMENT OF MEDICARE BENEFITS (Medicare patients only)**
The undersigned certifies that the information given when applying for payment under Title XVIII of the Social Security Act is correct. The holder of medical and other information about the patient may be released to the Social Security Administration or its intermediaries or carriers of information any information needed for this or related Medicare claim. Payment of authorized benefits may be made on the patient's behalf. Payment of benefits for physician services to the physician or organization furnishing the services or authorize such physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment is also authorized. Applicable deductibles, co-payments and non-covered charges will be the responsibility of the undersigned.

**HEALTH CARE PLAN OBLIGATION**
A. The hospital maintains a list of health plans with which it has contacted. A list of such plans is available upon request from the financial office. The hospital has no contract, expressed or implied, with any plan that does not appear on the list. The undersigned agrees that he/she is individually obligated to pay the full charges of all services rendered to him/her by the hospital if he/she belongs to a plan, which does not appear on the above-mentioned list.

B. The undersigned certifies that he/she has read the foregoing, received a copy thereof (if requested), and is the patient, the patient's legal representative, or is duty authorized by the patient as the patient's general agent to execute the above and accept the terms.

**I ACKNOWLEDGE**

**(Labor Patients)**
This consent is effective for all prenatal care up to and including delivery.

**(All Patients)**
I have been offered today or on a prior visit a copy of the PMC Notice of Privacy Practices. I understand that if I have questions I can contact the Facility Privacy Officer.

I have been asked and have provided information regarding my Medicare Secondary Payer Screening, which is applicable to my medical services covered by Medicare health care insurance.

The release of my demographic information and dates of service to Parrish Medical Center's institutionally related foundation to be used for charitable and fundraising purposes in support of Parrish Medical Center.

**(Inpatient Only)**
I have been offered to maintain my inpatient admission status as "Confidential" or "Restricted". I understand that if placed in a restricted status, I will not receive any calls through the hospital system; walk in visitors, including clergy, will not be provided my room number by hospital staff; delivery of mail, flowers, etc. will be returned. However, please be assured your care will not be compromised. You will be placed in a "restricted" / "confidential" status if you initial here. _____

I have received and/or offered a copy of the Patient Bill of Rights and Advance Directive information.

I have received a copy of my rights as a Medicare and/or Tricare patient.

Date: _____   Time: _____   AM / PM

Signature: _____
(patient / parent / conservator / guardian)

If signed by other than the patient, indicate relationship: _____

Witness: _____

Patient Label

North Brevard County Hospital District
operating as
**PARRISH MEDICAL CENTER**
Titusville, Florida 32796

BAYLESS, RAEANN M    01/25/06
WP    41

COL-RBAYLESS-PARISH-000282

REV. 12/2005    **FORM  E526-2**

**PARRISH MEDICAL CENTER**
951 N. Washington Ave. • Titusville, Florida 32796
(321) 268-6333

Date _____

For _____

Address _____

℞

_____ M.D.
___ Refills        U.S. Reg. No. _____

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER.

**PARRISH MEDICAL CENTER**
951 N. Washington Ave. • Titusville, Florida 32796
(321) 268-6333

Date _____

For _____

Address _____

℞

_____ M.D.
___ Refills        U.S. Reg. No. _____

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER.

**PARRISH MEDICAL CENTER**
951 N. Washington Ave. • Titusville, Florida 32796
(321) 268-6333

Date _____

For _____

Address _____

℞  Clindamycin
300mg ↑ P.O. QID
#40 (forty)

_____ M.D.
___ Refills        U.S. Reg. No. _____

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER.

**PARRISH MEDICAL CENTER**
951 N. Washington Ave. • Titusville, Florida 32796
(321) 268-6333

Date _____

For _____

Address _____

℞

_____ M.D.
___ Refills        U.S. Reg. No. _____

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER.

ADDRESSOGRAPH
BAYLESS, RARANN M    01/25/06
WF   41

North Brevard County Hospital District
operating
**PARRISH MEDICAL CENTER**
951 N. Washington Ave. • Titusville, FL 32796
(321) 268-6333

**DOCTOR ORDERED PATIENT PRESCRIPTIONS** GP 2/03  P-420

COL-RBAYLESS-PARISH-000283

North Brevard County Hospital District
operating
**PARRISH MEDICAL CENTER**
951 N. Washington Avenue
Titusville, Florida 32796 · (321) 268-6111

**EMERGENCY DEPARTMENT AFTERCARE INSTRUCTIONS**

STAMP ADDRESSOGRAPH BELOW

BAYLESS, RABANN M
WF   41
01/25/06

S. Schwartz, D.O.   L. Conley, M.D.   E. French, A.R.N.P.   S. Thomas-Stuart, D.O.
DEA #AS 2213142   DEA #BC 3925774   ARNP3200472   DEA #BT6856746
D. Johnson, M.D.   F. Garcia, M.D.   O. Vallejo, M.D.   K. Burke, P.A.
DEA#BJ6637334   DEA #AG 2656075   DEA #BV-4122993   PAX 5192
K. Biddings, M.D.   L. Martin-Lee, M.D.   J. Housel, A.R.N.P.
DEA #BS 4593528   DEA #BM 5945235   ARNP59604-2

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PRESCRIPTION ☐ If None Check This Box**
MEDICINES PRESCRIBED

Patient
Address

| Name / Strength | Schedule / Duration | Number |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Refill  Rx #1 ____ times ____  Rx #2 ____ times  Rx #3 ____ times

Dispense as Written
SIGNATURE

May Substitute
SIGNATURE

| GENERAL / ADULT | PEDIATRIC | ORTHOPEDIC | TRAUMA |
|---|---|---|---|
| ☐ Abdominal Pain   ☐ Vaginal Bleeding  ☐ Toothache | ☐ Diarrhea/Vomiting | ☐ Low Back | ☐ Laceration |
| ☐ UTI            ☐ Headache   ☐ Nose Bleed | ☐ Fever | ☐ Ankle Sprain | ☐ Tetanus |
| ☐ Chest Pain     ☐ STD        ☐ PID | ☐ Head Injury | ☐ Knee Sprain | ☐ Abrasion |
| ☐ Head Injury    ☐ Hypertension  ☐ Kidney Stone | ☐ Otitis Media | ☐ Cervical Strain | ☐ Contusion |
| ☐ Asthma         ☐ Hives      ☐ Allergic Reaction | ☐ Pharyngitis | ☐ Muscle Strain | ☐ Animal Bite |
| ☐ Threatened Abortion  ☐ Pharyngitis  ☐ Insect Bite | ☐ U.R.I. | | ☐ Corneal Abrasion |
| ☐ Bronchitis     ☐ U.R.I.     ☐ Pain Medication | ☐ Febrile Seizures | | ☐ Splint Precaution |
| ☐ Diabetes       ☐ Viral Syndrome | ☐ Viral Illness | | ☐ Burn Care |
| ☐ Other | ☐ Croup | | ☐ Wound Care (general) |

**GENERAL INSTRUCTIONS**

*Health Insurance If you participate in a health organization (HMO) be sure to notify your primary care provider after your Emergency Department visit. If you do not know the type of insurance you have or are unclear who your primary provider is, please call your insurance company for that information. FAILURE TO DO SO MAY AFFECT YOUR BENEFITS. They may require that you see a specialist participating in your insurance plan.

☑ Follow-up with Dr. Dentist ____ in ____ days. Telephone # ____
☐ Please contact your doctor for instructions on how to obtain X-rays/Labs done in the Emergency Department. He/she may request that you bring them with you when you go for your follow-up appointment.
☐ X-ray Interpretation. The interpretation of your x-rays as given to you by the Emergency Department physician is only a preliminary report. The radiologist reviews these films and if there is a change in the x-ray interpretation or care, you and/or your physician will be notified. If your symptoms continue or increase, contact your physician since fractures and/or illness fail to show up on the initial x-ray films.
☐ Culture Results/Lab Results You will be notified of your culture/lab results if additional treatment is required.
☐ Suture Removal/Wound Care Return to the Emergency Department in/on ____ day(s) for wound care/suture antibiotics.
☑ Medication The medication prescribed may cause drowsiness, impaired judgement and should not be used with alcohol. Also avoid dangerous activities (driving, using machinery or ladders etc.) while taking this medication.
☑ Other ____ salt - H₂O - gargles - advil - Dentist wax to cover teeth

**PLEASE READ**

I hereby acknowledge receipt of the instructions indicated above. I understand that I have had emergency treatment only and that I may be released before all my medical problems are known and treated. Emergency medical care is not intended to be a substitute for complete medical care. Your Emergency Department diagnosis is preliminary and may change after complete medical care is received. I will arrange for follow-up care as indicated above. I obligate myself or my agent to pay the account of the charges(s) for all follow-up services rendered. I understand that if my condition worsens or new symptoms appear I shall contact my physician immediately. If unable to reach my private physician I understand that I should return promptly to the Emergency Department. I hereby authorize Medical Records to release my records to the Referral Physician.

Patient verbalizes understanding  ☑ Yes  ☐ No
PATIENT / RESPONSIBLE PERSON'S SIGNATURE

Patient Education Provided / Copy of Instructions given  ☑ Yes  ☐ No
INSTRUCTED BY PHYSICIAN / NURSING STAFF    DATE    TIME

| WORK / SCHOOL STATEMENT | MUST BE REEVALUATED BY REFERRAL PHYSICIAN IF ADDITIONAL TIME OFF NEEDED. |
|---|---|

PATIENT NAME: ____ was seen by Dr. ____ at ____ on ____ / ____ / ____

☐ May return to work/school without restrictions.      ☐ Other: ____
☐ May return to restricted duties for ____ days.
Restrictions: ____                ☐ No athletics/physical education: ____ days.
                                   ☐ Must be reevaluated by family/occupational physician before returning to work/school
☐ Will require time off work/school. Estimated time: ____ days.                M.D./D.O.

P-523   GP 05-04     White - Patient        Yellow - Medical Records        Pink - Physician
COL-RBAYLESS-PARISH-000264

## PARRISH MEDICAL CENTER

# DEMOGRAPHIC FACE SHEET

| ACCOUNT NO. | FINANCIAL CLASS | TYPE | PT. LOCATION/SERVICE | ROOM & BED | SMOKER | VAL. | RACE | RELIGION | PREV. DISCHARGE DATE | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|---|
|  | SP | REG ER | ER |  | N |  | W | NON | 04/30/92 |  |

| DATE OF BIRTH | AGE | SEX | MAR. ST | PATIENT OCCUPATION | | | | | PREVIOUS NAME/OTHER NAME | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 40 | F | S | | | | | | | |

| PATIENT NAME/ADDRESS | S.S. NO. | PATIENT EMPLOYER |
|---|---|---|
| BAYLESS, RAEANN M | | UNEMPLOYED |
| 1754 POINCIANA CR | | |
| TITUSVILLE, FL 32796 | | |
| PHONE NO. 321-269-1854   OTHER NO. | | WORK PHONE |

| GUARANTOR/ADDRESS | S.S. NO. | GUARANTOR EMPLOYER |
|---|---|---|
| BAYLESS, RAEANN M | | UNEMPLOYED |
| 1754 POINCIANA CR | | |
| TITUSVILLE, FL 32796 | | |
| PHONE NO. 321-269-1854   RELAT.TO PT. SELF | | |

| PERSON TO NOTIFY ADDRESS | RELAT. TO PT. FAMILY OTHER | NEXT OF KIN/ADDRESS | RELAT. TO PT. |
|---|---|---|---|
| BAYLESS, C B OR JOAN | | | |
| 1754 POINCIANA CR | | | |
| TITUSVILLE, FL 32796 | | | |
| HOME PHONE 321-269-1854   WORK PHONE | | HOME PHONE | WORK PHONE |

**PATIENT INFORMATION**

### DIAGNOSIS / PROCEDURES

PRINCIPAL DIAGNOSIS: _____

SURGICAL PROCEDURES: _____

SECONDARY DIAGNOSES: _____

### PHYSICIAN MEDICAID CERTIFICATION

This is to certify that inpatient hospital services are needed:

Date: _____   Physician's Signature: _____

### ACCIDENT INFORMATION / CONDITIONS

| ACCIDENT DATE/TIME | ACCIDENT INFORMATION | REASON FOR VISIT |
|---|---|---|
| 11/24/05 | ONSET OF SYMPTOMS/IL | C/O POSS ABCESS TO LOWER LIP |

### ADMISSION / REGISTRATION

| ADMIT DATE/TIME | ADMISSION SOURCE | COMMENTS | USER |
|---|---|---|---|
| 11/24/05 2331 | EMERGENCY ROOM | **EQ**DV BY PT | PR ESQ |

### PHYSICIANS

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | EMERGENCY PHYSICIAN |
|---|---|---|
|  |  | SIDDIQUI, KHALID A MD |

| PRIMARY CARE PHYSICIAN | FAMILY PHYSICIAN | OTHER PHYSICIAN |
|---|---|---|
| UNKNOWN | UNKNOWN | |

REV. 04/2004   FORM E529

COL-RBAYLESS-PARISH-000265

## CONDITION OF ADMISSIONS

Pg. 1 of 2

**CONSENT FOR MEDICAL AND SURGICAL PROCEDURES**
The undersigned consents to procedures that may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, which may include but are not limited to laboratory procedures, x-ray examinations, medical or surgical treatment or procedures, anesthesia, or hospital services rendered the patient under the general and special instructions of the patient's physician or surgeon.

**NURSING CARE**
This hospital provides only general duty nursing care unless, upon orders of the patient's physician, the patient is provided more intensive nursing care. If the patient's condition is such as to need the service of a special duty nurse, it is agreed that such must be arranged by the patient or his/her legal representative. The hospital shall in no way be responsible for failure to provide same and is hereby released from any and all liability arising from the fact that said patient is not provided with such additional care.

**LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIAN**
All physicians and surgeons furnishing services to the patient e.g. emergency room physician, radiologist, pathologist, anesthesiologist are independent contractors and are not employees or agents of the hospital. The patient is under the care and supervision of his/her attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to medical and surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered to the patient under the general and special instructions of the physician.

**RELEASE OF PROTECTED HEALTH INFORMATION**
PMC, its business associates, and any other healthcare provider involved in the patient's care may have access to the patient's record for treatment, normal healthcare operations and for securing payment for services rendered. The information to be released include all information in the patient's record including, HIV testing and test results, psychiatric treatment, and treatment for alcohol or drug abuse. For a more detailed description of uses and disclosures for treatment, payment, or healthcare operations, please review the PMC Notice of Privacy Practices. You have the right to review the Notice of Privacy Practices prior to signing this consent.

**FINANCIAL AGREEMENT**
The undersigned agrees, whether he/she signs as an agent or as a patient, that in consideration of the services to be rendered to the patient, he/she hereby individually obligates himself/herself to pay the account of the hospital and the attending and consulting physicians in accordance with the regular rates and terms of the hospital and medical staff. Should the account be referred to an attorney or collection agency for collection, the undersigned shall pay actual attorneys' fees and collection expenses. All delinquent accounts shall bear interest at the legal rate.

**ASSIGNMENT OF INSURANCE BENEFITS**
A. The undersigned authorizes, whether he/she signs as an agent or as a patient, direct payment to the hospital of any insurance benefits otherwise payable to or on behalf of the patient for this hospitalization or for these outpatient services, including emergency services rendered, at a rate not to exceed the hospital's actual charges. It is agreed that payment of any and all obligations under a policy to the extent of such payment. It is understood by the undersigned that he/she is financially responsible for charges not paid pursuant to this assignment.
B. The undersigned authorizes assignment of insurance benefits to any involved physician(s), including but not limited to radiologists, cardiologists, pathologists, anesthesiologists, emergency room physicians.
C. Section 817.234 Florida Statutes stipulates that "any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony in the third degree".

**PERSONAL VALUABLES**
It is understood and agreed that the hospital maintains a safe for safekeeping of money and valuables. The hospital shall not be liable for the loss or damage to any article unless deposited with the hospital for safekeeping. The liability of the hospital for loss of any personal property, which is deposited for safekeeping, is limited to five hundred dollars ($500.00) unless a receipt for a greater amount has been obtained from the hospital by the patient.

BAYLESS,RAEANN M   11/24/05
WF   40

North Brevard County Hospital District
dba
**PARRISH MEDICAL CENTER**
951 N. Washington Avenue
Titusville, FL 32796

**REV. 4/2005      FORM E526-1**

COL-RBAYLESS-PARISH-000286

Pg. 2 of 2

### ASSIGNMENT OF MEDICARE BENEFITS (Medicare patients only)

The undersigned certifies that the information given when applying for payment under Title XVIII of the Social Security Act is correct. The holder of medical and other information about the patient may release to the Social Security Administration or its intermediaries or carriers of information any information needed for this or related Medicare claim. Payment of authorized benefits may be made on the patient's behalf. Payment of benefits for physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment is also authorized. Applicable deductibles, co-payments and non-covered charges will be the responsibility of the undersigned.

### HEALTH CARE PLAN OBLIGATION

A. The hospital maintains a list of health plans with which it has contracted. A list of such plans is available upon request from the financial office. The hospital has no contract, expressed or implied, with any plan that does not appear on the list. The undersigned agrees that he/she is individually obligated to pay the full charges of all services rendered to him/her by the hospital if he/she belongs to a plan, which does not appear on the above-mentioned list.

B. The undersigned certifies that he/she has read the foregoing, received a copy thereof (if requested), and is the patient, the patient's legal representative, or is duly authorized by the patient as the patient's general agent to execute the above and accept its terms.

### I ACKNOWLEDGE:
#### *(Labor patients)*
This consent is effective for all prenatal care up to and including delivery.

#### *(All Patients)*
I have been offered today or on a prior visit a copy the PMC Notice of Privacy Practices. I understand that if I have questions I can contact the Facility Privacy Officer.

I have been asked and have provided information regarding my Medicare Secondary Payer Screening, which is applicable to my medical services covered by Medicare health care insurance.

The release of my demographic information and dates of service to Parrish Medical Center's institutionally related foundation to be used only for charitable and fundraising purposes in support of Parrish Medical Center.

#### *(Inpatient only)*
I have been offered to maintain my inpatient admission status as "Confidential" or "Restricted". I understand that if placed in a restricted status I will not receive any calls through the hospital system; walk in visitors, including clergy, will not be provided my room number by hospital staff; delivery of mail, flowers, etc. will be returned. However, please be assured your care will not be compromised. *You will be placed in an "restricted"/"confidential" status if you initial here.* _____

I have received and/or offered a copy of the Patient Bill of Rights and Advance Directive information.

I have received a copy of my rights as a Medicare and/or Tricare patient.

Date: __11/24/05__     Time: __2333__ AM / PM

Signature: X _____
(patient/ parent/ conservator/ guardian)

If signed by other than patient, indicate relationship: _____

Witness: _____



BAYLESS, RARANN M    11/24/05
                WF   40

North Brevard County Hospital District
dba
**PARRISH MEDICAL CENTER**
951 N. Washington Avenue
Titusville, FL 32796

REV. 4/2005     **FORM  E526-2**

RUN DATE: 11/24/05                    Parrish Medical Center  *** LIVE ***                    PAGE 1
RUN TIME: 2358                          ED Patient Chart
RUN USER: NSTANALJ

Patient: BAYLESS RAZAKH M

ED Provider: SIDDIQUI KHALID A MD

DRUG ALLERGIES: NKA
FOOD/OTHER ALLERGIES: N

1754 POINCIANA CR
TITUSVILLE, FL 32796
321-269-1854
                                 PCP: UNKNOWN
Next of Kin:                     Family Doctor: UNKNOWN
Relation:
Phone:

ED Physician: SIDDIQUI,KHALID A MD         Arrival Date/Time: 11/24/05 - 2313
Practitioner:                              Triaged Date/Time: 11/24/05 - 2317
Nurse: LORINDA J TANAKA

Stated Complaint: C/O POSS ABCESS TO LOWER LIP
Chief Complaint: ABSCESS

Disposition: HOME                          Departure Date/Time: 11/24/05 - 2349
Diagnosis:
Comment:
Condition:

Referrals:
BREVARD COUNTY HEALTH DEPT.
Ph: 637-7300

Pt Instructions: Cellulitis ,Wound Care

11/24/05  2317    TRIAGE ASSESSMENT                    MICHELE R HOWE
TRIAGE LEVEL: SEMI URGENT
PHYSICIAN HEALTH DEPT
*****TRIAGE ASSESSMENT*****
Patient States: POSSIBLE SPIDER BITE
Chief Complaint: POSSIBLE SPIDER BITE
Nurse Comments: SWELLING OF LOWER LIP TO MOUTH X24 HOURS WITH NO DRAINAGE.
                PAINFUL TO TOUCH.
Mode of Arrival: AMBULATORY
Accompanied By: SELF
*******TRIAGE INTERVENTIONS*********
DRESSING/BLEEDING CONTROL
EMESIS BASIN
SPLINT
ICEPACK

Patient: BAYLESS RAZAKH M

---

ADVISED NO FOOD/DRINK
ELEVATION
EXPLANATION OF DELAY
*******  VITAL SIGNS  ********
Height:
Feet: 5
Inches: 9.00
Centimeters: 175.3
Wt. Source: STATED
Pounds: 150
Ounces:
Kilograms: 68.03
B/P: 190/98
Pulse: 77
Respirations: 20
Temperature: 97.7
Route: ORAL
Pain Scale 0-10: 6
NSG: Pulse Ox 2 (PRN): 98
Head Circumf (INCHES):
RED'd < 18 mo.
*******  EMS TREATMENT  *********
APPLICABLE? N
CO2:
LPM
VIA:
INTUBATED:
IV'S/SITE:
AMT INFUSED:
TX PRIOR TO ARRIVAL:
GLUCOSE:
HEART MONITOR/RHYTHM:
*****OTHER TREATMENT PRIOR TO ARRIVAL*****
CERVICAL SPINE IMOBILIZATION DEVICE?
CAR RESTRAINT USED?
AIR BAG DEPLOYED?
LOSS OF CONSCIOUSNESS AT SCENE?
OTHER:
AGENCY NOTIFIED:
SPOKE WITH:
VISUAL ACUITY:
RIGHT EYE:
LEFT EYE:
BOTH EYES:
LKP (last censes): 11/1/05
DATE ONLY:MM/DD/YR
Tetanus immunization: LESS THAN 5 YEARS
Immunizations < 18 YRS:
Flu shot: N
Pneumococcal/Pneumonia shot: N
ETOH: Y
AMT/DAILY: OCC
Did PATIENT smoke within 1 year: YES
Tobacco PRDX/RS- PACK YEARS: 1 PCK /DAY

COL:RBAYLESS-PARISH-000288

```
RUN DATE: 11/24/05                    Parrish Medical Center  *** LIVE ***                         PAGE 2
RUN TIME: 2358                              ED Patient Chart
RUN USER: HSTANALJ
```

PATIENT: [REDACTED]
ED PHYS: [REDACTED]  DOB: [REDACTED]

*****PATIENT HISTORY*****
DENIES PMH: N
UNKNOWN?:
ALZHEIMERS
DEPRESSION
MIGRAINES
ANEMIA
DIABETES
MI/HEART ATTACK
ASTHMA
DIALYSIS
PACEMAKER
CAD
FIBROMYALGIA
RADIATION THERAPY
CANCER
GLAUCOMA
RENAL DISEASE
CATARACTS
HEPATITIS
SEIZURES
CHEMOTHERAPY
HIV
STD'S Y
COPD
HTN
THYROID PROBLEM
CVA/STROKE
KIDNEY STONES
TIA'S
DEMENTIA
LIVER DISEASE
UTI
MENTAL DISORDER
Medical Hospitalizations,Date: VAGINAL BIRTH X4
                                         UTI
Surgeries, Implants, Date: TUBAL LIGATION 1992 GALLBLADDER 1992
*****ALLERGIES*****
FOOD/OTHER ALLERGIES: N
DRUG ALLERGIES: NKA
ARE YOU ALLERGIC TO LATEX ? NO
*****MEDICATIONS: RX/HERBAL/OTC*****
MEDS     DOSE     ROUTE     FREQ
Meds: NO
Over-The-Counter & Herbals:
MEDICATIONS REVIEWED WITH PATIENT BY RN: Y
*****DOMESTIC VIOLENCE*****
CURRENTLY OR IN THE PAST YEAR:
Ever been EMOTIONALLY abused by someone important to you? NO
Ever been PHYSICALLY abused by someone important to you? NO
Ever been hit, slapped, kicked or otherwise physically hurt? NO
Abuse or neglect COMMENT: N
TB - TUBERCULOSIS INFECTION SCREEN
1. Have you ever had TB or been exposed to anyone with TB? NO
2. Do you have a cough lasting more than 3 weeks that

produces phlegm, sputum or blood? NO
3. Do you have night sweats that cause sheet drenching? NO
4. Have you had unexplained weight loss of 10 pounds or more
within the last 3 months? NO
POSITIVE SCREEN: A YES answer to 3 out of 4 above questions
Pt. required to wear a mask till placed in an isolation room
SARS - SEVERE ACUTE RESPIRATORY INFECTION SCREEN
Is pt. presenting with symptoms of SARS such as fever above
100.4 degrees, cough, SOB, dyspnea, hypoxia, or respiratory
distress syndrome?  (if YES, assess for SARS - continue) N
1. In the 10 days before illness onset have you traveled to,
or had close contact with, other ill persons who recently
traveled to mainland China, Hong Kong, or
Taiwan:
Travel there by:
2. Employment in an occupation associated with a risk for
SARS-CoV exposure (healthcare worker with direct patient
contact, worker in laboratory that contains live
SARS-CoV):
3. Part of a cluster of cases of atypical pneumonia without
an alternative diagnosis:
POSITIVE SCREEN:  A YES answer to ANY ONE of the 3 above
Pt. required to wear a mask till placed in an isolation room
A healthcare worker that is YES for only #2 SARS above, does
not need to be isolated nor wear a mask prior to physician
notification
*****COMMUNICATION*****
Primary LANGUAGE: ENGLISH
Able to read: YES
Barriers:
NUTRITION: Unexplained wt. loss >10lbs (3 mon): N
Comment:
FUNCTIONAL: Recent difficulty ambulating: N
Comment:

11/24/05  2333   FAST TRACK ASSESSMENT             LORENZA J TAMAKA
*****FAST TRACK ASSESSMENT*****
Exam & Assessment Performed by Mid-level Provider: N
by Physician: Y
Nurse Notes: PT TO ER FOR SWELLING IN LOWER LIP  NO EVAL COMPLETE. EXPLAINED TO PT ABOUT
            CELLULITIS AND WARM COMPRESS USE. DC AND RX INSTRUCTION GIVEN. PT VERBALIZE
            UNDERSTANDING OF ALL. AMBULATED OUT WITH NO DIFF. RESP REG AND NONLABORED
            WITH NO DISTRESS.
*****DISCHARGE SUMMARY*****
DISCHARGE VITALS WHEN INDICATED:
B/P: 146/80
Pulse: 77
Temperature: 97.7
Respirations: 18
Pain Scale 0-10: 6
IV D/C:
INTACT:
SITE NORMAL:
RX GIVEN: Y
PT UNDERSTANDS MEDS: Y

```
RUN DATE: 11/24/05                          Parrish Medical Center  *** LIVE ***                                PAGE 3
RUN TIME: 2358                                    ED Patient Chart
RUN USER: NSTANALJ
```

PT INSTRUCTED NOT TO DRIVE: Y
DISCHARGE MEDS: VICODIN
               BACTRIM
DISCHARGE TIME: 2357
REFERRED TO:
DISCHARGE INSTRUCTIONS GIVEN: REFER TO HEALTH DEPT
                             BOIL, CELLULITIS
Comments: DC'D OUT WITH NO DISTRESS.

11/24/05  2353    SAFETY ASSESSMENT              LORINDA J TAKARA
****SAFETY ASSESSMENT****
NAME BAND APPLIED Y
IF ALLERGY, BAND APPLIED Y
FALL RISK? N
SIDE RAILS:
UP Y
ONE Y
TWO
SITTING IN CHAIR
BED:
HIGH
LOW Y
SECURITY/SITTER AT BEDSIDE
COMMENTS

11/24/05  2353    WOUND ASSESSMENT              LORINDA J TAKARA
****WOUND ASSESSMENT****
ABRAS/LAC: SWOLLEN, CRACKED LIPS.
I&D:
INIT.PACKING:
PACKING:
REPACKED:
SUTURES:
STAPLES:
PACKING/SUTURES/STAPLES·
REMOVED IN ED:
D/C PRIOR TO ARRIVAL:
BURN(S):
WOUND FINAL ASSESSMENT··
REDNESS:
DRAINING:
SWELLING:
IMPROVED:
DRY STERILE DRESSING:
ADVISED TO RECHECK:

Entered by MICHELE E HOWE on 11/24/05 at 2357
NOTED MULTIPLE SORES ON FEET.

COL-RBAYLESS-PARISH-000290



**PARRISH**
MEDICAL CENTER

## EMERGENCY DEPT PHYSICIAN HISTORY & PHYSICAL
### General Adult
All elements not circled/struck/checked/annotated - were not pertinent

NAME ___ Room ___

| Chief complaint: | Pain, swelling lower l.p. | Time seen: 2326 by physician |
|---|---|---|

Age 40 y.o.

___ yr. old ♀ came ~ 4o   Sex ♀

☐ Symptom/Location   pain, swelling of lower lip × 2 days

☐ Severity Radiation   No fever   No temp. chills.

☐ Modifying Factors   N/V/A

☐ Context/Mechanism of Injury

☐ Quality

☐ Duration

☐ Timing   Pain Severity 1 - 2 - 3 - 4 - 5 - 6 - 7 - 8 - 9 - 1 0 (Circle One)

☐ Associated Signs & Sx   ☐ EMS Direction

| | | | | |
|---|---|---|---|---|
| ☐ All systems negative except as noted | sore throat  nose/bleeds  rhinorrhea | dysuria  discharge  dyspareunia | change MS  agitation  suicidal |
| ☐ Unable to fully assess due to: | hoarse  throat/swelling  hearing loss | frequency  irreg menses  flank pain | confusion  depression  hostile |
| ( ) altered LOC  ( ) patient condition  ( ) other: | | hematuria | |
| | chest pain  rapid ht beat  LE edema | myalgias  neck/back pain  redness | fatigue  polyuria  hair change |
| ☒ All normal  —strike negative—  circle positive | palpitations  slow ht beat  orthopnea | arthralgias  inflammation  heat | weakness  polydipsia  heat tolerance |
| | SOB  prod/cough  DOE | easy  bruising  contusions | bleeding  nodes |
| fever  chills  high BP | pleuritic CP  nonprod. cough  PND | swelling  lacerations  abrasions | bruising  petechiae |
| weight loss  dizzy  weak | hemoptysis | | |
| redness  discharge  visual loss | nausea  diarrhea  pain | headache  numbness  change funct | rhinorrhea  atopic dermat |
| pain  blurred  vision change | vomiting  constipation  bloating | weakness  change LOC  paresthesias | asthma  sneezing |
| | melena | change speech | |

| | | ALLERGIES & MEDS |
|---|---|---|
| DM  HTN  CAD  GI Bleed | DM  HTN  CA | ☐ See Nurses Notes. |
| CVA  CA  Recent Surgery | CAD  CVA | |
| | Tobacco  Marital Status | ☐ See Nurses Notes. |
| Tetanus | ETOH  Sub Abuse  Lives Alone | |
| LMP ___ G___ P___  Contraception | | |

| | | | |
|---|---|---|---|
| ☐ CBC | ☐ CHEM | ☐ X-Ray | EKG |
| ☐ UA | ☐ Cardiac markers | ☐ | ☐ 12 Lead  ☐ Rhythm Strip |
| ☐ HCG | ☐ ABG | ☐ | Rate |
| ☐ Amylase/Lipase | ☐ ETOH/UDS | ☐ | Axis  Intervals |
| ☐ PT/PTT | ☐ Culture | | Interpreted By: |
| ☐ ESR | ☐ | | ☐ Pulse Oximetry |
| ☐ Review old charts | | | Interpretation |
| ☐ Consultation  Dr. | Time Called  Time answered  Time arrived | | ☐ Normal  ☐ Hypoxic |

Signature

Khalid Siddiqui, M.D.
9499

PATIENT LABEL   Page 1 of 2

BAYLESS,RAEANN M   11/24/05
WF   40

WHITE - MEDICAL RECORDS   YELLOW - PHYSICIAN BILLING   PINK - PHYSICIAN

COL-RBAYLESS-PARISH-000291

REV. 8/01   FORM E700-1



**PARRISH**
MEDICAL CENTER

## EMERGENCY DEPT PHYSICIAN HISTORY PHYSICAL
### General Adult

NAME _____  All elements not circled/struck/checked/annotated - were not pertinent  Room _____

| Level 2, 3 -- 2 to 4 body areas / organ systems | Level 4 -- 5 to 7 body areas / organ systems | Level 5 -- 8 or more organ systems |
|---|---|---|

### Physical Examination

☐ Physical Examination incomplete due to critical condition of patient.

**CONSTITUTIONAL**
- ☑ Vital signs per nurses notes
- ☑ Well developed, well nourished
- ☑ No acute pain/distress
- ☑ Odor ETOH                                          more below ☐

**PSYCH**
- ☑ Alert and oriented to TPP
- ☑ No abnormalities of mood or affect
- ☑ Memory (recent and remote) intact          more below ☐

**EYES**
- ☑ PERRL
- ☑ Conjunctivae and lids normal
- ☑ Fundi and discs normal
- ☑ EOM normal                                          more below ☐

**ENT**
- ☑ Otoscopic exam of external canal and TMs normal
- ☑ Nasal mucosa, turbinates, and septum normal
- ~~Mouth, tongue, and pharynx normal~~ *(w) swelling of lower lip*
- ~~Pharynx without edema, exudate, or injection~~ *Tiny boil just below middle of lower lip*                                          more below ☐

**NECK**
- ☑ Neck supple
- ☐ No JVD
- ☐ No thyromegaly
- ☐ No bruits                                          more below ☐

**CHEST**
- ☐ No masses or tenderness
- ☐ Breasts symmetric
- ☐ No discharge

**RESP**
- ☑ Normal respiratory effort and excursion
- ☑ No rales, rhonchi or wheezes
- ☑ Normal to percussion
- ☑ Equal air entry                                    more below ☐

**CV**
- ☑ Normal PMI with no thrills, RSR
- ☑ No murmurs or gallops
- ☑ Normal carotids  ☐ normal abd aorta  ☐ normal femorals  ☐ normal pedals
- ☑ No edema or varicosities
- ☑ Normal capillary refill
- ☑ Distal pulses present                              more below ☐

**NEURO**
- ☑ Normal speech
- ☑ CN II-XII intact
- ☑ DTRs normal, no pathologic reflexes
- ☑ Normal motor and sensory function                 more below ☐

**ABD/GI**
- ☑ No masses, tenderness, rebound or guarding
- ☑ Normal liver, spleen, kidney
- ☑ No hernia
- ☐ Rectal, not indicated ☐ rectal normal ☐ hemoccult negative
- ☑ Normal bowel sounds                                more below ☐

**GU**
- ☐ No masses, tenderness or adenopathy
- ☐ Genitalia normal to inspection
- ☐ Genitalia normal to palpation
- ☐ Normal cervix    Normal bimanual ☐ bladder ☐ uterus ☐ adnexa ☐       more below ☐

---

☑ Normal   (Circle) positives and provide additional documentation

**LYMPH**
- ☐ No adenopathy of neck
- ☐ No adenopathy of axillae
- ☐ No adenopathy of groin
- ☐ No adenopathy, other                               more below ☐

**MUSC**
- ☐ Normal gait and station   ☐ No ligamentous injury
- ☐ Normal digits and nails   ☐ Normal to palpation
- ☐ No tendon injury          ☐ Normal strength/tone
- ☐ Proximal and distal joint normal ☐ Neurovascular status intact
- ☐ No F.B. noted                                      more below ☐

**SKIN**
- ☐ Normal to inspection
- ☐ Normal to palpation                                more below ☐

**GCS**
- ☐ Glascow Coma Scale

  Initial _____  Repeat _____

### Procedures
- ☐ Laceration   Length _____ cm.   Layered Y/N
- ☐
- ☐
- ☐

### CRITICAL CARE MUST BE TIME DOCUMENTED
☐ CRITICAL CARE TIME BELOW DOES NOT INCLUDE TIME
FOR SEPARATELY BILLED PROCEDURES.

CRITICAL CARE   Time _____   30-74 minutes ☐   75-105 minutes ☐

**Additional documentation**

---

**Documentation of Medical Decision Making process, including differential diagnoses, nature and severity of problems, risk of morbidity and other factors.**

Initial Impression/Differential Diagnoses   *Boil cellulitis*

Additional history, exam, reassessments   *Warm soaks Bactrim DS x ? Px ① 13?*
*Vicat ? ? Po ? b-8' Px ? Health department*

Primary Diagnosis   *Boil*   Secondary Diagnosis

Secondary Diagnosis   *cellulitis*

| Condition | Disposition | Prescriptions |
|---|---|---|
| ☐ Stable ☑ Improved  ☑ D/C'd  ☐ Admit  ☐ AMA  ☐ Transfer  ☐ Exp.   Location | | |

see D/C instructions ☐

D/C Instructions/Sheet # _____

☐ Chart complete when checked    Signature: _____    ☐ NOTE DICTATED

PATIENT LABEL                                                    Page 2 of 2

BAYLESS, RAEANN M   11/24/05
WF   40

*Khalid Siddiqui, M.D.*
*9499*

WHITE - MEDICAL RECORDS    YELLOW - PHYSICIAN BILLING    PINK - PHYSICIAN

REV. 8/01   FORM   E700-2

COL-RBAYLESS-PARISH-000292

## PARRISH MEDICAL CENTER

### EMERGENCY DEPARTMENT PHYSICIAN ORDER SHEET

Patient Name: _____

| ✓ | TEST | ✓ | TEST | ✓ | TEST | ✓ | DONE | |
|---|---|---|---|---|---|---|---|---|
| | Old Record | | BC I/II / ARDS | | Hip / Pelvis | | | |
| | Monitor Rhythm | | Preg. S/U | | Facial / Nasal | | | |
| | Pulse Ox | | Quant. HcG | | Ribs | | | |
| | O₂ | | UA | | Foot / Ankle | | | |
| | CBC WBC Hgb Platelets | | C & S | | Knee | | | |
| | | | Beta-strep | | Shoulder | | | |
| | BMP Na K Bun Glu Cl CO2 Creat | | Type & Screen | | Wrist/Hand | | | |
| | | | Type & RH | | Fingers | | | |
| | CMP Bili Ca Albu Phos Prot AST ALB | | T & C - PC | | IVP | | | |
| | | | Drug Level | | | | | |
| | MIMS 1 hr. | | CARDIO | | CT | | | |
| | MIMS 2 hr. | | ABG | | Brain | | | |
| | ETOH | | HHN | | Abd / Pelvis | | | |
| | Amylase/Lipase | | XRAY | | Sonogram | | | |
| | HEPF | | ABD | | OB | | | |
| | Thyroid Profile | | Acute ABD | | Pelvic | | | |
| | | | C-Spn Port/AP-Lat | | GB | | | |
| | | | LS Spine | | | | | |

### DIAGNOSTIC TEST / INDICATION(S)

☐ **CHEST XRAY** 71010 - 71035 / PA and Lateral / Portable
— Chest Pain — Asthma — Cough — MI (Acute/Subacute) — Pulmonary HTN
— SOB — Bronchitis — Fever — Pneumonia — Renal Disease
— CHF — Cardiac Dysrhythmias — Fluid Overload — Pneumothorax — Trauma
— Angina — COPD — Hypertension — Other

☐ **EKG** 93005
— Chest Pain — ABD Pain (Right Upper Quadrant, — HX CABG or PTCA — Pacemaker — Seizure
— SOB Left Upper Quadrant, Epigastric
— Syncope — Diabetes — Numbness — Palpitations
— Stroke — Electrolyte Disorder — Other

☐ **GLUCOSE** (ACCcheck) 82947,82962
— Chest Pain — Bronchitis — Dizziness — MI (Acute/Subacute) — Syncope
— Diabetes — Change in weight — Electrolyte Imbalances — Pneumonia — UTI
— Altered LOC — Diarrhea — Gastritis — Other

☐ **PTT** 85730
— Chest Pain — MI (Acute/Subacute) — GI Bleed — Postmenopausal Bleeding — TIA
— SOB — AFIB — Limb Pain — Renal Failure
— CHF — Abdominal Pain — Other

☐ **Prothrombin Time** 85610
— MI (Acute/Subacute) — Abdominal Pain — CAD — Iron Deficiency Anemia — Syncope
— Atypical CP — Angina — CVA — On Anticoagulant
— CHF — Blood Loss Anemia — DVT (or HX) — Other

☐ **Magnesium** 83735
— ABN Blood Chemistry — Altered LOC — Diabetes — Renal Failure
— ABN EKG — Cardiac Dysrhythmia — Hypotension — Syncope
— Acidosis — CHF — MI (Acute/Subacute)
— Alcohol Abuse — Delirium — N/V — Other

☐ **Urine Culture** 87088
— Abdominal Pain — Bacteremia — Fever — Renal Failure — Septicemia — UTI
— Backache — Calculus Kidney/Ureter — Renal Colic — Other

☐ **Drug Screen, Qual** 80101
— Acidosis — Coma — Epilepsy — Poisoning by Unspecified Drug
— Altered LOC — Drug Dependance — Other

☐ **Sedimentation Rate** 85652
— Headache — Loss of Weight — Myalgia
— Joint Pain — MI (Acute/Subacute) — Rheumatoid Arthritis — Other

Physician Signature: _____  Date: _____

PATIENT LABEL
BAYLESS, RAEANN M  11/24/05  WF 40


### EMERGENCY DEPARTMENT PHYSICIAN ORDER SHEET

REV. 01/2004 FORM E531

**PARRISH MEDICAL CENTER**
951 N. Washington Ave. • Titusville, Florida 32796
(321) 268-6333

Date 11·24·05

For _____

Address _____

℞

Bactrim DS ₁ Po @ 12°
→ ⟨20⟩

_____ M.D.

___ Refills   U.S. Reg. No. _____

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PARRISH MEDICAL CENTER**
951 N. Washington Ave. • Titusville, Florida 32796
(321) 268-6333

Date _____

For _____

Address _____

℞

_____ M.D.

___ Refills   U.S. Reg. No. _____

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PARRISH MEDICAL CENTER**
951 N. Washington Ave. • Titusville, Florida 32796
(321) 268-6333

Date _____

For _____

Address _____

℞

_____ M.D.

___ Refills   U.S. Reg. No. _____

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PARRISH MEDICAL CENTER**
951 N. Washington Ave. • Titusville, Florida 32796
(321) 268-6333

Date _____

For _____

Address _____

℞

_____ M.D.

___ Refills   U.S. Reg. No. _____

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

ADDRESSOGRAPH

BAYLESS RAEANN M       11/24/05
                       WF  40

North Brevard County Hospital District
operating
**PARRISH MEDICAL CENTER**
951 N. Washington Ave. • Titusville, FL 32796
(321) 268-6333

**DOCTOR ORDERED**
**PATIENT PRESCRIPTIONS** GP 2/03  P-420

COL-RBAYLESS-PARISH-000294

**North Brevard County Hospital District**
operating
**PARRISH MEDICAL CENTER**
MEDICAL CENTER    951 N. Washington Avenue
Titusville, Florida 32796 · (321) 268-6111

**EMERGENCY DEPARTMENT AFTERCARE INSTRUCTIONS**

STAMP ADDRESSOGRAPH BELOW

BAYLESS, RAEANN M    11/24/05
WF    40

S. Schwartz, D.O.    L. Conley, M.D.    E. French, A.R.N.P.    S. Thomas-Stuart, D.O.
DEA #AS 2213142    DEA #BC 3925774    ARNP3200472    DEA #BT8856746
D. Johnson, M.D.    F. Garcia, M.D.    O. Vallejo, M.D.    K. Burke, P.A.
DEA#BJ6637334    DEA #AG 7656075    DEA #BV 4129893    PAX 5192
K. Siddiqui, M.D.    L. Martin-Lee, M.D.    J. Housel, A.R.N.P.
DEA #BS 4593528    DEA #BM 5945235    ARNP59604-2

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PRESCRIPTION ☐ - If None Check This Box**
MEDICINES PRESCRIBED

Patient
Address

Name / Strength

Schedule / Duration

Number

1. _____
2. _____
3. _____

Refill: Rx #1 _____ times    Rx #2 _____ times    Rx #3 _____ times

Dispense as Written    May Substitute
SIGNATURE _____    SIGNATURE _____

| GENERAL / ADULT | | PEDIATRIC | ORTHOPEDIC | TRAUMA |
|---|---|---|---|---|
| ☐ Abdominal Pain | ☐ Vaginal Bleeding  ☐ Toothache | ☐ Diarrhea/Vomiting | ☐ Low Back | ☐ Laceration |
| ☐ UTI | ☐ Headache  ☐ Nose Bleed | ☐ Fever | ☐ Ankle Sprain | ☐ Tetanus |
| ☐ Chest Pain | ☐ STD  ☐ PID | ☐ Head Injury | ☐ Knee Sprain | ☐ Abrasion |
| ☐ Head Injury | ☐ Hypertension  ☐ Kidney Stone | ☐ Otitis Media | ☐ Cervical Strain | ☐ Contusion |
| ☐ Asthma | ☐ Hives  ☐ Allergic Reaction | ☐ Pharyngitis | ☐ Muscle Strain | ☐ Animal Bite |
| ☐ Threatened Abortion | ☐ Pharyngitis  ☐ Insect Bite | ☐ U.R.I. | | ☐ Corneal Abrasion |
| ☐ Bronchitis | ☐ U.R.I.  ☐ Pain Medication | ☐ Febrile Seizures | | ☐ Splint Precaution |
| ☐ Diabetes | ☐ Viral Syndrome | ☐ Viral Illness | | ☐ Burn Care |
| ☐ Other  Bail Collub'r | | ☐ Croup | | ☐ Wound Care (general) |

**GENERAL INSTRUCTIONS**

*Health Insurance If you participate in a health organization (HMO) be sure to notify your primary care provider after your Emergency Department visit. If you do not know the type of insurance you have or are unclear who your primary provider is, please call your insurance company for that information. FAILURE TO DO SO MAY AFFECT YOUR BENEFITS. They may require that you see a specialist participating in your insurance plan.

☐ Follow-up with Dr.  Health department  in __ 7 __ days. Telephone #

☐ Please contact your doctor for instructions on how to obtain X-rays/Labs done in the Emergency Department. He/she may request that you bring them with you when you go for your follow-up appointment.

☐ X-ray Interpretation The interpretation of your x-rays as given to you by the Emergency Department physician is only a preliminary report. The radiologist reviews these films and if there is a change in the x-ray interpretation or care, you and/or your physician will be notified. If your symptoms continue or increase, contact your physician since fractures and/or illness fail to show up on the initial x-ray films.

☐ Culture Results/Lab Results You will be notified of your culture/lab results if additional treatment is required.

☐ Suture Removal/Wound Care Return to the Emergency Department in/on _____ day(s) for wound care/surture antibiotics.

☐ Medication The medication prescribed may cause drowsiness; impaired judgement and should not be used with alcohol. Also avoid dangerous activities (driving, using machinery or ladders etc.) while taking this medication.

☐ Other  Drain warm soaks on abscess.

**PLEASE READ**

I hereby acknowledge receipt of the instructions indicated above. I understand that I have had emergency treatment only and that I may be released before all my medical problems are known and treated. Emergency medical care is not intended to be a substitute for complete medical care. Your Emergency Department diagnosis is preliminary and may change after complete medical care is received. I will arrange for follow-up care as indicated above. I obligate myself or my agent to pay the account of the physician(s) for all follow-up services rendered. I understand that if my condition worsens or new symptoms appear I shall contact my physician immediately. If unable to reach my private physician I understand that I should return promptly to the Emergency Department. I hereby authorize Medical Records to release my records to the Referral Physician.

Patient verbalizes understanding  ☑ Yes  ☐ No    Patient Education Provided / Copy of instructions given  ☐ Yes  ☐ No

PATIENT / RESPONSIBLE PERSON'S SIGNATURE    INSTRUCTED BY PHYSICIAN / NURSING STAFF    DATE    TIME

**WORK / SCHOOL STATEMENT**    MUST BE REEVALUATED BY REFERRAL PHYSICIAN IF ADDITIONAL TIME OFF NEEDED.

PATIENT NAME: _____ was seen by Dr. _____ at _____ on __/__/__

☐ May return to work/school without restrictions.    ☐ Other: _____
☐ May return to restricted duties for _____ days.
Restrictions: _____    ☐ No athletics/physical education: _____ days.
_____    ☐ Must be reevaluated by family/occupational physician before returning
☐ Will require time off work/school. Estimated time: ____ days.    to work/school.
    M.D./D.O.

P-523    GP  05-04    White - Patient    Yellow - Medical Records    Pink - Physician

COL-RBAYLESS-PARISH-000295

Parrish Medical Center

**Billing Form**

*For Financial Class:*

| | |
|---|---|
| Patient Name.................................... BAYLESS, RAEANN M. | Discharge Date........................ 12/19/2003 |
| Admission Date................................... 12/19/2003 | Date of Birth............................. ▮▮▮▮ |
| Medical Record Number..................... ▮▮▮▮ | Sex............................................. Female |
| Age.................................................. 38 | |
| Account Number................................. ▮▮▮▮ | |

| DX | Code | DX Description |
|---|---|---|
| 1 | 211.3 | Benign Neoplasm Colon |
| 2 | 792.1 | Abnormal Findings in Stool Contents |
| 3 | 070.54 | Chronic Viral Hepatitis C w/o Hepatic Coma |
| 4 | 305.1 | Tobacco Use Disorder |

| PR | Code | PR Description | Procedure Date | Surgeon |
|---|---|---|---|---|
| 1 | 45.42 | Endoscopic Polypectomy of Large Intestine | 12/19/2003 | RYLAW |

| CPT | Code | CPT Modifiers | CPT Description | CPT Date | CPT Surgeon |
|---|---|---|---|---|---|
| 1 | 45385 | | Colonoscopy, Lesion Removal | 12/19/2003 | RYLAW |

| APC | PSI | Payment Rate | ASC Group | ASC Fee |
|---|---|---|---|---|
| 0143 | T | 405.12 | 2 | 420.43 |

| | |
|---|---|
| Attending Physician............................ RYLANDER,WILLIAM F, MD | |
| Consulting Physician.......................... | |
| Discharge Disposition.......................... 01 - Home | |
| DRG = | |
| Status.................................................. | |

DRG

| MDC | Weight | AMLOS | GMLOS | LOS |
|---|---|---|---|---|

*Coder:  MRBORORA*

Page 1  of 1

*12/29/2003*



**PARRISH**
MEDICAL CENTER

# DEMOGRAPHIC FACE SHEET

| ACCOUNT NO. | FINANCIAL CLASS | TYPE | PT. LOCATION/SERVICE | ROOM & BED | SMOKER | VAL. | RACE | RELIGION | PREV. DISCHARGE DATE | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | T | PRE SDC | PERIOP | | N | | W | NON | 04/30/92 | |

| DATE OF BIRTH | AGE | SEX | MAR. ST | PATIENT OCCUPATION | | PREVIOUS NAME/OTHER NAME |
|---|---|---|---|---|---|---|
| | 38 | F | S | | | |

| PATIENT NAME/ADDRESS | S.S. NO. | PATIENT EMPLOYER |
|---|---|---|
| BAYLESS, RAEANN M <br> 1754 POINCIANA CR <br> TITUSVILLE, FL 32796 | | UNEMPLOYED |
| PHONE NO. 321-269-1854 | | WORK PHONE |

| GUARANTOR/ADDRESS | S.S. NO. | GUARANTOR EMPLOYER |
|---|---|---|
| BAYLESS, RAEANN M <br> 1754 POINCIANA CR <br> TITUSVILLE, FL 32796 | | UNEMPLOYED |
| PHONE NO. 321-269-1854 | RELAT. TO PT. SELF | |

| PERSON TO NOTIFY ADDRESS | RELAT. TO PT. FAMILY OTHER | NEXT OF KIN/ADDRESS | RELAT. TO PT. |
|---|---|---|---|
| BAYLESS, C B OR JOAN <br> 1754 POINCIANA CR <br> TITUSVILLE, FL 32796 | | | |
| HOME PHONE 269-1854 | WORK PHONE | HOME PHONE | WORK PHONE |

## DIAGNOSIS / PROCEDURES

PRINCIPAL DIAGNOSIS: _____

SURGICAL PROCEDURES: _____

SECONDARY DIAGNOSES: _____

## PHYSICIAN MEDICAID CERTIFICATION

This is to certify that inpatient hospital services are needed:

Date: _____    Physician's Signature: _____

## ACCIDENT INFORMATION / CONDITIONS

| ACCIDENT DATE /TIME | ACCIDENT INFORMATION <br> ONSET OF SYMPTOMS/IL | REASON FOR VISIT <br> OCCULT POSITIVE STOOL |
|---|---|---|

## ADMISSION / REGISTRATION

| ADMIT DATE/TIME <br> 12/19/03 | ADMISSION SOURCE <br> PHYSICIAN REFERRAL | COMMENTS | USER |
|---|---|---|---|

## PHYSICIANS

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN <br> RYLANDER, WILLIAM F, MD | EMERGENCY PHYSICIAN |
|---|---|---|
| PRIMARY CARE PHYSICIAN <br> UNKNOWN | FAMILY PHYSICIAN <br> UNKNOWN | OTHER PHYSICIAN |

REV. 03/03    FORM E529

COL-RBAYLESS-PARISH-000297

 **CONDITION OF ADMISSIONS**

Pg. 1 of 2

**CONSENT FOR MEDICAL AND SURGICAL PROCEDURES**
The undersigned consents to procedures that may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, which may include but are not limited to laboratory procedures, x-ray examinations, medical or surgical treatment or procedures, anesthesia, or hospital services rendered the patient under the general and special instructions of the patient's physician or surgeon.

**NURSING CARE**
This hospital provides only general duty nursing care unless, upon orders of the patient's physician, the patient is provided more intensive nursing care. If the patient's condition is such as to need the service of a special duty nurse, it is agreed that such must be arranged by the patient or his/her legal representative. The hospital shall in no way be responsible for failure to provide same and is hereby released from any and all liability arising from the fact that said patient is not provided with such additional care.

**LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIAN**
All physicians and surgeons furnishing services to the patient e.g. emergency room physician, radiologist, pathologist, anesthesiologist are independent contractors and are not employees or agents of the hospital. The patient is under the care and supervision of his/her attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to medical and surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered to the patient under the general and special instructions of the physician.

**RELEASE OF PROTECTED HEALTH INFORMATION**
PMC, its business associates, and any other healthcare provider involved in the patient's care may have access to the patient's record for treatment, normal healthcare operations and for securing payment for services rendered. The information to be released include all information in the patient's record including, HIV testing and test results, psychiatric treatment, and treatment for alcohol or drug abuse. For a more detailed description of uses and disclosures for treatment, payment, or healthcare operations, please review the PMC Notice of Privacy Practices. You have the right to review the Notice of Privacy Practices prior to signing this consent.

**FINANCIAL AGREEMENT**
The undersigned agrees, whether he/she signs as an agent or as a patient, that in consideration of the services to be rendered to the patient, he/she hereby individually obligates himself/herself to pay the account of the hospital in accordance with the regular rates and terms of the hospital. Should the account be referred to an attorney or collection agency for collection, the undersigned shall pay actual attorneys' fees and collection expenses. Self pay balances and certain other circumstances e.g. auto accidents, worker's compensation, may result in a lien filed in the county in which the patient/ guarantor resides.

**ASSIGNMENT OF INSURANCE BENEFITS**
A. The undersigned authorizes, whether he/she signs as an agent or as a patient, direct payment to the hospital of any insurance benefits otherwise payable to or on behalf of the patient for this hospitalization or for these outpatient services, including emergency services rendered, at a rate not to exceed the hospital's actual charges. It is agreed that payment of any and all obligations under a policy to the extent of such payment. It is understood by the undersigned that he/she is financially responsible for charges not paid pursuant to this assignment.
B. The undersigned authorizes assignment of insurance benefits to any involved physician(s), including but not limited to radiologists, cardiologists, pathologists, anesthesiologists, emergency room physicians.
C. Section 817.234 Florida Statutes stipulates that "any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony in the third degree".

**PERSONAL VALUABLES**
It is understood and agreed that the hospital maintains a safe for safekeeping of money and valuables. The hospital shall not be liable for the loss or damage to any article unless deposited with the hospital for safekeeping. The liability of the hospital for loss of any personal property, which is deposited for safekeeping, is limited to five hundred dollars ($500.00) unless a receipt for a greater amount has been obtained from the hospital by the patient.

BAYLESS,RAEANN M        12/19/03
                 WF   38

COL-RBAYLESS-PARISH-000298

North Brevard County Hospital District
dba
**PARRISH MEDICAL CENTER**
951 N. Washington Avenue
Titusville, FL 32796

**REV. 10/2003    FORM  E526-1**



Pg. 2 of 2

## ASSIGNMENT OF MEDICARE BENEFITS (Medicare patients only)

The undersigned certifies that the information given when applying for payment under Title XVIII of the Social Security Act is correct. The holder of medical and other information about the patient may release to the Social Security Administration or its intermediaries or carriers of information any information needed for this or related Medicare claim. Payment of authorized benefits may be made on the patient's behalf. Payment of benefits for physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment is also authorized. Applicable deductibles, co-payments and non-covered charges will be the responsibility of the undersigned.

### HEALTH CARE PLAN OBLIGATION

A. The hospital maintains a list of health plans with which it has contracted. A list of such plans is available upon request from the financial office. The hospital has no contract, expressed or implied, with any plan that does not appear on the list. The undersigned agrees that he/she is individually obligated to pay the full charges of all services rendered to him/her by the hospital if he/she belongs to a plan, which does not appear on the above-mentioned list.

B. The undersigned certifies that he/she has read the foregoing, received a copy thereof (if requested), and is the patient, the patient's legal representative, or is duly authorized by the patient as the patient's general agent to execute the above and accept its terms.

### I ACKNOWLEDGE:

#### *(Labor patients)*

This consent is effective for all prenatal care up to and including delivery.

#### *(All Patients)*

I have been offered today or on a prior visit a copy the PMC Notice of Privacy Practices. I understand that if I have questions I can contact the Facility Privacy Officer.

I have been asked and have provided information regarding my Medicare Secondary Payer Screening, which is applicable to my medical services covered by Medicare health care insurance.

The release of my demographic information and dates of service to Parrish Medical Center's institutionally related foundation to be used only for charitable and fundraising purposes in support of Parrish Medical Center.

#### *(Inpatient only)*

I have been offered to maintain my inpatient admission status as "Confidential" or "Restricted". I understand that if placed in a restricted status I will not receive any calls through the hospital system; walk in visitors, including clergy, will not be provided my room number by hospital staff; delivery of mail, flowers, etc. will be returned. However, please be assured your care will not be compromised. ***You will be placed in an "restricted"/"confidential" status if you initial here.*** _____

I have received and/or offered a copy of the Patient Bill of Rights and Advance Directive information.

I have received a copy of my rights as a Medicare and/or Tricare patient.

Date: _____    Time: _____   AM / PM
Signature: _____
(patient/parent/ conservator/ guardian)

If signed by other than patient, indicate relationship: _____
Witness: _____

BAYLESS, RAEANN M     12/19/03
WF   38

North Brevard County Hospital District
dba
**PARRISH MEDICAL CENTER**
951 N. Washington Avenue
Titusville, FL 32796

COL-RBAYLESS-PARISH-000299

REV. 10/2003     FORM E526-2

## WILLIAM F. RYLANDER, M.D., P.A.
## INITIAL HISTORY AND PHYSICAL

DATE: 12-11-03
PATIENT: RaeAnn Bayless                    AGE: 38
REFERRING PHYSICIAN: Heshamati
CHIEF COMPLAINT: Hep-C

HISTORY OF PRESENT ILLNESS: *RECENTLY VACCINATED FOR HEP B & A REPORTS UNPROTECTED SEX - USED CRACK COCAINE - DENIES IV DRUG USE; NO TATTOOS, PIERCED EARS, NOTHAN FUSS IOUS - NO VISIBLE BLOOD INJ. DUE FOR INSTROCTOMY NEXT MONTH - NORMAL GYN DISCUSSED TX SE / EXPOSURES TO HBSC*, USES BAKER FOOD
~No history of nausea, vomiting, dysphagia,  weight loss, "heart burn", abdominal pains, melena, BRBPR, diarrhea, constipation.
~No history of previous ulcers, jaundice, hepatitis, pancreatitis, gallbladder disease.  Used nasal cocaine 20 yrs ago        OUT 1992

R→V→P ✓

MEDICATIONS: 1. ASA PRN        3.              5.
              2.                 4.              6.

ALLERGIES: NKDA

## PAST MEDICAL & SURGICAL HISTORY:
COLEYCYSTECTOMY 1992
TUBAL LIGATION 1991

✓No history of rheumatic fever, coronary disease, hypertension, diabetes, arthritis, TB, kidney stone or other renal, heart, neurologic, or lung disease.

## FAMILY HISTORY:

✓No history of colon cancer, polyps, liver disease, colitis, gallbladder.

SOCIAL HISTORY: Originally from: FLA.  lady what         GYN/Last Pap Smear
Works/ed as a: NOT NOW                    2003
Tobacco use: <1 PPD 25yrs  LMP  THIS MONTH
Alcohol use: OCCASSIONAL

## REVIEW OF SYMPTOMS:

✓No history of chest pain, SOB, fever, chills, night sweats, dyspnea on exertion.
~No joint Swelling or redness. No amorosis, paresis, paralysis. No rashes. No dysuria, frequency, hematuria. No history of depression or psychosis. No prolonged bleeding or diathesis.





BAYLESS, RAEANN M        12/19/03
WF   38
COL-RBAYLESS-PARISH-000300

## PHYSICAL EXAM:

**Vitals:**   BP: 160/100 Pulse: 88   WT: 191   TEMP: 98.0

**General:**   Well Fd overweight 40 yr WF NAD

**HEENT:**   ✓EOMS- intact               ✓Oral Cavity moist, w/o ulcers
        ✓PERRLA- intact               ✓Pharnyx clear
        ✓Conjuctiva- pink, anicteric
        ✓Neck- Supple, w/o thyromegaly, lymphadenopahty

✓**Chest-** clear to A & P

✓ **CORE-** Heart sounds RR & R w/o murmur, click, rub, S3 or S4

✓**Breast-** deferred

✓**Abdominal-** soft BS nl, no hepatosplenomegaly, masses, tenderness, guarding
          or rebound

  **Rectal-** perianal area Normal   58  Pos

✓**Extremities-** w/o clubbing, cyanosis or edema

✓**Skin-** w/o spider angiomata, Dupuytren's contracture, palmar erythema

✓**Neurologic-** A & O x3. Cranial nerves II-XII nl

**LABS:**

**IMPRESSION:**  38 yro wF c̄ h/o manul cocaine use 20yr ago
+ Hep C + ? TLFi's. We discussed B, vaccination, prevention of B
will ✓ HCV + cloning given oB ⊕ stool or ✓ Genotype, amount
LFTi's cryoglobulin level ect. R̄x̄

✓ Informed consent for procedures needed were obtained today.

cc: Dr. Heshmati

_____

**William F. Bylander, M.D., P.A.**

BAYLESS,RAEANN M          12/19/03
               WF   38

COL-RBAYLESS-PARISH-000301

```
RUN DATE: 12/19/03                NURSING *** LIVE ***                        PAGE 1
RUN TIME: 1305                    PATIENT ASSESSMENT
RUN USER: NS CMB
                            AMBULATORY FOCUSED ASSESS / HX
```

Patient: BAYLESS, RAEANN M                                    Age/Sex: 36 F
Account #:                                                    Unit:
Admit Date:                                                   Location: PERIOP
Status: REG SDC                                               Room/Bed:
Attending: RYLANDER WILLIAM P MD

```
Surgery/Procedure to be performed: COLONOSCOPY
Date: 12/19/03  Time: 1200 Informant: PATIENT
Update in past 30 days: NOT ADM PAST 30 DAYS        If updated, CURRENT acct #:
How arrived: AMB
Temperature:        ROUTE:                  Pulse:     Respirations:    B/P:
Feet: 5             Inches: 0.0                        Centimeters: 152.4
Kilograms: 84.822   Grams: 84822
Pounds: 187         Ounces: 0.0
Mastectomy: NONE                     Shunt: NONE
Dentures: NONE                       Vision:        GLASSES
HOH: NORMAL HEARING                  Hearing aid(s): NORMAL HEARING
Referring Dr: RYL                    Primary care Dr: HEALTHDEPT
EKG (DATE):                          Where done:
           ==================== ADVANCE DIRECTIVES ====================
   Living Will/Proxy Form on Medical Records?NO LIVING WILL
DATE DO NOT RESUSCITATE ORDER WAS INITIATED?
*DO NOT RESUSCITATE*DOCUMENTATION COMPLETED?
End of life requests:
(pt's words, if poss)
================ ALLERGIES / CURRENT MEDICATIONS  ==========
FOOD/OTHER ALLERGIES: N
Potential LATEX allergy: NONE
ARE YOU ALLERGIC TO LATEX ? NO
DRUG ALLERGIES: NKA
Allergic reaction each med:
if no med allergy type NONE
Meds / Anticoagulants: N
include held/recent DC
Herbal medications/remedies: N
Over-The-Counter: ASA 325 MG PRN
             ================== PSYCHOSOCIAL ========================
Mental health: NORMAL MENTAL HEALTH
Patient appears: CALM                     Speech: APPROPRIATE
   Ever been EMOTIONALLY abused by someone important to you? NO
    Ever been PHYSICALLY abused by someone important to you? NO
Ever been hit, slapped, kicked or otherwise physically hurt? NO
Comment:
             ================== SKIN ===========================
Skin temp, appearance: WARM,DRY,INTACT
Ecchymosis location & description: BRUISES EASILY
Wound location & description: NONE
             ================== PAIN ASSESSMENT ===================
Pain now, or in the last several months? N  Location:
Pain Scale LOC 1:    Alleviating factors:
Pain (comments):
             ================== ENDOCRINE =====================
Diabetes: NO DIABETES
Thyroid disease: N
             ================== RESPIRATORY =====================
```

```
RUN DATE: 12/19/03              NURSING *** LIVE ***                    PAGE 2
RUN TIME: 1305                   PATIENT ASSESSMENT
RUN USER: NS CMB
                          AMBULATORY FOCUSED ASSESS / HX
```

Patient: BAYLESS, RABANN M                                  Age/Sex: 38 F
Account #:                                                  Unit #:
Admit Date:                                                 Location: DESKTOP
Status: REG SDC                                             Room/Bed:
Attending: RYLANDER, WILLIAM F. MD

```
Respirations: NORMAL-EVEN, UNLABORED
Breath sounds on left:
Breath sounds on right:
COPD or Emphysema? N  Asthma? N  Sleep apnea? N  CPAP?
Oxygen? N  How much?                        At night?
Tobacco PPDxYRS='PACK YEARS': 1-2 PPD X 23YRS
   Patient and/or Caregivers ?
             ================ CARDIAC ===================================
CAD? N  Pacemaker? N  Hypertension? N  Controlled?
Myocardial infarction? N  Date:
Heart valve prolapse: N   Antibiotics with dental work? N
Coronary artery bypass graft? N  Date:
Valvular surgery? N  Automatic defibrillator? N  Where:
Chest pain with exertion? N
             ================= WOMEN ====================================
Hysterectomy, date: NONE
Tubal ligation, date: 1992
Post menopause? N  Any possibility of pregnancy? N  LMP (last menses): 12/4
Pregnancy test ordered?   Breast feeding? N
             ================ GI ======================================
GERD? N  Hiatal hernia? N  Ulcer disease? N
Ostomy, location, drainage:
Alcohol, how much: OCCAS                     Cirrhosis? N
             ================ NEUROLOGICAL ===========================
Seizures? N  CVA? N  Neurological deficits: NONE
Neuromuscular disease: NONE
Sensory deficits: NONE
Speech: APPROPRIATE
             ===================== INFECTIOUS DISEASE ================
Hepatitis: HEP C
TB if positive, date of exposure: NONE
Sexually transmitted disease: NONE                   HIV: NONE
RECENT exposure to listed infectious disease: NONE
             ==================== MUSCULOSKELETAL ====================
Arthritis TYPE & LOCATION(S):   NONE
Assistive devices: NONE
             ==================== GENITOURINARY ======================
Continent? N  Briefs? N  Hx of urinary problems: NONE
GU cancer: NONE                    Enlarged prostate:
Kidney disease: NONE                    Kidney stones: NONE
Dialysis and times per week if+ : NONE
IF Foley:  Inserted WHERE: NO CATHETER              When:
Cath size:                        Describe Foley urine:
             =========== ANESTHESIA SPECIFIC QUESTIONS ================
TYPE OF ISOLATION: STANDARD PRECAUTIONS
Breast feeding? N  Pregnant last 3 mo? N
Surgeries, Implants, Date: TUBAL LIGATION 1992 GALLBLADDER 1992
Implanted IV access TYPE: NONE
Pain control device type: NONE
```

```
RUN DATE: 12/19/03                 NURSING *** LIVE ***                        PAGE 3
RUN TIME: 1305                    PATIENT ASSESSMENT
RUN USER: NS CMB
                              AMBULATORY FOCUSED ASSESS / HX
```

Patient: BAYLESS RAEANN M.                                    Age/Sex: 38 F
Account #:                                                    Unit:
Admit Date:                                                   Location: PERIOP
Status: REG SDC                                               Room/Bed:
Attending: RYLANDER WILLIAM F   MD

Body piercing, locations: NONE
Anesthesia Hx Patient: NO PROBLEMS
Anesthesia notified:
Anesthesia Hx Blood Relatives:NO PROBLEMS
Anesthesia notified:
Blood thinning medications: NONE
Physician notified about blood thinning meds:
Blood products rec'd, dates:N                                 Last 3 months: N
Complications:
REFUSES BLOOD TRANSFUSION(S)? NO
Diseases of interest to anesthesia: HEP C
            =============== EDUCATIONAL NEEDS ASSESSMENT  ===============
Able to read: YES                      Learns best: DOING,HEAR,SEE
Barriers: NONE                         Learner(s): PT
            ========= SCREENING FOR CONSULTS (REQUIRED)  ==============
Case Management screening: NONE IDENTIFIED
Functional (REHAB) screening: NONE IDENTIFIED
Nutrition screening: NONE IDENTIFIED
Immunizations up to date:
(Age 17 or younger)
(Age 17 or younger)  Immunization education/handout done?
AGE CARE:  Geriatric   Adult Y Adolescent   School Age   Pre-School   Toddler   Infant
Is there anything else we should know about you:NO
Department specific comments/assessments:
For patients who may be admitted as inpatients:
==  CULTURAL & SPIRITUAL PREFERENCES =========================
(VIEW ONLY) Religion:  NO PREFERENCE
(VIEW ONLY) Church:
If RELIGION or CHURCH incorrect, in OE, order MSG to ADMM   to change.
Customs/Preferences/Sacraments: N
Volunt chaplain Ray Johnson 321.617.8167 (not 1030-1230 Sun)
See the RELIGION/CULTURAL NEEDS notebook for more info.
Do you want your name printed on Minister/Clergy list: NO
   Pt. wants to be seen before clergy sees the list:
   Whom:
   Referral DATE:          Referral COMMENT:
RN: CAREN CAREY M BROWNE                  Date: 12/19/03

Occurred Date: 12/19/03                              Occurred Time: 1258
Monogram: CMB    Initials: NS.CMB    Name: CAREN CAREY M BROWNE  Nurse Type: RN

```
RUN DATE: 12/19/03              NURSING *** LIVE ***                    PAGE 1
RUN TIME: 1305                  PATIENT ASSESSMENT
RUN USER: NS CMB
                             Ambulatory Infection Screening
```

Patient: BAYLESS, RAEANN M                                Age/Sex: 38 F
Account #:
Admit Date                                                Location: PERIOD
Status: REG SDC                                           Room/Bed
Attending: RYLIANDER, WILLIAM P, MD

**TB - TUBERCULOSIS INFECTION SCREEN**

1. Have you ever had TB or been exposed to anyone with TB? NO
2. Do you have a cough lasting more than 3 weeks that
   produces phlegm, sputum or blood? NO
3. Do you have night sweats that cause sheet drenching? NO
4. Have you had unexplained weight loss of 10 pounds or more
   within the last 3 months? NO

POSITIVE SCREEN: A YES answer to 3 out of 4 above questions

Notify ADMITTING physician (ER pts, notify ER physician).

Pt. required to wear a mask till placed in an isolation room

------------------------------------------------------------>

**SARS - SEVERE ACUTE RESPIRATORY INFECTION SCREEN**

1. Have you had close contact to a person with SARS - Severe
   Acute Respiratory Syndrome - in the last 10 days? NO
2. Have you had an unexplained fever of 100.4 F or higher in
   the last 10 days? NO
3. Have you had a respiratory illness since February 1, 2003
   with dry cough and shortness of breath in the last 10 days? NO
4. Have you traveled to China, Hong Kong, Vietnam,or Toronto
   Canada since February 1, 2003? NO
   Travel there by:

POSITIVE SCREEN: A YES answer to question 1,
   or to questions 2, 3, AND 4 above, is a POSITIVE screen.

NOTIFICATION FOR POSITIVE SCREENS
Notify the physician:
* Direct Admits, Pre-Admits - Notify the ADMITTING physician
* ER patients - Notify the ER physician
Pt. required to wear a mask till placed in an isolation room

Occurred Date: 12/19/03                              Occurred Time: 1305
Monogram: CMB   Initials: NS CMB   Name: CAREN CAREY M BROWNE   Nurse Type: RN



**NORTH BREVARD COUNTY HOSPITAL DISTRICT**
**dba**
**PARRISH MEDICAL CENTER**
**PERIOPERATIVE SERVICES**
**GI POST/2ND STAGE RECOVERY**
**CASE RECORD**
**JEP**

POST-OP NURSE SIGNATURE:

----- **BAYLESS,RAEANN M**
DOB:
WF 38 RYLANDER,WILLIAM F, MD
NON 12/19/2003 T

**North Brevard County Hospital District**
**Operating**
**Parrish Medical Center**

*maud*

## GI LABORATORY ORDERS

*12-19-03@10:45*

269-1854

| Date | Time | DOCTOR: PLEASE USE BALL POINT PEN |
|------|------|-----------------------------------|
| 12-19-03 | | **DIAGNOSIS:** 792.1 O R(+) |
| | | **DRUG ALLERGIES:** ∅ |
| | | **WEIGHT:** |
| | | |
| | | ENDOSCOPY   (COLONOSCOPY)   ERCP |
| | | |
| | 1. | Nothing to eat or drink after midnight. |
| | 2. | IV 250ml normal saline. |
| | 3. | Oxygen at 2 liters nasal cannula during the procedure. |
| | | |
| | | **POST PROCEDURE ORDERS** |
| | 1. | Rotate until air is expelled.   Bed rest left side. |
| | 2. | VS q 15 minutes x 4 or until stable. |
| | 3. | NPO x 1/2 hour.  Ambulate. |
| | 4. | Diet: Low residue \ high fiber \ lactose free high fiber \ lactose restricted low residue \ low fat 40 gm. |
| | 5. | Labs: |
| | 6. | X-ray: |
| | 7. | Discharge when criteria met. |
| | | |
| 12/12 | | O 51925191   a. Heshanati   PCP |


BAYLESS, RAEANN M   12/19/03
WF   38

**ADDRESSOGRAPH**

**PARRISH MEDICAL CENTER**
Titusville, Florida 32796

**PHYSICIAN'S ORDERS**

Reviewed/Revised: Dept. of Medicine: 2/15/00
Pharmacy Approval: 2/00
Laboratory Approval: 200
MEC Approval: 3/21/00

P-74

North  Brevard  Hospital  District

operating

# PARRISH MEDICAL CENTER

Titusville, Florida 32796

## POST ENDOSCOPY / COLONOSCOPY INSTRUCTIONS

## AMBULATORY UNIT

**PATIENTS MUST BE ACCOMPANIED BY A RESPONSIBLE ADULT.**

1.   DO NOT DRIVE.
2.   DO NOT DRINK ALCOHOL TODAY.
3.   BE CAREFUL OF POSSIBLE DIZZINESS.
4.   DO NOT MAKE ANY CRITICAL DECISIONS.
5.   DISCUSS ANY QUESTIONS OR PROBLEMS.
6.   TAKE ONLY MEDICATIONS PRESCRIBED BY YOUR PHYSICIAN.

ADDITIONAL INSTRUCTIONS:

1.   ANY RECTAL BLEEDING, FEVER OR ABDOMINAL PAIN, CALL YOUR DOCTOR
     AT  385-0884    Dr. Rijlander
2.   ANY CHEST PAIN, FEVER OR TROUBLE SWALLOWING, CALL YOUR DOCTOR.
3.   LOW RESIDUE DIET.
4.   HIGH FIBER DIET.
5.   MEDICATION: Prevacid
6.   KEEP SCHEDULED FOLLOW-UP APPOINTMENT.
7.   AVOID ASPIRIN AND ALL ANTI-INFLAMMATORY DRUGS FOR 2 WEEKS;
     TAKE TYLENOL INSTEAD, IF NEEDED.
8.   NO HEAVY LIFTING OR STRAINING FOR 2-3 DAYS.
9.   GO TO OFFICE FOLLOWING PROCEDURE TO PICK UP SAMPLES OF

X _____
PATIENT SIGNATURE

12/19/03
DATE

_____
WITNESS

BAYLESS RABANN M      12/19/03
                      38



**PARRISH MEDICAL CENTER**
**951 NORTH WASHINGTON AVENUE**
**TITUSVILLE, FL 32796**

PROCEDURE NOTE

PROCEDURE PERFORMED: Colonoscopy.

INDICATION: Hemoccult positive stool.

INFORMED CONSENT: Obtained.

PRE MEDICATION: Versed 5 milligrams and Fentanyl 100 micrograms and Robinul 0.2 milligram intravenously. Intraoperatively, Versed 1.5 milligrams intravenously.

PROCEDURE: With the patient on her left side after doing digital rectal examination, which was normal, an Olympus CF-140-L colonoscope was inserted into the anus and under direct visualization passed quite easily to the cecum. The prep was excellent. Slowly withdrawing the colonoscope and again noting the colonic mucosa carefully, I noted a normal cecum and ascending colon. The hepatic flexure was normal except for two small polyps about 2 millimeters each. These were removed completely with cold biopsy forceps. The transverse colon, splenic flexure, descending colon, sigmoid colon, and rectum were all normal. The colonoscope was removed and she tolerated the procedure very well.

IMPRESSION: Two diminutive polyps on the right side. Otherwise, normal colonoscopy. I am not sure as to the cause of her hemoccult positive stool on digital examination. She will have an upper endoscopy to evaluate this problem further as well as to rule out any esophageal varices from her hepatitis C. She is in stable condition.

_____
William F. Rylander, MD
ES:

cc:
JOB ID: 144875

PT NAME: BAYLESS, RAEANN M                                          ROOM #:
ATTENDING: RYLANDER, WILLIAM MD                        MED REC #:
DOB:                                                                    ACCT #:
SEX: F RACE: W AGE: 38Y                                        LOCATION: PERIO
ADM/SERV DATE: 12/19/2003                                   DISCHARGE DATE:

                                            **PROCEDURE NOTE**

CHART COPY                                                              Page 1 of 1
D: RYLAW 12/19/2003 12:18:14            JOB ID:        T: MR CAH 12/20/2003 14:10:02
                                                                   ET: CAH 12/20/2003 14:10:02

COL-RBAYLESS-PARISH-000309

**SURGICAL PATHOLOGY REPORT**

North Brevard County Hospital District
dba

**PARRISH MEDICAL CENTER**

951 NORTH WASHINGTON AVENUE          TITUSVILLE, FLORIDA 32796

PEDRO A. CARMONA, M.D.                    FREDERICK E. DENNSTEDT, M.D.

---

Name: BAYLESS,RAEANN M
Acct#:                    Age/Sex: 38/F          Loc: PERIOP          Att: RYLANDER,WILLIA
Unit#:                    Status: REG SDC        Room:                DOB:

Specimen: 03:SP007456     Subm Dr: RYLANDER,WILLIAM F, MD              Status: ENT
Obtained: 12/19/03 1210   Copies to:
Received: 12/19/03 1309

---

SOURCE OF SPECIMEN:
   A. Two approximately 2 mm polyps biopsied off.
BRIEF CLINICAL HISTORY:
   WF with OB+ stool.
PRE OPERATIVE DIAGNOSIS:
   Adenoma.
POST OPERATIVE DIAGNOSIS:
   Adenoma.
GROSS DESCRIPTION:
Received are multiple fragments of tan tissue, 0.5 cm in aggregate diameter. Entirely
submitted in one cassette.

   Dictated by: PEDRO CARMONA, M.D.


MICROSCOPIC DIAGNOSIS
   LARGE INTESTINE, SITE NOT SPECIFIED, BIOPSIES:
      BENIGN LYMPHOID AGGREGATE.

TCC:
   1-5

Signed By  _____  PEDRO CARMONA, M.D. 12/22/03

NORTH BREVARD COUNTY HOSPITAL DISTRICT
OPERATING
PARRISH MEDICAL CENTER
TITUSVILLE, FLORIDA 32796

## PRE-PROCEDURE MODERATE SEDATION ASSESSMENT/REASSESSMENT
### For physicians performing both the procedure and sedation

**Site:**   ☑ Special Procedures   ☐ OR   ☐ Cath Lab   ☐ Diagnostic Imaging
☐ ED   ☐ ICU   ☐ Floor _____

**Pre-operative Vital Signs:**   BP 131/81   Pulse 66   Resp 16   SaO$_2$ 98

## TO BE COMPLETED BY PHYSICIAN(S)

### PRE-PROCEDURE ASSESSMENT:

☑ H & P/ Chart, Labs, EKG, x-rays reviewed as appropriate
☑ Patient interviewed and interval assessment completed
☐ No interval changes since H & P
Changes since H & P: _____

### ASA STATUS:  (Circle)

I.   Normal, healthy.

II.   Mild systemic disease, well controlled, asymptomatic.

III.   A patient with a systemic disease that limits activity.

IV.   Severe disease, constant threat to life.

V.   Moribund, not expected to survive.

### PLANNED SEDATION:

☐ Demerol   ☐ Innovar   ☐ Valium   ☑ Fentanyl   ☐ Marcaine
☐ Morphine   ☐ Stadol   ☑ Versed   ☐ Xylocaine   ☐ Other: (list) _____

**PRE-PROCEDURE ASSESSMENT SUMMARY:** The patient has been re-assessed and deemed acceptable for the planned procedure and moderate sedation.

PHYSICIAN'S SIGNATURE _____   DATE 12/19/03   TIME 12/55

**IMMEDIATE PRE-PROCEDURE RE-ASSESSMENT:** There have been no changes since the previous assessment, and the patient is an appropriate candidate to undergo the planned procedure and moderate sedation.
☐ Final reassessment complete, vital signs stable

PHYSICIAN'S SIGNATURE _____   DATE 12/19/03   TIME 1200

BAYLESS, RABANN M   12/19/03
WF   38

PARRISH MEDICAL CENTER

Revised/Reviewed:  Dept of Anest: 5/03
Lab Approval: 5/03
Pharmacy Approval: 5/03
MEC Approval 5/03

BAYLESS-PARISH-000311

North Brevard County Hospital District
Operating
**PARRISH MEDICAL CENTER**
Titusville, Florida 32796

*PERIOPERATIVE SERVICES*

| GI PROCEDURE PROGRESS NOTE | |
|---|---|
| PRE OP / PROCEDURE DX: | OBG                 792.1 |
| POST OP / PROCEDURE DX: | 2 polyp |
| SURGEON / PHYSICIAN: | Dr. Rybander |
| ANESTHESIOLOGIST (if applicable): | |
| PROCEDURE: | Colonoscopy |
| ESTIMATED BLOOD LOSS:   □ None   □ _____ CC | |

| □ Endoscopy | □ BX | □ Dilitation _____ | □ Banding | □ Random BX | □ Clotest |
|---|---|---|---|---|---|
| □ Colonoscopy | □ BX | □ Polyp x _____ | □ Snared   □ BX | □ Ablation | □ Flex Sigmoid |
| □ ERCP | | | | | |
| □ Removal Foreign Body | | | | | |

**FINDINGS**

□ Normal Exam
□ Abnormal Exam; Finding:

Post procedure patient condition: □ Good   □ Fair   □ Poor   □ Critical

F:\group\PERIOPERATIVE GROUP\Rita's SheetGI Procedure Progress Notes 03-20-03.doc

ADDRESSOGRAPH

BAYLESS, RAEANN M     12/19/03
WF   38

PHYSICIAN'S SIGNATURE          12/19/03   DATE

●                                    ●

**NORTH BREVARD COUNTY HOSPITAL DISTRICT**
**dba**
**PARRISH MEDICAL CENTER**
**PERIOPERATIVE SERVICES**
**PRE-PROCEDURE CASE RECORD**

**DATE OF SURGERY:** 12/19/2003

**PROCEDURE ROOM:** SPECIAL PR

**PHYSICIAN:** RYLANDER,WILLIAM F, MD

**PRIMARY PROCEDURE:** COLONOSCOPY WITH BIOPSY

**TIME IN:** 1054
**TIME OUT:** 1153

**PRE-PROCEDURE NURSE:** CAREN BROWNE RN

**ALLERGIES:** NKDA

**BP:**139/92   **P:**76   **R:**16 **OXYGEN SAT%:**98   **T:**97.9   **RTE:**ORAL

**PATIENT/FAMILY TEACHING:**
------------------------
  ORIENTED TO UNIT? Y  **LEARNER:** PATIENT
    **METHOD:** ONE TO ONE     **EVALUATION:** STATES UNDERSTANDING
  ADMISSION ORDERS REVIEWED? Y  **LEARNER:** PATIENT
    **METHOD:** ONE TO ONE     **EVALUATION:** STATES UNDERSTANDING
  SAFETY PRECAUTIONS REVIEWED? Y  **LEARNER:** PATIENT
    **METHOD:** ONE TO ONE     **EVALUATION:** STATES UNDERSTANDING
  PRE-PROCEDURE PREPARATION REVIEWED? Y  **LEARNER:** PATIENT
    **METHOD:** ONE TO ONE     **EVALUATION:** STATES UNDERSTANDING
  EFFECTIVE PAIN MANAGEMENT/PAIN SCALE/MEDICATION/SIDE EFFECTS REVIEWED? Y
    **LEARNER:** PATIENT          **METHOD:** ONE TO ONE
        **EVALUATION:** STATES UNDERSTANDING
  PAIN MANAGEMENT HANDOUT RECEIVED? Y  **GIVEN TO:** PATIENT
  ADDITIONAL TEACHING INSTRUCTIONS/COMMENTS :
        PAIN MGMT HANDOUT GIVEN AT MD OFFICE

  **PAIN:** N SCORE(0-10):    **LOCATION:**

**TEMP:** 97.9    **ROUTE:** ORAL
**VOIDED:** Y    **HARD OF HEARING:** NON-APPLICABLE
**HGT:** 5'9    **WGT(LBS):** 187  **NPO AFTER MN:** Y  **NPO AFTER 6AM:**
**ID BAND:** Y    **GLASSES:** N


----- **BAYLESS,RAEANN M**
**DOB:** ▆▆▆▆▆▆▆▆
**WF 38 RYLANDER,WILLIAM F, MD**
▆▆▆▆▆▆ **NON 12/19/2003 T**

NORTH BREVARD COUNTY HOSPITAL DISTRICT
dba
PARRISH MEDICAL CENTER
PERIOPERATIVE SERVICES
PRE-PROCEDURE CASE RECORD


IS PATIENT DIABETIC? N  POINT OF CARE BLOOD SUGAR:

IS THERE ANY POSSIBILITY OF PREGNANCY? N  PREGNANCY TEST DONE: N
        COMMENT(S): TUBAL LIGATION
DENTURES: N COMMENTS:
JEWELRY: Y  COMMENTS: 2 BANDS REMOVED

ENDO/GI: COMPLETED PRE: Y CLEAR RESULTS: Y BLEEDING: N ABDOMEN SOFT: Y

REVIEWED ASSESSMENT DATA: Y
VERIFIED PATIENT ID: Y
VERIFIED PROCEDURE CONSENT: Y
CONFIRMED PROCEDURE SITE(S): YE
MARKED PROCEDURE SITE: NO

PT WITH IV: Y  IV STARTED IN PRE-PROCEDURE AREA: Y
TYPE:PERIPHERAL IV     GAUGE: 22  IV LOCATION: RIGHT HAND
STARTED BY: CB             CONDITION: NO SWELLING,PAIN,REDNESS
IV FLUIDS: 250 CC NS

IV ANTIBIOTIC: N


TRANSPORTED TO PROCEDURE ROOM VIA: STRETCHER
SIDERAILS UP: Y


NURSE SIGNATURE:_____


----- BAYLESS,RAEANN M
DOB: ███████████████
WF 38 RYLANDER,WILLIAM F, MD
████████ NON 12/19/2003 T

NORTH BREVARD COUNTY HOSPITAL DISTRICT
dba
PARRISH MEDICAL CENTER
PERIOPERATIVE SERVICES
GI POST/2ND STAGE RECOVERY
CASE RECORD
JEP

ENDO/GI POST PROCEDURE

DATE OF SURGERY:12/19/2003
TIME IN: 1221
POST-OP/POST PROCEDURE NURSE: CAREN BROWNE RN
POST-OP/POST PROCEDURE NURSE: KATHERINE CARLSON RN

VITAL SIGNS
TIME:1221 BP:127/84  P:85  R:16 OXYGEN SAT%:92  T:      ROUTE:ORAL
TIME:1235 BP:124/79  P:77  R:16 OXYGEN SAT%:98  T:      ROUTE:
TIME:1250 BP:129/82  P:82  R:16 OXYGEN SAT%:96  T:      ROUTE:
TIME:1305 BP:127/82  P:88  R:16 OXYGEN SAT%:97  T:      ROUTE:

ARTERIAL/VENOUS LINES
TYPE:PERIPHERAL IVLOCATION:RIGHT HAND      CONDITION:NO SWELLING,PAIN,REDNESS

IV D/C WITH CATHETER INTACT: Y TIME: 1245

ALDRETE/PAR SCORE
  ACTIVITY:MOVE 4 EXTREMITIES=2,MOVE 2 EXTREMITIES=1,MOVE 0 EXTREMITIES=0
  RESPIRATION:DEEP BREATH & COUGH=2,DYSPNEA/LIMITED/TACHYPNEA=1,APNEA=0
  CIRCULATION:BP +20/-20 PRE-OP=2,BP 20-49 PREOP=1,BP 50+ PREOP=0
  CONSCIOUSNESS:FULLY AWAKE=2,AROUSABLE=1,UNRESPONSIVE=0
  OXYGEN SATURATION:ROOM AIR O2 SAT > 92% = 2, O2 SAT > 90% W/OXYGEN = 1
                    O2 < 90% W/OXYGEN=0

|  | IN | 30MIN | 60MIN | 120MIN | OUT |
|---|---|---|---|---|---|
| ACTIVITY (0-2): | 2 | 2 |  |  | 2 |
| RESPIRATION (0-2): | 2 | 2 |  |  | 2 |
| CIRCULATION (0-2): | 2 | 2 |  |  | 2 |
| CONSCIOUSNESS (0-2): | 1 | 2 |  |  | 2 |
| OXYGEN SATURATION (0-2): | 2 | 2 |  |  | 2 |
| TOTALS: | 9 | 9 |  |  | 10 |

            PAIN: PAIN SCALE (0-10) 0 = NO PAIN, 10 = EXCRUCIATING
       DRESSING: DRY & CLEAN=0, WET BUT STATIONARY OR MARKED=1,
                 GROWING AREA OF WETNESS=2
NAUSEA/VOMITING: NONE=0, MINIMAL=1, MODERATE=2,SEVERE=3

            PAIN (0-10): IN:00 30MIN:0  60MIN:    120MIN:    OUT:0

----- BAYLESS,RAEANN M
DOB: ███████████
WF 38 RYLANDER,WILLIAM F, MD
████████ NON 12/19/2003 T

NORTH BREVARD COUNTY HOSPITAL DISTRICT
dba
PARRISH MEDICAL CENTER
PERIOPERATIVE SERVICES
GI POST/2ND STAGE RECOVERY
CASE RECORD
JEP


```
        DRESSING (0-2): IN:0  30MIN:0  60MIN:   120MIN:   OUT:0
NAUSEA/VOMITING (0-3): IN:0  30MIN:0  60MIN:   120MIN:   OUT:0
```

EKG PATTERN:
    COMMENT:



FOR ENDO/GI USE:
----------------
RECTAL TUBE INTACT:YE BLEEDING:N COMMENTS:
ABDOMEN SOFT:Y COMMENTS:
NECK SUPPLE:  CREPITUS:  SHORT OF BREATH:  SWALLOWS:
      COMMENTS:
RECTAL TUBE D/C:Y BLEEDING:N COMMENTS:

TOLERATES PO FLUIDS: Y

CASE COMMENTS: RECEIVED FROM PROCEDURE, VSS, GROGGY BUT AROUSABLE

DISCHARGE CRITERIA MET:Y
EXPECTED OUTCOMES ATTAINED:Y

DISCHARGE INSTRUCTIONS REVIEWED:Y ADDITIONAL PHYSICIAN INSTRUCTION GIVEN?N
    REVIEWED WITH: PATIENT          STATES UNDERSTANDING: Y

DISCHARGE MEDICATION TEACHING: N  LEARNER:

DIET INSTRUCTIONS:N  TYPE OF DIET:
DISCHARGE TIME:1353
DISCHARGE DISPOSITION: DISCHARGED TO HOME
DISCHARGE VIA:WHCH      ACCOMPANIED BY:
CONDITION: STABLE




----- BAYLESS,RAEANN M
DOB:
WF 38 RYLANDER,WILLIAM F, MD
        NON 12/19/2003 T

NORTH BREVARD COUNTY HOSPITAL DISTRICT
dba
PARRISH MEDICAL CENTER
PERIOPERATIVE SERVICES
ENDO/GI CASE RECORD

CASE #: ▮▮▮▮▮

DATE OF SURGERY: 12/19/2003

PROCEDURE ROOM: SPECIAL PR

PHYSICIAN: RYLANDER,WILLIAM F, MD

PRIMARY PROCEDURE: COLONOSCOPY ~~WITH BIOPSY~~ *Polypeefomy*

PLAN OF CARE: REFER TO STANDARD GASTROINTESTINAL ENDOSCOPY CARE PLAN
  EXCEPTIONS: NONE

ASGE/SGNA STANDARDS AND RECOMMENDED PRACTICES TO BE FOLLOWED

PT IN ROOM: 1154
PROCEDURE START: 1205
PROCEDURE END: 1214
PT OUT OF ROOM: 1221

ENDO/GI STAFF IN ROOM: GLORIA MAVOR RN
ENDO/GI STAFF IN ROOM: TERESA MURRAY GI TECH

HISTORY AND PHYSICAL: Y
VERIFIED PATIENT IDENTIFICATION: Y
REVIEW ASSESSMENT DATA: Y
VERIFIED PROCEDURE CONSENT: Y
PRIOR TO START VERBALLY RECONFIRM PROCEDURE(S) BY PHYSICIAN,RN: Y

PRE-PROCEDURE DIAGNOSIS:

PRE-SEDATION VITAL SIGNS:
    TIME: 1157 BP: 131/87  PULSE: 66  RESP: 16 OXYGEN SAT %: 98

POST SEDATION VITAL SIGNS:
    TIME: 1202 BP: 141/91  PULSE: 74  RESP: 16 OXYGEN SAT %: 100
    TIME: 1207 BP: 107/98  PULSE: 93  RESP: 16 OXYGEN SAT %: 95
    TIME: 1212 BP: 127/99  PULSE: 81  RESP: 16 OXYGEN SAT %: 96
    TIME: 1215 BP: 123/83  PULSE: 75  RESP: 16 OXYGEN SAT %: 96

----- BAYLESS,RAEANN M
DOB: ▮▮▮▮▮
WF 38 RYLANDER,WILLIAM F, MD
▮▮▮▮▮    NON 12/19/2003 T

COL-RBAYLESS-PARISH-000317

**NORTH BREVARD COUNTY HOSPITAL DISTRICT**
**dba**
**PARRISH MEDICAL CENTER**
**PERIOPERATIVE SERVICES**
**ENDO/GI CASE RECORD**

**MEDICATIONS:**
| | | | |
|---|---|---|---|
| TIME: 1201 NAME: VERSED IV | DOSE: 3.0MG | GIVEN BY: MD |
| TIME: 1201 NAME: FENTANYL IV | DOSE: 100MCG | GIVEN BY: MD |
| TIME: 1202 NAME: ROBINUL IV | DOSE: 0.3MG | GIVEN BY: GM |
| TIME: 1203 NAME: VERSED IV | DOSE: 2.0MG | GIVEN BY: MD |
| TIME: 1209 NAME: VERSED IV | DOSE: 1.5MG | GIVEN BY: GM |

**SCOPE(S) USED:** CF140L28

**ELECTROSURGICAL USED:** N

**HEATER PROBE USED:** N
**SPECIMEN:** Y  **POLYPS:** 2  **# SNARED:**    **# BIOPSIED:** 2

**# OF PHOTOS:** 3
**RECTAL TUBE:** Y

**PATIENT OUTCOMES MET:** Y

**POST PROCEDURE DISPOSITION:** ENDO/GI POST PROCEDURE
**TRANSPORTED VIA STRETCHER WITH SIDERAILS UP**
**CONDITION:** STABLE SEDATED

**NURSE SIGNATURE:** _____

----- BAYLESS,RAEANN M
DOB: ███████████
WF 38 RYLANDER,WILLIAM F, MD
██████ NON 12/19/2003 T



☐ **EMERGENCY DEPT.**
☐ SDSC      ☐ PPOU      ☐ PACU      ☐ GI

**Monitor Strip Flow Sheet**

PRE08 11:56 19DEC2003 II MON HR =65

SPEED=25 MM/SEC SPO2=100%

PRE08 12:15 19DEC2003 II MON HR =85

SPEED=25 MM/SEC SPO2=98% NIBP=12:13 123/ 83( 96) mmHg

ADDRESSOGRAPH

BAYLESS, RABANN M        12/19/03
                          WF  38

North Brevard County Hospital District
Operating
**PARRISH MEDICAL CENTER**
Titusville, Florida 32796

GP 2/99   P-511

COL-RBAYLESS-PARISH-000319

PAGE 464

RUN DATE: 12/25/03
RUN TIME: [redacted]
RUN USER: LBHERNDK

U #: [redacted]
REG: 12/19/03
DIS:

PATIENT: BAYLESS, RAEANN M
REG DR: RYLANDER, WILLIAM F, MD

LOC: PERIOP
ROOM:
BED:

ACCT #: [redacted]
AGE/SX: 38/F
STATUS: REG SDC

Non-Parrish Original Order List ** LIVE *
Summ[...] Location Rep[...]
dba

LOCATION
PERIOPERATIVE SERVICES

DEPARTMENT OF LABORATORY MEDICINE

**CBC**

| Date<br>Time | DEC 19<br>1155 | | Reference | Units |
|---|---|---|---|---|
| WBC | 8.0 | | (4.8-10.8) | TH/MM3 |
| RBC | 4.41 | | (3.9-5.1) | MIL/MM3 |
| HGB | 13.5 | | (11-15) | G/DL |
| HCT | 39.5 | | (34-44) | % |
| MCV | 89.6 | | (82-96) | FL |
| MCH | 30.6 | | (27-33) | PG |
| MCHC | 34.1 | | (32-35) | G/DL |
| RDW | 13.5 | | (11.9-15.3) | % |
| PLT | 227 | | (130-400) | TH/MM3 |
| MPV | 10.3 | | (7.4-10.4) | FL |
| NEUTROPHIL % | 62.4 | | (39-75) | % |
| LYMPH % | 27.1 | | (20-50) | % |
| MO % | 7.6 | | (4.3-11.9) | % |
| EO % | 2.4 | | (0.5-6.0) | % |
| BASO % | 0.5 | | (0-2.0) | % |
| NEUTROPHIL # | 5.0 | | (2.2-7.7) | TH/MM3 |
| LY # | 2.2 | | (0.8-4.0) | TH/MM3 |
| MO # | 0.6 | H | (0.11-0.59) | TH/MM3 |
| EO # | 0.2 | | (-0.7) | TH/MM3 |
| BASO # | 0.0 | | (-0.2) | TH/MM3 |

**AUTOMATED CHEMISTRY**

| Date<br>Time | DEC 19<br>1155 | | Reference | Units |
|---|---|---|---|---|
| GLUCOSE-FASTING | 102(a) | | (70-110) | mg/dL |
| SODIUM | 138 | | (135-145) | MMOL/L |
| POTASSIUM | 3.8 | | (3.6-5.0) | mmol/L |
| CHLORIDE | 107 | | (101-111) | MMOL/L |
| CARBON DIOXIDE | 29 | | (21-31) | MMOL/L |
| UREA NITROGEN | 8 | | (6-20) | MG/DL |
| CREATININE | 0.7 | | (0.5-1.2) | MG/DL |
| BUN CREAT RATIO | 11.4 | | (10.0-20.0) | |
| CALCULATED OSMO | 274 | | (274-293) | MOSM/KG |
| CALCIUM | 8.4 | L | (8.5-10.5) | MG/DL |
| TOTAL PROTEIN | 6.2 | | (6.0-8.0) | GM/DL |
| ALBUMIN | 3.4 | | (3.2-5.2) | GM/DL |

NOTES: (a) NON-FASTING GLUCOSE REFERENCE RANGE: 70 - 200 mg/dL

Patient: BAYLESS, RAEANN M          Age/Sex: 38/F          Acct#: [redacted]          Room/Bed:

CUM SUM P-552 QP 7/95



RUN DATE: 12/25/03
RUN TIME: 1
RUN USER: L9HERNDX

CUM SUM P-552 GP 7/86

Patient: BAYLESS, RAEANN M                                    (Continued)

dba

LOCATION
PERIOPERATIVE SERVICES

PAGE 465

************************* DEPARTMENT OF LABORATORY MEDICINE (CONTINUED) *************************

AUTOMATED CHEMISTRY (CONTINUED)

| Date | DEC 19 | | | |
|---|---|---|---|---|
| Time | 1155 | | Reference | Units |
| A/G RATIO | 1.2 | | (1.0-2.6) | |
| TOTAL BILIRUBIN | 0.7 | | (0.2-1.4) | mg/dL |
| AST(SGOT) | 20 | | (10-42) | U/L |
| ALT(SGPT) | 30 | | (10-60) | U/L |
| ALK PHOS | 57 | | (42-121) | U/L |
| DIR BILI | 0.1 | | (0-0.2) | MG/DL |

LIPID PROFILE

| Date | DEC 19 | | | |
|---|---|---|---|---|
| Time | 1155 | | Reference | Units |
| CHOLESTEROL | 173 | | (140-200) | MG/DL |
| TRIGLYCERIDE | 326 | H | (40-190) | MG/DL |
| HDL | 32 | L | (40-60) | mg/dL |
| LDL, Direct | 93(b) | | | mg/dL |
| CHOL/HDL RATIO | 5.4(c) | | | |

MISCELLANEOUS CHEMISTRY

| Date | DEC 19 | | | |
|---|---|---|---|---|
| Time | 1155 | | Reference | Units |
| TSH | 1.08 | | (0.32-5.0) | uIU/mL |

NOTES:
(b) ***********NCEP GUIDELINES RECOMMENDATION**********
    LDL CHOLESTEROL VALUES SHOULD BE LESS THAN 130 MG/DL
(c) RISK OF DEVELOPING CORONARY HEART DISEASE AS PREDICTED
    BY CHOL/HDL RATIO

| MALE | FEMALE | RISK |
|---|---|---|
| 3.43 | 3.27 | 1/2 AVERAGE |
| 4.97 | 4.44 | AVERAGE |
| 9.55 | 7.05 | 2 X AVERAGE |
| 23.99 | 11.04 | 3 X AVERAGE |

Patient: BAYLESS, RAEANN M          Age/Sex: 38/F          Acct#          Room/Bed:          Unit#



RUN DATE: 12/25/03
RUN TIME: 1
RUN USER: LBHERNDX

North Broward Hospital District * LIVE *
Summ: Location Repo
dba

**PAGE 466**

LOCATION
PERIOPERATIVE SERVICES

Patient: BAYLESS,RAEANN M                                    (Continued)

******************* DEPARTMENT OF LABORATORY MEDICINE (CONTINUED) *******************

URINALYSIS

| Date | DEC 19 | Reference | Units |
|---|---|---|---|
| Time | 1130 | | |
| COLOR | YELLOW | (YELLOW)) | |
| CHARACTER | CLEAR | (CLEAR)) | |
| GLUCOSE | NEGATIVE | (NEGATIVE)) | |
| BILIRUBIN(CLIN) | NEGATIVE | (NEGATIVE)) | |
| KETONES | NEGATIVE | (NEGATIVE)) | |
| SP GRAVITY | >=1.030 | (1.005-1.025) | |
| BLD OCCULT | NEGATIVE | (NEGATIVE)) | |
| PH | 5.5 | (5.0-7.5)) | |
| PROT (CLINITER) | NEGATIVE | (NEGATIVE)) | MG/DL |
| UROBILINOGEN | 0.2 | (0.2-1.0)) | |
| NITRITE | NEGATIVE | (NEGATIVE)) | |
| LEUKOCYTE | NEGATIVE | (NEGATIVE)) | |
| WBC, URINE | 2 | (0-2) | HPF |
| RBC, URINE | 1 | (0-2) | HPF |
| EPITHELIAL CELL | 2+ H | (0-OCC)) | /HPF |
| HYALINE CAST,UA | 3 H | (0-2) | LPF |

REFERRED TESTING

| Date | ----DEC 19---- | Reference | Units |
|---|---|---|---|
| Time | 1155 | 1155 | |
| T4 TOTAL | 6.6(A) | (5.0-12.5) | ug/dL |

(A)     Test Performed by: Mayo Medical Laboratories
        200 First Street SW, Rochester, MN 55905
        Laboratory Director: Curtis A. Hanson, M.D.
        See also (d)

CRYOGLOBULIN, S                  Negative(d)     (Negative)     % ppt
CRYOFIB, P                       Negative(B)

(B)     -- EXPECTED VALUES --
        Negative (reported as positive or
        negative)
        See also (d)

NOTES:  (d)     Performed at Mayo Medical Laboratories, Stabile Building
                150 Third Street, Rochester, MN   55902

Patient: BAYLESS,RAEANN M          Age/Sex: 38/F     Acct      Room/Bed:          Unit#

951 N. Washington Ave., FT LAUDERDALE FL 32768
JE-007 Page 323 of 364
COL-BAYLESS-PARTSH00927
THUMBS #7

CUM SUM P-552 OP 7/95

```
RUN DATE: 12/25/03           Northwest Texas Healthcare System * LIVE *           PAGE 467
RUN TIME:    1                    Summ   Location Repo
RUN USER: LBHERNDK                dba
```

                                        LOCATION
                               PERIOPERATIVE SERVICES

--------------------------------------------------------------------------------
Patient: BAYLESS,RAEANN M                                        (Continued)
--------------------------------------------------------------------------------
********************* DEPARTMENT OF LABORATORY MEDICINE (CONTINUED) *********************
REFERRED TESTING (CONTINUED)
--------------------------------------------------------------------------------

| Date | -----------DEC 19----------- | | | |
|------|------|------|------|------|
| Time | 1155 | 1155 | Reference | Units |

CRYO IMPRESSION                  (C)

   (C)  This test is negative at 24 hours.  All samples are reviewed
        again at 1 week.  If delayed precipitation occurs after 7
        days, an additional report will follow.

        Test Performed by: Mayo Medical Laboratories
        200 First Street SW, Rochester, MN 55905
        Laboratory Director: Curtis A. Hanson, M.D.
        See also (e)

--------------------------------------------------------------------------------
| Date | DEC 19 | | | |
|------|--------|------|------|------|
| Time | 1155 | | Reference | Units |
--------------------------------------------------------------------------------

=> SPECIMEN SOURCE Serum(e)
=> HCVRNA/PCR QUAN <600(D)                                    IU/mL

   (D)  This result does not rule out the presence of HCV
        RNA. The presence of lower levels of HCV can be
        detected by Hepatitis C Virus, RT-PCR (80576).
        -- EXPECTED VALUES --
        600-500,000
        (Assay dynamic range)
        To convert from IU/mL to copies/mL, multiply the
        result value by 2.7.

        Test Performed by: Mayo Medical Laboratories
        200 First Street SW, Rochester, MN 55905
        Laboratory Director: Curtis A. Hanson, M.D.
        See also (e)

NOTES:  (e)  Performed at Mayo Medical Laboratories,  Stabile Building
             150 Third Street, Rochester,  MN    55902

--------------------------------------------------------------------------------
Patient: BAYLESS,RAEANN M            Age/Sex: 38/F     Acct#            Unit#
                                                              Room/Bed:

COL-RBAYLESS-PARISH-000323
831 N. Washington Ave. • Macon.  GA • FL  32738

| NURSING *** LIVE *** | Page: 1 |
| GRAPHIC | |

BAYLESS, RAEANNE M
AGE/SEX: 38/F
REG: DOC 12/19/03

From Dec 16 2003 0000 to Dec 22 2003 2359
Printed 12/22/03 at 1956 by MR EPC

**WEIGHTS - HEIGHT**

| Date-Time | POUNDS | OUNCES | KG | SCALE USED | FEET | INCHES | CM | HEAD CIRC NSY | HEAD CIRC PED |
|-----------|--------|--------|-----|-----------|------|--------|------|---------------|---------------|
| 12/19 1447 | 187 | 0.0 | 84.822 | | 5 | 0.0 | 152.4 | | |
| 12/19 1258 | 187 | 0.0 | 84.822 | | 5 | 0.0 | 152.4 | | |

COL-RBAYLESS-PARISH-000324


| ■■■■■■/SEX: 38 F | ■■■■■■■: RYLANDER,WILLIAM F. MD | BAYLESS,RAEANN M | Page: 1 of 4 |
|---|---|---|---|
| ■■■■■■■: ■■■■■■ | ■■■■■■■: PERIOP | NURSING *** LIVE *** | Printed 12/22/03 at 1356 |
| ■■■■■■■: REG SDC | | MULTIDISCIPLINARY DOCUMENTATION | |

PERIOP: Amb Focused Assessment/History + A                                    AS
■■■■■■■ ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
-Document  12/19/03 1256 CMB  12/19/03 1355 CMB
Surgery/Procedure to be performed: COLONOSCOPY
Date: 12/19/03
Time: 1200
Informant: PATIENT
Update in past 30 days: NOT ADM PAST 30 DAYS
How arrived: AMB
Feet: 5
Inches: 0.0
Centimeters: 152.4
Kilograms: 84.822
Grams: 84822
Pounds: 187
Ounces: 0.0
Mastectomy: NONE
Shunt: NONE
Dentures: NONE
Vision: GLASSES
HOH: NORMAL HEARING
Hearing aid(s): NORMAL HEARING
Referring Dr: RYL
Primary care Dr: HEALTHDEPT
━━━━━━━━━━━ ADVANCE DIRECTIVES ━━━━━━━━━━
Living Will/Proxy Form on Medical Records? NO LIVING WILL
(pt's words. if poss)
━━━━━━ ALLERGIES / CURRENT MEDICATIONS ━━━━━━
FOOD/OTHER ALLERGIES: N
Potential LATEX allergy: NONE
ARE YOU ALLERGIC TO LATEX ? NO
DRUG ALLERGIES: KCA
if no med allergy type NONE
Meds / Anticoagulants: N
include hold/recent DC
Herbal medications/remedies: N
Over-The-Counter: ASA 325 MG PRN
━━━━━━━━━━━━ PSYCHOSOCIAL ━━━━━━━━━━━━
Mental health: NORMAL MENTAL HEALTH
Patient appears: CALM
Speech: APPROPRIATE
Ever been EMOTIONALLY abused by someone important to you? NO
Ever been PHYSICALLY abused by someone important to you? NO
Ever been hit, slapped, kicked or otherwise physically hurt? NO
━━━━━━━━━━━━━━ SKIN ━━━━━━━━━━━━━
Skin temp, appearance: WARM,DRY,INTACT
Ecchymosis location & description: BRUISES EASILY
Wound location & description: NONE
━━━━━━━━━━━━ PAIN ASSESSMENT ━━━━━━━━━━
Pain now, or in the last several months? N
━━━━━━━━━━━━━━ ENDOCRINE ━━━━━━━━━━━

PERIOP: Amb Focused Assessment/History + (continued)
■■■■■■: NO DIABETES
Thyroid disease: N
━━━━━━━━━━━━━ RESPIRATORY ━━━━━━━━━━━
Respirations: N
Respirations: NORMAL-EVEN,UNLABORED
COPD or Emphysema? N
Asthma? N
Sleep apnea? N
Oxygen? N
Tobacco PPDxYRS='PACK YEARS': 1-2 PPD X 23YRS
Patient and/or Caregivers ?
━━━━━━━━━━━━━━ CARDIAC ━━━━━━━━━━━━━
CAD? N
Pacemaker? N
Hypertension? N
Myocardial infarction? N
Heart valve prolapse: N
Antibiotics with dental work? N
Coronary artery bypass graft? N
Valvular surgery? N
Automatic defibrillator? N
Chest pain with exertion? N
━━━━━━━━━━━━━━ WOMEN ━━━━━━━━━━━━━
Hysterectomy, date: NONE
Tubal ligation, date: 1992
Post menopause? N
Any possibility of pregnancy? N
LMP (last menses): 12/4
Breast feeding? N
━━━━━━━━━━━━━━━ GI ━━━━━━━━━━━━━━
GERD? N
Hiatal hernia? N
Ulcer disease? N
Alcohol, how much: OCCAS
Cirrhosis? N
━━━━━━━━━━━━ NEUROLOGICAL ━━━━━━━━━━
Seizures? N
CVA? N
Neurological deficits: NONE
Neuromuscular disease: NONE
Sensory deficits: NONE
Speech: APPROPRIATE
━━━━━━━━━━ INFECTIOUS DISEASE ━━━━━━━━━
Hepatitis: HEP C
TB if positive, date of exposure: NONE
Sexually transmitted disease: NONE
HIV: NONE
RECENT exposure to listed infectious disease: NONE
━━━━━━━━━━━ MUSCULOSKELETAL ━━━━━━━━━━
Arthritis TYPE & LOCATION(S): NONE
Assistive devices: NONE

 38 F     BYLANDER,WILLIAM F. MD    BAYLESS,RAEANN M    Page: 2 of 4

REG SDC    LOCATION: PERIOP    NURSING *** LIVE ***    Printed 12/22/03 at 1356
MULTIDISCIPLINARY DOCUMENTATION



PERIOP: Amb Focused Assessment/History + (continued)
━━━━━━━ GENITOURINARY ━━━━━━━
Continent? N
Briefs? N
Hx of urinary problems: NONE
GU cancer: NONE
Kidney disease: NONE
Kidney stones: NONE
Dialysis and times per week if• : NONE
IF Foley:  inserted WHERE: NO CATHETER
━━━━━━━ ANESTHESIA SPECIFIC QUESTIONS ━━━━━━━
TYPE OF ISOLATION: STANDARD PRECAUTIONS
Breast feeding? N
Pregnant last 3 mo? N
Surgeries, Implants, Date: TUBAL LIGATION 1992 GALLBLADDER 1992
Implanted IV access TYPE: NONE
Pain control device type: NONE
Body piercing, locations: NONE
Anesthesia Hx Patient: NO PROBLEMS
Anesthesia Hx Blood Relatives: NO PROBLEMS
Blood thinning medications: NONE
Blood products rec'd, dates: N
Last 3 months: N
REFUSES BLOOD TRANSFUSION(S)? NO
Diseases of interest to anesthesia: HEP C
━━━━━━━ EDUCATIONAL NEEDS ASSESSMENT ━━━━━━━
Able to read: YES
Learns best: DOING,HEAR,SEE
Barriers: NONE
Learner(s): PT
━━━━━━━ SCREENING FOR CONSULTS (REQUIRED) ━━━━━━━
Case Management screening: NONE IDENTIFIED
Functional (REHAB) screening: NONE IDENTIFIED
Nutrition screening: NONE IDENTIFIED
(Age 17 or younger)
(Age 17 or younger)
AGE CARE:
Adult Y
Is there anything else we should know about you: NO
For patients who may be admitted as inpatients:
━━━━━━━ CULTURAL & SPIRITUAL PREFERENCES ━━━━━━━
(VIEW ONLY) Religion:NO PREFERENCE
(VIEW ONLY) Church:
IF RELIGION or CHURCH incorrect, in DE, order MSG to ADMN
to change.
Customs/Preferences/Sacraments: N
Volunt chaplain Ray Johnson 321.617.8167 (not 1030-1230 Sun)
See the RELIGION/CULTURAL NEEDS notebook for more info.
Do you want your name printed on Minister/Clergy list: NO
Pt. wants to be seen before clergy sees the list:
RN: CAREN CAREY M BROWE

PERIOP: Amb Focused Assessment/History + (continued)
Date: 12/19/03
Document: 12/19/03 1447 CDVS | 12/19/03 1427 CLM | ...
Surgery/Procedure to be performed: ENDOSCOPY
Date: 12/22/03
Informant: PATIENT
Update in past 30 days: NO CHANGE
If updated, CURRENT acct #: 14514384
How arrived: AMB
Feet: 5
Inches: 0.0
Centimeters: 152.4
Kilograms: 84.822
Grams: 84822
Pounds: 187
Ounces: 0.0
Mastectomy: NONE
Shunt: NONE
Dentures: NONE
Vision: GLASSES
HOH: NORMAL HEARING
Hearing aid(s): NORMAL HEARING
Referring Dr: RYL
Primary care Dr: HEALTHDEPT
━━━━━━━ ADVANCE DIRECTIVES ━━━━━━━
Living Will/Proxy Form on Medical Records? NO LIVING WILL
(pt's words, if poss)
━━━━━━━ ALLERGIES / CURRENT MEDICATIONS ━━━━━━━
FOOD/OTHER ALLERGIES: N
Potential LATEX allergy: NONE
ARE YOU ALLERGIC TO LATEX ? NO
DRUG ALLERGIES: NKA
If no med allergy type NONE
Meds / Anticoagulants: N
include held/recent DC
Herbal medications/remedies: N
Over-The-Counter: ASA 325 MG PRN
━━━━━━━ PSYCHOSOCIAL ━━━━━━━
Mental health: NORMAL MENTAL HEALTH
Patient appears: CALM
Speech: APPROPRIATE
Ever been EMOTIONALLY abused by someone important to you? NO
Ever been PHYSICALLY abused by someone important to you? NO
Ever been hit, slapped, kicked or otherwise physically hurt? NO
━━━━━━━ SKIN ━━━━━━━
Skin temp, appearance: WARM,DRY,INTACT
Ecchymosis location & description: BRUISES EASILY
Wound location & description: NONE
━━━━━━━ PAIN ASSESSMENT ━━━━━━━
Pain now, or in the last several months? N
━━━━━━━ ENDOCRINE ━━━━━━━

COI-RBAYLESS-PARISH-000327

ATTEND[ING] BYLANDER WILLIAM F. MD

**BAYLESS, RAEANN M**

NURSING *** LIVE ***
MULTIDISCIPLINARY DOCUMENTATION

Page: 3 of 4

Printed 12/22/03 at 1356

REG SDC

PERIOP: Amb Focused Assessment/History + (continued)
**ENDOCRINE**
DIABETES? NO DIABETES
Thyroid disease: N
===== RESPIRATORY =====
Respirations: NORMAL-EVEN, UNLABORED
COPD or Emphysema? N
Asthma? N
Sleep apnea? N
Oxygen? N
Tobacco PPDxYRS="PACK YEARS": 1-2 PPD X 23YRS
Patient and/or Caregivers ?
===== CARDIAC =====
CAD? N
Pacemaker? N
Hypertension? N
Myocardial infarction? N
Heart valve prolapse: N
Antibiotics with dental work? N
Coronary artery bypass graft? N
Valvular surgery? N
Automatic defibrillator? N
Chest pain with exertion? N
===== WOMEN =====
Hysterectomy, date: NONE
Tubal ligation, date: 1992
Post menopause? N
Any possibility of pregnancy? N
LMP (last menses): 12/4
Breast feeding? N
===== GI =====
GERD? N
Hiatal hernia? N
Ulcer disease? N
Alcohol, how much: OCCAS
Cirrhosis? N
===== NEUROLOGICAL =====
Seizures? N
CVA? N
Neurological deficits: NONE
Neuromuscular disease: NONE
Sensory deficits: NONE
Speech: APPROPRIATE
===== INFECTIOUS DISEASE =====
Hepatitis: HEP C
TB if positive, date of exposure: NONE
Sexually transmitted disease: NONE
HIV: NONE
RECENT exposure to listed infectious disease: NONE
===== MUSCULOSKELETAL =====
Arthritis TYPE & LOCATION(S): NONE
Assistive devices: NONE

PERIOP: Amb Focused Assessment/History + (continued)
**GENITOURINARY**
Continent? N
Briefs? N
Hx of urinary problems: NONE
GU cancer: NONE
Kidney disease: NONE
Kidney stones: NONE
Dialysis and times per week if+ : NONE
If Foley: Inserted WHERE: NO CATHETER
===== ANESTHESIA SPECIFIC QUESTIONS =====
TYPE OF ISOLATION: STANDARD PRECAUTIONS
Breast feeding? N
Pregnant last 3 mo? N
Surgeries, implants, Date: TUBAL LIGATION 1992 GALLBLADDER 1992
Implanted IV access TYPE: NONE
Pain control device type: NONE
Body piercing, locations: NONE
Anesthesia Hx Patient: NO PROBLEMS
Anesthesia Hx Blood Relatives: NO PROBLEMS
Blood thinning medications: NONE
Blood products rec'd, dates: N
Last 3 months: N
REFUSES BLOOD TRANSFUSION(S)? NO
Diseases of interest to anesthesia: HEP C
===== EDUCATIONAL NEEDS ASSESSMENT =====
Able to read: YES
Learns best: DOING, HEAR, SEE
Barriers: NONE
Learner(s): PT
===== SCREENING FOR CONSULTS (REQUIRED) =====
Case Management screening: NONE IDENTIFIED
Functional (REHAB) screening: NONE IDENTIFIED
Nutrition screening: NONE IDENTIFIED
(Age 17 or younger)
(Age 17 or younger)
AGE CARE:
Adult Y
Is there anything else we should know about you: NO
For patients who may be admitted as inpatients:
===== CULTURAL & SPIRITUAL PREFERENCES =====
(VIEW ONLY) Religion: NO PREFERENCE
(VIEW ONLY) Church:
If RELIGION or CHURCH incorrect, in OE, order MGG to ADMM
to change.
Customs/Preferences/Sacraments: N
Volunt chaplain Ray Johnson 321.617.8167 (not 1030-1230 Sun)
See the RELIGION/CULTURAL NEEDS notebook for more info.
Do you want your name printed on Minister/Clergy list: NO
Pt. wants to be seen before clergy sees the list:
RN: CAREN CAREY M BROWNE




AGE/SEX: 38 F                    ATTENDING: RYLANDER,WILLIAM F. MD          BAYLESS.RAEANN M                    Page: 4 of 4
UNIT NO:                         ROOM/BED:                                  NURSING *** LIVE ***               Printed 12/22/03 at 1356
ADMITTED:                        LOCATION: PERIOP                           MULTIDISCIPLINARY DOCUMENTATION
ADM STATUS: REG SDC              REGISTERED:

PERIOP: Arb Focused Assessment/History + (continued)
Date: 12/19/03

1010957        PERIOP: Arb Infection Screening +              A    on Admission                AS
·Document    12/19/03 1335 CRB    12/19/03 1335 CRB
TB - TUBERCULOSIS INFECTION SCREEN
1. Have you ever had TB or been exposed to anyone with TB? NO
2. Do you have a cough lasting more than 3 weeks that
produces phlegm, sputum or blood? NO
3. Do you have night sweats that cause sheet drenching? NO
4. Have you had unexplained weight loss of 10 pounds or more
within the last 3 months? NO
POSITIVE SCREEN: A YES answer to 3 out of 4 above questions
Notify ADMITTING physician (ER pts. notify ER physician).
Pt. required to wear a mask till placed in an isolation room
-----------------------------------------------> > > > >
SARS - SEVERE ACUTE RESPIRATORY INFECTION SCREEN
1. In the 10 days before illness onset have you traveled to,
or had close contact with, other ill persons who recently
traveled to a previously affected SARS area (People's
Republic of China, Hanoi. Vietnam, Singapore. Hong Kong.
3. Close contact with person(s) recently found to have
POSITIVE SCREEN:  If any of the three questions is YES,
initiate SARS procedure.
NOTIFICATION FOR POSITIVE SCREENS
Notify the physician:
* Direct Admits, Pre-Admits - Notify the ADMITTING physician
* ER patients - Notify the ER physician
Pt. required to wear a mask till placed in an isolation room

CRB    MS CRB      CAREH CAREY M BROWNE       RN
GLM    MSMAVDGL    GLORIA L MAYOR             RN

COL-RBAYLESS-PARISH-000030




BAYLESS.RAEANN M
NURSING *** LIVE ***
Patient's Plan Of Care

Page 1
Printed
12/22/03
at 1356

RYLANDER WILLIAM F. MD
PERIOP

REG SDC

ADDITIONAL INTERVENTIONS   INIT BY   COMP BY   DATE & TIME DIRECTIONS   STS SDC

Monogram  Initials  Name   Nurse Type
CPH   NS CPH   CAREN CAREY M BRANDT   RN

**PARRISH**
MEDICAL CENTER

**CALL BACK REPORT**

| ☐ CARDIOPULMONARY | ☐ DIAGNOSTIC IMAGING | ☐ PERIOPERATIVE SERVICES |

Procedure: _____ Colon _____

Patient Phone Number: _____ 268- 1854 _____     Date: _____

Nurse: _____ L. Cayta w _____

Special Follow-up Information: _____ Left f/u w up made _____

Anesthetic:  ☐ General  ☐ MAC  ☐ Regional  ☐ Local  ☐ Conscious Sedation

**CHECK / CIRCLE ALL THAT ARE APPLICABLE:**
☐ Hoarseness /,Sore Throat / Difficulty Swallowing?
☐ Nausea / Vomiting?
☐ Fever?
☐ IV Site Problems?
☐ Anesthesia Related Problems?

**Colonoscopy / Endoscopy / ERCP:**
☐ Distension?
☐ Abdominal Pain?
☐ Rectal Bleeding?
☐ Pain with a deep breath?

**Genitourinary:**
☐ Difficulty Voiding?
☐ Blood in Urine?
☐ Abdominal Pain?
☐ Dressing Change?
☐ Drainage?

**Gynecological:**
☐ Vaginal Bleeding?
☐ Pain?
☐ Urinary Difficulties?
☐ Dressing Change?
☐ Drainage?
☐ Incision site problems?

**General Surgical:**
☐ Dressing Change?
☐ Drainage?
☐ Abdominal Pain?

**Ortho / Pod / Pain Management:**
☐ Affected Limb Warm / Pink?
☐ Swelling?
☐ Dressing Change?
☐ Drainage?
☐ Photos for F/U visit?

**Opthalmology:**
☐ Pain?

**Diagnostics / Cardio Interventional Procedures:**
☐ Shortness of breath
☐ Hemoptysis
☐ Hematoma / Swelling
☐ Fever
☐ Pain
☐ Numbness, tingling, coolness to affected extremity
☐ Dressing change

**Blood Transfusion:**
☐ Temperature elevation
☐ Hives
☐ Dark urine
☐ IV site clear

Were instructions and patient education adequate for transition to home?   ☑ YES  ☐ NO
Comments: _____

☑ No Problems reported by Patient
☐ Unscheduled/Unplanned Intervention related to this procedure:

☐ ER Visits      ☐ Hospital Admission      ☐ Physician Office Visit
Other Comments: _____ Pt didn't show up for endo 12/22/03 _____
Other Problems: _____ will call Dr. Rylander's office to reschedule _____
Corrective Actions, if indicated: _____

| DATE CALLED: | TIME: | INITIALS: | DATE CALLED: | TIME: | INITIALS: |
|---|---|---|---|---|---|
| 12/22/03 | 1440 | LL Pm | | | |
| 12/23/03 | 1340 | LL | | | |

| ADDRESSOGRAPH | ATTENDING PHYSICIAN |
|---|---|
| BAYLESS, RABANN M    12/19/03     WF   38 | RYLANDER, WILLIAM F, MD |

REV. 11/01     FORM E309

COL-RBAYLESS-PARISH-000331

**PARRISH MEDICAL CENTER**
**PERIOPERATIVE SERVICES**

**PERIOPERATIVE NURSING PLAN OF CARE**
**ADULT & GERIATRIC**

| Adult=ages 18-64 | Geriatric=65 years and older |
|---|---|

Statement: Nursing diagnosis, goals, interventions, and expected outcomes to be addressed as applicable for delivery of care for each patient's specific needs to achieve optimal perioperative outcome.

| AREA OF CARE | RN SIGNATURE | DATE |
|---|---|---|
| PRE-OP/PROCEDURE | | 12/19/03 |
| INTRA-OP/PROCEDURE | *Mauor, c* | 12/19/03 |
| PACU | | N/A |
| POST-OP/PROCEDURE | | 12/19/03 |

**NURSING DIAGNOSIS:** Risk of anxiety related to unfamiliar surroundings, knowledge deficit of disease process and procedural/surgical intervention or treatment, and altered mental status.
**GOAL:** Patient demonstrates decreased anxiety with ability to cope and understand procedure and sequence of events.
**INTERVENTIONS: (as applicable)**
- Introduce yourself and provide clear concise explanations of delivery of care process while conveying a caring and supportive attitude
- Allow patient to relate or voice concerns and questions
- Assess patient for nonverbal signs of anxiety (restlessness/diaphoresis)
- Identify and include family/significant other in plan of care, treatment, pain management, education and discharge instructions as indicated
- Use therapeutic communication such as touch and control external stimuli
- Communicate patient concerns to other health care providers
- Refer patient to support systems if indicated
- Other _____
**EXPECTED OUTCOME:** Patient's fear and anxiety will be reduced to a manageable level.

**NURSING DIAGNOSIS:** Risk of injury, potential for impaired tissue integrity, and hemorrhage/emboli
**GOAL:** The patient will remain free from injury.
**INTERVENTIONS: (as applicable)**
- Keep side rails in raised position while stretcher is in motion and/or patient is sedated
- Lock stretcher wheels at all times when not in transfer
- Ensure that electrical equipment is functioning properly prior and during use
- Place electrocautery dispersing pad securely over greatest available muscle mass
- Position and maintain patient/extremities to prevent nerve injury, loss of movement and/or sensation
- Ensure that pressure areas are padded appropriately and that equipment, personnel, and instrumentation does not place pressure on the patient
- Assess surgery/procedure site (dressing) and surrounding tissue for abnormal signs of bleeding and circulatory or neurological compromise

**Patient Identification**



BAYLESS,RARANN M   12/19/03
WF   38

REV. 6/03     FORM E709-1

Perioperative Adult & Geriatric Plan of Care
Page 2



- Prevent skin preps from pooling around or under patient tissue and assess for skin irritation caused by prep solutions
- Assess abdomen for distention, bowel sounds, and urinary output
- Perform sponge, needle, and instrument counts as appropriate to prevent foreign body retention
- Report any abnormal findings to the physician immediately and implement nursing interventions
- Other_____

**EXPECTED OUTCOME:** The patient remains free from signs and symptoms of injury throughout the perioperative process.

**NURSING DIAGNOSIS:** Risk for acute/chronic pain
**GOAL:** The patient will maintain a level of comfort equal to or improved from admission status
**INTERVENTIONS: (as applicable)**
- Educate the patient in methods of pain management and use of the pain scale
- Identify cultural and value components related to pain
- Observe the patient for nonverbal signs of pain/discomfort
- Assess location, duration and intensity of pain based on numerical pain scale
- Implement Therapeutic communication touch, utilize alternative comfort measures (ice, reposition, elevation), provide emotional support, and encourage relaxation techniques
- Medicate per physician order
- Evaluate response to pain management measures and need for further intervention, implementing as needed
- Other _____

**EXPECTED OUTCOME:** The patient demonstrates adequate pain management and verbalizes relief of pain/discomfort throughout the perioperative process

**NURSING DIAGNOSIS:** Risk of infection
**GOAL:** Patient will remain free from infection
**INTERVENTIONS: (as applicable)**
- Implement aseptic technique, good hand washing techniques, proper skin preps and traffic control
- Administer prescribed prophylactic treatments
- Protect from cross-contamination
- Assess infusion site, surgical/procedure dressing and surrounding tissue for signs of or potential for infection
- Instruct patient to monitor for signs of infection and notification of physician
- Other _____

**EXPECTED OUTCOME:** The patient remains free of signs and symptoms of infection throughout the perioperative process.

**NURSING DIAGNOSIS:** Risk of hypothermia
**GOAL:** Maintain patient's core body temperature within normal range (96°-99° F)
**INTERVENTIONS: (as applicable)**
- Implement, monitor, and evaluate response to thermoregulation measures (warm blankets, automatic hyperthermic unit, warmed fluids)

**EXPECTED OUTCOME:** The patient is at or returning to normothermia at the conclusion of the perioperative process.

**Patient Identification**

BAYLESS,RAEANN M      12/19/03
WF  38

COL-RBAYLESS-PARISH-000333

REV. 6/03        FORM  E709-2

Perioperative Adult & Geriatric Plan of Care
Page 3

**NURSING DIAGNOSIS:** Risk of fluid volume deficit
**GOAL:** Maintain adequate fluid volume
**INTERVENTION: (as applicable)**
- Monitor fluid intake and output
- Monitor for signs of fluid deficit and/or overload
- Other _____

**EXPECTED OUTCOME:** Adequate fluid volume balance will be maintained throughout the perioperative process.

**NURSING DIAGNOSIS:** Risk for alteration in respiratory status
**GOAL:** Maintain ventilations and lung perfusion as evidenced by oxygen saturation greater to or equal to admission status with regular respiratory rate and patent airway (unless otherwise indicated)
**INTERVENTIONS: (as applicable)**
- Assess breath sounds and respiratory effort
- Maintain patient airway
- Encourage cough and deep breathing with head of bed elevated as indicated
- Monitor skin pallor, oxygen saturation (by pulse oximetry), level of consciousness, and vital signs
- Administer supplemental oxygen via mask or nasal cannula, as indicated, to maintain SPO2 of 92% or greater
- Report any symptoms of respiratory compromise to the physician/anesthesiologist for immediate intervention
- Other _____

**EXPECTED OUTCOME:** The patient maintains baseline or improved respiratory status and is free of signs of respiratory compromise upon discharge from the perioperative process

**NURSING DIAGNOSIS:** Risk for change in cardiac status
**GOAL:** Maintain adequate cardiac output
**INTERVENTIONS: (as applicable)**
- Monitor and assess heart rate and rhythm, vital signs, I&O, nausea and vomiting
- Report and treat variation from baseline heart rate, rhythm, vital signs
- Gradually progress patient to ambulatory status with minimal or no dizziness (elevate head of bed, dangle)
- Other _____

**EXPECTED OUTCOME:** The patient's cardiovascular status remains equivalent to or improved from admission, upon discharge from the perioperative process

**Patient Identification**

BAYLESS,RAEANN M      12/19/03
                 WF  38



COL-RBAYLESS-PARISH-000334

REV. 6/03      **FORM E709-3**

Perioperative Adult & Geriatric Plan of Care
Page 4



## THE FOLLOWING NURSING DIAGNOSIS ARE SPECIFIC TO CHEMOTHERAPY TREATMENT

**NURSING DIAGNOSIS:** Risk of stomatitis
**GOAL:** Patient will understand methods and need to prevent and/or treat stomatitis
**INTERVENTIONS: (AS APPLICABLE)**
- Assess oral hygiene on admission
- Encourage after meal oral care using a soft toothbrush or toothette
- Instruct patient to assess and treat any changes in mucous membrane integrity on a daily basis
- Instruct patient to avoid hot or spicy foods and acid juices
- Other_____

**EXPECTED OUTCOME:** The patient will have improved oral hygiene and nutritional status

**NURSING DIAGNOSIS:** Risk of nausea and vomiting
**GOAL:** Control nausea and vomiting prior to discharge
**INTERVENTIONS: (as applicable)**
- Administer anti-emetics as ordered
- Ask patient preferences and encourage small meals
- Other_____

**EXPECTED OUTCOME:** Patient is discharged from the perioperative process free of nausea and vomiting.

**NURSING DIAGNOSIS:** Risk of anorexia
**GOAL:** Patient will understand the importance for maintaining an optimum nutritional status
**INTERVENTIONS: (as applicable)**
- Encourage high caloric diet and adequate fluid intake
- Encourage dietary supplements and smaller meals spaced more frequently throughout the day
- Encourage food experimentation in meal planning
- Other_____

**EXPECTED OUTCOME:** The patient will maintain optimum nutritional status.

**Patient Identification**

  

BAYLESS,RAEANN M    12/19/03
WF    38




North Brevard County Hospital District
operating
**PARRISH MEDICAL CENTER**
Titusville, Florida 32796

**CONSENT FOR MEDICAL AND SURGICAL PROCEDURES**

**TO THE PATIENT:** You have been given information about your condition and the recommended surgical, medical or diagnostic procedure(s) to be used. This consent form is designed to provide a written confirmation of such discussions by recording some of the more significant medical information given to you. It is intended to make you better informed so that you may give or withhold your consent to the proposed procedure(s).

1. **CONDITION:**
   Dr. _____ has explained to me the following conditions exist in my case:

2. **PROPOSED PROCEDURE(S):**
   I understand that the procedure(s) proposed for evaluating and treating my condition is (are):

3. **RISKS/BENEFITS OF PROPOSED PROCEDURE(S):**
   Just as there may be benefits to the procedure(s) proposed, I also understand that medical and surgical procedures involve risks. These risks include allergic reactions, bleeding, blood clots, infections, adverse side effects of drugs, damage to adjacent structures or organs, and even loss of bodily function or life. As also, risks of transfusion reactions and the transmission of infectious disease, including Hepatitis and AIDS from the administration of blood and/or blood products. "Additional possible complications specific to this procedure including, but not limited to this procedure are:

4. **COMPLICATIONS, UNFORESEEN CONDITIONS, RESULTS:**
   My doctor has explained to me in terms that I could understand, the most likely complications or problems that might occur in this operation or procedure and during the healing period. I am aware that in the practice of medicine, other unexpected risks or complications not discussed may occur. I also understand that the doctor(s) may find something they did not expect. If this happens, they can use their judgement, and change the procedure. No one has given me a promise or guarantee of what the results of the procedure(s) will be.

5. **ACKNOWLEDGMENTS:**
   We have discussed what could happen if nothing is done, and also alternative types of treatment for my condition. I understand what has been discussed with me, as well as the contents of this consent form and have been given the opportunity to ask questions and have received satisfactory answers.

6. **CONSENT TO PROCEDURE(S) AND TREATMENT:**
   Have read this form and talked with my physicians, my signature below acknowledges that:

   A. I voluntarily give my authorization and consent to the performance of the procedure(s) described above (including the administration of blood and disposal of what was removed) by my physician and/or his/her delegated associates assisted by hospital personnel and other trained persons. If I receive a Food and Drug Administration designated implantable medical device, I consent to have my Social Security number used for tracking, which is required by Federal Statutes.

   B. I consent to the administration of anesthesia or conscious sedation as required for the above procedure(s).

   C. OBSERVERS: I understand there may be qualified individuals who may observe my procedure per hospital policy.
      ❑ Manufacturer's Representative(s) to observe and offer technical advice; health care professional(s) or student(s), for educational purposes. All observers must adhere to strict confidentiality standards (per Policy #9500-148: "Observers in Procedure Rooms or Other Clinical Areas")
      I  ❑ DO   ❑ DO NOT  Consent to Observers

7. In preparation for your operative procedure and the immediate postoperative period, your advance directive (such as "Do Not Resuscitate") may need to be modified. If you currently have such an advance directive, it should be discussed with your surgeon and anesthesiologist prior to the operative procedure.

ADDI   BAYLESS, RAEANN M       12/19/03
                              WF   38

1. _____ Date 12-11-03
   PATIENT OR PERSON AUTHORIZED TO SIGN FOR PATIENT

2. _____ Date 12-11-?
   PHYSICIAN / SURGEON

3. _____ Date 12-11-03
   WITNESS

WHITE - CHART   BAYLESS   CANARY - PHYSICIAN          REV. 6/00          P-10



## AUTHORIZATION TO VERBALLY
## DISCLOSE HEALTH INFORMATON

1.  I hereby authorize **PARRISH MEDICAL CENTER, 951 North Washington Avenue, Titusville, FL 32796** to verbally disclose health information for the current episode of care for the following patient:

    PATIENT NAME: _____ MEDICAL RECORD NO: _____

    DATE OF BIRTH: _____ PHONE: _____

    ADDRESS: _____

2.  The following information WILL NOT be disclosed without a Power of Attorney or Healthcare surrogate authoriztion: acquired immunodeficiency syndrome (AIDS) or infection with human immunodeficiency (HIV), behavioral health services/psychiatric care, and treatment for alcohol and/or drug abuse.

3.  The verbal information is to be disclosed to the following authorized persons for the purpose of communication:

    _____ Willie Droon _____
    _____ Cel# 298-8183 _____
    _____
    _____

4.  I understand that I have a right to verbally revoke this authorization at any time, except to the extent that action has been taken in reliance on this authorization. Unless otherwise revoked, this authorization will expire at the time of discharge or end of treatment.

5.  The facility, its employees, officers, and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

6.  If I have questions about the verbal disclosure of my health information, I can contact the privacy officer at Extension 7101.

Signed: __X Raean (Bayless)_____     __12-03__
       (Patient)                                                    (Date)

or (Legal Representative)          (Relationship to Patient)     (Date)

__Bloom_____                                        __12-03__
(Signature of Witness)          (Relationship to Patient)     (Date)

BAYLESS,RAEANN M    12/19/03
        WF    38

COL-RBAYLESS-PARISH-000337

REV. 06/03    FORM E704

North Brevard County Hospital District
OPERATING

 

**PARRISH MEDICAL CENTER**

# CLINICAL LABORATORY SERVICES

**PARRISH DIAGNOSTIC CENTER**
494 N. Washington Ave., Titusville, FL 32796
Telephone (321) 383-1980
Hours: Monday-Friday, 7:00 AM to 4:00 PM

**PARRISH MEDICAL OFFICES – PORT ST. JOHN**
7075 North U.S. Hwy. 1, Port St. John, FL 32927
Telephone (321) 636-9393
Hours: Monday - Friday, 7:00 AM to 5:00 PM

## LABORATORY TEST REQUISITION (please print)

| PATIENT'S LAST NAME | FIRST | MIDDLE | SEX | MARITAL STATUS | DATE OF BIRTH | ACCOUNT NUMBER | DATE |
|---|---|---|---|---|---|---|---|
| BAYLESS | R AYEANN | | F | S M D W | | | 12-1-03 |

| ADDRESS: STREET | CITY | STATE | ZIP | DAYTIME PHONE NUMBER 2 6 9 - 1 9 5 4 | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|

| DIAGNOSIS / HISTORY 090.54 | SPECIMEN COLLECTED BY | DATE & TIME COLLECTED | ☒ Routine  ☐ URGENT  ☐ STAT  ☐ URGENT  ☐ Call (Phone No.) |
|---|---|---|---|

| ✓ | PANELS (Descriptions on back) | | ✓ | TESTS | | ✓ | TESTS | |
|---|---|---|---|---|---|---|---|---|
| | Anemia Profile | ANEMIA | | Digoxin | DIG | | Sedimentation Rate | ESR |
| | Arthritis Profile | ARTHR | | Dilantin | DIL | | SGOT (AST) | AST |
| | Basic Metabolic Panel | BMET | | Ferritin | FER | | SGPT (ALT) | ALT |
| | Coagulation Profile A | COAGA | | Folate | FO | | Stool WBC | CELL |
| | Coagulation Profile B | COAGB | | GGT | GGT | ✗ | T4 Free | FREET 4 |
| | Comprehensive Metabolic Panel CMET | | | Glucose (Fasting) | GLUCOSE | | Theophylline | THEO |
| | Electrolytes | ELEC | | Glucose Tolerance ☐3 hr ☐4 hr ☐5 hr | | | Triglycerides | TRIG |
| ✗ | Hepatic Function Panel | HEPF | | 1 Hour GTT - OB Screen | 1GTT | ✗ | TSH-Sensitive | TSH |
| | Hepatitis-Acute-A, B, & C | HEPABC | | 3 Hour GTT (OB) | 3GTTOB | | Uric Acid | URIC |
| | Hepatitis-Chronic-B & C | HEPBC | | Glycated Hgb. | GLYCO | ✗ | Urinalysis | UA @ |
| | Hepatitis-Chronic-B | HEPB | | Gram Stain | GRME | | Valproic Acid-Depakene | VALP |
| | Immunoglobulins Profile | IMMUNO | | Hemoglobin A1C | A1C | | Vitamin B12 | B12 |
| | Infertility Profile | INFPRO | | Hepatitis B Surface Ag. | HBS | | WBC | WBC |
| | Iron Studies | IRN | | Hepatitis C | HCVAB | | Wet Prep-Trich | TRICH |
| ✗ | Lipid Panel | LIPID | | Heterophile Screen | HETSC @ | ✓ | OTHER | |
| | Menopausal Profile | MENOPRO | | Hgb / Hct | H / H | | | |
| | Obstetric Panel | OB | | HIV Antibody (Consent needed) | HIV | | | |
| | Thyroid Profile | THYR | | HIV-RNA by PCR ULTRA | HIV-RNA | | | |
| ✓ | TESTS | | | LDH | LD | | | |
| | AFB Culture | TBC | | Lead Blood | LEADB | | | |
| | AFB Stain | TBS | | Lipase | LIP | | | |
| | Alk Phosphatase | ALKPHOS | | Magnesium | MG | | COMMENTS / INSTRUCTIONS |
| | Amylase | AMY | | Occult Blood-Stool | OB | | |
| | Anti Nuclear Antibody | ANA @ | | Occult Blood-Stool (Ca Screen) | OBSC | | HCV RNA BY PCR |
| | Beta HCG (QUANT) | BHCG | | Ova & Parasites | OP * | | |
| | Beta-Strep Screen-Throat | BETA ST | | Partial Thromboplastin Time (PTT) | PTT | | HEPC |
| | Bilirubin Direct | DBIL | | Anticoagulant?   Y   N | | | SUPER QUANTITATIVE |
| | Bilirubin Total | TBIL | | Prothrombin Time (PT) | PT | | |
| | BNP | BNP | | Anticoagulant?   Y   N | | | CRYO GLOBULIN FMTA |
| | BUN-Urea Nitrogen | BUN | | Platelet Function Analysis | PFA | | |
| | Calcium | CA | | Phenobarbital | PHNO | | |
| | CBC C DIFF | CBC | | Platelet Count | PLT | | |
| | Chlamydia, DNA Probe | CHLZ | | Potassium Serum | K | | |
| | Cholesterol | CHOL | | Pregnancy Test, Serum (Qual) | PREGS | | NO FOOD 8 |
| | Clostridium difficile Toxin | CLT | | Pregnancy Test, Urine (Qual) | PREGU | | HOURS PRIOR |
| | Creatinine, Serum | CREAT | | PSA (Diagnostic) | PSAS | | |
| | Culture Source: | | | PSA (Screening) | PSASC | | |
| | | | | RA Latex | RAL @ | | |
| * FOR THESE PROCEDURES, PLEASE HAVE PATIENT | | | | Reticulocyte Count | RETIC | | |
| REPORT TO PATIENT REGISTRATION IN HOSPITAL. | | | | RPR-STS | RPR @ | | |

@ POSITIVE RESULTS ON THESE TESTS WILL BE FOLLOWED
UP WITH ADDITIONAL CONFIRMATORY TESTING.

Print Physician's Full Name _Wm E Kylander MD_

Physician's Signature _____ M.D.

ROUTING:     WHITE – LABORATORY     YELLOW – PHYSICIAN COPY     GP REV. 02/02  P-104
COL-RBAYLESS-PARISH-000338

JE-007 Page 339 of 364



☐ EMERGENCY DEPT.

☐ SDSC   ☐ PPOU   ☐ PACU   ☐ OI   ☐ DIAGNOSTIC IMAGING          **Monitor Strip Flow Sheet**

PARRISH MEDICAL CENTER

ADDRESSOGRAPH

BAYLESS, RAEANN M        12/19/03

North Brevard County Hospital District
Operating
PARRISH MEDICAL CENTER
Titusville, Florida 32796

PARRISH MEDICAL CENTER

# DEMOGRAPHIC FACE SHEET

| ACCOUNT NO. | FINANCIAL CLASS | TYPE | PT. LOCATION/SERVICE | ROOM & BED | SMOKER | VAL. | RACE | RELIGION | PREV. DISCHARGE DATE | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | SP | REG ER | ER | | N | | W | NON | 04/30/92 | [redacted] |

| DATE OF BIRTH | AGE | SEX | MAR. ST | PATIENT OCCUPATION | PREVIOUS NAME/OTHER NAME |
|---|---|---|---|---|---|
| [redacted] | 38 | F | S | | |

## PATIENT INFORMATION

PATIENT NAME/ADDRESS — S.S. NO. [redacted]
BAYLESS,RAEANN M
1754 POINCIANA CR
TITUSVILLE, FL 32796
PHONE NO. 321-269-1854

PATIENT EMPLOYER
UNEMPLOYED
WORK PHONE

GUARANTOR/ADDRESS — S.S. NO. [redacted]
BAYLESS,RAEANN M
1754 POINCIANA CR
TITUSVILLE,FL 32796
PHONE NO. 321-269-1854 — RELAT.TO PT. SELF

GUARANTOR EMPLOYER
UNEMPLOYED

PERSON TO NOTIFY ADDRESS — RELAT. TO PT. FAMILY OTHER
BAYLESS,C B OR JOAN
1754 POINCIANA CR
TITUSVILLE,FL 32796
HOME PHONE 269-1854 — WORK PHONE

NEXT OF KIN/ADDRESS — RELAT. TO PT.
HOME PHONE — WORK PHONE

[redacted]

## DIAGNOSIS / PROCEDURES

PRINCIPAL DIAGNOSIS: ____

SECONDARY DIAGNOSES: ____

SURGICAL PROCEDURES: ____

## PHYSICIAN MEDICAID CERTIFICATION

This is to certify that inpatient hospital services are needed:

Date: ____ Physician's Signature: ____

## ACCIDENT INFORMATION / CONDITIONS

| ACCIDENT DATE/TIME | ACCIDENT INFORMATION | REASON FOR VISIT |
|---|---|---|
| 08/15/03 | ONSET OF SYMPTOMS/IL | POSS EYE INFECTION |

## ADMISSION / REGISTRATION

| ADMT DATE/TIME | ADMISSION SOURCE | COMMENTS | USER |
|---|---|---|---|
| 08/15/03 1608 | EMERGENCY ROOM | | PR RMH |

## PHYSICIANS

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | EMERGENCY PHYSICIAN |
|---|---|---|
| | | ER,PHYSICIAN |

| PRIMARY CARE PHYSICIAN | FAMILY PHYSICIAN | OTHER PHYSICIAN |
|---|---|---|
| UNKNOWN | UNKNOWN | |

REV. 03/03 FORM E529

COL-RBAYLESS-PARISH-000340

# PARRISH
## MEDICAL CENTER

## EMERGENCY DEPARTMENT PHYSICIAN ORDER SHEET

Patient Name: _____

| BY | TEST | RESULTS / INTERPRETATION | BY | TEST | RESULTS / INTERPRETATION | BY | TEST | RESULTS / INTERPRETATION |
|---|---|---|---|---|---|---|---|---|
| | Old Record | | | BC I / II / ARDS | | | Hip / Pelvis | |
| | Monitor Rhythm | | | Preg. S / U | | | Facial / Nasal | |
| | Pulse Ox | | | Quant. HcG | | | Ribs | |
| | O₂ | | | UA | | | Foot / Ankle | |
| | | | | C & S | | | Knee | |
| | CBC WBC Hgb Platelets | | | Beta-strep | | | Shoulder | |
| | | | | Type & Screen | | | Wrist / Hand | |
| | M Na K Bun Glu E Cl CO2 Creat T | | | Type & RH | | | Fingers | |
| | | | | T & C - PC | | | | |
| | C Bili Ca Albu Phos E Prot AST ALB | | | Drug Level | | | IVP | |
| | | | | CARDIO | | | CT | |
| | MMS 1 hr. | | | ABG | | | Brain | |
| | MMS 2 hr. | | | HHN | | | Abd / Pelvis | |
| | | | | X-RAY | | | | |
| | ETOH | | | ABD | | | Sonogram | |
| | Amylase/Lipase | | | Acute ABD | | | OB | |
| | HEPF | | | C-Spn Port/AP-Lat | | | Pelvic | |
| | | | | LS Spine | | | GB | |
| | Thyroid Profile | | | | | | | |

| | NARRATIVE / DECISION-MAKING | | PHYSICIAN'S ORDERS |
|---|---|---|---|
| | | | |

**ADDRESSOGRAPH**

BAYLESS, RAEANN M      08/15/03
WF   38

X _____
Physician Signature

## E. D. PHYSICIAN DIAGNOSTIC ORDER FORM

**PARRISH** MEDICAL CENTER

| DIAGNOSTIC TEST | INDICATION(S) |
|---|---|

**☐ CHEST XRAY**
**___ PA and Lateral**
**___ Portable**
**71010 - 71035**

| ___ Fluid Overload | ___ Cardiac Dysrhythmias | ___ Pneumothorax | ___ Fever |
| ___ Renal Disease | ___ CHF | ___ Asthma | ___ Trauma |
| ___ Angina | ___ Cough | ___ COPD | ___ Chest Pain |
| ___ MI (Acute/Subacute) | ___ Bronchitis | ___ SOB | ___ Hypertension |
| ___ Pulmonary HTN | ___ Pneumonia | Other ___ | |

**☐ EKG**
**93005**

| ___ Diabetes | ___ Numbness | ___ ABD Pain (Right Upper Quadrant, Left Upper Quadrant, Epigastric) |
| ___ Electrolyte Disorder | ___ Palpitations | |
| ___ Stroke | ___ Chest Pain | ___ HX CABG or PTCA |
| ___ Syncope | ___ SOB | |
| ___ Seizure | ___ Pacemaker | Other ___ |

**☐ GLUCOSE (ACC check)**
**82947, 82962**

| ___ Diabetes | ___ Pneumonia | ___ Syncope | ___ Diarrhea |
| ___ Electrolyte Imbalances | ___ Gastritis | ___ Dizziness | ___ Chest Pain |
| ___ MI (Acute/Subacute) | ___ UTI | ___ Change in weight | |
| ___ Bronchitis | ___ Altered LOC | Other ___ | |

**☐ PTT**
**85730**

| ___ MI (Acute/Subacute) | ___ Renal Failure | ___ Limb Pain | ___ Chest Pain |
| ___ AFib | ___ GI Bleed | ___ SOB | |
| ___ CHF | ___ Postmenopausal Bleeding | ___ Abdominal Pain | |
| ___ TIA | | Other ___ | |

**☐ Prothrombin Time**
**85610**

| ___ Iron Deficiency Anemia | ___ CAD | ___ Atypical CP | ___ Syncope |
| ___ Blood Loss Anemia | ___ CHF | ___ On Anticoagulant | |
| ___ MI (Acute/Subacute) | ___ CVA | ___ Abdominal Pain | |
| ___ Angina | ___ DVT (or HX) | Other ___ | |

**☐ Magnesium**
**83735**

| ___ Diabetes | ___ MI (Acute/Subacute) | ___ Renal Failure | ___ N / V |
| ___ Acidosis | ___ Cardiac Dysrhythmia | ___ Altered LOC | ___ ABN EKG |
| ___ Delirium | ___ CHF | ___ ABN Blood Chemistry | ___ Syncope |
| ___ Alcohol Abuse | ___ Hypotension | Other ___ | |

**☐ Calcium**
**82330**

| ___ Septicemia | ___ Renal Failure | ___ On Dialysis |
| ___ Hyper/Hypo Calcemia | ___ Fatigue | ___ ABN EKG |
| ___ Pancreatitis | ___ N / V | Other ___ |

**☐ Urine Culture**
**87088**

| ___ Septicemia | ___ UTI | ___ Renal Colic | ___ Bacteremia |
| ___ Renal Failure | ___ Backache | ___ Abdominal Pain | |
| ___ Calculus Kidney/Ureter | ___ Fever | Other ___ | |

**☐ Drug Screen, Qual**
**80101**

| ___ Acidosis | ___ Altered LOC | ___ Coma |
| ___ Drug Dependence | ___ Poisoning by Unspecified Drug | |
| ___ Epilepsy | | Other ___ |

**☐ Sedimentation Rate**
**85652**

| ___ MI (Acute/Subacute) | ___ Loss of Weight | |
| ___ Joint Pain | ___ Headache | |
| ___ Myalgia | ___ Rheumatoid Arthritis | Other ___ |

Physician Signature: _____     Date: _____

Patient Label




BAYLESS, RAEANN M     08/15/03
WF   38

**PARRISH MEDICAL CENTER**
Titusville, Florida 32796

REV. 07/03     FORM E708

COL-RBAYLESS-PARISH-000342

# EMERGENCY DEPARTMENT CARE RECORD
## TRIAGE & FAST TRACK RECORD

**PARISH MEDICAL CENTER**

ENTRY DATE/TIME: 8/15/03 1530  LEVEL: A B C  TRIAGED TO: ED / FAST TRACK
PATIENT NAME: BAYLESS, RAEANN M  PHYSICIAN: UNKNOWN

**MODE OF ARRIVAL:** X AMBULATORY  — W/C  — EMS
**ACCOMPANIED BY:** X SELF — SIG. OTHER — LAW ENFORCEMENT — OTHER

EMS Tx ON ARRIVAL: N/A  NOTIFIED: N/A
— C-COLLAR — BACKBOARD
— O2 VIA — NC — ET — COMBI
— SPLINT
— IV:
— FLUIDS — NS — LR — OTHER
— MONITOR/RHYTHM

— LAW ENFORCEMENT
— DEPT OF CHILD & FAM.

PRIOR TREATMENT:

VISUAL ACUITY N/A
OD 20/20  OS 20/20  OU 20/20
TETANUS: — <5 — 5-10 — >10  LMP 8/11/03  WEIGHT 75 Kg/lbs.
IMMUNIZATIONS: <16 YRS  HEIGHT 5'10"
CURRENT — YES — NO  UNKNOWN
HEAD CIRCUMFERENCE: <18 MOS ___ inches
NUTRITION: Unexplained Wt Loss >10# (3 mos) — YES / NO
FUNCTIONAL: Recent difficulty ambulating — YES / NO
INFECTION: Infectious Disease Exposure — YES / NO
☐ Education  Handout: ___ Learner: ___
MEDICATIONS: Rx / STREET / HERBAL
Denies

| VITAL SIGNS | T | P | R | B/P | O2 SAT. | LOCATION PAIN SCALE 0-10 |
|---|---|---|---|---|---|---|
| TRIAGE DATE/TIME 08/15/03 1535 | 98² | 68 | 18 | 124/40 | 100% | 4/10 |
| TIME | | | | | | |

CHIEF COMPLAINT/DURATION:
POSS EYE INFECTION  (L) eye x 3 days
SENT BY HEALTH DEPT

PERTINENT MEDICAL Hx: Denies

DRUG ALLERGIES: NKDA

FOOD ALLERGIES: NONE
LATEX ALLERGY: — YES — NO

**DOMESTIC VIOLENCE**
1. Do you feel safe at home? YES — NO
2. Have you been hit, slapped, kicked, or otherwise physically hurt by someone? — YES — NO
3. Have you been threatened? — YES — NO
TO ROOM: C-6  SIGNATURE ___ PN
Time 1600 AM/PM

**NURSE ASSESSMENT/MINOR CARE**

| TIME | TEMP | PULSE | RESP. | B/P |
|---|---|---|---|---|

1600 Received pt ambulatory to C-6 pt c/o pos eye infection Lt eye x 3 days Sent by Health Dept md 1741 D/C home ambulatory c Rx, Herbal + written instruction given, pt states understanding md

NURSE'S SIGNATURE: M. Donaldson RN INT. ___

Page 1 of 3

ADDRESSOGRAPH
BAYLESS, RAEANN M  08/15/03  WF 38

WHITE - MEDICAL RECORDS  YELLOW - PHYSICIAN  PINK - DEPARTMENT COPY

REV. 02/03  FORM E522-1

COL-RBAYLESS-PARISH-000343



**EMERGENCY DEPARTMENT CARE RECORD**
**PRIMARY NURSING ASSESSMENT**

### TRAUMA - LOCATION - APPEARANCE

Abrasion
Avulsion
Contusion
Deformity
Edema
Laceration
Puncture Wound
Burn
Decubitus
Suspected Abuse: ☐ Yes ☐ No
Comments: _____

*Lt eye* ? *infected*

Front   Back

**1. EYE OPENING**
Spontaneous (4)
To Voice -3
To Pain -2
None -1

**2. VERBAL RESPONSE**
Oriented (5)
Confused -4
Inappropriate -3
Incomprehensible -2
None -1

**3. MOTOR RESPONSE**
Obedient (6)
Purposeful -5
Withdrawal -4
Flexion -3
Extension -2
None -1

TOTAL / 15   ☐ T/O x 3   ☐ Unresponsive

**MOTOR ABILITY STRENGTH**
| | STRONG | WEAK | NONE |
|---|---|---|---|
| RA | ✓ | | |
| LA | ✓ | | |
| RL | ✓ | | |
| LL | ✓ | | |

**PUPIL CHECKS**
| | SIZE | BRISK | SLOW | NONE |
|---|---|---|---|---|
| O.S. | 3 | ✓ | | |
| O.D. | 3 | ✓ | | |

URIN.: ☐ Frequency___ ☐ Urgency___ ☐ Retention___
☐ Hematuria___ ☐ Pain with voiding ☐ Burning with voiding
O.B./GYN: Vaginal Discharge: ___
G___ P___ AB___ FHT___

☑ Normal ☐ Abnormal ☐ Dyspneic ☐ Tachypneic ☐ Apneic
☐ Cough ☐ Retracting ☐ Non-productive  Productive of ___
Breath Sounds: Clear___ Rales___ Rhonchi___
Wheezing___ Diminished___ Absent___
O₂ SAT. ___% ☐ O₂ @ ___L/MN Via___

Edema: ☐ Absent ☐ Present ☐ Location___
☐ Monitor ☐ Rhythm___
☐ Location PEDAL FEMORAL BRACHIAL RADIAL
| | | | | | S - Strong |
|---|---|---|---|---|---|
| Right | | | | | W - Weak |
| Left | | | | | D - Doppler |
| | | | | | A - Absent |

Side Rails: ☑ Up ☐ One ☐ Two   Bed: ☐ High ☐ Low
☐ Sitting in Chair   ☑ Name band applied

☑ Appropriate ☐ Anxious ☐ Depressed ☐ Agitated
Affect: ☐ Flat ☑ Expressive
Hallucinations: ☐ Visual ☐ Auditory

☑ Soft ☐ Rigid ☐ Distended ☐ Guarding ☐ Rebounding ☐ Nausea
☐ Last BM___ ☐ Emesis X___ / 24 hrs. Color: ___
☐ Diarrhea X___ / 24 hrs. Color: ___
Bowel Sounds: ☑ Present ☐ Absent
AREA OF PAIN  Right  Left

Inj. / Def:___
Tenderness: ☐ Point___
Pain: ☐ Sharp ☐ Dull ☐ Other___
Skin: ☑ Warm ☐ Hot ☐ Cool ☐ Cold ☑ Pink ☐ Cyanotic
Sensory: Numbness: ☐ Yes ☐ No  Tingling: ☐ Yes ☐ No
Pulse / Cap Refill:___
Motor Function:___

| TIME | IV'S SIZE / SITE | FLUIDS | INT. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| TIME/INT. | MEDICATION | DOSE | ROUTE | SITE | RESULTS | TIME/INT. | MEDICATION | DOSE | ROUTE | SITE | RESULTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

ADDRESSOGRAPH

BAYLESS, RAEANN M   08/15/03
WF  38

Page 2 of 3

REV. 8/01   FORM E522-2



**PARRISH**
MEDICAL CENTER

# EMERGENCY DEPARTMENT CARE RECORD
## NURSES NOTES

| TIME | NURSES NOTES |
|------|--------------|
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |
|      |              |

CATHETER DC:   Intact: ☐ Yes  ☐ No
Infiltration: ☐ Yes  ☐ No     Phlebitis: ☐ Yes  ☐ No

| INTAKE | | OUTPUT | | |
|--------|--|--------|--|--|
| IV | PO | URINE | NG/EMESIS | FECAL |
|  |  |  |  |  |
|  |  |  |  |  |

| VITAL SIGNS: | T | P | R | B/P | O2 SAT | Pain Scale 0-10 |
|--------------|---|---|---|-----|--------|-----------------|
| TIME |  |  |  |  |  |  |
| TIME |  |  |  |  |  |  |

Brochures / Handouts / Videos given: _____

Report Call To: _____ Nsg Unit _____ Bed _____
Transport To: ☐ Nsg Unit  ☐ Other
Family / Friend Notified: ☐ Yes  ☐ No
Transported Via: ☐ Stretcher ☐ W/C ☐ Hosp. Bed ☐ Amb ☐ Helicopter
Accompanied By: ☐ Nurse  ☐ ED Tech  ☐ R.T.  ☐ Other
Equipment Used: ☐ Monitor  ☐ O 2  ☐ Other
Documentation Sent: ☐ X-Ray  ☐ Medical Records

DISPOSITION ACUITY
   I     II     III     IV     V

DISPOSITION OF CLOTHING /VALUABLES

☐ Dress       ☐ Shirt       ☐ Shoes         ☐ Jewelry
☐ Glasses     ☐ Canes       ☐ Denture       ☐ Pants
☐ Undergarment ☐ Safe       ☐ With patient  ☐ With family

SIGNATURE _____  DATE /TIME _____

**Educational Assessment**
Able to read? ☐ Yes  ☐ No
Barriers? ☐ Language  ☐ Vision  ☐ Hearing  ☐ None  ☐ Other
Significant Other Involved? ☐ Yes  ☐ No

| Date | Nutrition | Status reasons for dietary changes |
|------|-----------|-----------------------------------|
|  | 1. | ☐ Yes  ☐ No |
|  | 2. | ☐ Yes  ☐ No |

| Date | Medication | Able to state purpose or action |
|------|-----------|-----------------------------------|
|  | 1. | ☐ Yes  ☐ No |
|  | 2. | ☐ Yes  ☐ No |

**Discharge Plan**
Selfcare            ☐ Yes  ☐ No
Requires Assistance ☐ Yes  ☐ No

| Signature | Title | Initials |
|-----------|-------|----------|
|  |  |  |
|  |  |  |
|  |  |  |

☐ AMA   ☐ Discharge   ☐ LWOE   ☐ LWMA   ☐ Morgue
Admitted / Referred to Physician: _____
Comments: _____

ADDRESSOGRAPH

BAYLESS, RAEANN M    08/15/03
WF  38

WHITE - MEDICAL RECORDS     YELLOW - PHYSICIAN     PINK - DEPARTMENT COPY

REV. 8/01    FORM  E522-3

COL-RBAYLESS-PARISH-000345



**PARRISH**
MEDICAL CENTER

**EMERGENCY DEPT PHYSICIAN HISTORY & PHYSICAL**
**General Adult**

NAME _____  Room _____

All elements not circled/struck/checked/annotated - were not pertinent

| | |
|---|---|
| Chief complaint: ① Eyelid c̄ redness & swelling | Time seen by physician 1705 |
| | Age 38 |
| | Sex F |

☐ Symptom/Location

☐ Severity/ Radiation

☐ Modifying Factors

☐ Context/Mechanism of Injury

☐ Quality

☐ Duration

☑ Timing  2-3 days          Pain Severity - 1 - 2 - 3 - 4 - 5 - 6 - 7 - 8 - 9 - 10 (Circle One)

☐ Associated Signs & Sx          ☐ EMS Direction

**REVIEW OF SYSTEMS**

☐ All systems negative except as noted
☐ Unable to fully assess due to:
( ) altered LOC   ( ) patient condition   ( ) other

| | |
|---|---|
| sore throat   nosebleeds   rhinorrhea | hoarse   throat swelling   hearing loss |

☑ All normal   –celie-nego-fve-  (no problem)

| | | |
|---|---|---|
| chest pain | rapid ht beat | LE edema |
| palpitations | slow ht beat | orthopnea |

| | | |
|---|---|---|
| fever | chills | high BP |
| weight loss | dizzy | weak |

| | | |
|---|---|---|
| SOB | prod. cough | DOE |
| pleuritic CP | nonprod. cough | PND |
| hemoptysis | | |

| | | |
|---|---|---|
| (redness) | discharge | visual loss |
| pain | blurred | vision change |

| | | |
|---|---|---|
| nausea | diarrhea | pain |
| vomiting | constipation | bloating |
| melena | | |

| | | |
|---|---|---|
| dysuria | discharge | dyspareunia |
| frequency | irreg menses | flank pain |
| hematuria | | |

| | | |
|---|---|---|
| myalgias | neck/back pain | redness |
| arthralgias | inflammation | heat |

| | | |
|---|---|---|
| rash | bruising | contusions |
| swelling | lacerations | abrasions |

| | | |
|---|---|---|
| headache | numbness | change funct |
| weakness | change LOC | paresthesias |
| change speech | | |

| | | |
|---|---|---|
| change MS | agitation | suicidal |
| confusion | depression | hostile |

| | | |
|---|---|---|
| fatigue | polyuria | hair change |
| weakness | polydipsia | heat tolerance |

| | |
|---|---|
| bleeding | nodes |
| bruising | petechia |

| | |
|---|---|
| rhinorrhea | atopic dermat. |
| asthma | snoozing |

**PAST MEDICAL HISTORY**

| | | | |
|---|---|---|---|
| DM | HBP | CAD | GI Bleed |
| CVA | CA | Recent Surgery | |

Tetanus  8/11/03

LMP ___ G ___ P ___  Contraception ___

**FAMILY HISTORY**

| | | |
|---|---|---|
| DM | HBP | CA |
| CAD | CVA | |

**SOCIAL**

| | |
|---|---|
| Tobacco | Marital Status (S) |
| ETOH   Sub Abuse   Lives Alone | |
| OCC | |

**ALLERGIES & MEDS**

☐ See Nurses Notes.  NKA

☐ See Nurses Notes.  Ø

**DIAGNOSTIC**

| Lab | |
|---|---|
| ☐ CBC | ☐ CHEM |
| ☐ UA | ☐ Cardiac markers |
| ☐ HCG | ☐ ABG |
| ☐ Amylase/Lipase | ☐ ETOH/UDS |
| ☐ PT/PTT | ☐ Culture |
| ☐ ESR | |
| ☐ Review old charts | |
| ☐ Consultation   Dr. ___   Time Called ___   Time answered ___   Time arrived ___ | |

| X-Ray | |
|---|---|
| ☐ | |
| ☐ | |
| ☐ | |

| EKG |
|---|
| ☐ 12 Lead   ☐ Rhythm Strip |
| Rate ___ |
| Axis ___  Intervals ___ |
| Interpreted By: |
| ☐ Pulse Oximetry ___% |
| Interpretation  ☐ Normal   ☐ Hypoxic |

Signature: _____

Page 1 of 2

ADDRESSOGRAPH

BAYLESS, RAEANN M   08/15/03
WF   38

WHITE - MEDICAL RECORDS   YELLOW - PHYSICIAN BILLING   PINK - PHYSICIAN
COL-RBAYLESS-PARISH-000346

REV. 8/01   FORM E700-1



**PARRISH**
MEDICAL CENTER

## EMERGENCY DEPT PHYSICIAN HISTORY PHYSICAL
### General Adult

NAME _____  All elements not circled/struck/checked/annotated - were not pertinent  Room _____

Level 2, 3 – 2 to 4 body areas / organ systems   Level 4 – 5 to 7 body areas / organ systems   Level 5 – 8 or more organ systems

### Physical Examination

☐ Physical Examination incomplete due to critical condition of patient.

☑ Normal   Circle positives and provide additional documentation

**CONS**
- ☑ Vital signs per nurses notes
- ☑ Well developed, well nourished
- ☑ No acute pain/distress
- ☐ Odor ETOH ......................... more below ☐

**PSYC**
- ☐ Alert and oriented to TPP
- ☑ No abnormalities of mood or affect
- ☐ Memory (recent and remote) intact ......... more below ☐

**EYES**
- ☑ PERRL
- ☐ Conjunctiva and lids normal
- ☐ Fundi and discs normal
- ☑ EOM normal ......................... more below ☑

**ENT**
- ☐ Otoscopic exam of external canal and TMs normal
- ☐ Nasal mucosa, turbinates, and septum normal
- ☐ Mouth, tongue, and pharynx normal
- ☑ Pharynx without edema, exudate, or injection ...... more below ☐

**NECK**
- ☑ Neck supple
- ☐ No JVD
- ☐ No thyromegaly
- ☐ No bruits

  **CHEST**
  - ☐ No masses or tenderness
  - ☐ Breasts symmetric
  - ☐ No discharge ......................... more below ☐

**RESP**
- ☑ Normal respiratory effort and excursion
- ☑ No rales, rhonchi or wheezes
- ☐ Normal to percussion
- ☑ Equal air entry ......................... more below ☐

**CV**
- ☑ Normal PMI with no thrills, HSR
- ☑ No murmurs or gallops
- ☐ Normal carotids   ☐ normal abd aorta   ☐ normal femorals   ☐ normal pedals
- ☐ No edema or varicosities
- ☑ Normal capillary refill
- ☑ Distal pulses present ......................... more below ☐

**NEURO**
- ☐ Normal speech
- ☑ CN II-XII intact
- ☐ DTRs normal, no pathologic reflexes
- ☐ Normal motor and sensory function ...... more below ☐

- ☐ No masses, tenderness, rebound or guarding
- ☐ Normal liver, spleen, kidney
- **GI** ☐ No hernia
- ☐ Rectal, not indicated  ☐ rectal normal  ☐ hemoccult negative
- ☐ Normal bowel sounds ......................... more below ☐

**GU**
- ☐ No masses, tenderness or adenopathy
- ☐ Genitalia normal to inspection
- ☐ Genitalia normal to palpation
- ☐ Normal cervix   Normal bimanual ☐ bladder ☐ uterus ☐ adnexa ☐ ...... more below ☐

**LYMPH**
- ☑ No adenopathy of neck
- ☐ No adenopathy of axillae
- ☐ No adenopathy of groin
- ☐ No adenopathy other ......................... more below ☐

**MS**
- ☑ Normal gait and station   ☐ No ligamentous injury
- ☐ Normal digits and nails   ☐ Normal to palpation
- ☐ No tendon injury   ☐ Normal strength/tone
- ☐ Proximal and distal joint normal  ☑ Neurovascular status intact
- ☐ No F.B. noted ......................... more below ☐

**SKIN**
- ☐ Normal to inspection
- ☐ Normal to palpation ......................... more below ☑

- ☐ Glascow Coma Scale
- Initial _____ Repeat _____

### Procedures
☐ Laceration  Length _____ cm.   Layered Y/N

☐ _____

☐ _____

### CRITICAL CARE MUST BE TIME DOCUMENTED

☐ CRITICAL CARE TIME BELOW DOES NOT INCLUDE TIME FOR SEPARATELY BILLED PROCEDURES.

CRITICAL CARE   Time _____   30-74 minutes ☐   75-105 minutes ☐

Additional documentation

*[handwritten]* Inflammation of eye lid. OD FB, corneal abrasion, O conjucti'vn's. O erosions, O conjucti'vn's. O ulcerization fluoroscene. O slit lamp done. EOM intact. Lid eversion O. steye

Documentation of Medical Decision Making process, including differential diagnoses, nature and severity of problems, risk of morbidity and other factors.

Initial Impression/Differential Diagnoses

Additional history, exam, reassessments

Primary Diagnosis   *[handwritten]* Blepharitis
Secondary Diagnosis

Secondary Diagnosis

Condition   Disposition

☑ Stable ☐ Improved   ☑ Disch. ☐ Admit ☐ AMA ☐ Transfer ☐ Exp.   Location

*[handwritten]* Nazari

see D/C instructions ☐

D/C Instruction/Sheet # _____

Chart complete when checked   Signature: _____   ☐ NOTE DICTATED

ADDRESSOGRAPH   *[handwritten]* 1142   Page 2 of 2

---

BAYLESS, RAEANN M   08/15/03
WF   38

WHITE - MEDICAL RECORDS   YELLOW - PHYSICIAN BILLING   PINK - PHYSICIAN   REV. 8/01   FORM E700-2
COL-RBAYLESS-PARISH-000347

## Parrish Medical Center

## SARS ASSESSMENT FORM

|  | Circle One | |
|---|---|---|
| 1. Have you had close contact to a person with SARS, Severe Acute Respiratory Syndrome, in the last 10 days? | YES | **NO** |
| 2. Have you had an unexplained fever on 100.4 F or higher in the last 10 days? | YES | **NO** |
| 3. Have you had a respiratory illness since February 1, 2003 with dry cough and shortness of breath in the last 10 days? | YES | **NO** |
| 4. Have you traveled to China, Hong Kong, Vietnam, or Toronto, Canada since February 1, 2003? | YES | **NO** |
| Travel there by:   Plane ☐     Boat ☐ | | |

**POSITIVE SCREEN:** A 'YES' answer to question 1 or to questions 2,3, **and 4** above is a positive screen.

**NOTIFICATION FOR POSITIVE SCREENS**
Notify the physician:
- Direct Admits, Pre-Admits - Notify the Admitting Physician
- ER Patients - Notify the ER Physician

The patient will be required to wear a mask until placed in an Isolation Room.

BAYLESS,RAEANN M    08/15/03
WF    38

REV. 4/03    FORM  E707

COL-RBAYLESS-PARISH-000348

JE-007 Page 349 of 364

**Parrish Medical Center**

TUBERCULOSIS SCREENING FORM

| | Circle | |
|---|---|---|
| 1. Have you ever had TB or been exposed to anyone with TB? | YES | (NO) |
| 2. Do you have a cough lasting more than 3 weeks that produces phlegm, sputum, or blood? | YES | (NO) |
| 3. Do you have night sweats that cause sheet drenching? | YES | (NO) |
| 4. Have you had unexplained weight loss of 10lbs. or more within the last 3 months? | YES | (NO) |

## NOTIFICATION FOR POSITIVE SCREENS

POSITIVE SCREEN: A 'YES' answer to 3 out of 4 of the above questions is a positive screen.
Notify the physician:
  • Direct Admits, Pre-Admits - Notify the Admitting Physician
  • ER Patients - Notify the ER Physician

The patient will be required to wear a mask until placed in an Isolation Room.

BAYLESS, RAEANN M    08/15/03
         WF   38

REV. 3/03    FORM  E705

COL-RBAYLESS-PARISH-000349

**PARRISH**
MEDICAL CENTER

North Brevard County Hospital District
operating
**PARRISH MEDICAL CENTER**
951 N. Washington Avenue
Titusville, Florida 32796 • (321) 268-6111
**EMERGENCY DEPARTMENT AFTERCARE INSTRUCTIONS**

S. Schwartz, D.O.      G. Betton, M.D.      J. Perez, M.D.      O. Vallejo, M.D.
DEA #AS 2213142      DEA #BB 0511089      DEA #AP 6725999      DEA #BV 4129993
L. Quintero, M.D.      L. Conley, M.D.      E. French, A.R.N.P.   J. Housel, A.R.N.P.
DEA #AQ 9458717      DEA #BC 3925774      ARNP3200472      RN 59604-2
D. Johnson, M.D.  F. Garcia, M.D.   M. Steinko, M.D.  M. Simkins, P.A.C. K. Siddiqui, M.D.
DEA #BJ 6637334  DEA #AG 2556075  DEA #AS 3056062      PAX 3489      DEA#B34593528

STAMP ADDRESSOGRAPH BELOW

PAYLESS BABANN M      08/15/03
WP   38

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PRESCRIPTION** ☐ If None Check This Box

**MEDICINES PRESCRIBED**

Patient
Address

| Name / Strength | Schedule / Duration | Number |
|---|---|---|
| 1. Erythromyacin Opth. Ointment | apply to lid unailyins | S |
| 2.      TT-W # 3. 5V0 | | |
| 3. | | |

Refill   Rx #1 ___ times      Rx #2 _____ times      Rx #3 _____ times

Dispense as Written
SIGNATURE _____

May Substitute
SIGNATURE _____

| GENERAL / ADULT | | PEDIATRIC | ORTHOPEDIC | TRAUMA |
|---|---|---|---|---|
| ☐ Abdominal Pain | ☐ Vaginal Bleeding | ☐ Diarrhea/Vomiting | ☐ Low Back | ☐ Laceration |
| ☐ UTI | ☐ Headache | ☐ Fever | ☐ Ankle Sprain | ☐ Tetanus |
| ☐ Chest Pain | ☐ STD | ☐ Head Injury | ☐ Knee Sprain | ☐ Abrasion |
| ☐ Head Injury | ☐ Hypertension | ☐ Otitis Media | ☐ Cervical Strain | ☐ Contusion |
| ☐ Asthma | ☐ Hives | ☐ Pharyngitis | ☐ Muscle Strain | ☐ Animal Bite |
| ☐ Threatened Abortion | ☐ Pharyngitis | ☐ U.R.I. | | ☐ Corneal Abrasion |
| ☐ Bronchitis | ☐ U.R.I. | ☐ Febrile Seizures | | ☐ Splint Precaution |
| ☐ Diabetes | ☐ Viral Syndrome | ☐ Viral Illness | | ☐ Burn Care |
| ☐ Other Blephanitis | ☐ Toothache ☐ Nose Bleed ☐ PID ☐ Kidney Stone ☐ Allergic Reaction ☐ Insect Bite ☐ Pain Medication | ☐ Croup | | ☐ Wound Care (general) |

**GENERAL INSTRUCTIONS**

*Health Insurance If you participate in a health organization (HMO) be sure to notify your primary care provider after your Emergency Department visit.
If you do not know the type of insurance you have or are unclear who your primary provider is, please call your insurance company for that information.
FAILURE TO DO SO MAY AFFECT YOUR BENEFITS. They may require that you see a specialist participating in your insurance plan.

☐ Follow-up with Dr. Nazari in 3 days. Telephone #: 269-3752

☐ Please contact your doctor for instructions on how to obtain X-rays/Labs done in the Emergency Department. He/she may request that you bring them with you when you go for your follow-up appointment.

☐ X-ray Interpretation The interpretation of your x-rays as given to you by the Emergency Department physician is only a preliminary report. The radiologist reviews these films and if there is a change in the x-ray interpretation or care, you and/or your physician will be notified. If your symptoms continue or worsen, contact your physician since fractures and/or illness fail to show up on the initial x-ray films.

☐ Culture Results/Lab Results You will be notified of your culture/lab results if additional treatment is required.

☐ Suture Removal/Wound Care Return to the Emergency Department in/on _____ day(s) for wound care/suture antibiotics.

☐ Medication The medication prescribed may cause drowsiness, impaired judgement and should not be used with alcohol. Also avoid dangerous activities (driving, using machinery or ladders etc.) while taking this medication.

☐ Other Warm compresses baby shampoo to cleanse

**PLEASE READ**

I hereby acknowledge receipt of the instructions indicated above. I understand that I have had emergency treatment only and that I may be released before all my medical problems are known and treated. Emergency medical care is not intended to be a substitute for complete medical care. Your Emergency Department diagnosis is preliminary and may change after complete medical care is received. I will arrange for follow-up care as indicated above. I understand that if my condition worsens or new symptoms appear I shall contact my physician immediately. If unable to reach my private physician I understand that I should return promptly to the Emergency Department. I hereby authorize Medical Records to release my records to the Referral Physician.

Patient verbalizes understanding ☑ Yes   ☐ No      Patient Education Provided / Copy of Instructions given ☑ Yes   ☐ No

X/PATIENT / RESPONSIBLE PERSON'S SIGNATURE      INSTRUCTED BY PHYSICIAN / NURSING STAFF   8 15-03   1739
                                                                                               DATE      TIME

**WORK · SCHOOL STATEMENT      MUST BE REEVALUATED BY REFERRAL PHYSICIAN IF ADDITIONAL TIME OFF NEEDED.**

PATIENT NAME: _____   was seen by Dr. _____   at _____ on __/__/__

☐ May return to work/school without restrictions.      ☐ Other: _____

☐ May return to restricted duties for ____ days.

Restrictions: _____      ☐ No athletics/physical education: ____ days.
                                    ☐ Must be reevaluated by family/occupational physician before returning

☐ Will require time off work/school. Estimated time: ____ days.      _____ to work/school.
                                                                              M.D./D.O.

P-523   GP  10/00      White - Patient      COL-RBA Yellow - Medical Records      Pink - Physician

# CONDITION OF ADMISSIONS

Pg. 1 of 2

### CONSENT FOR MEDICAL AND SURGICAL PROCEDURES

The undersigned consents to procedures that may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, which may include but are not limited to laboratory procedures, x-ray examinations, medical or surgical treatment or procedures, anesthesia, or hospital services rendered the patient under the general and special instructions of the patient's physician or surgeon.

### NURSING CARE

This hospital provides only general duty nursing care unless, upon orders of the patient's physician, the patient is provided more intensive nursing care. If the patient's condition is such as to need the service of a special duty nurse, it is agreed that such must be arranged by the patient or his/her legal representative. The hospital shall in no way be responsible for failure to provide same and is hereby released from any and all liability arising from the fact that said patient is not provided with such additional care.

### LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIAN

All physicians and surgeons furnishing services to the patient e.g. emergency room physician, radiologist, pathologist, anesthesiologist are independent contractors and are not employees or agents of the hospital. The patient is under the care and supervision of his/her attending physician and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. It is the responsibility of the patient's physician or surgeon to obtain the patient's informed consent, when required, to medical and surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered to the patient under the general and special instructions of the physician.

### RELEASE OF PROTECTED HEALTH INFORMATION

PMC, its business associates, and any other healthcare provider involved in the patient's care may have access to the patient's record for treatment, normal healthcare operations or for securing payment for services rendered. The information to be released include all information in the patient's record including, HIV testing and test results, psychiatric treatment, and treatment for alcohol or drug abuse. For a more detailed description of uses and disclosures for treatment, payment, or healthcare operations, please review the PMC Notice of Privacy Practices. You have the right to review the Notice of Privacy Practices prior to signing this consent.

### FINANCIAL AGREEMENT

The undersigned agrees, whether he/she signs as an agent or as a patient, that in consideration of the services to be rendered to the patient, he/she hereby individually obligates himself/herself to pay the account of the hospital in accordance with the regular rates and terms of the hospital. Should the account be referred to an attorney or collection agency for collection, the undersigned shall pay actual attorneys' fees and collection expenses. Self pay balances and certain other circumstances e.g. auto accidents, worker's compensation, may result in a lien filed in the county in which the patient/ guarantor resides.

### ASSIGNMENT OF INSURANCE BENEFITS

A. The undersigned authorizes, whether he/she signs as an agent or as a patient, direct payment to the hospital of any insurance benefits otherwise payable to or on behalf of the patient for this hospitalization or for these outpatient services, including emergency services rendered, at a rate not to exceed the hospital's actual charges. It is agreed that payment of any and all obligations under a policy to the extent of such payment. It is understood by the undersigned that he/she is financially responsible for charges not paid pursuant to this assignment.

B. The undersigned authorizes assignment of insurance benefits to any involved physician(s), including but not limited to radiologists, cardiologists, pathologists, anesthesiologists, emergency room physicians.

C. Section 817.234 Florida Statutes stipulates that "any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing false, incomplete or misleading information is guilty of a felony in the third degree".

### PERSONAL VALUABLES

It is understood and agreed that the hospital maintains a safe for safekeeping of money and valuables. The hospital shall not be liable for the loss or damage to any article unless deposited with the hospital for safekeeping. The liability of the hospital for loss of any personal property, which is deposited for safekeeping, is limited to five hundred dollars ($500.00) unless a receipt for a greater amount has been obtained from the hospital by the patient.

BAYLESS, RABANN M      08/15/03
WF   38

North Brevard County Hospital District
dba
**PARRISH MEDICAL CENTER**
951 N. Washington Avenue
Titusville, FL 32796

**REV. 6/03      FORM E526-1**

COL-RBAYLESS-PARISH-000351

Pg. 2 of 2

**ASSIGNMENT OF MEDICARE BENEFITS (Medicare patients only)**
The undersigned certifies that the information given when applying for payment under Title XVIII of the Social Security Act is correct. The holder of medical and other information about the patient may release to the Social Security Administration or its intermediaries or carriers of information any information needed for this or related Medicare claim. Payment of authorized benefits may be made on the patient's behalf. Payment of benefits for physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment is also authorized. Applicable deductibles, co-payments and non-covered charges will be the responsibility of the undersigned.
**HEALTH CARE PLAN OBLIGATION**
A. The hospital maintains a list of health plans with which it has contracted. A list of such plans is available upon request from the financial office. The hospital has no contract, expressed or implied, with any plan that does not appear on the list. The undersigned agrees that he/she is individually obligated to pay the full charges of all services rendered to him/her by the hospital if he/she belongs to a plan, which does not appear on the above-mentioned list.
B. The undersigned certifies that he/she has read the foregoing, received a copy thereof (if requested), and is the patient, the patient's legal representative, or is duly authorized by the patient as the patient's general agent to execute the above and accept its terms.

**I ACKNOWLEDGE:**
*(Labor patients)*
This consent is effective for all prenatal care up to and including delivery.
*(All Patients)*
I have been offered today or on a prior visit a copy the PMC Notice of Privacy Practices. I understand that if I have questions I can contact the Facility Privacy Officer.

I have been asked and have provided information regarding my Medicare Secondary Payer Screening, which is applicable to my medical services covered by Medicare health care insurance.

The release of my demographic information and dates of service to Parrish Medical Center's institutionally related foundation to be used only for charitable and fundraising purposes in support of Parrish Medical Center.
*(Inpatient only)*
My religious preferences may be released to the local religious organizations.
*Your religious preferences will not be released if you initial here.* _____

I have been offered to maintain my inpatient admission status as "Confidential" or "Restricted". I understand that if placed in a restricted status I will not receive any calls through the hospital system; walk in visitors, including clergy, will not be provided my room number by hospital staff; delivery of mail, flowers, etc. will be returned. However, please be assured your care will not be compromised.
*You will be placed in an "restricted"/"confidential" status if you initial here.* _____

I have received and/or offered a copy of the Patient Bill of Rights and Advance Directive information.

I have received a copy of my rights as a Medicare and/or Tricare patient.

Date: _____    Time: _____ AM/PM

Signature: _____
(patient/ parent/ conservator/ guardian)

If signed by other than patient, indicate relationship: _____

Witness: _____

BAYLESS, RAEANN M    08/15/03
WF    38

North Brevard County Hospital District
dba
**PARRISH MEDICAL CENTER**
951 N. Washington Avenue
Titusville, FL 32796

**REV. 6/03    FORM E526-2**

COL-RBAYLESS-PARISH-000352

**MEDICAL RECORDS COPY**

**EMERGENCY/ OUTPATIENT AMBULATORY CARE UNIT RECORD**

North Brevard County Hospital District operating
**Parrish Medical Center**
Titusville, Florida 32796

| ACCOUNT NO. | FINANCIAL CLASS | TYPE | PT. LOCATION/SERVICE | ROOM & BED | SMOKER | VAL. | RACE | RELIGION | PREV. DISCHARGE DATE | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | N | | | | 12/16/9 | |

| DATE OF BIRTH | AGE | SEX | MAR. ST | PATIENT OCCUPATION | | | PREVIOUS NAME/OTHER NAME |
|---|---|---|---|---|---|---|---|
| | 36 | F | S | | | | |

| PATIENT NAME/ADDRESS | S.S NO. | PHONE NO. | 321-269-1854 | GUARANTOR/ADDRESS | S.S NO. | RELAT. TO PT. | SELF |
|---|---|---|---|---|---|---|---|

BAYLESS, RAEANN M
1754 POINCIANA CR,
TITUSVILLE FL   32796

GUARANTOR: BAYLESS, RAEANN M
1754 POINCIANA CR,
TITUSVILLE FL   32796
PHONE NO. 321-269-1854

| EMPLOYER | | GUAR. EMPLOYER | OTHER PHONE NO. | |
|---|---|---|---|---|

| PERSON TO NOTIFY/ADDRESS | RELAT. TO PT. | FAMILY OTHER | NEXT OF KIN/ADDRESS | RELAT. TO PT. |
|---|---|---|---|---|

BAYLESS, C B OR JOAN
1754 POINCIANA CR,
TITUSVILLE FL   32796
HOME PHONE 269-1854   WORK PHONE

| HOME PHONE | WORK PHONE |
|---|---|

PATIENT SELF DETERMINATION ACT
INFO GIVEN  N   LIVING WILL?  N   HEALTHCARE SURROGATE?  N   H.C.S NAME

| | H.C.S. HOME PHONE | H.C.S. BUSINESS PHONE |
|---|---|---|

HEALTHCARE SURROGATE ADDRESS, CITY, STATE, ZIP CODE

| ACCIDENT INFORMATION | REASON FOR VISIT |
|---|---|
| | L FLANK PAIN |

| ACCIDENT DATE/TIME | COMMENTS |
|---|---|
| | OV |

| ADMIT DATE/TIME | ER PHYSICIAN | | FAMILY PHYSICIAN | OTHER | USER |
|---|---|---|---|---|---|
| 06/15/2001 0131 | ER, PHYSICIAN *Vallejo* | | UNKNOWN | | PR ESQ |

**PHYSICIAN FINDINGS**

ASSESSMENT

DISPOSITION

| | CERTIFIED EMERGENCY |
|---|---|
| | ☐ YES   ☐ NO |

DIAGNOSIS
| | DX CODE |

REFERRED TO
Dr.

| PHYSICIAN SIGNATURE | CONDITION ON DISPOSITION |
|---|---|
| | Satisfactory  Good  Fair |
| | Poor  Critical  Deceased |

M.D./D.O.
COL-RBAYLESS-PARISH-000353

North Brevard County Hospital District
operating

**Parrish Medical Center**
Titusville, Florida 32796

**EMERGENCY DEPARTMENT PHYSICIAN ORDER SHEET**

ADDRESSOGRAPH

BAYLESS, RAEAHN H

BAYLESS, RAEAHN H

MF  36   ERP/U
            MJH  06/15/01  SP

Patient Name: _____

| TEST | RESULTS / INTERPRETATION | TEST | RESULTS / INTERPRETATION | TEST | RESULTS / INTERPRETATION |
|------|--------------------------|------|--------------------------|------|--------------------------|
| Old Record | | BC  I / II / ARDS | | Hip / Pelvis | |
| Monitor Rhythm | | Preg.  S / U | | Facial / Nasal | |
| Pulse Ox | | Quant.  HcG | | Ribs | |
| O₂ | | UA / UA C/S | 3-5 gram | Foot / Ankle | |
| ACCcheck | | C & S | chsts | Knee | |
| CBC  WBC \| Hgb | | Beta-strep | | Shoulder | |
| Platelets | | Type & Screen | 3-5 wbc | Wrist / Hand | |
| BMP  Na K  Bun  Glu | | Type & RH | 1 + pad | Fingers | |
| Cl  CO₂ Creat Mg | | T & C - PC | | | |
| CMP  Bili  Ca Albu  Phos | | Drug Level | | IVP | |
| Prot AST ALB | | CARDIO | | CT | |
| MIMS  1 hr. | | EKG | | Brain | |
| MIMS  2 hr. | | ABG | | Abd / Pelvis | |
| Sed-Rate | | HHN | | | |
| ETOH | | X-RAY | | Sonogram | |
| Amylase/Lipase | | CXR / Port / PA | | OB | |
| HEPF | | ABD | | Pelvic | |
| PT  PTT  COAG A | | Acute ABD | | GB | |
| Drug Screen | | C-Spn  Port/AP-Lat | | | |
| Thyroid Profile | | LS Spine | neg. | | |

**NARRATIVE / DECISION-MAKING**

☐ RECORD REVIEWED

☐ EKG INTERPRETATION - COMPARISON

M.D. Initials

**PHYSICIAN'S ORDERS**

ORDERS

_Ibuprofen 800 PO_

_Ticondin 5mg_

Decision Making

Re-Examination

PROCEDURES

Response to Treatment

Diagnoses (PRINT)   _lumbar contusion_
_cystitis_

CRITICAL CARE:  ☐ 30-74 min.  ☐ 75-105 min.

Counseling

Consultation / Disposition

MLP Hx reviewed, MDM exam and procedures
performed by physician ☐

X_____
Physician's Signature

MEDICAL RECORDS 00354

GP Rev. 12/99   P-531

| DATE/TIME | LEVEL: A__ B.__ C | TRIAGED TO ED/ FAST TRACK | PATIENT NAME | PHYSICIAN |
|---|---|---|---|---|
| 6/15/01 0125 | | | Raeann Bayless | None 0330 |

**MODE OF ARRIVAL:**
- [X] AMBULATORY
- [ ] W/C
- [ ] EMS

**ACCOMPANIED BY:**
- [ ] SELF  [X] SIG. OTHER
- [ ] LAW ENFORCEMENT
- [ ] OTHER

**EMS Tx ON ARRIVAL:**
- [ ] C-COLLAR [ ] BACKBOARD
- [ ] O2 VIA __ NC __ ET __ COMBI
- [ ] SPLINT
- [ ] IV: _____
- [ ] FLUIDS __NS __LR __OTHER __
- [ ] MONITOR/RHYTHM _____

**NOTIFIED:**
- [ ] LAW ENFORCEMENT
- [ ] DEPT OF CHILD & FAM.

**VISUAL ACUITY**

OD_____ OS_____ OU_____

| TETANUS | LMP | WEIGHT |
|---|---|---|
| __<5 __5-10 __>10 | 5/29/01 | lbs.    Kgs. |

**IMMUNIZATIONS:** CURRENT __ YES __ NO __ UNKNOWN

**MEDICATIONS:** Rx / STREET / HERBAL

| VITAL SIGNS: | T | P | R | B/P | O₂ SAT. | LOCATION PAIN SCALE 0-10 |
|---|---|---|---|---|---|---|
| TIME 0126 | 98 | 88 | 16 | 129/77 | | 7/10 |
| TIME | | | | | | |

**CHIEF COMPLAINT:** C/o (L) back & (R) wrist pain. Falling backwards. Fall a fall/slip 30 min. ago. A&B3

**PERTINENT MEDICAL Hx:** none

**ALLERGIES:** NKDA

**DOMESTIC VIOLENCE**  N/A
1. Have you ever been emotionally or physically abused by someone important to you?  __ YES  __ NO
2. Have you ever been hit, slapped, kicked or otherwise physically hurt by someone?  __ YES  __ NO

TO ROOM: 10    SIGNATURE _____

Time 0128    AM / PM

## NURSE ASSESSMENT/MINOR CARE

| TIME | TEMP | PULSE | RESP. | B/P | |
|---|---|---|---|---|---|

| NURSE'S SIGNATURE | INT. |
|---|---|

**ADDRESSOGRAPH**

BAYLESS, RAEANN M

WF 36  ERP70
NON 06/15/01 SP

**NORTH BREVARD COUNTY HOSPITAL DISTRICT**
OPERATING
**PARRISH MEDICAL CENTER**
TITUSVILLE, FL 32796

**EMERGENCY DEPARTMENT**
**TRIAGE & FAST TRACK RECORD**

Page 1 of 3    Rev. 10/00   **P-522**

WHITE – MEDICAL RECORDS    YELLOW – PHYSICIAN    PINK – DEPARTMENT COPY

COPY BAYLESS-PARRISH 00055

# Primary Nursing Assessment

## TRAUMA - LOCATION - APPEARANCE

**TRAUMA** ☐ N/A

- Abrasion
- Avulsion
- Contusion
- Deformity
- Edema
- Laceration
- Puncture Wound
- Burn
- Decubitus

Front   Back

Suspected Abuse: ☐ Yes  ☐ No

Comments: _____

**NEURO** ☐ N/A

PUPIL SIZE: ●2  ●3  ●4  ●5  ●6  ●7  ●8  ●9

**1. EYE OPENING**
| | |
|---|---|
| Spontaneous | -4 |
| To Voice | -3 |
| To Pain | -2 |
| None | -1 |

**2. VERBAL RESPONSE**
| | |
|---|---|
| Oriented | -5 |
| Confused | -4 |
| Inappropriate | -3 |
| Incomprehensible | -2 |
| None | -1 |

**3. MOTOR RESPONSE**
| | |
|---|---|
| Obedient | -6 |
| Purposeful | -5 |
| Withdrawal | -4 |
| Flexion | -3 |
| Extension | -2 |
| None | -1 |

TOTAL: 15   ☐ A/O x ____  ☐ Unresponsive

**MOTOR ABILITY STRENGTH**
| | STRONG | WEAK | NONE |
|---|---|---|---|
| RA | | | |
| LA | | | |
| RL | | | |
| LL | | | |

**PUPIL CHECKS**
| | SIZE | BRISK | SLOW | NONE |
|---|---|---|---|---|
| O.S. | | | | |
| O.D. | | | | |

---

**RESPIRATORY** ☐ N/A

☐ Normal  ☐ Abnormal  ☐ Dyspneic  ☐ Tachypneic  ☐ Apneic
☐ Cough  ☐ Retracting  ☐ Non-productive  Productive of _____

Breath Sounds: Clear ____  Rales ____  Rhonchi ____
Wheezing ____  Diminished ____  Absent ____
O₂ SAT. ____ %  ☐ O₂ @ ____ L/MN  Via ____

**GENITO-URINARY** ☐ N/A

GENITO -:
URIN.: ☐ Frequency ____  ☐ Urgency ____  ☐ Retention ____
☐ Hematuria ____  ☐ Pain with voiding  ☐ Burning with voiding
O.B./GYN:  Vaginal Discharge: ____
G ____  P ____  AB ____  FHT ____

---

**CARDIAC** ☐ N/A

Edema: ☐ Absent  ☐ Present  ☐ Location ____
☐ Monitor  ☐ Rhythm ____
☐ Location  PEDAL  FEMORAL  BRACHIAL  RADIAL
| | | | | | S - Strong |
|---|---|---|---|---|---|
| Right | | | | | W - Weak |
| Left | | | | | D - Doppler |
| | | | | | A - Absent |

**SAFETY** ☐ N/A

Side Rails: ☐ Up  ☐ One  ☑ Two      Bed: ☐ High  ☑ Low
☐ Sitting in Chair                    ☐ Name band applied

---

**ABDOMEN** ☐ N/A

☑ Soft  ☐ Rigid  ☐ Distended  ☐ Guarding  ☐ Rebounding  ☐ Nausea
☐ Last BM ____  ☐ Emesis X ____ /24 hrs.  Color: ____
☐ Diarrhea X ____ /24 hrs.  Color: ____
Bowel Sounds:  ☐ Present   ☐ Absent

AREA OF PAIN
Right | Left

**PSYCHOSOCIAL** ☐ N/A

☐ Calm  ☐ Anxious  ☑ Appropriate  ☐ Inappropriate
☐ Depressed  ☐ Agitated

Affect: ☐ Flat  ☐ Expressive  ☐ Lethargic  ☐ LOC

Hallucinations:  ☐ Visual  ☐ Auditory
☐ Homicidal Ideation  ☐ Suicidal Ideation

---

**EXTREMITIES** ☐ N/A

Inj. / Def: ____
Tenderness: ☐ Point ____
Pain: ☐ Sharp  ☐ Dull  ☐ Other ____
Skin: ☑ Warm  ☐ Hot  ☐ Cool  ☐ Cold  ☑ Pink  ☐ Cyanotic
Sensory:  Numbness: ☐ Yes  ☐ No  Tingling: ☐ Yes  ☐ No
Pulse / Cap Refill: <2 sec
Motor Function: intact

**IV THERAPY**

| TIME | IV'S | SIZE / SITE | FLUIDS | INT. |
|---|---|---|---|---|
| | | | | |
| | | | | |

---

| TIME/INT. | MEDICATION | DOSE | ROUTE | SITE | RESULTS | TIME/INT. | MEDICATION | DOSE | ROUTE | SITE | RESULTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0234 | Ibuprofen | 800 | P.O. | | | | | | | | |
| 0232 | Vicodin | 1 | P.O. | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

---

ADDRESSOGRAPH

BAYLESS, RAEAHN H

WF 36  ERP/U
MON 06/15/01  SP

**North Brevard County Hospital District**
operating
**Parrish Medical Center**
Titusville, FL 32796

**Emergency Department Care Record**

Rev. 10/00   **P-522**

WHITE – MEDICAL RECORDS   YELLOW – PHYSICIAN   PINK – DEPARTMENT COPY

| TIME | NURSES NOTES |
|------|-------------|
| 0330 | *[handwritten nurses notes]* |

**CATHETER DC:** Intact: ☐ Yes ☐ No
Infiltration: ☐ Yes ☐ No   Phlebitis: ☐ Yes ☐ No

| INTAKE | | OUTPUT | | |
|--------|--|--------|--|--|
| IV | PO | URINE | NG/EMESIS | FECAL |
|  |  |  |  |  |

☐ N/A   I+O

| VITAL SIGNS: | T | P | R | B/P | O2 SAT | Pain Scale 0-10 |
|--------------|---|---|---|-----|--------|-----------------|
| TIME |  |  |  |  |  |  |
| TIME |  |  |  |  |  |  |

Brochures / Handouts / Videos given: Contusion

**Educational Assessment**
Able to Read? ☑ Yes ☐ No
Barriers? ☐ Language ☐ Vision ☐ Hearing ☑ None ☐ Other
Significant Other Involved? ☑ Yes ☐ No

| Date | Nutrition | States reasons for dietary changes |
|------|-----------|-----------------------------------|
|  | 1. | ☐ Yes ☐ No |
|  | 2. | ☐ Yes ☐ No |
| Date | Medication | Able to state purpose or action |
| 6/15/01 | Zofran | ☐ Yes ☐ No |
|  | Vicodin | ☑ Yes ☐ No |

| Signature | Title | Initials |
|-----------|-------|----------|
| *[signature]* | RN | *[initials]* |

**Report Call To:** _____ Nsg Unit _____ Bed _____
**Transport To:** ☐ Nsg Unit ☐ Other
**Family / Friend Notified:** ☐ Yes ☐ No
**Transported Via:** ☐ Stretcher ☑ w/c ☐ Hosp. Bed ☐ Amb ☐ Helicopter
**Accompanied By:** ☑ Nurse ☐ ED Tech ☐ R.T. ☐ Other
**Equipment Used:** ☐ Monitor ☐ O₂ ☐ Other
**Documentation Sent:** ☐ X-Ray ☑ Medical Records

**DISPOSITION ACUITY**
I    II    ⑪    IV    V

**DISPOSITION OF CLOTHING / VALUABLES**
☐ Dress   ☐ Shirt   ☐ Shoes   ☐ Jewelry
☐ Glasses   ☐ Canes   ☐ Denture   ☐ Pants
☐ Undergarment   ☐ Safe   ☐ With patient   ☐ With family

**DISPOSITION**
☐ AMA   ☑ Discharge   ☐ LWOE   ☐ LWMA   ☐ Morgue
Admitted / Referred to Physician: _____
Comments: _____

SIGNATURE *[signature]* RN   DATE / TIME 6/15/01   0330

ADDRESSOGRAPH

BAYLESS, RAEANN M
WF 36   ERP/U
MON 06/15/01 SP

**North Brevard County Hospital District**
operating
**Parrish Medical Center**
Titusville, FL 32796

**Emergency Department Care Record**

Page 3 of 3                Rev. 10/00   **P-522**
COL-BBAYLESS-PARISH-000357
WHITE – MEDICAL RECORDS    YELLOW – PHYSICIAN    PINK – DEPARTMENT COPY

**EMERGENCY DEPT. PHYSICIANS/NURSES HISTORY & PHYSICAL**

Patient's Name _____

PLEASE PRESS FIRMLY WITH A BALL POINT PEN

☐ Unable to fully assess due to: ☐ altered LOC ☐ Pt. Condition ☐ Other _____

| MD TIME IN | PHYSICIAN HISTORY & PHYSICAL EXAM |
|---|---|

HPI   36 yo WF *tripped & fell onto*
*running ~ the PTA*
*c/o (L) lower back / flank pain*

| Location | Context | Quality | Severity | Duration | Timing | Modifiers | Associations |
|---|---|---|---|---|---|---|---|

☑ Nurses notes reviewed for:   ☑ Vital Signs   ☑ Medications   ☑ Allergies

**Review of Systems**

Line through negative
RN indicates positive with (+)
MD circles positive
☑ All systems reviewed and negative except noted.

| | | | |
|---|---|---|---|
| malaise | fever | weak | high BP |
| weight loss | dizzy | appetite loss | |
| photophobia | redness | discharge | visual loss |
| pain | blurred | | vision change |

ENT: dysphagia, sore throat, nosebleeds, rhinorrhea, hoarse, throat swelling, hearing loss

CV: chest pain, rapid ht beat, LE edema, palpitations, slow ht beat, orthopnea

GI: melena, hematochezia, diarrhea, nausea, hematemesis, pain, vomiting, constipation, bloating

GU: urgency, hematuria, dysuria, discharge, dyspareunia, frequency, irreg. menses, flank pain

MU/SN: myalgias, arthritis, arthralgias

SK: itching, rash, bruising, contusion, swelling, lacerations, abrasions

NEU: headache, numbness, change funct., weakness, change LOC, paresthesias

PS: change MS agitation, hoarse, tightness, hyperventilating, suicidal, anxiety

ME/ENT: fatigue, polyuria, polydipsia

HE: bleeding, nodes, bruising, petechiae

AL: rhinorrhea, atopic dermat., asthma

Additional Hx

**Past Medical History**

SEIZURES
DM   HTN   CA
CAD   CVA   CHOL

**Family Hx**

DM   BP   CA
CAD   CVA

Marital Status
☐ Lives Alone
☐ With Family
☐ Nursing Home
Tobacco
Alcohol
Drugs
☐ Immunization Current
☐ Attends Day Care
☐ Smokers in household
☐ Active
☐ Feeds well
☐ Wets Diaper

☐ Surgery within past 6 months
☐ Past Surgery
☐ Trauma
LMP
G   P   Ab   Ectopic   PID
Contraception

| Levels 2, 3 = 2 to 4 body areas / organ systems | Level 4 = 5 to 7 body areas / organ systems | Level 5 = 8 or more body areas / organ systems |
|---|---|---|

**Physical Examination**

GEN: ☑ Well developed, well nourished   ☐ No acute pain / distress   *Mildly superior*

PS: ☑ Alert and oriented to TPP   ☐ No abnormalities of mood or affect   ☐ Memory (recent and remote) intact   ☐ Normal insight

EYES: ☐ PERRL   ☐ Conjunctivae and lids normal   ☐ Fundi and discs normal   ☐ Anterior chamber normal

ENT: ☐ External canal and TMs normal   ☐ Nasal mucosa, septum normal   ☐ No sinus tenderness   ☐ Mouth, tongue and pharynx normal

NECK: ☑ Neck supple   ☐ No JVD   ☐ No thyromegaly   ☐ No bruits   ☐ No tenderness

CHEST: ☐ No masses or tenderness   ☐ Breasts symmetric   ☐ No discharge

RESP: ☑ Normal respiratory effort and auscultation   ☐ No rales, rhonchi or wheezes   ☐ Normal to percussion   ☐ Clear to auscultation

CV: ☐ Normal PMI with no thrills, regular RR   ☐ No murmurs or gallops   ☐ Normal carotids   ☐ Normal abd aorta   ☐ No edema   ☐ Normal femorals   ☐ Normal pedals

NEUR: ☐ Normal speech   ☐ Normal head   ☐ CN intact   ☐ DTRs normal   ☑ Normal motor and sensory function   ☐ Normal finger - nose touch

ABD/GI: ☑ No masses or tenderness   ☑ Normal liver, spleen, kidney   ☐ No hernia   ☐ Rectal, not indicated   ☐ Rectal, normal   ☐ Hippocult negative

GU: ☐ Genitalia normal to inspection   ☐ No masses, tenderness or adenopathy   ☐ Genitalia normal to palpation   ☐ Normal cervix   ☐ Normal bimanual

LYMPH: ☐ No adenopathy of neck   ☐ No adenopathy of axillae   ☐ No adenopathy of groin   ☐ No adenopathy, other

MUSCULOSKELETAL: ☐ Normal gait and station   ☐ Normal spine / ribs / pelvis   ☐ Normal extremities   ☐ Neck not tender

SKIN: ☑ Normal to inspection   ☐ No rash

EXT: ☐ No joint effusion   ☐ No ligament laxity   ☐ No joint tenderness   ☐ Tendons intact   ☐ Weight bearing   ☐ No swelling   ☐ Joint effusion

PEDS: ☐ Smiles   ☐ Good eye contact   ☐ Appropriate response   ☐ Playful   ☐ Well hydrated

**ADDITIONAL PHYSICAL FINDINGS:**
*Back ~ ⊕ bruising*
*mod (L) SI/lumbar tenderness*
*num swelling*
*⊕ CVA tenderness*

Physician's Signature   *Vallejo, MD*   Date  6/15/01

Nurse's Signature _____   Date _____

ADDRESSOGRAPH

North Brevard County Hospital District operating
**PARRISH MEDICAL CENTER**
Titusville, FL 32796

GP 10/00   **P-294**

WHITE – MEDICAL RECORDS   COVERAGE PARRISH 000358   PINK – DEPARTMENT COPY




**North Brevard County Hospital District**
dba

**PARRISH MEDICAL CENTER**
Titusville, Florida 32796

**DIAGNOSTIC IMAGING REPORT**

NAME: BAYLESS,RAEANN M
PHYS: VALLEJO,OSIEL R, MD
DOB:               AGE: 36      SEX: F
ACCT:             LOC: ER
EXAM DATE: 06/15/2001 STATUS: REG ER
RADIOLOGY NO: 00 02 05
UNIT NO:

EXAMS: 000499366 LUMBAR SACRAL SPINE COMPLETE

LUMBOSACRAL SPINE:

There are five lumbar vertebrae with rotatory dextroscoliosis. There is no
evidence of spondylolysis or spondylolisthesis.   No significant disc space
narrowing is seen.

IMPRESSION:  Rotatory scoliosis.

J. M. SWALCHICK, M.D.

CC: PHYSICIAN ER; OSIEL R VALLEJO MD

TRANSCRIBED DATE/TIME: 06/15/2001 (0757)
TRANSCRIPTIONIST: RAD DSM
PRINTED DATE/TIME: 06/15/2001 (0809)    BATCH NO: 913

PAGE 1                              CHART

COL-RBAYLESS-PARISH-000359

North Brevard County Hospital District
operating
**PARRISH MEDICAL CENTER**
Titusville, Florida 32796

**PRELIMINARY RADIOLOGY REPORT**

*(For Permanent Record - Do Not Discard)*

ED _____ $\beta$ -10

OP _____

DATE: 6/15/01   UNIT #: _____   TIME
PERFORMED: _____   ROOM _____

PATIENT'S NAME: _____

REFERRING PHYSICIAN: _____

REQUESTED PROCEDURE: _____ L-S spine _____

CLINICAL INDICATION FOR PROCEDURE: _____

ED PHYSICIAN'S DIAGNOSIS (If Applicable): _____

_____

_____
Physician's Signature                                    Date

RADIOLOGIST'S DIAGNOSIS: _____ Scoliosis _____

☐ JOSEPH FLYNN, D.O.      ☐ MICHAEL SORBELLO, D.O.      ☐ ROBERT ANDERSON, M.D.
☐ RICHARD MAYER, M.D.     ☐ JEFFREY SWALCHICK, M.D.

☐ REFERRAL PHYSICIAN NOTIFIED ·
☐ NO SIGNIFICANT ADDITIONAL FINDINGS            Radiologist's Signature          Date  6/18

☐ ADDITIONAL FINDINGS FOR ED REVIEW:

☐ **REVIEW TODAY**                          ☐ **REVIEW NOW**
(Report and Films in ED Review Slot)         (Report and Films to ED Physician)

                                             TIME: _____

                                             DATE: _____

                                             RECEIVED BY: _____
                                             Emergency Department Physician

BAYLESS RAEANN N

YF 36   ERP/U
      MON 06/15/01 SP

COL-RBAYLESS-PARISH-000360

Rev. 8/00 **P-118**

North Brevard County Hospital District
operating
**PARRISH MEDICAL CENTER**
951 N. Washington Ave.
Titusville, Florida 32796 · (321) 268-6111

**EMERGENCY DEPARTMENT AFTERCARE INSTRUCTIONS**

L. Quintero, M.D.          R. Benkendorf, M.D.          S. Schwartz, D.O.
DEA #AQ 9458717           DEA #BB 4790033            DEA #AS 2213142

O. Vallejo, M.D.           L. Conley, M.D.            F. Garcia, M.D.
DEA #BV 4122093          DEA #BC 3925774           DEA #AG 2556075

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PRESCRIPTION** ☐ If None Check This Box

| MEDICINES PRESCRIBED | Patient Address |
|---|---|

**Name / Strength** ... Schedule / Duration ... Number

1. Ceftin DS (# Ten) T po BID X 5 days
2.
3. Vicodin 5mg # Eight T po q 6h prn

**GENERAL INSTRUCTIONS**

Ibuprofen 800mg / cool compress

**PLEASE READ**

## PATIENT CONSENT OF ADMISSION and/or MEDICAL TREATMENT

[X] 1.  **CONSENT TO MEDICAL, SURGICAL AND HOSPITAL PROCEDURES:**
I knowing that I am suffering from a condition requiring diagnosis and medical or surgical xray treatment by my physician and/or his/her assistants or his/her designees as is necessary in his/her judgement. I agree that this hospital will delegate to independent contractor physicians all services provided by physicians and understand physicians providing service in the hospital are not employees or agents of the hospital. I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me as to the results of treatments or examination in the hospital. I hereby authorize Parrish Medical Center to retain, preserve and use for scientific or teaching purposes or dispose of at their convenience any specimen or tissue taken from my body during my hospitalization. Photography may be used to enhance confidential medical record documentation. This paragraph has been explained to me and I certify that I understand its contents.

[X] 2.  **PERSONAL VALUABLES**
It is understood and agreed that the Hospital maintains a safe for safe keeping of money and valuables and the Hospital shall not be liable for the loss or damage to any money, jewelry, glasses, dentures, documents, clothing or other articles of unusual value, unless placed therein and shall be liable for the loss or damage to any other personal property, unless deposited with the Hospital for safekeeping.

[X] 3.  **ASSIGNMENT OF INSURANCE BENEFITS TO HOSPITAL**
In consideration of Hospital services received or to be received, I hereby assign to Parrish Medical Center the amount due to me or that becomes due to me under the policies indicated on the admission record and undisclosed policies up to an amount not exceeding the Hospital charges on this admission record and undisclosed policies up to an amount not exceeding the Hospital charges on this admission or a related date, and I hereby authorize and direct that payments be made directly to said Hospital. In the event that payment is received by said Hospital from any source on Hospital charges for these services, I authorize application by said Hospital of the proceeds received from said insurance company upon any other Hospital bill of mine or any member of my family whose Hospital bill I would be legally responsible that has not been paid in full at the time of receipt of said proceeds from said policy, subject to the rules of coordination of benefits, if applicable. I further recognize that if payment is made directly to me by said insurance company, the amount received up to the amount of the Hospital bill for services received is the property of the Parrish Medical Center and should be paid over to said Hospital for all charges not paid by this assignment.

[X] 4.  **ASSIGNMENT FOR PHYSICIANS:**
The undersigned hereby authorizes payment directly to the Physicians and benefits otherwise payable to me, but not to exceed the physician's regular charges due as a result of this admission. I agree that should the amount be insufficient to cover the entire expense, I will be responsible for payment of the difference, or that if the expense is not covered under my policy, that I will be responsible for the entire bill.

[ ] 5.  **ASSIGNMENT OF MEDICARE BENEFITS FOR PHYSICIAN:**
I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct, I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services to the physician or organization furnishing the services or authorize such physician or organization to submit a claim to Medicare for payment to me.

[X] 6.  **FINANCIAL AGREEMENT:**
The undersigned, whether signing as patient, agent, guarantor or otherwise for or on behalf of the patient, is responsible for this account and hereby agrees to pay for all services rendered to this patient and not paid by an authorized agreement. Should it become necessary to collect this debt through an attorney or collection agency, I/we agree to pay the cost of such collection including a reasonable attorney fee. Self pay balances over $1,000.00 and/or certain circumstances: e.g. auto accidents and worker's compensation, may result in a lien filed in the county in which the patient/guarantor resides.

[ ] 7.  **MEDICAID:**
I certify that I am a recipient of the Medicaid Program, Title XIX, and request that payment of authorized benefits be made on my behalf. I authorize the Hospital and insurance carrier(s) to make available to the Florida Division of Family Services any requested information concerning medical, insurance and financial records relating to my hospitalization. I hereby certify that all hospital insurance will be assigned to the Hospital for services provided.

[ ] 8.  **MEDICARE:**
I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services to the physician or organization furnishing the services or authorize such physicians or organization to submit a claim to Medicare for payment to me.

[ ] 9.  **MANAGED CARE PLAN OBLIGATION:**
Parrish Medical Center maintains a list of health care service plans/managed care plans with which it has contracted. A list of such plans is available for inspection upon request in the Patient Registration or Business Office. The hospital has no contract, express or implied, with any plan that does not appear on this list. The undersigned agrees that he/she is obligated to obtain any pre-authorization that is required by his/her insurance or service plan, that the hospital offers this service as a courtesy only and that in so doing the hospital has made no guarantee nor has it accepted responsibility or liability for obtaining such pre-authorization nor has its efforts created a waiver of patients responsibility. This facility does not refuse emergency treatment based on managed care decisions. In the event that any services or portion of services are denied or otherwise disallowed or not paid, whether by reason of lack of such pre-authorization, in eligibility, an exclusion of the service for coverage under the insurance plan or for any other reason, the undersigned specifically agrees that he/she shall be financially obligated to pay any balance due notwithstanding any contractual prohibitions or stipulations to the contrary to the extent such waiver is permissible under current law.

North Brevard County Hospital District
dba
**PARRISH MEDICAL CENTER**
951 N. Washington Avenue
Titusville, FL 32796

**Patient Conditions of
Admission and/or Medical Treatment**

Rev. 12/96      **P-526**

COL-RBAYLESS-PARISH-000362

**[X] 10. AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION**

I do hereby authorize the Hospital, its officers and employees to release to any third party payor any medical, psychiatric, alcohol, drug abuse, and/or HIV (AIDS or AIDS related complex) treatment information and records, in accordance with the policy of the Hospital and any applicable State or Federal Statutes, concerning diagnosis and treatment for the above admission when requested by such third party payor for its use in connection with determining a claim for payment for such treatment and/or diagnosis. I do hereby release the Hospital from all liability that may arise from the release of the information requested. I further authorize the release of medical information to physicians who are covering for my doctor to provide continuity of care and treatment to me during my hospitalization.

**RESTRICTION: Release or transfer of the specified information to any person or entity not specified herein is prohibited. An additional written consent must be obtained for a proposed new use of the information or for its transfer to another person or entity.**

**[ ] 11. CONSENT FOR MEDICARE AND MEDICAID / CHAMPUS BENEFICIARIES:**

When you receive services under Medicare or Medicaid in Florida, and Champus the records of your care will be reviewed by the Professional Foundation for Health Care, Inc., medical review staff. This is a requirement of Federal Law PL. 97-248, Federal Regulations, 42 CFR 466, 473, 474, Florida Administrative Code 10C-7.39, HRS Manual M230-18. The intention of the review is to improve the quality and efficiency of hospital services by insisting on high standards and promoting cost containment.

As a result of the review, some or all of the items or services provided to you might be determined to be non-covered. To the extent permitted under law, Medicare will pay non-covered items or services or excuse you from paying if you did not know and could not reasonably have been expected to know, that payment would not be made for such items or services.

We understand that medical information is private and your records will be treated as confidential information used only for professional medical review of hospital care and services.

**[X] 12. PATIENTS BILL OF RIGHTS:**

In accordance with "Florida Patient's Bill of Rights and Responsibilities," and Parrish Medical Center Policy 9500-06, PMC will display the Patient Bill of Rights in Patient Registration areas, Community Relations and Planning Department, Business Office. A copy of the summary in full text of "A Patient's Bill of Rights and Responsibilities" shall be made available to any patient, or member of the public upon request, and shall be furnished through Administration, Nursing Administration and Community Relations and Planning.

**[ ] 13. WELCOME TO PARRISH MEDICAL CENTER - A NO SMOKING HOSPITAL**

Smoking is not allowed within the Hospital. We desire to promote clean air for our patients, staff, and visitors. This brings us into compliance with Florida Statutes 386.201 - 209. Florida Statute 386.208 provides that a civil penalty of $100 for the first violation and up to $500 for subsequent violations may be assessed. In order to comply, you are requested to send home any smoking materials brought with you. As a patient, if "smoking materials" are in your possession they may be removed from your room. Should you choose not to comply with this policy it may be necessary to request your physician to transfer you to another hospital for the well being of the other patients.

**[ ] 14. ADVANCE DIRECTIVE**

When asked whether or not the patient has formulated an Advance Directive, the undersigned has responded (check one)

[ ] Yes, and a copy included in Medical Record.      [ ] Yes, but a copy has not been presented.

[ ] No, and not interested in more information.      [ ] No, but would like additional information.

The undersigned acknowledges that the hospital has taken the following action, if requested: [X] Information regarding Advance Directive has been provided.

**[ ] 15. MEDICARE: AN IMPORTANT MESSAGE FROM MEDICARE**

I acknowledge that I have been provided a copy of the notice entitled "An Important Message from Medicare" detailing my rights as a Medicare hospital patient and procedures for requesting a review by the Peer Review Organization in this area. A copy of provided information is enclosed to assure that correct information was given.

**[ ] 16. MEDICARE: MEDICARE SECONDARY PAYER SCREENING**

I have been asked and provided the information documented in the Medicare Insurance Screen regarding the "Medicare Secondary Payer Screening" which is applicable to my hospitalization or hospital services covered by my Medicare health care insurance.

**[ ] 17. CHAMPUS: AN IMPORTANT MESSAGE FROM CHAMPUS**

I acknowledge that I have been provided a copy of the notice entitled "An Important Message from Champus," detailing my rights as a Champus hospital patient and procedures for requesting a review by the Champus Regional Review Center A copy of provided information is enclosed to assure correct information was given.

**NOTICE TO PATIENT / GUARANTOR**

1. DO NOT SIGN THIS CONTRACT BEFORE YOU READ IT.
2. UNDERSIGNED HEREBY ACKNOWLEDGES RECEIPT OF A COPY OF THIS DOCUMENT
3. A PHOTOCOPY OF THIS DOCUMENT SHALL BE AS VALID AS ORIGINAL.

| | | |
|---|---|---|
| _(signature)_ | DATE 6-15-01 | TIME 87 |
| PATIENT SIGNATURE | | |
| GUARANTOR SIGNATURE | DATE | RELATIONSHIP |
| _(signature)_ | DATE 6-15-01 | |
| WITNESS SIGNATURE | | |

---

**RELEASE FROM RESPONSIBILITY FOR LEAVING AGAINST MEDICAL ADVICE**

This is to certify that I, _____, patient of Parrish Medical Center, am leaving against the advice of the attending physician and Hospital authorities. I have been informed of the risk involved and hereby release the attending physician and the Hospital from all responsibility for any ill effects which may result.

| | |
|---|---|
| PATIENT SIGNATURE | WITNESS |
| PARENT, CLOSEST RELATIVE, LEGAL GUARDIAN / RELATIONSHIP | DATE |