

BAYLESS, RAEANN

First Page M-HistRec

Womens Pelvic Surgery Center of Orlando
Kathy Y. Jones, MD
508 N. Mills Avenue, Ste. C
Orlando, FL 32803
Phone: (407) 228-8066   Fax: (407) 228-8438

August 03, 2016



**BAYLESS, RAEANN (DOB: ■■■ ID: ■■■)**
**FORMAL HEALTH RECORD**

| ID# | SEX | PATIENT DEMOGRAPHICS | INSURANCE INFORMATION |
|---|---|---|---|
| ■■■ | F | RAEANN BAYLESS | |

DOB ■■■

U.S. District Court
Middle District of Florida

**JOINT EXHIBIT**

Exhibit Number:   **JE-017**

Case Number: 6:20-cv-831-RBD-GJK

*Raeann Bayless*

*v.*

*Boston Scientific Corp., et al.*

Date Identified: MAY 2 7 2021

Date Admitted: MAY 2 7 2021

**PROBLEM LIST (ICD)**

| | | |
|---|---|---|
| 07/10/2012 | CYSTOCELE MIDLINE | (618.01) |
| 07/10/2012 | MIXED INCONTINENCE (MALE) (FEMALE) (788.33) | |
| 07/10/2012 | NONDEPENDENT TOBACCO USE DISORDER | (305.1) |
| 07/10/2012 | RECTOCELE | (618.04) |
| 07/10/2012 | URINARY FREQUENCY | (788.41) |
| 07/10/2012 | UTEROVAGINAL PROLAPSE INCOMPLETE | (618.2) |

**INACTIVE PROBLEM LIST**

**MEDICATION LIST**

| | |
|---|---|
| 05/31/2012 | COLLAGEN TABS |
| 05/31/2012 | HYDROCHLOROTHIAZIDE |
| 05/31/2012 | LISINOPRIL |
| 05/31/2012 | TRICOR |
| 05/31/2012 | WOMENS MVT |

**INACTIVE MEDICATIONS**

| | | | |
|---|---|---|---|
| CIPRO 250 MG, | 1 X 1 DOSE (COMPLETED) | Date Inactivated: 08/16/2012 | |
| CIPRO 250 MG, | 1 X 1 DOSE (COMPLETED) | Date Inactivated: 10/02/2012 | |
| PYRIDIUM 100 MG, | 1 X DOSE () | Date Inactivated: 10/02/2012 | |
| PYRIDIUM 200 MG, | 1 TAB PO X 1 DOSE () | Date Inactivated: 08/16/2012 | |

**INJECTIONS**

**ALLERGIES -(reaction)**

No Known Allergies - ()

| PAST MEDICAL_ HISTORY | FAMILY HISTORY | SOCIAL HISTORY |
|---|---|---|
| | | [Tobacco: Current every day smoker (1 ppd × 30 yrs = 30 pk yrs) Start Date: 03/21/2013] |

**ENCOUNTER HISTORY**

| | | |
|---|---|---|
| 3/21/2013 2:45:58 PM | Encounter | Here for a follow-up |
| 2/11/2013 4:17:36 PM | Message | Re: (Patient: R. BAYLESS) |
| 8/16/2012 11:44:55 AM | Encounter | CYSTO |
| 8/14/2012 3:44:45 PM | Encounter | pt here for Urodynamics |

AmazingCharts.com

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization of the patient listed above.



PLAINTIFF'S
EXHIBIT
1
9-12-18

BAYLESS, RAEANN (DOB: ████ ID: ███)
**FORMAL HEALTH RECORD**

| 7/18/2012 2:58:43 PM | Message | (Patient: R. BAYLESS) |
| 7/10/2012 10:51:37 AM | Encounter | UROFLOW/DIARIES |
| 6/22/2012 10:44:21 AM | Message | (Patient: R. BAYLESS) |
| 5/31/2012 2:48:59 PM | Encounter | UROGYECOLOGY CONSULT- UI |

**ENCOUNTER**                                             Thursday, March 21, 2013  2:45PM
CC:   Here for a follow-up

HPI   UDT results
ROS   no significant changes;  UI; pressure
PFSH

      [Tobacco: Current every day smoker (1 ppd x 30 yrs = 30 pk yrs)
      Start Date: 03/21/2013]
All   No Known Allergies (Updated by KJONES1 on 08/16/2012 11:30 AM)
Meds  1) Collagen tabs
      2) Hydrochlorothiazide
      3) Lisinopril
      4) TriCor
      5) womens MVT
PE    Wt: 179 lb  Ht/Ln: 64 in  BMI: 30.7  BP: 120/80  Pulse: 78  Pain: 0

AP    # NONDEPENDENT TOBACCO USE DISORDER  (305.1):
      # MIXED INCONTINENCE (MALE) (788.33):
      # RECTOCELE  (618.04):
      # CYSTOCELE MIDLINE  (618.01):
      # URINARY FREQUENCY  (788.41):
      # UTEROVAGINAL PROLAPSE INCOMPLETE  (618.2):
      Patient has mixed incontinence
      most bothered by SUI component
      Patient desires definitive management of her POP

      Surgical options includes

      1) Vaginal approach-- vaginal hysterectomy; possible cystocele repair; sacral spinous ligament fixation;
      cystoscopy
      24 hour hospital stay

      2) Abdominal approach-- traditional-- like C-section (laparotomy) Sacral colpopexy with mesh;  cystoscopy
      1-2 day hospital stay

      3) Abdominal approach-- Laparoscopic/ Robotic Assistance;  small incisions through the tummy; sacral
      colpopexy with mesh;  cystoscopy
      24 hour hospital stay

      All surgeries can be combined with hysterectomy;  patient has completed child bearing

      SUI component- options for treatment
      Gold standard - mid urethral sling- using mesh

      Risks and benefits discussed  but not limited to the following:
      bleeding, infections, damage to surrounding organs such as bowel and bladder;  urinary retention, mesh
      exposure

      will need to send notes to OC for authorization to proceedMedium Complexity > 99213

AmazingCharts.com                                                              Page 2 of 11
        The information on this page is CONFIDENTIAL. Any release of this information requires
              the expressed written authorization  of the patient listed above.

**JE-017 Page 2 of 85**

BAYLESS, RAEANN (DOB: ███████ ID: ███)
**FORMAL HEALTH RECORD**

INST

Kathy Jones, MD
Electronic Signature

**ENCOUNTER**                                                    Thursday, August 16, 2012  11:44AM
CC:         CYSTO

HPI         Pt here today for Cysto [Updated by Zoraida Rodriguez, MA on 08/16/12 11:59 AM] Patient notes feeling
            well without any specific complaints. The patient presents for cystoscopic diagnostic procedure. The
            procedure was explained; risks and benefits discussed. A consent form was signed and patient was given
            a copy of the the discharge instructions.
ROS         Aches/pains, Light flashes, Deafness, Headaches, Changing moles, Joint pains/back, Stiffness, Swelling,
            Abdominal cramps, Controlling urine, Dizziness, Too warm most of times, Jumpy/nervous, Fatigue w/
            exercise, Wheezing, Swollen ankles, Breast lumps, Breast pains, Vaginal discharge, Changes in period, UI
            [Updated by Zoraida Rodriquez, MA on 08/16/12 11:59 AM]
PFSH

            [Tobacco: Current every day smoker (1 ppd x 30 yrs = 30 pk yrs)]
All         No Known Allergies (Updated by KJONES1 on 08/16/2012 11:30 AM)
Meds        CIPRO  250 MG, 1 x dose
            Collagen tabs
            Hydrochlorothiazide
            Lisinopril
            Pyridium  100 MG, 1 x dose
            TriCor
            women's MVT [Updated by Zoraida Rodriguez, MA on 08/16/12 11:59 AM]
PE          Wt: 190 lb  Ht/Ln: 64 in  BMI: 32.7  BP: 120/78  Pulse: 76  Pain: 0


            PRE-OP DX: Stage II POP@ Ba & C c/w cystocele & incomplete uterine prolapse; UI

            PROCEDURE: Cystourethroscopy w/ distension
            TREATMENT:

            POST-OP DX: same;
            OPERATOR:  Kathy Y. Jones, MD                     ASST:  Z. Rodriguez, MA
            ANALGESIA: 2% viscous Lidocaine jelly

            FLUID MEDIUM:   0.9% NS                     VOLUME USED: 500cc
            FINDINGS:  Bladder -normal urothelium with salmon color; normal vascular mucosal pattern; both ureters
            appeared normal with peristalsis & efflux of urine; trigone appeared normal w/ squamous metaplasia . No
            tumors seen but mild trabeculation seen at capacity.
            Urethra:   normal appearing mucosa; poor coaptation; no fronds noted @ UVJ. open vesical neck at rest

            Procedure:  The patient was placed in a modified lithotomy position then prepped & draped in a sterile
            fashion. The bladder was catheterized. The urine specimen was chemstix tested and was grossly
            negative. 10 cc of  2% viscous lidocaine was inserted into the urethra and allowed to set in place for 10
            minutes.

            The Olympus flexible cystoscope was inserted into the urethra without difficulty. The above findings were
            noted in the bladder and urethra. All instruments were removed from the urethra and bladder. Q-tip test not
            completed as patient expelled cotton -tip swab with cough; (+-) cough  supine and standing stress test with
            large leakage. Urine cytology sent to pathology. Patient voided 500cc.

            Antibiotic prophylaxis given as a one time dose of Pyridium 200 mg and  Cipro 250 mg. Patient tolerated
            the procedure well and was given discharge instructions per protocol.
AP          Urinalysis:
            color:      yellow

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.


**JE-017 Page 3 of 85**

BAYLESS, RAEANN (DOB: ██████ ID: ██████
**FORMAL HEALTH RECORD**

| | |
|---|---|
| Glucose: | Neg |
| Bil: | Neg |
| Ketones: | Neg |
| SG: | 1.030 |
| Blood: | Neg |
| pH: | 5.0 |
| Protein: | Neg |
| Uro: | Neg |
| Nitrates: | Neg |
| Leukocytes: | Neg |
| PVR: 30 ml | |

# MIXED INCONTINENCE (MALE) (FEMALE) (788.33):
# URINARY FREQUENCY (788.41):
# NONDEPENDENT TOBACCO USE DISORDER (305.1):
Discussed natural and expected course of this diagnosis and need to alert me if symptoms do not follow expected course, or if any worse. PRESCRIBE: Pyridium 100 MG, 1 x dose, # Sample, RF: 0.
PRESCRIBE: CIPRO 250 MG, 1 x dose, # SAMPLES, RF: NONE. (completed)

[Updated by Zoraida Rodriquez, MA on 08/16/12 11:59 AM]

PROVIDED: Patient Education (8/16/2012)
Low Complexity > 52265

INST

Kathy Jones, MD
Electronic Signature

| | | |
|---|---|---|
| **ENCOUNTER** | | Tuesday, August 14, 2012  3:44PM |
| CC: | pt here for Urodynamics | |
| HPI | Patient notes feeling well without any specific complaints. | |
| ROS | Patient denies any fever, chills, or malaise. Feeling generally well. [Updated by Andie Nation, MA on 08/14/12 03:52 PM] | |
| PFSH | h/o hypertension | |
| | s/p Laparoscopic Cholecystectomy | |
| | s/p D&C  for (miscarriage) | |
| | Breast cancer: | |
| | Thyroid disease: n/a | |
| | Diabetes:n/a | |
| | Heart disease: n/a | |
| | Stroke: n/a | |
| | Hypertension: M | |
| | Throat cancer | |
| | [Tobacco: Current every day smoker (1 ppd x 30 yrs = 30 pk yrs)] | |
| | Patient denies recreational drug use. Occasional alcohol consumption. | |
| All | No Known Allergies (Updated by KJONES1 on 08/16/2012 11:30 AM) | |
| Meds | CIPRO  250 MG, 1 X 1 dose | |
| | Collagen tabs | |
| | Hydrochlorothiazide | |
| | Lisinopril | |
| | Pyridium  200 MG, 1 tab po X 1 dose | |
| | TriCor | |
| | women's MVT [Updated by Andie Nation, MA on 08/14/12 03:52 PM] | |
| PE | Wt: 190 lb  BP: 114/76  Pulse: 80  Pain: 0 | |

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization  of the patient listed above.

**BAYLESS, RAEANN (DOB: ▓▓ ID: ▓▓)**
**FORMAL HEALTH RECORD**

Filling sensation occurred at 27 ml,  Normal desire at 96 ml, strong desire @ 294 ml, maximum capacity @ 529 ML.
No Spontaneous involuntary detrusor contractions during bladder filling,

Voiding Phase:  Max flow 40 ; Max pdet:  23 cm H20; voided volume :  459 ml ; PVR:  45   ml, Wet Chucks :  30 grams

Urethral Pressure Profile:  Max urethral pressure:  80 cmH20;  Max closure pressure: 62 cmH20;
Functional Length:  19 mm

Incontinence demonstrated , with  most coughs and valsalva.

Additional Provocative measures:  Running water,

Urodynamic testing:
MUCP cm H20: 62
LPP cm H20: 47  (+) leakage
UDC: present
Max Capacity: 529 ml
Voided volume (ml): 459 ml
PVR (ml): 45
Flow curve: normal [Updated by Andie Nation, MA on 08/14/12 03:52 PM]

AP

\# UTEROVAGINAL PROLAPSE INCOMPLETE  (618.2):
\# NONDEPENDENT TOBACCO USE DISORDER  (305.1):
\# MIXED INCONTINENCE (MALE) (FEMALE)  (788.33):
Normal voiding pattern
completed bladder emptying

PRESCRIBE: CIPRO  250 MG, 1 X 1 dose, # SAMPLES, RF: NONE.  (completed)
PRESCRIBE: Pyridium  200 MG, 1 tab po X 1 dose, # SAMPLES, RF: 0.
[Updated by Andie Nation, MA on 08/14/12 03:52 PM]
Patient does not meet criteria for ISD testing indication urethral dysfunction
ORDERED/ADVISED:  - Urine Culture with Sensitivities  ICD9 Codes (788.33, 305.1, 618.2)

PROVIDED: Patient Education (8/16/2012)
Low Complexity > 51729, 51784

INST

Kathy Jones, MD
Electronic Signature

---

**ENCOUNTER**                                                    Tuesday, July 10, 2012  10:51AM
CC:          UROFLOW/DIARIES

HPI          Pt here today for Uroflow/diaries,

Uroflow not performed - pt did not arrive with a full bladder

7-DAY Diary:
  E- 9
  S- 3
  U- 1
  NV- 1
  Pads- 2
24 Hour:
  Total Output: 3099 cc
  Voids 11
  Average ml/void 282 cc
  Largest Void: 240 cc
  Smallest Void: 60 cc

AmazingCharts.com                                                    Page 5 of 11
The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

**BAYLESS, RAEANN (DOB:** ███████ **ID:** ███ **)**
**FORMAL HEALTH RECORD**

# Leaks 9
Intake: 42 oz
[Updated by Zoraida Rodriquez, MA on 07/10/12 1t04 AM]

Pt reports diaries are accurate, are not consistent
States does not usually drink as much as recorded on 24 hour Urolog; episodes of SUI correspond to
severity of allergies/sneezing; upon questioning 24 hour Urolog reflects some type of incontinence with
most every void
Review of bowel symptoms:  Pt states symptoms not bothersome, occur infrequently, are improving

**ROS**  Light flashes, Blurred vision, Sinus problems, Deafness, Changing moles, Pigmentation, Joint/back pains,
Swelling, Stiffness, Abdominal cramps, Fecal soiling, Constipation, Diarrhea, Bowel habit changes, Up
nights urinating, Leg/arm weakness, Balance problems, Sluggish/tired, Irregular heartbeats, SOB,
Wheezing, Weight gain, Depression, Breast pain, Vaginal discharge, Hot flashes, Pain w/ intercourse,
Change in periods, UI [Updated by Zoraida Rodriquez, MA on 07/10/12 1t04 AM]

**PFSH**

[Tobacco: Current every day smoker (0 ppd x 0 yrs = 0 pk yrs)]

**All**  No Known Allergies (Updated by ANATION1 on 05/31/2012 03:14 PM)

**Meds**  Collagen tabs
Hydrochlorothiazide
Lisinopril
TriCor
womens MVT

**PE**  Wt: 191 lb  BP: 110/70  Pulse: 76  Pain: 0

**AP**  WD/WN female looking her stated age in no acute distress.  No further physical exam performed.
# CYSTOCELE MIDLINE (618.01):
# UTEROVAGINAL PROLAPSE INCOMPLETE (618.2):
# RECTOCELE (618.04):
# MIXED INCONTINENCE (MALE) (FEMALE) (788.33): (predominantly SUI)
# URINARY FREQUENCY (788.41):
# NONDEPENDENT TOBACCO USE DISORDER (305.1):
Inadequate intake of fluids; excessive intake of bladder irritants
Frequent small voids
Urinary  Incontinence Treatment Protocol
* Stress Incontinence
* Urge Incontinence
* Mixed Incontinence
* Nocturia
* Urinary Frequency
Bladder retraining--
-timed voiding every ____ hours
-Fluid management, 64 oz/d
Last drink by 8 pm or 3-4 hours before bedtime
Urge delay or urge control maneuvers
Avoid Bladder irritants---
list of irritants reviewed and copy given to patient
Encouraged smoking cessation

Discussed prolapse treatment options:  Observation, trial of pessary; pt desirous of definitive surgical
correction; briefly discussed recovery time of ~12 weeks plus activity restrictions
will need to discuss vaginal tightening and labial tear repair with Dr. Jones
Advised/ordered:  Urodynamics and Cystoscopy

PROVIDED: Patient Education (7/10/2012)
FTF time 15 minutes; > 50% of visit spent in counseling

Signed by: Katherine Puig, ARNP

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

**BAYLESS, RAEANN (DOB: ███████ ID: ███)**
**FORMAL HEALTH RECORD**

{Reviewed by Kathy Jones, MD. Signed on 7/19/12 1:28 PM. }Medium Complexity > 99213

**INST**

Katherine Puig, ARNP/K. Jones, MD
Electronic Signature

| | |
|---|---|
| **ENCOUNTER** | Thursday, May 31, 2012  2:48PM |
| **CC:** | UROGYECOLOGY CONSULT- UI |
| **HPI** | Pt is here to be treated for UI. [Updated by Tameca Johnson, MA on 05/31/12 02:49 PM] |
| **ROS** | Patient denies any fever, chills, or malaise. Feeling generally well except [Updated by Tameca Johnson, MA on 05/31/12 02:49 PM] |
| **PFSH** | H/O Bowel problems (constipation) |
| | HBP |
| | High Chol |
| | Gallstones |
| | Depression |
| | BTL |
| | D&C |
| | Mother: |
| | Father: |
| | Siblings: |
| | [Tobacco: Current every day smoker (0 ppd x 0 yrs = 0 pk yrs) |
| | Start Date: 05/31/2012] |
| **All** | No Known Allergies (Updated by KJONES1 on 08/16/2012 11:30 AM) |
| **Meds** | 1) Collagen tabs |
| | 2) Hydrochlorothiazide |
| | 3) Lisinopril |
| | 4) TriCor |
| | 5) womens MVT |
| **PE** | Wt: 185 lb  Ht/Ln: 67.75 in  BMI: 28.3  BP: 122/80  Pulse: 78  Pain: 0  Comments: LMP: 5/9/12, LPS; 2012, G9, L4, A5( miscarriage X 2) |

WNWD NAD and affect and behavior are appropriate. Mucosa pink & moist. Neck supple without nodes. Chest CTA with normal I:E. Cor is RRR S1 S2 without m/r/r. Abdomen is soft and non-tender with positive bowel sounds and without hepatosplenomegaly. No rebound or guarding. Previous surgical incisions seen. No CVA tenderness. Ext without C/C/E. Gait is WNL.
POPQ:
ABD:  Soft, nontender; no guarding or rebound
UTERUS:  NSSC, Nontender, No CMT. anteverted, 8 wk size, no masses
CERVIX:  WNL, no lesions. bulbous
VAGINA:  Good estrogen effect; ruggation. Squeeze asymmetric, L >R
VULVA:  Normal
RECTAL:  Normal with poor tone. Weak squeeze all around, held 2 second, hin PB, 2 CM r/v defect goes into PB
COUGH STRESS TEST:  (-); intact pinprick/crude touch S2-S4 distribution
POPQ:  Aa:0  ;Ba: +1 ;C: -1 ;D-8 : ;Ap:-1  ;Bp:-1  ;GH:5  ;PB:2  ;TVL:10

**AP**   PVR = 0

| | |
|---|---|
| Urinalysis: | clear |
| color: | yellow |
| Glucose: | Neg |
| Bit | Neg |
| Ketones: | Neg |
| SG: | 1.025 |
| Blood: | Neg |
| pH: | 5.0 |
| Protein: | Neg |
| Uro: | Neg |
| Nitrates: | Neg |

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

**BAYLESS, RAEANN (DOB: ████ ID: ███)**
**FORMAL HEALTH RECORD**

Leukocytes: trace

\# NONDEPENDENT TOBACCO USE DISORDER  (305.1):
\# MIXED INCONTINENCE (MALE) (FEMALE)  (788.33):
\# RECTOCELE  (618.04):
\# CYSTOCELE MIDLINE  (618.01):
\# UTEROVAGINAL PROLAPSE INCOMPLETE  (618.2):
\# URINARY FREQUENCY  (788.41):
ORDERED/ADVISED:  - Urine Culture

Stage II Pelvic Organ Prolapse- leading edge at Ba consistent with Cystocele/ Uterine Prolapse
UI no demonstrated today on exam
Briefly discussed treatment options -1) observation,  2) pessary support, 3) surgical intervention
Patient to complete urinary diary and 24 hour urolog

Patient advised that tobacco use contributes to risk of UI and POP;  it can also affect the outcome of
surgical intervention with respect to wound healing and risk of POP reoccurrence.

f/u to review diaries and discuss treatment options.
PROVIDED: Patient EducationMedium Complexity > 99203 , 51798 , 81002

INST

Kathy Jones, MD
Electronic Signature

ADDENDUM

Electronic Signature

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

**BAYLESS, RAEANN (DOB: ▮▮▮▮ ID: ▮▮▮**
**FORMAL HEALTH RECORD**

PATIENT MESSAGE                                                     2/11/2013  4:17PM

TO:        ZRODRIQ1
CC:
FROM:      ZRODRIQ1
RE:        Re: (Patient: R. BAYLESS)
MSG:       Pt has appt 2/26/13.....ZR

           ----------
           >> ZRODRIQ1'S MESSAGE (02/11/13 04:17 PM):
           >> Pt l/m/m would like a call back has question about her Sx being booked
           321-289-3761.........ZRodriguez, CMA

                                                          Zoraida Rodriquez, MA
                                                          Electronic Signature


PATIENT MESSAGE                                                     7/18/2012  2:58PM

TO:        TAMECA
CC:
FROM:      TAMECA
RE:        (Patient: R. BAYLESS)
MSG:       Request for auth for UDT & Cysto were faxed to OCMC. TJohnson

                                                          Tameca Johnson, MA
                                                          Electronic Signature


PATIENT MESSAGE                                                     6/22/2012  10:44AM

TO:        TAMECA
CC:
FROM:      TAMECA
RE:        (Patient: R. BAYLESS)
MSG:       Called Pt to R/S appt due to No auth for visit. 2 of 3 phone #'s given were Disc. LM w/ a friend to have
           pt. call office to R/S. TJohnson

                                                          Tameca Johnson, MA
                                                          Electronic Signature



LAB HISTORY
NAME                          VALUE          NORMAL      UNITS      Flag   Status  Performed By
LAB ID: ▮▮  Specimen ID: ▮▮▮▮▮, Collected On: 05/31/2012, Provided By: Quest

**CULTURE, URINE, ROUTINE**

-CULTURE, URINE, ROUTINE      SEE NOTE       --          --         F      Quest

NOTES on 'CULTURE, URINE, ROUTINE':

' CULTURE, URINE, ROUTINE

' MICRO NUMBER:      ▮▮▮▮▮

AmazingCharts.com                                                       Page 9 of 11
                 The information on this page is CONFIDENTIAL. Any release of this information requires
                        the expressed written authorization  of the patient listed above.

BAYLESS, RAEANN (DOB: ████████ ID: █████)
**FORMAL HEALTH RECORD**

' TEST STATUS:     FINAL
' SPECIMEN SOURCE:   URINE
' SPECIMEN QUALITY:  ADEQUATE
' RESULT:        No Growth
'

**GENERAL NOTES:
' Clinical Information:

'

**PATIENT NOTES:
' FASTING: UNKNOWN

'

-----------------------------------------------------------------------------------------------

LAB ID: ████   Specimen ID: ████████, Collected On: 08/14/2012, Provided By: Quest

**CULTURE, URINE, ROUTINE**

-CULTURE, URINE, ROUTINE     SEE NOTE        --        --        F     Quest

NOTES on 'CULTURE, URINE, ROUTINE':

' CULTURE, URINE, ROUTINE

' MICRO NUMBER:     ████████
' TEST STATUS:     FINAL
' SPECIMEN SOURCE:   URINE
' SPECIMEN QUALITY:  ADEQUATE
' RESULT:        No Growth
'

**GENERAL NOTES:
' Clinical Information:

'

**PATIENT NOTES:
' FASTING: UNKNOWN

'

-----------------------------------------------------------------------------------------------

LAB ID: ████   Specimen ID: ████████, Collected On: 08/16/2012, Provided By: ProPath

**Bladder Washing**

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

**JE-017 Page 10 of 85**

BAYLESS, RAEANN (DOB: ██████ ID: ████)
**FORMAL HEALTH RECORD**

| -Bladder Washing | See Lab Report | -- | -- | F | ProPathLab |

BAYLESS, RAEANN ██████

██████ Last Page M-HistRec

' Clinical Information:
'
' ------------------SPECIMEN PART------------------
' A. Washing, Bladder
' ------------------CLINICAL HX------------------
' 788.30 Urinary incontinence NOS
' ------------------FINAL DIAGNOSIS------------------
' Bladder, washing:
'     - Satisfactory for evaluation.
' - Squamous cells only present.
'     - Negative for malignant cells.
'
' ------------------MICRO DIAGNOSIS------------------
' The microscopic findings are reflected in the diagnosis rendered.
' ------------------GROSS DESCRIPTION------------------
' Designated:  Washing, Bladder
' Inventory:  60 mL of clear, yellow fluid
' Fixation:  PreServCyt
' Preparation:  ThinPrep (1) - Pap stain
'
' ●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●
' The following update was received on 24-Aug-2012 12:21
' ●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

---

**RECORD RELEASE HISTORY**
(8/3/2018 2:50:42 PM)
(8/3/2018 3:31:48 PM)

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization   of the patient listed above.

# URODYNAMIC DATA SHEET

*entered*

Bayless, Raeann

**DATE:** _____                                          **DOB:** _____

Kathy Y. Jones, MD                    8/14/12

## SIMPLE UROFLO _____

Total voided time: _____
Urine stream: continuous / interrupted
Total voided volume: _____ cc

### POST VOID RESIDUAL #1

Residual urine collected: 30 cc

## CYSTOMETRY:

Patient position:   sitting ___   inclined ___   supine ___   standing ✓
Starting volume of saline (bag/bottle) 100 cc
Volume infused at:   1st sensation 96 cc       2nd S. 10 cc       3rd S. 19 cc
Pressure at:         1st sensation 18 cmH2O    2nd S. 360 cmH2O   3rd S. 529 cmH2O

Total infused volume: 529 cc

## MICTURITION:

Total voided time: 65 sec
Urine stream: continuous: ✓   interrupted: _____
Total voided volume: 452 cc

### POST VOID RESIDUAL #2

Residual urine collected: 45 cc

## LEAKS: ✗✗ USC noted present

Volume infused at:   1st leak 0 cc       2nd leak 0 cc       3rd leak 0 cc
Pressure at:         1st leak 0 cmH2O    2nd leak ___ cmH2O   3rd leak ___ cmH2O

## ADDITIONAL PROVOCATIVE MANEUVERS:

Type: Running Water                          Result: NEG
Performed standing stress test:   Yes ✓   No ___   Result: Neg

## URETHRAL TESTS:

⊕ UI ē Dynamic Pull

| | *First withdrawal* | *Second withdrawal* | *Mean* |
|---|---|---|---|
| Max. urethral closure pressure (MUCP) | 61 cmH2O | 64 cmH2O | 62 cmH2O |

LHD ⊖
ōntrikē

| | *First withdrawal* | *Second withdrawal* | *Mean* |
|---|---|---|---|
| Urethral functional length | ___ cm | ___ cm | |
| Urethral total length | ___ cm | ___ cm | 1.9 cm |

## VALSALVA LEAK POINT PRESSURE:

Standing 300 se

Volume: 150 cc         Volume: 300 cc         Volume: 400 cc
1st VLPP +43 cmH2O     2nd VLPP +53 cmH2O +18  3rd VLPP 0 cmH2O

1st CLPP -77 cmH2O     2nd CLLP -73 cmH2O +64  3rd CLLP 0 cmH2O

## Comments:
#4 Ring Pessary. Pt tolerated well     Cipro 250 mg
                                        Pyridium 200mg

→ MIXED Incontinence              Estroven
 - Urethal dysfunc                 Kathy Y J

                                   Provider:

urodynamic data sheet 07/06/05

# Women's Pelvic Surgery Center of Orlando
## Urodynamic Clinical Report

Name: Bayless, Raeann
Procedure Date: 7/10/12 10:43:22 AM
ID#: ███
DOB: ███

**Spontaneous Uroflowmetry:**
Voided Volume: N.A.
Pattern: normal / abnormal
Max Flow: N.A.
Residual Urine: N.A.

*} not performed*

**Filling Phase - Cystometry:**
The Cystometry was performed using saline at constant infusion (medium filling rate: 60 ml/min) through a 2 lumen 7 fr catheter with vaginal/rectal pressure monitoring and patient supine. First filling sensation occurred at 27 ml. The normal desire to void occurred at 96 ml and a strong desire occurred at 284 ml. Maximum cystometric capacity occurred at 529 ml. During bladder filling there (were) /were not any spontaneous involuntary detrusor contractions.

**Voiding Phase - Pressure Flow Study:**
Max Flow: 40 ml/s.
Pdet at Max Flow: -4 cmH2O.
Max Pdet: 23 cmH2O
Voided Volume: 459 ml.
Post Void Residual: 0 ml *60ml*

**Urethral Pressure Profile:**
Maximum Urethral Pressure: 80 cmH2O
Maximum Closure Pressure: 62 cmH2O.
Functional Length: 19 mm.

**Comment:**
57 y/o female pt c/o UI
Diagnosis: *(1) Mixed Incontinence   (2) normal voiding curve   (3) complete bladder emptying*

Date:              August 14, 2012
Examining Doctor:  Kathy Y Jones  MD.
Referring Doctor:

Physician Signature: *Kathy J*

**Kathy Y. Jones, M.D.**                                                                    8/14/12

| Patient Name | Bayless, Raeann | Patient ID | |
|---|---|---|---|
| Date of Birth | | Creation Date | 7/10/12 10:43:22 AM |

# Women's Pelvic Surgery Center of Orlando
## Kathy Y. Jones, M.D.
## 2501 N. Orange Avenue, Suite 542N, Orlando, FL, 32804
Phone: 407-228-8066
Fax: 407-228-8438

**Notes**

Examining Doctor          Kathy Y Jones  MD.          Referring Doctor

Comment
57 y/o female pt c/o UI

8/14/12 2:52:48 PM

### Uro - Urethral Pressure Measurement



| | | Uro - Urethral Pressure Measurem ent#1 | |
|---|---|---|---|

Women's Pelvic Surgery Center of Orlando                                                      1

**Medtronic**

**Kathy Y. Jones, M.D.**                                                                 **8/14/12**

| Patient Name | Bayless, Raeann | | Patient ID | |
|---|---|---|---|---|
| Date of Birth | ▮ | | Creation Date | 7/10/12 10:43:22 AM |

**Static**                                                                               **Profile**
**Stress**

| Uro - Urethral Pressure Measurement#1 | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| Percent of Functional Length | % | 29 | 46 | 63 | 80 |
| Bladder Pressure | cmH2O | 58 | 77 | 69 | 65 |
| Bladder Pressure (Relative) | cmH2O | 39 | 62 | 57 | 55 |
| Urethral Pressure | cmH2O | 99 | 141 | 129 | 123 |
| Urethral Pressure (Relative) | cmH2O | 48 | 89 | 77 | 71 |
| Transmission Pressure | cmH2O | 25 | 66 | 67 | 64 |
| Transmission Factor | % | 63 | 107 | 117 | 118 |
| Depression of Transmission | % | 37 | -7 | -17 | -18 |
| Urethral Closure Pressure (Rest) | cmH2O | 55 | 60 | 50 | 48 |
| Urethral Closure Pressure ( ) | cmH2O | 41 | 64 | 60 | 57 |
| Depression Pressure | cmH2O | 14 | -5 | -10 | -10 |
| Depression Quotient | cmH2O/cmH2O | 0 | 0 | 0 | 0 |

**Stress Summary**

| Uro - Urethral Pressure Measurement#1 | | 1 |
|---|---|---|
| Volume at Dynamic Profile Begin | ml | -1 |
| Dynamic Functional Length | mm | 17 |
| Max - Transmission Factor | % | 118 |
| Min - Depression of Transmission | % | -18 |
| Max - Urethral Closure Pressure (Stress) | cmH2O | 64 |

| Uro - Urethral Pressure Measurement#1 | | 1 | 2 | Mean |
|---|---|---|---|---|
| Max Urethral Pressure | cmH2O | 78 | 82 | 80 |
| Max Closure Pressure | cmH2O | 61 | 64 | 62 |
| Closure Pressure at 30 % | cmH2O | 52 | 57 | 55 |
| Closure Pressure at 70 % | cmH2O | 58 | 60 | 59 |
| Static Functional Length | mm | 18 | 20 | 19 |
| Length of Continence Zone | mm | 13 | 7 | 10 |
| Functional Area | mm*cmH2O | 897 | 1054 | 976 |
| Continence Area | mm*cmH2O | 679 | 358 | 519 |
| Average Urethral Pressure | cmH2O | 68 | 71 | 69 |

Medtronic

**JE-017 Page 15 of 85**

Kathy Y. Jones, M.D.                                                            8/14/12

| Patient Name | Bayless, Raeann | Patient ID | |
| Date of Birth | | Creation Date | 7/10/12 10:43:22 AM |
| | | | 8/14/12 3:12:48 PM |

## Uro - Water Cystometry



Medtronic

Kathy Y. Jones, M.D.                                                    8/14/12

| Patient Name | Bayless, Raeann |
| Date of Birth | |
| Patient ID | |
| Creation Date | 7/10/12 10:43:22 AM |



| | | Uro - Water Cystometry #1 |
|---|---|---|
| Compliance | ml/cmH2O | 36.1 |
| Residual Urine | ml | N.A. |

Kathy Y. Jones, M.D.                                                              8/14/12

| Patient Name | Baviess, Raeann | Patient ID | |
| Date of Birth | | Creation Date | 7/10/12 10:43:22 AM |

## Cystometry Results

| Uro - Water Cystometry#1 | | First Desire to Void | Normal Desire to Void | Strong Desire to Void | Max Cystometric Capacity | Base Pressure |
|---|---|---|---|---|---|---|
| Vinfus | ml | 27 | 96 | 303 | 529 | |
| Pves | cmH2O | | | | | 13 |
| Pdet | cmH2O | -10 | 6 | 5 | 11 | |

## Manual Leak Point Pressure Results (cmH2O)

| Uro - Water Cystometry#1 | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Leak Point Pressure | 64 | 29 | 65 | 32 | 47 | 6 |
| Pves Pressure | 77 | 43 | 78 | 45 | 61 | 18 |

| Uro - Water Cystometry#1 | | Cough | Base Pressure | First Desire to Void (First Sensation) | Normal Desire to Void (Normal Desire) | Cough | Cough |
|---|---|---|---|---|---|---|---|
| Vinfus | ml | 3 | 21 | 27 | 96 | 150 | 150 |
| Pura | cmH2O | 106 | 25 | 23 | 27 | 84 | 92 |
| Pves | cmH2O | 95 | 13 | 6 | 18 | 51 | 60 |
| Pabd | cmH2O | 79 | 16 | 16 | 12 | 57 | 65 |
| Pdet | cmH2O | 16 | -3 | -10 | 6 | -6 | -5 |
| EMG | uV | 17 | 5 | 6 | 5 | -3 | 12 |
| Time | | 00:00:04:02 | 00:00:18:40 | 00:00:27:04 | 00:01:34:66 | 00:03:19:38 | 00:03:36:42 |

| Uro - Water Cystometry#1 | | Leak Point Pressure (LPP) | Valsalva (Vlasalva) | Valsalva (Vlasalva) | Cough | Leak Point Pressure (LPP) | Leak |
|---|---|---|---|---|---|---|---|
| Vinfus | ml | 150 | 150 | 150 | 150 | 150 | 150 |
| Pura | cmH2O | 120 | 97 | 113 | 23 | 108 | 25 |
| Pves | cmH2O | 77 | 42 | 48 | 5 | 43 | 4 |
| Pabd | cmH2O | 81 | 67 | 78 | 6 | 74 | 7 |
| Pdet | cmH2O | -3 | -25 | -30 | -1 | -32 | -3 |
| EMG | uV | 6 | -5 | 4 | -5 | 5 | -5 |
| Time | | 00:03:42:82 | 00:03:59:70 | 00:04:18:58 | 00:04:24:66 | 00:04:37:30 | 00:04:41:46 |

| Uro - Water Cystometry#1 | | Cough | Cough | Leak Point Pressure (LPP) | Valsalva (Vlasalva) | Valsalva (Vlasalva) | Leak |
|---|---|---|---|---|---|---|---|
| Vinfus | ml | 303 | 303 | 303 | 294 | 303 | 303 |
| Pura | cmH2O | 90 | 112 | 132 | 75 | 78 | 28 |
| Pves | cmH2O | 54 | 69 | 78 | 38 | 37 | 6 |
| Pabd | cmH2O | 61 | 75 | 87 | 47 | 49 | 10 |
| Pdet | cmH2O | -8 | -8 | -9 | -8 | -12 | -3 |
| EMG | uV | 7 | 8 | -18 | 5 | -3 | 6 |
| Time | | 00:07:56:28 | 00:08:05:74 | 00:08:14:22 | 00:08:33:84 | 00:08:49:92 | 00:08:53:82 |

Medtronic

**JE-017 Page 18 of 85**

**Kathy Y. Jones, M.D.**                                                    **8/14/12**

| Patient Name | Bayless, Raeann | | Patient ID | ▮ |
| Date of Birth | ▮ | | Creation Date | 7/10/12 10:43:22 AM |

| Uro - Water Cystometry#1 | | Leak Point Pressure (LPP) | Leak | Event (pt standing) | Event (*running water) | Strong Desire to Void (Strong Desire) | Cough |
|---|---|---|---|---|---|---|---|
| Vinfus | ml | 303 | 303 | 303 | 303 | 303 | 303 |
| Pura | cmH2O | 89 | 27 | 30 | 39 | 40 | 135 |
| Pves | cmH2O | 45 | 7 | 17 | 16 | 16 | 64 |
| Pabd | cmH2O | 56 | 8 | 8 | 9 | 11 | 60 |
| Pdet | cmH2O | -11 | -1 | 9 | 7 | 5 | 4 |
| EMG | uV | 4 | -4 | 5 | -9 | 4 | -11 |
| Time | | 00:09:04:14 | 00:09:08:38 | 00:10:44:12 | 00:10:59:46 | 00:11:09:68 | 00:12:42:92 |

| Uro - Water Cystometry#1 | | Leak | Cough | Leak | Leak Point Pressure (LPP) | Leak | Valsalva (Vlasalva) |
|---|---|---|---|---|---|---|---|
| Vinfus | ml | 303 | 303 | 303 | 303 | 303 | 303 |
| Pura | cmH2O | 42 | 150 | 45 | 131 | 52 | 62 |
| Pves | cmH2O | 14 | 72 | 15 | 61 | 17 | 24 |
| Pabd | cmH2O | 5 | 74 | 8 | 64 | 8 | 7 |
| Pdet | cmH2O | 9 | -2 | 8 | -3 | 10 | 18 |
| EMG | uV | 9 | -10 | -9 | -9 | -4 | -25 |
| Time | | 00:12:47:40 | 00:12:52:84 | 00:12:55:96 | 00:13:00:28 | 00:13:03:00 | 00:13:15:98 |

| Uro - Water Cystometry#1 | | Leak | Valsalva (Vlasalva) | Leak | Leak Point Pressure (LPP) | Leak | Max Cystometric Capacity (Max Capacity) |
|---|---|---|---|---|---|---|---|
| Vinfus | ml | 303 | 303 | 303 | 303 | 303 | 529 |
| Pura | cmH2O | 63 | 73 | 63 | 58 | 54 | 50 |
| Pves | cmH2O | 19 | 28 | 19 | 18 | 17 | 19 |
| Pabd | cmH2O | 8 | 19 | 4 | 9 | 2 | 7 |
| Pdet | cmH2O | 11 | 9 | 15 | 9 | 15 | 11 |
| EMG | uV | -17 | 4 | -4 | -3 | 9 | -14 |
| Time | | 00:13:22:28 | 00:13:45:32 | 00:13:50:28 | 00:13:56:12 | 00:13:59:24 | 00:18:07:18 |

**JE-017 Page 19 of 85**

**Kathy Y. Jones, M.D.**                                                        8/14/12

| Patient Name | Bayless, Raeann | Patient ID | |
| Date of Birth | | Creation Date | 7/10/12 10:43:22 AM |

8/14/12 3:13:13 PM

## Uro - Pressure Flow Study



| | | Uro - Pressure Flow Study#1 |
|---|---|---|
| Max Flow Rate | ml/s | 40.2 |
| Voided Volume | ml | 459 |
| Delay Time | s | 1 |
| Opening Time | s | N.A. |
| Voiding Time | s | 65 |
| Flow Time | s | 20 |
| Average Flow Rate | ml/s | 22.4 |
| Time to Max Flow | s | 5 |
| Pves - Opening | cmH2O | 21 |
| Pves - Max Flow | cmH2O | 25 |
| Pdet - Opening | cmH2O | 5 |
| Pdet - Max Flow | cmH2O | -4 |
| Max Pdet | cmH2O | 14 |
| Residual Urine | ml | 60 |

Women's Pelvic Surgery Center of Orlando                Medtronic                    7

Procedure Documentation for BAYLESS, RAEANN ███████ (53yo F) ██████

# Procedure Documentation for BAYLESS, RAEANN 01/19/1965 (53yo F) ██████
███████

AUG-20-2013 16:08  FROM:K JONES MD 4073707102                    TO:18558807167        P:1/8

Orlando Urogynecology, LLC
Kathy Y. Jones, MD
508 N. Mills Ave. Ste. C.
Orlando, Florida 32803

*R Rostville √ Mesh*
*√NRB Advantage fit Sling*

PATIENT  *Raeann  Bayliss*                    DOB: ███████

PHONE H  *321-289-3761*      W  *321-295-4752* (*Kennedy - daughter*)
                                              *321-M- 6681*

| PROCEDURE | | DIAGNOSIS | |
|---|---|---|---|
| Ant/Post repair w/anterior+E | 57200 Pelvic floor repair w/mesh | Complication of graft | 990.4 Rectocele 618.04 |
| Colpopexy ASP | 57280 Repair cystocele | 57240 | Cystocele, lateral 618.0? |
| Colpopexy abdominal | 57280 Repair rectocele | 57250 | Enterocele, midline 618.0? |
| Cystoscopy | 52000 Pelvic prosthetic graft, vaginal 57295 | OUA 626.8 Urge Incontinence 788.3 |
| Hysteroscopy w/biopsy | 58204 Sling for SUI +L | 57288 | Dysmenorrhea 625.3 Urinary frequency 788.41 |
| Cystoscopy w/hydrodistension | 52260 Sling revision | 57287 | Endometriosis 617.0 Uterine leiomyoma 218.9 |
| Cystoscopy w/ureter cath | 52005 Total vag hyst + BSO | 58260 | Female SUI 625.6 Uterine Polyp 621.0 |
| Endoscopic injection/implant | 51715 Total vag hyst + BSO | 58262 | Hematuria 599.7 Uterine Prolapse Compl 618.3 |
| Hysteroscopy w/na (+/-D&C) | 58558 Total vag hyst w/BSO & ant | 58263 | Infection/reaction to d 996 Uterine Prolapse, comp 618.2 |
| Hysteroscopy, ablation | 58563 Uterosacral suspension | 57285 | Metrorrhagia 626.6 Vaginal Enterocele 618.6 |
| Laparoscopic colpopexy | 57425 Vaginectomy, complete | 57110 | Peritoneal adhesions 568.0 Voiding Dysfunction 788.6 |
| | Vaginectomy, partial | 57106 | Postmenopausal bleed 627.1 *Mixed Incontinence* |
| Laparoscopy | 58551 *58571* | | 788.33 |

SPECIAL INSTRUMENTS  Lonestar retractor   Gynecare Prolift   Gynemesh  (Cystoscopy setup)  (Scobsky Retractors)

Marcaine 0.25% /Epi   (4)   Other _____   Time Required ( )  Assistant: *yes (cb)*  Medical Clearance? N/A  Pre-op Appt *5/24/2013*

BOWEL PREP: ( )NONE ( )VAO ( )GOLYTELY ( )PHOSPHOSODA  (X) MODIFIED PREP

PRE-OP LABS: ( )FEN/COP ( )CMETFN-LIPPN ( )EKG ( )H&H ( )SVETPN ( )PT ( )PTT ( )BUN

( )UA & C/S (X)B-HCG QUAL ( )BETA-HCG QUANT ( )CXR ( )TAG/SCREEN/CROSS ( )AUTOLOGOUS BLOOD

(X)ANESTHESIA *general*  OTHER _____   (X)Obtain Consent  Discharge instructions (X)2WK ( )Outpatient

**!! PLEASE FAX RESULTS OF ALL PRE- OP LABS TO 228-8438 ASAP!!**

LOCATION: FH AMB  FH CEI (FH ORLANDO)  FH WP  KSC   INPT - OUTPT (- 23 HR OBS)

Within what time frame would you like the surgery?  *8/9*                  *Kathy Y ___*  Physicians Signature

SURGERY SCHEDULING CHECKLIST

CASE # *1408023*

DATE OF SURGERY *8/9*  TIME *7:30 AM*  PRE-OP APPT *done*  PT TO ARRIVE @ *5:30 AM*

PT INFO LETTER  mailed *7-10* faxed _____ given _____  Health Pass/PAS appt *8/7*  LOCATION *FHS*

INS CO *OC*  Auth needed? *Y* # *in chart*  Yearly Ded _____ Ded Bal _____

% of Reimbursement ____ Eff _____  Pre-existing Clause _____ Surgery Copay Req _____

Contact _____  Clinicpb faxed? _____  Fax # _____

Comments _____

FAXED: Health Pass/OR/PAS? *7-12*  LOGGED IN? (*✓*)  Authorization? (*✓*)

SURGERY CHECKLIST 000107

**JE-017 Page 21 of 85**

Procedure Documentation for BAYLESS, RAEANN ███████ (53yo F) █████

AUG-20-2013 16:09  FROM:K JONES MD 4073707102                    TO:18558907167        P:2/8

| DATE | TIME WRITTEN | | |
|---|---|---|---|
| | | **959-1855**  Pre-Op Order Dr. Kathy Jones | |

NOTE: ORDERS MUST BE REVIEWED AND AUTHENTICATED BY RESPONSIBLE PHYSICIAN

Admit to ☐ Inpatient          Place in ☒ Outpatient  *2 Hour Obs*

Diagnosis  *Cystocele, Uterineprolapse, Mixed U.I.*

Condition  Stable

Diet  Nothing by mouth

Activity  As desired

IV Fluids: Lactated Ringers at (TO)  mL / hr

Medications  Pre-operative medication per anesthesia

Antibiotic Prophylaxis (S C I P  hysterectomy) Given within one hour prior to skin incision.

| If patient is less than 200 pounds | If patient is 200 pounds or greater |
|---|---|
| ☒ Cefazolin (Ancef) 1 gm IV for one dose | ☐ Cefazolin (Ancef) 2 gm IV  for one dose |
| ☐ Cefoxitin 1 gm IV for one dose | ☐ Cefoxitin  2 gm IV for one dose |

* If patient is allergic to above medications, notify physician. Approved substitutions:

☐ Clindamycin (Cleocin) 600 mg IV for one dose and Gentamicin 1.5 mg / kg for one dose

☐ Repeat Clindamycin (Cleocin) 600 mg IV ONLY if surgical time equal or greater than 4 hrs

If ordering a different antibiotic than listed above, please provide a documented reason for the alternative

☐ Ampicillin 2 gm IV Given within one hour prior to skin incision x one dose

☐ Vancomycin 15 mg/kg IV over 30 – 60 minutes Given within one hour prior to skin incision x one dose

Other Meds:
☒ Patient may take own anti-hypertensive medications with sips of water
☒ Patient may take own cardiac medications with sips of water

DVT Prophylaxis:  ☐ TED anti-embolism stockings    ☒ Sequential Compression Device

Pre-operative Labs (if not already done)

☐ Hemoglobin and Hematocrit  OR  ☒ Hemogram with platelets and differential

☒ Basic Metabolic Panel  OR  ☐ Comprehensive Metabolic Panel

☐ BUN ☐ Lipid Profile ☐ PTANR ☐ aPTT ☐ Urinalysis ☐ Urine Culture

☒ Pregnancy (HCG) Quantitative *qual* ☒ EKG  ☐ CXR

☐ Type and Screen  OR  ☐ ____ units red blood cells (type and cross match)  ☐ Autologous blood

☐ Other

Consent for (1) *Robotic Assisted TOTAL Laparoscopic Hysterectomy*
(2) *possible Cystocele repair*
(3) *Laparoscopic Sacral Colpopexy with Mesh*
(4) *midurethral Retropubic sling Eryth???*

Physician Authentication: *[signature]*          Kathy Jones, MD #013312   Date: *5/28/13* Time: *1440*

Allergies:                          Patient Diagnosis:          Height:          Weight:

**FLORIDA HOSPITAL**   Pre-Op Order Dr. Kathy Jones
959-1855 (07/06/07) r - POD

|||| IIIII|| barcode ||||        6x10

------------------------------------------------
Bayless, Raeann ████████

Kathy Y. Jones, MD

Procedure Documentation for BAYLESS, RAEANN ▮▮▮ (53yo F) ▮▮▮

AUG-28-2013 16:09  FROM:K JONES MD 4073707102                    TO:18558807167         P:3/8

## INFORMED CONSENT AND REQUEST FOR REPAIR OF RELAXATION OF PELVIC ORGANS AND/OR URINARY INCONTINENCE

### *DO NOT SIGN THIS FORM UNTIL YOU HAVE READ IT AND FULLY UNDERSTAND ITS CONTENTS.*

PATIENT'S NAME: *Rae Ann Bayless*          DATE: *5/28/2013*

I acknowledge and understand that the following procedures have been described to me and are to be performed on me: *Robotic assisted Total laparoscopic Hysterectomy, Cystocele repair, Sacralcolpopexy with mesh; sling, cystoscopy*

The following has been explained to me in general terms and I understand that:

1. The diagnosis requiring this procedure is a relaxation (stretching) of the supporting tissues of the vagina resulting in a) sagging of the bladder into the vagina (cystocele), b) bulging of the rectum into the vagina (rectocele) and/or c) bulging of the intestine into the top of the vagina (enterocele) d) falling of the top of the vagina (vaginal vault prolapse), e) uterus is falling out of the vagina (uterine prolapse) and/or f) urinary incontinence with leakage associated with cough, laugh, or exercise.

   *a, d, e, f*

2. The nature of the procedure is to surgically strengthen and repair the supporting tissue of the vagina.

3. The purpose of this procedure is a) suspend ("tack-up") the bladder and/or reposition the tube (urethra) that connects the bladder to the outside of the body (cystocele); b) repair the bulging of the rectum into the vagina (rectocele); and/or c) repair the bulging of the intestine into the top of the vagina ( enterocele) d) suspend the top of the vagina (vaginal vault suspension) e) remove the uterus (hysterectomy) and/or f) repair support tissues around the urethra that allow urine leakage; g) looking into bladder with lighted telescope (cystoscopy).

   *a, c, d, e, f, g*

4. MATERIAL RISKS OF THIS PROCEDURE:
   As a result of this procedure being performed there may be material risks of : INFECTION, ALLERGIC REACTION, DISFIGURING SCAR, SEVERE LOSS OF BLOOD, LOSS OR LOSS OF FUNCTION OF ANY LIMB OR ORGAN, PARALYSIS OR PARTIAL PARALYSIS, PARAPLEGIA OR QUADRIPLEGIA, BRAIN DAMAGE, CARDIAC ARREST OR DEATH.

5. In addition to these material risks, there may be other possible risks involved in this procedure including, but not limited to:
   - possible injury to bowel, bladder, ureter or other pelvic or abdominal structures;
   - possible fistula formation (opening between bowel, bladder, ureter, vagina and/or skin) caused by an injury to the bowel, bladder or ureter;
   - possible need for immediate surgery or additional surgery, which might include a colostomy;
   - possible blood loss necessitating transfusion which carries the risk of exposure to AIDS,Hepatitis or other infectious diseases;
   - possibly no improvement or only temporary improvement in urine control; worsening urinary incontinence
   - possible prolonged need of a catheter to drain the bladder;  Incomplete bladder emptying (urinary retention)
   - possible pain or discomfort with sexual intercourse;
   - possible formation of blood clots in legs, pelvic area and lungs;
   - possible emboli (clots of blood or other material that might travel to other parts of the body).
   - Recurrence of cystocele, rectocele, enterocele or vaginal vault prolapse. Success rate 85%

                                                    1        patient initials: *RB*

J Surgery Center/INFORMED CONSENT AND REQUEST FOR REPAIR OF PELVIC ORGAN PROLAPSE AND UA Rev/ updated 5/8/12

Procedure Documentation for BAYLESS, RAEANN ▐▐▐▐▐ (53yo F)
▐▐▐▐▐   AUG-28-2013 16:09  FROM:K JONES MD 4073707102          TO:18558807167          P:4/8

6   The likelihood of success of the above procedure is : (✗) good;  ( ) fair;  ( ) poor.

7.  Practical alternative to this procedure include:
    • Do nothing and accept the consequences of the patient's condition;
    • Use of artificial supports (pessaries);
    • Exercise (Kegel exercises, vaginal weights)

8.  If the patient chooses not to have the above procedure/procedures, the prognosis (predicted future medical condition) is a continuation or worsening of current medical problems.

        I understand that the physician, medical personnel and other assistants will rely on statements about the patient, the patient's medical history and other information in determining whether to perform the procedure or the course of treatment for the patient's condition and in recommending the above procedure.
        I understand that the practice of medicine is not an exact science and that NO GUARANTEES OR ASSURANCES HAVE BEEN MADE TO ME concerning the results of this procedure.
        I understand that during the course of the procedure described above it may be necessary or appropriate to perform additional procedures which are unforeseen or not know to be needed at the time this consent is given. I consent to and authorize the persons described herein to make the decisions concerning such procedures. I also consent to and authorize the performance of such additional procedures as they deem necessary or appropriate.
        I also consent to diagnostic studies, tests, anesthesia, x-ray examinations and other treatment or courses of treatment relating to the diagnosis or procedures described herein.
        BY SIGNING THIS FORM, I ACKNOWLEDGE THAT I HAVE READ OR HAD THIS FORM READ AND/OR EXPLAINED TO ME, THAT I FULLY UNDERSTAND ITS CONTENTS AND THAT I HAVE BEEN GIVEN AMPLE OPPORTUNITY TO ASK QUESTIONS AND THAT ANY QUESTIONS HAVE BEEN ANSWERED SATISFACTORILY. ALL BLANKS OR STATEMENTS REQUIRING COMPLETION WERE FILLED IN AND ALL STATEMENTS I DO NOT APPROVE OF WERE STRICKEN BEFORE I SIGNED THIS FORM. I ALSO HAVE RECEIVED ADDITIONAL INFORMATION INCLUDING BUT NOT LIMITED TO THE MATERIALS LISTED BELOW RELATING TO THE PROCEDURE DESCRIBED HEREIN.
        I voluntarily consent to allow Dr. _K Jones_____ or any physician designated or selected by him or her and all medical personnel who may otherwise be involved in performing such procedures to perform the procedures described or otherwise referred to herein.

X_James Co____ MA                    X_Raeann Bayless_____   Date: 5/28/13
Witness                              Person giving consent
                                     Relationship to patient if not the patient

                                     _____
                                     Patient unable to sign because of _____

Additional materials used, if any, during the informed consent process for this procedure included:
_ Colpopexy     Restorelle + Mesh_____
_Boston Sci     the Advantage Fit SLING_____
X_Raeann Bayless_____
Person giving consent                Bayless, Raeann ▐▐▐▐▐

                                     Kathy Y. Jones, MD

                              2           Patient Initials: _____

J.>Surgery Items>INFORMED CONSENT AND HIPAA ... al REPAIR OF PELVIC ORGAN PROLAPSE AND U.ден > updated 8/8/12

**JE-017 Page 24 of 85**

AUG-20-2013 16:10  FROM:K JONES MD 4073707102        TO:18558807167        P:5/8

*Orlando Urogynecology*                           Kathy Y. Jones MD

## HYSTERECTOMY SURGICAL CONSENT FORM

The doctor has determined that for medical reasons it is necessary to remove your uterus or "womb". This operation is called a Hysterectomy. There are various risks and side effects to this operation about which you should be informed. If you are of child-bearing age, you should know that this operation will make you sterile and permanently unable to become pregnant or bear children. Complications from hysterectomy are uncommon, but they do sometimes occur. It is possible that this operation will not help you. It is even possible that you will be worse after the operation than you are now. Because of these facts, your doctor can make no guarantee as to the result that may be obtained from this operation: however, in the vast majority of patients, the result is achieved.

There are several types of hysterectomies and your doctor has planned on performing the following type:

X Laparoscopic hysterectomy  *Robotic assisted*   ___Vaginal hysterectomy
___Laparoscopic supracervical hysterectomy        ___Abdominal Hysterectomy
___Laparoscopic assisted vaginal hysterectomy      ___Hand assisted laparoscopic hysterectomy

Along with removing your uterus, your doctor may also remove your tubes and ovaries or perform other procedures as indicated by your medical history such as:

___Bilateral salpingoopherectomy          ___Resection of pelvic mass
___Unilateral salpingoopherectomy         ___Lysis of adhesions
___Other: _____

Most patients have surgery with little difficulty, but problems can happen ranging from minor to fatal. These may include nausea, vomiting, pain, bleeding, infection, poor healing, formation of adhesions, damage to surrounding areas, nerve damage causing weakness, numbness and pain in thighs, legs and feet, blood clots in legs and lungs, shortening of the vagina, depression or even loss of libido. Unexpected reactions may occur from drugs or anesthesia. Unintended injury can occur to other pelvic or abdominal structures such as fallopian tubes, ovaries, bladder, ureter (tube from kidney to bladder), or bowel necessitating a colostomy. Any such injury may require immediate or additional surgery to correct the problem. Physical and sexual activity will be restricted in varying degrees for an immediate period of time depending on the type of surgery done. Some women may show signs of menopause, such as mood swings, hot flashes, and an increased risk of developing osteoporosis after a hysterectomy, specifically if the ovaries are removed.

Finally, I understand that it is impossible to list every possible undesirable effect that the surgery may have, that the condition for which surgery is done is not always cured or significantly improved and that, in rare cases, the condition may even worsen. My doctor has explained the different options available to me for my medical condition including the option of doing nothing.

I CERTIFY: I, _____ have read or had read to me the contents of this form. I understand the risks and alternatives involved in this procedure. I have had the opportunity to ask questions and all my questions have been answered.

SIGNED: _____ DATE: 5/28/13 TIME: _____

PHYSICIAN: _____  WITNESS: _____ MA

Bayless, Raeann [ ]

Kathy Y. Jones, MD

J:\surgery forms\Hysterectomy consent form.doc

## Procedure: ANTERIOR and/or POSTERIOR COLPORRHAPHY

Your doctor has determined that you have a weakness in the wall of your vagina through which the bladder or bowel may protrude and which requires surgical repair. This operation is called a colporrhaphy, and when both the front and back walls of the vagina are repaired, it is commonly known as an "A and P repair". The operation involves surgical incisions or "cuts" in the front and/or back walls of the vagina. Complications from this surgery are uncommon, but they do occur. Reoccurrence of the condition occasionally happens even after successful repair of the vaginal wall. It is possible that this operation will not help you. It is even possible that you will be worse after the operation than you are right now. Because of these facts, your doctor can make no guarantee as to the result than might be obtained from this operation. However, in the vast majority of patients, the result desired is achieved.

Like any other surgical procedure, A and P repair may be complicated by bleeding and infection. Because A and P repair involves the urinary system and the intestinal tract, damage to these structures is possible from the surgery; and abnormal connections between the vagina and intestinal tract and urinary system may form after this type of surgery. Difficulty controlling urination and pain during intercourse are possible complications of colporrhaphy. Nerve damage is a very rare complication of A and P repair. Nerve damage can result in weakness, pain, and numbness in the legs, thighs, and feet. Allergic or other bad reaction to one or more of the substances used during the procedure is a very rare complication.

It is likely that you will have to have a tube or catheter placed in your urinary bladder for a few days after this operation in order to allow the urine to drain freely.

Some of the complications of this operation may require further major surgery; some may cause prolonged illness, permanent deformity, poor healing wounds and scarring; and very rarely, some can be fatal. Furthermore, there may be alternatives to this surgery available to you, such as other types of surgery or the use of supports. However, these alternative methods carry their own risk of complications and have a varying degree of success. Therefore, in those patients in whom an A and P repair is indicated, the procedure may provide the patient with the best chance of successful treatment and the lowest risk of complications.

*Cystocele Repair*

**ADDITIONAL RISKS AND ALTERNATIVES:**
(To be filled in here and on reverse
side by doctor as necessary)

I CERTIFY: I have read or had read to me the contents of this form; I understand the risks and alternatives involved in this procedure; I have had the opportunity to ask any questions which I had and all of my questions have been answered.

DATE: 5/28/13 TIME: _____     SIGNED: X _____
(Signed by patient or person legally authorized to consent for patient)

WITNESS: _____ MA      PHYSICIAN: _____
(Signed by physician)

(A GENERAL CONSENT FORM MUST ALSO BE SIGNED BY THE PATIENT.)

Prepared by In-Forms No. 1072

Copyright 1988 - 1993 by In-Forms, Post Office Box 35194, Albuquerque, NM 87176-5194. Telephone 505/255-2569. All rights reserved. This form may not be reproduced, copied, translated or transcribed in any manner, in whole or in part, without the express written prior approval of In-Forms; except that a form which has been signed by a patient may be reproduced for record-keeping purposes only. Violation of this provision is an infringement of U.S. copyright.

AUG-20-2013 16:11  FROM:K JONES MD 4073707102                TO:18558807167        P:7/8

Procedure: URETHROVESICAL SUSPENSION   (SLING)

You and your doctor are considering an operation on the lower part of your urinary system in an attempt to help you from accidentally or unintentionally losing your urine. The operation is called a "urethrovesical suspension" and requires surgical cuts in the lower part of the belly. Although complications and bad results are very uncommon from this type of operation, they do sometimes occur. It is possible that this operation will not help you to control your urine. It is even possible that you will be worse after the operation than you are right now. Because of these facts, your doctor can make no guarantee as to the result that might be obtained from this operation. However, in the vast majority of patients the result desired from this surgery is achieved.

Some of the possible complications of urethrovesical suspension operations are:

Bleeding; infection; damage to the urinary system; repeated urinary infections prolonged need for an artificial tube to drain the bladder (this is called a "catheter" and may be placed in the vaginal area or through the belly wall); development of a rupture or hernia in the area of the surgical cut in the belly; the formation of blood clots in the legs and lungs; and allergic or other bad reactions to one or more of the substances used in the operation.

Some of the complications of this operation can cause the need for further surgery; some of the complications can cause prolonged illness, scarring, and permanent disability. Very, very rarely, some of the complications can even cause death. Furthermore, there may be alternatives to this operation available to you, such as the use of medications or other types of surgery. However, these alternative methods carry their own risk of complications and have a varying degree of success. Therefore, in those patients in whom urethrovesical suspension is indicated, the procedure may provide the patient with the best chance of successful treatment and the lowest risk of complications.

ADDITIONAL RISKS AND ALTERNATIVES: _____
(To be filled in here and on reverse side    _____
by doctor as necessary)                      _____

I CERTIFY: I have read or had read to me the contents of this form; I understand the risks and alternatives involved in this procedure; I have had the opportunity to ask any questions which I had and all of my questions have been answered.

DATE: 3/28/13 _____ TIME: _____  SIGNED: _____
                                               (Signed by patient or person legally
                                               authorized to consent for patient)

WITNESS: _____  PHYSICIAN: _____
(A GENERAL CONSENT FORM MUST ALSO BE SIGNED BY THE PATIENT.)   (Signed by physician)

Prepared by In-Forms  No. 1110

Copyright 1988 by In-Forms, P.O. Box 35194, Albuquerque, NM, 87176-5194. Telephone 505/255-2569. All rights reserved. This form may not be reproduced, copied, translated, or transcribed in any manner, in whole or in part, without the express written prior approval of In-Forms; except that a form which has been signed by a patient may be reproduced for record-keeping purposes only. This notice must remain a part of this form. Violation of these provisions is an infringement of U.S. copyright.

AUG-20-2013 16:11   FROM:K JONES MD 4073707102                    TO:18558807167           P:8/8

*Orlando Urogynecology*
Kathy Jones MD

## AUGMENTATION GRAFT CONSENT FORM

The doctor has determined that your surgery may or will require augmentation with graft material. This material will be used to help hold up your surgery. Graft materials from organ donors have been used in reconstructive surgeries for many years especially in the orthopedic procedures. The most common types of graft materials include fascia, pig skin, cow skin, human skin and synthetic materials such as mesh.

All organ donors are tested at the time of donation to make sure they don't have HIV which can lead to AIDs, or hepatitis. In addition, the animal and human grafts are taken through a rigorous processing to prevent the accidental transmission of disease. The rate of transmission is believed to be approximately 1 in 8 million. There have not been any cases of transmission of HIV to date.

In the last several years, there have been reports of early surgical failures using donor fascia. This is believed to be related to the rigorous treatment process used to prevent any viral transmission. The failures were noted as early as 6 months after surgery. Thus, recently more of the other materials derived from pigs skin, pig Intestine, cow skin and synthetic mesh have used in pelvic organ prolapse surgeries.

In the case of synthetic mesh, this material is permanent and is routinely used in general surgery to repair abdominal wall hernias. When mesh is used in gynecological surgery, there is a 5-10% chance that this mesh can cause delayed healing and eventually erode into the vagina, requiring a second surgery to remove it.

### SLING MATERIAL IS MADE OF SYNTHETIC MATERIAL/MESH

If you have any questions about augmentation graft materials, please fee free to ask:

_____                          _____
Patient signature                                Kathy X. Jones, MD

_____
Witness

_____
5/28/13
Date & time

DO NOT SIGN IF YOU DO NOT UNDERSTAND OR AGREE TO THE ABOVE.

Clinical DocumentOperative Note for BAYLESS, RAEANN ████████ (53yo F) ████

████████

FloridahospitalMD                                    09/18/13 15:12:47                           Page 1 of 6

TO: JONES, KATHY Y. MD (013312 2H DICTATING)
DICTATED BY: Kathy Y. Jones, MD (4C45)

<Physician amended 09/13/2013>

NAME: RAEANN M BAYLESS
ACCOUNT #: ████████ MRI: 000792576
DATE OF BIRTH: ██████
AGE: 48Y SEX: F

DATE OF OPERATION: 08/09/2013

PREOPERATIVE DIAGNOSES:
1.  Incomplete uterovaginal prolapse.
2.  Cystocele.
3.  Stress urinary incontinence.

POSTOPERATIVE DIAGNOSES:
1.  Incomplete uterovaginal prolapse.
2.  Cystocele.
3.  Stress urinary incontinence.
4.  Pelvic adhesions.

OPERATIONS PERFORMED:
1.  Robotic Assisted total laparoscopic hysterectomy.
2.  Abdominal sacral colpopexy.
3.  Retropubic Mid urethral sling using the Advantage Fit.
4.  Cystoscopy.

SURGEON: Kathy Y. Jones, MD

ASSISTANT: Edmund Abate, PA-C

ANESTHESIA: General.

FLUIDS GIVEN: 2700 of Lactated Ringer's.

FINDINGS: The patient had evidence of a stage 2 anterior wall prolapse
with concomitant incomplete uterovaginal prolapse. She had otherwise a
normal sized uterus, normal ovaries and left pelvic sidewall adhesions
upon laparoscopic evaluation. She had urodynamic confirmed stress urine
incontinence that was demonstrated in the office. She also had evidence
of diverticular disease in the sigmoid colon.

DESCRIPTION OF THE OPERATIVE PROCEDURE:   The patient was brought in the

```
                               OPERATIVE REPORT
Patient : BAYLESS, RAEANN M                        Dictated: 09/12/13 20:30
Account#:  ████████                             Transcribed: 09/18/13 15:07
MRI# :     ████████                                Room/Bed: RIO1/+/01
                       01 Florida Hospital Orlando
                         Page 1 of 6                                    2
```

Clinical DocumentOperative Note for BAYLESS, RAEANN ▮▮▮▮▮▮ (53yo F) ▮▮▮▮▮
▮▮▮▮▮
FloridahospitalMD                        09/18/13 15:12:47                    Page 2 of 6

operating room in stable condition. After a suitable level of general
anesthesia was instilled, the patient was placed in dorsal lithotomy
position with Allen stirrups, and then was prepped and draped in sterile
fashion. She was positioned on a gel pad with her arms positioned and
tucked at her sides. The upper body was also padded and she had gel pads
placed over the level of her shoulders to prevent any sliding.

At this point, a Foley catheter was inserted. Vaginal exam revealed,
again, a normal sized uterus. The uterus sounded to approximately 8 cm. A
medium VESIcare uterine manipulator was then inserted without difficulty.

At this point, we then turned to the abdominal wall, starting at the level
of the umbilicus, which was injected with 0.25% Marcaine with
epinephrine. A Veress needle was then placed, with an opening pressure of
3 mmHg. Drop test was negative. Approximately 3.5 liters of $CO_2$ gas was
allowed to escape into the abdominal cavity to achieve a normal
peritoneum.

At this point, we placed our 10 and 11 nonbladed trocar without
difficulty. A panoramic view of the pelvis was then evaluated with the 5
mm camera. We did see some adhesive disease in the left pelvic sidewall
and evidence of diverticular disease. The uterus was otherwise of normal
size, and the adnexa and ovaries were normal in appearance.

The robotic trocars were then placed in strategic fashion to form an M
configuration, and the bedside assistant port was also placed using a
10/11 port in the right upper quadrant. The uterus was manipulated via
the VCARE manipulator without difficulty.

At this point, we place robotic shears in #1, PK instrument in #2 and the
Prograsp in #3. We proceeded with the hysterectomy. The uterovaginal
ligaments were then grasped with the PK instrument, coagulated and
transected with scissors. This was also completed at the level of the
round ligament The broad ligament was then opened and a bladder flap was
then created. The bladder flap was then displaced caudad.

Similarly, the posterior leaf was opened. The uterine vessels were then
skeletonized and, using the PK bipolar instrumentation, the uterine
vessels were coagulated.

Abdominal coagulation was then performed and then transected. The pro was
then repeated on the opposite side in similar fashion, again starting at
the level of the uterovarian ligament, followed by the round ligament,
then developing the remaining portion of the bladder flap. The posterior

---

OPERATIVE REPORT
Patient : BAYLESS, RAEANN M              Dictated: 09/12/13 20:30
Account#:                               Transcribed: 09/18/13 15:07
MRI :  ▮▮▮▮▮                                Room/Bed: RIO1/+/01
                01 Florida Hospital Orlando

                Page 2 of 6                                    2

leaf was then undermined and the uterine vessels were then skeletonized. A zone of coagulation was then created over the vessels using the PK instrumentation, and then it was transected.

Upward traction was placed on the VCARE to outline the vaginal fornices and to also determine the level to start the colpotomy incision. At this point, the uterine pedicles were released on both sides. The anterior colpotomy was then scored starting on the anterior wall, then followed by the posterior colpotomy. The two incisions were then joined using the monopolar scissors, and then the uterus was disconnected from the vagina.

We then performed the vaginal extraction. The uterus was left in the vagina to maintain pneumoperitoneum. Lastly, the ovaries were left in place and the pedicles were noted to be hemostatic.

At this point, the vaginal cuff was then closed in a running stitch of 2-0 V-Loc suture and once the vagina was closed, the pelvis was then evaluated under low pressure to inspect the pedicles to make sure there was no bleeding. At this point, the uterus was removed from the vagina.

The sacrocolpopexy tip was then placed on the Advincula arch. Manual assistance was then used to manipulate the vaginal stent. The bladder was then dissected further off the anterior portion of the vagina, and the rectovaginal space was then opened and developed posteriorly with the scissors.

We then turned to the sacral promontory. The sigmoid colon was displaced to the left, and the outline of the sacral promontory was tapped out and then confirmed by the bedside assistant. An incision was made over the promontory approximately 3 cm in length. Presacral fat was then dissected out. We are to expose the presacral ligament.

Then a tunnel in the peritoneal space was then created down to the level of the vaginal cuff. At this point, I measured the anterior wall, and the vaginal length was measured to be approximately 4 cm. The posterior wall was approximately 7.5 cm. Our mesh Y graft was then cut to size to this configuration. It was then introduced into the abdominal cavity via the bedside assistant port. The graft was then secured to the anterior vaginal wall using six interrupted 2-0 Gore-Tex sutures. Similarly, the posterior leaf of the graft was attached to the posterior vaginal wall with six interrupted stitches of 2-0 Gore-Tex in a similar fashion.

At this point, the tail of the graft was then unrolled and then placed through our previously-created tunnel up to the level of the sacral

OPERATIVE REPORT
Patient : BAYLESS, RAEANN M          Dictated: 09/12/13 20:30
Account#:                            Transcribed: 09/18/13 15:07
MR#  :  ▆▆▆▆                          Room/Bed: RIO1/+/01
                    01 Florida Hospital Orlando
                    Page 3 of 6                                    2

For support contact Physician Technology Support at 407-303-5580 or email fh.physician.tech.support@flhosp.org

promontory. The sacral colpopexy stent was then relaxed in the vagina so as not to place the graft under any tension. The tail of the graft was then secured to the presacral ligament using three interrupted sutures of 2-0 Gore-Tex in a similar fashion. FloSeal was then placed at the level of the sacrum and then our space with irrigated. We inspected under low pressure to make sure there was no bleeding, and hemostasis was assured.

We then began our closure of the peritoneum of the graft and this was performed with 3-0 V-Loc sutures. Similarly, the graft was then covered at the level of the vagina and was retroperitonealized using a running stitch of 3-0 V-Loc suture. The patient had been given indigo carmine and, once the sacrocolpopexy portion of the procedure was completed, the abdomen was again evaluated under low pressure and the pedicles were noted to be hemostatic. The graft, or our mesh, was completely retroperitonealized and was not exposed.

At this point, I came off the console. Cystourethroscopy was then performed with a 70-degree telescope. There was bilateral efflux of urine from both the orifices. The trigone was normal. There was a little bit of ecchymosis on the posterior wall and trigone. The urethra had normal configuration. The cystoscope was then removed and the bladder was drained. Foley catheter was then reinserted.

At this point, a weighted speculum was placed into the vagina. The robot was completely undocked. The patient's legs were then placed in modified lithotomy position and Trendelenburg with then reversed. The anterior wall of the vagina, the distal third, was grasped with two Allis clamps and then injected with 1% lidocaine with epinephrine. A 1.5 cm incision was then made and dissection was carried out on either side of the urethra with the Metzenbaum scissors. Similarly, on the abdominal wall and the mons pubis, a fingerbreadth to the right and left of the midline was identified and marked. The subcutaneous and subcuticular tissue was then injected with 10 mL of 1% lidocaine x2.

The Advantage Fit sling was then assembled with the inserter. The Foley catheter was disconnected from the bag and the catheter guide was then placed through the Foley catheter. It was deviated to the patient's right side. Traction was then placed on the Foley to make sure the estimate of the mid urethra was correct.

The sling was then placed in the vaginal incision on the right, aiming towards the ipsilateral shoulder, and then turned parallel to the midline, to pass behind the symphysis pubis, then placed through the previously-injected subcutaneous tissue to pierce the skin. The tip of

---

OPERATIVE REPORT

Patient : BAYLESS, RAEANN M                Dictated: 09/12/13 20:30
Account#:                                  Transcribed: 09/18/13 15:07
MRI#:                                       Room/Bed: RIO1/+/01
                01 Florida Hospital Orlando

                    Page 4 of 6                              2

For support contact Physician Technology Support at 407-303-5580 or email fh.physician.tech.support@flhosp.org

Clinical DocumentOperative Note for BAYLESS, RAEANN ███████ (53yo F)  ███████

FloridahospitalMD                    09/18/13 15 13:06                    Page 5 of 6

the inserter was then grasped and the actual metal guide was then removed. The procedure was then repeated on the opposite side in a similar fashion once the catheter guide was deviated to the left. Once the inserter apparatus was pierced through the abdominal wall, it was then grasped and the metal guide was then removed.

The Foley catheter was then removed and cystourethroscopy was then repeated. The bladder was then filled and, looking at the anterior wall of the bladder, the sling plastic sheaths were manipulated to ensure they were not placed in the submucosal area of the bladder. Only a faint outline of the sheaths were visualized.

The bladder was then drained. Foley catheter was then reinserted. The sheath of the sling was then pulled all the way through the abdominal wall. A small gap was then placed between the urethra and the sling. A spacer was then placed. The plastic sheaths were then removed, and the sling was then comfortably loosely placed in the suburethral space.

At this point, the sling was checked to be sure it had no twists or rotations. The space over the dissection was then filled with FloSeal and pressure was applied to ensure hemostasis. The vaginal incision was then closed with interrupted 3-0 Monocryl suture in a vertical mattress, with good approximation of the vaginal edges. The sling arms were then cut flush with the skin of the abdominal wall, and then skin adhesive was then applied to the incisions.

At this point, inspection of the vagina with a speculum revealed a closed cuff. No active bleeding was seen. Again, the incision from the sling placement was also closed, with no active bleeding.

All instruments were removed from the vagina. The Foley catheter was still draining blue-tinged urine. Specimens sent to pathology include uterus and cervix. The instrument and sponge counts were correct.

It should be noted the patient had implantable grafts, specifically polypropylene mesh that is named Restorelle Y mesh, along with FloSeal hemostatic matrix.

At the close of the procedure, the instrument and sponge count were correct. The patient tolerated the procedure well and was then taken to the recovery room in stable condition.

8867633

---

                              OPERATIVE REPORT
Patient : BAYLESS, RAEANN X               Dictated: 09/12/13 20:30
Account#:                                 Transcribed: 09/18/13 15:07
MRI# :       ███████                      Room/Bed: RIO1/+/01
             ███████  01 Florida Hospital Orlando
                    Page 5 of 6                              2

OCT-29-2013 11:03 From:                          To:18558807167          Page:1/1

### *Orlando Urogynecology*

Kathy Y Jones, MD
508 N Mills Avenue, Ste C
Orlando, Fl 32803
Phone (407) 228-8066 Fax (407) 228-8438

Date:10/29/13

Dear : Ms Bayless

This letter is to inform you that I am concerned with your failure to comply with my recommendations for diagnostic testing and treatment, and/or your failure to keep scheduled appointments necessary for me to provide medically necessary care.

I urge you to contact my office and schedule the testing, treatments, and appointments that I have recommended in the interest of your health. Your continued delay could further compromise your prognosis.

Very Truly Yours,
Z, Rodriguez C.M.A

Kathy Y. Jones, MD
Orlando Urogynecology



PLAINTIFF'S
EXHIBIT
PENGAD 800-631-6989
9-12-18    PE

FOIP Fax Server        5/8/2012 10:41:40 AM   PAGE    4/007   Fax Server

| MRN: ▓▓▓▓ | BAYLESS, RAEANN M | Orlando Health |
| Visit: ▓▓▓ | Gender: Female | Location: OPO AHRO |
| Age: 47y. ▓▓▓▓▓ | | MedEd High Risk OB |

 Physician Note GYN Med Ed  [07-May-2012 15:53], Visit: 0124786674, Complete,
*Revised, Signed in Full, General*

Current Medical History:
- Reason for visit?                                        Problem
- What is the problem that has                   vaginal and rectal prolapse
  brought you here today?

History of Present Illness:
- History of Present Illness
Patient is a 47 yo G9 ▓▓▓ that comes for complaints of vaginal prolapse and urinary
incontinence. patient states she has been dealing with this for over 7 years however due to
insurance issues hasnt been able to get it done. Now the incontinence seems to be worse and its
also happening during the night. Patient urinates when she laughs or coughs and states that
sometimes cant make it to the bathroom before urinating on herself. Patient denies issues with
vaginal bleeding but does state some dyspareunia lately.

OB/GYN History:
OB History:
OB History:
- Total Pregnancies                        9
- Full Term                                       4

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

- Living                                            4
- Additional Details                        EAB x 3 SAB x 2 D&C x 4
                                                       85 FT F SVD 7#9
                                                       87 FT M SVD
                                                       91 FT F SVD
                                                       02 FT M SVD

GYN History:
- LMP                                              05-Apr-2012
- Menarche (Age Onset)               12
- Menses Monthly                         Yes
- Menses Frequency (Every __      28-30
  Days)
- Heavy Bleeding with Menses      No
- Last Pap Smear                          normal
- Contraception/Family Planning    tubal ligation

Sexual Activity:
- Sexually Active?                          yes.
- Comments                                   ▓▓▓▓▓▓▓▓▓▓
- STD History                                 Gonorrhea
- Is there any history of sexual,        Yes - past history.
  emotional, or physical abuse?
- Describe history of sexual,            Molested at 12yo by friends brothers; no si or HI
  emotional or physical abuse-

Past Medical History:

Requested by: Richard, Pearl (Front Office Assistant), 07-May-2012 16:52                Page 1 of 4



PLAINTIFF'S
EXHIBIT
5
9-12-18  PE
PENGAD 800-631-6989

05/08/2012   10:44AM (GMT-04:00)

COL PLTF 000460 RBAYLESS

| MRN: | **BAYLESS, RAEANN M** | Orlando Health |
|---|---|---|
| Visit: | Gender: Female | Location: OPO AHRO |
| Age: 47y | | MedEd High Risk OB |

**Past Medical History Comments:**
- Past Medical History
  Comments                          HTN
                                    Hep C+

**Past Surgical History:**
- Tubal ligation status:

**Past Surgical History Comments:**
- Past Surgical History
  Comments                          lsc chole

**Family Medical History:**
**Family Medical History Comments:**
- Family Medical History
  Comments                          no fam hx of CA

**Psychosocial History:**
- 1/2 PPD, no alcohol, hx crack use for 25 years now clean for 2
  safe at home.

**Review of Systems:**
- General                          denies fevers, chills, sweats, anorexia, fatigue,
                                   malaise, weight loss
- Ear, Nose, Mouth and Throat      denies ear pain or discharge, tinnitus, decreased
                                   hearing, nasal obstruction or discharge, nosebleeds,
                                   sore throat, hoarseness, dysphagia
- Respiratory and Thorax           denies cough, dyspnea, excessive sputum,
                                   hemoptysis, wheezing
- Cardiovascular                   denies chest pain, palpitations, dyspnea on exertion,
                                   orthopnea, PND, peripheral edema, claudication
- Gastrointestinal                 denies nausea, vomiting, diarrhea, constipation,
                                   change in bowel habits, abdominal pain, melena,
                                   hematochezia, jaundice
- Genitourinary                    see HPI
- Psychiatric                      denies depression, anxiety, memory loss, mental
                                   disturbance, suicidal ideation, hallucinations,
                                   paranoia

**Vitals:**
**Vital Signs:**
**Vital Signs:**
  NIBP Systolic                    102 mm Hg
  NIBP Diastolic                   61 mm Hg
  NIBP Mean                        74 mm Hg
  BP Site                          left upper arm
  BP Method                        electronic
  Heart Rate                       ↓ 51 bpm
  Temp (F)                         97.9 degrees F
  Temp (C)                         36.6 degrees C
  Weight in kilograms              86.3 kg
  Wt (lbs)                         190.3 lb

**Physical Examination:**
**Genitalia/Rectum:**

| Requested by: Richard, Pearl (Front Office Assistant), 07-May-2012 16:52 | Page 2 of 4 |
|---|---|

FOIP Fax Server     5/8/2012 10:41:40 AM  PAGE   6/007   Fax Server

| MRN: | BAYLESS, RAEANN M | Orlando Health |
|---|---|---|
| Visit: | Gender: Female | Location: OPO AHRO |
| Age: 47y | | MedEd High Risk OB |

- Normal Findings Of Vulva — no atrophy
- Left Labia Majora — normal
- Right Labia Majora — normal
- Left Labia Minora — labial separation
- Right Labia Minora — normal
- Clitoris — normal
- Bartholin Gland — normal
- Comment: — Patient has a moderate cystocele, halfway to introitus
- Vagina — normal
- Urethral Meatus — normal
- Urethra — normal
- Cervix — normal
- Uterus — normal
- Adnexa — normal

**General/Skin/HEENT:**

- General — NORMAL: Well-developed, well-nourished, in no obvious discomfort. No shortness of breath.

**Resp/CV/GI:**

- Respiratory and Thorax — NORMAL: Normal AP diameter. Good expansion without retractions. No tenderness. Lungs are clear bilaterally with good tidal volumes.
- Cardiovascular — NORMAL: Regular rate and rhythm. Tones are normal. No murmur, rub, or gallop heard
- Abdominal Exam — NORMAL: Soft, non-distended. No apparent tenderness. No masses or organomegaly palpated. Bowel sounds are active. No costovertebral angle tenderness bilaterally.

**Problem List:**
  Other Health Issues:
- Hyperlipidemia:
- HTN:

**Assessment/Plans:**

- Assessment/Plans

A:
47 yo G9 P4▮
mixed incontinence
cystocele
HTN
Hep C +
hx lsc chole
hx BTL
hx drug abuse

P:
Urodynamic study
Urine culture
Referral to Dr Kathy Jones for evaluation
RTC if unable to get treatment with Dr Jones

Requested by: Richard, Pearl (Front Office Assistant) 07-May-2012 16:52       Page 3 of 4

COL PLTF 000462 RBAYLESS

**JE-017 Page 37 of 85**

| MRN: █████ | **BAYLESS, RAEANN M** | Orlando Health |
|---|---|---|
| Visit: | Gender: Female | Location: OPO AHRO |
| Age: 47y █████ | | MedEd High Risk OB |

**Follow - Up:**
**Requested follow-up/Disposition Content:**
Requested follow up as needed.

**Physician Statement:**
**Attending Statement:**
I agree with Roman-Hernandez, Xavier MD 008510 's findings and plan as documented and
reviewed in the notes.

I was in the office suite when services were rendered and immediately available upon request.

**Electronic Signatures:**
<u>Bukkapatnam, Jayasri MD 008180 (MD)</u>  (Signed 07-May-2012 16:50)
    Entered: *Physician Statement,*
    Authored: *Physician Statement*
    Last Updated: *07-May-2012 16:50*
<u>Roman-Hernandez, Xavier MD 008510 (Residents)</u>  (Signed 07-May-2012 16:18)
    Authored: *Current Medical History, HPI, OB/GYN History, Past Medical History, Past*
    *Surgical History, Family Medical History, Home Medications, Psychosocial History,*
    *Review of Systems, Vitals, Physical Examination, Problem List, Assessment/Plans,*
    *Follow - Up*

Requested by: Richard, Pearl (Front Office Assistant), 07-May-2012 16:52        Page 4 of 4

05/08/2012   10:44AM (GMT-04:00)

COL PLTF 000463 RBAYLESS

© 08-08-2018 11:58 AM          athena                    → 18445541408                                                    ☐ 33

CC153u_ORLANDO UROGYNECOLOGY LLC • 250 I NORTH ORANGE AVE., SUITE 309, ORLANDO FL 32804-4642

BAYLESS, RAEANN (id #       , dob:      

08/03/2018    14:44                                                                    (FAX)                      P.007/011

BAYLESS, RAEANN (DOB:      D:   
FORMAL HEALTH RECORD

(Reviewed by Kathy Jones, MD. Signed on 7/19/12 1:26 PM )Medium Complexity > 99213

INST

Katherine Puig, ARNP/K. Jones, MD
Electronic Signature

| | ENCOUNTER | Thursday, May 31, 2012 2:48PM |
|---|---|---|
| CC: | UROGYECOLOGY CONSULT- UI | |

HPi       Pt is here to be treated for UI. [Updated by Tamoca Johnson, MA on 05/31/12 02:49 PM]
ROS       Patient denies any fever, chills, or malaise. Feeling generally well except [Updated by Tamaca Johnson,
          MA on 0531Y12 02:49 PM]
PFSH      I/O Bowel problems (constipation)
          HBP
          High Cho
          Gallstones
          Depression
          UTI

          Mother:
          Father:
          Siblings:
          [Tobacco: Current every day smoker (0 ppd x 0 yrs = 0 pk yrs)
          Start Date: 05/31/2012]
All       No Known Allergies (Updated by KJONES1 on 05/16/2012 11:30 AM)
Meds      1) Collagen tabs
          2) Hydrochlorothiazide
          3) Lisinopril
          4) TriCor
          5) womans MVT
PE        Wt: 185 lb  Ht/Ln: 67.75 in  BMI: 28.3  BP: 122/80  Pulse: 78  Pain: 0  Comments: LMP: 5/9/12,
          LPS, 2012, G9, L4, AB( miscarriage X 2)

          WNWD NAD and affect and behavior are appropriate. Mucosa pink & moist. Neck supple without nodes.
          Chest CTA with normal I.E. Cor is RRR S1 S2 without m/r/r. Abdomen is soft and non tender with positive
          bowel sounds and without hepatosplenomegaly. No rebound or guarding. Previous surgical incisions seen.
          No CVA tenderness. Ext without C/C/E. Gait is WNL.
          POPQ:
          ABD: Soft, nontender; no guarding or rebound
          UTERUS: NSSC, Nontender, No CMT. anteverted, 8 wk size, no masses
          CERVIX: WNL, no lesions  bulbous
          VAGINA: Good estrogen effect; ruggation. Squeeze asymmetric. L>R
          VULVA: Normal
          RECTAL: Normal with poor tone. Weak squeeze all around, hold 2 second, 1 in PB, 2 CM r/v defect goes
          into PB
          COUGH STRESS TEST: (-) intact pinprick/crude touch S2-S4 distribution
          POPQ: Aa:0 ;Ba:-1 ;C: -1 ;D:-8 ; ;Ap:-1 ;Bp:-1 ;GH:5 ;PB:2 ; TVL:10
AP        PVR = 0
          Urinalysis: clear
          color:      yellow
          Glucose:    Neg
          Bil:        Neg
          Ketones     Neg
          SG.         1.025
          Blood       Neg
          pH          5.0
          Protein     Neg
          Uro:        Neg
          Nitrates:   Neg

AmazingCharts.com                                                                    Page 7 of 11
          the information on this page is CONFIDENTIAL. Any release of this information requires
          the expressed written authorization  of the patient listed above.

COL RBAYLESS ORLANDO 000033

PLAINTIFF'S
EXHIBIT
C
9-12-18   AE
PENGAD 800-631-6989

CC153u  ORLANDO UROGYNECOLOGY LLC • 2501 NORTH ORANGE AVE., SUITE 309, ORLANDO FL 32804-4642
BAYLESS, RAEANN (Id #▮▮▮▮, dob: ▮▮▮▮▮▮

08/03/2018   14:44                                              (FAX)               P.008/011

BAYLESS, RAEANN (DOB: ▮▮▮▮▮ ID: ▮
FORMAL HEALTH RECORD

Leukocytes: trace

# NONDEPENDENT TOBACCO USE DISORDER (305.1)*
# MIXED INCONTINENCE (MALE) (FEMALE) (788.33).
# RECTOCELE (618.04):
# CYSTOCELE MIDLINE (618.01):
# UTERDVAGINAL PROLAPSE INCOMPLETE (618.2):
# URINARY FREQUENCY (788.41)*
ORDERED/ADVISED:  - Urine Culture

Stage II Pelvic Organ Prolapse- leading edge at Ba consistent with Cystocele/ Uterine Prolapse
UI no demonstrated today on exam
Briefly discussed treatment options -1) observation. 2) pessary support, 3) surgical intervention
Patient to complete urinary diary and 24 hour urolog

Patient advised that tobacco use contributes to risk of UI and POP;  it can also affect the outcome of
surgical intervention with respect to wound healing and risk of POP reoccurrence.

Su to review diaries and discuss treatment options.
PROVIDED. Patient EducationMedium Complexity > 99203 , 51798 , 81002

INST
                                                                 Kathy Jones, MD
                                                                 Electronic Signature


ADDENDUM



                                                            Electronic Signature

AmazingCharts.com                                                        Page 8 of 11
               The information on this page is CONFIDENTIAL  Any release of this information requires
                        the expressed written authorization  of the patient listed above.

COL-RBAYLESS-ORLANDO-000034

BAYLESS, RAEANN (Id #          , dob:           )

08/03/2018   14:44                                                    (FAX)                        P.005/011

**BAYLESS, RAEANN (DOB:          ID:    )**
**FORMAL HEALTH RECORD**

Filling sensation occurred at 27 ml,  Normal desire at 96 ml, strong desire @ 294 ml, maximum capacity @ 526 ML.
No Spontaneous involuntary detrusor contractions during bladder filling.

Voiding Phase:  Max flow 40 ; Max pdet: 23 cm H20; voided volume :  450 ml ; PVR: 45  ml; Wet Chucks: 30 grams

Urethral Pressure Profile:  Max urethral pressure: 80 cmH20;  Max closure pressure: 62 cmH20.
Functional Length: 19 mm

Incontinence demonstrated , with  most coughs and valsalva.

Additional Provocative measures:  Running water,

Urodynamic testing:
MUCP cm H20: 62
LPP cm H20: 47  (+) leakage
UDC: present
Max Capacity: 526 ml
Voided volume (m): 459 ml
PVR (m): 45
Flow curve: normal [Updated by Andie Nation, MA on 08/14/12 03:52 PM]
# UTEROVAGINAL PROLAPSE INCOMPLETE (618.2)
# NONDEPENDENT TOBACCO USE DISORDER (305.1)
# MIXED INCONTINENCE (MALE) (FEMALE) (788.33)
Normal voiding pattern
completed bladder emptying

AP

PRESCRIBE CIPRO  250 MG, 1 X 1 dose, # SAMPLES, RF: NONE, (completed)
PRESCRIBE Pyridium  200 MG, 1 tab po X 1 dose, # SAMPLES, RF: 0.
[Updated by Andie Nation, MA on 08/14/12 03:52 PM]
Patient does not meet criteria for ISD testing Indication urethral dysfunction
ORDERED/ADVISED:  - Urine Culture with Sensitivities  ICD9 Codes (788.33, 305.1, 618.2)

PROVIDED: Patient Education (9/16/2012)
Low Complexity > 51729, 51784

INST

Kathy Jones, MD
Electronic Signature

ENCOUNTER                                                        Tuesday, July 10, 2012  10:51AM
CC:        UROFLOW/DIARIES

HPI        Pt here today for Uroflow/diaries,

Uroflow not performed - pt did not arrive with a full bladder

7-DAY Diary:
    E- 9
    S- 3
    U- 1
    NV- 1
    Pads- 2
24 Hour:
    Total Output: 3099 cc
    Voids :11
    Average mVoid:282 cc
    Largest Void: 240 cc
    Smallest Void: 60 cc

The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

COL-RBAYLESS-ORLANDO-000031

**PLAINTIFF'S EXHIBIT**
7
9-12-18   RE
PENGAD 800-631-6989

**BAYLESS, RAEANN (DOB: [redacted] ID: [redacted]**
**FORMAL HEALTH RECORD**

# Leaks 9
Intake: 42 oz
[Updated by Zorada Rodriquez MA on 07/10/12 1104 AM]

Pt reports diaries are accurate, are not consistent
States does not usually drink as much as recorded on 24 hour Urolog; episodes of SUI correspond to severity of allergies/sneezing. upon questioning 24 hour Urolog reflects some type of incontinence with most every void
Review of bowel symptoms: Pt states symptoms not bothersome, occur infrequently, are improving

ROS: Light flashes, Blurred vision, Sinus problems, Deafness, Changing moles, Pigmentation, Joint/back pains, Sweling, Stiffness, Abdominal cramps, Fecal soiling, Constipation, Diarrhea, Bowel habit changes, Up nights urinating, Leg/arm weakness, Balance problems, Sluggish/tired, Irregular heartbeats, SOB, Wheezing, Weight gain, Depression, Breast pain, Vaginal discharge, Hot flashes, Pain w/ intercourse Change in periods, UI [Updated by Zoraida Rodriquez, MA on 07/10/12 1104 AM]

PFSH:

[Tobacco: Current every day smoker (0 ppd x 0 yrs = 0 pk yrs)]

All: No Known Allergies (Updated by ANATION1 on 05/31/2012 03:14 PM)

Meds: Collagen tabs
Hydrochlorothiazide
Lisinopril
TriCor
womens MVT

PE: Wt: 191 lb BP: 110/70 Pulse: 76 Pain: 0

WD/WN female looking her stated age in no acute distress. No further physical exam performed

AP: # CYSTOCELE MIDLINE (618.01):
# UTEROVAGINAL PROLAPSE INCOMPLETE (618.2):
# RECTOCELE (618.04):
# MIXED INCONTINENCE (MALE) (FEMALE) (788.33) (predominantly SUI)
# URINARY FREQUENCY (788.41):
# NONDEPENDENT TOBACCO USE DISORDER (305.1):
Inadequate intake of fluids; excessive intake of bladder irritants
Frequent small voids
Urinary Incontinence Treatment Protocol
• Stress Incontinence
• Urge Incontinence
• Mixed Incontinence
• Nocturia
• Urinary Frequency
Bladder retraining -
-timed voiding every ___ hours
-Fluid management, 64 oz/d
Last drink by 6 pm or 3-4 hours before bedtime
Urge delay or urge control maneuvers
Avoid Bladder Irritants--
list of irritants reviewed and copy given to patient
Encouraged smoking cessation

Discussed prolapse treatment options: Observation, trial of pessary; pt desirous of definitive surgical correction; briefly discussed recovery time of ~12 weeks plus activity restrictions
will need to discuss vaginal tightening and labial tear repair with Dr. Jones
Advised/ordered: Urodynamics and Cystoscopy

PROVIDED. Patient Education (7/10/2012)
FTF time 15 minutes; > 50% of visit spent in counseling

Signed by: Katherine Puig, ARNP

The information on this page is CONFIDENTIAL. Any release of this information requires the expressed written authorization of the patient listed above.

⊙ 08-08-2018 11:58 AM          athena          → 18445541408                                     □ 30

CC153u  ORLANDO UROGYNECOLOGY LLC • 250 1 NORTH ORANGE AVE., SUITE 309, ORLANDO FL 32804-4642

BAYLESS, RAEANN (Id #      , dob:     

08/03/2018   14:44                                                        (FAX)                 P.004/011

**BAYLESS, RAEANN (DOB:     D:   **
**FORMAL HEALTH RECORD**

```
Glucose:      Neg
Bil:          Neg
Ketones:      Neg
SG:           1.030
Blood:        Neg
pH            5.0
Protein:      Neg
Uro           Neg
Nitrates:     Neg
Leukocytes:   Neg
PVR  30 ml
```

# MIXED INCONTINENCE (MALE) (FEMALE)  (700.33):
# URINARY FREQUENCY (788.41):
# NONDEPENDENT TOBACCO USE DISORDER (305.1):
Discussed natural and expected course of this diagnosis and need to alert me if symptoms do not follow
expected course, or if any worse. PRESCRIBE Pyridium 100 MG, 1 x dose, # Sample, RF: 0.
PRESCRIBE: CIPRO  250 MG, 1 x dose, # SAMPLES, RF: NONE   (completed)

[Updated by Zoraida  Rodriquez, MA on 08/10/12 11:58 AM]

PROVIDED: Patient Education (5/16/2012)
Low Complexity > 52266

INST

                                                            Kathy Jones, MD
                                                            Electronic Signature

ENCOUNTER                                                    Tuesday, August 14, 2012  3:44PM
CC:          pt here for Urodynamics

HPI          Patient notes feeling well without any specific complaints.
ROS          Patient denies any fever, chills, or malaise. Feeling generally well  [Updated by Andie Nation, MA on
             08/14/12 03:52 PM]
PFSH         No hypertension
             s/p Laparoscopic Cholecystectomy

             Breast cancer:
             Thyroid disease: n/a
             Diabetes:n/a
             Heart disease: n/a
             Stroke: n/a
             Hypertension: M
             Throat cancer
             [Tobacco: Current every day smoker (1 ppd x 30 yrs = 30 pk yrs)]
             Patient denies recreational drug use. Occasional alcohol consumption.
All          No Known Allergies (Updated by KJONES1 on 08/16/2012 11:30 AM)
Meds         CIPRO  250 MG, 1 X 1 dose
             Collagen tabs
             Hydrochlorothiazide
             Lisinopril
             Pyridium 200 MG, 1 tab po X 1 dose
             TriCor
             women's MVT [Updated by Andie Nation, MA on 08/14/12 03:52 PM]
PE           Wt: 190 lb  BP: 114/78  Pulse: 80  Pain: 0

AmazingCharts.com                                                          Page 4 of 11
             The information on this page is CONFIDENTIAL. Any release of this information requires
             the expressed written authorization  of the patient listed above.

COL-RBAYLESS-ORLANDO-000030

PLAINTIFF'S
EXHIBIT
PENGAD 800-631-6989
9-12-18   PE

🕐 08-08-2018 11:58 AM          athena                    → 18445641408                                              📄 31

CC153u  ORLANDO UROGYNECOLOGY LLC • 2501 NORTH ORANGE AVE.  SUITE 309. ORLANDO FL 32804-4642
**BAYLESS, RAEANN (Id #        , dob:         )**
      08/03/2018   14:44                                                          (FAX)                    P.005/011

**BAYLESS, RAEANN (DOB:       ID:   )**
**FORMAL HEALTH RECORD**

Filling sensation occurred at 27 ml.  Normal desire at 98 ml, strong desire @ 294 ml, maximum capacity @
629  ML.
No Spontaneous involuntary detrusor contractions during bladder filling.

Voiding Phase:  Max Flow 40 ; Max pdet  23 cm H2O; voided volume :  459 ml ; PVR  45  ml, Wet Chucks
30 grams

Urethral Pressure Profile:  Max urethral pressure:  80 cmH2O; Max closure pressure: 62 cmH2O.
Functional Length  18 mm

Incontinence demonstrated , with  most coughs and valsalva.

Additional Provocative measures:  Running water,

Urodynamic testing
MUCP cm H2O. 62
LPP cm H2O. 47  (+) leakage
UDC: present
Max Capacity: 529 ml
Voided volume (ml): 459 ml
PVR (ml): 45
Flow curve: normal [Updated by Andie Nation, MA on 08/14/12 03:52 PM]
# UTEROVAGINAL PROLAPSE INCOMPLETE (618.2):
# NONDEPENDENT TOBACCO USE DISORDER  (305.1):
# MIXED INCONTINENCE (MALE) (FEMALE)  (788.33):
Normal voiding pattern
completed bladder emptying

AP

PRESCRIBE CIPRO  250 MG, 1 X 1 dose, # SAMPLES, RF: NONE.  (completed)
PRESCRIBE Pyridium 200 MG, 1 tab po X 1 dose, # SAMPLES, RF: 0.
[Updated by Andie Nation, MA on 08/14/12 03:52 PM]
Patient does not meet criteria for ISD testing indication urethral dysfunction
ORDERED/ADVISED: - Urine Culture with Sensitivities  ICD9 Codes (788.33, 305.1, 618.2)

PROVIDED: Patient Education (8/16/2012)
Low Complexity > 51728, 51784

INST
                                                                                  Kathy Jones, MD
                                                                                  Electronic Signature

ENCOUNTER                                                        Tuesday, July 10, 2012 10:31AM
CC:         UROFLOW/DIARIES

HPI .        Pt here today for Uroflow/diaries,

            Uroflow not performed - pt did not arrive with a full bladder

            7-DAY Diary.
            E- 9
            S- 3
            U- 1
            NV- 1
            Pads  2
            24 Hour:
              Total Output 3099 cc
              Voids 11
              Average m/Void 282 cc
              Longest Void 240 cc
              Smallest Void 60 cc

'AmazingCharts.com                                                      Page 5 of 11
            The information on this page is CONFIDENTIAL. Any release of this information requires
                      the expressed written authorization   of the patient listed above

COL-RBAYLESS-ORLANDO-000031

🕘 08-08-2018 11:58 AM        athena              → 18445541408                                              🗋 29
CC153u  ORLANDO UROGYNECOLOGY LLC • 2501 NORTH ORANGE AVE., SUITE 309, ORLANDO FL 32804-4642
BAYLESS, RAEANN (Id #         , dob:         )

08/03/2018   14:44                                                        (FAX)                    P.003/011


                    BAYLESS, RAEANN (DOB:         ID:    )
                          FORMAL HEALTH RECORD

        INST

                                                                    Kathy Jones, MD
                                                                    Electronic Signature


        ENCOUNTER                                                  Thursday, August 16, 2012  11:44AM
        CC.        CYSTO

        HPI        Pt here today for Cysto. [Updated by Zoraida Rodriguez, MA on 08/16/12 11:59 AM] Patient notes feeling
                   well without any specific complaints. The patient presents for cystoscopic diagnostic procedure. The
                   procedure was explained; risks and benefits discussed. A consent form was signed and patient was given
                   a copy of the the discharge instructions.
        ROS        Aches/pains, Light flashes, Deafness, Headaches, Changing moles, Joint pains/back, Stiffness, Swelling,
                   Abdominal cramps, Controlling urine, Dizziness, Too warm most of times, Jumpy/nervous, Fatigue w/
                   exercise, Wheezing, Swollen ankles, Breast lumps, Breast pains, Vaginal discharge, Changes in period, UI
                   [Updated by Zoraida Rodriguez, MA on 08/16/12 11:59 AM]
        PFSH

                   [Tobacco: Current every day smoker (1 ppd x 30 yrs = 30 pk yrs)]
        All        No Known Allergies (Updated by KJONES1 on 08/16/2012 11:30 AM)
        Meds       CIPRO 250 MG, 1 x dose
                   Collagen tabs
                   Hydrochlorothiazide
                   Lisinopril
                   Pyridium 100 MG, 1 x dose
                   TriCor
                   women's MVT [Updated by Zoraida Rodriguez, MA on 08/16/12 11:59 AM]
        PE         Wt: 190 lb  Ht/Ln: 64 in  BMI: 32.7  BP: 120/78  Pulse: 78  Pain: 0


                   PRE-OP DX: Stage II POP@ Ba & C o/w cystocele & incomplete uterine prolapse; UI

                   PROCEDURE: Cystourethroscopy w/ distension
                   TREATMENT:

                   POST-OP DX: same;
                   OPERATOR:  Kathy Y. Jones, MD                  ASST:  Z. Rodriguez, MA
                   ANALGESIA: 2% viscous Lidocaine jelly

                   FLUID MEDIUM:  0.9% NS                    VOLUME USED: 500cc
                   FINDINGS:  Bladder -normal urothelium with salmon color; normal vascular mucosal pattern; both ureters
                   appeared normal with peristalsis & efflux of urine; trigone appeared normal w/ squamous metaplasia.  No
                   tumors seen but mild trabeculation seen at capacity.
                   Urethra:  normal appearing mucosa; poor coaptation; no fronds noted @ UVJ; open vesical neck at rest

                   Procedure.  The patient was placed in a modified lithotomy position then prepped & draped in a sterile
                   fashion  The bladder was catheterized.  The urine specimen was chemstix tested and was grossly
                   negative.  10 cc of 2% viscous lidocaine was inserted into the urethra and allowed to set in place for 10
                   minutes.

                   The Olympus flexible cystoscope was inserted into the urethra without difficulty.  The above findings were
                   noted in the bladder and urethra.  All instruments were removed from the urethra and bladder.  Qtip test not
                   completed as patient expelled cotton-tip swab with cough; (++) cough  supine and standing stress test with
                   large leakage.  Urine cytology sent to pathology.  Patient voided 500cc

                   Antibiotic prophylaxis given as a one time dose of Pyridium 200 mg and  Cipro 250 mg. Patient tolerated
                   the procedure well and was given discharge instructions per protocol
        AP         Urinalysis:
                   color:    yellow

        AmazingCharts.com                                                                        Page 3 of 11
                   The information on this page is CONFIDENTIAL. Any release of this information requires
                              the expressed written authorization  of the patient listed above.

                          COL-RBAYLESS-ORLANDO-000020


PLAINTIFF'S
EXHIBIT
9
9-12-18  PE

🕐 08-08-2018 11:58 AM      athena                    → 18445641408                                    D 30
CC153u  ORLANDO UROGYNECOLOGY LLC • 2501 NORTH ORANGE AVE., SUITE 309, ORLANDO FL 32804-4642
**BAYLESS, RAEANN (Id #          dob:                    )**

08/03/2018    14:44                                              (FAX)                      P.004/011


BAYLESS, RAEANN (DOB:        ID:      )
**FORMAL HEALTH RECORD**

Glucose:    Neg
Bil:        Neg
Ketones:    Neg
SG:         1.030
Blood:      Neg
pH:         5.0
Protein:    Neg
Uro:        Neg
Nitrates:   Neg
Leukocytes: Neg
PVR 30 ml
# MIXED INCONTINENCE (MALE) (FEMALE) (788.33)'
# URINARY FREQUENCY (788.41)'
# NONDEPENDENT TOBACCO USE DISORDER (305.1):
Discussed natural and expected course of this diagnosis and need to alert me if symptoms do not follow
expected course, or if any worse. PRESCRIBE Pyridium 100 MG, 1 x dose, # Sample, RF, 0.
PRESCRIBE CIPRO 250 MG, 1 x dose, # SAMPLES, RF, NONE   (completed)

[Updated by Zoraida Rodriquez, MA on 08/18/12 11:59 AM)

PROVIDER: Patient Education (8/16/2012)
Low Complexity = 52265

INS1

                                                                    Kathy Jones, MD
                                                                    Electronic Signature



ENCOUNTER                                          Tuesday, August 14, 2012  3:44PM
CC:         pt here for Urodynamics

HPI         Patient notes feeling well without any specific complaints.
ROS         Patient denies any fever, chills, or malaise. Feeling generally well [Updated by Andie Nation, MA on
            08/14/12 03:52 PM]
PFSH        No hypertension
            s/p Laparoscopic Cholecystectomy
            s/p D&C  for (miscarriage)
            Breast cancer:
            Thyroid disease: n/a
            Diabetes:n/a
            Heart disease: n/a
            Stroke: n/a
            Hypertension: M
            Throat cancer
            [Tobacco: Current every day smoker (1 ppd x 30 yrs = 30 pk yrs)]
            Patient denies recreational drug use. Occasional alcohol consumption.
All         No Known Allergies (Updated by KJONES1 on 06/16/2012 11:50 AM)
Meds        CIPRO 250 MG, 1 X 1 dose
            Collagen tabs
            Hydrochlorothiazide
            Lisinopril
            Pyridium 200 MG, 1 tab po X 1 dose
            TriCor
            women's MVT [Updated by Andie Nation, MA on 08/14/12 03:52 PM]
PE          Wt: 190 lb  BP: 114/76  Pulse: 80  Pain: 0




AmazingCharts.com                                                        Page 4 of 11
                    The information on this page is CONFIDENTIAL. Any release of this information requires
                         the expressed written authorization  of the patient listed above.

COL-RBAYLESS-ORLANDO-000030

**JE-017 Page 46 of 85**

⊙ 08-08-2018 11:58 AM          athena                    → 18445641408                                    □ 28
CC153u  ORLANDO UROGYNECOLOGY LLC • 2501 NORTH ORANGE AVE., SUITE 309, ORLANDO FL 32804-4642

BAYLESS, RAEANN (Id #▮▮▮▮)    dob: ▮▮▮▮

08/03/2018    14:43                                              (FAX)              P.002/011

BAYLESS, RAEANN (DOB: ▮▮▮ ID: ▮▮▮
FORMAL HEALTH RECORD

| | | |
|---|---|---|
| 7/18/2012 2:58:43 PM | Message | (Patient R. BAYLESS) |
| 7/10/2012 10:51:37 AM | Encounter | UROFLOW/DIARIES |
| 6/22/2012 10:44:21 AM | Message | (Patient R. BAYLESS) |
| 5/31/2012 2:48:59 PM | Encounter | UROGYECOLOGY CONSULT- UI |

ENCOUNTER                                                          Thursday, March 21, 2013  2:45PM
CC:        Here for a follow-up

HPI        UDT results
ROS        no significant changes; UI; pressure
PFSH

           [Tobacco: Current every day smoker (1 ppd x 30 yrs = 30 pk yrs)
           Start Date: 03/21/2013]
All        No Known Allergies (Updated by KJONES1 on 08/16/2012 11:30 AM]
Meds       1) Collagen tabs
           2) Hydrochlorothiazide
           3) Lisinopril
           4) TriCor
           5) womens MVI
PE         Wt: 179 lb  Ht/Ln: 64 in  BMI: 30.7  BP: 120/80  Pulse: 78  Pain: 0

AP         # NONDEPENDENT TOBACCO USE DISORDER (305.1);
           # MIXED INCONTINENCE (MALE) (FEMALE) (788.33);
           # RECTOCELE (618.04);
           # CYSTOCELE MIDLINE (618.01);
           # URINARY FREQUENCY (788.41);
           # UTEROVAGINAL PROLAPSE INCOMPLETE (618.2);
           Patient has mixed incontinence
           most bothered by SUI component
           Patient desires definitive management of her POP

           Surgical options includes

           1) Vaginal approach-- vaginal hysterectomy; possible cystocele repair; sacral spinous ligament fixation;
           cystoscopy
           24 hour hospital stay

           2) Abdominal approach-- traditional--like C-section (laparotomy) Sacral colpopexy with mesh;  cystoscopy
           1-2 day hospital stay

           3) Abdominal approach-- Laparoscopic/ Robotic Assistance;  small incisions through the tummy; sacral
           colpopexy with mesh; cystoscopy
           24 hour hospital stay

           All surgeries can be combined with hysterectomy;  patient has completed child bearing

           SUI component- options for treatment
           Gold standard -  mid urethral sling- using mesh

           Risks and benefits discussed  but not limited to the following
           bleeding, infections, damage to surrounding organs such as bowel and bladder, urinary retention, mesh
           exposure

           will need to send notes to OC for authorization to proceedMedium Complexity > 99213

AmazingCharts.com                                                                      Page 2 of 11
The information on this page is CONFIDENTIAL. Any release of this information requires
the expressed written authorization  of the patient listed above.

COL RBAYLESS ORLANDO 000028



PLAINTIFF'S
EXHIBIT
10
9-13-18  PE
PENGAD 800-631-6989

🕐 08-08-2018 11:58 AM           athena          → 18445641408                                    D 15
CC153u_ORLANDO UROGYNECOLOGY LLC • 2501 NORTH ORANGE AVE., SUITE 309, ORLANDO FL 32804-4642
**BAYLESS, RAEANN (Id #** ▮▮▮▮▮▮ **, dob:** ▮▮▮▮▮▮▮ **)**
ambulating well.

**Psychiatric:** Orientation: to time, place, and person. Mood and Affect: normal mood and affect and active and alert.

**Abdomen:** Inspection of Incision Site: well-healed, clean, dry, intact, and non tender; **laparoscopic incisions x 5 well healed.** Auscultation/Inspection/Palpation: no tenderness, hepatomegaly, splenomegaly, masses, or CVA tenderness and soft, non-distended, and bowel sounds present. Hernia: none palpated.

**Female Genitalia:** Vulva: no masses, atrophy, or lesions. Vagina: no tenderness, erythema, cystocele, rectocele, abnormal vaginal discharge, or vesicle(s) or ulcers; **minimal separation with foreign body visualized central apical incision; apex well supported.** Cervix: absent. Uterus: absent. Bladder/Urethra: no urethral discharge or mass and normal meatus and bladder non distended. Adnexa/Parametria: no parametrial tenderness or mass and no adnexal tenderness or ovarian mass.

Assessment / Plan

 1. **AFTERCARE FOLLOWING SURGERY OF THE GENITOURINARY SYSTEM, NEC** (V58.76)

**Discussion:** Discussed post op activity and restrictions, encouraged adherence
continue stool softeners
patient interested in LVR, discussed briefly

Return to Office
• Kathy Jones, MD for POST-OP 15 at CC153u_N. MILLS AVE on 10/22/2013

Encounter Sign-Off
Encounter signed-off by Katherine Puig, ARNP, 09/26/2013.

Encounter performed and documented by MS. KATHERINE MARIE PUIG ARNP
Encounter reviewed & signed by MS. KATHERINE MARIE PUIG ARNP on 09/26/2013 at 4:24pm

**Encounter Date: 05/28/2013**
**Patient**

| | | | |
|---|---|---|---|
| **Name** | BAYLESS, RAEANN (50, F) ID# | **Appt. Date/Time** | 05/28/2013 11:30AM |
| **DOB** | ▮▮▮▮▮ | **Service Dept.** | CC153u_N. MILLS AVE |
| **Provider** | KATHY JONES, MD | | |
| **Insurance** | Med Primary: ORANGE COUNTY MEDICAL CLINIC | | |
| | Insurance # : ▮▮▮▮▮ | | |
| | Prescription: check now | | |

**Chief Complaint**
Followup: Mixed incontinence
Followup: Prolapse of vaginal vault after hysterectomy
Followup: Midline cystocele

HPI

F/U to discuss surgery
**Problems**

• Bacterial vaginosis
• Candidiasis
• Midline cystocele
• Incomplete uterovaginal prolapse
• Prolapse of vaginal vault after hysterectomy
• Mixed incontinence
Medications

Reviewed Medications

| | | |
|---|---|---|
| **Cleocin 2 % vaginal cream**<br>Insert 1 applicator(s)ful every day by vaginal route at bedtime for 7 days., stop 10/08/2013 | 10/01/13 | prescribed |
| **Diflucan 200 mg tablet**<br>1 x dose repeat in 7 days | 10/01/13 | prescribed |
| **hydrochlorothiazide** | 05/28/13 | entered |

COL-RBAYLESS-ORLANDO-000015

PLAINTIFF'S
EXHIBIT
9-12-18 PE
PENGAD 800-531-6989

⏱ 08-08-2018 11:58 AM          athena          → 18445641408                              ☐ 16
CC153u  ORLANDO UROGYNECOLOGY LLC • 2501 NORTH ORANGE AVE, SUITE 309, ORLANDO FL 32804-4642

**BAYLESS, RAEANN (id # ▓▓▓▓▓, dob: ▓▓▓▓▓▓▓▓ )**

| | | |
|---|---|---|
| **lisinopril** | 05/28/13  entered | |
| **Tricor** | 05/28/13  entered | |

### Allergies
Reviewed Allergies
NKDA

### Past Medical History
Reviewed Past Medical History
ID-Chicken Pox/Shingles: **Y - chicken pox**
Neurology-Headaches/Migraines: **Y - frequent**
Psych-PMS/PMDD: **Y - PMS**
Pulmonary-Seasonal Allergies/Allergic Rhinitis: **Y - allergies**
GI-Irritable Bowel Syndrome: N - IBS
Ortho-Chronic Back Pain: N - MVA

### GYN History
Reviewed GYN History
Date of last Mammogram: 2010.
Date of last Colonoscopy: 2004.
Date of last PAP: 7.
HPV Vaccination: Not applicable.
History of abnormal PAP: N (Notes: w/pregnancy).
Sexually active: Y.
Sexual orientation: Heterosexual.
History of Sexually Transmitted Infection: Y (Notes: Gonnorrhea).
Current Birth Control Method:: Tubal ligation.
Post Menopausal Hormone Use: Never.
History of Endometriosis: N.
History of Fibroids: N.
History of Infertility: N.
History of Ovarian problems: N.
History of PCOS: N.

### Obstetric History
Reviewed Obstetric History

| TOTAL | FULL | PRE | ▓▓▓▓▓ | ECTOPICS | MULTIPLE | LIVING |
|---|---|---|---|---|---|---|
| 9 | 4 | 0 | | 0 | 0 | 4 |

### Surgical History
Reviewed Surgical History
⬧ GI-Cholecystectomy - 1992
⬧ GYN-Tubal ligation - 1992
⬧ GYN-Pelvic Prolapse Surgery - 2013 - Robotic assisted Laparoscopic Hysterectomy, Mid Urethral Sling, Sacral Colpopexy, Cystoscopy

### Social History
Reviewed Social History
**Routine Gyn**
Smoking Status: Current every day smoker
Smoker (1/2 PPD) (Notes: 5-10 cidgs/day)
Tobacco-years of use: 33
Alcohol intake: Occasional
Illicit drugs?: N
Caffeine intake: Moderate
Exercise level: Occasional
Diet: Regular
Marital status: Single
History of domestic violence: N
Education: 12 (Notes: some college)
Occupation: unemployed
Seat belts used routinely: Y
Is blood transfusion acceptable in an emergency?: Y

### Family History
Reviewed Family History

### Vitals
03/26/2013 11:09 am

Ht: 5 ft 9.5 in          COL-RBW-ESI-ORLANDO-000016          BMI: 24.7

CC153u  ORLANDO UROGYNECOLOGY LLC • 2501 NORTH ORANGE AVE., SUITE 309, ORLANDO FL 32804-4642
**BAYLESS, RAEANN (id #⬛⬛⬛⬛, dob: ⬛⬛⬛⬛⬛)**

**BP:** 136/80 sitting R          **Pulse:** 78 bpm                    **Notes:** LMP: 4/2013
arm

### ROS

Patient reports no fever, no fatigue, and no significant weight loss/gain. She reports no chest pain, no palpitations, no SOB, no orthopnea, and no edema. She reports no heartburn, no indigestion, no difficulty swallowing, no nausea, no vomiting, no abdominal pain, and no bowel movement changes. She reports no hematuria, no abnormal bleeding, no flank pain, no trouble urinating, no incontinence, no rash, no lesion, no discharge, no vaginal odor, and no vaginal itching. She reports no endocrine symptoms. She reports no PMDD symptoms. She reports no menopausal symptoms. She reports no sexual problems. She reports no depression and no alcoholism.

### Physical Exam

Patient is a 48-year-old female.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed.

**Psychiatric:** Mood and Affect: normal mood and affect and active and alert.

no further exam performed

### Screening

None recorded.

### Procedure Documentation

None recorded.

### Assessment / Plan

**1. Midline cystocele**
618.01: Cystocele, midline
- CYSTOCELE: CARE INSTRUCTIONS

**2. Mixed incontinence**
788.33: Mixed incontinence (male) (female)
- BLADDER TRAINING: CARE INSTRUCTIONS
- KEGEL EXERCISES: CARE INSTRUCTIONS
- STRESS INCONTINENCE IN WOMEN: CARE INSTRUCTIONS
- URGE INCONTINENCE IN WOMEN: CARE INSTRUCTIONS

**3. Incomplete uterovaginal prolapse**
618.2: Uterovaginal prolapse, incomplete

### Discussion
**Discussion Notes**

abdominal approach, laparoscopic & vaginal approach or total vaginal approach
each of these procedures can be combined with graft augmentation either biologic or synthetic mesh.

1)VAGINAL:
a) TOTAL VAGINECTOMY/ COLPOCLEISIS with perineoplasty
b) cystocele/REctocele repair with graft; SSLF; cystoscopy; 23 hr hospital stay

2)Gold standard for vaginal vault prolapse AND Uterine prolapse  includes ABDOMINAL SACRAL COLPOPEXY W/ MESH
Patient given explanation on the use of graft augmentation materials in advanced prolapse repairs; possible complication w hematoma, delayed healing and graft exposure &/or extrusion
ROBOTIC ASSISTED  LAPAROSCOPIC APPROACH
23 hour hospital stay; can be combined with cystocele repair if necessary

3) TRADITION OPEN SURGERY
 Sacralcolpoexy with mesh; cystocele repair
2-3 day hospital stay

Recovery period is the same for all reconstructive procedures ~ 12 weeks

Surgical treatment for SUI include the following 1. Bulking agents -- collagen, coaptite and Durasphere and etc.
2. Midurethral sling-- retropubic or transobturator
3.  Radiofrequency treatments at bladder neck

risks and benefits of each procedure specfically with respect to below

COL-RBAYLESS-ORLANDO-000017

🕐 08-08-2018 11:58 AM          athena          ☏ 18445641408                                          📱 18

CC153u  ORLANDO UROGYNECOLOGY LLC • 2501 NORTH ORANGE AVE., SUITE 309, ORLANDO FL 32804-4642

**BAYLESS, RAEANN (id ▮▮▮▮▮▮, dob: ▮▮▮▮▮▮▮▮)**

Retropubic sling procedures have the associated risks as noted but not limited to the following:
Success rates are 85-90% with primary procedure
urinary retention
bladder perforation
no improvement of temporary improvement in urinary control
or worsening incontinence
need for prolonged catheter use
possible pain or discomfort with sexual intercourse
urinary tract infections

Bulking agents have a lower success rates than sling procedures and require repeat injections
no cutting of vaginal mucosa is required
risks include those listed above

Radiofrequency therapy is an office based procedure
lower success rates than sling procedures
risks include those listed above.

SURGICAL PLAN:
Patient has opted for ROBOTIC-ASSISTED TOTAL LAPAROSCOPIC SACRALCOLPOPEXY WITH MESH;
POSSIBLE SLING; POSSIBLE CYSTOCELE REPAIR; CYSTOSCOPY

Patient was informed of risks & benefits of the surgical procedure noted above.  These risks are noted as
but not limited to infection, bleeding, damage to surrounding organs such as bowel, bladder & urethra,
prolonged need for urinary catheterization, incomplete bladder emptying, pain with intercourse, poor
wound healing, worsening or no change in urinary incontinence and or recurrence of prolapse.The patient
voiced understanding  & would like to proceed with the procedure.  A written consent was signed. Medical
Clearance letter to be sent to OCMC.

Return to Office
• as needed

Encounter Sign-Off
Encounter signed-off by Kathy Jones, MD, 10/26/2015.

Encounter performed and documented by Kathy Jones, MD
Encounter reviewed & signed by Kathy Jones, MD on 10/26/2015 at 5:44pm

COL-RBAYLESS ORLANDO-000018

⊙ 08-08-2018 11:58 AM          athena          → 18445641408                                    ☐ 23
CC153u_ORLANDO UROGYNECOLOGY LLC • 2501 NORTH ORANGE AVE., SUITE 309, ORLANDO FL 32804-4642

**BAYLESS, RAEANN (id #           dob:           )**

AUG-20-2013 16:10  FROM:K JONES MD 407370/102                          TO:18558807157          P:5/8

*Orlando Urogynecology*                                      Kathy Y. Jones MD

## HYSTERECTOMY SURGICAL CONSENT FORM

The doctor has determined that for medical reasons it is necessary to remove your uterus or "womb". This operation is called a Hysterectomy. There are various risks and side effects to this operation about which you should be informed. If you are of child bearing age, you should know that this operation will make you sterile and permanently unable to become pregnant or bear children. Complications from hysterectomy are uncommon, but they do sometimes occur. It is possible that this operation will not help you. It is even possible that you will be worse after the operation than you are now. Because of these facts, your doctor can make no guarantee as to the result that may be obtained from this operation; however, in the vast majority of patients, the result is achieved.

There are several types of hysterectomies and your doctor has planned on performing the following type:

_X_ Laparoscopic hysterectomy        *Robotic assisted*        ___ Vaginal hysterectomy
___ Laparoscopic supracervical hysterectomy                ___ Abdominal Hysterectomy
___ Laparoscopic assisted vaginal hysterectomy          ___ Hand assisted laparoscopic hysterectomy

Along with removing your uterus, your doctor may also remove your tubes and ovaries or perform other procedures as indicated by your medical history such as:

___ Bilateral salpingoopherectomy               ___ Resection of pelvic mass
___ Unilateral salpingoopherectomy              ___ Lysis of adhesions
___ Other: _____

Most patients have surgery with little difficulty, but problems can happen ranging from minor to fatal. These may include nausea, vomiting, pain, bleeding, infection, poor healing, formation of adhesions, damage to surrounding areas, nerve damage causing weakness, numbness and pain in thighs, legs and feet, blood clots in legs and lungs, shortening of the vagina, depression or even loss of libido. Unexpected reactions may occur from drugs or anesthesia. Unintended injury can occur to other pelvic or abdominal structures such as fallopian tubes, ovaries, bladder, ureter (tube from kidney to bladder), or bowel necessitating a colostomy. Any such injury may require immediate or additional surgery to correct the problem. Physical and sexual activity will be restricted in varying degrees for an immediate period of time depending on the type of surgery done. Some women may show signs of menopause, such as mood swings, hot flushes, and an increased risk of developing osteoporosis after a hysterectomy, specifically if the ovaries are removed.

Finally, I understand that it is impossible to list every possible undesirable effect that the surgery may have, that the condition for which surgery is done is not always cured or significantly improved and that, in rare cases, the condition may even worsen. My doctor has explained the different options available to me for my medical condition including the option of doing nothing.

I CERTIFY I, _____ have read or had read to me the contents of this form. I understand the risks and alternatives involved in this procedure. I have had the opportunity to ask questions and all my questions have been answered.

SIGNED: _____ DATE _5/28/13_ TIME _____

PHYSICIAN _____        WITNESS: _Carmen Cruz_ mA

_____
Bayless, Raeann ▮

Kathy Y. Jones, MD

J surgery forms Hysterectomy consent form.doc

COL RBAYLESS ORLANDO 000023



PLAINTIFF'S
EXHIBIT
12
9-12-18  RE
PENGAD 800-631-6989

⊙ 08-08-2018 11:58 AM          athena                    → 18445541408                                                 ⎕ 21
CC153u  ORLANDO UROGYNECOLOGY LLC • 250 I NORTH ORANGE AVE., SUITE 309, ORLANDO FL 32804-4642

**BAYLESS, RAEANN (Id #‎⬛⬛⬛, dob ⬛⬛⬛**

AUG-20-2013  16:09  FROM:K JONES MD 4072707102                              TO:1855880/157           P:3/8

---

### INFORMED CONSENT AND REQUEST FOR REPAIR OF RELAXATION OF PELVIC ORGANS
### AND/OR  URINARY INCONTINENCE

*DO NOT SIGN THIS FORM UNTIL YOU HAVE READ IT AND FULLY UNDERSTAND ITS CONTENTS.*

PATIENT'S NAME:  _Ree Ann Bayless_        DATE:  _5/28/2013_

I acknowledge and understand that the following procedures have been described to me and are to be performed on me:  _Robotic assisted Total Laparoscopic Hysterectomy, Cystocele repair, Sacralcolpopexy with mesh; sling, cystoscopy_

The following has been explained to me in general terms and I understand that:

1.  The diagnosis requiring this procedure is a relaxation (stretching) of the supporting tissues of the vagina resulting in (a) sagging of the bladder into the vagina (cystocele);  b) bulging of the rectum into the vagina (rectocele) and/or  c) bulging of the intestine into the top of the vagina (enterocele) (d) falling of the top of the vagina (vaginal vault prolapse), (e) uterus is falling out of the vagina (uterine prolapse)  and/or (f) urinary incontinence with leakage associated with cough, laugh, or exercise

    _a, d, e, f_

2.  The nature of the procedure is to surgically strengthen and repair the supporting tissue of the vagina.

3.  The purpose of this procedure is  a) suspend ("tack-up") the bladder and/or reposition the tube (urethra) that connects the bladder to the outside of the body (cystocele);  b)  repair the bulging of the rectum into the vagina (rectocele); and/or  c) repair the bulging of the intestine into the top of the vagina ( enterocele), d) suspend the top of the vagina (vaginal vault suspension)  e) remove the uterus (hysterectomy)  and/or  f) repair support tissues around the urethra that allow urine leakage; g) locking into bladder with lighted telescope (cystoscopy)

    _a, c, d, e, f, g_

4.  MATERIAL RISKS OF THIS PROCEDURE:
    As a result of this procedure being performed there  may be material risks of : INFECTION, ALLERGIC REACTION, DISFIGURING SCAR, SEVERE LOSS OF BLOOD, LOSS OR LOSS OF FUNCTION OF ANY LIMB OR ORGAN, PARALYSIS OR PARTIAL PARALYSIS, PARAPLEGIA OR QUADRIPLEGIA, BRAIN DAMAGE, CARDIAC ARREST OR DEATH.

5.  In addition to these material risks, there may be other possible risks involved in this procedure including, but not limited to :
    *   possible injury to bowel, bladder, ureter or other pelvic or abdominal structures;
    *   possible fistula formation (opening between bowel, bladder, ureter, vagina and/or skin) caused by an injury to the bowel, bladder or ureter;
    *   possible need for immediate surgery or additional surgery, which might include a colostomy;
    *   possible blood loss necessitating transfusion which carries the risk of exposure to AIDS, Hepatitis or other infectious diseases;
    *   possibly no improvement or only temporary improvement in urine control, worsening urinary incontinence
    *   possible prolonged need of a catheter to drain the bladder;  incomplete bladder emptying (urinary retention)
    *   possible pain or discomfort with sexual intercourse;
    *   possible formation of blood clots in legs, pelvic area and lungs;
    *   possible emboli (clots of blood or other material that might travel to other parts of the body)
    *   Recurrence of cystocele, rectocele, enterocele or vaginal vault prolapse  Success rate 85%

Informed Consent INFORMED CONSENT AND REQUEST FOR REPAIR OF PELVIC ORGAN PROLAPSE AND URASH  Updated 5/8/12

1                            patient initials: _RB_

COL RBAYLESS ORLANDO 000021



PLAINTIFF'S
EXHIBIT
13
9-12-18  AE
PCNDO 500431-0589

☉ 08-08-2018 11:58 AM        athena              → 18445641408                                                    ☐ 22
CC153u ORLANDO UROGYNECOLOGY LLC • 2501 NORTH ORANGE AVE., SUITE 309, ORLANDO FL 32804-4642
BAYLESS, RAEANN (Id #█████, dob:█████████)
AU3-28-2013 16:09  FROM:K JONES MD 4072787102                     TU:1855882767       P:4/8

6   The likelihood of success of the above procedure is ( X ) good;  ( ) fair,  ( ) poor

7.  Practical alternative to this procedure include:
    •   Do nothing and accept the consequences of the patient's condition;
    •   Use of artificial supports (pessaries);
    •   Exercise.(Kegel exercises, vaginal weights)

8   If the patient chooses not to have the above procedure/procedures, the prognosis (predicted future
    medical condition) is a continuation or worsening of current medical problems.

    I understand that the physician, medical personnel and other assistants will rely on statements about the
patient, the patient's medical history and other information in determining whether to perform the procedure or the
course of treatment for the patient's condition and in recommending the above procedure.
    I understand that the practice of medicine is not an exact science and that NO GUARANTEES OR
ASSURANCES HAVE BEEN MADE TO ME concerning the results of this procedure.
    I understand that during the course of the procedure described above it may be necessary or appropriate to
perform additional procedures which are unforeseen or not know to be needed at the time this consent is given. I
consent to and authorize the persons described herein to make the decisions concerning such procedures  I also
consent to and authorize the performance of such additional procedures as they deem necessary or appropriate.
    I also consent to diagnostic studies, tests, anesthesia, x-ray examinations and other treatment or courses of
treatment relating to the diagnosis or procedures described herein.
    BY SIGNING THIS FORM, I ACKNOWLEDGE THAT I HAVE READ OR HAD THIS FORM READ AND/OR
EXPLAINED TO ME, THAT I FULLY UNDERSTAND ITS CONTENTS AND THAT I HAVE BEEN GIVEN AMPLE
OPPORTUNITY TO ASK QUESTIONS AND THAT ANY QUESTIONS HAVE BEEN ANSWERED
SATISFACTORILY.  ALL BLANKS OR STATEMENTS REQUIRING COMPLETION WERE FILLED IN AND ALL
STATEMENTS I DO NOT APPROVE OF WERE STRICKEN BEFORE I SIGNED THIS FORM.  I ALSO HAVE
RECEIVED ADDITIONAL INFORMATION INCLUDING BUT NOT LIMITED TO THE MATERIALS LISTED BELOW
RELATING TO THE PROCEDURE DESCRIBED HEREIN.
    I voluntarily consent to allow Dr ___ K Jones ___ or any physician designated or selected by
him or her and all medical personnel who may otherwise be involved in performing such procedures to perform the
procedures described or otherwise referred to herein.

_Raeann Go_ mA                    X _Raeann Bayless_
Witness                            Person giving consent              Date: 5/28/13
                                   Relationship to patient if not the patient

                                   Patient unable to sign because of _____

Additional materials used, if any, during the informed consent process for this procedure included:
→ Colpoplast  Pesinelle · v · Med
Boston Scientific  Advantage FT SLING
X _Raeann Bayless_
Person giving consent

                              Bayless, Raeann █████

                              Kathy Y. Jones, MD

                                   2        patient initials:  ___ __
Kathy Jones Informed CONSENT AND REQUEST FOR REPAIR OF PELVIC ORGAN PROLAPSE AND LEAKS? updated 5/10/12

COL RBAYLESS ORLANDO C00022

© 08-08-2018 11:58 AM          athena          → 18445541408                                              🗅 24
CC153u_ORLANDO UROGYNECOLOGY LLC • 250 1 NORTH ORANGE AVE., SUITE 309, ORLANDO FL 32804-4647
BAYLESS, RAEANN (id #            , dob            )
AUG-20-2013  16:13  FROM:K JONES MD 4072707102                              TO:18558807167          P:6/8

## Procedure: ANTERIOR and/or POSTERIOR COLPORRHAPHY

Your doctor has determined that you have a weakness in the wall of your vagina through which the bladder or bowel may protrude and which requires surgical repair. This operation is called a colporrhaphy, and when both the front and back walls of the vagina are repaired, it is commonly known as an "A and P repair". The operation involves surgical incisions or "cuts" in the front and/or back walls of the vagina. Complications from this surgery are uncommon, but they do occur. Reoccurrence of the condition occasionally happens even after successful repair of the vaginal wall. It is possible that this operation will not help you. It is even possible that you will be worse after the operation than you are right now. Because of these facts, your doctor can make no guarantee as to the result than might be obtained from this operation. However, in the vast majority of patients, the result desired is achieved.

Like any other surgical procedure, A and P repair may be complicated by bleeding and infection. Because A and P repair involves the urinary system and the intestinal tract, damage to these structures is possible from the surgery; and abnormal connections between the vagina and intestinal tract and urinary system may form after this type of surgery. Difficulty controlling urination and pain during intercourse are possible complications of colporrhaphy. Nerve damage is a very rare complication of A and P repair. Nerve damage can result in weakness, pain, and numbness in the legs, thighs, and feet. Allergic or other bad reaction to one or more of the substances used during the procedure is a very rare complication.

It is likely that you will have to have a tube or catheter placed in your urinary bladder for a few days after this operation in order to allow the urine to drain freely.

Some of the complications of this operation may require further major surgery; some may cause prolonged illness, permanent deformity, poor healing wounds and scarring; and very rarely, come can be fatal. Furthermore, there may be alternatives to this surgery available to you, such as other types of surgery or the use of supports. However, these alternative methods carry their own risk of complications and have a varying degree of success. Therefore, in those patients in whom an A and P repair is indicated, the procedure may provide the patient with the best chance of successful treatment and the lowest risk of complications.

*cyptocele Repair*

ADDITIONAL RISKS AND ALTERNATIVES:
(To be filed in here and on reverse
side by doctor as necessary)

I CERTIFY: I have read or had read to me the contents of this form; I understand the risks and alternatives involved in this procedure; I have had the opportunity to ask any questions which I had and all of my questions have been answered.

DATE: 5/24/13  TIME: _____     SIGNED: X _____
                                          (signed by patient or person legally authorized
                                          to consent for patient)

WITNESS: _____ mA     PHYSICIAN: _____
                                          (signature physician)
(A GENERAL CONSENT FORM MUST ALSO BE SIGNED BY THE PATIENT)

Prepared by In-Forma No. 1072

Copyright 1965 - 1993 by In-Forms, Post Office Box 05124, Albuquerque, NM 87176 5194. Telephone 505/255-2569.  All rights reserved. This form may not be reproduced, copied, translated or transcribed in any manner, in whole or in part, without the express written prior approval of In-Forms; except that a form which has been signed by a patient may be reproduced for record-keeping purposes only. Violation of this provision is an infringement of U.S. copyright.

COL-RBAYLESS-ORLANDO-000024



PLAINTIFF'S
EXHIBIT
U
9-12-18   PE
PENGAD 800-631-6989

08-08-2018 11:58 AM      athena      → 18445541408      □ 26

CC153u ORLANDO UROGYNECOLOGY LLC · 2501 NORTH ORANGE AVE., SUITE 309 , ORLANDO FL 32804-4642

**BAYLESS, RAEANN (id # , dob: )**

AUG-28-2013 16:11 FROM:K JONES MD 4073707102      TO:18558807167    P:8/8

*Orlando Urogynecology*
Kathy Jones MD

# AUGMENTATION GRAFT CONSENT FORM

The doctor has determined that your surgery may or will require augmentation with graft material. This material will be used to help hold up your surgery. Graft materials from organ donors have been used in reconstructive surgeries for many years especially in the orthopedic procedures. The most common types of graft materials include **fascia, pig skin, cow skin, human skin and synthetic materials such as mesh.**

All organ donors are tested at the time of donation to make sure they don't have HIV which can lead to AIDs, or hepatitis. In addition, the animal and human grafts are taken through a rigorous processing to prevent the accidental transmission of disease. The rate of transmission is believed to be approximately 1 in 8 million. There have not been any cases of transmission of HIV to date.

In the last several years, there have been reports of early surgical failures using donor fascia. This is believed to be related to the rigorous treatment process used to prevent any viral transmission. The failures were noted as early as 6 months after surgery. Thus, recently more of the other materials derived from pigs skin, pig intestine, cow skin and synthetic mesh have used in pelvic organ prolapse surgeries.

In the case of synthetic mesh, this material is permanent and is routinely used in general surgery to repair abdominal wall hernias. **When mesh is used in gynecological surgery, there is a 5-10% chance that this mesh can cause delayed healing and eventually erode into the vagina, requiring a second surgery to remove it.**

SLING MATERIAL IS MADE OF SYNTHETIC MATERIAL/MESH

If you have any questions about augmentation graft materials, please fee free to ask.

_____      _____
Patient signature            Kathy X. Jones, MD

_____
Witness

_____
Date & time

DO NOT SIGN IF YOU DO NOT UNDERSTAND OR AGREE TO THE ABOVE.

COL-RBAYLESS-ORLANDO-000026

PLAINTIFF'S
EXHIBIT
15
PENGAD 800-631-6989
9-12-18 RE

Patient Name: BAYLESS , RAEANN M
Date of Birth:

MRN:
FIN:

* Auth (Verified) *

    

## SURGERY / PROCEDURE CONSENT FORM

You have both the right and responsibility to make decisions concerning healthcare  The physician  shall
provide you with the necessary information,  but  as a member of the healthcare team, it is essential that you
enter into the decision-making  process  This form  has been designed to document your informed consent  to
the surgery / procedure(s) that you have discussed with your physician

1   I hereby authorize Dr  *Kathy Y, Jones*                and/or such associates and / or
     assistants as may be selected by said physician to perform the following surgery/procedure(s)
     1. *Robotic Assisted Total Laparoscopic Hysterectomy @ Possible Cystocele Repair
     @ Laparoscopic Sacral Colpopexy w/ thmesh @ mid-urethral renopubic sling*
     @ *cystoscopy*

2   I authorize the physician, and/or associate, to perform such extension of the surgery /
     procedure(s)  described above that they, in the exercise of their  professional  judgement,
     determine  to  be  necessary  in  the event other conditions become apparent during  anesthesia,
     sedation, or during the surgery /  procedure(s) specifically authorized above   This authority
     includes treating conditions whether or not they were previously known or foreseen

3   In discussion with the above-named physician and / or associate  I have  been  informed  of  and
     understand

     (A) the benefits, risks and complications of this specific surgery / procedure(s),

     (B) that there  are significant  risks such  as  severe loss of blood, damage to surrounding  organs,
     tissues, vessels, infection, any of which may necessitate a return to surgery, cardiac arrest which
     may result from  the performance of any surgery / procedure(s), and in some cases, may  lead to
     partial or permanent disability or death   Additional risks may include  but are not limited to

     (C) that no guarantee has been made to me as to result or cure,

     (D) medically acceptable alternatives  / therapies and the benefits, risks, and complications of
     those alternatives or therapies,

     (E) that I have the right to  refuse the recommended surgery / procedure(s), the options available
     to me if I refuse to consent,  and the expected consequences of such a refusal

4   I consent to the administration of anesthesia / sedation by the physician  an anesthesiologist, or
     other qualified party under the direction of a physician  as may be deemed necessary   I
     understand that all anesthetics involve risks of complication and possible damage to vital organs
     or death

5   I understand that the hospital will dispose of any removed tissue, organs, body parts, or fluids in
     accordance with its  policies  Policies at the  hospital permit tissues, organs or  body fluids to be
     examined, documented, preserved  or disposed of   The tissues, organs, body parts, or fluids may
     be used for diagnosis of the medical condition  for study and medical research,  or for the general
     advancement of medical knowledge

 **FLORIDA HOSPITAL**

Surgery / Procedure Consent Form
Tab  Legal Forms & Consents
OR  Consent Forms
802-3001 (6/11) MPC 264



### SIDE ONE: COMPLETE BACK SIDE




Facility: FH ORL

COL PLTF 000032 RBAYLESS

PLAINTIFF'S
EXHIBIT
16
9-12-18   PE

PENGAD 800-431-6989

## JE-017 Page 57 of 85

Patient Name: BAYLESS , RAEANN M
Date of Birth:

MRN
FIN

\* Auth (Verified) \*

6   I acknowledge that among those who attend patients at Florida Hospital are students and other observers, and they may be present during the medical or surgical procedure(s) for educational purposes

7   I authorize the physician and FLORIDA HOSPITAL to photograph / videotape my surgery / procedure(s) at his or her discretion  I understand the photograph(s) / videotape will be used only for the purpose of medical study, research and/or for documentation for the medical record

8                        For the patient with a Do Not Resuscitate Order
    I understand that the Do Not Resuscitate Order shall  be rescinded for the  duration of surgery / procedure(s) and recovery  EXCEPTION _____ (Patient / L A P  initials) I want the Do Not Resuscitate Order kept  in effect (not  be  rescinded) during  surgery / procedure(s) and recovery  I understand I need to discuss this request with  the physician

> *I have had sufficient opportunity to discuss the medical condition and the planned surgery / procedure(s) and anesthesia / sedation with the above-named physician, and / or associate, and all of my questions have been answered to my satisfaction I understand   both sides of this form, the medical condition and the planned surgery / procedure(s) and I have   adequate information upon which  to base an informed consent*



Patient / Legally Authorized Person (L A P ) Signature

8/9/13                      Patient Signature              Print Patient's Name

Witness to signature or phone consent       Print Name        Legally Authorized  Person Signature    Print Name / Relationship

Second Witness to phone consent       Print Name        Interpreter        Language Interpreted

Patient unable to  sign  because

---

**Administrative Authorization**

Administrative Authorization  only if individual, his incompetent person (and no Legally Authorized Person    Date    Time

---

**Physician Informant**

Physician's Signature    Date    Time

**READ SIDE ONE (1) BEFORE SIGNING**

FLORIDA HOSPITAL

Surgery / Procedure Consent Form
7vb Legal Forms & Consents
DH Consent Forms
502 0901 (9-11) MPC 264

BAYLESS, RAEANN M
ACCT
08/09/13
JOHNS  KATHY Y   MD
0 KRT
INF 1

COL PLTF 000033 RBAYLESS

**JE-017 Page 58 of 85**

**BAYLESS, RAEANN (id #&#9608;&#9608;&#9608;&#9608;, dob: &#9608;&#9608;&#9608;&#9608;**

FloridahospitalMD                                    09/18/13 15:12:47                          Page 1 of 6

TO: JONES, KATHY Y. MD (013312 3H DICTATING)
DICTATED BY: Kathy Y. Jones, MD (4065)

<Physician amended 09/13/2013>

NAME:   RAEANN M BAYLESS
ACCOUNT #: &#9608;&#9608;&#9608;&#9608;&#9608;   MRI: &#9608;&#9608;&#9608;&#9608;
DATE OF BIRTH: &#9608;&#9608;&#9608;&#9608;
AGE: 48Y SEX: F

DATE OF OPERATION:  08/09/2013

PREOPERATIVE DIAGNOSES:
1.  Incomplete uterovaginal prolapse.
2.  Cystocele.
3.  Stress urinary incontinence.

POSTOPERATIVE DIAGNOSES:
1.  Incomplete uterovaginal prolapse.
2.  Cystocele.
3.  Stress urinary incontinence.
4.  Pelvic adhesions.

OPERATIONS PERFORMED:
1.  Robotic Assisted total laparoscopic hysterectomy.
2.  Abdominal sacral colpopexy.
3.  Retropubic Mid urethral sling using the Advantage Fit.
4.  Cystoscopy.

SURGEON:  Kathy Y. Jones, MD

ASSISTANT:  Edmund Abate, PA-C

ANESTHESIA:  General.

FLUIDS GIVEN:  2700 of lactated Ringer's.

FINDINGS:  The patient had evidence of a stage 2 anterior wall prolapse
with concomitant incomplete uterovaginal prolapse. She had otherwise a
normal sized uterus, normal ovaries and left pelvic sidewall adhesions
upon laparoscopic evaluation. She had urodynamic confirmed stress urine
incontinence that was demonstrated in the office. She also had evidence
of diverticular disease in the sigmoid colon.

DESCRIPTION OF THE OPERATIVE PROCEDURE:  The patient was brought in the

                              OPERATIVE REPORT
Patient : BAYLESS, RAEANN M                        Dictated: 09/12/13 20:30
Account#: &#9608;&#9608;&#9608;&#9608;                              Transcribed: 09/13/13 15:07
MRI# :  &#9608;&#9608;&#9608;&#9608;                                Room/Bed: RT01/+/01
                        01 Florida Hospital Orlando

                            Page 1 of 6                                    2

COLRBAYLESS-ORLANDO-000037



PLAINTIFF'S
EXHIBIT
17
9-12-18   BE

**JE-017 Page 59 of 85**

operating room in stable condition. After a suitable level of general anesthesia was instilled, the patient was placed in dorsal lithotomy position with Allen stirrups, and then was prepped and draped in sterile fashion. She was positioned on a gel pad with her arms positioned and tucked at her sides. The upper body was also padded and she had gel pads placed over the level of her shoulders to prevent any sliding.

At this point, a Foley catheter was inserted. Vaginal exam revealed, again, a normal sized uterus. The uterus sounded to approximately 8 cm. A medium VCARE uterine manipulator was then inserted without difficulty.

At this point, we then turned to the abdominal wall, starting at the level of the umbilicus, which was injected with 0.25% Marcaine with epinephrine. A Veress needle was then placed, with an opening pressure of 3 mmHg. Drop test was negative. Approximately 3.5 liters of $CO_2$ gas was allowed to escape into the abdominal cavity to achieve a normal peritoneum.

At this point, we placed our 10 and 11 nonbladed trocar without difficulty. A panoramic view of the pelvis was then evaluated with the 5 mm camera. We did see some adhesive disease in the left pelvic sidewall and evidence of diverticular disease. The uterus was otherwise of normal size, and the adnexa and ovaries were normal in appearance.

The robotic trocars were then placed in strategic fashion to form an M configuration, and the bedside assistant port was also placed using a 10/11 port in the right upper quadrant. The uterus was manipulated via the VCARE manipulator without difficulty.

At this point, we place robotic shears in #1, PK instrument in #2 and the Prograsp in #3. We proceeded with the hysterectomy. The uterovaginal ligaments were then grasped with the PK instrument, coagulated and transected with scissors. This was also completed at the level of the round ligament The broad ligament was then opened and a bladder flap was then created. The bladder flap was then displaced caudad.

Similarly, the posterior leaf was opened. The uterine vessels were then skeletonized and, using the PK bipolar instrumentation, the uterine vessels were coagulated.

Abdominal coagulation was then performed and then transected. The pro was then repeated on the opposite side in similar fashion, again starting at the level of the uterovarian ligament, followed by the round ligament, then developing the remaining portion of the bladder flap. The posterior

---

**OPERATIVE REPORT**

Patient : BAYLESS, RAEANN M                          Dictated: 09/12/13 20:30
Account#:                                             Transcribed: 09/18/13 15:07
MRI# :          ▮▮▮▮                                  Room/Bed: R201/*/01
                          01 Florida Hospital Orlando

Page 2 of 6                                                                    2

For support contact Physician Technology Support at 407 303 5580 or email fh physician tech support@flhosp org

COL-RBAYLESS-ORLANDO-000008

BAYLESS, RAEANN (Id # ███████, dob: ███████)

FloridahospitalMD                       09/18/13 15:12:47                        Page 3 of 6

leaf was then undermined and the uterine vessels were then skeletonized.
A zone of coagulation was then created over the vessels using the PK
instrumentation, and then it was transected.

Upward traction was placed on the VCARE to outline the vaginal fornices
and to also determine the level to start the colpotomy incision. At this
point, the uterine pedicles were released on both sides. The anterior
colpotomy was then scored starting on the anterior wall, then followed by
the posterior colpotomy. The two incisions were then joined using the
monopolar scissors, and then the uterus was disconnected from the vagina.

We then performed the vaginal extraction. The uterus was left in the
vagina to maintain pneumoperitoneum. Lastly, the ovaries were left in
place and the pedicles were noted to be hemostatic.

At this point, the vaginal cuff was then closed in a running stitch of 2-0
V-Loc suture and once the vagina was closed, the pelvis was then
evaluated under low pressure to inspect the pedicles to make sure there
was no bleeding. At this point, the uterus was removed from the vagina.

The sacrocolpopexy tip was then placed on the Advincula arm. Manual
assistance was then used to manipulate the vaginal stent. The bladder was
then dissected further off the anterior portion of the vagina, and the
rectovaginal space was then opened and developed posteriorly with the
scissors.

We then turned to the sacral promontory. The sigmoid colon was displaced
to the left, and the outline of the sacral promontory was tapped out and
then confirmed by the bedside assistant. An incision was made over the
promontory approximately 3 cm in length. Presacral fat was then dissected
out. We are to expose the presacral ligament.

Then a tunnel in the peritoneal space was then created down to the level
of the vaginal cuff. At this point, I measured the anterior wall, and the
vaginal length was measured to be approximately 4 cm. The posterior wall
was approximately 7.5 cm. Our mesh Y graft was then cut to size to this
configuration. It was then introduced into the abdominal cavity via the
bedside assistant port. The graft was then secured to the anterior
vaginal wall using six interrupted 2-0 Gore-Tex sutures. Similarly, the
posterior leaf of the graft was attached to the posterior vaginal wall
with six interrupted stitches of 2-0 Gore-Tex in a similar fashion.

At this point, the tail of the graft was then unrolled and then placed
through our previously-created tunnel up to the level of the sacral

```
------------------------------------------------------------------------
                          OPERATIVE REPORT
Patient : BAYLESS, RAEANN M               Dictated: 09/12/13 20:30
Account#:                                 Transcribed: 09/18/13 15:07
MRI# :   ████████                         Room/Bed: R201/+/01
                  01 Florida Hospital Orlando
                         Page 3 of 6                              2
```

COL-RBAYLESS-ORLANDO-000009

FloridahosprtaIMD                              09/18/13 15:12:55              Page 4 of 6

promontory. The sacral colpopexy stent was then relaxed in the vagina so as not to place the graft under any tension. The tail of the graft was then secured to the presacral ligament using three interrupted sutures of 2-0 Gore-Tex in a similar fashion. FloSeal was then placed at the level of the sacrum and then our space with irrigated. We inspected under low pressure to make sure there was no bleeding, and hemostasis was assured.

We then began our closure of the peritoneum of the graft and this was performed with 3-0 V-Loc sutures. Similarly, the graft was then covered at the level of the vagina and was retroperitonealized using a running stitch of 3-0 V-Loc suture. The patient had been given indigo carmine and, once the sacrocolpopexy portion of the procedure was completed, the abdomen was again evaluated under low pressure and the pedicles were noted to be hemostatic. The graft, or our mesh, was completely retroperitonealized and was not exposed.

At this point, I came off the console. Cystourethroscopy was then performed with a 70-degree telescope. There was bilateral efflux of urine from both the orifices. The trigone was normal. There was a little bit of ecchymosis on the posterior wall and trigone. The urethra had normal configuration. The cystoscope was then removed and the bladder was drained. Foley catheter was then reinserted.

At this point, a weighted speculum was placed into the vagina. The robot was completely undocked. The patient's legs were then placed in modified lithotomy position and Trendelenburg with then reversed. The anterior wall of the vagina, the distal third, was grasped with two Allis clamps and then injected with 1% lidocaine with epinephrine. A 1.5 cm incision was then made and dissection was carried out on either side of the urethra with the Metzenbaum scissors. Similarly, on the abdominal wall and the mons pubis, a fingerbreadth to the right and left of the midline was identified and marked. The subcutaneous and subcuticular tissue was then injected with 10 mL of 1% lidocaine x2.

The Advantage Fit sling was then assembled with the inserter. The Foley catheter was disconnected from the bag and the catheter guide was then placed through the Foley catheter. It was deviated to the patient's right side. Traction was then placed on the Foley to make sure the estimate of the mid urethra was correct.

The sling was then placed in the vaginal incision on the right, aiming towards the ipsilateral shoulder, and then turned parallel to the midline, to pass behind the symphysis pubis, then placed through the previously-injected subcutaneous tissue to pierce the skin. The tip of

```
                              OPERATIVE REPORT
Patient : BAYLESS, RAEANN M              Dictated: 09/12/13 20:30
Account#  :                              Transcribed: 09/13/13 15:07
MRI#      :           ████████           Room/Bed: R2017/+/01
                     01 Florida Hospital Orlando
                         Page 4 of 6                              2
```

For support contact Physician Technology Support at 407-303-5580 or email fh physician tech support@flhosp.org

COL-RBAYLESS-ORLANDO-000010

**BAYLESS, RAEANN (ld #⬛⬛⬛⬛     dob:⬛⬛⬛⬛⬛⬛)**

FloridahospitalMD                              09/18/13 15:13 06                              Page 5 of 6

the inserter was then grasped and the actual metal guide was then
removed. The procedure was then repeated on the opposite side in a
similar fashion once the catheter guide was deviated to the left. Once
the inserter apparatus was pierced through the abdominal wall, it was
then grasped and the metal guide was then removed.

The Foley catheter was then removed and cystourethroscopy was then
repeated. The bladder was then filled and, looking at the anterior wall
of the bladder, the sling plastic sheaths were manipulated to ensure they
were not placed in the submucosal area of the bladder. Only a faint
outline of the sheaths were visualized.

The bladder was then drained. Foley catheter was then reinserted. The
sheath of the sling was then pulled all the way through the abdominal
wall. A small gap was then placed between the urethra and the sling. A
spacer was then placed. The plastic sheaths were then removed, and the
sling was then comfortably loosely placed in the suburethral space.

At this point, the sling was checked to be sure it had no twists or
rotations. The space over the dissection was then filled with FloSeal and
pressure was applied to ensure hemostasis. The vaginal incision was then
closed with interrupted 3-0 Monocryl suture in a vertical mattress, with
good approximation of the vaginal edges. The sling arms were then cut
flush with the skin of the abdominal wall, and then skin adhesive was
applied to the incisions.

At this point, inspection of the vagina with a speculum revealed a closed
cuff. No active bleeding was seen. Again, the incision from the sling
placement was also closed, with no active bleeding.

All instruments were removed from the vagina. The Foley catheter was still
draining blue-tinged urine. Specimens sent to pathology include uterus
and cervix. The instrument and sponge counts were correct.

It should be noted the patient had implantable grafts, specifically
polypropylene mesh that is named Restorelle Y mesh, along with FloSeal
hemostatic matrix.

At the close of the procedure, the instrument and sponge count were
correct. The patient tolerated the procedure well and was then taken to
the recovery room in stable condition.

BE67633

|                          | OPERATIVE REPORT |                              |
|--------------------------|------------------|------------------------------|
| Patient : BAYLESS, RAEANN M |               | Dictated: 09/12/13 20:30     |
| Account#:                 |                  | Transcribed: 09/13/13 15:07  |
| MRI #    : ⬛⬛⬛⬛⬛          |                  | Room/Bed: R201/+/01          |

01 Florida Hospital Orlando

Page 5 of 6                                    2

For support contact Physician Technology Support at 407-303-5680 or email fh physician tech support@flhosp.org

COL-RBAYLESS-ORLANDO 000011

⏱ 08-08-2018 11:58 AM          athena          → 18445641408                                    D 12
CC153u  ORLANDO UROGYNECOLOGY LLC • 2501 NORTH ORANGE AVE. SUITE 309. ORLANDO FL 32804-4642
**BAYLESS, RAEANN (Id #          , dob:          )**

FloridahospitalMD                              09/18/13 15 13:18                  Page 6 of 6

: 89 kft/dgt
D: 09/12/2013 20:30:00
T: 09/13/2013 12:02:38

Cc:Edmund Abaxe, PA-C

OPERATIVE REPORT
Patient : BAYLESS, RAEANN M          Dictated: 09/12/13 20:30
Account#:                             Transcribed: 09/13/13 15:07
HRIf    :                             Room/Bed: RI01/+/01
                 01 Florida Hospital Orlando

                      Page 6 of 6

For support contact Physician Technology Support at 407 303 5380 or email fh physician tech support@flhosp.org

COL-RBAYLESS-ORLANDO-000012

**JE-017 Page 64 of 85**

---
*Pathology*
---

**SURGCPRpt**
Florida Hospital Pathology   Dept.
601 E. Rollins Street, Orlando, Fla. 32803  * 407-303-1932
Central Florida Pathology Associates, P.A.
FLORIDA HOSPITAL ORLANDO SURGICAL REPORT


MRI #:                     Patient Name: BAYLESS, RAEANN M
D.O.B.:            (Age: 48)
Specimen #: S13-15158
Collected Date: 8/9/2013
Admitting Phys: Jones, Kathy Y.  MD (13312)
Submitting Phys: Jones, Kathy Y.  MD (13312)
Copy To:


DIAGNOSIS:
HYSTERECTOMY:

CERVIX:
MARKED ACUTE AND CHRONIC CERVICITIS.
PROMINENT SQUAMOUS METAPLASIA.
NABOTHIAN CYSTS.

UTERINE CORPUS:
HEMORRHAGIC MID TO LATE SECRETORY ENDOMETRIUM.
SUPERFICIAL ADENOMYOSIS.
RELATIVELY UNREMARKABLE SEROSAL SURFACE.

NEGATIVE FOR MALIGNANCY.

KAMEH/slt 08/12/13; 8012108
CPT: 88307



Clinical History:
Cystocele, uterine prolapse, mixed incontinence.

Material(s) Submitted:
1: UTERUS AND CERVIX

Gross Description:
The surgical requisition slip and specimen container match patient's
name, date of birth, and specimen description.  Received in formalin
labeled "uterus and cervix" is a 105 g intact uterine corpus with
attached cervix measuring 8.5 cm in length.  The uterine corpus is
approximately 5.5 cm transversely x 4.5 cm from anterior to posterior
and covered by pink-tan, smooth and glistening serosa.  The cervix is
3 cm long x 3.5 cm transversely x 3.5 cm from anterior to posterior.
There is a 0.4 cm probe patent external cervical os.  The ectocervix

| Patient Name: | BAYLESS, RAEANN M | MRN: | FIN#: |
|---|---|---|---|
| Printed On: | 11/17/2015 12:33 EST | | Page 58 of 167 |
| Report Request ID# | | | |

COL PLTF 000086 RBAYLESS



---

*Pathology*

---

is pink-tan, smooth and mildly edematous.  The specimen is bivalved to
show a tan, soft and rugose endocervix with an average thickness of
1.5 cm.  The cervix is radially sectioned to show multiple naborhian
cysts filled with clear, mucoid material.  These cysts measure up to
0.4 cm in greatest dimension.  The endometrium is dark red, granular
with an average thickness of 0.3 cm. The myometrium is pink tan,
rubbery and finely trabeculated with an average thickness of 1.6 cm.
Sectioning of the myometrium shows no myomatous nodules or myometrial
lesions.  Representative sections are submitted in six cassettes
labeled S13-15158 1A-1F as follows - A, anterior cervix; B, posterior
cervix; C-D, full thickness sections of anterior endomyometrium; E-F,
full thickness sections of posterior endomyometrium.  ks/ess 08/09/13
at 1708; 7195474

exs1/8/9/2013


cbs/8/10/2013
Microscopic Examination:
A microscopic examination has been performed and the findings are
incorporated in the diagnosis.

Electronically Signed by
Kameh, Darian S.  MD (13796) 8/12/2013

| Patient Name: | BAYLESS , RAEANN M | MRN: | ▮ | FIN#: | ▮ |
| Printed On: | 11/17/2015 12:33 EST | | | Page 59 of 167 | |
| Report Request ID#: | ▮ | | | | |

COL PLTF 000087 RBAYLESS

*Discharge Information*

Patient Name:    BAYLESS , RAEANN M                MRN:                    FIN:
Printed On:      11/17/2015 12:33 EST                                      Page 20 of 167
Report Request ID#

COL PLTF 000048 RBAYLESS

PLAINTIFF'S
EXHIBIT
19
9-12-18

Patient Name: BAYLESS , RAEANN M
Date of Birth:

MRN:
FIN:

**\* Auth (Verified) \***

Assistive Devices Present On Admission  None

Assistive Devices Present On Discharge  None

Assistive Devices Comments  Belongings returned to pt

View your Health Information Summary Online  We are now providing a secure tool to help you access your health information  review recent lab results  review your medications  and more  If you are interested  please go to the registration area in the Hospital or to the physician office and speak to one of the registration representatives

Anesthetics and other medications you received may make you feel lightheaded, dizzy or sleepy  and may also affect your judgment following your procedure  This feeling will slowly wear off  but for at least 24 hours after discharge

  a  <u>DO NOT</u> drive a motor vehicle  operate heavy machinery or power tools

  b  <u>DO NOT</u> drink alcoholic beverages (including beer)

  c  <u>DO NOT</u> make any important business decisions or sign legal papers

  d  <u>TAKE</u> medication(s) as directed by your pharmacist

  e  <u>IF A CHILD</u>

    1  <u>NO</u> bike riding  skateboards  playing on gym sets  or any other activity that may be harmful

    2  for the ride home today have child strapped in a car seat or in a seat belt

Progress slowly to normal diet as tolerated  It is better to start with liquids such as ginger ale or apple juice  then soup and crackers and gradually solid foods

Certain anesthetics and pain medication may produce nausea and vomiting  If nausea becomes a problem  call your physician

  Call your physician for

Excessive drainage or bleeding
Increase in temperature (101 or higher), and/or increase in pain or foul drainage odor
Pain not relieved by prescribed medication

I, BAYLESS , RAEANN M, received instructions by printed literature, verbal explanation or videos and I understand the instructions for my / the patient's care including but not limited to pain management after discharge  I understand information is available upon request for stop smoking programs  All my questions have been answered to my satisfaction  I understand if I have additional questions or a problem occurs, I should contact my / the patient's physician immediately  If the physician cannot be reached for a problem, or if I or the responsible person thinks a physician's attention is needed immediately, I understand I should go to the nearest emergency room  If 911 services are available in my area, I should call 911
The above listing of assistive devices is accurate

Patient or Legally Authorized Person Signature

FM/DC Documents

Name  BAYLESS  RAEANN M
MRN  792576

11 of 12

BAYLESS

COL PLTF 000049 RBAYLESS

**JE-017 Page 68 of 85**



Patient Name: BAYLESS , RAEANN M
Date of Birth: ▮▮▮▮▮

MRN ▮▮▮▮
FIN ▮▮▮▮

* Auth (Verified) *

Provider Signature          Date ▮/10/▮▮

Name: BAYLESS  RAEANN M
MRN ▮▮▮▮

12 of 12

08/10/2013 11 15 27

Facility: FH ORL

COL PLTF 000050 RBAYLESS

**JE-017 Page 69 of 85**

*Discharge Information*

**Surgical Discharge Instructions Entered On: 08/10/2013 11:13**
**Performed On: 08/10/2013 14:42 by Lee RN, Eunice YEUNG**

**DC F/U Care Instructions**
*Discharge Date / Time :*  08/10/2013 14:15

Lee RN, Eunice YEUNG - 08/10/2013 14:42

*Additional Care Instructions :*  Diet as tolerated, pelvic rest until seen by Dr. Jones,
*OSA Education Leaflet Given :*  N/A
*Discharge skin assess complete :*  Yes
*Medication monographs completed :*  Yes
*Assistive Device form completed :*  Yes
*Discharged on Anticoagulation Therapy :*  No
*D/C with Responsible Designated Adult :*  Yes

Lee RN, Eunice YEUNG - 08/10/2013 11:13

| Patient Name: | BAYLESS , RAEANN M | MRN | ████ | FIN#: | ████ |
|---|---|---|---|---|---|
| Printed On: | 11/17/2015 12:33 PST | | | | Page 23 of 167 |
| Report Request ID#: | ████ | | | | |

COL PLTF 000051 RBAYLESS

---

### *Discharge Information*

---

CS Summary

### Florida Hospital Inpatient Discharge Summary

**PERSON INFORMATION**
Name BAYLESS , RAEANN M          Age  48 Years          DOE ▮▮▮ 12:00 AM
Sex Female                       Language English        PCP
Phone ▮▮▮                        MRN ▮▮▮                 Acct# ▮▮▮
Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**MEDICAL INFORMATION**
Allergy Info:
    No known allergies

**PATIENT FOLLOW UP INFORMATION**
Follow Up Appointments:

| With: | Address: | When: |
|---|---|---|
| KATHY JONES, Obstret Gynecol, UROLOGY | 508 NORTH MILLS AVENUE, SUITE C  ORLANDO, FL 32803 (407)228-8066 Business (1) | Within 1-2 weeks |

**Comments:**


For Free Crisis Counseling, Call Lifeline of Central Florida at Crisis Hotline: Orange/Seminole County: 407-425-2624.

**Discharge Skin Assessment Completed: Yes**

**Medication Monographs/Counseling: Yes**

**Discharged on Anticoagulation Therapy: No**

**Anticoagulation Education Leaflet Given to Patient:**

**Copy of Coumadin Flowsheet Given to Patient (If Applicable):**

**Obstructive Sleep Apnea (OSA) Education Leaflet Given: N/A**

**Discharge with Responsible Designated Adult: Yes**

**Reason DC w/o Resp. Designated Adult:**

**Contact Number for Follow Up Call after Discharge:**


| Patient Name: | BAYLESS , RAEANN M | MRN: ▮▮▮ | FIN# ▮▮▮ |
|---|---|---|---|
| Printed On: | 11/17/2015 12:33 EST | | Page 24 of 167 |
| Report Request ID#: ▮▮▮ | | | |

COL PLTF 000052 RBAYLESS

## *Discharge Information*

**Care Instructions (Activity Restriction, Diet, Incision/Wound Care, Pain Management Plan): Diet as tolerated, pelvic rest until seen by Dr. Jones,**
**Discharge Instructions:**
**Miscellaneous Discharge Instructions:**

**Discharge Date/Time :**

**ASSISTIVE DEVICES**
**Present On Admission: None**

**Present On Discharge: None**

**Comments: Belongings returned to pt**

**Home Medication List**
aspirin
650 mg  PO q 48hr

---

COL PLTF 000053 RBAYLESS

```
┌─────────────────────────────────────────────────────────────────────┐
│                        Discharge Information                         │
└─────────────────────────────────────────────────────────────────────┘
```

**PS Summary**

### Florida Hospital Patient Discharge Summary

Name: BAYLESS , RAEANN M          Current Date: 08/10/2013 11:15:19
DOB:                    12:00 AM
MRN:                    FIN:
Address:
Phone:
Primary Care Provider:          Phone:

Allergies: No known allergies

### Medicine List

**Home Meds:**

| Medication(s) you will take at home<br>The following medications have been prescribed by your physician. Some of your medications, dosages, and/or times may have been changed from the list that you or your representative provided to us when you were admitted to the hospital. If you have any questions, please contact your primary care provider. | Take your next dose on/at | New Med | What is this medicine for?<br><br>(Medications often have more than one therapeutic use. Medication uses listed below may or may not include the reason your doctor has prescribed medication for you. Your nurse will explain the use of medications ordered for you at discharge) | What are the medicine side effects?<br><br>(See Leaflet for complete list) |
|---|---|---|---|---|
| aspirin 650 mg Oral every fourty-eight hours | | | clot prevention | bleeding, stomach pain |

**Patient instructed to bring the Patient Discharge Medication list to his (her) next physician visit.**

### Follow-Up Appointments

**Please call to make appointment for follow up visit(s):**

Patient Name:    BAYLESS , RAEANN M          MRN:                FIN#:
Printed On:      11/17/2015 12:33 EST                              Page 26 of 167
Report Request ID#:

COL PLTF 000054 RBAYLESS

```
····················································································
:                           Discharge Information                                :
····················································································
```

**With:**                **Address:**                    **When:**
KATHY JONES, Obstret     508 NORTH MILLS AVENUE,        Within 1-2 weeks
Gynecol, UROLOGY         SUITE C ORLANDO, FL 32803
                         (407)228-8066 Business (1)
**Comments:**

For Free Crisis Counseling, Call Lifeline of Central Florida at Crisis Hotline: Orange/Seminole County: 407-425-2624.

## Care Instructions

**Follow-up and Care Instructions (Activity Restriction, Diet, Incision/Wound Care, Pain Management Plan)**
Diet as tolerated, pelvic rest until seen by Dr. Jones,
**Discharge Instructions:**
**Miscellaneous Discharge Instructions:**

### Help After You Leave the Hospital

**It has been our pleasure to care for you. If you have any Discharge Planning needs after you leave the hospital, please contact our Case Managers at one of the following numbers. If this is an emergency please call 911.**

| | | | |
|---|---|---|---|
| Altamonte/Apopka | 407-303-2311 | Kissimmee | 407-933-6617 |
| Celebration | 407-303-4000 x5665 | Orlando | 407-303-1952 |
| East | 407-303-0689 | Winter Park | 407-646-7003 |

**Patient Education**
**Symptoms and Health Problems**

Pelvic Organ Prolapse: Surgery for Vaginal Vault Prolapse

| | | | |
|---|---|---|---|
| Patient Name: | BAYLESS , RAEANN M | MRN█ | FIN#:█ |
| Printed On: | 11/17/2015 12:33 PST | | Page 27 of 167 |
| Report Request ID#: | █ | | |

COL PLTF 000055 RBAYLESS

*Discharge Information*



**Vaginal vault prolapse**

**Vaginal vault prolapse** is when the walls of the vagina fall in on themselves. This can happen after the uterus has been removed. The goal of surgery is to repair the problem and relieve your symptoms.



**Vaginal vault suspension**

## The Surgical Procedure

A **vaginal vault suspension** may be used to correct vaginal vault prolapse. This type of surgery can be done through the vagina or the abdomen. The vagina is attached to strong tissue in the pelvis or to the **sacrum** (a bone at the base of the spine that forms the back of the pelvis).

**Possible Risks and Complications of Surgery**
- Infection
- Bleeding
- Risks of anesthesia
- Damage to nerves, muscles, or nearby pelvic structures
- Blood clots
- Prolapse of the pelvic organ or organs occurring again

**Your Incisions**

During surgery, the doctor reaches your pelvic organs through the vagina or the abdomen. An incision may be made in the vaginal wall. If incisions are made on the abdomen (lower belly), they can be vertical (up and down) or transverse (across).

| | | | |
|---|---|---|---|
| Patient Name: | BAYLESS , RAEANN M | MRN: | FIN#: |
| Printed On: | 11/17/2015 12:33 EST | | Page 26 of 167 |
| Report Request ID#: | | | |

COL PLTF 000056 RBAYLESS



**Incision made in vaginal wall.**



**Abdominal Incisions.**

© 2000-2011 Kramos StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Pelvic Organ Prolapse: Surgery for Cystocele



Cystocele



| | |
|---|---|
| Patient Name: | BAYLESS , RAEANN M |
| Printed On: | 11/17/2015 12:33 EST |
| Report Request ID#: | |

MRN ▇

FIN#: ▇
Page 29 of 167

COL PLTF 000057 RBAYLESS

| Discharge Information |
|---|

### Anterior Repair



**Incision made in the vaginal wall**



**Abdominal Incisions**

Cystocele is when the bladder prolapses (sags) into the vagina. The goal of surgery is to repair the problem. This will help relieve your symptoms. Your surgery may include one or more repairs.

**The Surgical Procedure**

Cystocele can be treated with an anterior repair. This type of surgery is done through the vagina. The sagging bladder is moved back into its normal position. Sutures (stitches) are placed in tissue between the bladder and the vagina. This helps hold the bladder in place. In some cases, another type of surgery is done. It can help correct weakness in the front wall of the vagina. The vagina is attached to strong tissues in the side wall of the pelvis.

**Your Incisions**

During surgery, the doctor will reach your pelvic organs through the vagina or the abdomen. An incision may be made in the vaginal wall. If an incision is made on the abdomen (lower belly), it may be vertical (up and down). Or, it may be transverse (across).

**Possible Risks and Complications of this Surgery**
- Infection
- Bleeding
- Risks of anesthesia
- Damage to nerves, muscles, or nearby pelvic structures
- Blood clots

| | | |
|---|---|---|
| Patient Name: | BAYLESS , RAEANN M | MRN█ |
| Printed On: | 11/17/2015 12:33 EST | FIN█ |
| Report Request ID#█ | | Page 30 of 167 |

COL PLTF 000058 RBAYLESS

---

### *Discharge Information*

- Prolapse of the pelvic organ or organs occuring again.

© 2000-2011 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Anesthesia: After Your Surgery

You've just had surgery. During surgery, you received medication called **anesthesia** to keep you comfortable and pain-free. After surgery, you may experience some pain or nausea. This is normal. Here are some tips for feeling better and recovering after surgery.



**Stay on schedule with your medication.**

### Going Home

Your doctor or nurse will show you how to take care of yourself when you go home. He or she will also answer your questions. Have an adult family member or friend drive you home. For the first 24 hours after your surgery:

- Do not drive or use heavy equipment.
- Do not make important decisions or sign documents.
- Avoid alcohol.
- Have someone stay with you, if possible. They can watch for problems and help keep you safe.

| | | |
|---|---|---|
| Patient Name: | BAYLESS, RAEANN M | MRN: ███ |
| Printed On: | 11/17/2015 12:33 EST | PIN#: ███ |
| Report Request ID#: ███ | | Page 31 of 167 |

COL PLTF 000050 RBAYLESS

| *Discharge Information* |
| --- |

Be sure to keep all follow-up doctor's appointments. And rest after your procedure for as long as your doctor tells you to.

**Coping with Pain**

If you have pain after surgery, pain medication will help you feel better. Take it as directed, before pain becomes severe. Also, ask your doctor or pharmacist about other ways to control pain, such as with heat, ice, and relaxation. And follow any other instructions your surgeon or nurse gives you.

**Tips for Taking Pain Medication**

To get the best relief possible, remember these points:
- Pain medications can upset your stomach. Taking them with a little food may help.
- Most pain relievers taken by mouth need at least 20 to 30 minutes to take effect.
- Taking medication on a schedule can help you remember to take it. Try to time your medication so that you can take it before beginning an activity, such as dressing, walking, or sitting down for dinner.
- Constipation is a common side effect of pain medications. Drink lots of fluids. Eating fruit and vegetables can also help. Don't take laxatives unless your surgeon has prescribed them.
- Mixing alcohol and pain medication can cause dizziness and slow your breathing. It can even be fatal. Don't drink alcohol while taking pain medication.
- Pain medication can slow your reflexes. Don't drive or operate machinery while taking pain medication.

**Managing Nausea**

Some people have an upset stomach after surgery. This is often due to anesthesia, pain, pain medications, or the stress of surgery. The following tips will help you manage nausea and get good nutrition as you recover. If you were on a special diet before surgery, ask your doctor if you should follow it during recovery. These tips may help:
- Don't push yourself to eat. Your body will tell you what to eat and when.
- Start off with liquids and soup. They are easier to digest.
- Progress to semisolids (mashed potatoes, applesauce, and gelatin) as you feel ready.
- Slowly move to solid foods. Don't eat fatty, rich, or spicy foods at first.
- Don't force yourself to have three large meals a day. Instead, eat smaller amounts more often.
- Take pain medications with a small amount of solid food, such as crackers or toast.

**Call Your Surgeon If...**
- You still have pain an hour after taking medication (it may not be strong enough).
- You feel too sleepy, dizzy, or groggy (medication may be too strong).
- You have side effects like nausea, vomiting, or skin changes (rash, itching, or hives).

| | | | |
| --- | --- | --- | --- |
| Patient Name: | BAYLESS , RABANN M | MRN: ▮ | FIN#: ▮ |
| Printed On: | 11/17/2015 12:33 EST | | Page 32 of 167 |
| Report Request ID#: | ▮ | | |

COL Pl TF 000060 RBAYLESS

**JE-017 Page 79 of 85**

---

### *Discharge Information*

© 2000-2011 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions

**Assistive Devices Present On Admission: None**

**Assistive Devices Present On Discharge: None**

**Assistive Devices Comments: Belongings returned to pt**

**View your Health Information Summary Online:** We are now providing a secure tool to help you access your health information, review recent lab results, review your medications, and more. If you are interested, please go to the registration area in the Hospital or to the physician office and speak to one of the registration representatives.

Anesthetics and other medications you received may make you feel lightheaded, dizzy or sleepy, and may also affect your judgment following your procedure. This feeling will slowly wear off, but for at least 24 hours after discharge:
   a. **DO NOT** drive a motor vehicle; operate heavy machinery or power tools.
   b. **DO NOT** drink alcoholic beverages (including beer).
   c. **DO NOT** make any important business decisions or sign legal papers.
   d. **TAKE** medication(s) as directed by your pharmacist.
   e. **IF A CHILD:**
      1. **NO** bike riding, skateboards, playing on gym sets, or any other activity that may be harmful.
      2. for the ride home today have child strapped in a car seat or in a seat belt
Progress slowly to normal diet as tolerated. It is better to start with liquids such as ginger ale or apple juice, then soup and crackers and gradually solid foods.
Certain anesthetics and pain medication may produce nausea and vomiting. If nausea becomes a problem, call your physician.

    Call your physician for:

1. Excessive drainage or bleeding.
2. Increase in temperature (101 or higher), and/or increase in pain or foul drainage odor.
3. Pain not relieved by prescribed medication.

    I, BAYLESS , RAEANN M, received instructions by printed literature, verbal explanation or videos and I understand the instructions for my / the patient's care including but not limited to pain management after discharge. I understand information is available upon request for stop smoking programs. All my questions have been answered to my satisfaction. I understand if I have additional questions or a problem occurs, I should contact my / the patient's physician immediately. If the physician cannot be reached for a problem, or if I or the responsible person thinks a physician's attention is needed immediately, I understand I should go to the nearest emergency room. If 911 services are available in my area, I should call 911.
    The above listing of assistive devices is accurate.

_____  Date _____
**Patient or Legally Authorized Person Signature**
**(Please Circle Appropriate Relationship)**

| | | |
|---|---|---|
| Patient Name: | BAYLESS , RAEANN M | MRN█████ |
| Printed On: | 11/17/2015 12:33 EST | |
| Report Request ID#: | █████ | Page 33 of 167 |

COL PLTF 000061 RBAYLESS

*Discharge Information*

_____ Date _____
**Provider Signature**

Patient Name:      BAYLESS , RAEANN M                    MRN: ███          FIN#: ███████
Printed On:        11/17/2015 12:33 ES1                                    Page 34 of 167
Report Request ID#: ███████

COL PLTF 000062 RBAYLESS

**JE-017 Page 81 of 85**

🕐 08-06-2018 11:58 AM       athena       → 18445641408       ☐ 13

CC153u_ORLANDO UROGYNECOLOGY LLC • 2501 NORTH ORANGE AVE. SUITE 309, ORLANDO FL 32804-4642

**BAYLESS, RAEANN (Id #**    **, dob:**    **)**

## Encounters and Procedures

### Clinical Encounter Summaries
### Encounter Date: 09/24/2013

Patient

| | | | |
|---|---|---|---|
| **Name** | BAYLESS, RAEANN (48, F) ID# | **Appt. Date/Time** | 09/24/2013 03:15PM |
| **DOB** | | **Service Dept.** | CC153u_N. MILLS AVE |
| **Provider** | KATHERINE PUIG, ARNP | | |
| **Insurance** | Med Primary: ORANGE COUNTY MEDICAL CLINIC | | |

Insurance # :
Prescription: SURESCRIPTS LLC - This patient could not be found on the payor's files. Either the patient is ineligible or demographic information included in the inquiry (e.g., member ID) does not match the payor's files.

### Chief Complaint

None recorded.

### HPI

6 wks 3 daays post op, s/p sacralcolpopexy w/mesh, cystocele repair w/mesh. Pt doing well except for occasional discomfort in pelvic, and mood swings has been unable to return to office since surgery due to transportation problems

### Problems

- Cystocele (618.01)
- Prolapse of vaginal vault after hysterectomy (618.5)
- Mixed incontinence (male) (female) (788.33)

### Medications

| Name | Date |
|---|---|
| **HYDROCHLOROTHIAZIDE** | 05/28/13 entered |
| **LISINOPRIL** | 05/28/13 entered |
| **TRICOR** | 05/28/13 entered |

### Allergies

NKDA

### Past Medical History

Reviewed Past Medical History
ID-Chicken Pox/Shingles: **Y - chicken pox**
Neurology-Headaches/Migraines: **Y - frequent**
Psych-PMS/PMDD: **Y - PMS**
Pulmonary-Seasonal Allergies/Allergic Rhinitis: **Y - allergies**
GI-Irritable Bowel Syndrome: N - IBS
Ortho-Chronic Back Pain: N - MVA

### GYN History

Reviewed GYN History
Age at 1st period: 12.
Age at 1st child: 20.
Flow: Moderate.
Cramps: Y.
Current Birth Control Methods: Tubal ligation.
Years of PostMenopausal HRT use: Never.
Sexual orientation: Heterosexual.
Sexually active: Y.
History of STD-PID: Y Gonnorrhea.
History of abnormal PAP: N w/pregnancy.
HPV Vaccination: Not applicable.
Date of last PAP: ?.
History of Breast problems: N.
History of abnormal Mammogram: N.
Date of last Mammogram: 2010.

COL-RBAYLESS-ORLANDO-000013



PLAINTIFF'S EXHIBIT

PENGAD 800-631-6989

9-12-18   PE

⏱ 08-08-2018 11:58 AM        athena        → 18445641408                              □ 14
CC153u ORLANDO UROGYNECOLOGY LLC • 2501 NORTH ORANGE AVE., SUITE 309, ORLANDO FL 32804-4642

**BAYLESS, RAEANN (id #          , dob:          )**

· History of Endometriosis: N.
· History of Fibroids: N.
· History of Infertility: N.
· History of Ovarian problems: N.
· History of PCOS: N.
· Date of last Colonoscopy: 2004.

## Obstetric History

| TOTAL | FULL | PRE | | ECTOPICS | MULTIPLE | LIVING |
|-------|------|-----|---|----------|----------|--------|
| 9 | 4 | 0 | | 0 | 0 | 4 |

## Surgical History

Reviewed Surgical History
· GI-Cholecystomy - 1992
· GYN-Tubal Ligation - 1992
· ⚕ GYN-Pelvic Prolapse Surgery - 2013 - Robotic assisted Laparoscopic Hysterectomy, Mid Urethral Sling, Sacral Colpopexy, Cystoscopy

## Social History

· Reviewed Social History
**Routine Gyn**
Smoking Status: Current every day smoker.
Smoker (1/2 PPD) 5-10 cigs/day.
Alcohol intake: Occasional.
Illicit drugs?: N.
Caffeine Intake: Moderate.
Exercise level: Occasional.
Diet: Regular.
Marital status: Single.
History of domestic violence: N.
Education: 12 some college.
Occupation: unemployed.
Seat belts used routinely: Y.
Is blood transfusion acceptable in an emergency?: Y.

## Vitals

· 09/24/2013 03:30 pm

|  |  |  |
|---|---|---|
| **Ht:** 5 ft 9.5 in | **Wt:** 173 lbs | **BMI:** 25.2 |
| **BP:** 111/76 sitting L arm | **Pulse:** 78 bpm | |

## ROS

Patient reports **weight loss (2 lbs) and exercise intolerance** but reports no fever, no night sweats, no significant weight gain, and no significant weight loss/gain. She reports **nose/sinus problems** but reports no frequent nosebleeds. She reports **snoring** but reports no sore throat, no bleeding gums, no dry mouth, no mouth ulcers, no oral abnormalities, and no teeth problems. She reports **known heart murmur, light-headed on standing, and edema** but reports no chest pain, no arm pain on exertion, no shortness of breath when walking, no shortness of breath when lying down, and no palpitations. She reports **abdominal pain, change in appetite, heartburn, difficulty swallowing, nausea, and bowel movement changes** but reports no vomiting, no diarrhea, not vomiting blood, and no indigestion. She reports **discharge, vaginal odor, and vaginal itching** but reports no abnormal bleeding, no flank pain, no rash, and no lesion. She reports **muscle aches, arthralgias/joint pain, back pain, and swelling in the extremities** but reports no muscle weakness. She reports **abnormal mole, itching, dry skin, and growths/lesions** but reports no jaundice, no rashes, and no cyanosis. She reports **weakness, numbness, dizziness, frequent or severe headaches, and tingling** but reports no loss of consciousness and no seizures. She reports **depression and restless sleep** but reports feeling safe in relationship and no alcohol abuse. She reports **fatigue, hair loss, cold intolerance, and skin changes** but reports no endocrine symptoms. She reports **dry vaginal mucosa, impaired memory, and impaired concentration.** She reports **decreased libido and orgasmic dysfunction.** She reports **swollen glands and easy bruising.** She reports **itching** but reports no runny nose, no sinus pressure, no hives, and no frequent sneezing. She reports no dry eyes, no irritation, and no vision change. She reports no difficulty hearing and no ear pain. She reports no cough, no wheezing, no shortness of breath, and no coughing up blood. She reports no incontinence, no difficulty urinating, no hematuria, and no increased frequency. She reports no PMDD symptoms.
**Additionally reports: All non urogyn/post op symptoms followed by PCP and/or specialist**

## Physical Exam

Patient is a 48-year-old female.

**General Appearance:** General Appearance: healthy-appearing, well-nourished, no acute distress, and
                                 COL-RBAYLESS-ORLANDO-000014

🕐 08-08-2018 11:58 AM          athena          → 18445641408                              □ 15
CC153u_ORLANDO UROGYNECOLOGY LLC • 2501 NORTH ORANGE AVE. SUITE 309, ORLANDO FL 32804-4642
**BAYLESS, RAEANN (Id #** ▮▮▮▮▮▮ **, dob:** ▮▮▮▮▮▮▮ **)** -

ambulating well.

**Psychiatric:** Orientation: to time, place, and person. Mood and Affect: normal mood and affect and active and
alert.

**Abdomen:** Inspection of incision Site: well-healed, clean, dry, intact, and non tender; **laparoscopic incisions x
5 well healed.** Auscultation/Inspection/Palpation: no tenderness, hepatomegaly, splenomegaly, masses, or CVA
tenderness and soft, non-distended, and bowel sounds present. Hernia: none palpated.

**Female Genitalia:** Vulva: no masses, atrophy, or lesions. Vagina: no tenderness, erythema, cystocele, rectocele,
abnormal vaginal discharge, or vesicle(s) or ulcers; **minimal separation with foreign body visualized
central apical incision; apex well supported.** Cervix: absent. Uterus: absent. Bladder/Urethra: no urethral
discharge or mass and normal meatus and bladder non distended. Adnexa/Parametria: no parametrial
tenderness or mass and no adnexal tenderness or ovarian mass.

Assessment / Plan

. **1. AFTERCARE FOLLOWING SURGERY OF THE GENITOURINARY SYSTEM, NEC** (V58.76)

**Discussion:** Discussed post op activity and restrictions, encouraged adherence
continue stool softeners
patient interested in LVR, discussed briefly

Return to Office
* Kathy Jones, MD for POST-OP 15 at CC153u_N. MILLS AVE on 10/22/2013

Encounter Sign-Off
Encounter signed-off by Katherine Puig, ARNP, 09/26/2013.

Encounter performed and documented by MS. KATHERINE MARIE PUIG ARNP
Encounter reviewed & signed by MS. KATHERINE MARIE PUIG ARNP on 09/26/2013 at 4:24pm

**Encounter Date: 05/28/2013**
Patient

| | | | |
|---|---|---|---|
| **Name** | BAYLESS, RAEANN (50, F) ID# | **Appt. Date/Time** | 05/28/2013 11:30AM |
| **DOB** | ▮▮▮▮▮▮ | **Service Dept.** | CC153u_N. MILLS AVE |
| **Provider** | KATHY JONES, MD | | |
| **Insurance** | Med Primary: ORANGE COUNTY MEDICAL CLINIC | | |
| | Insurance # : ▮▮▮▮▮▮ | | |
| | Prescription: check now | | |

Chief Complaint

Followup: Mixed Incontinence
Followup: Prolapse of vaginal vault after hysterectomy
Followup: Midline cystocele

HPI

F/U to discuss surgery

Problems

* Bacterial vaginosis
* Candidiasis
* Midline cystocele
* Incomplete uterovaginal prolapse
* Prolapse of vaginal vault after hysterectomy
* Mixed Incontinence

Medications

Reviewed Medications

| | | |
|---|---|---|
| **Cleocin 2 % vaginal cream**<br>Insert 1 applicator(s)ful every day by vaginal route at bedtime for 7 days., stop<br>10/08/2013 | 10/01/13 | prescribed |
| **Diflucan 200 mg tablet**<br>1 x dose repeat in 7 days | 10/01/13 | prescribed |
| **hydrochlorothiazide** | 05/28/13 | entered |

COL-RBAYLESS-ORLANDO-000015

⊙ 08-08-2018 11:48 AM       athena           +12155030690                                    D 25
CC153u_ORLANDO UROGYNECOLOGY LLC • 2501 NORTH ORANGE AVE., SUITE 309, ORLANDO FL 32804-4642
BAYLESS, RAEANN (Id #          dob:          )

AUG-20-2013 16:11  FROM:K JONES MD 4073707182              TO:18558807167        P:7/8

Procedure: URETHROVESICAL SUSPENSION   (*SLING*)

You and your doctor are considering an operation on the lower part of your urinary system in an attempt to help you from accidentally or unintentionally losing your urine. The operation is called a "urethrovesical suspension" and requires surgical cuts in the lower part of the belly. Although complications and bad results are very uncommon from this type of operation, they do sometimes occur. It is possible that this operation will not help you to control your urine. It is even possible that you will be worse after the operation than you are right now. Because of these facts, your doctor can make no guarantee as to the result that might be obtained from this operation. However, in the vast majority of patients the result desired from this surgery is achieved.

Some of the possible complications of urethrovesical suspension operations are:

Bleeding; infection; damage to the urinary system; repeated urinary infections prolonged need for an artificial tube to drain the bladder (this is called a "catheter" and may be placed in the vaginal area or through the belly wall); development of a rupture or hernia in the area of the surgical cut in the belly; the formation of blood clots in the legs and lungs; and allergic or other bad reactions to one or more of the substances used in the operation.

Some of the complications of this operation can cause the need for further surgery; some of the complications can cause prolonged illness, scarring, and permanent disability. Very, very rarely, some of the complications can even cause death. Furthermore, there may be alternatives to this operation available to you, such as the use of medications or other types of surgery. However, these alternative methods carry their own risk of complications and have a varying degree of success. Therefore, in those patients in whom urethrovesical suspension is indicated, the procedure may provide the patient with the best chance of successful treatment and the lowest risk of complications.

incision
on Anderson

ADDITIONAL RISKS AND ALTERNATIVES: _____
(To be filled in here and on reverse side
by doctor as necessary) _____
_____

I CERTIFY: I have read or had read to me the contents of this form; I understand the risks and alternatives involved in this procedure; I have had the opportunity to ask any questions which I had and all of my questions have been answered.
DATE: 5/28/13  TIME: _____  SIGNED: _____
WITNESS: _____  PHYSICIAN: _____
(A GENERAL CONSENT FORM MUST ALSO BE SIGNED BY THE PATIENT.)
Prepared by In-Forms No. 1110

Copyright 1934 by In-Forms, P.O. Box 35164, Albuquerque, NM, 87176-5164. All rights reserved. This form may not be reproduced, copied, transcribed, or transcribed in any manner, in whole or in part, without the express written prior approval of In-Forms, except that a form which has been signed by a patient may be reproduced for record-keeping purposes only. This notice must remain a part of this form. Violation of these provisions is an infringement of U.S. copyright.

PLAINTIFF'S EXHIBIT 21
9-12-18

BAYLESSR_JONES_MEDICAL_000020