Middle District of Florida

**PLAINTIFF'S EXHIBIT**

| **From:** | Yelena Tropsha [/O=MICROSOFTONLINE/OU=EXCHANGE ADMINISTR (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C83B5589-51CA-44B9-927 | Exhibit Number: 3 |
| **Sent:** | Monday, May 23, 2011 9:18:26 PM | Case Number: 6:20-cv-00831 |
| **To:** | Thomas Broome | Raeann Bayless |
| **Subject:** | FW: Notched Mesh and Stabilizing Sutures v2 -- Confidential! | v. |
| **Attachments:** | NOTCHED MESH AND STABILIZING SUTURES v2.docx | Boston Scientific Corp et al. |
| | | Date Identified: JUN 0 8 2021 |
| | | Date Admitted: JUN 0 8 2021 |

**From:** Red Alinsod [mailto:red@urogyn.org]
**Sent:** Friday, May 20, 2011 11:48 PM
**To:** ukjbrow@coloplast.com; Yelena Tropsha
**Cc:** David Amerson
**Subject:** Notched Mesh and Stabilizing Sutures v2

James and Yelena,

Here is the updated and spell-checked version of my ideas. I hope you find it helpful. Please let me know how to proceed with this process. We will need to discuss and negotiate Assignment Agreements, Commissions. I am deeply committed to this project and I will do all I can to make this happen.

Yelena, thank you for taking my signed original contract to Dave.

James, safe trip my friend.

Warmest regards,

Red

## CONFIDENTIAL

## NOTCHED MESH AND STABILIZING SUTURES

Red M. Alinsod, M.D.

31852 Coast Highway, Suite 203

Laguna Beach, CA  92651

May 20, 2011

Originally Presented to Yelena Tropsho and Michele Watrin February 16, 2011
and to James Browning M.D. on March 3, 2011

### Problem: Dysparunia post mesh placement

All current mesh and biologic systems for reconstructive pelvic surgery available
in the market today have dyspareunia and mesh exposure as problems.  Older
and thicker meshes were particularly prone to resultant dyspareunia and mesh
exposure.  Thick meshes gave a large mesh load and often resulted in a firm and
immobile pelvic platform prone to mesh exposure.  Coloplast/Mpathy Medical's
Restorelle Mesh has reduced these problems a great deal in terms of mesh
exposure but dyspareunia continues due to location and placement of anchoring
sutures both deep in the pelvis, at mid vagina, and at the introitus.
Coloplast/Mpathy Medical's mesh has also resolved the problem of a rigid floor
due to its softness and elasticity and non-palpable nature.  However,
dyspareunia is still a problem even with the use of soft and pliable meshes.  This
is largely because of scar and banding that results from the anchoring of these
meshes to the sacrospinous ligament, levator muscles, and arcus tendineus.
Both surgical technique and the inherent properties of mesh contributed to
dyspareunia.

### Solutions: Surgical Material and Design and Surgical Technique

1. **Mesh Material**
   a. The use of ultralightweight mesh is essential.  Both Restorelle
      mesh and Novasilk mesh are excellent in reducing the incidence of
      both mesh exposure and dyspareunia.
   b. Mesh flexibility with multidirectional stretch is essential for the
      repaired vaginal canal to feel and function in a normal manner.
   c. Mesh strength is more than adequate with both Restorelle and
      Novasilk.  This has been proven with over 1000 mesh placements
      of Restorelle since 2005 in my practice.
2. **Mesh Design**
   a. The basic form fitting shapes for both the anterior and posterior
      compartments are well known with my development of the designs

for both Restorelle A and Restorelle P now currently sold by Coloplast. These shapes most closely approximates the shape and size of the pelvic floor and are the most easily tailored shapes available. Modifications of the basic shapes are needed and will allow for a more flexible approach by the surgeon. Surgeon's preferences of approach in placement, whether by trocars, suture capture devices, or tacking devices are maintained. This results in an easier transition for the surgeon when they switch over to the newer designs developed by Coloplast.

b. **Notched Mesh**: Placement of 2 cm notches on the proximal and distal meshes to reduce banding and dyspareunia. Approximately six to eight notches are placed on the proximal anterior mesh allowing freedom to stretch and give as the proximal arms are anchored. This novel approach has been used successfully in my practice for almost two years resulting in almost complete elimination of dyspareunia. See attached drawings and photos.

c. Proximal Arms: The new designs allow the surgeon to use Digitex/Capio/Stat-Tac to anchor the mesh to the sacrospinous ligament (SSL) right beside the ischial spines. The "quilled arms" can pass through the SSL and anchored without the need for constricting sutures that cause muscle/vessel constriction Alternatively, Smart Fix Buttons can be placed for the anchoring of these proximal arms if patent issues are encountered when using "quilled arms." Rapid placement and adjustment are performed initially upon mesh placement then adjusted later on at the completion of surgery to ensure there are no bands and no mesh edges to be felt. No knots need to be tied and no tissue necrosis occurs and no bunching of tissue to cause a scar occurs, hence, less pain post-op and less dyspareunia in the long term. Usually, this proximal anchoring point at or near the SSL along with the resultant constrictive anterior arch going across the apical top of the vagina is where most of the dyspareunia comes from with today's technology. The notches now allow a natural stretch during and after the healing phase to reduce dyspareunia.

i. **Notched Mesh**: The strategically placed "Notches" at the proximal mesh attached or affixed to the SSL dramatically reduces the incident of this band across the top apex of the vagina. The notches eliminate the band going across the top of the vagina or going across the top of the cervix, the most common sites of dyspareunia. The attached photos show the strategic placement of notches. The Anterior mesh also shows the cut out in the middle of the proximal mesh to wrap around the cervix. This helps reduce the bands that occur right on top of the cervix. Perhaps more importantly is the ability for the anterior mesh to now be secured to the cervix to suspend it by forming a new pseudo-ligament that

is attached to the SSL.  The Restorelle A can now seek to be FDA approved for **Uterine Suspension,** the first mesh to specifically go after this exact indication.  Ten years of this exact surgery and hundreds of cases have proven the efficacy and safety of this vaginal approach to uterine suspension.

   d.  Distal Arms: The new designs allow the surgeon to use Digitex/Capio/Stat Tac devices to anchor the mesh to the arcus tendineus behind the pubic bone.  The Digitex suture can be "quilled" for fast placement and anchoring without suturing needed. The quilled suture is attached to the mesh, is passed through the arcus tendineus, tensioned, and cut.  No sutures needed and elegance of surgery is achieved.  The design also allows the passage of well-known helical or curved transobturator needles through the obturator foramen to anchor the distal arms. The distal arms can again be "quilled" to allow rapid placement and anchoring via the obturator foramen.  The "quilled arms" are vey small and need no incisions for the trocars to go through the obturator foramen and pick them up.  The approach is agnostic and each surgeon can decide what is the best approach in their hands. Lastly, those accustomed to using the tacking devices, such as Stat Tac, can continue to do so by simply trimming the distal arms and placing the tacking device through the shortened arms.  This area of the mesh design will be reinforced to handle the strain or anchoring.

      i.  **Notched Mesh:** Two to three strategically placed "Notches" at the distal mesh are placed and can also reduce the banding and dyspareunia that occur with many mesh kits right below the urethrovesical junction.  It can eliminate almost all the mesh exposure and mesh related pain that occurs on this distal band that goes across the area just below the urethrovesical junction.  See attached photos.

3. **Anchoring**: Anchoring of the Anterior and Posterior meshes can be agnostic and be performed with Digitex, Capio,Stat-Tac, or Trocars.  The mesh shapes with Notches all work with any approach of anchoring.

4. **Stabilizing Sutures**: Lateral stabilizing sutures of the mesh to the levator muscles are secondary sources of dyspareunia.  Most commonly used delayed absorbable suture, such as Vicryl or Monocryl or Cat Gut, form a scar that can be palpable and cause pain if too big a bite is taken or too much tension is placed on the mesh edges.  Muscle necrosis also occurs when tight knots are placed resulting in increased post op pain.

   a.  **Quilled Sutures**: A solution to reduce or eliminate the bands and scaring and necrosis of the levator muscles when secured to the lateral mesh edges can be achieved by anchoring the mesh **without tying knots**.  No knots are tied and there is no tissue death.  Development of a Coloplast branded quilled suture that can be placed with both Digitex and with standard needle drivers is

essential.  A ten-pack of 18 inch quilled sutures attached to SH needles would be ideal.  The Digitex Quilled sutures can be a powerful tool to achieve elegant surgery, reduced surgical times, and secured anchoring of mesh along with reduced pain from necrosis and reduced future pain from scar/knots.

    i. Digitex Quilled Suture: 0 Prolene or PDS for deep attachment of mesh to the SSL

    ii. Ten-Pack of 18 inch 2-0 absorbable Quilled sutures for lateral and proximal (at perineum/introitus) attachment of mesh.

5. **Surgical Technique**: Mesh technology and new suturing and anchoring designs alone cannot eliminate dyspareunia.  The surgeon must be aware of techniques that can lower the incidence of dyspareunia.

    a. Secure anchoring but loose suturing of mesh.

    b. Placement of mesh at the very apex to reduce the apical bands.

    c. Use of **Notched Mesh** for apical flexibility and reduced banding.

    d. Placement of SSL anchors more lateral, beside the ischial spines, to avoid the telltale pillars of mesh placement that often leads to debilitating dyspareunia.  Avoidance of placing anchors and mesh too medial.

    e. Checking for bands both anteriorly and posteriorly before closure of vaginal mucosa.

        i. Cut all bands palpated

            1. Most commonly seen at:

                a. Attachment to the ischial spines

                b. At the anterior apex going from spine to spine for those with no uterus

                c. Just lateral or in front of the cervix for those with a uterus.

                d. At apical attachment points of posterior mesh.

    f. Minimal to no trimming of vaginal mucosa to reduce both mesh exposure and dyspareunia from over removal of vaginal mucosa.

CP MDL 2387 00014399

**Attachments:**

## 1. Concept A



CONCEPT A

1/1/2010

TOT Approach

CapTuyR Approach E Quill

Advantages

Thin lightweight mesh
Single incision
Decreases in Dysporeum data batches
we already have introducers

## 2. Concept P



CP MDL 2387 00014401

### 3. Concept Q

CONCEPT Q

11/15/10

Quill Sutures for Direct Fix (to SSL or Arcus)

Quill Pop-off Sutures for Mesh Fixation

SH or CT-2 Needles
Absorbable or Permanent

Absorbable Stopper

CP MDL 2387 00014402