U.S. District Court
Middle District of Florida

PLAINTIFF'S EXHIBIT

Exhibit Number: 91
Case Number: 6:20-cv-00831
Raeann Bayless
v.
Boston Scientific Corp et al.
Date Identified: JUN 0 1 2021
Date Admitted: JUN 0 1 2021

Ostomy Care
Urology & Continence Care
Wound & Skin Care




20. August 2013
Version 1.0

# Material Safety Data Sheet

Based on template version 4.0

## Identification of the substance/mixture and of the company/undertaking

| | |
|---|---|
| Product name: | Restorelle |
| Product code: | 501301, 501311, 501321, 501331, 501341, 501351. |
| Product information: | Surgical Urology |
| Manufacturer: | Coloplast A/S<br>Holtedam 1<br>DK-3050 Humlebaek<br>Denmark<br>Telephone +45 49111111<br>msds@coloplast.com |

**USA**
Coloplast Corp.
1601 West River Road N
Minneapolis, MN 55411
Telephone: +1-800-533-0464
www.us.coloplast.com

**Canada**
Coloplast Canada Corporation
3300 Ridgeway Drive, Unit 12
Mississauga, Ont. L5L 5Z9
Telephone: +1-877-820-7008
www.coloplast.ca

**Europe**
Colop ast A/S
Holtedam 1
DK-3050 Humlebaek
Telephone: +45 49 11 11 11
www.coloplast.com

## Hazards identification

This product consists primarily of polymer materials. The products pose no immediate hazard.

## Composition/information on ingredients

This product does not contain substances classified as hazardous under EC Regulation No. 1272/2008/EC, Annex VI (EU) or OSHA regulation Hazard communication Standard 2012 (USA) in concentrations above 0.1 % (w/w). Main ingredients and packaging materials are listed below.

| Chemical name | CAS no. |
|---|---|
| Mesh: | |
| PP (Polypropylene) | - |
| Packaging: | |
| Tyvek | - |

Ostomy Care
Urology & Continence Care
Wound & Skin Care




## Restorelle

### Disposal considerations

Dispose the device according to the recommended disposal technology at any approved facility. Under normal private use the product may be disposed of together with other household waste unless local regulations set special requirements. The disposal should always be in compliance with national, federal, state and local regulations. The product should not be discharged to the environment.

US

This product does not meet the criteria for hazardous waste as defined under the Resource Conversation and Recovery Act (RCRA) 40 CFR 261. Under normal private use the product may be disposed of together with other household waste per RCRA 40 RFT 261.4.B1.

### European Union

Per The European Waste Catalogue (EWC), in accordance with EC Directive 75/422/ECC, the following Waste Code can be used: 18 01 04 00 wastes whose collection and disposal is not subject to special requirements in view of the prevention of infection (e.g. dressings, plaster casts, linen, disposable clothing, diapers). However, if the waste in view of the prevention of infection needs special requirements, other Waste Codes should be used. Under normal private use the product may be disposed of together with other household waste unless local regulations set special requirements.

### Handling and storage

Handling: See instruction for use

Storage: Store until use as supplied and at room temperature unless other information is stated on the packaging or on the leaflet.

### Other information

This MSDS is supplied as an additional service to the customer. The product is a medical device, which is regulated under the Council Directive 93/42/ECC, Medical Device Directive. The product has been evaluated according to the requirements of medical devices. According to current knowledge this product is considered non-toxic. For further information please contact Coloplast A/S.