U.S. District Court
Middle District of Florida
PLAINTIFF'S EXHIBIT
Exhibit Number: 1068
Case Number: 6:20-cv-00831
Raeann Bayless
v.
Boston Scientific Corp et al
Date Identified: JUN 0 8 2021
Date Admitted: JUN 0 8 2021

# Preliminary report on mesh use in pelvic reconstruction by Dr Joseph Macaluso
*(All info and data © effective October 12, 2008 in relation to publication planned for this material)*

- All mesh use increases complications: such as discharge, dyspareunia, erosion, infection
- Eroded, infected mesh must be removed
- Use mesh only as needed *AND IF REALLY* necessary
- Less use is better
- Lesser amount/volume placed when used is better
- Larger pore size is better and preferred
- Careful attention to surgical technique is critical to a positive outcome
- Side effects range from 2-3% to as high as 10% in some series

## Issues Related to Mesh Use in Pelvic Reconstruction Procedures

- Numerous sling materials are used in the surgical treatment of stress urinary incontinence.
- Options include synthetics, allografts, xenografts, and autologous tissue
- Synthetic slings include non-absorbable materials which are stronger than native tissue,[29] available in any size, and free of any potentially infectious agents.
- However, the potential for erosion and bacterial infection of synthetic materials is still a significant concern.
- Synthetic materials used for slings include mersilene, silicone, polytetrafluoroethylene, polyester and polypropylene.
- The first use of synthetic material for construction of a female urethral sling was reported by Williams and TeLinde in 1962 using mersilene.[135]
- Ridley in 1966 and Morgan in 1970 reported their results using mersilene ribbon and Marlex to construct slings.[113,97]
- These materials and surgical techniques were plagued with problems of erosion, infection and fistula formation.
- Silicone slings were introduced in 1985 and had initial success, but a high rate of sinus formation and rejection due to foreign body reaction limited its use.[125]
- Ulmsten et al were the first to report the use of polypropylene mesh around the mid urethra in 1996.[131]
- Others have demonstrated low infection and extrusion rates for polypropylene slings.[69, 118, 114, 74, 136]

  - *This article underscores the fact that not all slings are created equal.*
  - *The material may be the same but the characteristics of the sling may be different.*
  - *Pore size appears to have everything to do with polypropylene sling safety.*
  - *A larger pore size allows for ingrowth of macrophages, fibroblasts, collagen and blood vessels.*

BSCM06500033696

- ❖ *The largest experience has been using TVT™ mesh, which is a monofilament polypropylene with an Approximately 150 _ pore size.*
- ❖ *Most reports using this mesh show long-term erosion rates of less than 1%.[2]*
- ❖ *The majority of the products on the market for transobturator slings (Monarc™, Obtrex®, TVT-O™) uses similar sling material and appears to have a low erosion rate.*
- ❖ *ObTape™ is a heat welded, nonwoven, nonknitted polypropylene mesh with an estimated pore size of 50 _.*
- ❖ *Given the problems with other synthetic materials used for sling surgery in the past such as Mersiline™, Gore-Tex® and ▮▮▮▮▮▮ device companies should be careful not to fix what is not broken, and only deviate from the TVT-type polypropylene mesh if there is compelling clinical evidence of superiority.[139]*

- ❖ ***Abdominal sacrocolpopexy (ASC) requires the use of a graft to secure the vaginal apex to the anterior longitudinal ligament of the sacrum.***
- ❖ ***Although synthetic grafts traditionally have been used, the 3.4% rate of postoperative synthetic mesh erosion has led to a search for alternative materials.***
- ❖ ***Abdominal sacrocolpopexy is less durable when performed with a Pelvicol graft than with synthetic or autologous grafts.***
- ❖ ***A history of previous sacrocolpopexy with synthetic grafts may be a risk factor for graft-related complications after abdominal sacrocolpopexy[109]***

- ASC with polypropylene mesh is a safe surgical procedure for vaginal vault prolapse with low complication rates.
- Mesh erosion occurred in 8.2% of patients who underwent TAH with concurrent ASC.
- Patients having ASC at the time of TAH had a 7-fold increased risk for mesh erosion compared with patients who underwent SCH with ASC.[16]

- @ *Transvaginal prolapse repairs utilizing mesh have become popular because of dissatisfaction with recurrence rates of traditional transvaginal repairs.*
- @ *Along with increased numbers of these repairs being performed we are seeing an increase in referrals for complications related to mesh use.*
- @ *One of the common complications is extrusion of the mesh into the vagina.*
- @ *It may cause vaginal discharge.*
- @ *It may cause dyspareunia or pain to her sexual partner.*
- @ *Published extrusion rates are as high as 10% with most around 2-4% due to increase in vaginal wall dissection technique.*
- @ *Many women are presenting with post op vaginal mesh extrusion.*
- @ *We have found the majority of these patients can be treated in a straightforward manner with excision of the extruded vaginal mesh.[59]*

- These observations support the theory of polypropylene mesh shrinkage as a consequence of the incorporation of the biomaterial to the scarring tissue.
- This shrinkage is significantly more intense if the meshes are placed in the onlay position.[55]

Results with Mentor ObTape:
- 67 patients have undergone placement of the Mentor ObTape™
- 9 of those patients (13.4%) have had vaginal extrusions of the sling
- 8 patients reported a history of persistent vaginal discharge
- 1 patient presented initially to an outside facility with a left thigh abscess tracking to the left inguinal incision site.
- Each patient was taken back to the operating room for mesh removal.
- 56 patients have undergone placement of the AMS Monarc™ and none have had any vaginal erosions.

Conclusions:
- High rate of vaginal extrusion using the ObTape™ has led us to discontinue the use of this product in our institution.
- Continued followup of all of these patients will be of critical importance.[138]

- *First and most obvious, mesh risk can be decreased by using mesh less often.*[50]
- *When treating stress incontinence, the cure rates with autologous fascia are the same or better than the cure rates with mesh.*[13, 122, 132]
- *The advantages of mesh are less pain and a faster recovery, which are weighed against the risks of infection and erosion*[25]
- *Mesh clearly decreases recurrence after abdominal sacrocolpopexy.*
- *For anterior repairs, mesh decreased recurrence in 2 of 3 randomized trials.*
- *For posterior repairs, the only randomized trial showed no benefit from adding mesh, possibly because the success rate with traditional posterior repairs is already fairly high at 76% to 90%.*[111]
- *Second, the type of mesh affects the risk.*[112]
- *In theory an absorbable mesh is less likely to cause infection or erosion, simply because it disappears with time. However, there are few publications on the use of absorbable mesh for pelvic reconstruction.*
- *For nonabsorbable mesh, a monofilament (eg polypropylene) with a large pore size (greater than 75_) is less likely to become infected or erode because white blood cells, fibroblasts and blood vessels can enter the pores and the monofilament lacks interstices that can harbor bacteria*[50]
- *The previous track record of the mesh type is crucial.*
- *Mesh is considered a device, and the requirements for device approval are not as strict as the requirements for drug approval.*
- *The practical result is that new mesh types can be approved with no peer reviewed publications, and they may turn out to have more complications than existing*
*types.*



- Another example is the ObTape®, which began to be marketed in the United States in 2003, and the first published series appeared in December 2005.[124]
- By February 2008 more than 15 articles had been published, and included more than 50 serious complications (erosion, abscess, etc).
- The take home message is: be wary of new materials until they have a well-published track record.

- Third, the site of mesh placement affects the risks.
- For example, in cases of anterior prolapse the options are to place the mesh directly under the bladder or to perform an anterior (central defect) repair first and then reinforce with mesh [63, 116]
- No randomized trials have compared these 2 procedures, but the latter seems preferable because it interposes a layer of tissue between the bladder and the mesh, which would decrease the risk of erosion into the bladder.

- For stress incontinence, the most common placement of mesh is at the mid urethra, with the sling ends passing through the retropubic space or obturator foramen.
- In several randomized trials these 2 routes had similar continence outcomes but different types of complications, eg bladder or bowel perforation with the retropubic route and thigh pain or infection with the transobturator route.

- Infection may require complete mesh removal.
- Since mesh usually becomes adherent to the tissues, removing it involves extensive dissection.
- Therefore, it is better to place mesh in areas where the surgeon is familiar and experienced.[50]

- In summary, to minimize mesh related complications the three questions in the title would be answered as follows.
- How much? The minimum amount needed to achieve the desired result, which in some cases is zero.
- What type? An example is a large pore monofilament type with an established record of safety and success.
- Where? Where the surgeon believes it is least likely to cause problems and most feasible to remove if problems do occur[49]