# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RAEANN BAYLESS,**

       **Plaintiff,**

**v.**                                          **Case No:   6:20-cv-831-RBD-GJK**

**BOSTON SCIENTIFIC**
**CORPORATION; and**
**COLOPLAST CORP.,**

       **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **DEFENDANT BOSTON SCIENTIFIC CORPORATION'S MOTION FOR ENTITLEMENT TO ATTORNEYS' FEES AND COSTS (Doc. No. 341)** |
| **FILED:** | July 6, 2021 |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY (Doc. No. 349)** |
| **FILED:** | July 27, 2021 |

- 2 -

**THEREON** it is **ORDERED** that the motion is **DENIED as moot**.

On June 22, 2021, pursuant to the jury's verdict, the Court entered a judgment for Defendant Boston Scientific Corporation against Plaintiff Raeann Bayless and a judgment for Bayless against Defendant Coloplast Corp. Doc. Nos. 331, 332. On July 6, 2021, Boston Scientific moved for an award of attorney's fees and expenses against Bayless under Florida Statute § 768.79, Florida Rule of Civil Procedure 1.442, Federal Rule of Civil Procedure 54(d), and Local Rule 7.01 (the "Motion"). Doc. No. 341. On July 20, 2021, Bayless filed a motion for a new trial and Coloplast Corp. filed a motion for judgment as a matter of law. Doc. Nos. 342, 346. Also on July 20, 2021, Bayless filed a response to the Motion and a response to Boston Scientific's proposed bill of costs. Doc. Nos. 343, 344. On July 27, 2021, Boston Scientific filed a motion asking to file a reply to Bayless's response. Doc. No. 349.

After reviewing the pending motions and the docket, from a case management perspective, the best course of action is to deny without prejudice the Motion. Once the Court rules on Bayless's motion for a new trial, the Motion can be refiled.

Accordingly, it is **ORDERED** that:

1. The Motion (Doc. No. 341) is **DENIED without prejudice**; and

- 3 -

2. Defendant's Motion for Leave to File a Reply (Doc. No. 349) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida, on July 29, 2021.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties