UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RAEANN BAYLESS,**

    **Plaintiff,**

v.                                        Case No. 6:20-cv-831-RBD-GJK

**BOSTON SCIENTIFIC
CORPORATION and COLOPLAST
CORP.,**

    **Defendants.**

_____

**ORDER**

This cause comes before the Court sua sponte. On May 27, 2021, a jury trial began, culminating with a jury verdict on June 15, 2021. Doc. Nos. 236, 311. Multiple volumes of transcripts of the trial have been filed by the Official Court Reporter. *See, e.g.*, Doc. Nos. 250, 292. On July 1, 2021, Coloplast filed an Unopposed Motion for Limited Redaction of Trial Transcripts and Exhibits (the "Motion"). Doc. No. 337. Coloplast sought to redact certain confidential terms to protect competitively sensitive, trade-secret information, including the names of Coloplast's suppliers and materials. *Id.* Coloplast provided a log of the confidential terms in both the trial transcripts and exhibits, the Declaration of James Schumer, Vice President of Operations, Americas for Coloplast, and copies

of the relevant exhibits with the proffered redactions. Doc. Nos. 337-1, 337-2, 337-3. The Motion was unopposed. Doc. No. 337 at 10. On July 6, 2021, the Court granted the Motion ("Order Permitting Redaction"). Doc. No. 338. This Order clarifies precisely what should be redacted from the trial transcripts and exhibits and the procedure for doing so. The parties are advised that **only those items specified in this Order have been authorized for redaction and sealing.** Should the parties wish additional items to be redacted, they must file a motion that complies with Local Rule 1.11 and the undersigned's Standing Order Regarding Motions to Seal or Redact, Case No. 6:18-mc-22-GJK.

Accordingly, it is **ORDERED** that the Order Permitting Redaction, Doc. No. 338, is clarified as follows:

1. The Clerk is **DIRECTED** to place the trial transcripts and exhibits listed in Doc. No. 337-1 under seal;

2. The Court Reporter is **DIRECTED** to redact the information listed in Doc. No. 337-1;

3. The Order Permitting Redaction does not authorize any items other than those listed in Doc. No. 337-1 being redacted or placed under seal; and

4. The items that have been redacted and placed under seal will remain under seal and redacted until ninety days after the case is closed and all

appeals have been exhausted.

**DONE** in Orlando, Florida, on August 19, 2021.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties