# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| RAEANN BAYLESS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 6:20-cv-831-Orl-37GJK |
| | ) |
| BOSTON SCIENTIFIC CORPORATION; and COLOPLAST CORP., | ) ) ) |
| | ) |
| Defendant. | |

## JOINT NOTICE OF SETTLEMENT AS TO PLAINTIFF AND DEFENDANT BOSTON SCIENTIFIC CORPORATION ONLY

In accordance with Rule 3.09 of the Local Rules of the Middle District of Florida, Plaintiff, RAEANN BAYLESS, and Defendant, BOSTON SCIENTIFIC CORPORATION, hereby give notice to the Court that they have agreed to the terms of a settlement and are in the process of finalizing the settlement agreement and effecting its terms. Therefore, all pending motions between these parties only are withdrawn.

**Dated: October 25, 2021**

| | |
|---|---|
| */s/ Jeffrey L. Haberman* | */s/ Traci T. McKee* |
| Jeffrey L. Haberman (*Pro Hac Vice*) | Traci T. McKee, Esq., Attorney No. 53088 |
| SCHLESINGER LAW OFFICES, P.A. | FAEGRE DRINKER BIDDLE & REATH LLP |
| 1212 SE Third Avenue | 1050 K Street NW, Suite 400 |
| Ft. Lauderdale, FL 33316 | Washington, DC 20001 |
| Ph: 954.467.8800 | Telephone: (202) 312-7028 |
| Fax: 954.320.9509 | |
| jhaberman@schlesingerlaw.com | traci.mckee@Faegredrinker.com |
| | *Admitted only in Florida; supervision by principals of the firm admitted to the D.C. bar.* |
| *Attorney for Plaintiff* | *Attorneys for Defendant, Boston Scientific Corp.* |

Dated: October 25, 2021.

        ***/s/ Traci T. McKee***
Traci T. McKee, Esq., Attorney No. 53088
FAEGRE DRINKER BIDDLE & REATH LLP
1050 K Street NW, Suite 400
Washington, DC 20001
Telephone: (202) 312-7028
traci.mckee@faegredrinker.com
*Admitted only in Florida; supervision by principals of the firm admitted to the D.C. bar*

***Attorneys for Defendant,***
***Boston Scientific Corporation***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 25, 2021, I filed the foregoing in the CM/ECF system, which will serve electronic copies upon all counsel of record.

        ***/s/ Traci T. McKee***
Traci T. McKee, Esq., Attorney No. 53088