## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CASE NO.: 6:20-cv-00831-RBD-GJK

RAEANN BAYLESS,

      Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION,
and COLOPLAST CORP.,

      Defendants.

_____/

## NOTICE OF ORDER AMENDING COMPLAINT ON APPEAL

In accordance with directions issued by the U.S. Court of Appeals for the Eleventh

Circuit, Plaintiff, Raeann Bayless, hereby notifies the Court that the Eleventh Circuit has

entered an order amending Plaintiff's complaint on appeal. A copy of the order is attached

as **Exhibit A**. Plaintiff's complaint, as amended by the Eleventh Circuit, is attached as

**Exhibit B**.

DATED:  April 13, 2022          Respectfully submitted,

                             */s/ Jeffrey L. Haberman*
                             Jeffrey L. Haberman
                             **SCHLESINGER LAW OFFICES, P.A.**
                             1212 SE Third Avenue,
                             Fort Lauderdale, FL 33316
                             Telephone: (954) 320-9507
                             jhaberman@schlesingerlaw.com
                             *Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2022, I served a copy of the foregoing on the Clerk of Court by CM/ECF, which will provide automatic notification to all parties and counsel of record.

By: <u>*/s/Jeffrey L. Haberman*</u>
Jeffrey L. Haberman