# EXHIBIT A

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 21-14397-BB

RAEANN BAYLESS,

                        Plaintiff-Appellee-Cross-Appellant,

versus

BOSTON SCIENTIFIC CORPORATION,

                        Defendant,

COLOPLAST CORP,

                        Defendant-Appellant-Cross-Appellee.

Appeal from the United States District Court
for the Middle District of Florida

Before: JORDAN and BRASHER, Circuit Judges.

BY THE COURT:

    Raeann Bayless's motion to amend her complaint is GRANTED. *See* 28 U.S.C. § 1653. The jurisdictional allegations in Bayless's short form complaint are hereby AMENDED to state: "Plaintiff currently resides in Georgia. At the time she filed this lawsuit she was a citizen of Florida and domiciled in Florida because she resided in Florida with the intent to remain there indefinitely."

We deem these allegations sufficient to establish that, at the time suit was filed in federal court, Bayless was a citizen of Florida, and therefore, completely diverse from Coloplast Corp. *See* 28 U.S.C. § 1332(a)(1); *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005); *Travaglio v. Am. Express Co.*, 735 F.3d 1266, 1268-69 (11th Cir. 2013); *McCormick v. Aderholt*, 293 F.3d 1254, 1257-58 (11th Cir. 2002).

This appeal MAY PROCEED. Bayless is DIRECTED to file a copy of this order in the district court. Bayless is further DIRECTED to file in the district court and this Court an amended complaint incorporating her amended jurisdictional allegations within 14 days of the date of this order. Bayless's motion to supplement the record on appeal is DENIED as UNNECESSARY.