# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

*In Re: Boston Scientific Corp.
Pelvic Repair System Products Liability Litigation
MDL No. 2326*

Civil Action No.  6:20-cv-00831

## AMENDED SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2326 by reference. Plaintiff(s) further show the Court as follows:

1. Female Plaintiff:

   Raeann Bayless

2. Plaintiff Husband (if applicable):

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. State of Residence:

   Plaintiff currently resides in Georgia. At the time she filed this lawsuit she was a citizen of Florida and domiciled in Florida because she resided in Florida with the intent to remain there indefinitely.

5. District Court and Division in which venue would be proper absent direct filing:

   United States District Court - Middle District of Florida

   Brevard County Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☑   A. Boston Scientific Corporation

Revised: 05/28/14

- [ ] B. American Medical Systems, Inc. ("AMS")
- [ ] C. Johnson & Johnson
- [ ] D. Ethicon, Inc.
- [ ] E. C. R. Bard, Inc. ("Bard")
- [ ] F. Sofradim Production SAS ("Sofradim")
- [ ] G. Tissue Science Laboratories Limited ("TSL")
- [ ] H. Mentor Worldwide LLC
- [x] I. Coloplast Corp.
- [ ] J. Cook Incorporated
- [ ] K. Cook Biotech, Inc.
- [ ] L. Cook Medical, Inc.
- [ ] M. Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")
- [ ] N. Neomedic International, S.L.
- [ ] O. Neomedic Inc.
- [ ] P. Specialties Remeex International, S.L.

7. Basis of Jurisdiction:

- [x] Diversity of Citizenship
- [ ] Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

1, 2, 3, 4, 5 &6

2

B. Other allegations of jurisdiction and venue:

28 USC §1407 - Multidistrict litigation. 28 USC § 1367- Supplemental jurisdic-

tion. Venue is proper based on the Court's Pretrail Orders 1 and 14, permitting

direct filling into this COurt and MDL case No. 2:12-md-2326

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff):

- ☐ The Uphold Vaginal Support System;
- ☐ The Pinnacle Pelvic Floor Repair Kit;
- ☑ The Advantage Transvaginal Mid-Urethral Sling System;
- ☐ The Advantage Fit System;
- ☐ The Lynx Suprapubic Mid-Urethral Sling System;
- ☐ The Obtryx Transobturator Mid-Urethral Sling System;
- ☐ The Prefyx PPS System;
- ☐ The Solyx SIS System; and/or
- ☑ Other

  Restorelle

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- ☐ The Uphold Vaginal Support System;
- ☐ The Pinnacle Pelvic Floor Repair Kit;
- ☑ The Advantage Transvaginal Mid-Urethral Sling System;
- ☐ The Advantage Fit System;
- ☐ The Lynx Suprapubic Mid-Urethral Sling System;
- ☐ The Obtryx Transobturator Mid-Urethral Sling System;

3

☐ The Prefyx PPS System;

☐ The Solyx SIS System; and/or

☑ Other

Restorelle

10. Date of Implantation as to Each Product:

August 09, 2013

11. Hospital(s) where Plaintiff was implanted (Including City and State):

Florida Hospital - Orlando, Florida

12. Implanting Surgeon(s):

Kathy Y. Jones, M.D.

13. Counts in the Master Complaint brought by Plaintiff(s)

☑ Count I – Negligence

☑ Count II – Strict Liability – Design Defect

☑ Count III – Strict Liability – Manufacturing Defect

☑ Count IV – Strict Liability – Failure to Warn

☑ Count V - Breach of Express Warranty

☑ Count VI – Breach of Implied Warranty

☐ Count VII (by the Husband) – Loss of Consortium

☑ Count VIII – Discovery Rule, Tolling and Fraudulent Concealment

☑ Count IX – Punitive Damages

☐ Other Count _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

☐ Other Count _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

s/ Jeffrey L. Haberman
Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

Jeffrey L. Haberman
Florida Bar No.: 98522
Schlesinger Law Offices, P.A.
1212 S.E. 3rd Avenue
Fort Lauderdale, Florida 33316
Phone: (954) 320-9507
Fax: (954) 320-9509
Email: jlhaberman@schlesingerlaw.com

5